UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| The Cadle Company, et al. | : | Case No.: 3:01cv531 (AVC) |
| v. | : | |
| Charles A. Flanagan, et al. | : | November 12, 2003 |

### APPEARANCE

To the Clerk of this court an all parties of record:

Enter my appearance as counsel in this case for:

Paul M. Gaide, Esquire

Gaide & Associates, LLC, Attorneys At Law

Dated at Avon, Connecticut this 12th day of November, 2003.

> Paul M. Gaide, Esquire,
> Gaide & Associates, LLC, Attorneys At Law
>
> By *[signature: Paul M. Gaide]*
> Paul M. Gaide, Esquire
> Federal Bar No.: ct07838
> Paul M. Gaide, LLC
> 713 Lovely Street
> Avon, Connecticut 06001
> Tele: (860) 675-4701
> Fax: (860) 673-5017
> E-Mail: pgaide@sbcglobal.net

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that he has, this 12th day of November, 2003, sent a copy of the foregoing Appearance, by first class United States mail, to the following:

Edward C. Taiman, Jr., Esquire
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, Connecticut 06103-2205

Douglas S. Skalka, Esquire
Neubert, Pepe & Monteith
13th Floor
New Haven, Connecticut 06510-2026

Attorney Barbara L. Cox
Gallagher & Calistro
1377 Boulevard
New Haven, Connecticut 06509

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, Connecticut 06443

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, Illinois 60422

David G. Hill, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

Attorney Mary Anne Charron
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, Connecticut 06106

_____
Paul M. Gaide

2