UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| The Cadle Company, et al. | : | Case No.: 3:01cv531 (AVC) |
| v. | : | |
| Charles A. Flanagan, et al. | : | November 12, 2003 |

**MOTION TO QUASH SUBPOENA,
MOTION FOR PROTECTIVE ORDER,
MOTION FOR SANCTIONS / LOST EARNINGS**

Pursuant to the authority set forth in the attached Memorandum of Law in Support of Motion to Quash Subpoena, Motion for Protective Order, and Motion for Sanctions / Lost Earnings, Paul M. Gaide, Esquire, Gaide & Associates, LLC, Attorneys at Law, and any variation thereof, move this Honorable Court:

1.   To quash the Subpoena in a Civil Case, a copy of which is attached to the referenced Memorandum as Exhibit A (the "Subpoena");

2.   To protect Paul M. Gaide, Esquire, Gaide & Associates, LLC, Attorneys at Law, and any variation thereof from having to comply with any portion of the Subpoena;

3.   To protect Paul M. Gaide, Esquire, Gaide & Associates, LLC, Attorneys at Law, and any variation thereof from having to comply with any future subpoena, such as a trial subpoena duces tecum, demanding substantially similar information;

4.   An Order of this Court compelling Mary Anne A. Charron, Esquire, the subscribing authority to the Subpoena, to pay to Paul M. Gaide the sum of $2,849.00 (15.4 hours at $185.00 per hour) to compensate him for his lost earnings in having to research and prepare the instant motions which have been necessitated by the failure of the subscribing authority to

take reasonable steps to avoid imposing undue burden or expense on Paul M. Gaide. The undersigned respectfully suggests that such sum be paid in good funds, delivered to Paul M. Gaide at 713 Lovely Street, Avon, Connecticut 06001, within ten (21) days of the entry of the Order pertaining hereto;

5. An Order of this Court compelling defendants Todd R. Bainer and Todd R. Bainer, LLC, jointly and severally, to pay to Paul M. Gaide, at 713 Lovely Street, Avon, Connecticut 06001, an amount equal to the sum of: (i) the Court's estimate of the amount of time it would take to comply with any ordered discovery, multiplied times $185.00 per hour, Paul M. Gaide's normal billing rate; and (ii) anticipated copying charges at the rate of $.25 per page (such payment to be made by a date certain and prior to Paul M. Gaide being obligated to comply with any Court ordered discovery)(leaving open the opportunity for Paul M. Gaide to seek additional lost earnings, and return to Todd R. Bainer and Todd R. Bainer, LLC, jointly, any unused amount so paid);

6. An Order of this Court relieving Paul M. Gaide, Esquire, Gaide & Associates, LLC, Attorneys at Law, and any variation thereof, from filing any privilege log under D.Conn.L.R.Civ.P 9(d)1 in connection with the Subpoena absent an Order of this Court so to do; and

7. Such other and further relief as this Court deems just and reasonable.

In an attempt to comply with D.Conn.L.R.Civ.P. 9(d)2 the undersigned has attempted to communicate with Attorney Mary Anne A. Charron about the substance of the issues set forth herein and in the referenced Memorandum. To date, Attorney Charron has not responded to the undersigned.

Dated at Avon, Connecticut this 12th day of November, 2003.

                        Paul M. Gaide, Esquire,
                        Gaide & Associates, LLC, Attorneys At Law

By *[signature: Paul M. Gaide]*
                        Paul M. Gaide, Esquire
                        Federal Bar No.: ct07838
                        Paul M. Gaide, LLC
                        713 Lovely Street
                        Avon, Connecticut 06001
                        Tele: (860) 675-4701
                        Fax: (860) 673-5017
                        E-Mail: pgaide@sbcglobal.net