UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| The Cadle Company, et al. | : | Case No.: 3:01cv531 (AVC) |
| | : | |
| v. | : | |
| | : | |
| Charles A. Flanagan, et al. | : | November 12, 2003 |

**MOTION TO QUASH SUBPOENA,
MOTION FOR PROTECTIVE ORDER,
MOTION FOR SANCTIONS / LOST EARNINGS**

Pursuant to the authority set forth in the attached Memorandum of Law in Support of Motion to Quash Subpoena, Motion for Protective Order, and Motion for Sanctions / Lost Earnings, Paul M. Gaide, Esquire, Gaide & Associates, LLC, Attorneys at Law, and any variation thereof, move this Honorable Court:

1. To quash the Subpoena in a Civil Case, a copy of which is attached to the referenced Memorandum as <u>Exhibit A</u> (the "Subpoena");

2. To protect Paul M. Gaide, Esquire, Gaide & Associates, LLC, Attorneys at Law, and any variation thereof from having to comply with any portion of the Subpoena;

3. To protect Paul M. Gaide, Esquire, Gaide & Associates, LLC, Attorneys at Law, and any variation thereof from having to comply with any future subpoena, such as a trial subpoena duces tecum, demanding substantially similar information;

4. An Order of this Court compelling Mary Anne A. Charron, Esquire, the subscribing authority to the Subpoena, to pay to Paul M. Gaide the sum of $2,849.00 (15.4 hours at $185.00 per hour) to compensate him for his lost earnings in having to research and prepare the instant motions which have been necessitated by the failure of the subscribing authority to

*There being no objection, the motion is granted.*

*Alfred V. Covello U.S.D.J.*

*December 15, 2003.
SO ORDERED.*