UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

FILED
2003 DEC 15 P 2: 49
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | December 12, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendant Charles A. Flanagan respectfully moves this Court for a two month extension to the deadline for filing dispositive motions in this action. Under the August 22, 2003 Scheduling Order, dispositive motions are to be filed on or before December 31, 2003. This motion seeks to extend that deadline to February 27, 2004.

As of today's date, parties still intend to take depositions of critical witnesses, including Alan Adams, a former employee of the plaintiff, Dan Cadle (continuation of deposition), the principal of the plaintiffs, and Stanly Prymas, the principal of defendant Thompson & Peck, Inc. These depositions have been delayed primarily due to scheduling conflicts of the deponents. The undersigned defendant believes that testimony from these depositions is likely to be a very important component of the dispositive motions to be filed.

On December 11, 2003, the undersigned spoke to Edward C. Taiman, Jr., counsel for the plaintiffs, and he stated that he has no objection to the granting of this motion. The undersigned has also spoken or corresponded with counsel for all appearing defendants (June Sullivan for Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, Barbara Cox for Thompson & Peck, Inc. and Stanly F. Prymas, Mary Ann Charron

for Todd R. Bainer and Todd R. Bainer, LLC) and none object to the granting of this motion. While other portions of the scheduling order have been extended previously, this is the first extension of time requested as to the deadline for dispositive motions.

CHARLES A. FLANAGAN,

By: _____
Douglas S. Skalka (CT 00616)
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No.: 203-821-2000

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, on December 12, 2003 to:

Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

F. Dean Armstrong
639 Perth Ave.
Flossmoor, IL 60422

David G. Hill
June Sullivan
Halloran & Sage
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103

Peter C. Schwartz, Mary Anne Charron
R. Bradley Wolfe, Gerald R. Swirsky
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Barbara L. Cox
William F. Gallagher
Gallagher & Calistro
1377 Boulevard, Po Box 1925
New Haven, CT 06509-1925

Todd R. Bainer
71 Cedar St.
Branford, CT 06405

Bradley K. Cooney
69 Island Avenue
Madison, CT  06443

By: _____
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510
Telephone No. (203) 821-2000