UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al., | § | May 30, 2003 |
| Defendants. | § | |

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Defendant Charles A. Flanagan ("Flanagan") and his attorneys, Defendants Leonard A. Fasano ("Fasano") and Todd R. Bainer ("Bainer"), have refused to produce certain documents in response to Plaintiffs' Request for Production of Documents, and have refused to answer certain questions at their depositions, upon the assertion of the attorney-client privilege. As detailed in Plaintiffs' Brief in Support of Plaintiffs' Motion to Compel Discovery, and as shown in Plaintiffs' Appendix of Documents in Support of Plaintiffs' Motion to Compel Discovery, (1) the Defendants have failed in their burden to show the applicability of the attorney-client privilege; (2) any alleged attorney-client privilege has been waived by partial disclosure and by making the substance of the attorney-client communication

*[Margin annotation, handwritten:]* To the extent the motion has not been rendered moot by subsequent responses, the motion is denied without prejudice to its refiling with an affidavit required by Local Rule 37(a)(2). SO ORDERED December 16, 2003. Alfred V. Covello, U.S.D.J.