```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

                  Telephone Status Conference Calendar

                 Honorable Alfred V. Covello, U.S.D.J.
                          450 Main Street
                             Hartford
                     Chambers Room 125 - Annex

                         December 22, 2003

                           11:30 a.m.
```

CASE NO. **3:01CV531 (AVC) The Cadle Company v. Charles A. Flanagan, et al**

```
Michael G. Albano                    Barbara L. Cox
Edward C. Taiman, Jr.                Gallagher & Calistro
Sabia & Hartley, LLC                 1377 Boulevard, Po Box 1925
190 Trumbull St. Suite 202           New Haven, CT 06509-1925
Hartford, CT 06103-2205
                                     Paul Morgan Gaide
F. Dean Armstrong                    713 Lovely St.
Armstrong Law Firm                   Avon, CT 06001
1324 Dartmouth Rd
Flossmoor, IL 60422                  William F. Gallagher
                                     Gallagher & Calistro
Todd R. Bainer                       PO Box 1925
Cooney & Bainer, P.C.                New Haven, CT 06509
71 Cedar St.
Branford, CT 06405                   David G. Hill
                                     June M. Sullivan
Mary Anne Charron                    Halloran & Sage
Peter C. Schwartz                    One Goodwin Sq., 225 Asylum St.
Gerald R. Swirsky                    Hartford, CT 06103
R. Bradley Wolfe
Gordon, Muir & Foley                 James A. Lenes
Hartford Square North                Douglas S. Skalka
10 Columbus Blvd.                    Neubert, Pepe & Monteith
Hartford, CT 06106-1976              195 Church St.
                                     13th Floor
Bradley K. Cooney                    New Haven, CT 06510-2026
69 Island Ave.
Madison, CT 06443
```

PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218