UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

FILED
2003 DEC 15 P 2: 49
US DISTRICT COURT
HARTFORD CT

CADLE COMPANY, ET AL.              :    CIVIL ACTION
                                        NO: 3:01-CV531 (AVC)

V.                                 :

CHARLES A. FLANAGAN, ET AL.        :    December 12, 2003

## MOTION FOR EXTENSION OF TIME

The defendant Charles A. Flanagan respectfully moves this Court for a two month extension to the deadline for filing dispositive motions in this action. Under the August 22, 2003 Scheduling Order, dispositive motions are to be filed on or before December 31, 2003. This motion seeks to extend that deadline to February 27, 2004.

As of today's date, parties still intend to take depositions of critical witnesses, including Alan Adams, a former employee of the plaintiff, Dan Cadle (continuation of deposition), the principal of the plaintiffs, and Stanly Prymas, the principal of defendant Thompson & Peck, Inc. These depositions have been delayed primarily due to scheduling conflicts of the deponents. The undersigned defendant believes that testimony from these depositions is likely to be a very important component of the dispositive motions to be filed.

On December 11, 2003, the undersigned spoke to Edward C. Taiman, Jr., counsel for the plaintiffs, and he stated that he has no objection to the granting of this motion. The undersigned has also spoken or corresponded with counsel for all appearing defendants: June Sullivan for Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, Barbara Cox for Thompson & Peck, Inc. and Stanly F. Prymas, Mary Ann Charron

GRANTED. Alfred V. Covello, U.S.D.J.
December 17, 2003
SO ORDERED.