UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

December 22, 2003

11:30 a.m.

*held 1 hour*

CASE NO. **3:01CV531 (AVC) The Cadle Company v. Charles A. Flanagan, et al**

Michael G. Albano
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull St. Suite 202
Hartford, CT 06103-2205
fax:

F. Dean Armstrong
Armstrong Law Firm
1324 Dartmouth Rd
Flossmoor, IL 60422

Todd R. Bainer
Cooney & Bainer, P.C.
71 Cedar St.
Branford, CT 06405

Mary Anne Charron
Peter C. Schwartz
Gerald R. Swirsky
R. Bradley Wolfe
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976

Bradley K. Cooney
69 Island Ave.
Madison, CT 06443

Barbara L. Cox
Gallagher & Calistro
1377 Boulevard, Po Box 1925
New Haven, CT 06509-1925

Paul Morgan Gaide
713 Lovely St.
Avon, CT 06001

William F. Gallagher
Gallagher & Calistro
PO Box 1925
New Haven, CT 06509

David G. Hill
June M. Sullivan
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

James A. Lenes
Douglas S. Skalka
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026

PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218