FILED

2003 DEC 22 P 1: 5

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | DECEMBER 18, 2003 |
| Defendants | | |

MOTION FOR CLARIFICATION AND/OR MOTION FOR RECONSIDERATION

On Thursday, December 18, 2003, this office received a copy of this Court's Order, dated December 15, 2003, regarding Attorney Paul Gaide's Motion to Quash Subpoena, Motion for Protective Order and Motion for Sanctions/Lost Earnings. The Order in the left margin states: "There being no objection, the motion is granted." Because Attorney Gaide filed three motions, it is unclear which motion was granted.

Additionally, pursuant to U.S.D.C. L. Civ. R. 7(c), defendants seek reconsideration of this Order. A Memorandum is attached hereto more fully setting forth the grounds for reconsideration.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By /s/ Mary Anne A. Charron
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106
Telephone (860) 525-5361
Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 18, 2003, to the following:

F. Dean Armstrong, Esquire
639 Perth Avenue
Flossmoor, IL 60422

Jill Hartley, Esquire
Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Douglas S. Skalka, Esquire
James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Paul M. Gaide, Esquire
713 Lovely Street
Avon, CT 06001

MARYANNE A. CHARRON

FILED

2003 DEC 22 P 1:5ᴗ

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV00531 |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | DECEMBER 18, 2003 |

### MEMORANDUM IN SUPPORT OF
### MOTION FOR CLARIFICATION AND/OR MOTION FOR RECONSIDERATION

On November 4, 2003, Attorney Gaide was served a Subpoena for document discovery. By Motions dated November 12, 2003, Attorney Gaide sought to Quash the Subpoena and moved for a Protective Order. By e-mail dated November 19, 2003, this office notified him that we would not proceed.

Also on November 12, 2003, Attorney Gaide moved for Sanctions/Lost Earnings in the amount of $2,849.00 alleging that he incurred 15.4 hours to prepare and research said motions. His motion failed to comply with U.S.D.C. L. Civ. R. 37(a)2, as Attorney Gaide did not confer with counsel to discuss in detail in a good faith effort to eliminate or reduce the areas of controversy. Nor did Attorney Gaide file with his Motion for Sanctions a Good Faith Affidavit as required by the Rule and F.R.C.P. 37(a)2. Defendants replied to said Motion on December 17, 2003.

Attached to said Reply is the Affidavit of State Marshal Edward Jurgelas setting forth the circumstances of the service of the Subpoena. There was

some delay in obtaining this Affidavit.

It is respectfully submitted that Attorney Gaide's Motion for Sanctions was defective in that he failed to file his Good Faith Affidavit required by both the Local Rules and Federal Rules of Civil Procedure. This is grounds to deny the Motion. See <u>Richardson v. NYS Dept. of Correctional Services</u>, 2001 WL 603705 (p. 8 of 8) (W.D.N.Y.); see also <u>In re David Schick v. Fragin</u>, 1997 WL 465217 (p. 4 of 11) (Bankr. S.D.N.Y.).

    DEFENDANTS: TODD R. BAINER and
    TODD R. BAINER, L.L.C.

    By *[signature]*
    MARYANNE A. CHARRON
    Federal Bar No. ct02274
    Gordon, Muir and Foley, LLP
    Ten Columbus Boulevard
    Hartford, CT 06106
    Telephone (860) 525-5361
    Facsimile (860) 525=4849

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 18, 2003, to the following:

F. Dean Armstrong, Esquire
639 Perth Avenue
Flossmoor, IL 60422

Jill Hartley, Esquire
Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Douglas S. Skalka, Esquire
James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Paul M. Gaide, Esquire
713 Lovely Street
Avon, CT 06001

_____
MARYANNE A. CHARRON