UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN 12 P 4: 55
U.S. DISTRICT COURT
HARTFORD, CT.

THE CADLE COMPANY, ET AL

V.   CASE NO. 3:01CV00531(AVC)

CHARLES A. FLANAGAN, ET AL

### ORDER OF REFERRAL

The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of settlement discussions. A settlement conference shall take place on March 15, 2004 at 10:00 a.m.

SO ORDERED.

Dated at Hartford, Connecticut, this _12th_ day of January, 2004.

_____
Alfred V. Covello
United States District Judge