FILED
2003 DEC 22 P 1:5
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY, ET AL
Plaintiffs

VS.

CHARLES A. FLANAGAN, ET AL
Defendants

CIVIL ACTION NO. 3:01CV531(AVC)

DECEMBER 18, 2003

FILED
2004 JAN 16 P 2:30
U.S. DISTRICT COURT
HARTFORD CT.

MOTION FOR CLARIFICATION AND/OR MOTION FOR RECONSIDERATION

On Thursday, December 18, 2003, this office received a copy of this Court's Order, dated December 15, 2003, regarding Attorney Paul Gaide's Motion to Quash Subpoena, Motion for Protective Order and Motion for Sanctions/Lost Earnings. The Order in the left margin states: "There being no objection, the motion is granted." Because Attorney Gaide filed three motions, it is unclear which motion was granted.

Additionally, pursuant to U.S.D.C. L. Civ. R. 7(c), defendants seek reconsideration of this Order. A Memorandum is attached hereto more fully setting forth the grounds for reconsideration.

DEFENDANTS: TODD R. BAINER and TODD R. BAINER, L.L.C.

By [signature]
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106
Telephone (860) 525-5361
Facsimile (860) 525-4849

Janaury 16 2004 The motion for reconsideration is granted. The relief requested is also granted in that the court's December 15, 2003 order granting a protective order and sanctions absent objection is vacated. The original non-party subpoena issued herein shall remain quashed on account of ineffective service. Nothing herein shall preclude the defendants from re-issuing the subpoena or the non-party from refiling a motion for a protective order. The court further denies the motion for sanctions/lost earnings.
SO ORDERED

Alfred V. Covello, U.S.D.J.