UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN 26 P 12:46
U.S. DISTRICT COURT
HARTFORD, CT.

THE CADLE CO., et al.,
    Plaintiffs

- v -                        3:01-CV-531(AVC)

CHARLES A. FLANAGAN, et al.,
    Defendants

ORDER

A settlement conference shall be held before the undersigned on **March 15, 2004, at 10:00 a.m.** The parties shall submit ex parte statements **to the Chambers of Judge Smith**, Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than March 11, 2004. **Facsimiles will not be accepted.**

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 26th day of January, 2004.

Thomas P. Smith
United States Magistrate Judge