UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | FEBRUARY 16, 2004 |

**<u>DEFENDANTS' MOTION TO COMPEL COMPLIANCE<br>WITH THE COURT'S STANDING ORDER<br>OR, IN THE ALTERNATIVE, MOTION TO PRECLUDE</u>**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Rule 37(a) of the Local Civil Rules of the District Court of Connecticut, and the Court's Standing Order in Civil RICO Cases (the Court's "Standing RICO Order"), Defendants Leonard A. Fasano and Fasano & Ippolito (n/k/a Fasano, Ippolito & Lee, L.L.C.) (collectively "Fasano") hereby move for an order compelling Plaintiffs to supplement their RICO Case Statement, dated April 23, 2001, to comply with the Court's Standing RICO Order. In the alternative, Fasano moves for an order precluding the introduction of any evidence related to alleged predicate acts of Fasano regarding racketeering activity due to Plaintiffs' failure to comply with the Court's Standing RICO Order.

In support of their motion, Fasano submits that Plaintiffs have failed to comply with §§ 5(a), 5(b), 5(c), 5(f), 12, 13, and 14 of the Court's Standing RICO Order and failed to properly respond to Fasano's Interrogatories and Production Requests. Specifically, Plaintiffs have failed to set forth: (1) any alleged predicate acts and the specific statute that Fasano purportedly violated; (2) the dates, participants, and

10361.0088

**HALLORAN<br>& SAGE LLP**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

background facts of the purported predicate acts; (3) the requisite specificity as to the time, place, and contents of any misrepresentations, as well as the identity of persons to whom and by whom the alleged misrepresentations were made; and (4) the manner in which the predicate acts form a pattern of racketeering activity.  See Plaintiffs' RICO Case Statement, attached as Exhibit A.  Respectfully, rather than provide the requisite information, the Plaintiffs' RICO Statement contains a rambling diatribe of conclusory claims and, consequently, fails to advise Fasano of the alleged predicate acts that are necessary to defend the claims against him.

In addition, Fasano sought to ascertain this same information through written discovery; specifically, plaintiff was asked to specify each and every alleged predicate act committed by defendant Fasano.  However, plaintiffs did not respond; instead they simply incorporated their Second Amended Complaint and "the discovery conducted or to be conducted in this case . . . ."  See Plaintiffs' Responses to Interrogatories, dated December 19, 2003, attached as Exhibit B.  As such, Fasano is unduly prejudiced by Plaintiffs' failure to comply with the Court's RICO Order, and by plaintiffs' failure to respond to Fasano's discovery requests.  In fact, this case is two months from trial and defendants Fasano have absolutely no idea how they allegedly participated in the RICO conspiracy.  Again, plaintiffs' RICO Case Statement is filled with conclusory allegations about Fasano's participation, but no specific facts as to how they participated.

On January 15, 2004, the undersigned counsel coordinated a conference call with plaintiffs' counsel to resolve this issue, however, the result of that effort is that



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

plaintiffs will not supplement either their RICO statement or their discovery compliance. As a result, Fasano seeks an order from this Court to avoid any further prejudice.

In support of this Motion, Fasano hereby submits a Memorandum of Law in Support, a number of supporting exhibits, and an affidavit of counsel dated February 13, 2004. Defendant also offers to participate in any oral argument or conference calls that this Court may deem appropriate.

WHEREFORE, Defendants Fasano respectfully request an order from this Court compelling a more specific RICO Case Statement, as well as full and fair compliance with Fasano's discovery requests. In the alternative, and since this matter is only two months from trial, defendants Fasano request an order precluding the introduction of any predicate acts in support of Plaintiffs' RICO claims against Fasano, along with attorneys' fees, costs, and other relief that the Court may deem proper, in connection with the instant motion.

RESPECTFULLY SUBMITTED,
THE DEFENDANTS LEONARD A.
FASANO and FASANO, IPPOLITO & LEE,
LLC

By: _____
David G. Hill
Federal Bar No.: ct 13435
June M. Sullivan
HALLORAN & SAGE  LLP
Federal Bar No.: ct24462
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## CERTIFICATION

This is to certify that on this 16th day of February 2004, I hereby mailed a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205

&

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
&
Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
**For Defendant Todd R. Bainer**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026
**For Defendant Charles A. Flanagan**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide &
Associates, LLC**

_____
David G. Hill

513761.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105