UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

FILED

| | |
|---|---|
| CADLE COMPANY, ET AL. | : CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : |
| CHARLES A. FLANAGAN, ET AL. | : February 20, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendant Charles A. Flanagan respectfully moves this Court for a two month extension to the deadline for filing dispositive motions in this action. Under the current scheduling order, dispositive motions are to be filed on or before February 27, 2004.

As of today's date, the parties are still actively engaged in discovery. The Defendants are attempting to schedule the deposition of Paul Gaide, Esq., who to date has not indicated that he will be deposed voluntarily. Also, the Defendants wish to complete the deposition of Dan Cadle, the principal of the Plaintiffs. The Plaintiffs have indicated that they wish to further depose defendants Charles Flanagan, Todd Bainer and Leonard Fasano. The Plaintiffs also have indicated their intention to take the depositions of accountants Andrew D'Agostino and James Raynor, both of whom have indicated that they will not be available for depositions until after April 15, 2004. The undersigned defendant believes that testimony from these depositions is likely to be a very important component of the dispositive motions to be filed.

Additionally, Charles Flanagan still intends to take discovery in the action commenced by the Plaintiffs seeking to deny Mr. Flanagan his bankruptcy discharge.

That case was initially filed in the Bankruptcy Court but the reference to the Bankruptcy Court has been withdrawn and the matter was just consolidated with this RICO case on February 9, 2004.

On December 11, 2003, the undersigned telephoned Dean Armstrong, counsel for the plaintiffs, and he stated that he objects to the granting of this motion. The undersigned has also spoken or corresponded with counsel for all appearing defendants (David Hill for Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, Barbara Cox for Thompson & Peck, Inc. and Stanly F. Prymas, Mary Ann Charron for Todd R. Bainer and Todd R. Bainer, LLC) and none object to the granting of this motion. This is the second extension of time requested by this party as to the deadline for dispositive motions.

CHARLES A. FLANAGAN,

By: _____
Douglas S. Skalka (CT 00616)
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No.: 203-821-2000

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, on February 20, 2004 to:

Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

F. Dean Armstrong
639 Perth Ave.
Flossmoor, IL 60422

David G. Hill
June Sullivan
Halloran & Sage
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103

Peter C. Schwartz, Mary Anne Charron
R. Bradley Wolfe, Gerald R. Swirsky
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Barbara L. Cox
William F. Gallagher
Gallagher & Calistro
1377 Boulevard, Po Box 1925
New Haven, CT 06509-1925

Todd R. Bainer
71 Cedar St.
Branford, CT 06405

Bradley K. Cooney
69 Island Avenue
Madison, CT  06443

By: _____
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510
Telephone No. (203) 821-2000

-4-