01CV531mtnext

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

FILED

| | |
|---|---|
| CADLE COMPANY, ET AL. | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | |
| CHARLES A. FLANAGAN, ET AL. | February 20, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendant Charles A. Flanagan respectfully moves this Court for a two month extension to the deadline for filing dispositive motions in this action. Under the current scheduling order, dispositive motions are to be filed on or before February 27, 2004.

As of today's date, the parties are still actively engaged in discovery. The Defendants are attempting to schedule the deposition of Paul Gaide, Esq., who to date has not indicated that he will be deposed voluntarily. Also, the Defendants wish to complete the deposition of Dan Cadle, the principal of the Plaintiffs. The Plaintiffs have indicated that they wish to further depose defendants Charles Flanagan, Todd Bainer and Leonard Fasano. The Plaintiffs also have indicated their intention to take the depositions of accountants Andrew D'Agostino and James Raynor, both of whom have indicated that they will not be available for depositions until after April 15, 2004. The undersigned defendant believes that testimony from these depositions is likely to be a very important component of the dispositive motions to be filed.

Additionally, Charles Flanagan still intends to take discovery in the action commenced by the Plaintiffs seeking to deny Mr. Flanagan his bankruptcy discharge.

GRANTED.
Alfred V. Covello, U.S.D.J
February 24, 2004.
SO ORDERED.