FILED

### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
| Plaintiff | : | (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | FEBRUARY 24, 2004 |
| Defendants | : | |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A DISPOSITIVE MOTION

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move this Court for a two (2) month extension of the deadline for filing dispositive motions in this action for the reasons set forth in defendant Charles A. Flanagan's Motion for Extension of Time, dated February 20, 2004. Defendants Prymas and Thompson & Peck fully join in defendant Flanagan's motion, and further represent that plaintiffs' compliance with defendants' discovery requests is still incomplete, both with respect to interrogatory responses and document requests. Defendants have been forced to delay the deposition of the plaintiffs' president, Daniel Cadle, until plaintiffs have complied with the outstanding discovery requests.

This is the first extension of time requested by defendants Stanley F. Prymas and Thompson & Peck, Inc. to extend the deadline for dispositive motions.

1

The undersigned is informed that counsel for the plaintiffs objects to the granting of the requested extension, but that counsel for the other defendants do not object to the requested extension.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS
and THOMPSON & PECK, INC.

By:_____

Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 24th day of February, 2004,  to the following:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
Tel.  7-8/798-1599
Fax:  7-8/798-1597

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195  Church  Street,  13th  Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
BARBARA L. COX

3