#169

FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | FEBRUARY 24, 2004 |

**STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S
MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO FILE A DISPOSITIVE MOTION**

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move this Court for a two (2) month extension of the deadline for filing dispositive motions in this action for the reasons set forth in defendant Charles A. Flanagan's Motion for Extension of Time, dated February 20, 2004. Defendants Prymas and Thompson & Peck fully join in defendant Flanagan's motion, and further represent that plaintiffs' compliance with defendants' discovery requests is still incomplete, both with respect to interrogatory responses and document requests. Defendants have been forced to delay the deposition of the plaintiffs' president, Daniel Cadle, until plaintiffs have complied with the outstanding discovery requests.

This is the first extension of time requested by defendants Stanley F. Prymas and Thompson & Peck, Inc. to extend the deadline for dispositive motions.

March 2, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

1