UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

*FILED*

2004 MAR 10  A 11: 42

CADLE COMPANY, ET AL.          :      CIVIL ACTION
                                      NO: 3:01-CV-531 (AVC)

~~DISTRICT COURT~~
~~HARTFORD, CT.~~

V.                             :

CHARLES A. FLANAGAN, ET AL.    :      March 9, 2004

## MOTION TO AMEND SCHEDULING ORDER

The defendant Charles A. Flanagan ("Charles Flanagan") respectfully moves this Court to amend the current scheduling order in this case with respect to jury selection. The current scheduling order dated August 25, 2003 states that jury selection shall commence on April 5, 2004. Charles Flanagan requests a two month extension and that the scheduling order be modified so that jury selection commences on June 7, 2004 (or thereafter, as the Court's schedule permits).

By Order dated February 24, 2004, this Court granted Charles Flanagan's motion for extension of time and extended the deadline to file dispositive motions to April 27, 2004. The reason why Charles Flanagan sought that extension is that discovery is still ongoing with multiple depositions still to be conducted.

Additionally, on February 9, 2004, this Court ordered that the action commenced by the Plaintiffs seeking to deny Charles Flanagan his bankruptcy discharge be consolidated with this action. Charles Flanagan still intends to take discovery in the non-dischargeability case and, while that matter is not a jury case, Charles Flanagan would like to insure that the trial be delayed so that discovery may be completed.

The undersigned has spoken to Dean Armstrong, counsel for the plaintiffs, and he stated that he objects to the granting of this motion. The undersigned has also spoken or corresponded with counsel for all appearing defendants (June Sullivan for Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, Barbara Cox for Thompson & Peck, Inc. and Stanly F. Prymas, Mary Ann Charron for Todd R. Bainer and Todd R. Bainer, LLC, and Brad Cooney for Thompson & Peck, Inc.) and none object to the granting of this motion. This is the first extension of time requested by this party as to the date for jury selection.

CHARLES A. FLANAGAN,

By: _____
Douglas S. Skalka (CT 00616)
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No.: 203-821-2000

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage

prepaid, on March 9, 2004  to:

Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

F. Dean Armstrong
639 Perth Ave.
Flossmoor, IL 60422

David G. Hill
June Sullivan
Halloran & Sage
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103

Peter C. Schwartz, Mary Anne Charron
R. Bradley Wolfe, Gerald R. Swirsky
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Barbara L. Cox
William F. Gallagher
Gallagher & Calistro
1377 Boulevard, Po Box 1925
New Haven, CT 06509-1925

Todd R. Bainer
71 Cedar St.
Branford, CT 06405

– 3 –

Bradley K. Cooney
69 Island Avenue
Madison, CT  06443

By: _____
    James A. Lenes (CT 10408)
    Neubert, Pepe & Monteith, P.C.
    195 Church Street, 13th Floor
    New Haven, CT  06510
    Telephone No. (203) 821-2000

- 4 -