UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY;<br>D.A.N. JOINT VENTURE<br>    plaintiffs | NO.: 3:01cv531(AVC) |
| v. | |
| CHARLES A. FLANAGAN; LISA G. FLANAGAN;<br>MJCC CORP.; MJCC REALTY; SOCRATES T. BABACAS;<br>LEONARD A. FASANO; FASANO & IPPOLITO;<br>TODD R. BAINER; STANLEY F. PRYMAS;<br>THOMPSON & PECK; JOSEPH CAPORALE<br>    defendants. | MARCH 17, 2004 |

## APPEARANCE

Please enter the appearance of Karen T. Gerber, Nuzzo & Roberts, L.L.C., One Town Center, Cheshire, Connecticut 06410 as counsel for the Movant on the Motion to Quash dated March 15, 2004.

THE MOVANT
KAREN T. GERBER, NUZZO & ROBERTS, L.L.C.

By _____
   Karen T. Gerber
   Federal Bar No: ct 13317
   NUZZO & ROBERTS, L.L.C.
   One Town Center
   P.O. Box 747
   Cheshire, Connecticut 06410
   (203) 250-2000
   kgerber@nuzzo-roberts.com

This is to certify that on March 17, 2004, a true copy of the foregoing Appearance was mailed via first class postage prepaid mail to:

Michael G. Albano, Esq.
Sabia & Hartley
190 Trumbull Street, Suite 202
Hartford, CT  06103-2205

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Floosmoor, IL  60422

Todd R. Bainer, Esq.
Cooney & Bainer
71 Cedar Street
Branford, CT  06405

Mary Anne Charron, Esq.
Gordon Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT  06106-1976

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT  06443

Barbara Cox, Esq.
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Gerald R. Sqirsky, Esq.
Gordon Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT  06106-1976

William G. Gallagher, Esq.
Gallagher & Calistro
P.O. Box 1925
New Haven, CT  06509

David G. Hill, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026

Peter C. Schwartz, Esq.
Gordon Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT  06106-1976

Douglas. S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026

June M. Sullivan, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06106

Edward C. Taiman, Jr., Esq.
Sabia & Hartley
190 Trumbull Street, Suite 202
Hartford, CT  06103-2205

US Trustee
US Trustee Office
265 Church Street, Suite 1103
New Haven, CT  06510-7016

R. Bradley Wolfe, Esq.
Gordon Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT  06106-1976

_____
Karen T. Gerber
Federal Bar No: ct 13317
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
(203) 250-2000
kgerber@nuzzo-roberts.com

\\fp\nuzzo\wp\423002\086\Appearance mot quash 3 17 04.doc

- 3 -