UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| vs. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | : | MARCH 19, 2004 |

### PLAINTIFFS' MOTION FOR RECONSIDERATION OF MARCH 15, 2004 ORDER BY MAGISTRATE JUDGE SMITH

Plaintiffs The Cadle Company and D.A.N. Joint Venture, a Limited Partnership ("Plaintiffs") hereby move for an order reconsidering Magistrate Judge Smith's March 15, 2004 Memorandum And Order ("Memorandum") on the basis that its factual underpinnings were incorrect, and to sanction Plaintiffs under these circumstances would not only be inequitable

```
March 22, 2004.  GRANTED.  The court will reconsider its previous
ruling and order, and will issue a more detailed ruling hereon in
due course. The previously established deadline for filing an
application for attorneys fees is hereby vacated. A new filing date
will be established if appropriate.
     The court will schedule another settlement conference after
dispositive motions have been ruled upon.


Thomas P. Smith
United States Magistrate Judge
```

adversary proceeding against Flanagan for denial of a bankruptcy discharge was transferred to