

Exhibit

B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § | No. 3:01CV531(AVC) |
| | § | |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | November 7, 2003 |
| Defendants. | § | |

PLAINTIFFS' RESPONSES TO FIRST SET OF INTERROGATORIES
SUBMITTED BY DEFENDANTS STANLEY F. PRYMAS AND THOMPSON & PECK

INTERROGATORY NO. 1.

Identify each person who supplied information to answer these interrogatories. Specify by number those answers to which such person(s) supplied information.

ANSWER: Tim Dugic, F. Dean Armstrong and Ed Taiman supplied information to answer each of the interrogatories.

INTERROGATORY NO. 2.

Identify all individuals who have knowledge of any facts and circumstances surrounding the claims made by you in this action.

ANSWER: Please see the attached Ex. Int. No. 2, which is a list of persons with knowledge of relevant facts.

INTERROGATORY NO. 3.

For each and every individual identified in response to Interrogatory number 2, describe the knowledge they possess of any facts or circumstances concerning the claims made by you in this action and identify any and all documents concerning such knowledge.

c) Explain in detail how you calculated the amount you claim you lost or will lose as identified in subpart (b), including the amounts set forth in subpart (b).

d) Identify any and all assets of Charles Flanagan you contend were available to satisfy the claims identified in response to subpart (a) on or before February 16, 1999, specifying the value of each such asset;

**ANSWER:** Please see the attached Ex. Int. No. 5, which was marked as Ex. 10 to the deposition of Tim Dugic, which is hereby incorporated by reference. In addition, please see the pleadings and the discovery conducted in this case.

## INTERROGATORY NO. 6.

Identify each and every RICO predicate act you contend was committed by defendant Thompson & Peck, Inc.

**ANSWER:** All such predicate acts are set forth in Plaintiffs' Second Amended Complaint and have been further identified in the discovery conducted in this case, which are hereby incorporated by reference as if set forth verbatim. Further, under RICO, one co-conspirator is liable for the predicate acts committed by the other co-conspirators. Accordingly, Defendant Thompson & Peck is liable for all of the predicate acts committed by the other co-conspirators, all as set forth in Plaintiffs' Second Amended Complaint and further identified in the discovery conducted in this case. At the present time, Plaintiffs are not aware of any additional predicate acts committed by Defendant Thompson & Peck.

## INTERROGATORY NO. 7.

Identify each and every RICO predicate act you contend was committed by Stanley Prymas.

**ANSWER:** All such predicate acts are set forth in Plaintiffs' Second Amended Complaint and have been further identified in the discovery conducted in this case, which are hereby incorporated by reference as if set forth verbatim. Further, under RICO, one co-conspirator is liable for the predicate acts performed by the other co-conspirators.

**ANSWER:** Please see attached Ex. Int. No. 13, which was marked as Ex. 10 to the deposition of Tim Dugic, which is hereby incorporated by reference. In addition, please see the pleadings and the discovery conducted in this case.

Respectfully submitted,

ARMSTRONG LAW FIRM

DATED: November __, 2003.

By _____
   F. Dean Armstrong
   Ct. Fed. Bar #CT22417
1324 Dartmouth Road
Flossmoor, IL 60422
(708) 798-1599
Fax (708) 798-1597

Edward C. Taiman, Esq.
SABIA & HARTLEY, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205
(860) 541-2077
Fax (860) 713-8944

Attorneys for Plaintiffs
The Cadle Company and
D.A.N. Joint Venture,
A Limited Partnership

Exhibit
C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01- CV-531 (AVC) |
| | : | |
| V. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL. | : | |
| Defendants. | : | MARCH 26, 2004 |

### AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH THE COURT'S STANDING ORDER AND DISCOVERY REQUESTS OR, IN THE ALTERNATIVE, MOTION TO PRECLUDE

Barbara L. Cox, being duly sworn, deposes and says:

1.    I am an attorney with The Gallagher Law Firm, and represent the defendants Stanley F. Prymas and Thompson & Peck, Inc. ("T&P") in the above captioned matter. I make this affidavit in connection with Defendants' Motion to Compel Plaintiffs' Compliance with the Court's Standing Order in Civil RICO Cases and Discovery Requests, or, in the Alternative, to Preclude, dated March 24, 2004 ("Motion").

2.    On November 7, 2003, I notified counsel for the plaintiffs F. Dean Armstrong that I considered plaintiffs' responses to Prymas/T&P's interrogatories insufficient. No further responses were forthcoming from the plaintiffs.

3.    On January 15, 2004, I participated in a telephone conference call with counsel for the plaintiffs, The Cadle Company and DAN Joint Ventures, F. Dean Armstrong and Edward Taiman, and counsel for the Fasano defendants, David Hill. During that conversation, I pointed out the deficiencies of plaintiffs' RICO Case

Statement and requested more particular statements pertaining to the alleged predicate acts, and full and fair compliance with Prymas/T&P's interrogatory nos. 6 and 7 (seeking delineation of the Prymas/T&P alleged predicate acts).

4.    During the telephone conference on January 15, 2004, plaintiffs' counsel agreed to consider our request and would respond promptly with their decision.

5.    Subsequently, I learned that plaintiffs would not agree to supplement their interrogatory answers.  <u>See</u> Letter from Attorney Armstrong, dated January 26, 2004, attached hereto.

6.    I have attempted in good faith to secure specific information pertaining to alleged predicate acts from the plaintiffs without the Court's intervention. However, plaintiffs have refused to specifically delineate the predicate acts they contend were committed by defendants Prymas and Thompson & Peck that form the basis of the civil RICO claims against those defendants.

Barbara L. Cox

Subscribed and sworn to before me
this 26th day of March, 2004.

Commissioner of the Superior Court

# ARMSTRONG LAW FIRM

1324 DARTMOUTH ROAD
FLOSSMOOR, ILLINOIS 60422

E-MAIL:
DINO@DINOLAW.COM

708/798-1599
(FAX) 708/798-1597

January 26, 2004

David G. Hill, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

      Re:  Cadle, et al. v. Flanagan, et al.;
         No. 3:01-CV-531 (AVC)

Dear Mr. Hill:

      I am in receipt of your letter dated January 26, 2004.  The illegible portion under the word "YES" was simply my initials, FDA.

      As far as item no. 5 regarding the alleged predicate acts, Ed Taiman and I believe that Plaintiffs' answers are appropriate and do not need supplementation.  We have advised Barbara Cox as well that Plaintiffs believe their answers to her clients' contention interrogatories are likewise adequate.

      I enclose a copy of Plaintiffs' Exhibit List, which I believe to be current.  There may, however, be the need to add some additional documents to Plaintiffs' Exhibit List in light of the recent supplemental document production by some of the Defendants.

                       Very truly yours,

                       F. Dean Armstrong

cc:  Barbara Cox, Esq.
     James Lenes, Esq.
     Ed Taiman, Esq.
     Tim Dugic

# The Gallagher Law Firm

1377 ELLA T. GRASSO BOULEVARD
P.O. BOX 1925
NEW HAVEN, CT
06509-1925
(203) 624-4165 (PHONE)
(203) 865-5598 (FAX)

William F. Gallagher*
Barbara L. Cox
Hugh D. Hughes
*Board Certified Trial Lawyer

Legal Assistants
Cathy-Ann Ferrara
Donna J. Tessmer
Denise A. Malone

November 7, 2003

**SENT VIA TELEFAX & U.S. MAIL**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422

**RE:    Cadle v. Flanagan**

Dear Mr. Armstrong:

Mr. Cadle keeps attempting to call me.  Please tell him that I will communicate with the representatives of the Cadle Company and D.A.N. Joint Venture **only** through their attorneys.  I will not communicate with him or any other Cadle officer directly.

Your answers to the Prymas/Thompson & Peck discovery responses are long overdue.  If I do not receive at least answers to interrogatories by 5 P.M. on Monday, November 10, I shall assume that we cannot reach an agreement pursuant to Local Rule 9, and I shall move to compel responses to all of our discovery requests.  I hope that we do not need to go to the judge to get responses to our discovery requests, due since June 23.

Very truly yours,

Barbara L. Cox

# The Gallagher
# Law Firm

1377 Ella T. Grasso Boulevard
P.O. Box 1925
New Haven, CT
06509-1925

(203) 624-4165 (phone)
(203) 865-5598 (fax)

William F. Gallagher*
Barbara L. Cox
Hugh D. Hughes

*Board Certified Trial Lawyer

*Legal Assistants*
Cathy-Ann Ferrara
Donna J. Tessmer
Denise A. Malone

November 7, 2003

**SENT VIA TELEFAX & U.S. MAIL**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422

**RE:    Cadle v. Flanagan**

Dear Mr. Armstrong:

Your interrogarory  responses are unsatisfactory.  If I do not have complete
and responsive answers by the close of 5 p.m. on Monday, I will move to
compel compliance.


Very truly yours,


Barbara L. Cox

Visit our Website @ gallagher-lawfirm.com
Email: Lawoffices@gallagher-lawfirm.com

## CERTIFICATION

This is to certify that on this 26th day of March, 2004, I hereby mailed a copy of the

foregoing to:

Edward C. Taiman, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205

&

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
&
Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405
**For Defendant Todd R. Bainer**

David G. Hill, Esq.
June M. Sullivan, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
**For Defendants Leonard A. Fasano &
Fasano, Ippolito & Lee, LLC**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026
**For Defendant Charles A. Flanagan**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
**For Defendant Thompson & Peck, Inc.**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide &
Associates, LLC**

Barbara L. Cox