

FILED

2004 APR 26  P 4: 32

DISTRICT COURT
HARTFORD CT

### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : <br> : <br> : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : <br> : <br> : | APRIL 26, 2004 |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A DISPOSITIVE MOTION

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move this Court for a two (2) week extension of the deadline, to and including May 11, 2004, for filing dispositive motions in this action for the following reasons:

1. The recent press of hearings, an appellate brief and other litigation matters has interfered with the undersigned counsel's ability to complete the preparation of a motion for summary judgment, which has been researched and is in preparation.

2. Defendants have been hampered in the preparation of their dispositive motion by the plaintiffs' failure to adequately identify the predicate acts upon which they premise their

1

claims against defendants Prymas and Thompson & Peck. See Defeandants" Motion to Compel Compliance with the Court's Standing Order and Discovery Requests or, in the Alternative, Motion to Preclude, dated March 26, 2004..

3. Plaintiffs' compliance with defendants' discovery requests is still incomplete, both with respect to interrogatory responses and document requests.

4. The undersigned counsel's recent travel out of state has also prevented completion of the motion for summary judgment by the current deadline.

This is the second extension of time requested by defendants Stanley F. Prymas and Thompson & Peck, Inc. to extend the deadline for dispositive motions.

As of the preparation of this motion, the undersigned has inquired of opposing counsel, but has not learned their position on the requested extension. However, counsel for the plaintiffs have previously refused to consent requested extensions for dispositive motions.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and THOMPSON & PECK, INC.

BY: _____
Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 26th day of April, 2004, to the following:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
Tel. 7-8/798-1599
Fax: 7-8/798-1597

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
BARBARA L. COX

4