UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL, | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01- CV-531 (AVC) |
| | : | |
| V. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL. | : | |
| Defendants. | : | APRIL 27, 2004 |

## DEFENDANTS FASANO AND FASANO IPPOITO & LEE, LCC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Practice, the defendants Leonard A. Fasano and Fasano & Ippolito (a.k.a Fasano, Ippolito & Lee, L.L.C.) (Collectively "Fasano"), hereby move this Court for summary judgment in Fasano's favor dismissing the second amended complaint, dated August 30, 2002 (the "Complaint").

Fasano moves for summary judgment on several grounds, which are more fully set forth in the accompanying memorandum of law in support of motion for summary judgment. First, Plaintiffs fail to establish that Fasano acquired an interest in a RICO enterprise through a pattern of racketeering activity, an essential requisite to maintaining a RICO claim. Fasano, who is an attorney, provided legal advice and legal

10361.0088

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

services to co-defendant Charles M. Flanagan, and did not gain any interest in or control of Mr. Flanagan's so-called "financial empire." As such, Fasano cannot be held liable under RICO.

Second, Plaintiffs fail to establish that Fasano participated in the operation or management of Mr. Flanagan's "financial empire." The law is clear that an attorney who merely represents a party accused of RICO violation cannot be held liable under RICO. Fasano engaged in activities that are typical of an attorney, including drafting motions to the court, advising clients, participating in hearings, and settling a claim. Accordingly, because the record is devoid of any evidence that Fasano participated, directly or indirectly, in the operation of the purported RICO enterprise, summary judgment is appropriate as against Fasano.

Third, Plaintiffs have failed to establish that Fasano conspired to commit any predicate acts in violation of RICO. The record is devoid of any evidence that Fasano, whose conduct was limited to his role at an attorney, agreed to acquire an interest in or control of a RICO enterprise. As such, summary judgment is appropriate on behalf of Fasano.

Fourth, Plaintiffs have come forward with no evidence that Fasano committed any predicate acts, an essential requirement for maintaining a RICO claim. As such,

10361.0088

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

there is no pattern of racketeering activity asserted against Fasano, and therefore, summary judgment is appropriate.

Lastly, Plaintiffs' RICO claim is not viable because there are no actual damages. Plaintiffs conceded that they obtained judgment for the full amount of their claim against Mr. Flanagan, and that the judgment was paid in full. Furthermore, Plaintiffs' claim of purported frustration with collecting other judgments is not actionable under RICO. Therefore, Plaintiffs' claim should be dismissed in its entirety pursuant to summary judgment.

This Motion is based on all the papers and records on file in this action, including Exhibits A through H, filed manually, the accompanying memorandum of law in support of motion for summary judgment, Defendant Fasano's Local Rule 56(a)(1) Statement, and any oral argument or evidence presented at the hearing of this Motion.

WHEREFORE, the defendant, Leonard A. Fasano and Fasano & Ippolito (a/k/a Fasano, Ippolito & Lee, L.L.C.,) respectfully requests that the Court grant their Motion for Summary Judgment, dated April 27, 2004, dismissing the second amended complaint against them.

10361.0088

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

| | |
|---|---|
| DATED: April 27, 2004 | RESPECTFULLY SUBMITTED,<br><br>DEFENDANTS LEONARD A. FASANO and FASANO, IPPOLITO & LEE, LLC<br><br>By: _____<br>    David G. Hill<br>    Federal Bar No.: ct 13435<br>    June M. Sullivan<br>    Federal Bar No.: ct24462<br>    HALLORAN & SAGE  LLP<br>    One Goodwin Square<br>    225 Asylum Street<br>    Hartford, Connecticut 06103<br>    (860) 522-6103 |

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

    This is to certify that on this 27TH day of April 2004, I hereby mailed a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
&
F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
&

Peter C. Schwartz, Esq.
Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001
**For Defendant Paul M. Gaide &
Gaide & Associates, LLC**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grass Blvd.
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026
**For Defendant Charles A. Flanagan**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

US Trustee
U.S. Trustee Office
265 Church Street, Suite 1103
New Haven, CT 06510-7016

Karen T. Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
**For Karen Gerber**

_____
David G. Hill
June M. Sullivan

543020_1.doc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105