UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION |
| | | NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | APRIL 27, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that the undersigned defendants have manually filed the following document or thing:

Exhibits to Memorandum of Law in Support of Motion for Summary Judgment

These exhibits have not been filed electronically because:

[ ]   the document or thing cannot be converted to an electronic format

[ x ]   the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil
       Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                 Respectfully submitted,
                                 DEFENDANTS,
                                 LEONARD A. FASANO and FASANO,
                                 IPPOLITO & LEE, LLC

                                 By_____
                                       David G. Hill
                                       June M. Sullivan
                                       HALLORAN & SAGE  LLP
                                       Fed. Bar # ct13435 & #ct24462
                                       One Goodwin Square
                                       225 Asylum Street
                                       Hartford, CT  06103
                                       (860) 522-6103

10361.0088

One Goodwin Square            HALLORAN            Phone (860) 522-6103
225 Asylum Street             & SAGE LLP          Fax (860) 548-0006
Hartford, CT 06103                                Juris No. 26105

## CERTIFICATION

This is to certify that on this 27th day of April 2004, I hereby mailed a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205
&

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405
&

Peter C. Schwartz, Esq.
Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide &**
**Associates, LLC**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT 06509-1925
**For Defendant Stanley Prymas**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026
**For Defendant Charles A. Flanagan**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
**For Defendant Thompson & Peck, Inc.**

US Trustee
U.S. Trustee Office
265 Church Street, Suite 1103
New Haven, CT 06510-7016

Karen T. Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
**For Karen Gerber**

_____
David G. Hill
June M. Sullivan

515322_1.doc

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105