UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | APRIL 27, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the undersigned defendants have manually filed the following document or thing:

Attachments to Rule 56(a)(1) Statement

These attachments have not been filed electronically because:

[ ]   the document or thing cannot be converted to an electronic format

[ x ]   the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                  Respectfully submitted,
                  DEFENDANTS,
                  LEONARD A. FASANO and FASANO,
                  IPPOLITO & LEE, LLC

                  By_____
                     David G. Hill
                     June M. Sullivan
                     HALLORAN & SAGE LLP
                     Fed. Bar # ct13435 & #ct24462
                     One Goodwin Square
                     225 Asylum Street
                     Hartford, CT 06103
                     (860) 522-6103

10361.0088


HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

This is to certify that on this 27th day of April 2004, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Edward C. Taiman, Jr., Esq.<br>Michael G. Albano, Esq.,<br>Sabia & Hartley, LLC<br>190 Trumbull Street, Ste. 202<br>Hartford, CT 06103-2205<br>& | Barbara L. Cox, Esq.<br>William F. Gallagher, Esq.<br>Gallagher & Calistro<br>1377 Ella Grasso Boulevard<br>P. O. Box 1925<br>New Haven, CT 06509-1925<br>**For Defendant Stanley Prymas** |
| F. Dean Armstrong, Esq.<br>Armstrong Law Firm<br>1324 Dartmouth Road<br>Flossmoor, IL 60422<br>**For Plaintiffs The Cadle Company &**<br>**D.A.N. Joint Venture, A Limited Partnership** | Douglas S. Skalka, Esq.<br>James A. Lenes, Esq.<br>Neubert, Pepe & Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510-2026<br>**For Defendant Charles A. Flanagan** |
| Todd R. Bainer, Esq.<br>Todd R. Bainer, LLC<br>71 Cedar Street<br>Branford, CT 06405<br>& | Bradley K. Cooney, Esq.<br>Bradley K. Cooney, P.C.<br>69 Island Avenue<br>Madison, CT 06443<br>**For Defendant Thompson & Peck, Inc.** |
| Peter C. Schwartz, Esq.<br>Mary Anne Charron, Esq.<br>R. Bradley Wolfe, Esq.<br>Gerald R. Swirsky, Esq.<br>Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-5123<br>**For Defendant Todd R. Bainer** | US Trustee<br>U.S. Trustee Office<br>265 Church Street, Suite 1103<br>New Haven, CT 06510-7016<br><br>Karen T. Gerber, Esq.<br>Nuzzo & Roberts, LLC<br>One Town Center<br>P.O. Box 747<br>Cheshire, CT 06410<br>**For Karen Gerber** |
| Paul Morgan Gaide, Esq.<br>713 Lovely Street<br>Avon CT 06001<br>**For Defendant Paul M. Gaide & Gaide &**<br>**Associates, LLC** | |

                                              _____
                                                  David G. Hill
                                                  June M. Sullivan

515322_1.doc

One Goodwin Square     HALLORAN     Phone (860) 522-6103
225 Asylum Street     & SAGE LLP     Fax (860) 548-0006
Hartford, CT 06103         Juris No. 26105