UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A . FLANAGAN, ET AL | : | |
|    Defendants. | : | APRIL 27, 2004 |

### PLAINTIFFS' STATEMENT OF CONSENT AND JOINDER TO STANLEY F. PRYMUS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A DISPOSITIVE MOTION

      The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby consent to the Motion of Stanley F. Prymus and Thompson & Peck, Inc. seeking a two week extension of time until May 11, 2004, for filing dispositive motions. However, Plaintiffs request that this court grant the requested extension of time for all parties, such that all plaintiffs and defendants shall have until May 11, 2004, for filing dispositive motions.

                                                                THE CADLE COMPANY AND
                                                               D.A.N. JOINT VENTURE, L.P.


                                                        By:_____
                                                           Edward C. Taiman, Jr.
                                                           Sabia & Hartley, LLC
                                                           190 Trumbull Street, Suite 202
                                                           Hartford, CT 06103
                                                           (860) 541-2077
                                                           Fed. Bar No. ct01319

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 27th day of April, 2004, to the following:

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson
& Peck, Inc.)

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th floor
New Haven, CT 06510
(counsel for Charles A. Flanagan)

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and
Fasano & Ippolito, LLC)

Paul M. Gaide, Esq.
Paul M. Gaide, L.L.C.
713 Lovely Street
Avon, CT 06001

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405

Bonnie C. Mangan, Trustee
1050 Sullivan Avenue, #A3
South Windsor, CT 06074-2000
(Trustee for Charles A. Flanagan's chapter 7
estate)

Karen T. Gerber, Esq.
Nuzzo & Roberts LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410-0747

By:_____
Edward C. Taiman, Jr.