186

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED
2004 APR 26 P 4: 32

DISTRICT COURT
[...] CT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | APRIL 26, 2004 |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A DISPOSITIVE MOTION

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move this Court for a two (2) week extension of the deadline, to and including May 11, 2004, for filing dispositive motions in this action for the following reasons:

1. The recent press of hearings, an appellate brief and other litigation matters has interfered with the undersigned counsel's ability to complete the preparation of a motion for summary judgment, which has been researched and is in preparation.

2. Defendants have been hampered in the preparation of their dispositive motion by the plaintiffs' failure to adequately identify the predicate acts upon which they premise their

1

April 28, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.