

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 27 P 2: 41
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| vs. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | : | APRIL 27, 2004 |

### PLAINTIFFS' STATEMENT OF CONSENT AND JOINDER TO STANLEY F. PRYMUS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A DISPOSITIVE MOTION

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby consent to the Motion of Stanley F. Prymus and Thompson & Peck, Inc. seeking a two week extension of time until May 11, 2004, for filing dispositive motions. However, Plaintiffs request that this court grant the requested extension of time for all parties, such that all plaintiffs and defendants shall have until May 11, 2004, for filing dispositive motions.

THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.

By: _____
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. ct01319

April 28, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944