UNITE STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP | Case No.: 3:01 cv 531 (AVC) |
| v. | |
| CHARLES A. FLANAGAN, ET AL. | April 29, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant Charles A. Flanagan ("Flanagan") moves that summary judgment enter against the Plaintiffs The Cadle Company and D.A.N. Joint Venture, A Limited Partnership (collectively, the "Plaintiffs") because there is no material issue of fact in dispute and Flanagan is entitled to judgment as a matter of law. Specifically, summary judgment should enter in favor of Flanagan because the only alleged injury suffered by the Plaintiffs occurring after February 17, 1999 was 1) freely and voluntarily incurred by the Plaintiffs; and, 2) was not proximately caused by Flanagan's conduct. A memorandum of law, the affidavits of Chales A. Flanagan and James A. Lenes, and a Local Rule 56(a)(1) Statement are submitted herewith.

THE DEFENDANT
CHARLES ATWOOD FLANAGAN

By: _____
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No. (203) 821-2000

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, on April 29, 2004 to:

Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

F. Dean Armstrong
639 Perth Ave.
Flossmoor, IL 60422

David G. Hill
Halloran & Sage
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103

Peter C. Schwartz, Mary Anne Charron
R. Bradley Wolfe, Gerald R. Swirsky
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Barbara L. Cox
William F. Gallagher
Gallagher & Calistro
1377 Boulevard, PO Box 1925
New Haven, CT 06509-1925

Todd R. Bainer
Cooney & Bainer, P.C.
71 Cedar St.
Branford, CT 06405

Bradley K. Cooney
69 Island Ave.
Madison, CT 06443

By: _____
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No. (203) 821-2000