UNITE STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY and                :
D.A.N. JOINT VENTURE,                 :          Case No.: 3:01 cv 531 (AVC)
A LIMITED PARTNERSHIP                 :
                                      :
                                      :
v.                                    :
                                      :
CHARLES A. FLANAGAN, ET AL.           :          April 29, 2004

## LOCAL RULE 56(A)(1) STATEMENT OF UNDISPUTED FACTS

Pursuant to Local Rule 56(a)(1), the defendant Charles A. Flanagan ("Flanagan") submits

the following statement of undisputed facts relevant to his motion for summary judgment filed

simultaneously herewith.

1.      On February 17, 1999, Flanagan filed a voluntary petition for relief with the

United States Bankruptcy Court, District of Connecticut (the "Bankruptcy Court") under Chapter

11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.      While the case was subsequently converted to one under Chapter 7 of the

Bankruptcy Code, the bankruptcy case is still pending.

3.      On April 20, 2001, Flanagan filed a motion with the Bankruptcy Court titled

"Motion to Compel The Cadle Company and D.A.N. Joint Venture, L.P and For Sanctions for

Violation of Automatic Stay" wherein he requested an order of the Bankruptcy Court

determining that by commencing this action, the Plaintiffs willfully violated the automatic stay

contained in Section 362 of the Bankruptcy Code.

4.     On May 16, 2001, Judge Albert S. Dabrowski of the Bankruptcy Court ruled that the Plaintiffs willfully violated the automatic stay contained in Section 362 of the Bankruptcy Code and ordered the Plaintiffs to file a notice of dismissal of this action as to Flanagan only.

5.     Paul M. Gaide, Esq. ("Gaide") represented the Plaintiffs in most, if not all, of the Plaintiffs' collection litigation against Flanagan until Flanagan filed his bankruptcy petition on February 19, 1999.

6.     Additionally, Gaide represented the Plaintiffs in Flanagan's bankruptcy case from February 26, 1999 until June 28, 1999, at which point he moved to withdraw his appearance on behalf of the Plaintiffs and entered an appearance on behalf of the Official Committee of Unsecured Creditors ("Creditors' Committee"). His motion to withdraw was granted on July 21, 1999. On June 18, 1999, Edward C. Taiman, Esq. entered his appearance on behalf of the Plaintiffs in the bankruptcy case. On October 25, 2000, Gaide withdrew his appearance on behalf of the Creditors' Committee.

7.     On February 18, 1999, March 3, 1999 and March 4, 1999, Flanagan filed three ethics complaints against Gaide (the "Grievances") with the Connecticut Statewide Grievance Committee.

8.     The Grievances, in summary, alleged the following violations: Gaide, who was representing Cadle at the time, harassed Flanagan's minor children by having a Connecticut deputy sheriff serve post judgment interrogatories upon them. Also, he directly contacted Flanagan's then business partner, Stanley F. Prymas (also a defendant herein), even though Prymas was represented by counsel at the time. Although Prymas' counsel authorized Gaide to

speak to Prymas on certain topics, his interrogation of Prymas went well beyond the scope of his authority.

9.     Gaide's conduct was initially found by the Local Panel of the Statewide Grievance Committee to have violated the Rules of Professional Conduct.

10.     Afterwards, the Reviewing Committee of the Statewide Grievance Committee held 13 days of hearings to review the finding of the Local Panel, from October 14, 1999 through October 25, 2001, and determined that there was not clear and convincing evidence that Gaide's conduct violated Connecticut's ethics rules.

11.     The Cadle Company paid over $50,000.00 to fund Gaide's defense of the Grievances.

12.     The Cadle Company was under no legal obligation to pay Gaide's legal fees to defend the Grievances.

13.     The legal fees paid to fund Gaide's defense of the Grievances represent the only alleged damages which the Plaintiffs claim were caused by Flanagan's alleged wrongful conduct which occurred from and after Flanagan's bankruptcy filing on February 17, 1999.

14.     Gaide filed his own RICO action against many of the Defendants in this action titled Paul M. Gaide v. Todd R. Bainer, Todd R. Bainer, Attorney at Law, Todd R. Bainer, LLC, Leonard A. Fasano, Robert G. Skelton, Skelton & Skelton, LLC, Law Office of Robert G. Skelton, Lisa G. Flanagan, Stanley F. Prymas, Thompson & Peck, Inc., Flanagan/Prymas Insurance Group, Inc., William F. Gallagher, Gallagher & Callistro, Barbara H. Katz, and Law Office of Barbara H. Katz, wherein he claimed, inter alia, that the filing of the Grievances was part of a conspiracy to cause Gaide personal injuries and economic losses.

15.     Gaide's RICO action, was filed in the United States District Court for the District of Connecticut and bore Civil Action Number 3:02-cv-00392-SRU.

16.     Gaide's RICO action was dismissed for failure to state a claim on April 28, 2003.


                        THE DEFENDANT
                        CHARLES ATWOOD FLANAGAN


                   By: _____
                        James A. Lenes (CT 10408)
                        Neubert, Pepe & Monteith, P.C.
                        195 Church Street, 13th Floor
                        New Haven, CT  06510
                        Telephone No. (203) 821-2000

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, on

April 29, 2004 to:

Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

F. Dean Armstrong
639 Perth Ave.
Flossmoor, IL 60422

David G. Hill
Halloran & Sage
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103

Peter C. Schwartz, Mary Anne Charron
R. Bradley Wolfe, Gerald R. Swirsky
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Barbara L. Cox
William F. Gallagher
Gallagher & Calistro
1377 Boulevard, PO Box 1925
New Haven, CT 06509-1925

Todd R. Bainer
Cooney & Bainer, P.C.
71 Cedar St.
Branford, CT 06405

Bradley K. Cooney
69 Island Ave.
Madison, CT 06443

By: _____
     James A. Lenes (CT 10408)
     Neubert, Pepe & Monteith, P.C.
     195 Church Street, 13th Floor
     New Haven, CT  06510
     Telephone No. (203) 821-2000