UNITE STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and | : | |
| D.A.N. JOINT VENTURE, | : | Case No.: 3:01 cv 531 (AVC) |
| A LIMITED PARTNERSHIP | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL. | : | |

**AFFIDAVIT OF JAMES A. LENES IN SUPPORT OF**
**CHARLES A. FLANAGAN'S MOTION FOR SUMMARY JUDGMENT**

STATE OF CONNECTICUT   }

ss: New Haven

COUNTY OF NEW HAVEN  }

I, James A. Lenes, being duly sworn, do depose and say:

1.      I am over the age of 18 years and understand the obligations of an oath. I am an

attorney at Neubert, Pepe & Monteith, P.C., and I represent the defendant Charles A. Flanagan

("Flanagan") in this case. I make this affidavit in connection with the Motion for Summary

Judgment against the Cadle Company and D.A.N. Joint Venture, L.P.

2.      Attached as Exhibit A is a true and correct copy of the relevant pages of the

Docket Report of Flanagan's bankruptcy case, providing the appearance information of

Attorneys Paul M. Gaide and Edward C. Taiman.

3.      Attached as Exhibit B is a true and correct copy of the Plaintiffs' November 21,

2003 Responses to Flanagan's Interrogatories.

4.    Attached as <u>Exhibit C</u> is a true and correct copy of the relevant pages of the transcript of the February 13, 2004 deposition of Alan C. Adams.

_____
James A. Lenes

Subscribed and sworn to before me on April 29, 2004.


_____
Commissioner of the Superior Court/Notary Public

# EXHIBIT A

**CONVERTED**

# U.S. Bankruptcy Court
## District of Connecticut (New Haven)
### Bankruptcy Petition #: 99-30565

*Assigned to:* Chief Albert S. Dabrowski
Chapter 7
Previous chapter 11
Voluntary
Asset

*Date Filed:* 02/17/1999
*Date Converted:* 01/16/2003

| | | |
|---|---|---|
| **Charles Atwood Flanagan**<br>230 Millbrook Road<br>North Haven, CT 06473<br>(203) 288-5171<br>SSN: xxx-xx-1834<br>*Debtor* | represented<br>by | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000 |
| | | **James F. Cirillo, Jr.**<br>388 Orange Street<br>New Haven, CT 06511<br>(203) 488-9828 |
| | | **James A. Lenes**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000 |
| | | **Leonard A. Fasano**<br>Fasano, Ippolito & Lee<br>388 Orange Street<br>New Haven, CT 06511<br>(203) 787-6555 |
| **Bonnie C. Mangan**<br>1050 Sullivan Avenue<br>Suite A3<br>South Windsor, CT 06074<br>(860) 644-4204<br>*Trustee* | represented<br>by | **Michael S. Schenker**<br>Francis O'Neil Del Piano, LLC<br>255 Main Street<br>Hartford, CT 06106<br>(860) 527-3271 |
| **Committee of Unsecured Creditors**<br>*Creditor Committee* | represented<br>by | **Jon P. Newton**<br>Reid & Riege<br>One Financial Plaza<br>Hartford, CT 06103<br>(860) 278-1150 |
| | | **Paul M. Gaide** |

Edward P. Jurkiewicz, LLC
315 Albany Turnpike
2nd Floor
Canton, CT 06019
(860) 693-3638

| Filing Date | Docket Text |
|---|---|
| 02/17/1999 | 1 Voluntary Petition missing documents: Schedules A - J Statement of Financial Affairs; Debtors Statement Of Intent Exhibit A Due on 3/4/99 ;Proof of Claim (gov) Deadline: 8/16/99 ( Filing Fee $ 800.00 Receipt # 341818) (Former Employee) (Entered: 02/19/1999) |
| 02/17/1999 | Administrative Fee Paid ( Fee $ 30.00 Receipt # 341818) (Former Employee) (Entered: 02/19/1999) |
| 02/19/1999 | 2 First Meeting of Creditors Scheduled For 11:00 4/5/99 At Office of the U.S. Trustee ; Last Day to Oppose Discharge 6/4/99 ;Last Day to File Proofs of Claim: 7/6/99 (Former Employee) (Entered: 02/19/1999) |
| 02/19/1999 | 3 Exhibit "A"; List of 20 Largest Unsecured Creditors filed by Atty Fasano (two creditors added; one address change - fee of $20.00 due, Atty notified) (Former Employee) (Entered: 02/19/1999) |
| 02/19/1999 | Local form produced. (Former Employee) (Entered: 02/19/1999) |
| 02/19/1999 | Local form produced. (Former Employee) (Entered: 02/19/1999) |
| 02/21/1999 | 6 BNC's Certificate of Service for 341 Meeting Notice (K. Tassmer) (Entered: 02/23/1999) |
| 02/22/1999 | 4 Order To Pay Federal Pre-Petition Taxes, Interest Penalty and Post Petition to the I.R.S. (cc: Debtor, Atty. Fasano, IRS, UST. (K. Tassmer) (Entered: 02/23/1999) |
| 02/22/1999 | 5 Order To Pay State Pre-Petition Taxes, Interest Penalty and Post-Petition to the State of Connecticut. (Debtor, Atty. Fasano, Dept. of Revenue Services,UST.) (K. Tassmer) (Entered: 02/23/1999) |
| 02/24/1999 | 7 Notice of Appearance And Request for Service of Notice By Francis J. Doherty for Creditor New Haven Savings Bank. (D. Fairfax) (Entered: 02/25/1999) |
| 02/24/1999 | Fee Paid RE: [3-1] Schedules ( Filing Fee $ 20.00 Receipt # 341891) (Former Employee) (Entered: 03/01/1999) |

| | |
|---|---|
| 02/26/1999 | 8 Notice of Appearance And Request for Service of Notice By Barbara H. Katz for Creditor Thomas & Peck, Inc.. (F. DeMagistris) (Entered: 03/01/1999) |
| 02/26/1999 | 9 Notice of Appearance And Request for Service of Notice By Paul M. Gaide for Creditor D.A.N. Joint Venture, Creditor Cadle Co.. (D. Fairfax) (Entered: 03/01/1999) |
| 03/03/1999 | 10 Motion By Debtor Charles Atwood Flanagan To extend Time To file schedules, statements . (D. Fairfax) (Entered: 03/03/1999) |
| 03/11/1999 | 11 ORDER Granting [10-1] Motion To extend Time To file schedules, statements by Charles Atwood Flanagan ;Missing Documents due: 3/19/99. cc: Lee w/ord. dir. svc. (Y. Ortiz) (Entered: 03/12/1999) |
| 03/19/1999 | 12 Certificate of Service filed by Leonard A. Fasano for Debtor Charles Atwood Flanagan in re: [11-1] Order . (D. Fairfax) (Entered: 03/22/1999) |
| 03/23/1999 | 13 Schedules A-J and Statements of Financial Affairs (Former Employee) (Entered: 03/25/1999) |
| 03/26/1999 | 14 Notice of Appearance And Request for Service of Notice By Barbara H. Katz for Creditor Flanagan Prymas Insurance Group, Inc. (D. Fairfax) (Entered: 03/26/1999) |
| 03/30/1999 | 15 Amended Matrix. Adding Creditors. ( Filing Fee $ 20.00 Receipt # 342217.) (Former Employee) (Entered: 03/31/1999) |
| 04/05/1999 | First Meeting Held and Examination of Debtor. (M. Delgobbo-Wynne) (Entered: 04/08/1999) |
| 04/06/1999 | 16 Application By Debtor Charles Atwood Flanagan To Employ Neubert, Pepe & Monteith, PC as Counsel . (D. Fairfax) (Entered: 04/06/1999) |
| 04/06/1999 | 17 Notice of Appearance And Request for Service of Notice By Douglas S. Skalka for Debtor Charles Atwood Flanagan. (D. Fairfax) (Entered: 04/06/1999) |
| 04/08/1999 | 18 Appointment of Committee of Unsecured Creditors by U.S. Trustee 1) Gary J. Wilson, Esq., 2) Alan C. Adams, Account Officer 3) Eileen Cavanaugh, VP (D. Fairfax) (Entered: 04/08/1999) |
| 04/21/1999 | 19 ORDER Granting [16-1] Application To Employ Neubert, Pepe & Monteith, PC as Counsel by Charles Atwood Flanagan . (D. Fairfax) (Entered: 04/21/1999) |
| 04/27/1999 | 20 Certificate of Service filed by Douglas S. Skalka for Debtor Charles Atwood Flanagan in re: [19-1] Order . (D. Fairfax) (Entered: 04/28/1999) |
| | |

| | |
|---|---|
| 05/26/1999 | 30 Debtors Report For The Month Of April 1999 (D. Fairfax) (Entered: 06/01/1999) |
| 05/26/1999 | 31 Debtors Report For The Month Of March 1999 (D. Fairfax) (Entered: 06/01/1999) |
| 06/09/1999 | Hearing Held Re: [21-1] Motion To Extend Time To Object to Any Claim of Exemption and File a Complaint to Determine Dischargeability by D.A.N. Joint Venture, Cadle Co...GRANTED, [22-1] Motion To Extend Time To Object to any Claim of Exemption Committee of Unsecured Creditor's...GRANTED, [23-1] Application To Employ Paul M. Gaide as Counsel by Committee of Unsecured Creditor's...GRANTED, [24-1] Objection by Flanagan Prymas Insurance Group, Inc., Thomas & Peck, Inc...OVERRULED. (P. Esposito) (Entered: 06/11/1999) |
| 06/14/1999 | 32 Notice of Appearance And Request for Service of Notice By William J. Egan for Creditor Alaska Seaboard Partners Limited Partner. (F. DeMagistris) (Entered: 06/15/1999) |
| 06/16/1999 | 36 Amended [18-1] Committee Appointment . filed by UST (Gary J. Wilson, Alan C. Adams, Eileen Davanaugh, Gary P. Danis, Paul Gaide) (D. Fairfax) (Entered: 06/22/1999) |
| 06/17/1999 | 33 Debtors Report For The Month Of May 1999 (D. Fairfax) (Entered: 06/21/1999) |
| 06/17/1999 | 35 Motion By Debtor Charles Atwood Flanagan To extend Time To file Chapter 11 plan . (D. Fairfax) (Entered: 06/21/1999) |
| 06/18/1999 | 34 Notice of Appearance And Request for Service of Notice By Edward C. Taiman for Creditor Cadle Co.. (D. Fairfax) (Entered: 06/21/1999) |
| 06/25/1999 | 37 Notice of Hearing Re: [35-1] Motion To extend Time To file Chapter 11 plan by Charles Atwood Flanagan schd For 10:00 7/21/99 at 18th Floor, Courtroom (D. Fairfax) (Entered: 06/25/1999) |
| 06/28/1999 | 38 Notice of Appearance And Request for Service of Notice By Thomas A. Gugliotti for Creditor Suntrust Bank, Atlanta. (K. VanKruinengen) (Entered: 06/29/1999) |
| 06/28/1999 | 39 Objection By Creditor Committee of Unsecured Creditor's To [35-1] Motion To extend Time To file Chapter 11 plan by Charles Atwood Flanagan . (K. VanKruinengen) (Entered: 06/29/1999) |
| 06/28/1999 | 41 Notice of Appearance And Request for Service of Notice By Paul M. Gaide for Committee of Unsecured Creditor's. (K. VanKruinengen) (Entered: 06/29/1999) |
| 06/28/1999 | 42 Motion By Paul M. Gaide for Creditor Cadle Co., Creditor D.A.N. Joint |

| | |
|---|---|
| | Venture To Withdraw as Attorney . (K. VanKruinengen) (Entered: 06/29/1999) |
| 06/28/1999 | 43 ORDER Granting [21-1] Motion To Extend Time To Object to Any Claim of Exemption (By 9/15/99) and File a Complaint to Determine Dischargeability by D.A.N. Joint Venture, Cadle Co. Last Day to Oppose Discharge: 8/4/99 . (K. VanKruinengen) (Entered: 06/29/1999) |
| 06/28/1999 | 44 ORDER Granting [22-1] Motion To Extend Time To Object to any Claim of Exemption by Committee of Unsecured Creditor's Is Extended to 9/15/99. (K. VanKruinengen) (Entered: 06/29/1999) |
| 06/28/1999 | 45 ORDER Granting [23-1] Application To Employ Paul M. Gaide as Counsel by Committee of Unsecured Creditor's . (K. VanKruinengen) (Entered: 06/29/1999) |
| 06/28/1999 | 46 ORDER Overruled [24-1] Objection by Flanagan Prymas Insurance Group, Inc., Thomas & Peck, Inc. . (K. VanKruinengen) (Entered: 06/29/1999) |
| 06/29/1999 | 40 Notice of Hearing Re: [39-1] Objection by Committee of Unsecured Creditor's Scheduled For 10:00 7/21/99 at 18th Floor, Courtroom (K. VanKruinengen) (Entered: 06/29/1999) |
| 06/30/1999 | 47 Certificate of Service filed by Douglas S. Skalka for Debtor Charles Atwood Flanagan in re: [37-1] Hearing Notice of, [35-1] Motion To extend Time To file Chapter 11 plan by Charles Atwood Flanagan . (K. VanKruinengen) (Entered: 07/01/1999) |
| 07/06/1999 | 48 Certificate of Service filed by Paul M. Gaide for Creditor Committee Committee of Unsecured Creditor's, Creditor Cadle Co., Creditor D.A.N. Joint Venture in re: [46-1] Order, [45-1] Order, [44-1] Order, [43-1] Order, [24-1] Objection by Flanagan Prymas Insurance Group, Inc., Thomas & Peck, Inc., [23-1] Application To Employ Paul M. Gaide as Counsel by Committee of Unsecured Creditor's, [22-1] Motion To Extend Time To Object to any Claim of Exemption by Committee of Unsecured Creditor's, [21-1] Motion To Extend Time To Object to Any Claim of Exemption and File a Complaint to Determine Dischargeability by D.A.N. Joint Venture, Cadle Co. . (K. VanKruinengen) (Entered: 07/07/1999) |
| 07/08/1999 | 49 Notice of Hearing Re: [42-1] Motion To Withdraw as Attorney by Paul M. Gaide Scheduled For 10:00 7/28/99 at 18th Floor, Courtroom (K. VanKruinengen) (Entered: 07/08/1999) |
| 07/15/1999 | 50 Debtors Report For The Month Of 6/1/99 to 6/30/99 (K. VanKruinengen) (Entered: 07/16/1999) |
| 07/21/1999 | 51 ORDER Granting [42-1] Motion To Withdraw as Attorney by Paul M. Gaide, with Certificate of Mailing thereon. (K. VanKruinengen) (Entered: 07/26/1999) |
| 07/21/1999 | Hearing Re: [35-1] Motion To extend Time To file Chapter 11 plan by Charles |

| 10/25/2000 | Hearing Held Re: [260-1] Application To Employ Jon Newton by Committee of Unsecured Creditor's ....GRANTED; AN ORAL REQUEST OF PAUL GAIDE TO WITHDRAW; ORAL RULING GRANTED (K. VanKruinengen) (Entered: 10/26/2000) |
| --- | --- |
| 10/25/2000 | 270 ORDER Granting [260-1] Application To Employ Jon Newton by Committee of Unsecured Creditor's , with Certificate of Mailing thereon. (P. Esposito) (Entered: 10/26/2000) |
| 10/26/2000 | 272 ORDER Denying [227-1] Motion To Convert Case From Chapter 11 To Chapter 7 ( Filing Fee $ 15.00, Receipt # 347272) by D.A.N. Joint Venture, The Cadle Co. , with Certificate of Mailing thereon. (P. Esposito) (Entered: 10/27/2000) |
| 10/26/2000 | 273 ORDER Sustaining [252-1] by Charles Atwood Flanagan Objection , with Certificate of Mailing thereon. (P. Esposito) (Entered: 10/27/2000) |
| 10/26/2000 | Hearing Held Re: [227-1] Motion To Convert Case From Chapter 11 To Chapter 7 ( Filing Fee $ 15.00, Receipt # 347272) by D.A.N. Joint Venture, The Cadle Co.,...DENIED [252-1] Objection by Charles Atwood Flanagan ....SUSTAINED (K. VanKruinengen) (Entered: 10/30/2000) |
| 11/08/2000 | Hearing Re: [248-1] Motion To Quash Subpoena of Unsecured Creditors Committee by Charles Atwood Flanagan Continued 10:00 11/29/00 at 18th Floor, Courtroom (K. VanKruinengen) (Entered: 11/13/2000) |
| 11/09/2000 | 274 Motion by Creditor The Cadle Co., Creditor D.A.N. Joint Venture To Set Timetable to File Disclosure Statement and Chapter 11 Plan . (P. Esposito) (Entered: 11/09/2000) |
| 11/13/2000 | 275 Notice of Hearing Re: [274-1] Motion To Set Timetable to File Disclosure Statement and Chapter 11 Plan by D.A.N. Joint Venture, The Cadle Co. Scheduled For 10:00 12/6/00 at 18th Floor, Courtroom (P. Esposito) (Entered: 11/13/2000) |
| 11/14/2000 | 276 Transcript of Hearing Held on: October 26, 2000 [227-1] Motion To Convert Case From Chapter 11 To Chapter 7 ( Filing Fee $ 15.00, Receipt # 347272) by D.A.N. Joint Venture, The Cadle Co., [252-1] Objection by Charles Atwood Flanagan (P. Esposito) (Entered: 11/15/2000) |
| 11/14/2000 | 277 Transcript of Hearing Held on: October 16, 2000 [227-1] Motion To Convert Case From Chapter 11 To Chapter 7 ( Filing Fee $ 15.00, Receipt # 347272) by D.A.N. Joint Venture, The Cadle Co., [252-1] Objection by Charles Atwood Flanagan (P. Esposito) (Entered: 11/15/2000) |
| 11/14/2000 | 278 Motion by Debtor Charles Atwood Flanagan To Compromise Claim with A.C.G. Associates, Inc. (P. Esposito) (Entered: 11/15/2000) |

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | $<br><br>$ | No. 3:01CV531(AVC) |
| Plaintiffs, | $ | |
| vs. | $ | |
| CHARLES A. FLANAGAN, et al. | $ | November 21, 2003 |
| Defendants. | $ | |

## PLAINTIFFS' RESPONSES TO INTERROGATORIES
## SUBMITTED BY DEFENDANT CHARLES ATWOOD FLANAGAN

INTERROGATORY NO. 1. State the name and address of all persons responding or contributing information used to respond to these Interrogatories.

ANSWER: Tim Dugic, F. Dean Armstrong and Ed Taiman supplied information to answer each of the interrogatories.

INTERROGATORY NO. 2. Identify each person who you expect to call as an expert witness at trial.

ANSWER: F. Dean Armstrong and Paul Gaide.

INTERROGATORY NO. 3. As to each individual identified in response to 2 above, please state:

a. the subject matter on which the individual is expected to testify;

ANSWER: Litigation and legal fees.

b. the substance of the facts and opinions as to which the individual is expected to testify;

ANSWER: Paul Gaide will testify as to reasonable and necessary legal fees for Plaintiffs' unsuccessful collection

efforts and about the "sue Gaide to get him out of the litigation" baseless grievance that was filed by Charles Flanagan against Paul Gaide as part of an effort to get Plaintiffs to back off their efforts to collect on the debts owed by Charlie Flanagan to Plaintiffs.  F. Dean Armstrong will testify as to reasonable and necessary legal fees.  No specific calculation has yet been completed as to the amount of the attorneys' fees; however, it is expected that attorneys' fees Paul Gaide charged to The Cadle Company exceed $20,000 and the attorneys' fees charged to The Cadle Company by F. Dean Armstrong exceed $50,000.  Further, please see Plaintiffs' Second Amended Complaint and the discovery conducted and to be conducted in this case, which are hereby incorporated by reference as if set forth verbatim.

          c. a summary of the grounds for each opinion as to which the individual is expected to testify.

     ANSWER: As discovery has not yet been completed, and Plaintiffs' experts have not yet finalized their opinions, the requested information is not available at this time.  However, see 3(b) above.

     INTERROGATORY NO. 4. Given the limitations stated in Paragraph 85 of the Second Amended Complaint as to the damages sought from Flanagan,

          a.   State the amount of money damages that you claim are due to the Plaintiffs from Flanagan under Count One.

     ANSWER: Given the limitations stated in ¶85 of the Second Amended Complaint as to the damages sought from Flanagan, the amount of compensatory damages Plaintiffs claim are due from Flanagan under Count One of Second Amended Complaint (RICO) exceeds approximately $50,000.

          b.   State the amount of money damages that you claim are due to the Plaintiffs from Flanagan under Count Two.

     ANSWER: Because Count Two (Tortious Interference) was dismissed by the Court, Plaintiffs cannot seek money damages from Flanagan under Count Two at this time.

        c.  Describe how you calculated the amount of such money damages.

    ANSWER: The amount of money damages was calculated based on the amount of attorney fees and expenses incurred by Cadle in opposing the baseless grievance filed by Flanagan against Cadle's attorney, Paul Gaide, as part of Flanagan's plan to "sue Gaide to get him out of the litigation", which was in furtherance of Flanagan's effort to get Plaintiffs to back off their efforts to collect on the debts owed by Flanagan to Plaintiffs.

    INTERROGATORY NO. 5. State all ways in which you claim the Plaintiffs were injured by the defendants' alleged conduct that occurred from and after Flanagan's bankruptcy filing on February 17, 1999.

    ANSWER: See No. 4 above.

    INTERROGATORY NO. 6. State all instances in which you claim the defendants used the United States mails as an integral part of their alleged wrongful conduct that occurred from and after Flanagan's bankruptcy filing on February 17, 1999. For each instance, state the date and the parties involved (i.e., the sender and recipient of the mailing).

    ANSWER: A summary of the instances in which the defendants used the United States mails as an integral part of their wrongful conduct that occurred from and after Flanagan's bankruptcy filing on February 17, 1999 is contained in Plaintiffs' Second Amended Complaint and the discovery conducted, and to be conducted, in this case, which are hereby incorporated herein by reference as if set forth verbatim. In particular, please see ¶¶41, 42, 63, 68 and 69 of Plaintiffs' Second Amended Complaint and Pxs 15, 16, 17, 27, 28 & 29, copies of which have previously been supplied to you.

    INTERROGATORY NO. 7. State all instances in which you claim the defendants used interstate telephone lines as an integral part of their alleged wrongful conduct that occurred from and after Flanagan's bankruptcy filing on February 17, 1999. For each instance, state the date, the type of use (i.e., voice call

or fax), the parties involved (i.e., the caller and receiver of
a telephone call or sender and recipient of a fax).

    <u>ANSWER</u>: A summary of the instances in which the Defendants
used interstate telephone lines as an integral part of their
wrongful conduct that occurred from and after Flanagan's
bankruptcy filing on February 17, 1999 is contained in
Plaintiffs' Second Amended Complaint and the discovery
conducted, and to be conducted, in this case, which are hereby
incorporated herein by reference as if set forth verbatim.    In
particular, there was a long distance telephone call which is
referenced in ¶41 of the Second Amended Complaint and Px 15, a
copy of which has previously been supplied to you.

                              Respectfully submitted,

                              ARMSTRONG LAW FIRM

DATED: November 21, 2003.     By _____
                                F. Dean Armstrong
                                Ct. Fed. Bar #CT22417
                                1324 Dartmouth Road
                                Flossmoor, IL 60422
                                (708) 798-1599
                                Fax (708) 798-1597

                                Edward C. Taiman, Esq.
                                SABIA & HARTLEY, LLC
                                190 Trumbull Street
                                Suite 202
                                Hartford, CT 06103-2205
                                (860) 541-2077
                                Fax (860) 713-8944

                                Attorneys for Plaintiffs
                                The Cadle Company and
                                D.A.N. Joint Venture,
                                A Limited Partnership

                              -4-

## VERIFICATION

Before me, the undersigned authority, on this date personally appeared Tim Dugic who, after being duly sworn, stated upon oath that the Responses to the foregoing Interrogatories are, based on the best of his knowledge, information and belief, true and correct.

_____
Notary Public
State of Ohio

My commission expires:

_____

## Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on November 21 2003 to all defense counsel as shown on the attached Service List.



_____
F. Dean Armstrong

-5-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY and          §
D.A.N. JOINT VENTURE,          §
A LIMITED PARTNERSHIP,         §

     Plaintiffs,                §

vs.                            §          No. 3:01CV531(AVC)

CHARLES A. FLANAGAN, et al.    §

     Defendants.                §

## SERVICE LIST

Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509

**Attorneys for Defendant
Stanley Prymas**

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

**Attorneys for Defendant
Todd R. Bainer**

James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510

**Attorneys for Charles A. Flanagan**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443

**Attorneys for Defendant
Thompson & Peck, Inc.**

David G. Hill, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**Attorneys for Defendants
Leonard A. Fasano and Fasano
& Ippolito**

Law Offices of
Robert Skelton
47 Lilalyn Drive
Fairfield, CT 06825-1309

**Attorneys for Defendants
Lisa G. Flanagan; MJCC
Corporation; MJCC Realty,
L.P.; Socrates Babacas; and
Joseph A. Caporale**

## VERIFICATION

STATE OF OHIO          )

COUNTY OF TRUMBULL     )

Tim Dugic, being first duly sworn on oath, deposes and states that he is a duly authorized representative of The Cadle Company and D.A.N. Joint Venture, A Limited Partnership, and that he has read the foregoing Responses to Interrogatories Submitted by Defendant Charles Atwood Flanagan, and that the Responses contained therein are, based on the best of his knowledge, information, and belief, true and correct.

_____
Tim Dugic

SUBSCRIBED AND SWORN to before me this 25th day of November, 2003.

_____
Notary Public

**VICTORIA A. McELRAVY**
**Notary Public, State of Ohio**
**My Commission Expires Feb. 3, 2008**

–5–

# EXHIBIT C

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

THE CADLE COMPANY, ET AL       CIVIL ACTION NO.
            Plaintiffs

vs.                       3:01CV531 (AVC)

CHARLES A. FLANAGAN, ET AL
          Defendants       FEBRUARY 13, 2004

DEPOSITION OF ALAN C. ADAMS

APPEARANCES:

> SABIA & HARTLEY, LLC
>      Attorneys for the Plaintiffs
>      190 Trumbull Street
>      Suite 202
>      Hartford, Connecticut 06103-2205
> BY:   EDWARD C. TAIMAN, ESQ.

> GORDON, MUIR AND FOLEY, LLP
>      Attorneys for the Defendants Todd R.
>      Bainer and Todd R. Bainer, LLC
>      10 Columbus Boulevard
>      Hartford, Connecticut 06106
>      860-525-5361
> BY:   MARY ANNE A. CHARRON, ESQ.

> GLORIA S. SALA, RPR, LSR #00006
> CERTIFIED SHORTHAND REPORTER

Niziankewicz & Miller Reporting Service
972 Tolland Street
East Hartford, CT 06108
(860) 291-9191

2

1   APPEARANCES (Continued):

2

3       HALLORAN & SAGE
            Attorneys for the Defendant Leonard
4               A. Fasano and Fasano, Ippolito and
                Lee
            One Goodwin Square
5           225 Asylum Street
            Hartford, Connecticut 06103
6           860-522-6103
        BY:  DAVID G. HILL, ESQ.
7

8

9       GALLAGHER & CALISTRO
            Attorneys for the Defendants Stanley
10              F. Prymas and Thompson & Peck, Inc.
            1377 Boulevard
11          P.O. Box 1925
            New Haven, Connecticut 06509-1925
12          203-624-4165
        BY:  BARBARA L. COX, ESQ.
13

14

15      NEUBERT, PEPE & MONTEITH
            Attorneys for the Defendant Charles
16              Flanagan
            195 Church Street
17          13th Floor
            New Haven, Connecticut 06510-2026
18          203-821-2000
        BY:  JAMES A. LENES, ESQ.
19

20

21      LAW OFFICES OF BRADLEY K. COONEY, ESQ.
            Attorney for the Defendant Thompson
22              & Peck
            69 Island Avenue
23          Madison, Connecticut 06443
        BY:  BRADLEY K. COONEY, ESQ.
24

25      ALSO PRESENT:  DIEGO SANHUEZA, Videographer


            Niziankewicz & Miller Reporting Service
                    972 Tolland Street
                  East Hartford, CT 06108
                     (860) 291-9191

3

1          Deposition of ALAN C. ADAMS, taken on behalf

2   of the Defendants Todd R. Bainer and Todd R. Bainer,

3   LLC, hereinbefore entitled action, pursuant to Notice

4   and the Federal Rules of Civil Procedure, before

5   Gloria S. Sala, Certified Shorthand Reporter, a duly

6   qualified Notary Public within and for the State of

7   Connecticut, held at the Federal Courthouse, 450 Main

8   Street, Hartford, Connecticut, commencing at 10:16

9   a.m., on Friday, February 13, 2004.

10

11              S T I P U L A T I O N S

12          It is hereby stipulated that all formalities

13   in connection with the taking of this deposition,

14   including time, place, sufficiency of notice, and the

15   authority of the Notary Public are waived.

16          It is further stipulated and agreed that

17   objections other than as to form are reserved to the

18   time of trial.

19          It is further stipulated and agreed that the

20   deposition may be signed before any Notary Public.

21

22

23

24

25


                Niziankewicz & Miller Reporting Service
                         972 Tolland Street
                       East Hartford, CT 06108
                          (860) 291-9191

4

1    THE VIDEOGRAPHER:  We are now on the

2    record.  Today is Friday the 13th of February

3    of 2004.  We are here at the offices of 450

4    Main Street in Hartford, Connecticut, for the

5    deposition of Mr. Alan Adams in the matter of

6    The Cadle Company, et al, versus Charles

7    Flanagan, et als, docket number

8    3:01CV531 AVC in the United States District

9    Court, District of Connecticut.

10    My name is Diego Sanhueza from

11    Manchester, Connecticut, and I am a

12    deposition videographer with Angelsea Legal

13    Evidence.  Our studios and offices are

14    located at 55 Russ Street, Hartford,

15    Connecticut.

16    I hereby affirm that I will record this

17    deposition in a fair and impartial matter.

18    These proceedings will not be

19    interrupted unless both parties agree to go

20    off the record.

21    The time is 10:16 a.m. and the Court

22    Reporter will swear in the witness,

23    please.

24    (Witness sworn in.)

25    THE VIDEOGRAPHER:  You may proceed.

5

1           MS. CHARRON:  Thank you.

2

3

4           A L A N    C.    A D A M S,

5    of 177 Fulling Mill Road, Mercer, Pennsylvania 16137,

6    having been first duly sworn, testified as follows:

7

8                     DIRECT EXAMINATION

9    BY MS. CHARRON:

10       Q    Good morning, Mr. Adams.

11       A    Good morning.

12       Q    I am Mary Anne Charron from Gordon, Muir and

13    Foley.  I represent Todd Bainer.  It's nice to see you

14    again.

15       A    Thank you.

16       Q    Are you here pursuant to a deposition notice?

17       A    Yes.

18       Q    Did you bring that with you?

19       A    Yes.

20           MS. CHARRON:  Okay.  Why don't we mark

21           that as the first exhibit?  You want to give

22           it to the Court Reporter?

23              (Defendants' Exhibit 1:  Marked for

24           identification.)

25    BY MS. CHARRON:

153

1      Q    Do you believe in evolution?

2      A    No, I believe in creationism.

3      Q    Okay.  Now, switching gears again.

4          THE VIDEOGRAPHER:  Excuse me, I want to

5          interrupt.  I want to change tapes.  We're

6          going off the record at 3:25.  This is the

7          end of tape number two of the deposition of

8          Mr. Alan Adams.

9          THE VIDEOGRAPHER:  We are now back on

10        the record.  The time is 3:28 p.m.  This is

11        tape number three, continuation of the

12        deposition of Mr. Alan Adams.  You may

13        proceed.

14 BY MR. COONEY:

15      Q    Okay.  Mr. Adams, I'm switching gears again

16 now.  I wanted to ask you about the grievance that was

17 filed against Attorney Gaide.

18      A    Yes.

19      Q    You were involved in that?

20      A    Yes.

21      Q    You attended all the hearings; didn't you?

22      A    Correct.

23      Q    Okay.

24      A    Not all, many.

25      Q    And you were employed by Cadle Company at

154

1    that time?

2        A    Yes.

3        Q    And is it correct to say that the grievance

4    arose out of Attorney Gaide's collection efforts in

5    the Flanagan matter?

6        A    Yes.

7        Q    And is it also accurate to say that Cadle

8    Company provided representation for Attorney Gaide's

9    defense in that matter?

10       A    Yes, I think so.

11       Q    Were you involved with any of the discussions

12   at Cadle Company about whether or not they should take

13   on that obligation?

14       A    Yes.

15       Q    Okay.  And tell us, how was that

16   determination made?

17       A    I discussed it with Tim Dugic and Bill

18   Shaulis, I believe at some point Vic Buente came into

19   the discussions, and ultimately Dan Cadle.

20       Q    Did you make a recommendation --

21       A    Yes.

22       Q     -- one way or the other?

23       A    Yes; yes, I did.

24       Q    What was your recommendation?

25       A    My recommendation would have been to help

158

1   the bankruptcy case.  It was not in this particular

2   lawsuit.

3         A    Okay.

4         Q    I just have a few questions.

5         A    That's what they all say.

6         Q    First, getting right back to the topic that

7   Attorney Cooney was just speaking to you about, the

8   Cadle's decision to provide Attorney Gaide with

9   representation in the grievance hearing --

10        A    Yes.

11        Q    -- to your knowledge, was Cadle again under

12  any obligation to provide that counsel?

13        A    No.

14        Q    Was there any contractual relationship

15  between Mr. Gaide and Cadle or Dan over anything that

16  might encompass a grievance hearing that you're aware

17  of?

18        A    Not that I'm aware of.

19        Q    So it's your understanding that it was purely

20  voluntary on Cadle's part to pay for Mr. Gaide's

21  representation in a grievance?

22        A    I believe so.

23        Q    Now, do you understand why the plaintiffs

24  have brought this action?

25        A    Do I understand why?

Niziankewicz & Miller Reporting Service
972 Tolland Street
East Hartford, CT 06108
(860) 291-9191

193

```
 1                     C E R T I F I C A T E

 2   STATE OF CONNECTICUT:

 3                        :   ss.

 4   COUNTY OF HARTFORD  :

 5        I, Gloria Sala, a Notary Public for the State of

 6   Connecticut, do hereby certify that the Deposition of

 7   ALAN C. ADAMS was taken before me pursuant to Notice

 8   and the U.S. Rules of Civil Procedure, at the

 9   Federal Courthouse, 450 Main Street, Hartford,

10   Connecticut, commencing at 10:15 a.m., on Friday,

11   February 13, 2004.

12        I further certify that the witness was first

13   sworn by me to tell the truth, the whole truth, and

14   his testimony was stenographically reported by me and

15   subsequently transcribed as hereinbefore appears.

16        I further certify that I am not related to the

17   parties hereto or their counsel, and that I am not in

18   any way interested in the event of said cause.

19        Dated at New Britain, Connecticut, this _4th_ day

20   of _____March_____, 200_4_.

21

22                    _____

23                    Gloria S. Sala
                       Certified Shorthand Reporter
24

25   My Commission Expires:
     February 28, 2004.
```

Niziankewicz & Miller Reporting Service
972 Tolland Street
East Hartford, CT 06108
(860) 291-9191

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, on

April 29, 2004 to:

Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

F. Dean Armstrong
639 Perth Ave.
Flossmoor, IL 60422

David G. Hill
Halloran & Sage
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103

Peter C. Schwartz, Mary Anne Charron
R. Bradley Wolfe, Gerald R. Swirsky
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Barbara L. Cox
William F. Gallagher
Gallagher & Calistro
1377 Boulevard, Po Box 1925
New Haven, CT 06509-1925

Todd R. Bainer
Cooney & Bainer, P.C.
71 Cedar St.
Branford, CT 06405

Bradley K. Cooney
69 Island Ave.
Madison, CT 06443

By: _____
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510
Telephone No. (203) 821-2000