## *1UNITED STATES DISTRICT COURT*

## *DISTRICT OF CONNECTICUT*

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
|    Plaintiff | : |    (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 11, 2004 |
|    Defendants | : | |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A DISPOSITIVE MOTION

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move this Court for an emergency three day extension of the deadline, to and including May 14, 2004, for filing dispositive motions in this action for the following reasons:

1. The undersigned counsel has unexpectedly had to devote time to the case of a close personal friend who recently suffered a debilitating injury.

2. The recent press of hearings, and other litigation matters, has interfered with the undersigned counsel's ability to complete the preparation of a motion for summary judgment, which has been researched and is substantially complete.

1

3. Defendants have been hampered in the preparation of their dispositive motion by the plaintiffs' failure to adequately identify the predicate acts upon which they premise their claims against defendants Prymas and Thompson & Peck. <u>See</u> Defendants' Motion to Compel Compliance with the Court's Standing Order and Discovery Requests or, in the Alternative, Motion to Preclude, dated March 26, 2004. As a result, defendants have had to research and brief claims that are not properly articulated or understood.

4. There will be no prejudice to the parties or the Court from the very modest extension requested.

This is the third extension of time requested by defendants Stanley F. Prymas and Thompson & Peck, Inc. to extend the deadline for dispositive motions and is made on an emergency basis, due to the exigencies set forth in paragraph 1 above.

Because of the emergency nature of this motion, the undersigned has not been able to inquire of opposing counsel, but has not learned their position on the requested extension.

Respectfully submitted,

DEFENDANTS, STANLEY F.
PRYMAS and THOMPSON &
PECK, INC.


BY: _____
       Barbara L. Cox
       Federal Bar #ct08523
       The Gallagher Law Firm
       1377 Boulevard
       P.O. Box 1925
       New Haven, CT  06509
       Tel:  203-624-4165
       Fax:  203-865-5598

## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was mailed on this 11th day of May, 2004, to the following:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
Tel. 7-8/798-1599
Fax: 7-8/798-1597

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                _____BA
                                                    RBARA L. COX