UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and § | | No. 3:01CV531(AVC) |
| D.A.N. JOINT VENTURE, | | |
| A LIMITED PARTNERSHIP, § | | |
| Plaintiffs, § | | |
| vs. § | | |
| CHARLES A. FLANAGAN, et al. § | | May 11, 2004 |
| Defendants. § | | |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' COMPLAINT FOR DENIAL OF FLANAGAN'S BANKRUPTCY DISCHARGE

1. The undisputed summary judgment evidence shows that Flanagan made numerous false oaths in connection with his bankruptcy filing. Accordingly, pursuant to 11 U.S.C. §727(a)(4)(A), the Court should enter summary judgment denying Flanagan a bankruptcy discharge of his lawful debts.

2. Further, the undisputed summary judgment evidence shows that in the three years prior to Flanagan's bankruptcy filing, Flanagan received many thousands of dollars in rental income from the three rental properties that Flanagan equitably owned. Further, in October of 1998 Flanagan received $94,200 in cash from a mortgage loan on the George St. Property. Flanagan, however, has failed to explain satisfactorily what he did with this income. Accordingly, pursuant to 11 U.S.C. §727(a)(5), the Court should enter summary judgment denying Flanagan a bankruptcy discharge of his lawful debts.

-2-

**PRAYER**

Pursuant to Rule 56(c), Fed.R.Civ.P., Plaintiffs respectfully request that the Court enter summary judgment in Plaintiffs' favor against Defendant Charles A. Flanagan as to Plaintiffs' complaint for denial of Flanagan's bankruptcy discharge.

                              Respectfully submitted,
                              ARMSTRONG LAW FIRM

DATED: May __, 2004.        By_____
                                      F. Dean Armstrong
                                      Ct. Fed. Bar #CT22417
                                      1324 Dartmouth Road
                                      Flossmoor, IL 60422
                                      (708) 798-1599
                                      Fax (708) 798-1597

                                      Edward C. Taiman, Esq.
                                      SABIA & HARTLEY, LLC
                                      190 Trumbull Street
                                      Suite 202
                                      Hartford, CT 06103-2205
                                      (860) 541-2077
                                      Fax (860) 713-8944

                                      Attorneys for Plaintiffs
                                      The Cadle Company and
                                      D.A.N. Joint Venture,
                                      A Limited Partnership

-3-

## Certificate of Service

    I certify that a correct copy of the foregoing instrument was faxed and mailed on May __, 2004 to all defense counsel as shown on the attached Service List.

 

_____
F. Dean Armstrong