UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | May 11, 2004 |
| Defendants. | § | |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' RICO CLAIMS

1.   The RICO statutory violations are 18 U.S.C. §§1962(b) and (c) for Flanagan, and 18 U.S.C. §1962(d) (RICO conspiracy) for Defendants Fasano, Bainer, T&P and Prymas.  As noted by the Court in its March 27, 2002 orders and its July 7, 2003 Ruling on Defendant Flanagan's Motion to Dismiss, Plaintiffs have stated valid RICO claims against each Defendant.  Indeed, as noted by this Court in its order of May 7, 2002:

> While the court agrees with the defendant that attorneys violate no rule of law by simply providing legal advice and services to their clients, the amended complaint alleges conduct far beyond that of simply furnishing legal advice. In particular, the amended complaint alleges that Fasano was a member of an association-in-fact (amended complaint at ¶82.2) and in this capacity: (1) lied to this court for Flanagan about an I.R.S. investigation to shield Flanagan from asset information; (2) worked with Flanagan to create a fraudulent scheme to hide Flanagan's income from creditors; and (3) fabricated a bogus stock pledge agreement to shield Flanagan's stock from a turn-over from the court.  In the court's view, the

>   allegations allege conduct "cross[ing] the line between traditional rendition of legal service [to] active participation in directing the enterprise." . . . Accordingly, the amended complaint sufficiently states a RICO cause of action against Fasano.

2. And as far as Bainer's participation in the overall fraudulent scheme, the Court in its order of May 16, 2002 noted:

>   [T]he amended complaint alleges conduct on the part of [Bainer] going far beyond that of simply furnishing legal services. In particular, the amended complaint alleges that Bainer was a member of an <u>association-in-fact</u> constituting the RICO enterprise (amended complaint at ¶82.2) and in this capacity (1) <u>willfully</u> disobeyed the court's property turn-over order and organized to keep certain stock certificates beyond the reach of the court; (2) <u>knowingly misrepresented</u> to the court that certain settlement proceeds belonging to Flanagan were wages and hence beyond the reach of creditors; and (3) participated in a fraudulent scheme to transfer Flanagan's assets for the purpose of defeating the claims of creditors. In the court's view, the alleged conduct crosses the line from providing legal services to conducting, operating and conspiring with an alleged RICO enterprise. . . . Further, the court is of the opinion that the amended complaint sufficiently alleges that Bainer participated in a pattern of racketeering activity involving mail fraud and wire fraud, <u>see</u> <u>e.g.</u>, <u>United States v. Zichetello</u>, 208 F.3d 72, 99 n. 13 & 105-06 (2d Cir.2000) (plaintiff need only allege a connection between the defendant and the overall fraudulent scheme involving the use of the mails or wire) . . ..

3.   Accordingly, pursuant to Rule 56(c), Fed.R.Civ.P., the Court should enter a partial summary judgment in Plaintiffs' favor as to the liability of Defendants Flanagan, Fasano, Bainer, Prymas and T&P under RICO.

### **PRAYER**

Pursuant to Rule 56(c), Fed.R.Civ.P., Plaintiffs respectfully request that the Court enter summary judgment as to liability on Plaintiffs' RICO claims against Defendants Charles A. Flanagan; Leonard A. Fasano; Fasano, Ippolito & Lee, LLC; Todd R. Bainer; Todd R. Bainer, L.L.C.; Stanley F. Prymas; and Thompson & Peck, Inc.

                        Respectfully submitted,
                        ARMSTRONG LAW FIRM

DATED: May __, 2004.      By_____
                                   F. Dean Armstrong
                                   Ct. Fed. Bar #CT22417
                                   1324 Dartmouth Road
                                   Flossmoor, IL 60422
                                   (708) 798-1599
                                   Fax (708) 798-1597

                                   Edward C. Taiman, Esq.
                                   SABIA & HARTLEY, LLC
                                   190 Trumbull Street
                                   Suite 202
                                   Hartford, CT 06103-2205
                                   (860) 541-2077
                                   Fax (860) 713-8944

                                   Attorneys for Plaintiffs
                                   The Cadle Company and
                                   D.A.N. Joint Venture,
                                   A Limited Partnership

-4-

**Certificate of Service**

    I certify that a correct copy of the foregoing instrument was faxed and mailed on May __, 2004 to all defense counsel as shown on the attached Service List.

                                                           _____
                                                           F. Dean Armstrong