```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

**THE CADLE COMPANY** and             §        No. 3:01CV531(AVC)
**D.A.N. JOINT VENTURE,**
**A LIMITED PARTNERSHIP,**            §

    Plaintiffs,                   §

vs.                                   §

**CHARLES A. FLANAGAN, et al.**       §        May 11, 2004

    Defendants.                   §

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANT CHARLES A. FLANAGAN

**A.   Estoppel**

1.   In his First Affirmative Defense, Defendant Charles A. Flanagan ("Flanagan") claims that "Plaintiffs are estopped from asserting any claims or issues previously determined by the United States Bankruptcy Court for the District of Connecticut in the adversary proceeding known as <u>Charles A. Flanagan v. The Cadle Company</u>, Case No: 99-03053." There is no evidence to support the affirmative defense of estoppel as asserted by Defendant Flanagan.

2.   Summary judgment is appropriate as to the affirmative defense of estoppel because there is no evidence to support the affirmative defense of estoppel as asserted by Defendant Flanagan.

**B.     Unclean Hands**

3.   In his Third Affirmative Defense, Defendant Flanagan claims that "Plaintiffs have unclean hands and should recover no damages in this action."  There is no evidence to support the affirmative defense of unclean hands as asserted by Defendant Flanagan.

4.   Summary judgment is appropriate as the affirmative defense of unclean hands because:

   (a)   there is no evidence to support the affirmative defense of unclean hands as asserted by Defendant Flanagan; and

   (b)   there is no evidence that any alleged improper conduct on the part of Plaintiffs has any connection with the claims of Plaintiffs against Defendant Flanagan in this suit, and thus there is no basis for the affirmative defense of unclean hands.

**PRAYER**

Pursuant to Rule 56(c), Fed.R.Civ.P., Plaintiffs respectfully request that the Court enter summary judgment against Defendant Flanagan as to the Affirmative Defenses asserted by Defendant Flanagan.

```
                                    Respectfully submitted,
                                    ARMSTRONG LAW FIRM


DATED: May __, 2004.                By_____
                                         F. Dean Armstrong
                                         Ct. Fed. Bar #CT22417
                                         1324 Dartmouth Road
                                         Flossmoor, IL 60422
                                         (708) 798-1599
                                         Fax (708) 798-1597


                                         Edward C. Taiman, Esq.
                                         SABIA & HARTLEY, LLC
                                         190 Trumbull Street
                                         Suite 202
                                         Hartford, CT 06103-2205
                                         (860) 541-2077
                                         Fax (860) 713-8944

                                         Attorneys for Plaintiffs
                                         The Cadle Company and
                                         D.A.N. Joint Venture,
                                         A Limited Partnership
```

**Certificate of Service**

I certify that a correct copy of the foregoing instrument was faxed and mailed on May __, 2004 to all defense counsel as shown on the attached Service List.

```
                                    _____
                                    F. Dean Armstrong
```

-3-