UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** § | | No. 3:01CV531(AVC) |
| Plaintiffs, § | | |
| vs. § | | |
| **CHARLES A. FLANAGAN,** et al. § | | May 11, 2004 |
| Defendants. § | | |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT THOMPSON & PECK'S COUNTERCLAIM

1. In its three count Counterclaim, Defendant Thompson & Peck, Inc. ("T&P") asserts that Plaintiffs' claims herein "were filed without probable cause" (¶2); that "[t]here is no probable cause to support said claims" (¶3); and that Plaintiffs' claims "were made with a malicious intent unjustly to vex and trouble said Defendant." (¶5)  There is no evidence to support T&P's Counterclaim.

2. Summary judgment is appropriate as to T&P's Counterclaim because:

    (a)    there is no evidence to support T&P's Counterclaim for bad faith litigation;

    (b)    the summary judgment evidence shows that there was, in fact, a good faith basis for Plaintiffs' claims; that the suit was filed with probable cause; and that there is, in fact, probable cause to support Plaintiffs' claims; and

    (c)    there is no basis for T&P's Counterclaim because no final judgment has been entered in T&P's favor as to Plaintiffs' claims against T&P as asserted in this suit.

3. Accordingly, there is no genuine issue as to any material fact as to T&P's Counterclaim, and Plaintiffs' are entitled to a judgment dismissing T&P's Counterclaim as a matter of law.

**PRAYER**

Pursuant to Rule 56(c), Fed.R.Civ.P., Plaintiffs respectfully request that the Court enter summary judgment against T&P as to its Counterclaim against Plaintiffs.

                                  Respectfully submitted,
                                  ARMSTRONG LAW FIRM

DATED: May __, 2004.        By_____
                                  F. Dean Armstrong
                                  Ct. Fed. Bar #CT22417
                                  1324 Dartmouth Road
                                  Flossmoor, IL 60422
                                  (708) 798-1599
                                  Fax (708) 798-1597

                                  Edward C. Taiman, Esq.
                                  SABIA & HARTLEY, LLC
                                  190 Trumbull Street
                                  Suite 202
                                  Hartford, CT 06103-2205
                                  (860) 541-2077
                                  Fax (860) 713-8944

                                  Attorneys for Plaintiffs
                                  The Cadle Company and
                                  D.A.N. Joint Venture,
                                  A Limited Partnership

-3-

## Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on May __, 2004 to all defense counsel as shown on the attached Service List.

_____
F. Dean Armstrong