UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|     Defendants. | : | MAY 13, 2004 |

## NOTICE OF MANUAL FILING

      Please take notice that the Plaintiffs, The Cadle Company and D.A.N. Joint Venture, L.P. has manually filed the following documents:

1. Appendix of Documents in Support of Plaintiffs' Motions for Summary Judgment, Vol. I (Px A-68) and Vol. II (Px 68A-184).

These documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

                                THE CADLE COMPANY AND
                                D.A.N. JOINT VENTURE, L.P.

                         By:_____
                              Edward C. Taiman, Jr.
                              Sabia & Hartley, LLC
                              190 Trumbull Street, Suite 202
                              Hartford, CT 06103
                              (860) 541-2077
                              Fed. Bar No. ct01319

                              and

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, IL 60422
Federal Bar No. ct22417

E:\WPDOCS\CADLE\Flanagan\RICO\NtManualFiling.wpd