202

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | MAY 11, 2004 |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A DISPOSITIVE MOTION

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move this Court for an emergency three day extension of the deadline, to and including May 14, 2004, for filing dispositive motions in this action for the following reasons:

1. The undersigned counsel has unexpectedly had to devote time to the case of a close personal friend who recently suffered a debilitating injury.

2. The recent press of hearings, and other litigation matters, has interfered with the undersigned counsel's ability to complete the preparation of a motion for summary judgment, which has been researched and is substantially complete.

May 12, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 MAY 12 P 1:30 U.S. DISTRICT COURT HARTFORD, CT

1