UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A . FLANAGAN, ET AL | : | |
|     Defendants. | : | MAY 12, 2004 |

**PLAINTIFFS' CONSENT TO THE REQUEST OF STANLEY F. PRYMAS
AND THOMPSON & PECK, INC. FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE A DISPOSITIVE MOTION**

**PLAINTIFF'S MOTION ON CONSENT FOR EXTENSION OF
TIME TO FILE A DISPOSITIVE MOTION**

    The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby consent to the motion of Stanley F. Prymas and Thompson & Peck, Inc. seeking an additional 3 days within which to file their dispositive motion up to and including May 14, 2004. Plaintiffs likewise move for their own 3 day extension of time up to and including May 14, 2004 within which to file their dispositive motion against Stanley F. Prymas and Thompson & Peck, Inc. Plaintiffs' counsel have been extremely busy as late responding to the dispositive motions filed other defendants herein, as well preparing their own dispositive motions against said defendants. In addition, Plaintiffs' counsel have been diligently responding to various discovery propounded by Stanley F. Prymas and Thompson & Peck, Inc.

Plaintiffs have sought the consent of Barbara Cox, counsel to Stanley F. Prymas and Thompson & Peck, Inc., who indicated she has no objection to the requested extension of time. This is the Plaintiffs second such request for extension of time.

WHEREFORE, Plaintiffs request relief in accordance with the foregoing.

>THE CADLE COMPANY AND
>D.A.N. JOINT VENTURE, L.P.
>
>
>By:_____
>Edward C. Taiman, Jr.
>Sabia & Hartley, LLC
>190 Trumbull Street, Suite 202
>Hartford, CT 06103
>(860) 541-2077
>Fed. Bar No. ct01319
>
>and
>
>F. Dean Armstrong, Esq.
>1324 Dartmouth Road
>Flossmoor, IL 60422
>Federal Bar No. ct22417

E:\WPDOCS\CADLE\Flanagan\RICO\MtConsent2.wpd

**CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 12th day of May, 2004, to the following:

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson & Peck, Inc.)

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th floor
New Haven, CT 06510
(counsel for Charles A. Flanagan)

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and Fasano & Ippolito, LLC)

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405

      By:_____
          Edward C. Taiman, Jr.
          Sabia & Hartley, LLC
          190 Trumbull Street, Suite 202
          Hartford, CT 06103
          (860) 541-2077
          Fed. Bar No. ct01319