UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| vs. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | : | MAY 12, 2004 |

### PLAINTIFFS' CONSENT TO THE REQUEST OF STANLEY F. PRYMAS AND THOMPSON & PECK, INC. FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A DISPOSITIVE MOTION

### PLAINTIFF'S MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby consent to the motion of Stanley F. Prymas and Thompson & Peck, Inc. seeking an additional 3 days within which to file their dispositive motion up to and including May 14, 2004. Plaintiffs likewise move for their own 3 day extension of time up to and including May 14, 2004 within which to file their dispositive motion against Stanley F. Prymas and Thompson & Peck, Inc. Plaintiffs' counsel have been extremely busy as late responding to the dispositive motions filed other defendants herein, as well preparing their own dispositive motions against said defendants. In addition, Plaintiffs' counsel have been diligently responding to various discovery propounded by Stanley F. Prymas and Thompson & Peck, Inc.

May 14, 2004.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944