UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| vs. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | : | MAY 17, 2004 |

### PLAINTIFFS' MOTION FOR PERMISSION TO FILE BRIEF EXCEEDING FORTY PAGES, NUNC PRO TUNC

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby request permission to file with the court a brief exceeding the 40 page limit as set forth in U.S. District Court Local Rule 7(a)2. Said local rule states in pertinent part that "[E]xcept by permission of the Court, briefs or memoranda shall not exceed forty (40) . . . pages of double spaced standard typographical print . . . ." On or about May 11, 2004, Plaintiffs filed with the Court a document entitled "Plaintiffs' Brief and Support of Plaintiffs' Motion for Summary Judgment." That brief was intended to support the following 7 motions:

1. Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses asserted by Defendants, Stanley F. Prymas and Thompson & Peck, Inc.;

2. Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses asserted by Defendants, Todd R. Bainer and Todd R. Bainer, LLC;

HARTFORD CT
DISTRICT COURT
2004 MAY 17 P 4: 13
FILED

3. Plaintiffs' Motion for Summary Judgment as to Plaintiffs' Complaint for Denial of Flanagan's Bankruptcy Discharge;

4. Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses Asserted by Defendants Leonard A. Fasano & Fasano, Ippolito & Lee, LLC;

5. Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses Asserted by Defendant Charles A. Flanagan;

6. Plaintiffs' Motion for Summary Judgment as to Plaintiffs' RICO Claims; and

7. Plaintiffs' Motion for Summary Judgment as to Defendant Thompson & Peck, Inc.'s Counterclaim.

Rather than file with the court 7 different memorandums of law, with each memorandum being approximately 40 pages, for a possible total of well over 200 pages, Plaintiffs' instead filed with the Court one brief in support of all 7 motions for summary judgment. Plaintiffs' believe this is in the best interests of the court and all parties herein and therefore request permission, <u>nunc pro tunc</u> to the date of filing of said motion, to exceed the 40 page limit.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

WHEREFORE, Plaintiffs request relief in accordance with the foregoing.

>THE CADLE COMPANY AND
>D.A.N. JOINT VENTURE, L.P.
>
>By: _____
>Edward C. Taiman, Jr.
>Sabia & Hartley, LLC
>190 Trumbull Street, Suite 202
>Hartford, CT 06103
>(860) 541-2077
>Fed. Bar No. ct01319
>
>and
>
>F. Dean Armstrong, Esq.
>1324 Dartmouth Road
>Flossmoor, IL 60422
>Federal Bar No. ct22417

3

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 17th day of May, 2004, to the following:

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson & Peck, Inc.)

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th floor
New Haven, CT 06510
(counsel for Charles A. Flanagan)

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and Fasano & Ippolito, LLC)

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405

By: _____
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. ct01319

E:\WPDOCS\CADLE\Flanagan\RICO\MtPerm.wpd

4