**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **THE CADLE COMPANY, et al.,** | § | **No. 3:01CV531(AVC)** |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.,** | § | **May 18, 2004** |
| Defendants. | § | |

**PLAINTIFFS' MOTION TO ESTABLISH**
**UNIFORM RESPONSE DATE TO DEFENDANTS'**
**MOTIONS FOR SUMMARY JUDGMENT**

1.   The Defendants have filed four separate motions for summary judgment.  Plaintiffs' lead counsel received the Motion for Summary Judgment filed by Defendants Thompson & Peck, Inc. and Stanley R. Prymas on May 18, 2004, and received the three other Motions for Summary Judgment filed by the other Defendants at earlier dates in May, 2004.

2.   The Defendants' four separate Motions for Summary Judgment raise similar issues, which can and should be addressed in one consolidated brief, instead of repeating the same arguments in four separate response briefs.  Accordingly, judicial economy would be served by establishing a uniform response date for Plaintiffs to respond to the Defendants' four separate Motions for Summary Judgment.

3.    Due to the number and complexity of the issues raised by the Defendants in their four separate Motions for Summary Judgment, Plaintiff respectfully requests that the Court set Plaintiffs' response date for June 17, 2004.

### PRAYER

Plaintiffs respectfully request that the Court grant this Motion, setting a uniform response date for Plaintiffs to respond to Defendants' four separate Motions for Summary Judgment for June 17, 2004.

Respectfully submitted,

ARMSTRONG LAW FIRM

DATED: May __, 2004.          By_____
                              F. Dean Armstrong
                              Ct. Fed. Bar #CT22417
                              1324 Dartmouth Road
                              Flossmoor, IL 60422
                              (708) 798-1599
                              Fax (708) 798-1597

                              Edward C. Taiman, Esq.
                              SABIA & HARTLEY, LLC
                              190 Trumbull Street
                              Suite 202
                              Hartford, CT 06103-2205
                              (860) 541-2077
                              Fax (860) 713-8944

                              Attorneys for Plaintiffs
                              The Cadle Company and
                              D.A.N. Joint Venture,
                              A Limited Partnership

### **Certificate of Conference**

I certify that on May 17, 2004 I conferred with Barbara Cox, Esq., counsel for Defendants Thompson & Peck and Stan Prymas, about the merits of this Motion, and was informed that the Motion was unopposed.  However, I was not able to confer with the other counsel for the other Defendants prior to the time it was necessary to file this Motion.

_____
F. Dean Armstrong

### **Certificate of Service**

I certify that a correct copy of the foregoing instrument was faxed and mailed on May 18, 2004 to all defense counsel as shown on the attached Service List.

_____
F. Dean Armstrong