### 1UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
|    Plaintiff | : |   (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 14, 2004 |
|    Defendants | : | |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) and (c) of the Federal Rules of Civil Procedure, the defendants Stanley F. Prymas ("Prymas") and Thompson & Peck ("T&P") move for summary judgment as to plaintiffs, The Cadle Company and D.A.N. Joint Venture.

Pursuant to D.Conn.L.R.Civ.P. 56(b)1, Prymas and T&P submit their Local Rule 56(b)1 Statement and Memorandum of Law (with Exhibits and Affidavits) in support of its Motion for Summary Judgment.

1

WHEREFORE, the Court should render summary judgment in favor of Prymas and T&P.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and THOMPSON & PECK, INC.

BY: _____
BARBARA L. COX
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel: 203-624-4165
Fax: 203-865-5598

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed on this 14th day of May, 2004, to the following:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
Tel.  7-8/798-1599
Fax:  7-8/798-1597

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____BA
RBARA L. COX

3