1UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | MAY 14, 2004 |

### DEFENDANTS' NOTICE OF MANUAL FILING OF EXHIBITS A THROUGH M OF MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Notice is hereby given that the defendants Stanley F. Prymas and Thompson & Peck, Inc. have manually filed Exhibits A through M of their Memorandum in Support of Motion for Summary Judgment dated May 14, 2004, because said exhibits could not be easily downloaded.

RESPECTFULLY SUBMITTED,
THE DEFENDANTS, STANLEY F.
PRYMAS and THOMPSON &
PECK, INC.

By: _____
BARBARA L. COX
Federal Bar #ct08523
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

CERTIFICATION OF SERVICE

      I hereby certify that on this 14th day of May, 2004, a copy of the foregoing Defendant's Notice of Manual Filing of Exhibits A through M of the Memorandum of Law in Support of Motion for Summary Judgment was filed electronically and served by mail on anyone able to accept electronic filing. Notice of this filing will be sent by mail to the following counsel of record. Parties may access this filing through the Court's system.

Edward C. Taiman, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
Phone: 860-541-2077
Fax: 860-713-8944
e-mail: etaiman@sabiahart.com
AND

David G. Hill, Esq.
June M. Sullivan, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT  06103
Phone: 860-522-6103
Fax: 860-548-0006
e-mail: hill@halloran-sage.com
**For Defendants Leonard A. Fasano & Fasano, Ippolito & Lee, LLC**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
Phone: 708-798-1599
Fax: 708-798-1597
e-mail: dino@dinolaw.com
**For Plaintiffs The Cadle Company & D.A.N. Joint Venture, A Limited Partnership**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026
Phone: 203-821-2000
Fax: 203-821-2009
e-mail: jal@npmlaw.com
**For Defendant Charles A. Flanagan**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
Phone: 860-525-5361
Fax: 860-525-4849
e-mail: mcharron@gmflaw.com
        gwswirsky@gmflaw.com

AND

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
Phone: 203-318-0464
Fax: 203-318-0065
e-mail: droogsite@erols.com
**For Defendant Thompson & Peck, Inc.**

3

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
Phone:  203-483-7500
Fax:  203-483-7053
e-mail:  bainertoddr@aol.com
**For Defendant Todd R. Bainer**

Lisa G. Flanagan, Pro Se
230 Millbrook Road
North Haven, CT  06473

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide & Associates, LLC**

_____
                                          Barbara L. Cox