A

217

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| vs. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | : | MAY 17, 2004 |

### PLAINTIFFS' MOTION FOR PERMISSION TO FILE BRIEF EXCEEDING FORTY PAGES, NUNC PRO TUNC

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby request permission to file with the court a brief exceeding the 40 page limit as set forth in U.S. District Court Local Rule 7(a)2. Said local rule states in pertinent part that "[E]xcept by permission of the Court, briefs or memoranda shall not exceed forty (40) ... pages of double spaced standard typographical print...." On or about May 11, 2004, Plaintiffs filed with the Court a document entitled "Plaintiffs' Brief and Support of Plaintiffs' Motion for Summary Judgment." That brief was intended to support the following 7 motions:

    1.    Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses asserted by Defendants, Stanley F. Prymas and Thompson & Peck, Inc.;

    2.    Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses asserted by Defendants, Todd R. Bainer and Todd R. Bainer, LLC;

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

FILED 2004 MAY 21 P 4:05 U.S. DISTRICT COURT HARTFORD, CT

May 21, 2004. SO ORDERED. GRANTED.
Alfred V. Covello, U.S.D.J.

2004 MAY 17 P 4:13 DISTRICT COURT HARTFORD CT FILED