**FILED**

2004 MAY 18 P 2: 14

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, et al., | § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al., | § | May 18, 2004 |
| Defendants. | § | |

### PLAINTIFFS' MOTION TO ESTABLISH UNIFORM RESPONSE DATE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1. The Defendants have filed four separate motions for summary judgment. Plaintiffs' lead counsel received the Motion for Summary Judgment filed by Defendants Thompson & Peck, Inc. and Stanley R. Prymas on May 18, 2004, and received the three other Motions for Summary Judgment filed by the other Defendants at earlier dates in May, 2004.

2. The Defendants' four separate Motions for Summary Judgment raise similar issues, which can and should be addressed in one consolidated brief, instead of repeating the same arguments in four separate response briefs. Accordingly, judicial economy would be served by establishing a uniform response date for Plaintiffs to respond to the Defendants' four separate Motions for Summary Judgment.

May 21, 2004. GRANTED.
SO ORDERED.

FILED  Alfred V. Covello, U.S.D.J.

FILED 2004 MAY 21 P 4: 05
U.S. DISTRICT COURT
HARTFORD, CT.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944