UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 20, 2004 |
|    Defendants | : | |

DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC
REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFFS'
MOTIONS FOR SUMMARY JUDGMENT AND/OR MOTION TO STRIKE
TO PLAINTIFFS' RULE 56(a)(1) STATEMENT OF UNDISPUTED FACTS

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), respectfully request an extension of time until July 1, 2004 to file their reply to Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses asserted by Bainer dated May 11, 2004 and Motion for Summary Judgment as to Plaintiffs' RICO claims dated May 11, 2004 and/or file their Motion to Strike.  Said Motions as well as Plaintiffs' Local Rule 56(a)(1) Statement of Undisputed Facts ("Plaintiffs' Statement") for the following reasons:

    1.    The Plaintiffs' Motions are quite long and factually argumentative, and will require more time than 21 days to which to adequately respond.

    2.    Plaintiffs' Statement is 33 pages and contains 225 paragraphs, some with subparagraphs.  In most cases, the paragraphs contain multiple "facts" which are alleged to be

undisputed. Responding adequately to theses allegations will require an inordinate amount of time and effort.

The extension requested will not cause prejudice to any party or to the Court in this action.

This is the first motion by these moving defendants for an extension of time to file their reply to the Plaintiffs' Motions for Summary Judgment.

The undersigned has attempted to contact Attorney Armstrong, Plaintiffs' counsel, but has not been able to ascertain a response.

WHEREFORE, the moving defendants request that the time for filing their reply to Plaintiffs' Motions for Summary Judgment and/or Motion to Strike be extended to July 1, 2004.

                              DEFENDANTS: TODD R. BAINER and
                              TODD R. BAINER, L.L.C.

                              By_____
                                 R. BRADLEY WOLFE
                                 Federal Bar No. ct04332
                                 GERALD R. SWIRSKY
                                 Federal Bar No. ct05574
                                 MARY ANNE A. CHARRON
                                 Federal Bar No. ct02274
                                 Gordon, Muir and Foley, LLP
                                 Hartford, CT 06106-1976
                                 Telephone (860) 525-5361
                                 Facsimile (860) 525-4849

CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on May 20, 2004:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\364217\1