UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CADLE COMPANY, ET AL.              :          CIVIL ACTION
                                              NO: 3:01-CV-531 (AVC)

V.                                 :

CHARLES A. FLANAGAN, ET AL.        :          MAY 24, 2004

**DEFENDANTS LEONARD A. FASANO AND FASANO,**
**IPPOLITO & LEE, LLC REQUEST FOR EXTENSION OF TIME TO FILE A REPLY**
**TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR MOTION**
**TO STRIKE TO PLAINTIFFS' RULE 56(a)(1) STATEMENT OF UNDISPUTED FACTS**

Defendants, Leonard A. Fasano and Fasano, Ippolito & Lee, LLC (hereinafter, collectively "Fasano"), respectfully request an extension of time until July 1, 2004 to reply and/or move to strike plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses asserted by Fasano, and Motion for Summary Judgment as to plaintiffs' RICO claims dated May 11, 2004.  The additional time is needed for the following reasons:

1.      The plaintiffs' Motions and Statement of Undisputed Facts are quite long and factually argumentative, and will require more time than 21 days to which to adequately respond.

2.      Plaintiffs' Statement is 33 pages and contains 225 paragraphs, some with subparagraphs.  In most cases, the paragraphs contain multiple "facts" which are alleged to be undisputed.  Responding adequately to these allegations will require an inordinate amount of time and effort.

The extension requested will not cause prejudice to any party or to the Court in this action.

10361.0088

One Goodwin Square                 HALLORAN               Phone (860) 522-6103
225 Asylum Street                                         Fax (860) 548-0006
Hartford, CT 06103                 & SAGE LLP             Juris No. 26105

This is the first motion by these moving defendants for an extension of time to file their reply to the plaintiffs' Motions for Summary Judgment.

The undersigned has attempted to contact Attorney Armstrong, plaintiffs' counsel, but has not been able to ascertain a response.

WHEREFORE, the moving defendants request that the time for filing their reply to plaintiffs' Motions for Summary Judgment and/or Motion to Strike be extended to July 1, 2004.

Respectfully submitted,
DEFENDANTS,
LEONARD A. FASANO and FASANO,
IPPOLITO & LEE, LLC

By_____
David G. Hill
June M. Sullivan
HALLORAN & SAGE, LLP
Fed. Bar # ct13435 & #ct24462
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

<u>CERTIFICATION</u>

This is to certify that on this _____ day of May 2004, I hereby mailed a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
&

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas
And Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026
**For Defendant Charles A. Flanagan**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
&

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Peter C. Schwartz, Esq.
Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer**

US Trustee
U.S. Trustee Office
265 Church Street, Suite 1103
New Haven, CT 06510-7016

Karen T. Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
**Pro Se**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide &
Associates, LLC**

_____
David G. Hill
June M. Sullivan

553059_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105