### 1UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiff | : <br> : <br> : | Case No. 3:01-CV 531<br>    (AVC) |
| VS. | : <br> : <br> : | |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | : <br> : | MAY 21, 2004 |

### AMENDED MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) and (c) of the Federal Rules of Civil Procedure, the defendants Stanley F. Prymas ("Prymas") and Thompson & Peck ("T&P") move for summary judgment as to plaintiffs, The Cadle Company and D.A.N. Joint Venture.

Pursuant to D.Conn.L.R.Civ.P. 56(b)1, Prymas and T&P have previously submitted their Local Rule 56(b)1 Statement and Memorandum of Law (with Exhibits and Affidavits) in support of its Motion for Summary Judgment on May 14, 2004.

ORAL ARGUMENT IS REQUESTED

1

WHEREFORE, the Court should render summary judgment in favor of Prymas and T&P.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and THOMPSON & PECK, INC.

BY: _____
BARBARA L. COX
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

2

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed on this 21st day of May, 2004, to the following:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
Tel.  7-8/798-1599
Fax:  7-8/798-1597

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church St., 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____BA
RBARA L. COX