FILED

2004 MAY 21 P 1:47

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | MAY 20, 2004 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT AND/OR MOTION TO STRIKE TO PLAINTIFFS' RULE 56(a)(1) STATEMENT OF UNDISPUTED FACTS

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), respectfully request an extension of time until July 1, 2004 to file their reply to Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses asserted by Bainer dated May 11, 2004 and Motion for Summary Judgment as to Plaintiffs' RICO claims dated May 11, 2004 and/or file their Motion to Strike Said Motions as well as Plaintiffs' Local Rule 56(a)(1) Statement of Undisputed Facts ("Plaintiffs' Statement") for the following reasons:

1. The Plaintiffs' Motions are quite long and factually argumentative, and will require more time than 21 days to which to adequately respond.

2. Plaintiffs' Statement is 33 pages and contains 225 paragraphs, some with subparagraphs. In most cases, the paragraphs contain multiple "facts" which are alleged to be

May 25, 2004.   GRANTED.
SO ORDERED.

Alfred V. Covel FILED

2004 MAY 26 P 4:33
U. DISTRICT COURT
HARTFORD, CT

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361         FACSIMILE (860) 525-4849         JURIS No. 24029