225

**FILED**

2004 MAY 25 A II: 02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CADLE COMPANY, ET AL.          :     CIVIL ACTION
                                      NO: 3:01-CV-531 (AVC)

V.                             :

CHARLES A. FLANAGAN, ET AL.    :     MAY 24, 2004

### DEFENDANTS LEONARD A. FASANO AND FASANO, IPPOLITO & LEE, LLC REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR MOTION TO STRIKE TO PLAINTIFFS' RULE 56(a)(1) STATEMENT OF UNDISPUTED FACTS

Defendants, Leonard A. Fasano and Fasano, Ippolito & Lee, LLC (hereinafter, collectively "Fasano"), respectfully request an extension of time until July 1, 2004 to reply and/or move to strike plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses asserted by Fasano, and Motion for Summary Judgment as to plaintiffs' RICO claims dated May 11, 2004. The additional time is needed for the following reasons:

1. The plaintiffs' Motions and Statement of Undisputed Facts are quite long and factually argumentative, and will require more time than 21 days to which to adequately respond.

2. Plaintiffs' Statement is 33 pages and contains 225 paragraphs, some with subparagraphs. In most cases, the paragraphs contain multiple "facts" which are alleged to be undisputed. Responding adequately to these allegations will require an inordinate amount of time and effort.

The extension requested will not cause prejudice to any party or to the Court in this action.

May 27, 2004.
SO ORDERED.
Alfred V. Covello, U.S.D.J.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105