### 1UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
|    Plaintiff | : |   (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 27, 2004 |
|    Defendants | : | |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR MOTION TO STRIKE

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully join in the requests for extension previously filed by defendants Todd Bainer and Leonard Fasano, seeking additional time, until July 1, 2004, to reply and/or move to strike plaintiffs' Motion for Summary Judgment, for the reasons stated in those motions.

This is Prymas and Thompson & Peck's first motion seeking to extend the reply date to plaintiffs' motion.

Attorney Dean Armstrong, counsel to the plaintiffs, has indicated to the undersigned his consent to the requested extension.

1

WHEREFORE, the moving defendants request that the time for filing their reply to plaintiffs' Motion for Summary Judgment and/or Motion to Strike be extended to July 1, 2004.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and THOMPSON & PECK, INC.

BY: _____
Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed on this 27th day of May, 2004, to the following:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
Tel. 7-8/798-1599
Fax: 7-8/798-1597

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____BA
RBARA L. COX

3