```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
```

**THE CADLE COMPANY** and § No. 3:01CV531(AVC)
**D.A.N. JOINT VENTURE,**
**A LIMITED PARTNERSHIP,** §

    Plaintiffs, §

vs. §

**CHARLES A. FLANAGAN, et al.** § June 3, 2004

    Defendants. §

### PLAINTIFFS' SECOND MOTION TO ESTABLISH
### UNIFORM RESPONSE DATE TO ALL MOTIONS FOR SUMMARY JUDGMENT

    1.   All of the parties have submitted motions for summary judgment.

    2.   The Defendants have requested an extension until July 1, 2004 to submit their responses to Plaintiffs' motions for summary judgment.

    3.   Plaintiffs do not oppose this request, but believe that a uniform date should be established for all parties' responses to all pending motions for summary judgment.

### PRAYER

    Plaintiffs respectfully request that the Court establish a uniform July 1, 2004 response date for all parties to respond to all pending motions for summary judgment.

-2-

                                        Respectfully submitted,
                                        ARMSTRONG LAW FIRM

DATED: June __, 2004.        By_____
                                        F. Dean Armstrong
                                        Ct. Fed. Bar #CT22417
                                        1324 Dartmouth Road
                                        Flossmoor, IL 60422
                                        (708) 798-1599
                                        Fax (708) 798-1597

                                        Edward C. Taiman, Esq.
                                        SABIA & HARTLEY, LLC
                                        190 Trumbull Street
                                        Suite 202
                                        Hartford, CT 06103-2205
                                        (860) 541-2077
                                        Fax (860) 713-8944

                                        Attorneys for Plaintiffs
                                        The Cadle Company and
                                        D.A.N. Joint Venture,
                                        A Limited Partnership

### Certificate of Conference

    I certify that I've conferred with Barbara Cox, Esq., and she does not object to the establishment of a uniform July 1, 2004 response date to all pending motions for summary judgment. The other defense counsel, however, have not responded to my request for consent.


                                        _____
                                        F. Dean Armstrong

-3-

**<u>Certificate of Service</u>**

    I certify that a correct copy of the foregoing instrument was faxed and mailed on June 3, 2004 to all defense counsel as shown on the attached Service List.

_____
F. Dean Armstrong