**FILED**

2004 JUN -4 A 7 33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | June 3, 2004 |
| Defendants. | § | |

**PLAINTIFFS' SECOND MOTION TO ESTABLISH
UNIFORM RESPONSE DATE TO ALL MOTIONS FOR SUMMARY JUDGMENT**

1. All of the parties have submitted motions for summary judgment.

2. The Defendants have requested an extension until July 1, 2004 to submit their responses to Plaintiffs' motions for summary judgment.

3. Plaintiffs do not oppose this request, but believe that a uniform date should be established for all parties' responses to all pending motions for summary judgment.

**PRAYER**

Plaintiffs respectfully request that the Court establish a uniform July 1, 2004 response date for all parties to respond to all pending motions for summary judgment.

June 4, 2004. GRANTED.
SO ORDERED.

/s/ Alfred V. Covello, U.S.D.J.

FILED 2004 JUN -7 A 9:13
U.S. DISTRICT COURT
HARTFORD, CT.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944