UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 |
| Plaintiff : | (AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | MAY 27, 2004 |
| Defendants : | |

**STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR MOTION TO STRIKE**

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully join in the requests for extension previously filed by defendants Todd Bainer and Leonard Fasano, seeking additional time, until July 1, 2004, to reply and/or move to strike plaintiffs' Motion for Summary Judgment, for the reasons stated in those motions.

This is Prymas and Thompson & Peck's first motion seeking to extend the reply date to plaintiffs' motion.

Attorney Dean Armstrong, counsel to the plaintiffs, has indicated to the undersigned his consent to the requested extension.

1

FILED 2004 JUN -1 A 9:47 U.S. DISTRICT COURT HARTFORD, CT

FILED 2004 JUN -7 A 9:13 U.S. DISTRICT COURT HARTFORD, CT

June 4, 2004. GRANTED. SO ORDERED. /s/ Covello, U.S.D.J.