UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CADLE COMPANY, ET AL.         :      CIVIL ACTION
                                     NO: 3:01-CV-531 (AVC)

V.                            :

CHARLES A. FLANAGAN, ET AL.   :      FEBRUARY 16, 2004

### DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH THE COURT'S STANDING ORDER OR, IN THE ALTERNATIVE, MOTION TO PRECLUDE

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Rule 37(a) of the Local Civil Rules of the District Court of Connecticut, and the Court's Standing Order in

3:01CV531 (AVC). June 18, 2004. This is an action for money damages brought pursuant to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et seq., to redress an allegedly fraudulent scheme to shield the assets of one Charles Flanagan from the lawful claims of his creditors. The defendants, Leonard Fasano and the law firm of Fasano, Ippolito & Lee, LLC, move pursuant to Rule 37(a) of the Federal Rules of Civil Procedure to compel the plaintiffs to provide complete answers to interrogatories 23 and 24 concerning predicate acts allegedly committed by Fasano, and to supplement their RICO case statement to allege with specificity: (1) the predicate acts and statutes that Fasano has purportedly violated; (2) the dates and background facts of the purported acts; (3) the time, place and contents of any misrepresentation, as well as the persons to whom the misrepresentations were made; and (4) the manner in which the predicate acts form a pattern of racketeering activity. Having reviewed the submissions of counsel and the relevant authority, the motion is GRANTED in part and DENIED in part. The court agrees with the defendants that the responses to interrogatories 23 and 24 are lacking. The plaintiffs shall furnish complete details concerning predicate acts on or before July 6, 2004. The court does not agree, however, that the RICO case statement is so infirm as to require revision. The motion is therefore denied in that respect. Further, to the extent the motion seeks an order precluding the plaintiffs from offering evidence of predicate acts at trial, the motion is denied.

SO ORDERED.