01CV531/mtncomp

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CADLE COMPANY, ET AL.            :     CIVIL ACTION
                                        NO: 3:01-CV-531 (AVC)

V.                               :

CHARLES A. FLANAGAN, ET AL.      :     MARCH 26, 2004

**DEFENDANTS' MOTION TO COMPEL COMPLIANCE
WITH THE COURT'S STANDING ORDER AND DISCOVERY REQUESTS
OR, IN THE ALTERNATIVE, MOTION TO PRECLUDE**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Rule 37(a) of the Local Civil Rules of the District Court of Connecticut, and the Court's Standing Order in Civil RICO Cases (the Court's "Standing Order"), Defendants Stanley F. Prymas ("Prymas") and Thompson & Peck, Inc. ("T&P") hereby move for an order compelling plaintiffs to supplement their RICO Case Statement, dated April 23, 2001, to comply with the Court's Standing RICO Order and to answer Prymas and T&P's interrogatories 6 and 7, requesting identification of the specific RICO predicate acts that plaintiffs claim Prymas and T&P committed. In the alternative, defendants move for an order precluding the introduction of any evidence related to alleged predicate acts of Prymas and T&P regarding racketeering activity due to plaintiffs' failure to comply with the Court's Standing RICO Order and defendants' discovery requests.

In support of their motion, Prymas and T&P submit that plaintiffs have failed to comply with §§ 2, 5(a), 5(b), 5(c), 5(f), 12, 13, and 14 of the Court's Standing RICO Order and have failed to properly respond to their Interrogatories

*Handwritten margin note:* June 18, 2004. The motion to compel is granted with respect to interrogatories 6 and 7. The motion is denied in all other respects. SO ORDERED.
Alfred V. Covello, U.S.D.J.