UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | CIVIL ACTION NO. |
|    Plaintiffs : | 3:01CV531(AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | JUNE 23, 2004 |
|    Defendants : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT AND LOCAL RULE 56(a)2 AND (a)3 STATEMENTS

Pursuant to the Order of this Court, dated May 25, 2004, defendants, Todd R. Bainer and Todd R. Bainer, LLC have until July 1, 2004 to file a Motion to Strike and/or Reply to Plaintiffs' Motions for Summary Judgment.

Defendants are filing a Motion to Strike Plaintiffs' Motions for Summary Judgment in its entirety and in alternatively are seeking to strike approximately 60 paragraphs of Plaintiffs' Local Rule 56(a)1 Statement. The Court's ruling on Defendants' Motion to Strike will directly impact (1) whether defendants have to respond to the Motions for Summary Judgment at all or (2) the paragraphs of Plaintiffs' Local Rule 56(a)1 Statement to which defendants must respond in their Local Rule 56(a)2 and (a)3 Statements.

Plaintiffs have spoken to counsel for the other defendants who have no objection to the granting of said motion, but have not ascertained the position of plaintiffs.

    DEFENDANTS: TODD R. BAINER and
    TODD R. BAINER, L.L.C.


By_____
    R. BRADLEY WOLFE
    Federal Bar No. ct04332
    GERALD R. SWIRSKY
    Federal Bar No. ct05574
    MARY ANNE A. CHARRON
    Federal Bar No. ct02274
    Gordon, Muir and Foley, LLP
    Hartford, CT 06106-1976
    Telephone (860) 525-5361
    Facsimile (860) 525-4849

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on June 23, 2004:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\367383\1