UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*FILED*

2004 MAR 13  A 11: 50

U.S. DISTRICT COURT
HARTFORD, CT.

THE CADLE COMPANY;                          NO.: 3:01cv531(AVC)
D.A.N. JOINT VENTURE
plaintiffs

v.

CHARLES A. FLANAGAN; LISA G. FLANAGAN;
MJCC CORP.; MJCC REALTY; SOCRATES T. BABACAS;
LEONARD A. FASANO; FASANO & IPPOLITO;
TODD R. BAINER; STANLEY F. PRYMAS;
THOMPSON & PECK; JOSEPH CAPORALE
                    defendants.                        MARCH 17, 2004

MOTION TO QUASH

Pursuant to Fed.R.Civ.Pro. 45(c)(3)(A), the undersigned movant, Karen T. Gerber,

Nuzzo & Roberts, L.L.C., hereby moves to quash the attached subpoena (Exhibit A)

served Friday, March 12, 2004, on the grounds that the subpoena does not provide a

reasonable time to comply, is overbroad, requires disclosure of privileged or otherwise

protected matter, subjects the movant to undue burden and is otherwise improper.

The law firm of Nuzzo & Roberts, L.L.C. was initially retained by Westport

Insurance Company to represent the Estate of Attorney Robert Skelton in a matter

brought in the United States District Court, District of Connecticut by Paul M. Gaide,

No.:302cv392(SRU).  That action has since been dismissed.  Subsequently, the law firm

of Nuzzo & Roberts, L.L.C. was retained by Westport Insurance Company to represent

*[Handwritten left margin, rotated:]* June 25, 2004. The motion is granted in part and denied in part. The motion is granted in part and denied in part, at this juncture, no documents to which there is a good faith claim of privilege need be produced. To the extent documents are withheld on this ground, a privilege log shall be produced. The motion is denied in all other respects. SO ORDERED.

*[Handwritten, rotated:]* Alfred V. Covello  JUN 25 2004  U.S. DISTRICT COURT  HARTFORD, CT.