236

FILED
2004 JUN 24 A 10: 52
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | JUNE 23, 2004 |

FILED
2004 JUN 25 A 10: 07
U.S. DISTRICT COURT
HARTFORD, CT.

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT AND LOCAL RULE 56(a)2 AND (a)3 STATEMENTS

Pursuant to the Order of this Court, dated May 25, 2004, defendants, Todd R. Bainer and Todd R. Bainer, LLC have until July 1, 2004 to file a Motion to Strike and/or Reply to Plaintiffs' Motions for Summary Judgment.

Defendants are filing a Motion to Strike Plaintiffs' Motions for Summary Judgment in its entirety and in alternatively are seeking to strike approximately 60 paragraphs of Plaintiffs' Local Rule 56(a)1 Statement. The Court's ruling on Defendants' Motion to Strike will directly impact (1) whether defendants have to respond to the Motions for Summary Judgment at all or (2) the paragraphs of Plaintiffs' Local Rule 56(a)1 Statement to which defendants must respond in their Local Rule 56(a)2 and (a)3 Statements.

June 25, 2004.
SO ORDERED.
GRANTED.
Alfred V. Covello, U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361        FACSIMILE (860) 525-4849        JURIS No. 24029