## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY, ET AL** | : | **CIVIL ACTION NO.** |
| **Plaintiffs,** | : | **3:01CV531(AVC)** |
| | : | |
| **vs.** | : | |
| | : | |
| **CHARLES A . FLANAGAN, ET AL** | : | |
| **Defendants.** | : | **JUNE 30, 2004** |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO CERTAIN DISCOVERY

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby request an order from this court extending the deadline by which Plaintiffs must respond to Defendants' Motions for Summary Judgment by 30 days from July 1, 2004, to August 2, 2004[1]. In addition, Plaintiffs request that this court enter an order extending the time by which Plaintiffs must respond to Interrogatories 6 and 7 filed Defendants, Stanley F. Prymas and Thompson & Peck, Inc., and Interrogatories 23 and 24 filed by Defendants, Leonard Fasano and the law firm of Fasano, Ippolito & Lee, LLC by 30 days from July 6, 2004 to August 6, 2004. In support thereof, Plaintiffs state as follows:

---

[1]    July 31, 2004 falls on a Saturday.

On Sunday, June 27, 2004, the eleven year old daughter of Plaintiffs' lead counsel, F. Dean Armstrong, because seriously ill and was taken to a hospital where she remains at this time. She has undergone a brain scan, and doctors are presently attempting to determine whether she has viral meningitis, West Nile virus, or bacterial meningitis. As would be expected, Attorney Armstrong has been attending to the needs of his daughter and family during these difficult times.

On June 29 and 30, 2004, the undersigned did contact Attorneys, Barbara Cox, David Hill, Mary Anne Charron and James Lenes who are the primary counsel for all defendants herein. Plaintiffs are aware of no objection to the requested relief..

WHEREFORE, Plaintiffs request relief in accordance with the foregoing.

THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.


By:_____
    Edward C. Taiman, Jr.
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    (860) 541-2077
    Fed. Bar No. ct01319

    and

    F. Dean Armstrong, Esq.
    1324 Dartmouth Road
    Flossmoor, IL 60422
    Federal Bar No. ct22417

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 30th day of June, 2004, to the following:

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson & Peck, Inc.)

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th floor
New Haven, CT 06510
(counsel for Charles A. Flanagan)

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and Fasano & Ippolito, LLC)

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405

By:_____
    Edward C. Taiman, Jr.
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    (860) 541-2077
    Fed. Bar No. ct01319

E:\WPDOCS\CADLE\Flanagan\RICO\MtExtend.wpd