UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | CIVIL ACTION NO. |
|    Plaintiffs : | 3:01CV531(AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | JULY 1, 2004 |
|    Defendants : | |

DEFENDANTS' JOINT MOTION TO STRIKE
PLAINTIFFS' LOCAL RULE 56(a)(1) STATEMENT OF UNDISPUTED FACTS

     Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), Stanley F. Prymas ("Prymas") and Thompson & Peck, Inc. ("T&P"), Leonard A. Fasano and Fasano, Ippolito & Lee, LLC ("Fasano") and Charles A. Flanagan ("Flanagan"), respectfully move that the Court strike in its entirety Plaintiffs' Motions for Summary Judgment and their Local Rule 56(a)(1) Statement of Undisputed Facts dated May 11, 2004 ("Plaintiffs' Statement") dated May 11, 2004 on the basis that plaintiffs have failed to comply with either the letter or the spirit of Federal District Court of Connecticut Local Rule ("Local Rule") 56. In over twenty five instances in Plaintiffs' Statement, plaintiffs have failed to cite any evidence at all in support of plaintiffs' allegations of undisputed fact. Further, plaintiffs' have misrepresented various alleged facts as well as taken quotations out of context and paraphrased language from documents to create

inferences in support of plaintiffs' case and represented to the Court that such quotations and paraphrased language are factual. Based on such abuses by plaintiffs, it is clear that plaintiffs have made no effort to comply with either the letter or the spirit Local Rule 56(a)(2). It would be inequitable and unreasonably burdensome to subject defendants to the arduous task of attempting to comply with Local Rule 56 in replying to Plaintiffs' Statement when Plaintiffs' Statement fails so miserably to similarly comply. Defendants' Memorandum in Support of Motion to Strike move fully details defendants' ground for this motion.

In the event that the Court is unwilling to strike the Plaintiffs' Motions for Summary Judgment and Statement in their entirety, defendants respectfully request the Court to strike various portions of the Plaintiffs' Statement as more fully set forth in defendants' accompanying Memorandum in Support of Motion to Strike.

        DEFENDANTS: TODD R. BAINER and
        TODD R. BAINER, L.L.C.

    By_____
        R. BRADLEY WOLFE
        Federal Bar No. ct04332
        GERALD R. SWIRSKY
        Federal Bar No. ct05574
        MARY ANNE A. CHARRON
        Federal Bar No. ct02274
        Gordon, Muir and Foley, LLP
        Ten Columbus Boulevard
        Hartford, CT 06106-1976
        Telephone (860) 525-5361
        Facsimile (860) 525-4849

CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on July 1, 2004:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

                                          _____
                                            MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\364305\1

DEFENDANTS: STANLEY F. PRYMAS
AND THOMPSON & PECK, INC.


By_____
      WILLIAM F. GALLAGHER
      Federal Bar No. ct04147
      BARBARA L. COX
      Federal Bar No. ct08523
      The Gallagher Law Firm
      1377 Boulevard
      P.O. Box 1925
      New Haven, CT 06590
      Telephone (203) 624-4165
      Facsimile (203) 865-5598

                                        DEFENDANTS: LEONARD A. FASANO
                                        AND FASANO, IPPOLITO & LEE, LLC

By_____
       DAVID G. HILL
       Federal Bar No. ct13435
       JUNE M. SULLIVAN
       Federal Bar No. ct24462
       Halloran & Sage, LLP
       One Goodwin Square
       225 Asylum Street
       Hartford, CT 06103
       Telephone (860) 522-6103
       Facsimile (860) 548-0006

                    DEFENDANT: CHARLES A. FLANAGAN

By_____
       JAMES A. LENES
       Federal Bar No. ct10408
       Neubert, Pepe & Monteith
       195 Church Street, 13th Floor
       New Haven, CT 06510-2026
       Telephone (203) 821-2000
       Facsimile (203) 821-2009