UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY, ET AL        :      CIVIL ACTION NO.
     Plaintiffs                  :      3:01CV531(AVC)
                              :
VS.                            :
                              :
CHARLES A. FLANAGAN, ET AL    :      JULY 1, 2004
     Defendants                :

DEFENDANTS' JOINT MOTION FOR PERMISSION
TO FILE MEMORANDUM IN EXCESS OF 40 PAGES

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), Stanley F. Prymas ("Prymas") and Thompson & Peck, Inc. ("T&P"), Leonard A. Fasano and Fasano, Ippolito & Lee, LLC ("Fasano") and Charles A. Flanagan ("Flanagan"), respectfully request permission to file a Memorandum in excess of 40 pages. This Motion to Strike is a joint motion of seven defendants and specifically addresses over 80 paragraphs of Plaintiffs' Local Rule 56(a)1 Statement. In order to assist the Court, each of the paragraphs subject to the Motion to Strike are quoted as well as the citation of exhibits purported to support those paragraphs.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By_____
        R. BRADLEY WOLFE
        Federal Bar No. ct04332
        GERALD R. SWIRSKY
        Federal Bar No. ct05574
        MARY ANNE A. CHARRON
        Federal Bar No. ct02274
        Gordon, Muir and Foley, LLP
        Ten Columbus Boulevard
        Hartford, CT 06106-1976
        Telephone (860) 525-5361
        Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on July 1, 2004:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\368166\1

DEFENDANTS: STANLEY F. PRYMAS
AND THOMPSON & PECK, INC.

By_____
         WILLIAM F. GALLAGHER
         Federal Bar No. ct04147
         BARBARA L. COX
         Federal Bar No. ct08523
         The Gallagher Law Firm
         1377 Boulevard
         P.O. Box 1925
         New Haven, CT 06590
         Telephone (203) 624-4165
         Facsimile (203) 865-5598

DEFENDANTS: LEONARD A. FASANO
AND FASANO, IPPOLITO & LEE, LLC


By_____
      DAVID G. HILL
      Federal Bar No. ct13435
      JUNE M. SULLIVAN
      Federal Bar No. ct24462
      Halloran & Sage, LLP
      One Goodwin Square
      225 Asylum Street
      Hartford, CT 06103
      Telephone (860) 522-6103
      Facsimile (860) 548-0006

DEFENDANT: CHARLES A.
FLANAGAN


By_____

     JAMES A. LENES
     Federal Bar No. ct10408
     Neubert, Pepe & Monteith
     195 Church Street, 13th Floor
     New Haven, CT 06510-2026
     Telephone (203) 821-2000
     Facsimile (203) 821-2009