239

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
| Defendants. | : | JUNE 30, 2004 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO CERTAIN DISCOVERY**

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby request an order from this court extending the deadline by which Plaintiffs must respond to Defendants' Motions for Summary Judgment by 30 days from July 1, 2004, to August 2, 2004[1]. In addition, Plaintiffs request that this court enter an order extending the time by which Plaintiffs must respond to Interrogatories 6 and 7 filed Defendants, Stanley F. Prymas and Thompson & Peck, Inc., and Interrogatories 23 and 24 filed by Defendants, Leonard Fasano and the law firm of Fasano, Ippolito & Lee, LLC by 30 days from July 6, 2004 to August 6, 2004.

In support thereof, Plaintiffs state as follows:

---

[1] July 31, 2004 falls on a Saturday.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

July 2, 2004. GRANTED.
SO ORDERED.
Alfred N. Covello, U.S.D.J.