UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | JUNE 25, 2004 |
|    Defendants | : | |

<u>DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC,
STANLEY F. PRYMAS AND THOMPSON & PECK, INC.,
LEONARD A. FASANO AND FASANO, IPPOLITO & LEE, LLC
AND CHARLES A. FLANAGAN'S
JOINT MOTION FOR EXTENSION OF TIME TO FILE
MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY
JUDGMENT AND LOCAL RULE 56(a)2 AND (a)3 STATEMENTS</u>

Pursuant to the Order of this Court, dated May 21, 2004, this Court ordered a joint response date of July 1, 2004.

Defendants are filing Motions to Strike Plaintiffs' Motions for Summary Judgment in its entirety, and alternatively, are seeking to strike approximately 70 paragraphs of Plaintiffs' Local Rule 56(a)1 Statement. The Court's ruling on Defendants' Motion to Strike will directly impact (1) whether defendants have to respond to the Motions for Summary Judgment at all or (2) the paragraphs of Plaintiffs' Local Rule 56(a)1 Statement to which defendants must respond in their Local Rule 56(a)2 and (a)3 Statements.

Additionally, the Court recently ruled that plaintiffs have until July 6, 2004 to respond to Interrogatories of defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, Stanley F. Prymas and Thompson & Peck, Inc. related to the predicate acts of these defendants. The responses to the Interrogatories may very well impact these defendants Memorandum in Opposition to Plaintiffs' Motions for Summary Judgment as well as their Local Rule 56(a)2 and 56(a)3 Statements.

Wherefore, defendants seek an extension of time of 30 days from this Court's ruling on defendants' Motions to Strike within which to file Memorandums in Opposition and Local Rule 56(a)2 and (a)3 Statements. Defendants have not ascertained the position of plaintiffs.

                DEFENDANTS: TODD R. BAINER and
                TODD R. BAINER, L.L.C.


            By_____
               R. BRADLEY WOLFE
               Federal Bar No. ct04332
               GERALD R. SWIRSKY
               Federal Bar No. ct05574
               MARY ANNE A. CHARRON
               Federal Bar No. ct02274
               Gordon, Muir and Foley, LLP
               Ten Columbus Boulevard
               Hartford, CT 06106-1976
               Telephone (860) 525-5361
               Facsimile (860) 525-4849

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on June 25, 2004:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\367666\1

DEFENDANTS: STANLEY F. PRYMAS
AND THOMPSON & PECK, INC.


By_____
  WILLIAM F. GALLAGHER
  Federal Bar No. ct04147
  BARBARA L. COX
  Federal Bar No. ct08523
  The Gallagher Law Firm
  1377 Boulevard
  P.O. Box 1925
  New Haven, CT 06590
  Telephone (203) 624-4165
  Facsimile (203) 865-5598

DEFENDANTS: LEONARD A. FASANO
AND FASANO, IPPOLITO & LEE, LLC


By_____
      DAVID G. HILL
      Federal Bar No. ct13435
      JUNE M. SULLIVAN
      Federal Bar No. ct24462
      Halloran & Sage, LLP
      One Goodwin Square
      225 Asylum Street
      Hartford, CT 06103
      Telephone (860) 522-6103
      Facsimile (860) 548-0006

DEFENDANT: CHARLES A. FLANAGAN

By_____
JAMES A. LENES
Federal Bar No. ct10408
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026
Telephone (203) 821-2000
Facsimile (203) 821-2009