UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and | § | **No. 3:01CV531(AVC)** |
| **D.A.N. JOINT VENTURE,** | | |
| **A LIMITED PARTNERSHIP,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| **CHARLES A. FLANAGAN, et al.** | § | **July 23, 2004** |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR EXTENSION TO FILE
RESPONSES AND TO ESTABLISH UNIFORM RESPONSE DATE**

Plaintiffs seek an extension to file responses to (1) Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement of Undisputed Facts, due to be filed on July 23, 2004; (2) Defendants' Motions for Summary Judgment, due to be filed on August 2, 2004; and (3) Thompson & Peck's Interrogatories 6 & 7 and Defendant Fasano's Interrogatories 23 & 24, due to be filed on August 6, 2004, and to set a uniform response date to the above matters until August 31, 2004. In support of this Motion, Plaintiffs state:

1. Plaintiffs' lead counsel, F. Dean Armstrong, Esq., has been preoccupied with the illnesses suffered by his two minor daughters, who became seriously ill and were hospitalized for infections of viral meningitis. Although both of his children have now fully recovered, the backlog of legal work for approximately two weeks of care and attention to his daughters' health concerns has left Plaintiffs' lead counsel with little

time to work on responses to the Defendants' motions and interrogatories.

2. In addition, the responses to the Defendants' motions and interrogatories require a considerable amount of research and investigation, and an extension until August 31, 2004 is appropriate under the circumstances.

3. Further, Plaintiffs' lead counsel has recently suffered from severe neck pain, and on July 23, 2004 he had to undergo and a contrast and non-contrast MRI and x-rays of the neck and spine to diagnose the reasons for the persistent neck pain. The pain from the neck problems and the pain medication have rendered Plaintiffs' counsel unable to put in full work days and unable to complete Plaintiffs' responses to the Defendants' motions and Plaintiffs' supplemental answers to the Defendants' interrogatories. Although a follow-up doctor visit is scheduled for August 19, 2004, it is anticipated that Plaintiffs' counsel should be able to complete Plaintiffs' responses to the Defendants' motions and Plaintiffs' supplemental discovery responses by August 31, 2004.

4. Plaintiffs' counsel has conferred with Mary Anne Charron, Esq., counsel for Defendant Bainer, and she does not oppose the relief sought in this Motion. Plaintiffs' counsel, however, was not able to confer with the remaining defense counsel prior to the filing of this Motion.

## PRAYER

Plaintiffs respectfully request that the Court grant this Motion, granting Plaintiffs an extension until August 31, 2004 for Plaintiffs to respond to Defendants' motions and for Plaintiffs to submit Plaintiffs' supplemental discovery responses.

Respectfully submitted,

ARMSTRONG LAW FIRM

DATED: July 23, 2004.                    By_____
                                            F. Dean Armstrong
                                            Ct. Fed. Bar #CT22417
                                            1324 Dartmouth Road
                                            Flossmoor, IL 60422
                                            (708) 798-1599
                                            Fax (708) 798-1597

                                            Michael G. Albano, Esq.
                                            CT Federal Bar #CT21440
                                            Edward C. Taiman, Esq.
                                            CT Federal Bar #CT01319
                                            SABIA & HARTLEY, LLC
                                            190 Trumbull Street
                                            Suite 202
                                            Hartford, CT 06103-2205
                                            (860) 541-2077
                                            Fax (860) 713-8944

                                            Attorneys for Plaintiffs
                                            The Cadle Company and
                                            D.A.N. Joint Venture,
                                            A Limited Partnership

**<u>Certificate of Service</u>**

I certify that a correct copy of the foregoing instrument was faxed and mailed on July 23, 2004 to all defense counsel as shown on the attached Service List.


_____
Michael G. Albano