FILED

2004 JUL -1 P 4: 23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | JULY 1, 2004 |

### DEFENDANTS' JOINT MOTION FOR PERMISSION
### TO FILE MEMORANDUM IN EXCESS OF 40 PAGES

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), Stanley F. Prymas ("Prymas") and Thompson & Peck, Inc. ("T&P"), Leonard A. Fasano and Fasano, Ippolito & Lee, LLC ("Fasano") and Charles A. Flanagan ("Flanagan"), respectfully request permission to file a Memorandum in excess of 40 pages. This Motion to Strike is a joint motion of seven defendants and specifically addresses over 80 paragraphs of Plaintiffs' Local Rule 56(a)1 Statement. In order to assist the Court, each of the paragraphs subject to the Motion to Strike are quoted as well as the citation of exhibits purported to support those paragraphs.

July 23, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

2004 JUL 27 P 1:59
U.S. DISTRICT COURT
HARTFORD, CT.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029