243



FILED
2004 JUL -b P 3: 27
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiffs | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | JUNE 25, 2004 |

<u>DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC,
STANLEY F. PRYMAS AND THOMPSON & PECK, INC.,
LEONARD A. FASANO AND FASANO, IPPOLITO & LEE, LLC
AND CHARLES A. FLANAGAN'S
JOINT MOTION FOR EXTENSION OF TIME TO FILE
MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY
JUDGMENT AND LOCAL RULE 56(a)2 AND (a)3 STATEMENTS</u>

Pursuant to the Order of this Court, dated May 21, 2004, this Court ordered a joint response date of July 1, 2004.

Defendants are filing Motions to Strike Plaintiffs' Motions for Summary Judgment in its entirety, and alternatively, are seeking to strike approximately 70 paragraphs of Plaintiffs' Local Rule 56(a)1 Statement. The Court's ruling on Defendants' Motion to Strike will directly impact (1) whether defendants have to respond to the Motions for Summary Judgment at all or (2) the paragraphs of Plaintiffs' Local Rule 56(a)1 Statement to which defendants must respond in their Local Rule 56(a)2 and (a)3 Statements.

July 23, 2004.
SO ORDERED.
GRANTED.
Alfred V. Covello, U.S.D.J.

FILED
2004 JUL -1 P 1: 49
U.S. DISTRICT COURT
HARTFORD, CT.

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361    Facsimile (860) 525-4849    Juris No. 24029