FILED

2004 AUG -2  A 11: 05

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | JULY 30, 2004 |
| Defendants | | |

## MOTION TO WITHDRAW APEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves this

Court for permission to withdraw the appearance of Peter C. Schwartz, Fed. Bar No. ct04254,

in the above-mentioned case on behalf of defendants Todd R. Bainer and Todd R. Bainer,

L.L.C.  Mr. Schwartz filed his appearance while still employed with the law firm of Gordon,

Muir and Foley, LLP, but has since retired.  The undersigned, together with Gerald R. Swirsky

and Mary Anne A. Charron have appeared on behalf of and continue to represent these

defendants in this case.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                    FACSIMILE (860) 525-4649                    JURIS NO. 24029

A copy of this Motion has been sent to Mr. Bainer by certified mail.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By_____
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on July 30, 2004:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Douglas S. Skalka, Esquire
James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

R. BRADLEY WOLFE

::ODMA\PCDOCS\DOCS\370381\1

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976

Telephone (860) 525-5361          Facsimile (860) 525-4849          Juris No. 24029