UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY;<br>D.A.N. JOINT VENTURE<br>      plaintiffs | NO.: 3:01cv531(AVC) |
| v. | |
| CHARLES A. FLANAGAN; LISA G. FLANAGAN;<br>MJCC CORP.; MJCC REALTY; SOCRATES T. BABACAS;<br>LEONARD A. FASANO; FASANO & IPPOLITO;<br>TODD R. BAINER; STANLEY F. PRYMAS;<br>THOMPSON & PECK; JOSEPH CAPORALE<br>      defendants. | AUGUST 5, 2004 |

## APPEARANCE

Please enter the appearance of Amber J. Branciforte, Nuzzo & Roberts, L.L.C., One Town Center, Cheshire, Connecticut 06410 as counsel for the Movant, Karen T. Gerber, Nuzzo & Roberts, L.L.C.

                                      THE MOVANT
                                      KAREN T. GERBER, NUZZO & ROBERTS, L.L.C.

                                By _____
                                  Amber J. Branciforte
                                  Federal Bar No: ct 25999
                                NUZZO & ROBERTS, L.L.C.
                                One Town Center
                                P.O. Box 747
                                Cheshire, Connecticut 06410
                                Tel:  (203) 250-2000
                                Fax:  (203) 250-3131
                                abranciforte@nuzzo-roberts.com

      This is to certify that on August 5, 2004, a true copy of the foregoing Appearance was mailed via first class postage prepaid mail to:

Michael G. Albano, Esq.  
Sabia & Hartley  
190 Trumbull Street, Suite 202  
Hartford, CT  06103-2205  

F. Dean Armstrong, Esq.  
Armstrong Law Firm  
1324 Dartmouth Road  
Floosmoor, IL  60422  

Todd R. Bainer, Esq.  
Cooney & Bainer  
71 Cedar Street  
Branford, CT  06405  

Mary Anne Charron, Esq.  
Gordon Muir & Foley  
Hartford Square North  
10 Columbus Boulevard  
Hartford, CT  06106-1976  

Bradley K. Cooney, Esq.  
69 Island Avenue  
Madison, CT  06443  

Barbara Cox, Esq.  
Gallagher & Calistro  
1377 Boulevard  
P.O. Box 1925  
New Haven, CT  06509-1925  

Gerald R. Sqirsky, Esq.  
Gordon Muir & Foley  
Hartford Square North  
10 Columbus Boulevard  
Hartford, CT  06106-1976  

William G. Gallagher, Esq.  
Gallagher & Calistro  
P.O. Box 1925  
New Haven, CT  06509  

David G. Hill, Esq.  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT  06103  

James A. Lenes, Esq.  
Neubert, Pepe & Monteith  
195 Church Street, 13th Floor  
New Haven, CT  06510-2026  

Peter C. Schwartz, Esq.  
Gordon Muir & Foley  
Hartford Square North  
10 Columbus Boulevard  
Hartford, CT  06106-1976  

Douglas. S. Skalka, Esq.  
Neubert, Pepe & Monteith  
195 Church Street, 13th Floor  
New Haven, CT  06510-2026  

June M. Sullivan, Esq.  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT  06106

| | |
|---|---|
| Edward C. Taiman, Jr., Esq.<br>Sabia & Hartley<br>190 Trumbull Street, Suite 202<br>Hartford, CT  06103-2205 | R. Bradley Wolfe, Esq.<br>Gordon Muir & Foley<br>Hartford Square North<br>10 Columbus Boulevard<br>Hartford, CT  06106-1976 |
| US Trustee<br>US Trustee Office<br>265 Church Street, Suite 1103<br>New Haven, CT  06510-7016 | |

 

                                                                                Amber J. Branciforte
                                                                                Federal Bar No: ct 25999
                                                                                NUZZO & ROBERTS, L.L.C.
                                                                                One Town Center
                                                                                P.O. Box 747
                                                                                Cheshire, Connecticut 06410
                                                                                Tel:  (203) 250-2000
                                                                                Fax:  (203) 250-3131
                                                                                abranciforte@nuzzo-roberts.com

\\fp\nuzzo\wp\423002\086\Appearance (AJB).doc