UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | JULY 30, 2004 |

### MOTION TO WITHDRAW APEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves this Court for permission to withdraw the appearance of Peter C. Schwartz, Fed. Bar No. ct04254, in the above-mentioned case on behalf of defendants Todd R. Bainer and Todd R. Bainer, L.L.C. Mr. Schwartz filed his appearance while still employed with the law firm of Gordon, Muir and Foley, LLP, but has since retired. The undersigned, together with Gerald R. Swirsky and Mary Anne A. Charron have appeared on behalf of and continue to represent these defendants in this case.

August 6, 2004.  GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.