FILED

2004 JUL 23 P 4: 41

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | July 23, 2004 |
| Defendants. | § | |

### PLAINTIFFS' MOTION FOR EXTENSION TO FILE RESPONSES AND TO ESTABLISH UNIFORM RESPONSE DATE

Plaintiffs seek an extension to file responses to (1) Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement of Undisputed Facts, due to be filed on July 23, 2004; (2) Defendants' Motions for Summary Judgment, due to be filed on August 2, 2004; and (3) Thompson & Peck's Interrogatories 6 & 7 and Defendant Fasano's Interrogatories 23 & 24, due to be filed on August 6, 2004, and to set a uniform response date to the above matters until August 31, 2004. In support of this Motion, Plaintiffs state:

1.  Plaintiffs' lead counsel, F. Dean Armstrong, Esq., has been preoccupied with the illnesses suffered by his two minor daughters, who became seriously ill and were hospitalized for infections of viral meningitis. Although both of his children have now fully recovered, the backlog of legal work for approximately two weeks of care and attention to his daughters'

August 25, 2004.    GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

---

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944