UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | August 31, 2004 |
| Defendants. | § | |

### PLAINTIFFS' FINAL MOTION FOR EXTENSION TO FILE RESPONSES AND TO ESTABLISH UNIFORM RESPONSE DATE

Plaintiffs seek a three day extension to file responses to (1) Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement of Undisputed Facts (Motion No. 240); (2) Defendants' Motions for Summary Judgment (Motion Nos. 187, 191, 196, 219 & 226); and (3) Thompson & Peck's Interrogatories 6 & 7 (relating to Motion No. 183) and Defendant Fasano's Interrogatories 23 & 24 (relating to Notion No. 164), all due to be filed on August 31, 2004, and to set a uniform response date to the above matters until September 3, 2004. In support of this Motion, Plaintiffs state:

1.   There are four separate defense motions for summary judgment pending, along with a voluminous motion to strike. Although Plaintiffs' lead counsel, F. Dean Armstrong, Esq., has spent virtually all of the last seven days working on Plaintiffs' Summary Judgment Responses, the sheer volume of

documents and deposition testimony, and the complicated legal issues involved, has resulted in a much more difficult and much more time-consuming project than had been anticipated.

2.  With the collation of the summary judgment evidence and the drafting of the legal and factual issues, Plaintiffs' lead counsel has not been able to complete the Summary Judgment Response by August 31st, and needs an additional three days -- until September 3, 2004 -- to complete this task.  Plaintiffs' Responses definitely will be filed by September 3, 2004, and this will be Plaintiffs' last request for an extension.

### **PRAYER**

Plaintiffs respectfully request that the Court grant this Motion, granting Plaintiffs an extension until September 3, 2004 for Plaintiffs to respond to Defendants' motions and for Plaintiffs to submit Plaintiffs' supplemental discovery responses.

>Respectfully submitted,
>ARMSTRONG LAW FIRM

DATED: August 31, 2004.   By_____
>F. Dean Armstrong
>Ct. Fed. Bar #CT22417
>1324 Dartmouth Road
>Flossmoor, IL 60422
>(708) 798-1599
>Fax (708) 798-1597

>AND

-3-

                    Edward C. Taiman, Esq.
                    SABIA & HARTLEY, LLC
                    190 Trumbull Street
                    Suite 202
                    Hartford, CT 06103-2205
                    (860) 541-2077
                    Fax (860) 713-8944

                    Attorneys for Plaintiffs
                    The Cadle Company and
                    D.A.N. Joint Venture,
                    A Limited Partnership

## Certificate of Conference

I certify that on August 31, 2004 I attempted to confer with the defense counsel in the above case, but was not able to do so prior to the time that Plaintiffs needed to file this Motion. Accordingly, this Motion is submitted to the Court for resolution.

                    _____
                    F. Dean Armstrong

## Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on August 31, 2004 to all defense counsel as shown on the attached Service List.

                    _____
                    F. Dean Armstrong