FILED

2004 AUG 31 P 4: 02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | August 31, 2004 |
| Defendants. | § | |

**PLAINTIFFS' FINAL MOTION FOR EXTENSION TO FILE
RESPONSES AND TO ESTABLISH UNIFORM RESPONSE DATE**

Plaintiffs seek a three day extension to file responses to (1) Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement of Undisputed Facts (Motion No. 240); (2) Defendants' Motions for Summary Judgment (Motion Nos. 187, 191, 196, 219 & 226); and (3) Thompson & Peck's Interrogatories 6 & 7 (relating to Motion No. 183) and Defendant Fasano's Interrogatories 23 & 24 (relating to Notion No. 164), all due to be filed on August 31, 2004, and to set a uniform response date to the above matters until September 3, 2004. In support of this Motion, Plaintiffs state:

1. There are four separate defense motions for summary judgment pending, along with a voluminous motion to strike. Although Plaintiffs' lead counsel, F. Dean Armstrong, Esq., has spent virtually all of the last seven days working on Plaintiffs' Summary Judgment Responses, the sheer volume of

September 1, 2004.
SO ORDERED.

GRANTED.
Alfred V. Covello, U.S.D.J.