1

## 1UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 (AVC) |
|    Plaintiff : | |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | SEPTEMBER 1, 2004 |
|    Defendants : | |

### DEFENDANTS STANLEY F. PRYMAS AND THOMPSON & PECK'S RESPONSE TO PLAINTIFFS' FINAL MOTION FOR EXTENSION

The undersigned counsel takes great exception to the representation of plaintiffs' counsel that he attempted to confer with defense counsel on August 31, 2004. The undersigned counsel was in her office on August 31, 2004, and received no telephone call, or other "attempt to confer" from Attorney Armstrong. The undersigned is also informed by counsel for the Fasano defendants and defendant Charles Flanagan that Attorney Armstrong did not contact or attempt to contact them. Attorney Armstrong's certificate of conference is inaccurate and is a misrepresentation to this Court.

*Respectfully submitted,*

DEFENDANTS, STANLEY F. PRYMAS and T
THOMPSON & PECK, INC.

BY: _____
Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard, P.O. Box 1925
New Haven, CT 06509
Tel: 203-624-4165
Fax: 203-865-5598

1

2

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed on this 1st day of September 2004, to the following:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
BARBARA L. COX

3