# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A . FLANAGAN, ET AL | : | |
|    Defendants. | : | SEPTEMBER 2, 2004 |

### PLAINTIFFS' REPLY TO DEFENDANTS STANLEY F. PRYMAS AND THOMPSON & PECK'S RESPONSE TO PLAINTIFF'S FINAL MOTION FOR EXTENSION

Plaintiffs, The Cadle Company and D.A.N. Joint Venture, A Limited Partnership, hereby reply to the response of Defendants Stanley F. Prymas and Thompson & Peck, Inc. to Plaintiffs' Final Motion for Extension, dated August 31, 2004. Defendants claim "Attorney Armstrong's Certificate of Conference is inaccurate and is a misreprentation to this Court." For the reasons set forth below, the Plaintiffs "Certificate of Conference" statement as contained in Plaintiffs' Final Motion For Extension To File Responses And To Establish Uniform Response Date (the "Motion") is correct and accurate.

1.    On August 31, 2004 at 2:45 p.m., Plaintiffs' co-counsel, F. Dean Armstrong did telephone Attorney Bradley K. Cooney, co-counsel with Barbara Cox to Thompson & Peck, Inc., in an attempt to obtain his consent to the requested three day extension of time. Because he was not available, Attorney Armstrong left a message on Attorney Cooney's voice mail requesting a return call. (See attached Affidavit of F. Dean Armstong.)

2.      As a result of Attorney Cooney's unavailability, Attorney Armstrong realized he would not be able to confer with all defense counsel prior to the time that Plaintiffs needed to file the Motion.

3.      Plaintiffs' motion contains a Certificate of Conference which states as follows:

> I certify that on August 31, 2004 I attempted to confer with the defense counsel in the above case, but was not able to do so prior to the time that Plaintiffs needed to file this Motion. Accordingly, this Motion is submitted to the Court for resolution.

4.      Attorney Cooney is co-counsel with Attorney Barbara Cox for Defendant Thompson and Peck.  Had Attorney Cox simply conferred with her co-counsel, she would have known that Plaintiffs' co-counsel statement as contained in the "Certificate of Conference" of the Motion is correct and accurate.

PLAINTIFFS,
THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.


By:_____
          Edward C. Taiman, Jr.
          Sabia & Hartley, LLC
          190 Trumbull Street, Suite 202
          Hartford, CT 06103
          (860) 541-2077
          Fed. Bar No. ct01319

          F. Dean Armstrong, Esq.
          1324 Dartmouth Road
          Flossmoor Road, IL 60422
          Fed. Bar No. CT22417

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 2nd day of September, 2004, to the following:

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson
& Peck, Inc.)

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th floor
New Haven, CT 06510
(counsel for Charles A. Flanagan)

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and
Fasano & Ippolito, LLC)

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405

By:_____
      Edward C. Taiman, Jr.
      Sabia & Hartley, LLC
      190 Trumbull Street, Suite 202
      Hartford, CT 06103
      (860) 541-2077
      Fed. Bar No. ct01319

E:\WPDOCS\CADLE\Flanagan\RICO\ResPrymasT&P.wpd