## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|    Defendants. | : | SEPTEMBER 2, 2004 |

### AFFIDAVIT OF F. DEAN ARMSTRONG IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS STANLEY F. PRYMAS AND THOMPSON & PECK'S RESPONSE TO PLAINTIFFS' FINAL MOTION FOR EXTENSION

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am co-counsel to the Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, in connection with the above referenced matter and as such I am familiar with the facts and circumstances described herein and with Defendants Stanley F. Prymas and Thompson & Peck's Response to Plaintiffs' Final Motion for Extension.

3. On August 31, 2004 at 2:45 p.m., I did telephone Attorney Bradley K. Cooney and attempted to speak to him concerning Plaintiffs request for a three day extension of time. Because he was unavailable, I left a message on Attorney Cooney's voice mail. Attorney Cooney did not return my call.

4. As such, I realized I would not be able to confer with all defense counsel prior to the time that I needed to file the motion for extension.

     5.     Attorney Bradley Cooney and Attorney Barbara L. Cox are co-counsel to the Defendant, Thompson & Peck, Inc.

     6.     The statement entitled "Certificate of Conference" in Plaintiffs' Final Motion For Extension To File Responses And To Establish Uniform Response is therefore correct and accurate.

     7.     I hereby swear that the foregoing is true and correct.

Dated: _____                        _____
                                                     F. Dean Armstrong

Subscribed and sworn to before me this 2nd day of September, 2004

                                                _____

                                                Notary Public
                                                My Commission Expires: