### 1UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 (AVC) |
|     Plaintiff : | |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | SEPTEMBER 3, 2004 |
|     Defendants : | |

### DEFENDANTS STANLEY F. PRYMAS AND THOMPSON & PECK'S FURTHER RESPONSE TO PLAINTIFFS' REPLY REGARDING FINAL MOTION FOR EXTENSION

Plaintiffs' counsel's affidavit to this Court dated September 2, 2004 does not rectify his inaccurate and misleading statement to this Court in his Certificate of Conference, part of plaintiffs' motion for final extension. Counsel's attempt to contact *one lawyer* for one of the many defendants in this case does not support his assertion that he "attempted to confer with *the* defense counsel in the above case." Attorney Armstrong's statement was plainly intended to mislead this Court into believing that Attorney Armstrong had contacted counsel for each of the defendants, when, in fact, he attempted to contact an attorney for only one of the defendants. Attorney Armstrong's lack of candor toward this tribunal is troubling, in light of his obligations under Connecticut Professional Conduct Rule 3.3.

Moreover, it appears that Attorney Armstrong did not personally sign plaintiffs' final motion for extension himself, a violation of Fed. R. Civ. P. 11(a). Attorney Armstrong's "signature" is followed by "(ECT)," suggesting that local counsel, Edward C. Taiman, signed Attorney Armstrong's name to the motion and certification. This is

clearly not Attorney Armstrong's signature, required by Rule 11(a) and Local Rule 10(a) (requiring the name of the counsel who executed the document to appear directly beneath the signature).

Attorney Armstrong's status as a visiting lawyer does not justify his or his sponsoring attorney's apparent disregard of the rules of this Court.

*Respectfully submitted,*

DEFENDANTS, STANLEY F. PRYMAS and
THOMPSON & PECK, INC.


BY: _____
Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard, P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

### *CERTIFICATION OF SERVICE*

This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill.  60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
230 Millbrook Road
North Haven, CT 06473

_____
BARBARA L. COX