UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|    Defendants. | : | SEPTEMBER 7, 2004 |

**PLAINTIFFS' MOTION OUT OF TIME SEEKING ONE DAY EXTENSION OF TIME TO FILE (1) PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; (2) PLAINTIFFS' LOCAL RULE 56 (a) (2) STATEMENTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND (3) PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' LOCAL RULE 56 (a)(1) STATEMENT OF UNDISPUTED FACTS**

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership (collectively "Plaintiffs") hereby move, out of time, seeking a one day extension of time until September 7, 2004, within which to file (1) Plaintiffs' Consolidated Response To Defendants' Motions For Summary Judgment; (2) Plaintiffs' Local Rule 56 (a)(2) Statements In Opposition To Defendants' Motions for Summary Judgment; and (3) Plaintiffs' Response to Defendants' Joint Motion To Strike Plaintiffs' Local Rule 56 (a)(1) Statement of Undisputed Facts (collectively "Plaintiffs' Responses"). In support thereof, Plaintiffs state as follows:

1. Plaintiffs' previously requested permission from this Court seeking a final three day extension of time until Friday, September 3, 2004, within which to file Plaintiffs' Responses. That motion was granted by the Court on September 1, 2004.

2. On September 3, 2004, Plaintiffs' lead counsel, F. Dean Armstrong, emailed items (1) and (2) of Plaintiffs' Responses to its local counsel, Edward C. Taiman, Jr., with instructions to download Plaintiffs' Responses, print and file them with the Court. When Attorney Taiman attempted to print Plaintiffs' Responses, the printer jammed and Attorney Taiman was unable to fix the printer. Unfortunately, the law firm of Sabia & Hartley, LLC, previously let all of its staff go home early (3:00 p.m.) for the long weekend as a friendly gesture to its employees. As a consequence, Plaintiffs were unable to file these documents with the court on September 3, 2004.

3. Items (1) and (2) of Plaintiffs' Responses were, however, faxed to counsel for Defendants on September 3, 2004, but item (3) was not faxed or mailed on that date because of problems with the copier/fax machine at Plaintiffs' lead counsel's office.

4. This is to certify that on September 7, 2004, the undersigned spoke to Attorneys David Hill and James Lenes, who consented to the granting of this Motion. The undersigned also spoke to Attorney Barbara Cox, who, indicated she is opposed the relief sought herein. The undersigned also left a message with Attorney Mary Anne Charron, and has not yet heard back from her concerning the instant request.

Wherefore, Plaintiffs' request relief in accordance with the foregoing.

                                               THE CADLE COMPANY AND
                                               D.A.N. JOINT VENTURE, L.P.

By:_____
        Edward C. Taiman, Jr.
        Sabia & Hartley, LLC
        190 Trumbull Street, Suite 202
        Hartford, CT 06103
        (860) 541-2077
        Fed. Bar No. ct01319

        and

        F. Dean Armstrong, Esq.
        1324 Dartmouth Road
        Flossmoor, IL 60422
        Federal Bar No. ct22417

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 7th day of September, 2004, to the following:

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson & Peck, Inc.)

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th floor
New Haven, CT 06510
(counsel for Charles A. Flanagan)

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and Fasano & Ippolito, LLC)

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405

      By:_____
      Edward C. Taiman, Jr.
      Sabia & Hartley, LLC
      190 Trumbull Street, Suite 202
      Hartford, CT 06103
      (860) 541-2077
      Fed. Bar No. ct01319

E:\WPDOCS\CADLE\Flanagan\RICO\MtOutTime.wpd