UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|    Defendants. | : | SEPTEMBER 7, 2004 |

**AFFIDAVIT OF EDWARD C. TAIMAN, JR. IN SUPPORT OF MOTION OUT OF TIME SEEKING ONE DAY EXTENSION OF TIME TO FILE (1) PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; (2) PLAINTIFFS' LOCAL RULE 56 (a) (2) STATEMENTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND (3) PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' LOCAL RULE 56 (a)(1) STATEMENT OF UNDISPUTED FACTS**

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am local counsel to the Plaintiffs herein.

3. On September 3, 2004, I was awaiting receipt of (1) Plaintiffs' Consolidated Response To Defendants' Motions for Summary Judgment; (2) Plaintiffs' Local Rule 56 (a)(2) Statements In Opposition To Defendants' Motions for Summary Judgment; and (3) Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56 (a)(2) Statement of Undisputed Facts (collectively "Plaintiffs' Responses") from Attorney F. Dean Armstrong, lead counsel to Plaintiffs herein.

4. Earlier in the day, the staff at Sabia & Hartley, LLC was informed that they could leave at 3:00 p.m. for the long holiday weekend.

5. As of 3:30 p.m., I was the only person working at the law firm of Sabia & Hartley, LLC. Items (1) and (2) of Plaintiffs' Responses were then sent to me by email from lead counsel, F. Dean Armstrong. Upon receipt I attempted to print them off for my signature and filing whereupon our printer jammed. I attempted to fix the printer but was unable to do so and therefore could not print off and file Plaintiffs' Responses.

6. I thereafter conferred with Attorney F. Dean Armstrong and it was agreed that he would attempt to fax Plaintiffs' Responses to all counsel of record, as well as mail a copy to the Court with a postmark of September 3, 2004.

7. It is my understanding from Attorney Armstrong that items (1) and (2) of Plaintiffs' Responses were faxed to all counsel for the Defendants on September 3, 2004, but that problems with the copier/fax machine at Mr. Armstrong's office precluded him from mailing and faxing a copy of item (3) to Defense Counsel on that date.

7. Further, the Affiant sayeth not.

Dated: _____          _____
                                            Edward C. Taiman, Jr.

Subscribed and sworn to before me this 7th day of September, 2004

_____
Tina M. Del Greco
Notary Public
My Commission Expires: 9/30/08

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 7th day of September, 2004, to the following:

| | |
|---|---|
| William F Gallagher, Esq. | Mary Anne A. Charron, Esq. |
| Barbara L. Cox, Esq. | Gerald R. Swirsky, Esq. |
| Gallagher & Calistro | Peter C. Schwartz, Esq. |
| 1377 Ella Grasso Boulevard | R. Bradley Wolfe, Esq. |
| P.O. Box 1925 | Gordon, Muir and Foley, LLP |
| New Haven, CT 06509 | Hartford Square North |
| (counsel for Stanley Prymas and Thompson & Peck, Inc.) | Ten Columbus Boulevard |
| | Hartford, CT 06106-5123 |
| | (counsel for Todd Bainer) |
| Douglas S. Skalka, Esq. | |
| James A. Lenes, Esq. | Bradley K. Cooney, Esq. |
| Neubert, Pepe & Monteith, P.C. | Bradley K. Cooney, P.C. |
| 195 Church Street, 13th floor | 69 Island Avenue |
| New Haven, CT 06510 | Madison, CT 06443 |
| (counsel for Charles A. Flanagan) | (counsel for Thompson & Peck, Inc.) |
| David G. Hill, Esq. | Todd R. Bainer |
| June Sullivan, Esq. | 71 Cedar Street |
| Halloran & Sage LLP | P.O. Box 1092 |
| One Goodwin Square | Branford, CT 06405 |
| 225 Asylum Street | |
| Hartford, CT 06443 | |
| (counsel for Leonard A. Fasano and Fasano & Ippolito, LLC) | |

By:_____
    Edward C. Taiman, Jr.
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    (860) 541-2077
    Fed. Bar No. ct01319