**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **THE CADLE COMPANY, ET AL** | : | **CIVIL ACTION NO.** |
| **Plaintiffs,** | : | **3:01CV531(AVC)** |
| | : | |
| **vs.** | : | |
| | : | |
| **CHARLES A . FLANAGAN, ET AL** | : | |
| **Defendants.** | : | **SEPTEMBER 7, 2004** |

**NOTICE OF MANUAL FILING**

_____Please take notice that the Plaintiffs, The Cadle Company and D.A.N. Joint Venture, L.P. has manually filed the following documents:

1. Plaintiffs' Appendix of Documents in Opposition to Defendants' Motions for Summary Judgment, Vol. I (Px A(1)-56) and Vol. II (Px 57-174).

These documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.

By:_____
    Edward C. Taiman, Jr.
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    (860) 541-2077
    Fed. Bar No. ct01319

    and

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, IL 60422
Federal Bar No. ct22417

E:\WPDOCS\CADLE\Flanagan\RICO\NtManualFiling9.7.04.wpd