

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | :<br>:<br>: | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| vs. | :<br>: | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | :<br>: | SEPTEMBER 7, 2004 |

**PLAINTIFFS' MOTION OUT OF TIME SEEKING ONE DAY EXTENSION OF TIME TO FILE (1) PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; (2) PLAINTIFFS' LOCAL RULE 56 (a) (2) STATEMENTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND (3) PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' LOCAL RULE 56 (a)(1) STATEMENT OF UNDISPUTED FACTS**

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership (collectively "Plaintiffs") hereby move, out of time, seeking a one day extension of time until September 7, 2004, within which to file (1) Plaintiffs' Consolidated Response To Defendants' Motions For Summary Judgment; (2) Plaintiffs' Local Rule 56 (a)(2) Statements In Opposition To Defendants' Motions for Summary Judgment; and (3) Plaintiffs' Response to Defendants' Joint Motion To Strike Plaintiffs' Local Rule 56 (a)(1) Statement of Undisputed Facts (collectively "Plaintiffs' Responses"). In support thereof, Plaintiffs state as follows:

1. Plaintiffs' previously requested permission from this Court seeking a final three day extension of time until Friday, September 3, 2004, within which to file Plaintiffs' Responses. That motion was granted by the Court on September 1, 2004.

September 10, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

SABIA & HARTLEY, LLC   | 190 Trumbull Street   Suite 202   Hartford, CT 06103-2205