UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | SEPTEMBER 10, 2004 |
|    Defendants | : | |

DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC
MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS'
CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY
JUDGMENT; PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION
TO STRIKE PLAINTIFFS' LOCAL RULE 56(A)(1) STATEMENT; AND
PLAINTIFFS' LOCAL RULE 56(A)(2) STATEMENTS IN OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

      Defendants, Todd R. Bainer and Todd R. Bainer, LLC, respectfully move for an extension of time until October 4, 2004 to file their reply to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment, dated September 3, 2004; Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement, dated September 7, 2004; and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment, dated September 3, 2004.

The extension requested will not cause prejudice to any party or to the Court in this action.

This is the first motion by these moving defendants for an extension of time to file their reply to the Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment; Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement; and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment.

The undersigned has contacted Attorney Armstrong, plaintiffs' counsel, who has no objection to the granting of said motion. Additionally, Attorney Barbara Cox, attorney for Stanley F. Prymas and Thompson & Peck, Inc., and Attorney James Lenes, attorney for Charles A. Flanagan, do not object. These defendants attempted to contact counsel for Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, but as of the date of this filing, have not heard from counsel.

WHEREFORE, the moving defendants request that the time for filing their reply to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment; Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement; and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment be extended to October 4, 2004.

          DEFENDANTS: TODD R. BAINER and
          TODD R. BAINER, L.L.C.


      By_____
          R. BRADLEY WOLFE
          Federal Bar No. ct04332
          GERALD R. SWIRSKY
          Federal Bar No. ct05574
          MARY ANNE A. CHARRON
          Federal Bar No. ct02274
          Gordon, Muir and Foley, LLP
          Hartford, CT 06106-1976
          Telephone (860) 525-5361
          Facsimile (860) 525-4849

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on September 10, 2004:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\373492\1