

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | :    CIVIL ACTION NO.<br>:    3:01CV531(AVC) |
| VS. | : |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | :    SEPTEMBER 10, 2004 |

<u>DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC
MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS'
CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY
JUDGMENT; PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION
TO STRIKE PLAINTIFFS' LOCAL RULE 56(A)(1) STATEMENT; AND
PLAINTIFFS' LOCAL RULE 56(A)(2) STATEMENTS IN OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT</u>

Defendants, Todd R. Bainer and Todd R. Bainer, LLC, respectfully move for an extension of time until October 4, 2004 to file their reply to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment, dated September 3, 2004; Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement, dated September 7, 2004; and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment, dated September 3, 2004.

September 16, 2004.   GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361     Facsimile (860) 525-4849     Juris No. 24029