| | | |
|---|---|---|
| 04/29/2002 | 33 | OBJECTIONS by Leonard A. Fasano to [5-1] motion to Extend Time for 90 days to File Statement Under Standing Order in Civil Rico Cases by Paul M. Gaide (Candee, D.) (Entered: 04/29/2002) |
| 04/29/2002 | 34 | MOTION by Leonard A. Fasano for Security for Costs (Brief Due 5/20/02) (Candee, D.) (Entered: 04/29/2002) |
| 04/29/2002 | 35 | MEMORANDUM by Leonard A. Fasano in support of [34-1] motion for Security for Costs (Candee, D.) (Entered: 04/29/2002) |
| 04/30/2002 | 36 | ORDER, setting Dispositive Motions due by 7/3/02 See Order for Details (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 04/30/2002) |
| 04/30/2002 | 37 | APPEARANCE of Attorney for Paul M. Gaide -- Richard I. Scharlat (Candee, D.) (Entered: 04/30/2002) |
| 04/30/2002 | 38 | MEMORANDUM by Stanley F. Prymas, Thompson & Peck Inc, Flanagan/Prymas Ins in support of [21-1] motion for Security for Costs (Candee, D.) (Entered: 04/30/2002) |
| 04/30/2002 | | ENDORSEMENT denying as moot [17-1] motion to Vacate [6-1] order [5-1] motion to Extend Time for 90 days to File Statement Under Standing Order in Civil Rico Cases by Paul M. Gaide, denying as moot [17-2] motion for Reconsideration of [6-1] order dated 3/25/02 re: [5-1] motion to Extend Time for 90 days File Statement Under Standing Order in Civil Rico Cases (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 04/30/2002) |
| 04/30/2002 | | ENDORSEMENT denying as moot [18-1] motion to Vacate [6-1] order [5-1] motion to Extend Time for 90 days to File Statement Under Standing Order in Civil Rico Cases by Paul M. Gaide, denying as moot [18-2] motion for status Conference (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 04/30/2002) |
| 05/03/2002 | 39 | Waiver of Service of Summons as to Law Office Katz signed on 3/18/02 (Fazekas, J.) (Entered: 05/03/2002) |
| 05/03/2002 | 40 | Waiver of Service of Summons as to Barbara H. Katz (Fazekas, J.) (Entered: 05/03/2002) |
| 05/03/2002 | 41 | Waiver of Service of Summons as to Todd R. Bainer LLC signed on 4/15/02 (Fazekas, J.) (Entered: 05/03/2002) |
| 05/03/2002 | 42 | Waiver of Service of Summons as to Todd R. Bainer signed on 4/15/02 (Fazekas, J.) (Entered: 05/03/2002) |
| | | |

| | | |
|---|---|---|
| 05/03/2002 | 43 | Waiver of Service of Summons as to Gallagher & Calistro signed on 3/19/02 (Fazekas, J.) (Entered: 05/03/2002) |
| 05/03/2002 | 44 | Waiver of Service of Summons as to William F. Gallagher signed on 3/19/02 (Fazekas, J.) (Entered: 05/03/2002) |
| 05/03/2002 | 45 | Waiver of Service of Summons as to Lisa G. Flanagan signed on 4/19/02 (Fazekas, J.) (Entered: 05/03/2002) |
| 05/03/2002 | 46 | Waiver of Service of Summons as to Stanley F. Prymas signed on 4/16/02 (Fazekas, J.) (Entered: 05/03/2002) |
| 05/03/2002 | 47 | Waiver of Service of Summons as to Flanagan/Prymas Ins signed on 4/16/02 (Fazekas, J.) (Entered: 05/03/2002) |
| 05/03/2002 | 48 | Waiver of Service of Summons as to Thompson & Peck Inc signed on 4/16/02 (Fazekas, J.) (Entered: 05/03/2002) |
| 05/03/2002 | 49 | Waiver of Service of Summons as to Leonard A. Fasano signed on 3/15/02 (Fazekas, J.) (Entered: 05/03/2002) |
| 05/03/2002 | 51 | Waiver of Service of Summons as to Skelton & Skelton, Law Offices Skelton signed on 4/19/02 (Candee, D.) (Entered: 05/06/2002) |
| 05/06/2002 | 50 | Waiver of Service of Summons as to Robert G. Skelton, Lisa G. Flanagan signed on 3/19/02 (Candee, D.) (Entered: 05/06/2002) |
| 05/13/2002 | 52 | Notice to counsel regarding 26(f). Report of Conference due 5/28/02 ( signed by Clerk ) (Sbalbi, B.) (Entered: 05/13/2002) |
| 05/22/2002 | 53 | MOTION by Paul M. Gaide to Extend Time to 5/29/02 to file amended complaint Memo in support incorporated herein (Candee, D.) (Entered: 05/22/2002) |
| 05/22/2002 | | ENDORSEMENT granting [53-1] motion to Extend Time to 5/29/02 to file amended complaint ( signed by Judge Stefan R. Underhill ) (Falcone, K.) (Entered: 05/24/2002) |
| 05/22/2002 | 54 | ORDER granting in part, denying in part [34-1] motion for Security for Costs, [29-1] motion for Security for Costs, [27-1] motion for Security for Costs, [21-1] motion for Security for Costs, [20-1] motion for Security for Costs, [15-1] motion for Security for Costs; plaintiff shall post security for costs of $250.00 per group of defendants within 30 days ( signed by Judge Stefan R. Underhill ) 2 Pages (Bauer, J.) (Entered: 05/24/2002) |
| | | |

| | | |
|---|---|---|
| 05/24/2002 | 56 | MOTION by Paul M. Gaide to Extend Time for 30 days to file amended complaint (Cody, C.) (Entered: 05/28/2002) |
| 05/28/2002 | 55 | OBJECTIONS by Barbara H. Katz, Law Office Katz to [53-1] motion to Extend Time to 5/29/02 to file amended complaint by Paul M. Gaide (Cody, C.) (Entered: 05/28/2002) |
| 05/29/2002 | | ENDORSEMENT Denying [56-1] Motion to Extend Time for 30 days to file amended complaint; plaintiff shall file amended complaint by 6/3/02 (signed by Judge Stefan R. Underhill) (D'Andrea, S.) Modified on 05/30/2002 (Entered: 05/29/2002) |
| 05/29/2002 | 57 | OBJECTIONS by William F. Gallagher, Gallagher & Calistro to [56-1] Motion to Extend Time for 30 days to file amended complaint by Paul M. Gaide (D'Andrea, S.) (Entered: 05/29/2002) |
| 05/29/2002 | 58 | OBJECTIONS by Robert G. Skelton, Skelton & Skelton, Law Offices Skelton, Lisa G. Flanagan to [56-1] motion to Extend Time for 30 days to file amended complaint by Paul M. Gaide, [53-1] motion to Extend Time to 5/29/02 to file amended complaint by Paul M. Gaide (Cody, C.) (Entered: 05/31/2002) |
| 06/03/2002 | 60 | REPORT of Parties Planning Meeting (Fazekas, J.) (Entered: 06/04/2002) |
| 06/03/2002 | | Document #59 entered on docket in error (Candee, D.) (Entered: 06/05/2002) |
| 06/05/2002 | 61 | MOTION by Barbara H. Katz, Law Office Katz to Strike First Amended Complaint (Amended Complaint not filed) (Brief Due 6/26/02) (Candee, D.) (Entered: 06/05/2002) |
| 06/06/2002 | 62 | MOTION by Paul M. Gaide for Richard I. Scharlat to Withdraw as Attorney (Candee, D.) (Entered: 06/06/2002) |
| 06/10/2002 | 63 | RICO CASE STATEMENT by Paul M. Gaide (Candee, D.) (Entered: 06/11/2002) |
| 06/10/2002 | 64 | OBJECTIONS by Paul M. Gaide to [61-1] motion to Strike First Amended Complaint by Law Office Katz, Barbara H. Katz & MEMORANDUM of support incorporated herein (Candee, D.) (Entered: 06/11/2002) |
| 06/10/2002 | 65 | RESPONSE by Paul M. Gaide to [62-1] motion for Richard I. Scharlat to Withdraw as Attorney by Paul M. Gaide (Candee, D.) (Entered: 06/11/2002) |
| | | |

| | | |
|---|---|---|
| 06/10/2002 | 66 | MOTION by Paul M. Gaide for Leave to File Amended Complaint (Brief Due 7/1/02) (Candee, D.) (Entered: 06/12/2002) |
| 06/10/2002 | 67 | MOTION by Paul M. Gaide to Amend paragraph 7 of amended complaint & MEMORANDUM in support incorporated herein. (Amended Complaint not filed) (Brief Due 7/1/02) (Candee, D.) (Entered: 06/12/2002) |
| 06/11/2002 | 69 | MOTION by William F. Gallagher, Gallagher & Calistro to Dismiss Complaint & OBJECTION by William F. Gallagher, Gallagher & Calistro to Motion for Leave to File Amended Complaint (Brief Due 7/2/02) (Part 1 of 2) (Candee, D.) Modified on 06/12/2002 (Entered: 06/12/2002) |
| 06/11/2002 | 69 | OBJECTIONS by William F. Gallagher, Gallagher & Calistro to [66-1] motion for Leave to File Amended Complaint by Paul M. Gaide & Motion by William f. Gallagher, Gallagher & Calistro to Dismiss Complaint (Part 2 of 2) (Candee, D.) (Entered: 06/12/2002) |
| 06/11/2002 | 70 | MEMORANDUM by William F. Gallagher, Gallagher & Calistro in support of [69-1] objection, [69-1] motion to Dismiss Complaint (Candee, D.) (Entered: 06/12/2002) |
| 06/12/2002 | 68 | MOTION by Barbara H. Katz, Law Office Katz to Dismiss amended complaint (Brief Due 7/3/02) (Candee, D.) Modified on 06/12/2002 (Entered: 06/12/2002) |
| 06/14/2002 | | ENDORSEMENT denying as moot [61-1] motion to Strike First Amended Complaint (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 06/14/2002) |
| 06/14/2002 | | ENDORSEMENT granting [62-1] motion for Richard I. Scharlat to Withdraw as Attorney (Terminated attorney Richard I. Scharlat for Paul M. Gaide (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 06/14/2002) |
| 06/14/2002 | 71 | TRANSCRIPT for date of 4/30/02 (Court reporter: Susan E. Catucci) (Fazekas, J.) (Entered: 06/14/2002) |
| 06/17/2002 | 72 | OBJECTIONS by Paul M. Gaide to [69-1] motion to Dismiss Complaint by Gallagher & Calistro, William F. Gallagher (Memorandum in support incorporated herein) (Candee, D.) (Entered: 06/17/2002) |
| 06/17/2002 | 73 | MOTION by Stanley F. Prymas, Thompson & Peck Inc, Flanagan/Prymas Ins to Dismiss first amended complaint & OBJECTIONS by Stanley F. Prymas, Thompson & Peck Inc, |

| | | |
|---|---|---|
| | | Flanagan/Prymas Ins to [66-1] motion to file amended complaint by Paul M. Gaide (Brief Due 7/8/02) (Part 1 of 2) (Candee, D.) Modified on 06/17/2002 (Entered: 06/17/2002) |
| 06/17/2002 | 73 | MOTION by Stanley F. Prymas, Thompson & Peck Inc, Flanagan/Pyrmas Ins to Dismiss first amended complaint & OBJECTIONS by Stanley F. Prymas, Thompson & Peck Inc, Flanagan/Prymas Ins to [66-1] motion for Leave to File Amended Complaint by Paul M. Gaide (Part 2 of 2) (Candee, D.) Modified on 06/17/2002 (Entered: 06/17/2002) |
| 06/18/2002 | 74 | OBJECTIONS by Paul M. Gaide to [68-1] motion to Dismiss amended complaint by Law Office Katz, Barbara H. Katz (Cody, C.) (Entered: 06/19/2002) |
| 06/18/2002 | 75 | OBJECTIONS by Paul M. Gaide to [69-1] motion to Dismiss Complaint by Gallagher & Calistro, William F. Gallagher (Cody, C.) (Entered: 06/19/2002) |
| 06/19/2002 | 76 | Offer of Judgment by Paul M. Gaide filed under seal (Cody, C.) (Entered: 06/19/2002) |
| 06/19/2002 | 77 | MOTION by Robert G. Skelton, Skelton & Skelton, Law Offices Skelton to Adopt [69-1] objection by Gallagher & Calistro, William F. Gallagher, [69-1] motion to Dismiss Complaint by Gallagher & Calistro, William F. Gallagher (Cody, C.) (Entered: 06/19/2002) |
| 06/19/2002 | 78 | NOTICE of posting security by Paul M. Gaide (Cody, C.) (Entered: 06/19/2002) |
| 06/19/2002 | 79 | cash BOND in the amount of $ 1,500.00 Receipt # B004183 by Paul M. Gaide (Beverly, T.) (Entered: 06/19/2002) |
| 06/19/2002 | 81 | MOTION by Todd R. Bainer, Todd R. Bainer LLC to Adopt [69-1] motion to Dismiss Complaint by Gallagher & Calistro, William F. Gallagher, [69-1] objection by Gallagher & Calistro, William F. Gallagher, [70-1] support memorandum by Gallagher & Calistro, William F. Gallagher (Brief Due 7/10/02) (Candee, D.) (Entered: 06/21/2002) |
| 06/20/2002 | 80 | APPEARANCE of Attorney for Robert G. Skelton, Skelton & Skelton, Law Offices Skelton, Lisa G. Flanagan -- Robert G. Skelton (Fazekas, J.) (Entered: 06/21/2002) |
| 06/21/2002 | 82 | MOTION by Paul M. Gaide for Order confirming the appropriateness of pro se plaintiff's filings and to extend the scheduling order, (Brief Due 7/12/02 ) (Cody, C.) (Entered: 06/21/2002) |

| | | |
|---|---|---|
| 06/24/2002 | 83 | MOTION by Paul M. Gaide for Settlement & Status Conference (Brief Due 7/15/02) (D'Andrea, S.) (Entered: 06/24/2002) |
| 06/25/2002 | 84 | MOTION by William F. Gallagher, Gallagher & Calistro to Extend Time re briefing schedule (Fazekas, J.) (Entered: 06/25/2002) |
| 06/26/2002 | 85 | MOTION by Robert G. Skelton, Skelton & Skelton, Law Offices Skelton to Extend Time re: briefing schedule (Candee, D.) (Entered: 06/26/2002) |
| 06/26/2002 | 86 | OBJECTIONS by Todd R. Bainer, Todd R. Bainer LLC to [83-1] motion for Settlement & Status Conference by Paul M. Gaide (Candee, D.) (Entered: 06/26/2002) |
| 06/27/2002 | 87 | MOTION by William F. Gallagher, Gallagher & Calistro to Strike [63-1] rico response by Paul M. Gaide (Brief Due 7/18/02) (Candee, D.) (Entered: 06/27/2002) |
| 06/27/2002 | 88 | MEMORANDUM by William F. Gallagher, Gallagher & Calistro in support of [87-1] motion to Strike [63-1] rico response by Paul M. Gaide (Candee, D.) (Entered: 06/27/2002) |
| 06/27/2002 | 89 | APPEARANCE of Attorney for Thompson & Peck Inc, Flanagan/Prymas Ins -- Michael T. Ryan (Fazekas, J.) (Entered: 06/27/2002) |
| 06/28/2002 | 90 | ORDER denying as moot [84-1] motion to Extend Time re briefing schedule, denying as moot [83-1] motion for Settlement & Status Conference, denying as moot [82-1] motion for Order confirming the appropriateness of pro se plaintiff's filings and to extend the scheduling order, granting [77-1] motion to Adopt [69-1] objection by Gallagher & Calistro, William F. Gallagher, [69-1] motion to Dismiss Complaint by Gallagher Calistro, William F. Gallagher, granting [81-1] motion to Adopt [69-1] motion to Dismiss Complaint by Gallagher & Calistro, William F. Gallagher, [69-1] objection by Gallagher & Calistro, William F. Gallagher, [70-1] support memorandum by Gallagher & Calistro, William F. Gallagher, denying [73-1] motion to Dismiss first amended complaint, denying [68-1] motion to Dismiss amended complaint, denying [69-1] motion to Dismiss Complaint, denying as moot [67-1] motion to Amend paragraph 7 of amended complaint, denying as moot [66-1] motion for Leave to File Amended Complaint, resetting Discovery deadline to 9/30/02 (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 06/28/2002) |
| 06/28/2002 | | ENDORSEMENT denying [87-1] motion to Strike [63-1] rico response by Paul M. Gaide (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 06/28/2002) |

| | | |
|---|---|---|
| 06/28/2002 | 91 | REPLY by William F. Gallagher, Gallagher & Calistro to response to [69-1] motion to Dismiss Complaint by Gallagher & Calistro, William F. Gallagher (Candee, D.) (Entered: 07/01/2002) |
| 07/03/2002 | | ENDORSEMENT denying as moot [85-1] motion to Extend Time re: briefing schedule (signed by Judge Stefan R. Underhill ) (Candee, D.) (Entered: 07/03/2002) |
| 07/08/2002 | 92 | MOTION by Thompson & Peck Inc, Flanagan/Prymas Ins for Jeffrey F. Lahr to Withdraw as Attorney (Candee, D.) (Entered: 07/08/2002) |
| 07/09/2002 | | ENDORSEMENT granting [92-1] motion for Jeffrey F. Lahr to Withdraw as Attorney (Terminated attorney Jeffrey F. Lahr for Flanagan/Prymas Ins, Thompson & Peck Inc (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 07/09/2002) |
| 07/18/2002 | 93 | APPEARANCE of Attorney for Leonard A. Fasano, Robert G. Skelton, Skelton & Skelton, Law Offices Skelton, Lisa G. Flanagan -- Robert G. Skelton (D'Andrea, S.) (Entered: 07/18/2002) |
| 08/15/2002 | 94 | SUPPLEMENT TO RICO CASE STATEMENT by Paul M. Gaide (Candee, D.) (Entered: 08/15/2002) |
| 08/15/2002 | 95 | AMENDED COMPLAINT by Paul M. Gaide amending [1-1] complaint; jury demand (Candee, D.) (Entered: 08/15/2002) |
| 08/28/2002 | 96 | TRANSCRIPT for date of 6/27/02 (Court reporter: Susan E. Catucci) (Candee, D.) (Entered: 08/28/2002) |
| 09/25/2002 | 97 | MOTION by William F. Gallagher, Gallagher & Calistro to Extend Time to 10/31/02 to file Motion to Dismiss (Candee, D.) (Entered: 09/25/2002) |
| 09/26/2002 | 98 | MEMORANDUM by Paul M. Gaide in opposition to [97-1] motion to Extend Time to 10/31/02 to file Motion to Dismiss by Gallagher & Calistro, William F. Gallagher (Candee, D.) (Entered: 09/26/2002) |
| 09/27/2002 | 99 | APPEARANCE of Attorney for Leonard A. Fasano -- David G. Hill (D'Andrea, S.) (Entered: 09/27/2002) |
| 09/27/2002 | 100 | MOTION by Leonard A. Fasano to Extend Time to 10/31/02 to File Joint Motion to Dismiss (D'Andrea, S.) (Entered: 09/27/2002) |
| 09/30/2002 | | ENDORSEMENT Granting [97-1] Motion to Extend Time to 10/31/02 to file Motion to Dismiss, reset Dispositive Motions due by 10/31/02 (signed by Judge Stefan R. Underhill) (D'Andrea, S.) (Entered: 09/30/2002) |

| | | |
|---|---|---|
| 10/02/2002 | | ENDORSEMENT Granting [100-1] Motion to Extend Time to 10/31/02 to File Joint Motion to Dismiss (signed by Judge Stefan R. Underhill) (D'Andrea, S.) (Entered: 10/02/2002) |
| 10/31/2002 | 101 | MOTION by Barbara H. Katz, Law Office Katz to Dismiss 3rd Amended Complaint (Brief Due 11/21/02) (Candee, D.) (Entered: 10/31/2002) |
| 10/31/2002 | 102 | MEMORANDUM by Barbara H. Katz, Law Office Katz in support of [101-1] motion to Dismiss 3rd Amended Complaint (Candee, D.) (Entered: 10/31/2002) |
| 10/31/2002 | 103 | MOTION by Thompson & Peck Inc, Flanagan/Prymas Ins to Dismiss Amended Complaint (Brief Due 11/21/02) (Candee, D.) (Entered: 10/31/2002) |
| 10/31/2002 | 104 | MEMORANDUM by Thompson & Peck Inc, Flanagan/Prymas Ins in support of [103-1] motion to Dismiss Amended Complaint (Candee, D.) (Entered: 10/31/2002) |
| 10/31/2002 | 105 | MOTION by Stanley F. Prymas to Dismiss 3rd Amended Complaint (Brief Due 11/21/02) (Candee, D.) (Entered: 10/31/2002) |
| 10/31/2002 | 106 | MEMORANDUM by Stanley F. Prymas in support of [105-1] motion to Dismiss 3rd Amended Complaint (Candee, D.) (Entered: 10/31/2002) |
| 10/31/2002 | 107 | MOTION by Todd R. Bainer, Todd R. Bainer LLC to Dismiss 3rd Amended Complaint as to Todd R. Bainer, Todd R. Bainer LLC (Brief Due 11/21/02) (Candee, D.) (Entered: 10/31/2002) |
| 10/31/2002 | 108 | MEMORANDUM by Todd R. Bainer, Todd R. Bainer LLC in support of [107-1] motion to Dismiss 3rd Amended Complaint as to Todd R. Bainer, Todd R. Bainer LLC (Candee, D.) (Entered: 10/31/2002) |
| 10/31/2002 | 109 | MOTION by William F. Gallagher, Gallagher & Calistro to Dismiss case (Brief Due 11/21/02) (Candee, D.) (Entered: 11/01/2002) |
| 10/31/2002 | 110 | MEMORANDUM by William F. Gallagher, Gallagher & Calistro in support of [109-1] motion to Dismiss case (Candee, D.) (Entered: 11/01/2002) |
| 10/31/2002 | 111 | MOTION by Leonard A. Fasano to Dismiss case (Brief Due 11/21/02) (Candee, D.) (Entered: 11/01/2002) |
| 10/31/2002 | 112 | MEMORANDUM by Todd R. Bainer, Todd R. Bainer LLC, Leonard |

| | | |
|---|---|---|
| | | A. Fasano, Lisa G. Flanagan, Stanley F. Prymas, Thompson & Peck Inc, Flanagan/Prymas Ins, William F. Gallagher, Gallagher & Calistro, Barbara H. Katz, Law Office Katz in support of [107-1] motion to Dismiss 3rd Amended Complaint as to Todd R. Bainer, Todd R. Bainer LLC, [105-1] motion to Dismiss 3rd Amended Complaint, [111-1] motion to Dismiss case, [109-1] motion to Dismiss case, [103-1] motion to Dismiss Amended Complaint, [101-1] motion to Dismiss 3rd Amended Complaint (Candee, D.) (Entered: 11/01/2002) |
| 11/12/2002 | 113 | MOTION by Paul M. Gaide for Entry of Default as to Robert G. Skelton (Candee, D.) (Entered: 11/12/2002) |
| 11/12/2002 | 120 | MOTION by Paul M. Gaide for Entry of Default as to Lisa G. Flanagan (Candee, D.) (Entered: 11/21/2002) |
| 11/12/2002 | 121 | MOTION by Paul M. Gaide for Entry of Default as to Law Offices Skelton (Candee, D.) (Entered: 11/21/2002) |
| 11/12/2002 | 122 | MOTION by Paul M. Gaide for Entry of Default as to Skelton & Skelton (Candee, D.) (Entered: 11/21/2002) |
| 11/14/2002 | 114 | MOTION by Paul M. Gaide to Substitute Party Defendant (Candee, D.) (Entered: 11/15/2002) |
| 11/14/2002 | 115 | MEMORANDUM by Paul M. Gaide in support of [114-1] motion to Substitute Party Defendant (Candee, D.) (Entered: 11/15/2002) |
| 11/14/2002 | 116 | MOTION by Paul M. Gaide for Order re: Hearing (Brief Due 12/5/02) (Candee, D.) (Entered: 11/15/2002) |
| 11/18/2002 | 117 | APPEARANCE of Attorney for Robert G. Skelton, Skelton & Skelton, Law Offices Skelton -- Anthony Nuzzo Jr. (Candee, D.) (Entered: 11/18/2002) |
| 11/18/2002 | 118 | MOTION by Skelton & Skelton for James Joseph Skelton to Appear Pro Hac Vice (Candee, D.) (Entered: 11/19/2002) |
| 11/18/2002 | 119 | APPEARANCE of Attorney for Skelton & Skelton -- James J. Skelton (Candee, D.) (Entered: 11/19/2002) |
| 11/19/2002 | | ENDORSEMENT [118-1] motion for James Joseph Skelton to Appear Pro Hac Vice ordered accordingly (signed by Clerk) (Candee, D.) Modified on 11/19/2002 (Entered: 11/19/2002) |
| 11/20/2002 | 123 | APPEARANCE of Attorney for Robert G. Skelton, Law Offices Skelton -- Karen T. Gerber (Candee, D.) (Entered: 11/21/2002) |

| | | |
|---|---|---|
| 11/20/2002 | 124 | MOTION by Skelton & Skelton for Anthony Nuzzo, Jr. to Withdraw as Attorney (Candee, D.) (Entered: 11/21/2002) |
| 11/22/2002 | 125 | MOTION by Paul M. Gaide for Leave to File brief in excess of 40 pages (Candee, D.) (Entered: 11/25/2002) |
| 11/25/2002 | | ENDORSEMENT granting [124-1] motion for Anthony Nuzzo, Jr. to Withdraw as Attorney (Terminated attorney Anthony Nuzzo for Skelton & Skelton (signed by Judge Stefan R. Underhill ) (Candee, D.) (Entered: 11/25/2002) |
| 11/27/2002 | | ENDORSEMENT granting in part, denying in part [125-1] motion for Leave to File brief in excess of 40 pages (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 11/27/2002) |
| 12/02/2002 | 126 | APPEARANCE of Attorney for Skelton & Skelton -- James Joseph Skelton (Candee, D.) (Entered: 12/02/2002) |
| 12/09/2002 | 127 | MOTION by Robert G. Skelton, Law Offices Skelton to Extend Time to 1/15/03 to file responsive pleading & Motion to Dismiss (Corriette, M.) (Entered: 12/09/2002) |
| 12/09/2002 | 128 | MOTION by Skelton & Skelton to Join Motions to Dismiss Memorandum incorporated herein (Brief Due 12/30/02) (Candee, D.) (Entered: 12/09/2002) |
| 12/09/2002 | 129 | PRO SE Appearance by Lisa G. Flanagan (Candee, D.) (Entered: 12/09/2002) |
| 12/09/2002 | 130 | MOTION by Lisa G. Flanagan to Join Motions to Dismiss (Brief Due 12/30/02) (Candee, D.) Modified on 12/09/2002 (Entered: 12/09/2002) |
| 12/11/2002 | | ENDORSEMENT granting [127-1] motion to Extend Time to 1/15/03 to file responsive pleading (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 12/11/2002) |
| 12/16/2002 | 131 | Index to Plaintiff's Memorandum in Opposition to Defendants' Motions to Dismiss (Candee, D.) (Entered: 12/16/2002) |
| 12/16/2002 | 132 | MEMORANDUM by Paul M. Gaide in opposition to [107-1] motion to Dismiss 3rd Amended Complaint as to Todd R. Bainer, Todd R. Bainer LLC by Todd R. Bainer LLC, Todd R. Bainer, [105-1] motion to Dismiss 3rd Amended Complaint by Stanley F. Prymas, [111-1] motion to Dismiss case by Leonard A. Fasano, [109-1] motion to Dismiss case by Gallagher & Calistro, William F. Gallagher, [103-1] motion to Dismiss Amended Complaint by Flanagan/Prymas Ins, |

| | | |
|---|---|---|
| | | Thompson & Peck Inc, [101-1] motion to Dismiss 3rd Amended Complaint by Law Office Katz, Barbara H. Katz (Candee, D.) (Entered: 12/18/2002) |
| 12/19/2002 | 133 | MOTION by Paul M. Gaide to Change Venue (Brief Due 1/9/03 ) & MEMORANDUM IN SUPPORT incorporated herein (Candee, D.) (Entered: 12/20/2002) |
| 12/31/2002 | 134 | MOTION by Paul M. Gaide to Extend Time for 20 days to respond to Motion to Dismiss and Memorandum in support (Candee, D.) (Entered: 12/31/2002) |
| 01/02/2003 | 135 | MEMORANDUM by Barbara H. Katz, Law Office Katz in opposition to [133-1] motion to Change Venue by Paul M. Gaide (Warren, C.) (Entered: 01/02/2003) |
| 01/02/2003 | 136 | REPLY by Barbara H. Katz, Law Office Katz to response to [105-1] motion to Dismiss 3rd Amended Complaint by Stanley F. Prymas, [111-1] motion to Dismiss case by Leonard A. Fasano, [109-1] motion to Dismiss case by Gallagher & Calistro, William F. Gallagher, [103-1] motion to Dismiss Amended Complaint by Flanagan/Prymas Ins, Thompson & Peck Inc, [101-1] motion to Dismiss 3rd Amended Complaint by Law Office Katz, Barbara H. Katz (Warren, C.) (Entered: 01/02/2003) |
| 01/06/2003 | | ENDORSEMENT granting [134-1] motion to Extend Time for 20 days to respond to Motion to Dismiss and Memorandum in support (signed by Judge Stefan R. Underhill) (Candee, D.) (Entered: 01/06/2003) |
| 01/06/2003 | 138 | OBJECTIONS by Todd R. Bainer, Todd R. Bainer LLC to [133-1] motion to Change Venue by Paul M. Gaide (Candee, D.) (Entered: 01/07/2003) |
| 01/06/2003 | 141 | REPLY by William F. Gallagher, Gallagher & Calistro to response to [109-1] motion to Dismiss case by Gallagher & Calistro, William F. Gallagher (Candee, D.) (Entered: 01/07/2003) |
| 01/06/2003 | 142 | MOTION by William F. Gallagher, Gallagher & Calistro to Extend Time until 1/10/03 to file joint reply to opposition brief (Fazekas, J.) (Entered: 01/07/2003) |
| 01/07/2003 | 137 | MEMORANDUM by Thompson & Peck Inc, Flanagan/Prymas Ins in opposition to [133-1] motion to Change Venue by Paul M. Gaide (Candee, D.) (Entered: 01/07/2003) |
| 01/07/2003 | 139 | MOTION by Skelton & Skelton to Dismiss Complaint (Brief Due |

| | | |
|---|---|---|
| | | 1/28/03 ) (Candee, D.) (Entered: 01/07/2003) |
| 01/07/2003 | 140 | MEMORANDUM by Skelton & Skelton in opposition to [133-1] motion to Change Venue by Paul M. Gaide (Candee, D.) (Entered: 01/07/2003) |
| 01/08/2003 | | ENDORSEMENT granting [142-1] motion to Extend Time until 1/10/03 to file joint reply to opposition brief ( signed by Judge Stefan R. Underhill ) (Candee, D.) (Entered: 01/08/2003) |
| 01/08/2003 | 143 | MEMORANDUM by William F. Gallagher, Gallagher & Calistro in opposition to [133-1] motion to Change Venue by Paul M. Gaide (Candee, D.) (Entered: 01/09/2003) |
| 01/09/2003 | 144 | OBJECTIONS by Stanley F. Prymas to [133-1] motion to Change Venue by Paul M. Gaide (Candee, D.) (Entered: 01/09/2003) |
| 01/10/2003 | 145 | MOTION by Todd R. Bainer, Todd R. Bainer LLC, Leonard A. Fasano, Lisa G. Flanagan, Stanley F. Prymas, Thompson & Peck Inc, Flanagan/Prymas Ins, William F. Gallagher, Gallagher & Calistro, Barbara H. Katz, Law Office Katz for Leave to File Reply Brief one page overlength (Kolesnikoff, D.) (Entered: 01/13/2003) |
| 01/10/2003 | 146 | REPLY by Todd R. Bainer, Todd R. Bainer LLC to response to [107-1] motion to Dismiss 3rd Amended Complaint as to Todd R. Bainer, Todd R. Bainer LLC by Todd R. Bainer LLC, Todd R. Bainer (Kolesnikoff, D.) (Entered: 01/13/2003) |
| 01/10/2003 | | ENDORSEMENT granting [145-1] motion for Leave to File Reply Brief one page overlength ( signed by Judge Stefan R. Underhill ) (Candee, D.) (Entered: 01/16/2003) |
| 01/15/2003 | 147 | MOTION by Robert G. Skelton, Law Offices Skelton to Dismiss Third Amended Complaint (Brief Due 2/5/03) (D'Andrea, S.) (Entered: 01/15/2003) |
| 01/15/2003 | 148 | MEMORANDUM by Robert G. Skelton, Law Offices Skelton in Support of [147-1] Motion to Dismiss Third Amended Complaint (D'Andrea, S.) (Entered: 01/15/2003) |
| 01/16/2003 | 149 | REPLY by Todd R. Bainer, Todd R. Bainer LLC, Leonard A. Fasano, Robert G. Skelton, Skelton & Skelton, Law Offices Skelton, Lisa G. Flanagan, Stanley F. Prymas, Thompson & Peck Inc, Flanagan/Prymas Ins, William F. Gallagher, Gallagher & Calistro, Barbara H. Katz, Law Office Katz to response to [107-1] motion to Dismiss 3rd Amended Complaint as to Todd R. Bainer, Todd R. Bainer LLC by Todd R. Bainer LLC, Todd R. Bainer (Candee, D.) |

| | | |
|---|---|---|
| | | (Entered: 01/16/2003) |
| 01/21/2003 | 150 | MEMORANDUM by Paul M. Gaide in opposition to [139-1] motion to Dismiss Complaint by Skelton & Skelton (Kolesnikoff, D.) (Entered: 01/21/2003) |
| 02/05/2003 | 151 | REPLY by Skelton & Skelton to response to [147-1] motion to Dismiss Third Amended Complaint by Law Offices Skelton, Robert G. Skelton (Candee, D.) (Entered: 02/05/2003) |
| 02/05/2003 | 152 | MOTION by Robert G. Skelton, Skelton & Skelton to Extend Time to 3/12/03 to respond to Motion to Dismiss (Candee, D.) (Entered: 02/07/2003) |
| 02/10/2003 | | ENDORSEMENT granting [152-1] motion to Extend Time to 3/12/03 to respond to Motion to Dismiss, Brief Deadline set for 3/12/03 [147-1] motion to Dismiss Third Amended Complaint ( signed by Judge Stefan R. Underhill ) (Candee, D.) (Entered: 02/10/2003) |
| 03/12/2003 | 153 | MEMORANDUM by Paul M. Gaide in opposition to [147-1] motion to Dismiss Third Amended Complaint by Law Offices Skelton, Robert G. Skelton (Candee, D.) (Entered: 03/12/2003) |
| 03/25/2003 | 154 | REPLY by Robert G. Skelton, Skelton & Skelton, Law Offices Skelton to response to [147-1] motion to Dismiss Third Amended Complaint by Law Offices Skelton, Robert G. Skelton (Sanders, C.) (Entered: 03/25/2003) |
| 04/23/2003 | 155 | APPEARANCE of Attorney for Leonard A. Fasano -- June M. Sullivan (Simpson, T.) (Entered: 04/23/2003) |
| 04/28/2003 | 156 | Motion hearing held re: [147-1] motion to Dismiss Third Amended Complaint by Law Offices Skelton, Robert G. Skelton, [139-1] motion to Dismiss Complaint by Skelton & Skelton, [133-1] motion to Change Venue by Paul M. Gaide, [130-1] motion to Join Motions to Dismiss by Lisa G. Flanagan, [128-1] motion to Join Motions to Dismiss by Skelton & Skelton, [116-1] motion for Order re: Hearing by Paul M. Gaide, [114-1] motion to Substitute Party Defendant by Paul M. Gaide, [113-1] motion for Entry of Default as to Robert G. Skelton by Paul M. Gaide, [122-1] motion for Entry of Default as to Skelton & Skelton by Paul M. Gaide, [121-1] motion for Entry of Default as to Law Offices Skelton by Paul M. Gaide, [120-1] motion for Entry of Default as to Lisa G. Flanagan by Paul M. Gaide, [107-1] motion to Dismiss 3rd Amended Complaint as to Todd R. Bainer, Todd R. Bainer LLC by Todd R. Bainer LLC, Todd R. Bainer, [105-1] motion to Dismiss 3rd Amended Complaint by Stanley F. Prymas, [111-1] motion to Dismiss case by Leonard A. Fasano, [109-1] |

| | | |
|---|---|---|
| | | motion to Dismiss case by Gallagher & Calistro, William F. Gallagher, [103-1] motion to Dismiss Amended Complaint by Flanagan/Prymas Ins, Thompson & Peck Inc, [101-1] motion to Dismiss 3rd Amended Complaint by Law Office Katz, Barbara H. Katz ( SRU) (Sbalbi, B.) (Entered: 04/29/2003) |
| 04/28/2003 | | MINUTE Entry: granting [147-1] motion to Dismiss Third Amended Complaint, granting [139-1] motion to Dismiss Complaint, granting [107-1] motion to Dismiss 3rd Amended Complaint as to Todd R. Bainer, Todd R. Bainer LLC, granting [105-1] motion to Dismiss 3rd Amended Complaint, granting [111-1] motion to Dismiss case, granting [109-1] motion to Dismiss case, granting [103-1] motion to Dismiss Amended Complaint, granting [101-1] motion to Dismiss 3rd Amended Complaint ( SRU) (Sbalbi, B.) (Entered: 04/29/2003) |
| 04/28/2003 | | MINUTE Entry: denying [133-1] motion to Change Venue, granting [130-1] motion to Join Motions to Dismiss, granting [128-1] motion to Join Motions to Dismiss, denying [116-1] motion for Order re: Hearing, granting [114-1] motion to Substitute Party Defendant Terminated party Robert G. Skelton Added defendant James J. Skelton, denying [113-1] motion for Entry of Default as to Robert G. Skelton, denying [122-1] motion for Entry of Default as to Skelton & Skelton, denying [121-1] motion for Entry of Default as to Law Offices Skelton, denying [120-1] motion for Entry of Default as to Lisa G. Flanagan ( SRU) (Sbalbi, B.) (Entered: 04/29/2003) |
| 05/06/2003 | 157 | JUDGMENT for Todd R. Bainer, Todd R. Bainer LLC, Leonard A. Fasano, Skelton & Skelton, Law Offices Skelton, Lisa G. Flanagan, Stanley F. Prymas, Thompson & Peck Inc, Flanagan/Prymas Ins, William F. Gallagher, Gallagher & Calistro, Barbara H. Katz, Law Office Katz, James J. Skelton against Paul M. Gaide ( signed by Clerk ) (Candee, D.) (Entered: 05/06/2003) |
| 05/06/2003 | | Case closed (Candee, D.) (Entered: 05/06/2003) |
| 05/21/2003 | 158 | TRANSCRIPT for date of 4/28/03 (Court reporter: Susan E. Catucci) (Simpson, T.) (Entered: 05/21/2003) |
| 07/22/2003 | 159 | Letter MOTION by Paul M. Gaide for Release of Funds (Brief Due 8/12/03 ) (Gutierrez, Y.) (Entered: 07/22/2003) |
| 07/22/2003 | | ENDORSEMENT granting [159-1] motion for Release of Funds ( signed by Judge Stefan R. Underhill ) (Gutierrez, Y.) (Entered: 07/23/2003) |
| 07/30/2003 | 160 | Clerk's disbursement of funds in the amount of $ 1,500.00 to Paul M. Gaide, ESQ. pursuant to [0-0] order dated 07/22/03 (Carfora, C.) (Entered: 07/30/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/15/2004 11:28:56 | | | |
| **PACER Login:** | np0036 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:02-cv-00392-SRU |
| **Billable Pages:** | 11 | **Cost:** | 0.77 |

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, on September 15, 2004 to:

Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

F. Dean Armstrong
639 Perth Ave.
Flossmoor, IL 60422

David G. Hill
June Sullivan
Halloran & Sage
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103

Peter C. Schwartz, Mary Anne Charron
R. Bradley Wolfe, Gerald R. Swirsky
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Barbara L. Cox
William F. Gallagher
Gallagher & Calistro
1377 Boulevard, Po Box 1925
New Haven, CT 06509-1925

Todd R. Bainer
Cooney & Bainer, P.C.
71 Cedar St.
Branford, CT 06405

Bradley K. Cooney
69 Island Ave.
Madison, CT 06443

By: _____
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No. (203) 821-2000