### 1UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 |
|    Plaintiff : | (AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | September 15, 2004 |
|    Defendants : | |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR MOTION TO STRIKE

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully join in the request for extension filed by defendant Todd Bainer seeking additional time, until October 4, 2004, to reply to plaintiffs' responses to defendants' pending motions for summary judgment and to strike, for the reasons stated in those motions.

This is Prymas and Thompson & Peck's first motion seeking to extend the reply date to plaintiffs' responses.

WHEREFORE, the moving defendants request that the time for filing their reply to plaintiffs' responses to defendants' pending motions for summary judgment and to strike be extended to October 4, 2004.

1

                Respectfully submitted,

                DEFENDANTS, STANLEY F. PRYMAS and
                      THOMPSON & PECK, INC.


BY:       _____
            Barbara L. Cox
            Federal Bar #ct08523
            The Gallagher Law Firm
            1377 Boulevard
            P.O. Box 1925
            New Haven, CT  06509
            Tel:  203-624-4165
            Fax:  203-865-5598

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on the date above written to the following:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
Tel. 7-8/798-1599
Fax: 7-8/798-1597

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
230 Millbrook Road
North Haven, CT 06473

_____
BARBARA L. COX

3