1UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 |
|    Plaintiff : |    (AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | September 15, 2004 |
|    Defendants : | |

**STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S
MOTION FOR PERMISSION TO AMEND THEIR ANSWER**

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move, pursuant to Fed. R. Civ. P. 15(a), for permission to amend their answer to assert an affirmative defense inadvertently omitted from their original answer. In support of this motion, the undersigned represents:

    1.   Prymas and Thompson & Peck's answer was filed on or about September 27, 2002.

    2.   Subsequent to the filing of the answer, during discovery in this action, the undersigned determined that the facts developed in discovery disclosed an additional defense – that of reliance on the advice of counsel and an accountant -- should be asserted. However, in the press of discovery and compliance with deadlines in the scheduling order, the undersigned inadvertently failed to amend the answer to include the newly discovered defense.

1

3. The facts underlying Prymas and Thompson & Peck's reliance on the advice of their attorney and their accountant have been fully disclosed to the plaintiffs. Prymas and Thompson & Peck waived their attorney-client privilege with respect to the advice of counsel and permitted production of documents from the files of their attorney, defendant Todd Bainer with respect to this issue. See Bainer Reply to Plaintiffs' Motion to Compel, July 23, 2003 (docket # 139), p. 4-5. Moreover, at his deposition, defendant Stanley Prymas was questioned and fully testified about his reliance on the advice of Thompson & Peck's corporate attorney Todd Bainer and the accountant Andrew D'Agostino.

4. Prymas and Thompson & Peck also raised their reliance on the advice of counsel and the accountant in their motion for summary judgment, docket ##219, 220, 221.

5. The inadvertent omission of the defense of reliance on counsel/accountant did not come to the undersigned's attention until it was raised in Plaintiffs' Amended Consolidated Response to Defendants' Motion for Summary Judgment, dated September 9, 2004..

6. No party will be prejudiced by the inclusion of the inadvertently omitted defense of reliance on advice of counsel/accountant, because the all parties have been afforded full discovery on this issue.

7. The inclusion of Prymas and Thompson & Peck's defense of reliance on advice of counsel/accountant is necessary for the full and fair determination of the issues raised in this action.

WHEREFORE, defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully request permission to amend their answer to include the affirmative defense of reliance on advice of counsel and accountant.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and
THOMPSON & PECK, INC.

BY: _____
Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed on the date above written to the following:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
Tel.  7-8/798-1599
Fax:  7-8/798-1597

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
230 Millbrook Road
North Haven, CT 06473

_____
BARBARA L. COX

4