UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN**, et al. | § | September 16, 2004 |
| Defendants. | § | |

## NOTICE OF FILING

In an effort to resolve a dispute with Defense Attorney Barbara L. Cox, Esq., Plaintiffs submit herewith an original of the signature page (p. 82) for Plaintiffs' Amended Consolidated Response to Defendants' Motions for Summary Judgment which has been signed by the undersigned.

                                          Respectfully submitted,

                                          ARMSTRONG LAW FIRM

DATED: September 16, 2004.        By_____/s/_____
                                                        F. Dean Armstrong
                                                        Ct. Fed. Bar #CT22417
                                             1324 Dartmouth Road
                                             Flossmoor, IL 60422
                                             (708) 798-1599
                                             Fax (708) 798-1597

```
                                Edward C. Taiman, Esq.
                                SABIA & HARTLEY, LLC
                                190 Trumbull Street
                                Suite 202
                                Hartford, CT 06103-2205
                                (860) 541-2077
                                Fax (860) 713-8944

                                Attorneys for Plaintiffs
                                The Cadle Company and
                                D.A.N. Joint Venture,
                                A Limited Partnership
```

**Certificate of Service**

I certify that a correct copy of the foregoing instrument was faxed and mailed on September 16, 2004 to all defense counsel as shown on the attached Service List.


                        _____/s/_____
                        F. Dean Armstrong

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and | § | |
| **D.A.N. JOINT VENTURE,** | | |
| **A LIMITED PARTNERSHIP,** | § | |
| Plaintiffs, | § | |
| vs. | § | No. 3:01CV531(AVC) |
| **CHARLES A. FLANAGAN, et al.** | § | |
| Defendants. | § | |

### SERVICE LIST

Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509

**Attorneys for Defendant
Stanley Prymas**

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123


Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

**Attorneys for Defendant
Todd R. Bainer**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443

**Attorneys for Defendant
Thompson & Peck, Inc.**

David G. Hill, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**Attorneys for Defendants
Leonard A. Fasano and Fasano
& Ippolito**

James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510

**Attorneys for Defendant
Charles A. Flanagan**

Defendants and as detailed in the Second Amended Complaint and as unearthed during discovery, are tailor-made for prosecution under RICO.

Based on the foregoing, Plaintiffs respectfully request that the Court overrule Defendants' Motions for Summary Judgment and permit this important case to proceed to trial.

Respectfully submitted,

ARMSTRONG LAW FIRM

DATED: September __, 2004.     By_____
F. Dean Armstrong
Ct. Fed. Bar #CT22417
1324 Dartmouth Road
Flossmoor, IL 60422
(708) 798-1599
Fax (708) 799-1597

Edward C. Taiman, Esq.
SABIA & HARTLEY, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205
(860) 541-2077
Fax (860) 713-8944

Attorneys for Plaintiffs
The Cadle Company and
D.A.N. Joint Venture,
A Limited Partnership