UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY, ET AL** | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| **CHARLES A. FLANAGAN, ET AL** | : | |
| Defendants. | : | SEPTEMBER 17, 2004 |

## NOTICE OF MANUAL FILING

_____Please take notice that the Plaintiffs, The Cadle Company and D.A.N. Joint Venture, L.P. has manually filed the following documents:

1.  Exhibits A through E to Plaintiffs' Motion for In Camera Inspection and To Compel.

These documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.


By:_____
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. ct01319

and

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, IL 60422
Federal Bar No. ct22417

E:\WPDOCS\CADLE\Flanagan\RICO\NtManlFilingExA-E.wpd