UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | SEPTEMBER 20, 2004 |

**MOTION FOR ENLARGEMENT OF TIME OF THE FASANO DEFENDANTS TO FILE REPLY TO PLAINTIFF'S RESPONSES TO MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE A MOTION TO STRIKE**

The defendants, Leonard A. Fasano and Fasano & Ippolito n/k/a Fasano, Ippolito & Lee, LLC, respectfully join in the request for extension of time filed by other defendants, which motions seek additional time, up to and including October 4, 2004, to reply to plaintiffs' responses to defendants' motions for summary judgment, and/or to file motions to strike portions of the plaintiff's filings.

In support of the present motion, the moving defendants submit that the additional time will not cause any undue hardship or prejudice to the plaintiffs. This case is not yet assigned for trial, though it has previously been assigned for trial. In addition, the current request is the first such request for additional time by the Fasano defendants.

WHEREFORE, the moving defendants hereby request additional time for filing the reply to plaintiffs' responses to defendants' pending motions for summary judgment, and/or to file a motion to strike certain portions of the plaintiffs' filings.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

       Respectfully submitted,
       DEFENDANTS,
       LEONARD A. FASANO and FASANO,
        IPPOLITO & LEE, LLC


By_____
  David G. Hill
  June M. Sullivan
  HALLORAN & SAGE  LLP
  Fed. Bar # ct13435 & #ct24462
  One Goodwin Square
  225 Asylum Street
  Hartford, CT  06103
  (860) 522-6103

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 20th day of September 2004, I hereby mailed a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205
&

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
&
Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405
**For Defendant Todd R. Bainer**

US Trustee
U.S. Trustee Office
265 Church Street, Suite 1103
New Haven, CT 06510-7016

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT 06509-1925
**For Defendant Stanley Prymas
And Thompson & Peck, Inc.**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
**For Defendant Thompson & Peck, Inc.**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026
**For Defendant Charles A. Flanagan**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide &
Associates, LLC**

Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
**For** Defendant Karen T. Gerber, Esq.

_____
David G. Hill

595497_1.DOC

- 3 –



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105