FILED

2004 SEP 21 A 11:10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | SEPTEMBER 20, 2004 |

### MOTION FOR ENLARGEMENT OF TIME OF THE FASANO DEFENDANTS TO FILE REPLY TO PLAINTIFF'S RESPONSES TO MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE A MOTION TO STRIKE

The defendants, Leonard A. Fasano and Fasano & Ippolito n/k/a Fasano, Ippolito & Lee, LLC, respectfully join in the request for extension of time filed by other defendants, which motions seek additional time, up to and including October 4, 2004, to reply to plaintiffs' responses to defendants' motions for summary judgment, and/or to file motions to strike portions of the plaintiff's filings.

In support of the present motion, the moving defendants submit that the additional time will not cause any undue hardship or prejudice to the plaintiffs. This case is not yet assigned for trial, though it has previously been assigned for trial. In addition, the current request is the first such request for additional time by the Fasano defendants.

WHEREFORE, the moving defendants hereby request additional time for filing the reply to plaintiffs' responses to defendants' pending motions for summary judgment, and/or to file a motion to strike certain portions of the plaintiffs' filings.

September 24, 2004. - GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105