FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2001 SEP 20 A 11: 45

DISTRICT COURT
CT.

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | September 15, 2004 |

## STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR MOTION TO STRIKE

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully join in the request for extension filed by defendant Todd Bainer seeking additional time, until October 4, 2004, to reply to plaintiffs' responses to defendants' pending motions for summary judgment and to strike, for the reasons stated in those motions.

This is Prymas and Thompson & Peck's first motion seeking to extend the reply date to plaintiffs' responses.

WHEREFORE, the moving defendants request that the time for filing their reply to plaintiffs' responses to defendants' pending motions for summary judgment and to strike be extended to October 4, 2004.

September 24, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

2004 SEP 24 P 2: 38

1