UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY; | NO.: 3:01cv531(AVC) |
| D.A.N. JOINT VENTURE | |
|     plaintiffs | |
| | |
| v. | |
| | |
| CHARLES A. FLANAGAN; LISA G. FLANAGAN; | |
| MJCC CORP.; MJCC REALTY; SOCRATES T. BABACAS; | |
| LEONARD A. FASANO; FASANO & IPPOLITO; | |
| TODD R. BAINER; STANLEY F. PRYMAS; | |
| THOMPSON & PECK; JOSEPH CAPORALE | |
|     defendants. | SEPTEMBER 27, 2004 |

MOTION FOR EXTENSION OF TIME TO A FILE MEMORANDUM IN
OPPOSITION TO MOTION FOR IN CAMERA INSPECTION

Pursuant to Fed. R. Civ. P. 6 (b) and Local Rule 7 (b), the Movant, Nuzzo & Roberts, L.L.C., hereby moves for an extension of time until October 28, 2004 in which to file a Memorandum in Opposition to the Motion for in Camera Inspection and to Compel of the plaintiffs, the Cadle Company and D.A.N. Joint Venture.

The plaintiffs had filed a subpoena upon Nuzzo & Roberts, L.L.C., counsel to the Estate of Attorney Robert Skelton in a matter entitled <u>Gaide v. Skelton, et al.</u>, pending in the Judicial District of New Britain, Docket No. CV 03 0521353 S. The plaintiffs seek all documents in Attorney Robert Skelton's files relating to a number of defendants in this litigation, some of which Attorney Robert Skelton had previously represented in this litigation and other proceedings including MJCC Corporation; Angela Cimino Burr;

Charles Flanagan; Lisa Flanagan; Attorney Leonard Fasano and his firm; Socrates Babacus; and Joseph Carporale.

Pursuant to the Court's order on the Movant's Motion to Quash dated March 17, 2004, the Movant provided the plaintiffs with responsive documents and also filed a Revised Privilege Log dated August 13, 2004. The plaintiffs now seek to compel the Movant to turn over the documents referenced in the privilege log to the court. In their motion, the plaintiffs also argue that the documents are not protected.

The Movant has no objection to providing the court with the documents referenced in the privilege log. The Movant seeks an extension of time, however, in which to turnover the documents and to file a Memorandum in Opposition to the plaintiff's arguments regarding the applicability of the attorney/client and work product privileges to the documents. As Attorney Skelton is deceased, the Movant cannot communicate with its client regarding the applicability of the privileges to the documents. The Movant requires further time to communicate with the above-named defendants, particularly Charles Flanagan, Lisa Flanagan, Attorney Fasano and Attorney Bainer (who served as counsel to Charles Flanagan's business, Thompson & Peck, Inc.) regarding the documents.

The plaintiffs counsel, Attorney Taiman, was contacted and has no objection to the extension of time. This is the Movant's first Motion for Extension of Time directed to the plaintiff's Motion for In Camera Inspection and to Compel.

        THE MOVANT
        NUZZO & ROBERTS, L.L.C.


By_____
   Anthony Nuzzo, Jr.
   Federal Bar No: ct 05397
   NUZZO & ROBERTS, L.L.C.
   One Town Center
   P.O. Box 747
   Cheshire, Connecticut 06410
   (203) 250-2000
   anuzzo@nuzzo-roberts.com

      This is to certify that on September 27, 2004, a true copy of the foregoing Motion for Extension of Time was mailed via first class postage prepaid mail to:

Michael G. Albano, Esq.  
Sabia & Hartley  
190 Trumbull Street, Suite 202  
Hartford, CT  06103-2205

F. Dean Armstrong, Esq.  
Armstrong Law Firm  
1324 Dartmouth Road  
Floosmoor, IL  60422

Todd R. Bainer, Esq.  
Cooney & Bainer  
71 Cedar Street  
Branford, CT  06405

Mary Anne Charron, Esq.  
Gordon Muir & Foley  
Hartford Square North  
10 Columbus Boulevard  
Hartford, CT  06106-1976

Bradley K. Cooney, Esq.  
69 Island Avenue  
Madison, CT  06443

Barbara Cox, Esq.  
Gallagher & Calistro  
1377 Boulevard  
P.O. Box 1925  
New Haven, CT  06509-1925

Gerald R. Sqirsky, Esq.  
Gordon Muir & Foley  
Hartford Square North  
10 Columbus Boulevard  
Hartford, CT  06106-1976

William G. Gallagher, Esq.  
Gallagher & Calistro  
P.O. Box 1925  
New Haven, CT  06509

David G. Hill, Esq.  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT  06103

James A. Lenes, Esq.  
Neubert, Pepe & Monteith  
195 Church Street, 13th Floor  
New Haven, CT  06510-2026

Peter C. Schwartz, Esq.  
Gordon Muir & Foley  
Hartford Square North  
10 Columbus Boulevard  
Hartford, CT  06106-1976

Douglas. S. Skalka, Esq.  
Neubert, Pepe & Monteith  
195 Church Street, 13th Floor  
New Haven, CT  06510-2026

June M. Sullivan, Esq.  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT  06106

| | |
|---|---|
| Edward C. Taiman, Jr., Esq.<br>Sabia & Hartley<br>190 Trumbull Street, Suite 202<br>Hartford, CT  06103-2205 | R. Bradley Wolfe, Esq.<br>Gordon Muir & Foley<br>Hartford Square North<br>10 Columbus Boulevard<br>Hartford, CT  06106-1976 |
| US Trustee<br>US Trustee Office<br>265 Church Street, Suite 1103<br>New Haven, CT  06510-7016 | |

 

_____
Anthony Nuzzo, Jr.
Federal Bar No: ct 05397
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut  06410
(203) 250-2000

\\fp\nuzzo\WP\423002\086\Mot ext camera inspection.doc

- 5 -