UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | SEPTEMBER 29, 2004 |

### MOTION FOR ENLARGEMENT OF TIME OF THE FASANO DEFENDANTS TO FILE REPLY TO PLAINTIFFS'RESPONSES TO MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE A MOTION TO STRIKE

The defendants, Leonard A. Fasano and Fasano & Ippolito, n/k/a Fasano, Ippolito & Lee, LLC, respectfully request an extension of time until October 18, 2004, to file their reply to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment dated September 9, 2004, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement, dated September 7, 2004 and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment dated September 3, 2004.

In support of the present motion, the moving defendants submit that the additional time will not cause any undue hardship or prejudice to the plaintiffs, and the plaintiffs consent to this request for additional time. This case is not yet assigned for trial, although it has previously been assigned for trial. In addition, the current request is the second such request for additional time by the Fasano defendants.

WHEREFORE, the moving defendants hereby request additional time for filing their reply to Plaintiffs' Consolidated Responses to Defendants' Motions for Summary Judgment, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Rule 56(a)(1) Statement and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to

Defendants' Motions for Summary Judgment.

Respectfully submitted,
DEFENDANTS,
LEONARD A. FASANO and FASANO,
IPPOLITO & LEE, LLC


By_____
        June M. Sullivan
        HALLORAN & SAGE  LLP
        Fed. Bar #ct24462
        One Goodwin Square
        225 Asylum Street
        Hartford, CT  06103
        (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

<u>CERTIFICATION</u>

This is to certify that on this 29[h] day of September 2004, I hereby mailed a copy of the

foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
&

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
&
Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
**For Defendant Todd R. Bainer**

US Trustee
U.S. Trustee Office
265 Church Street, Suite 1103
New Haven, CT 06510-7016

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas**
**And Thompson & Peck, Inc.**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026
**For Defendant Charles A. Flanagan**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide &**
**Associates, LLC**

Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
**For Defendants Karen T. Gerber, Esq.**
**Nuzzo & Roberts, LLC, Movant**

_____
June M. Sullivan

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105