Case 3:01-cv-00531-AVC    Document 284    Filed 10/01/2004    Page 1 of 1



UNITED STATES DISTRICT COURT    FILED

DISTRICT OF CONNECTICUT    2004 SEP 28 A 10: 53

| | |
|---|---|
| THE CADLE COMPANY;<br>D.A.N. JOINT VENTURE<br>      plaintiffs | NO.: 3:01cv531(AVC) |



v.

CHARLES A. FLANAGAN; LISA G. FLANAGAN;
MJCC CORP.; MJCC REALTY; SOCRATES T. BABACAS;
LEONARD A. FASANO; FASANO & IPPOLITO;
TODD R. BAINER; STANLEY F. PRYMAS;
THOMPSON & PECK; JOSEPH CAPORALE
      defendants.                                    SEPTEMBER 27, 2004

### MOTION FOR EXTENSION OF TIME TO A FILE MEMORANDUM IN OPPOSITION TO MOTION FOR IN CAMERA INSPECTION

Pursuant to Fed. R. Civ. P. 6 (b) and Local Rule 7 (b), the Movant, Nuzzo & Roberts, L.L.C., hereby moves for an extension of time until October 28, 2004 in which to file a Memorandum in Opposition to the Motion for in Camera Inspection and to Compel of the plaintiffs, the Cadle Company and D.A.N. Joint Venture.

The plaintiffs had filed a subpoena upon Nuzzo & Roberts, L.L.C., counsel to the Estate of Attorney Robert Skelton in a matter entitled <u>Gaide v. Skelton, et al.</u>, pending in the Judicial District of New Britain, Docket No. CV 03 0521353 S. The plaintiffs seek all documents in Attorney Robert Skelton's files relating to a number of defendants in this litigation, some of which Attorney Robert Skelton had previously represented in this litigation and other proceedings including MJCC Corporation; Angela Cimino Burr;

*(Margin annotation: GRANTED. Alfred V. Covello, U.S.D.J. October 1, 2004. SO ORDERED.)*