

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiffs | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | SEPTEMBER 30, 2004 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' AMENDED CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' LOCAL RULE 56(A)(1) STATEMENT; AND PLAINTIFFS' LOCAL RULE 56(A)(2) STATEMENTS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Defendants, Todd R. Bainer and Todd R. Bainer, LLC, respectfully move for an extension of time until October 14, 2004 to file their reply to Plaintiffs' Amended Consolidated Response to Defendants' Motions for Summary Judgment, dated September 9, 2004; Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement, dated September 7, 2004; and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment, dated September 3, 2004.

The extension requested will not cause prejudice to any party or to the Court in this action.

October 4, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361       FACSIMILE (860) 525-4849       JURIS No. 24029