<u>**1UNITED STATES DISTRICT COURT**</u>

<u>**DISTRICT OF CONNECTICUT**</u>

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 |
|    Plaintiff : |   (AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | October 1, 2004 |
|    Defendants : | |

**STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S
MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF
<u>THEIR MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE</u>**

The defendants, Stanley F. Prymas and Thompson & Peck, Inc., respectfully request an extension of time until October 18, 2004, to file their replies to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment dated September 9, 2004, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement, dated September 7, 2004 and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment dated September 3, 2004.

In support of the present motion, the moving defendants submit that additional time is needed to address the complex legal and factual issues raised in the pending motions, and the requested extension will not cause any undue hardship or prejudice to the plaintiffs. This case is not presently assigned for trial, although it has previously been assigned for trial. The current request is the second such request for additional time by these defendants.

The undersigned has sought opposing counsel's consent, but as of the preparation of this motion, has been unable to learn of counsel's position.

1

However, the undersigned is informed that opposing counsel has consented to similar requests for extension by other defendants in this action. <u>See</u> Motions to Extend filed by defendants Todd Bainer and Leonard Fasano.

WHEREFORE, the moving defendants hereby request additional time for filing their reply to Plaintiffs' Consolidated Responses to Defendants' Motions for Summary Judgment, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment.

        Respectfully submitted,
        DEFENDANTS,
        Stanley F. Prymas and Thompson & Peck, Inc.,

BY:     _____
        Barbara L. Cox
        Federal Bar #ct08523
        The Gallagher Law Firm
        1377 Boulevard
        P.O. Box 1925
        New Haven, CT  06509
        Tel:  203-624-4165
        Fax:  203-865-5598

## CERTIFICATION OF SERVICE

       This is to certify that a copy of the foregoing was mailed on the date above written to the following counsel and pro se parties of record:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
Tel. 7-8/798-1599
Fax: 7-8/798-1597

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
230 Millbrook Road
North Haven, CT 06473

_____

BARBARA L. COX

3