UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|    Defendants. | : | OCTOBER 5, 2004 |

**PLAINTIFFS' MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR PERMISSION TO AMEND THEIR ANSWER**

      The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby request an extension to time until October 13, 2004, within which to respond to Stanley F. Prymas and Thompson & Peck, Inc.'s Motion For Permission To Amend Their Answer, dated September 15, 2004. The reason for the requested extension is that Plaintiffs' counsel, Attorney F. Dean Armstrong, has been extremely busy as of late with a very heavy work load and has thus far been unable to address the pending motion filed by said Defendants.

      This is to certify that October 4, 2004, Attorney F. Dean Armstrong did speak to Attorney Barbara Cox, counsel to the said Defendants, who agreed to the granting of the instant relief.

WHEREFORE, Plaintiffs request relief in accordance with the foregoing.

        THE CADLE COMPANY AND
        D.A.N. JOINT VENTURE, L.P.


By:_____
    Edward C. Taiman, Jr.
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    (860) 541-2077
    Fed. Bar No. ct01319

    and

    F. Dean Armstrong, Esq.
    1324 Dartmouth Road
    Flossmoor, IL 60422
    Federal Bar No. ct22417

## CERTIFICATION OF SERVICE

  I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 5th day of October, 2004, to the following:

| | |
|---|---|
| William F Gallagher, Esq.<br>Barbara L. Cox, Esq.<br>Gallagher & Calistro<br>1377 Ella Grasso Boulevard<br>P.O. Box 1925<br>New Haven, CT 06509<br>(counsel for Stanley Prymas and Thompson & Peck, Inc.) | Mary Anne A. Charron, Esq.<br>Gerald R. Swirsky, Esq.<br>R. Bradley Wolfe, Esq.<br>Gordon, Muir and Foley, LLP<br>Hartford Square North<br>Ten Columbus Boulevard<br>Hartford, CT 06106-5123<br>(counsel for Todd Bainer) |
| Douglas S. Skalka, Esq.<br>James A. Lenes, Esq.<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th floor<br>New Haven, CT 06510<br>(counsel for Charles A. Flanagan) | Bradley K. Cooney, Esq.<br>Bradley K. Cooney, P.C.<br>69 Island Avenue<br>Madison, CT 06443<br>(counsel for Thompson & Peck, Inc.) |
| David G. Hill, Esq.<br>June Sullivan, Esq.<br>Halloran & Sage LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06443<br>(counsel for Leonard A. Fasano and Fasano & Ippolito, LLC) | Todd R. Bainer<br>71 Cedar Street<br>P.O. Box 1092<br>Branford, CT 06405<br><br>Karen T. Gerber, Esq.<br>Nuzzo & Roberts LLC<br>One Town Center<br>P.O. Box 747<br>Cheshire, CT 06410-0747 |

            By:_____
               Edward C. Taiman, Jr.
               Sabia & Hartley, LLC
               190 Trumbull Street, Suite 202
               Hartford, CT 06103
               (860) 541-2077
               Fed. Bar No. ct01319