

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | October 1, 2004 |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE

The defendants, Stanley F. Prymas and Thompson & Peck, Inc., respectfully request an extension of time until October 18, 2004, to file their replies to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment dated September 9, 2004, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement, dated September 7, 2004 and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment dated September 3, 2004.

In support of the present motion, the moving defendants submit that additional time is needed to address the complex legal and factual issues raised in the pending motions, and the requested extension will not cause any undue hardship or prejudice to the plaintiffs. This case is not presently assigned for trial, although it has previously been assigned for trial. The current request is the second such request for additional time by these defendants.

The undersigned has sought opposing counsel's consent, but as of the preparation of this motion, has been unable to learn of counsel's position.

1

*October 6, 2004. GRANTED.*
*SO ORDERED.*
*Alfred V. Covello, U.S.D.J.*