

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|     Defendants. | : | OCTOBER 5, 2004 |

### PLAINTIFFS' MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR PERMISSION TO AMEND THEIR ANSWER

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby request an extension to time until October 13, 2004, within which to respond to Stanley F. Prymas and Thompson & Peck, Inc.'s Motion For Permission To Amend Their Answer, dated September 15, 2004. The reason for the requested extension is that Plaintiffs' counsel, Attorney F. Dean Armstrong, has been extremely busy as of late with a very heavy work load and has thus far been unable to address the pending motion filed by said Defendants.

This is to certify that October 4, 2004, Attorney F. Dean Armstrong did speak to Attorney Barbara Cox, counsel to the said Defendants, who agreed to the granting of the instant relief.

October 6, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

SABIA & HARTLEY, LLC | 190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
ATTORNEYS AT LAW | tel 860.541.2077  fax 860.713.8944  www.sabiahart.com