UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | CIVIL ACTION NO. |
|    Plaintiffs : | 3:01CV531(AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | OCTOBER 14, 2004 |
|    Defendants : | |

DEFENDANT BAINER'S MOTION TO STRIKE
PLAINTIFFS' LOCAL RULE 56(a)(2) STATEMENT OF UNDISPUTED FACTS

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), respectfully move that the Court strike:

1. Plaintiffs' 56(a)(2) Statement in the entirety as Plaintiffs failed to include in the section entitled "Disputed Issues of Material Fact" "a list of each issue of material fact as to which it is contended there is a genuine issue to be tried in compliance with Federal District Court of Connecticut Local Rule 56 ("Local Rule")".  Moreover, the Plaintiffs have not listed any issues of material fact as to Bainer.

2. Alternatively, Paragraphs 3-7, 9-16, 18-21, 23-35, 37-46, 51; 52; 54 and 58 (collectively, the "Paragraphs to be Stricken") of Article I of Plaintiffs' Local Rule 56(a)(2) Statement of Undisputed Facts dated September 3, 2004 ("Plaintiffs' Statement") as Plaintiffs

failed to comply with the Local Rule. In the Paragraphs to be Stricken, plaintiffs have (i) taken the liberty of modifying Defendant Bainer's Local Rule 56(a)(1) Statement of Undisputed Fact and then admitting to its own modified versions of the Defendant Bainer's 56(a)(1) Statement, (ii) supplemented Bainer's statements with plaintiffs' own explanatory or argumentative verbiage; and/or (iii) cited additional exhibits/evidence. Plaintiffs' actions violate both the spirit and letter of the Local Rule and are more particularly described in Defendant Bainer's Memorandum in support of this Motion to Strike.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By_____
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on October 14, 2004:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\374547\1