UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A . FLANAGAN, ET AL | : | |
|     Defendants. | : | OCTOBER 13, 2004 |

### NOTICE OF MANUAL FILING

_____ Please take notice that the Plaintiffs have manually filed the following documents:

1. January 15, 2003 Deposition of Todd R. Bainer, Esq., pages 1-5, 82-89, and 194-197.

2. January 29, 2004 Deposition of Stanley Prymas, pages 1-5; and 158-161.

These documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

                              THE CADLE COMPANY AND
                              D.A.N. JOINT VENTURE, L.P.

                          By:_____
                              Edward C. Taiman, Jr.
                              Sabia & Hartley, LLC
                              190 Trumbull Street, Suite 202
                              Hartford, CT 06103
                              (860) 541-2077
                              Fed. Bar No. ct01319

                              and

                              F. Dean Armstrong, Esq.
                              1324 Dartmouth Road
                              Flossmoor, IL 60422
                              Federal Bar No. ct22417

E:\WPDOCS\CADLE\Flanagan\RICO\NtManualFiling10.13.04.wpd