# 1UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
|    Plaintiff | : |  (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | October 15, 2004 |
|    Defendants | : | |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE

The defendants, Stanley F. Prymas and Thompson & Peck, Inc., respectfully request an extension of time until October 25, 2004, to file their responses to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment dated September 9, 2004, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement, dated September 7, 2004 and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment dated September 3, 2004.

In support of the present motion, the moving defendants submit that additional time is needed to address the complex legal and factual issues raised in the pending motions, and the requested extension will not cause any undue hardship or prejudice to the plaintiffs. This case is not presently assigned for trial, although it has previously been assigned for trial. The current request is the third such request for additional time by these defendants.

1

The undersigned has sought opposing counsel's consent, but as of the preparation of this motion, has been unable to learn of counsel's position. However, the undersigned is informed that opposing counsel has consented to similar requests for extension by other defendants in this action. <u>See</u> Fasano defendants' motion to extension, dated October 15, 2004.

WHEREFORE, the moving defendants hereby request additional time for filing their responses to Plaintiffs' Consolidated Responses to Defendants' Motions for Summary Judgment, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment.

        Respectfully submitted,
        DEFENDANTS,
        Stanley F. Prymas and Thompson & Peck, Inc.,

BY:    _____
        BARBARA L. COX
        Federal Bar #ct08523
        The Gallagher Law Firm
        1377 Boulevard
        P.O. Box 1925
        New Haven, CT  06509
        Tel:  203-624-4165
        Fax:  203-865-5598

## *CERTIFICATION OF SERVICE*

This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
230 Millbrook Road
North Haven, CT 06473

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
BARBARA L. COX

3