UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | OCTOBER 15, 2004 |

**MOTION FOR ENLARGEMENT OF TIME OF THE FASANO DEFENDANTS TO FILE REPLY TO PLAINTIFFS' RESPONSES TO MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE A MOTION TO STRIKE**

The defendants, Leonard A. Fasano and Fasano & Ippolito, n/k/a Fasano, Ippolito & Lee, LLC, respectfully request an extension of time until October 25, 2004, to file their reply to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment dated September 9, 2004, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement, dated September 7, 2004 and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment dated September 3, 2004.

In support of the present motion, the moving defendants submit that the additional time will not cause any undue hardship or prejudice to the plaintiffs, and the plaintiffs consent to this request for additional time. This case is not yet assigned for trial, although it has previously been assigned for trial. In addition, the current request is the third such request for additional time by the Fasano defendants.

WHEREFORE, the moving defendants hereby request additional time for filing their reply to Plaintiffs' Consolidated Responses to Defendants' Motions for Summary Judgment, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

Rule 56(a)(1) Statement and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment.

                Respectfully submitted,
                DEFENDANTS,
                LEONARD A. FASANO and FASANO,
                IPPOLITO & LEE, LLC

                By_____
                   June M. Sullivan
                   HALLORAN & SAGE LLP
                   Fed. Bar #ct24462
                   One Goodwin Square
                   225 Asylum Street
                   Hartford, CT 06103
                   (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

This is to certify that on this 15th day of October 2004, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Edward C. Taiman, Jr., Esq.<br>Michael G. Albano, Esq.,<br>Sabia & Hartley, LLC<br>190 Trumbull Street, Ste. 202<br>Hartford, CT  06103-2205<br>& | Barbara L. Cox, Esq.<br>William F. Gallagher, Esq.<br>Gallagher & Calistro<br>1377 Ella Grasso Boulevard<br>P. O. Box 1925<br>New Haven, CT  06509-1925<br>**For Defendant Stanley Prymas**<br>**And Thompson & Peck, Inc.** |
| F. Dean Armstrong, Esq.<br>Armstrong Law Firm<br>1324 Dartmouth Road<br>Flossmoor, IL  60422<br>**For Plaintiffs The Cadle Company &**<br>**D.A.N. Joint Venture, A Limited Partnership** | Bradley K. Cooney, Esq.<br>Bradley K. Cooney, P.C.<br>69 Island Avenue<br>Madison, CT  06443<br>**For Defendant Thompson & Peck, Inc.** |
| Mary Anne Charron, Esq.<br>R. Bradley Wolfe, Esq.<br>Gerald R. Swirsky, Esq.<br>Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-5123<br>&<br>Todd R. Bainer, Esq.<br>Todd R. Bainer, LLC<br>71 Cedar Street<br>Branford, CT  06405<br>**For Defendant Todd R. Bainer** | Douglas S. Skalka, Esq.<br>James A. Lenes, Esq.<br>Neubert, Pepe & Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT  06510-2026<br>**For Defendant Charles A. Flanagan**<br><br>Paul Morgan Gaide, Esq.<br>713 Lovely Street<br>Avon CT 06001<br>**For Defendant Paul M. Gaide & Gaide &**<br>**Associates, LLC** |
| US Trustee<br>U.S. Trustee Office<br>265 Church Street, Suite 1103<br>New Haven, CT  06510-7016 | Amber J. Branciforte, Esq.<br>Nuzzo & Roberts, LLC<br>One Town Center<br>P.O. Box 747<br>Cheshire, CT 06410<br>**For Defendants Karen T. Gerber, Esq.**<br>**Nuzzo & Roberts, LLC, Movant** |

_____
June M. Sullivan

599206_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105