

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531(AVC) |
| | : | |
| CHARLES A. FLANAGAN, ET AL. | : | OCTOBER 15, 2004 |

### MOTION FOR ENLARGEMENT OF TIME OF THE FASANO DEFENDANTS TO FILE REPLY TO PLAINTIFFS' RESPONSES TO MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE A MOTION TO STRIKE

The defendants, Leonard A. Fasano and Fasano & Ippolito, n/k/a Fasano, Ippolito & Lee, LLC, respectfully request an extension of time until October 25, 2004, to file their reply to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment dated September 9, 2004, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement, dated September 7, 2004 and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment dated September 3, 2004.

In support of the present motion, the moving defendants submit that the additional time will not cause any undue hardship or prejudice to the plaintiffs, and the plaintiffs consent to this request for additional time. This case is not yet assigned for trial, although it has previously been assigned for trial. In addition, the current request is the third such request for additional time by the Fasano defendants.

WHEREFORE, the moving defendants hereby request additional time for filing their reply to Plaintiffs' Consolidated Responses to Defendants' Motions for Summary Judgment, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local

GRANTED.
October 21, 2004.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

10361.0088
**HALLORAN**
**& SAGE LLP**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105