P 271

UNITE STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

THE CADLE COMPANY and
D.A.N. JOINT VENTURE,
A LIMITED PARTNERSHIP

Case No.: 3:01-cv-531 AVC

2004 SEP 17 A 11: 20

U.S. DISTRICT COURT
HARTFORD, CT.

v.

CHARLES A. FLANAGAN, ET AL.

## MOTION FOR PERMISSION
## TO FILE AMENDED LOCAL RULE 56(A)(1) STATEMENT AND
## TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF
## CHARLES A. FLANAGAN'S MOTION FOR SUMMARY JUDGMENT

In preparing the defendant Charles A. Flanagan's Reply Memorandum of Law in Support of Summary Judgment, it was discovered that the initial Local Rule 56(a)(1) Statement filed by Charles A. Flanagan ("Flanagan") omitted citations to affidavits of witnesses competent to testify at trial or other evidence that would be admissible at trial, as required by Local Rule 56(a)(3). As such, Flanagan requests permission to file an amended Local Rule 56(a)(1) Statement containing such citations. Additionally, Flanagan requests permission to submit additional evidence in support of summary judgment, the Docket Report of the action titled <u>Paul M. Gaide v. Todd R. Bainer, Todd R. Bainer, Attorney at Law, Todd R. Bainer, LLC, Leonard A. Fasano, Robert G. Skelton, Skelton & Skelton, LLC, Law Office of Robert G. Skelton, Lisa G. Flanagan, Stanley F. Prymas, Thompson & Peck, Inc., Flanagan/Prymas Insurance Group, Inc., William F. Gallagher, Gallagher & Callistro, Barbara H. Katz, and Law Office of Barbara H. Katz</u>, filed in the United States District Court for the District of Connecticut and which bore Civil Action Number 3:02-cv-00392-SRU (the "Docket Report"). The proposed Amended Local Rule 56(a)(1) Statement is attached hereto as Exhibit A. Attached hereto as Exhibit B is the

*[Left margin, handwritten:]* October 26, 2004. There being no objection, the motion is granted. SO ORDERED. Alfred V. Covello, U.S.D.J.