UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION |
| | : | NO: 3:01-CV-531 (AVC) |
| | : | |
| V. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL. | : | OCTOBER 26 , 2004 |

**STANLEY F. PRYMAS AND THOMPSON & PECK'S MOTION FOR PERMISSION TO FILE MOTION TO STRIKE AND SUPPORTING MEMORANDUM OF LAW, WITH EXHIBITS, ONE DAY LATE**

The defendants, Stanley F. Prymas, and Thompson & Peck, Inc., respectfully request permission to file their Motion to Strike plaintiffs' Local Rule 56(a)(2) Statement one day past the current deadline of October 25, 2004, for the following reasons:

1.   The undersigned counsel's office had insufficient clerical staff to prepare defendants' Motion in time for filing on October 25, 2004.

2.   In addition, as counsel was printing out the final version of the Memorandum of Law, she encountered technical difficulties with her computer, which prevented her from printing the document in time for filing.

WHEREFORE, the undersigned defendants request permission to file their Motion to Strike and supporting papers on October 26, 2004.

1

        Respectfully submitted,
        DEFENDANTS,
        STANLEY F. PRYMAS and
        THOMPSON & PECK, INC.


By   _____
        BARBARA L. COX
        Federal Bar #ct08523
        The Gallagher Law Firm
        1377 Boulevard
        P.O. Box 1925
        New Haven, CT  06509
        Tel:  203-624-4165
        Fax:  203-865-5598

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
230 Millbrook Road
North Haven, CT 06473

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
BARBARA L. COX

3