UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY;<br>D.A.N. JOINT VENTURE<br>      plaintiffs | NO.: 3:01cv531(AVC) |
| v. | |
| CHARLES A. FLANAGAN; LISA G. FLANAGAN;<br>MJCC CORP.; MJCC REALTY; SOCRATES T. BABACAS;<br>LEONARD A. FASANO; FASANO & IPPOLITO;<br>TODD R. BAINER; STANLEY F. PRYMAS;<br>THOMPSON & PECK; JOSEPH CAPORALE<br>      defendants | OCTOBER 26, 2004 |

SECOND MOTION FOR EXTENSION OF TIME
TO FILE A MEMORANDUM IN OPPOSITION TO
MOTION FOR IN CAMERA INSPECTION AND TO COMPEL

Pursuant to Fed. R. Civ. P. 6 (b) and Local Rule 7 (b), the Movant, Nuzzo & Roberts, L.L.C., hereby moves for a second extension of time until November 11, 2004 in which to file a Memorandum in Opposition to the Motion for in Camera Inspection and to Compel of the plaintiffs, the Cadle Company and D.A.N. Joint Venture.

The plaintiffs had filed a subpoena upon Nuzzo & Roberts, L.L.C., counsel to the Estate of Attorney Robert Skelton, in a matter entitled Gaide v. Skelton, et al., pending in the Judicial District of New Britain, Docket No. CV 03 0521353 S. The plaintiffs seek all documents in Attorney Robert Skelton's files relating to a number of defendants in this litigation, some of which Attorney Robert Skelton had previously represented in this litigation and in other proceedings including:

MJCC Corporation; Angela Cimino Burr; Charles Flanagan; Lisa Flanagan; Attorney Leonard Fasano and his firm; Socrates Babacus; and Joseph Carporale.

Pursuant to the Court's order on the Movant's Motion to Quash dated March 17, 2004, the Movant provided the plaintiffs with responsive documents and also filed a Revised Privilege Log dated August 13, 2004. The plaintiffs now seek to compel the Movant to turn over the documents referenced in the privilege log to the Court. In their motion, the plaintiffs also argue that the documents are not protected.

The Movant has no objection to providing the Court with the documents referenced in the privilege log. As Attorney Skelton is deceased, the Movant cannot communicate with its client regarding the applicability of privileges to the documents and requires additional time to address the plaintiffs' motion. The Movant has forwarded documentation referenced in the privilege log to the following parties and/or their counsel: Charles Flanagan, Lisa Flanagan, Attorney Fasano and Attorney Bainer (who served as counsel to Charles Flanagan's business, Thompson & Peck, Inc.) to determine which documents are privileged and on what basis and which documents can be disclosed. The Movant has further communicated with said parties and/or their counsel and has drafted affidavits to establish the privileged status of documents in the privilege log. Said parties will require further time, however, to review said affidavits and provide them to the Movant. The Movant also requires additional time to confer with

- 3 -

counsel to one of the parties set forth above who has been unavailable and to draft the Memorandum in Opposition based on the affidavits.

The plaintiffs' counsel, Attorney Taiman, was contacted and has no objection to this second Motion for Extension of Time.  This is the Movant's second Motion for Extension of Time directed to the plaintiffs' Motion for in Camera Inspection and to Compel.

        THE MOVANT
        NUZZO & ROBERTS, L.L.C.


By_____
   Anthony Nuzzo, Jr.
   Federal Bar No: ct 05397
   NUZZO & ROBERTS, L.L.C.
   One Town Center
   P.O. Box 747
   Cheshire, Connecticut 06410
   (203) 250-2000
   anuzzo@nuzzo-roberts.com

This is to certify that on October 26, 2004, a true copy of the foregoing Second Motion for Extension of Time was mailed via first class postage prepaid mail to:

Michael G. Albano, Esq.
Sabia & Hartley
190 Trumbull Street, Suite 202
Hartford, CT  06103-2205

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Floosmoor, IL  60422

Todd R. Bainer, Esq.
Cooney & Bainer
71 Cedar Street
Branford, CT  06405

Mary Anne Charron, Esq.
Gordon Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT  06106-1976

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT  06443

Barbara Cox, Esq.
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Gerald R. Sqirsky, Esq.
Gordon Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT  06106-1976

William G. Gallagher, Esq.
Gallagher & Calistro
P.O. Box 1925
New Haven, CT  06509

David G. Hill, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026

Peter C. Schwartz, Esq.
Gordon Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT  06106-1976

Douglas. S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026

June M. Sullivan, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06106

- 5 -

Edward C. Taiman, Jr., Esq.
Sabia & Hartley
190 Trumbull Street, Suite 202
Hartford, CT  06103-2205

US Trustee
US Trustee Office
265 Church Street, Suite 1103
New Haven, CT  06510-7016

_____
Anthony Nuzzo, Jr.

\\fp\nuzzo\wp\423002\086\Mot ext in camera2  10 26 04.doc

- 5 -