UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 26 P 3: 38

| | | |
|---|---|---|
| CABLE COMPANY, ET AL. | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | OCTOBER 26, 2004 |

**STANLEY F. PRYMAS AND THOMPSON & PECK'S MOTION FOR PERMISSION TO FILE MOTION TO STRIKE AND SUPPORTING MEMORANDUM OF LAW, WITH EXHIBITS, ONE DAY LATE**

The defendants, Stanley F. Prymas, and Thompson & Peck, Inc., respectfully request permission to file their Motion to Strike plaintiffs' Local Rule 56(a)(2) Statement one day past the current deadline of October 25, 2004, for the following reasons:

1.   The undersigned counsel's office had insufficient clerical staff to prepare defendants' Motion in time for filing on October 25, 2004.

2.   In addition, as counsel was printing out the final version of the Memorandum of Law, she encountered technical difficulties with her computer, which prevented her from printing the document in time for filing.

WHEREFORE, the undersigned defendants request permission to file their Motion to Strike and supporting papers on October 26, 2004.

October 29, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

1