UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION |
| | | NO: 3:01-CV-531 (AVC) |
| | : | |
| V. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL.: | | OCTOBER 24 , 2004 |

**STANLEY F. PRYMAS AND THOMPSON & PECK'S MOTION TO STRIKE
PLAINTIFFS' LOCAL RULE 56(a)(2)STATEMENT AND FOR SANCTIONS**

Pursuant to Rule 12(f) of the Rules of Civil Procedure and District of Connecticut Rule ("Local Rule") 56, the undersigned defendants hereby respectfully move this Court to grant sanctions against the plaintiffs for their failure to comply with Local Rule 56 by granting the defendants' Motion for Summary Judgment.

Alternatively, defendants request that the Court either (1) strike the plaintiffs' Local Rule 56(a)(2) Statement and Disputed Issues of Material Facts in its entirety, or alternatively, strike the non-responsive portions of the plaintiff's Local Rule 56(a)(2) Statements and deem those statements to be admitted by the plaintiffs: and (2) strike Paragraphs 3 and 4 of Plaintiffs Disputed Issues of Material Fact for failure to set forth facts and failure to cite supporting evidence that would be admissible at trial.

The reason for the relief requested in this motion is Plaintiffs' failure to comply with Local Rule 56(a)(2) and (3), as follows:

1. Plaintiffs' Local Rule 56 (a)2 Statement does not admit or deny the facts asserted by the undersigned defendants in their Local Rule 56(a) 1 Statement.  Rather, Plaintiffs have taken the liberty of modifying

1

defendant Prymas and Thompson & Peck (" T&P")'s Local Rule 56(a)(1) Statement of Undisputed Facts and then admitting to their own self serving versions of defendants' 56(a)(1) Statement.

2. Plaintiffs "denials" do not cite admissible evidence in support.

3. Plaintiffs' Statement of Disputed Issues of Material Fact fails to set forth facts and fails to provide citations to admissible evidence.

Plaintiffs' 56(a)2 Statement violates both the spirit and the letter of Local Rule 56, creates confusion in the summary judgment record, and places unnecessary burden on the resources of the Court and opposing parties, as more particularly described in the accompanying memorandum of law.

In the event the Court does not grant summary judgment in favor of defendants, Prymas/T&P request an extension of 45 days, to run from issuance of notice of the Court's ruling to reply to any issues remaining on their motion for summary judgment.

Additionally, the defendants request that the Court order plaintiffs to pay their costs associated with preparing this motion to strike and supporting memorandum of law, pursuant to Local Rule 31.

Respectfully submitted,
DEFENDANTS,

2

STANLEY F. PRYMAS and
THOMPSON & PECK, INC.


By_____
      BARBARA L. COX
      Federal Bar #ct08523
      The Gallagher Law Firm
      1377 Boulevard
      P.O. Box 1925
      New Haven, CT  06509
      Tel:  203-624-4165
      Fax:  203-865-5598

### CERTIFICATION OF SERVICE

  This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
230 Millbrook Road
North Haven, CT 06473

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
BARBARA L. COX

4