UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THE CADLE COMPANY;                                    NO.: 3:01cv531(AVC)
D.A.N. JOINT VENTURE
            plaintiffs

v.

CHARLES A. FLANAGAN; LISA G. FLANAGAN;
MJCC CORP.; MJCC REALTY; SOCRATES T. BABACAS;
LEONARD A. FASANO; FASANO & IPPOLITO;
TODD R. BAINER; STANLEY F. PRYMAS;
THOMPSON & PECK; JOSEPH CAPORALE
            defendants.

<u>AFFIDAVIT OF CHARLES FLANAGAN</u>

I, Charles Flanagan, being duly sworn, hereby depose and say:

1.      I am over the age of eighteen and understand the obligation of an oath.

2.      I am fully familiar with the facts stated herein and make them based upon my own personal knowledge.

3.      From approximately early 1999 through mid 2002, I communicated with Attorney Robert Skelton, in his capacity as an attorney, for the purpose of obtaining legal advice.

4.      From approximately early 1999 through mid 2002, Attorney Robert Skelton, in his capacity as an attorney, in turn, communicated legal advice to me.

5.      Said communications were intended to be, and to the best of knowledge, were kept confidential.

6.      From approximately early 1999 through mid 2002, I sought legal advice from Attorney Robert Skelton relating to various matters for which I was represented by

other counsel, in conjunction with said other counsel, including Attorney Leonard Fasano, Attorney Douglas Skalka, Attorney Bradley Cooney and Attorney Todd Bainer.

7.     From approximately early 1999 through mid 2002, I sought legal advice from Attorney Robert Skelton relating to Thompson & Peck, Inc., of which I was a partner with Stanley Prymas, while Attorney Todd Bainer represented Thompson & Peck, Inc.

8.     From approximately early 1999 through mid 2002, I provided Attorney Robert Skelton with documentation for the purpose of obtaining legal advice, in confidence, including confidential documentation between myself and other counsel named herein.

9.     The handwritten notes on the documents numbered 6, 7, 11, 13, 18, 28, 48, 50, 57 and 74 in the revised privilege log dated August 13, 2004 are my handwritten notes communicated to Attorney Robert Skelton, which were provided to him, in confidence, for the purpose of obtaining legal advice.

10.     I provided Attorney Robert Skelton with confidential business documentation relating to Thompson & Peck, Inc. including the documents numbered 57, 86, 87, 88, 89, 90, 91, 92 and 93 in the revised privilege log dated August 13, 2004, in confidence, for the purpose of obtaining legal advice.

11.     Attorney Robert Skelton prepared documentation on my behalf in anticipation of and/or because of ongoing litigation as referenced herein.

12.     I have not waived any attorney-client or work product privilege I had with Attorney Robert Skelton or any other counsel named herein.

13.     Attorney Leonard Fasano served as my counsel with respect to the matter of Cadle v. Flanagan, case number 3:96-CV-02648.

14.     Attorney Douglas Skalka served as my counsel with respect to the matter of In re Flanagan, case number 99-30565, chapter 11 and chapter 7 proceedings, and currently serves as my counsel in this matter.

15.     Attorney Bradley Cooney and Attorney Todd Bainer served as my counsel with respect to a grievance proceeding.

16.     Pursuant to said counsels' representation of me and Thompson & Peck, Inc., as stated herein, I communicated with them, in their capacities as attorneys, for the purpose of obtaining legal advice and they in turn communicated legal advice to me.

17.     In connection with said representation, I provided said counsel with documentation for the purpose of obtaining legal advice, in confidence, including confidential business documentation.

18.     Said communications were intended to be, and to the best of my knowledge, have been kept confidential.

19.     Said counsel prepared documentation on my behalf in anticipation of and/or because of ongoing litigation as referenced herein.

_____
Charles Flanagan

STATE OF CONNECTICUT          )
                              ) ss. North Haven
COUNTY OF NEW HAVEN           )

On the 28 day of October_____ 2004, before me personally appeared Charles Flanagan, who affirmed under oath the truth of the foregoing statements.

_____
Notary Public
My commission expires 08-31-07

\fp:nuzzo\WP\423002\086\Affidavit C Flanagan.doc

- 3 -