UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY;<br>D.A.N. JOINT VENTURE<br>   plaintiffs | NO.: 3:01cv531(AVC) |
| v. | |
| CHARLES A. FLANAGAN; LISA G. FLANAGAN;<br>MJCC CORP.; MJCC REALTY; SOCRATES T. BABACAS;<br>LEONARD A. FASANO; FASANO & IPPOLITO;<br>TODD R. BAINER; STANLEY F. PRYMAS;<br>THOMPSON & PECK; JOSEPH CAPORALE<br>   defendants | OCTOBER 26, 2004 |

## AFFIDAVIT OF JAMES SKELTON

I, James Skelton, hereby depose and say:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I am fully familiar with the facts stated herein and make them based upon my own personal knowledge.

3. Robert Skelton was my brother.

4. After Robert Skelton's death, I reviewed his client files, met with his clients, provided his clients with their files and advised them to seek new counsel.

5. After Robert Skelton's death, Paul Gaide filed suit in the Superior Court against the Estate of Robert Skelton.

6. Nuzzo & Roberts, L.L.C. was retained to defend the Estate of Robert Skelton in said suit.

7.    I reviewed the client files of Robert Skelton and provided client files relating to Charles Flanagan, Paul Gaide and the Cadle Co. to Nuzzo & Roberts, L.L.C. for the purpose of defending the <u>Gaide v. Skelton, et al.</u> suit.

_____
James Skelton

STATE OF CONNECTICUT   )
                                    ) ss. Fairfield
COUNTY OF FAIRFIELD     )

On the 26th day of October 2004, before me personally appeared James Skelton, who affirmed under oath the truth of the foregoing statements.

_____
Notary Public
My commission expires _____

*My Commission Expires July 31, 2009*

F:\WP\423002\086\Affidavit J Skelton.doc