UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 OCT 18 A 11: 23
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | Case No. 3:01-CV-531<br>(AVC) |
| VS. | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | October 15, 2004 |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE

The defendants, Stanley F. Prymas and Thompson & Peck, Inc., respectfully request an extension of time until October 25, 2004, to file their responses to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment dated September 9, 2004, Plaintiffs' Response to Defendants' Joint Motion to Strike Plaintiffs' Local Rule 56(a)(1) Statement, dated September 7, 2004 and Plaintiffs' Local Rule 56(a)(2) Statements in Opposition to Defendants' Motions for Summary Judgment dated September 3, 2004.

In support of the present motion, the moving defendants submit that additional time is needed to address the complex legal and factual issues raised in the pending motions, and the requested extension will not cause any undue hardship or prejudice to the plaintiffs. This case is not presently assigned for trial, although it has previously been assigned for trial. The current request is the third such request for additional time by these defendants.

January 18, 2005. Granted nunc pro tunc.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 JAN 18 P 5:16 U.S. DISTRICT COURT HARTFORD, CT