FILED

2004 SEP 20 A 11: 41

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:01CV531(AVC) |
| : | |
| vs. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | |
| Defendants. : | SEPTEMBER 17, 2004 |

## MOTION FOR IN CAMERA INSPECTION AND TO COMPEL

The Plaintiffs, The Cadle Company ("Cadle") and D.A.N. Joint Venture, a Limited Partnership ("DAN") (collectively, "Plaintiffs"), hereby request an order from the Court compelling Karen T. Gerber and the law firm of Nuzzo & Roberts, LLC (collectively "Respondents") to turn over to the Court all 93 documents identified by Respondents in their Revised Privilege Log dated August 13, 2004. Plaintiffs further request the Court conduct an in camera inspection of the same to decide which documents are privileged and protected from disclosure. As set forth below, it is Plaintiffs' position that Flanagan's practice of conspiring with attorneys to shield his assets has placed at issue in this case the operative fact as to the advice he received from his attorneys. Flanagan has therefore waived the attorney client privilege which may have attached to those communications and which set forth operative facts relevant to the issues in this case. In support thereof, Plaintiffs state as follows.

January 21 2005   The motion for in camera review in GRANTED   Having conducted that review the court concludes that all of the within documents have been properly withheld on the basis of attorney client privilege the work product doctrine and the common interest/joint defense privilege. Accordingly the motion is DENIED to the extent it seeks to compel production/disclosure.
SO ORDERED

Alfred V. Covello U S D J

2005 JAN 21 P 4:18
U.S. DISTRICT COURT
HARTFORD, CT.

SABIA & HARTLEY, LLC    |  190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
ATTORNEYS AT LAW        |  tel 860.541.2077    fax 860.713.8944    www.sabiahart.com