FILED
2004 SEP 20 A 11: 45
U.S. DISTRICT COURT
HARTFORD, CT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
| Plaintiff | : | (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | September 15, 2004 |
| Defendants | : | |

**STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR PERMISSION TO AMEND THEIR ANSWER**

The defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move, pursuant to Fed. R. Civ. P. 15(a), for permission to amend their answer to assert an affirmative defense inadvertently omitted from their original answer. In support of this motion, the undersigned represents:

1. Prymas and Thompson & Peck's answer was filed on or about September 27, 2002.

2. Subsequent to the filing of the answer, during discovery in this action, the undersigned determined that the facts developed in discovery disclosed an additional defense – that of reliance on the advice of counsel and an accountant -- should be asserted. However, in the press of discovery and compliance with deadlines in the scheduling order, the undersigned inadvertently failed to amend the answer to include the newly discovered defense.

1

---

*Handwritten margin note (sideways):*

January 26, 2005. The motion to amend the answer to include the defense of reliance on counsel and accountant advice is GRANTED. See Monahan v. New York City Dep't of Corrections, 214 F.3d 275, 283 (2d Cir. 2000) (district court has the discretion to entertain the defense when it is raised in a motion for summary judgment, by construing the motion as one to amend the defendant's answer).
SO ORDERED.

Alfred V. Covello, U.S.D.J.