UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | May 11, 2004 |
| Defendants. | § | |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' COMPLAINT FOR DENIAL OF FLANAGAN'S BANKRUPTCY DISCHARGE

1. The undisputed summary judgment evidence shows that Flanagan made numerous false oaths in connection with his bankruptcy filing. Accordingly, pursuant to 11 U.S.C. §727(a)(4)(A), the Court should enter summary judgment denying Flanagan a bankruptcy discharge of his lawful debts.

2. Further, the undisputed summary judgment evidence shows that in the three years prior to Flanagan's bankruptcy filing, Flanagan received many thousands of dollars in rental income from the three rental properties that Flanagan equitably owned. Further, in October of 1998 Flanagan received $94,200 in cash from a mortgage loan on the George St. Property. Flanagan, however, has failed to explain satisfactorily what he did with this income. Accordingly, pursuant to 11 U.S.C. §727(a)(5), the Court should enter summary judgment denying Flanagan a bankruptcy discharge of his lawful debts.

[Handwritten margin note:] February 7, 2005. The motion is denied without prejudice to its refiling, if desired, with the amended Rule 56(a)(1) statement that must be filed on or before February 15, 2005. SO ORDERED.

Alfred V. Covello, U.S.D.J.

01cv531end204

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944