209

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | § | No. 3:01CV531(AVC) |
| | § | |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | May 11, 2004 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO
DEFENDANT THOMPSON & PECK'S COUNTERCLAIM**

1. In its three count Counterclaim, Defendant Thompson & Peck, Inc. ("T&P") asserts that Plaintiffs' claims herein "were filed without probable cause" (¶2); that "[t]here is no probable cause to support said claims" (¶3); and that Plaintiffs' claims "were made with a malicious intent unjustly to vex and trouble said Defendant." (¶5) There is no evidence to support T&P's Counterclaim.

2. Summary judgment is appropriate as to T&P's Counterclaim because:

    (a)    there is no evidence to support T&P's Counterclaim for bad faith litigation;

    (b)    the summary judgment evidence shows that there was, in fact, a good faith basis for Plaintiffs' claims; that the suit was filed with probable cause; and that there is, in fact, probable cause to support Plaintiffs' claims; and

February 7, 2005. The motion is denied without prejudice to its refiling, if desired, with the amended Rule 56(a)(1) statement that must be submitted on or before February 15, 2005.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2005 FEB -7 P 2:54
U.S. DISTRICT COURT
HARTFORD, CT.

01CV531 eND209