February 7, 2005. The motion is denied without prejudice to its refiling, if desired with the amended Rule 56(a)(1) statement that must be filed on or before February 15, 2005. SO ORDERED.

Alfred V. Covello, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | May 11, 2004 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANT CHARLES A. FLANAGAN**

**A.    Estoppel**

1.    In his First Affirmative Defense, Defendant Charles A. Flanagan ("Flanagan") claims that "Plaintiffs are estopped from asserting any claims or issues previously determined by the United States Bankruptcy Court for the District of Connecticut in the adversary proceeding known as <u>Charles A. Flanagan v. The Cadle Company</u>, Case No: 99-03053." There is no evidence to support the affirmative defense of estoppel as asserted by Defendant Flanagan.

2.    Summary judgment is appropriate as to the affirmative defense of estoppel because there is no evidence to support the affirmative defense of estoppel as asserted by Defendant Flanagan.

O1CV531END208

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944