

207

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | May 11, 2004 |
| Defendants. | § | |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' RICO CLAIMS

1. The RICO statutory violations are 18 U.S.C. §§1962(b) and (c) for Flanagan, and 18 U.S.C. §1962(d) (RICO conspiracy) for Defendants Fasano, Bainer, T&P and Prymas. As noted by the Court in its March 27, 2002 orders and its July 7, 2003 Ruling on Defendant Flanagan's Motion to Dismiss, Plaintiffs have stated valid RICO claims against each Defendant. Indeed, as noted by this Court in its order of May 7, 2002:

> While the court agrees with the defendant that attorneys violate no rule of law by simply providing legal advice and services to their clients, the amended complaint alleges conduct far beyond that of simply furnishing legal advice. In particular, the amended complaint alleges that Fasano was a member of an association-in-fact (amended complaint at ¶82.2) and in this capacity: (1) lied to this court for Flanagan about an I.R.S. investigation to shield Flanagan from asset information; (2) worked with Flanagan to create a fraudulent scheme to hide Flanagan's income from creditors; and (3) fabricated a bogus stock pledge agreement to shield Flanagan's stock from a turn-over

Margin note (left side, rotated): February 7, 2005. The motion is denied without prejudice to its refiling, if desired with the amended Rule 56(a)(1) statement that must be submitted on or before February 15, 2005. SO ORDERED. Alfred V. Covello, U.S.D.J.

01cv531end207

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944