

D 206

February 7, 2005. The motion is denied without prejudice to its refiling, if desired, with the amended Rule 56(a)(1) statement that must be filed on or before February 15, 2005. SO ORDERED.

Alfred V. Covello, U.S.D.J.

01cv531end206

FILED 2005 FEB -7 P 2:54 U.S. DISTRICT COURT HARTFORD CT

FILED 2004 MAY 11 P [illegible] HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | May 11, 2004 |
| Defendants. | § | |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANTS LEONARD A. FASANO AND FASANO, IPPOLITO & LEE, LLC

**A.    Payment**

1.   In their Second Affirmative Defense, Defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC (collectively, "Fasano") claim that "Defendant Flanagan paid all sums due in the Federal Court Collection Action to Plaintiff; therefore, Plaintiff suffered no loss in said action."  There is no basis for the affirmative defense of payment as asserted by the Fasano Defendants.

2.   Summary judgment is appropriate as to the affirmative defense of payment because:

(a)   there is no evidence to support the affirmative defense of payment as asserted by the Fasano Defendants; and

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944