205



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | §<br>§<br>§ | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | May 11, 2004 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO
THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANTS
TODD R. BAINER AND TODD R. BAINER, L.L.C.**

A.  Estoppel

1.  In their Second Affirmative Defense, Defendants Todd R. Bainer and Todd R. Bainer, L.L.C. (collectively, "Bainer") claim that "Plaintiffs are estopped and barred from prosecuting this action against defendants [Bainer] as a result of its own conduct in that plaintiffs failed to serve defendants [Bainer] . . . notices of Court orders." There is no evidence to support the affirmative defense of estoppel as asserted by the Bainer Defendants.

2.  Summary judgment is appropriate as to the affirmative defense of estoppel because:

   (a) there is no evidence to support the affirmative defense of estoppel as asserted by the Bainer Defendants;

[Left margin handwritten note:] February 7, 2005. The motion is denied without prejudice to its refiling if desired, with the amended Rule 56(a)(1) statement that must be filed on or before February 15, 2005. SO ORDERED. Alfred V. Covello, U.S.D.J.

01cv531end205

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944