UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and | § | **No. 3:01CV531(AVC)** |
| **D.A.N. JOINT VENTURE,** | | |
| **A LIMITED PARTNERSHIP,** | § | |
| | | |
| Plaintiffs, | § | |
| | | |
| vs. | § | |
| | | |
| **CHARLES A. FLANAGAN, et al.** | § | **February 8, 2005** |
| | | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT
AGAINST DEFENDANTS MJCC CORPORATION AND MJCC REALTY, LIMITED
PARTNERSHIP (A/K/A M.J.C.C. REALTY LIMITED PARTNERSHIP)**

1.   On December 19, 2002 the Court granted Plaintiffs' Motion for Entry of Default as to Defendants MJCC Corporation ("MJCC Corp.") and MJCC Realty, Limited Partnership (a/k/a M.J.C.C. Realty Limited Partnership) ("MJCC Ltd.").

2.   The actual damages sought by Plaintiffs against Defendants MJCC Corp. and MJCC Ltd. as of December 19, 2002 are $2,030,229.72 as set forth in the attached affidavit of Dan Cadle submitted herewith as Px A.

3.   Further, pursuant to 18 U.S.C. §1964(c), Plaintiffs are entitled to recovery of attorneys' fees for prosecuting this action.   Plaintiffs seek recovery of attorneys' fees as of December 19, 2002 in the amount of $102,802 for prosecuting this action as set forth in the attached affidavit of Dan Cadle submitted herewith as Px A.

4.    Pursuant to Rule 54(b), Fed.R.Civ.P., there is no just reason for delay as far as the entry of final judgment against MJCC Corp. and MJCC Ltd.

### PRAYER

Plaintiffs respectfully request that the Court grant this Motion and enter a final default judgment against Defendants MJCC Corp. and MJCC Ltd. as set forth in the proposed form of final default judgment submitted with this Motion.

Respectfully submitted,

ARMSTRONG LAW FIRM

DATED: February 8, 2005.                 By_____
                                            F. Dean Armstrong
                                            Ct. Fed. Bar #CT22417
                                         1324 Dartmouth Road
                                         Flossmoor, IL 60422
                                         (708) 798-1599
                                         Fax (708) 798-1597

                                         Edward C. Taiman, Esq.
                                         SABIA & HARTLEY, LLC
                                         190 Trumbull Street
                                         Suite 202
                                         Hartford, CT 06103-2205
                                         (860) 541-2077
                                         Fax (860) 713-8944

                                         Attorneys for Plaintiffs
                                         The Cadle Company and
                                         D.A.N. Joint Venture,
                                         A Limited Partnership

**<u>Certificate of Service</u>**

I certify that a correct copy of the foregoing instrument was faxed and mailed on February 8, 2005 to all defense counsel as shown on the attached Service List.

_____
F. Dean Armstrong