UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | February 8, 2005 |
| Defendants. | § | |

**AFFIDAVIT OF DAN CADLE IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS MJCC CORPORATION AND MJCC REALTY, LIMITED PARTNERSHIP (A/K/A M.J.C.C. REALTY LIMITED PARTNERSHIP)**

My name is Dan Cadle. I am over the age of 21, fully competent to make this affidavit, and personally acquainted with the facts as set forth herein. If called to testify upon the trial of this case, I could and would testify as follows:

1. I am the president of Plaintiff The Cadle Company and Cadle Company of Ohio, Inc., the general partner of Plaintiff D.A.N. Joint Venture, A Limited Partnership (collectively, "Cadle"), and I am authorized on behalf of both Plaintiffs to make this affidavit on their behalf.

2. The actual damages incurred by Plaintiffs as of December 19, 2002 total $2,030,229.72 comprised of (a) $350,000 in collection costs and attorneys' fees paid by Cadle in connection with the futile efforts to track down and execute on the assets of Charles A. Flanagan ("Flanagan") when there was a

RICO conspiracy to hide, transfer and otherwise shield Flanagan's assets from the claims of Cadle; (b) $65,000 in fees and expenses paid by Cadle in connection with the defense of Cadle's collection attorney, Paul Gaide, Esq., when the grievance against Attorney Gaide was part of Flanagan's RICO conspiracy to sue Gaide to get Gaide and Cadle to back off the efforts to locate and execute upon Flanagan's assets; and (c) lost debt damages in the amount of $1,615,229.72 on notes and judgments against Flanagan that Plaintiffs could have and would have collected but were prevented from collecting because of the RICO conspiracy to hide, transfer and otherwise shield Flanagan's assets from the claims of Cadle.

3. Further, as of December 19, 2002 Plaintiffs had paid in excess of $102,802 in attorneys fees and expenses for the prosecution of this RICO suit.

I know the above facts from personal knowledge, and they are true and correct.

_____
Dan Cadle

SWORN TO AND SUBSCRIBED TO BEFORE ME by the said Dan Cadle on February 8, 2005.

My commission expires:

_____
Notary Public
State of Ohio

JO BETH GIBBS
Notary Public, State of Ohio
My Comm. Expires Sept. 20, 2007

-2-