UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | |
| Defendants. | § | |

### FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS MJCC CORPORATION AND MJCC REALTY, LIMITED PARTNERSHIP (A/K/A M.J.C.C. REALTY LIMITED PARTNERSHIP)

On this date the Court considered Plaintiffs' Motion for Entry of Final Default Judgment against Defendants MJCC Corporation ("MJCC Corp.") and MJCC Realty, Limited Partnership (a/k/a M.J.C.C. Realty Limited Partnership) ("MJCC Ltd."). After considering the pleadings, the law, the affidavit of Dan Cadle proving-up damages, and the arguments and authorities of counsel, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, final default judgment is hereby entered against Defendants MJCC Corporation and MJCC Realty, Limited Partnership (a/k/a M.J.C.C. Realty Limited Partnership), jointly and severally, in the amount of $2,030,229.72, plus treble damages pursuant to 18 U.S.C. §1964(c) in the amount of $6,090,689.16, plus recovery of attorneys' fees for prosecuting this action in the amount of $102,802, for total judgment

-2-

against MJCC Corporation and MJCC Realty, Limited Partnership (a/k/a M.J.C.C. Realty Limited Partnership), jointly and severally, in the amount of $8,220,920.88.

Further, court costs as between Plaintiffs and Defendants MJCC Corp. and MJCC Ltd. are hereby assessed, jointly and severally, against Defendants MJCC Corp. and MJCC Ltd.

Finally, pursuant to Rule 54(b), Fed.R.Civ.P., this Court directs the entry of this final judgment against Defendant MJCC Corp. and MJCC Ltd. upon the express determination that there is no just reason for delay, and upon the express direction for the entry of this final judgment.

    IT IS SO ORDERED.

    Dated: _____, 2005.     _____
                                                              Hon. Alfred V. Covello
                                                              U.S. District Judge