FILED

2004 JUL -1 P 4: 23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | JULY 1, 2004 |
| Defendants | : | |

### DEFENDANTS' JOINT MOTION TO STRIKE
### PLAINTIFFS' LOCAL RULE 56(a)(1) STATEMENT OF UNDISPUTED FACTS

3:01cv531 (AVC). February 7, 2005. This is an action for damages and equitable relief brought pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 et seq. The defendants now move to strike the plaintiffs' motions for summary judgment and their Local Rule 56(a)(1) statement of undisputed facts for failure to comply with Local Rule 56 (a). The motion to strike the Rule 56(a)(1) statement is GRANTED with respect to paragraphs 70, 98, 110, 111, 115, 121, 159, 162, 174, 187, 194, 196, 198, 200, 202, 206, 208, 211, 214, 215, 216, 217, 219, 220, 221, 222, 223, 224 and 225 on grounds that these paragraphs are unsupported by citations to the record. This order will remain suspended until the close of business on February 15, 2005. The plaintiffs shall have to and including February 15 to file an amended Rule 56(a)(1) statement with proper citations to the record. All other acknowledged errors must also be cured by the this amendment. Further, although the court does not agree with the plaintiffs that all other challenged paragraphs are adequately supported by the factual record or represent material facts that are not in dispute, the court declines to strike these paragraphs. Instead, any paragraph left unsupported by the record will constitute a predicate for sanctions under Fed. R. Civ. P. 11(b)(3). The defendants may file a Rule 11 motion if, after review of the plaintiffs amended submission, any averment exists that is simply unsupported. Finally, the motion is denied to the extent it seeks any other relief.

SO ORDERED.

Alfred V. Covello, U.S.D.J.