294

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL : | CIVIL ACTION NO. |
| Plaintiffs : | 3:01CV531(AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | OCTOBER 14, 2004 |
| Defendants : | |

### DEFENDANT BAINER'S MOTION TO STRIKE
### PLAINTIFFS' LOCAL RULE 56(a)(2) STATEMENT OF UNDISPUTED FACTS

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), respectfully move that the Court strike:

1. Plaintiffs' 56(a)(2) Statement in the entirety as Plaintiffs failed to include in the section entitled "Disputed Issues of Material Fact" "a list of each issue of material fact as to which it is contended there is a genuine issue to be tried in compliance with Federal District

---

3:01cv531 (AVC). February 7, 2005. For substantially the same reasons set forth herein, the motion to strike the entire Rule 56(a)(2) statement is GRANTED. This order will remain suspended until the close of business on February 15, 2005. The plaintiffs shall have to and including February 15 to file an amended Rule 56(a)(2) statement with proper citations and affirmative admissions/denials, and a separate section entitled "disputed issues of material fact" containing a list of each issue of material fact as to which it is contended there is a genuine issue to be tried <u>with citations to the record</u>. Any paragraph left unsupported by the record will constitute a predicate for sanctions under Fed. R. Civ. P. 11(b)(3). The defendant may file a Rule 11 motion if, after review of the plaintiffs amended submission, any averment exists that is simply unsupported. Finally, the motion is denied in all other respects.

SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.