


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | OCTOBER 25, 2004 |

### MOTION TO STRIKE PLAINTIFFS' RULE 56(a)(2) STATMENT

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the undersigned defendants hereby respectfully move this Court to enter sanctions against Plaintiffs for

3:01cv531 (AVC). February 7, 2005. This is an action for damages and equitable relief brought pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 et seq. The defendants, Leonard A. Fasano and Fasano, Ippolito & Lee LLC now move, among other things, to strike the plaintiffs' Local Rule 56(a)(2) statement of disputed issues of material fact in its entirety or, alternatively, strike those portions of the statement that fail to comply with Rule 56. Having considered the submissions of counsel, the court concludes that the plaintiffs have, indeed, not properly answered each of the defendants' Rule 56(a) averments. They have, instead, answered in some instances without citation to evidence, cited memoranda, and offered wordy explanations instead of admissions or denials, and have failed to include a separate section entitled "disputed issues of material fact" containing a list of each issue of material fact as to which it is contended there is a genuine issue to be tried <u>with citations to the record</u>. The motion to strike is therefore GRANTED. This order will remain suspended until the close of business on February 15, 2005. The plaintiffs shall have to and including February 15 to file an amended Rule 56(a)(2) statement with proper citations and affirmative admissions/denials. Any paragraph left unsupported by the record will constitute a predicate for sanctions under Fed. R. Civ. P. 11(b)(3). The defendants may file a Rule 11 motion if, after review of the plaintiffs amended submission, any averment exists that is simply unsupported. Finally, the motion is denied in all other respects.

SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.