## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | : | FEBRUARY 11, 2005 |

### NOTICE OF MANUAL FILING OF EXHIBITS TO
### OBJECTION TO PLAINTIFF'S MOTION FOR
### ENTRY OF FINAL DEFAULT JUDGMENT

Notice is hereby given that the Defendant Stanley F. Prymas has manually filed exhibits A through C of their Objection to Plaintiff's Motion for Entry of Final Default Judgment, dated February 11, 2005, for the reason that the exhibits could not easily be downloaded.

RESPECTFULLY SUBMITTED,

THE DEFENDANT
STANLEY F. PRYMAS

By: _____
BARBARA L. COX
Federal Bar #ct08523
WILLIAM F. GALLAGHER
Federal Bar #ct04147
The Gallagher Law Firm
1377 Boulevard, P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

1

Respectfully submitted,

DEFENDANT, STANLEY F. PRYMAS

BY: _____
BARBARA L. COX
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill.  60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026


Bradley K. Cooney, Esq.
69 Island Avenue

Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
230 Millbrook Road
North Haven, CT 06473

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410


_____
BARBARA L. COX