## CHRONOLOGY OF PREDICATE ACTS

| Date | Reference | Predicate Act |
|---|---|---|
| 1/6/98 | Px 3 | wire fraud |
| 1/13/98 | Px 23 | mail fraud |
| 1/13/98 | Px 23 | wire fraud |
| 1/19/98 | Px 25A | wire fraud |
| 1/20/98 | Px 25B | wire fraud |
| 1/20/98 | Px 24 | mail fraud |
| 1/25/98 | Px 113 | wire fraud |
| 2/4/98 | Px 69 | wire fraud |
| 2/4/98 | Px 69A | wire fraud |
| 2/14/98 | Px 70 | mail fraud |
| 2/14/98 | Px 70 | wire fraud |
| 2/25/98 | Px 72 | mail fraud |
| 2/25/98 | Px 72 | wire fraud |
| 3/98 | 2AC p. 13 ¶24 | mail fraud |
| 3/12/98 | Px 126 | wire fraud |
| 3/17/98 | Px 90 | mail fraud |
| 7/9/98 | Px 167 | wire fraud |
| 7/22/98 | Px 195 | mail fraud |
| 7/22/98 | Px 195 | wire fraud |
| 7/27/98 | Px 129 | wire fraud |
| 7/28/98 | Px 56 | wire fraud |
| 7/28/98 | Px 188 | mail fraud |
| 9/18/98 | Px 178; 2AC p. 32 ¶6 & p. 40 ¶80.2(1) | mail fraud |
| 10/21/98 | Px 1 | mail fraud |
| 10/22/98 | Px 2 | mail fraud |
| 10/27/98 | Pxs 62 & 58 | mail fraud |
| 11/98 | 2AC p. 13 ¶24 | mail fraud |
| 11/11/98 | 2AC p. 16 ¶30 | wire fraud |
| 11/12/98 | Px 6 | mail fraud |
| 11/12/98 | Px 162 | wire fraud |
| 11/12/98 | Px 116 | wire fraud |
| 11/24/98 | Px 118 | mail fraud |
| 11/24/98 | Px 118 | wire fraud |
| 12/9/98 | Px 130 | wire fraud |
| 12/10/98 | Px 18 | mail fraud |
| 12/11/98 | Px 105 | mail fraud |
| 12/11/98 | Px 105 | wire fraud |
| 12/14/98 | Px 66 | mail fraud |
| 12/14/98 | Px 66 | wire fraud |
| 12/14/98 | Px 133 | mail fraud |
| 12/14/98 | Px 133 | wire fraud |
| 12/15/98 | Px 27 | mail fraud |
| 12/15/98 | Px 27 | wire fraud |
| 12/15/98 | Px 67 | mail fraud |
| 12/15/98 | Px 67 | wire fraud |
| 12/15/98 | Px 135 | mail fraud |
| 12/15/98 | Px 135 | wire fraud |
| 12/16/98 | Px 19 | wire fraud |
| 12/29/98 | Px 122 | wire fraud |

```
12/31/98           Px 28                   wire fraud
Early 1999         2AC p. 34 ¶68           mail fraud
Early 1999         Px K(1) pp. 78-79       wire fraud
2/17/99            Px 174                  bankruptcy fraud
3/25/99            Px 16                   mail fraud
3/26/99            Px 17                   mail fraud
3/26/99            Px 17                   wire fraud
4/5/99             Px 173                  bankruptcy fraud
10/2000            2AC p. 34 ¶68           mail fraud
5/9/01             Px 32                   mail fraud
5/9/01             Px 32                   wire fraud
9/13/02            Px A(3) pp. 340-41      bankruptcy fraud
```

Case 3:01-cv-00531-AVC   Document 341-5   Filed 02/15/2005   Page 2 of 2