UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | February 16, 2005 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED AND CORRECTED
SUMMARY JUDGMENT RESPONSES AND RULE 56(a)2 STATEMENTS**

1.  Pursuant to recent Order of this Court, Plaintiffs were ordered to file separate summary judgment responses and amended Rule 56(a)2 statements in response to three summary judgments motions submitted by the Defendants.

2.  A lot of work was accomplished in short period of time, and Plaintiffs were able to file their separate summary judgments responses and amend their Rule 56(a)2 statements by the close of business on February 15, 2005.

3.  There were, however, a couple of typographical errors and citation mistakes, which Plaintiffs seek to correct by the filing on this date of amended and corrected summary judgment responses and amended and corrected Rule 56(a)2 statements. There are no substantive changes to the summary judgment responses or Rule 56(a)2 statements, and the citation

corrections and additions refer to documents and exhibits which were already part of the summary judgment record.

4.  Due to the desire to get this matter before the Court as expeditiously as possible, Plaintiffs' counsel has not yet had the opportunity to confer with all of the defense counsel about whether they oppose this Motion.  Plaintiffs' counsel will, however, gladly consent to an additional one-day response time for the Defendants because of the corrections that are being made to Plaintiffs' summary judgment responses and Plaintiffs' Rule 56(a)2 statements on this date.

**PRAYER**

Plaintiffs respectfully request that the Court grant them leave to file on this date (1) Plaintiffs' Amended Response to Defendant Bainer's Motion for Summary Judgment; (2) Plaintiffs' Second Amended Local Rule 56(a)2 Statement in Opposition to Defendant Bainer's Motion for Summary Judgment; (3) Plaintiffs' Amended Response to Defendant Fasano's Motion for Summary Judgment; (4) (5) Plaintiffs' Amended Response to Motion for Summary Judgment Submitted by Defendants Prymas and Thompson & Peck; and (6) Plaintiffs' Second Amended Local Rule 56(a)2 Statement in Opposition to Motions for Summary Judgment Submitted by Defendants Prymas and T & P.

```
                                    Respectfully submitted,
                                    ARMSTRONG LAW FIRM



DATED: February 16, 2005.       By_____
                                    F. Dean Armstrong
                                    Ct. Fed. Bar #CT22417
                                    1324 Dartmouth Road
                                    Flossmoor, IL 60422
                                    (708) 798-1599
                                    Fax (708) 798-1597


                                    Edward C. Taiman, Esq.
                                    SABIA & HARTLEY, LLC
                                    190 Trumbull Street
                                    Suite 202
                                    Hartford, CT 06103-2205
                                    (860) 541-2077
                                    Fax (860) 713-8944

                                    Attorneys for Plaintiffs
                                    The Cadle Company and
                                    D.A.N. Joint Venture,
                                    A Limited Partnership
```

### Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on February 16, 2005 to all defense counsel as shown on the attached Service List.

```
                                    _____
                                    F. Dean Armstrong
```