UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | FEBRUARY 17, 2005 |
|    Defendants | : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC MOTION TO JOIN IN WITH DEFENDANT STANLEY F. PRYMAS' OBJECTION TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS MJCC CORPORATION AND MJCC REALTY, LIMITED PARTNERSHIP (A/K/A M.J.C.C. REALTY, LIMITED PARTNERSHIP)

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby joins in to defendant Stanley F. Prymas' Objection to Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants MJCC Corporation and MJCC Realty, Limited Partnership (a/k/a M.J.C.C. Realty, Limited Partnership) for the same grounds and for the same reasons as outlined in defendant Stanley F. Prymas' Objection to Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants MJCC Corporation and MJCC Realty, Limited Partnership (a/k/a M.J.C.C. Realty, Limited Partnership), dated February 11, 2005.

                DEFENDANTS: TODD R. BAINER and
                TODD R. BAINER, L.L.C.

        By_____
                R. BRADLEY WOLFE
                Federal Bar No. ct04332
                GERALD R. SWIRSKY
                Federal Bar No. ct05574
                MARY ANNE A. CHARRON
                Federal Bar No. ct02274
                Gordon, Muir and Foley, LLP
                Ten Columbus Boulevard
                Hartford, CT 06106-1976
                Telephone (860) 525-5361
                Facsimile (860) 525-4849

CERTIFICATION OF SERVICE

       This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on February 17, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\385738\1