UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | February 16, 2005 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTIONS ADDRESSED TO THE DEFENDANTS' COUNTERCLAIM AND AFFIRMATIVE DEFENSES**

1.  Pursuant to a recent order of this Court, Plaintiffs were granted leave until February 15, 2005 to resubmit Plaintiffs' Motions for Summary Judgment Addressed to the Counterclaim and Affirmative Defenses Asserted by the Defendants.

2.  Due to the tremendous volume of work involved in responding to the Defendants' Motions for Summary Judgment, Plaintiffs' lead counsel (a solo practitioner) was not able to complete Plaintiffs' summary judgment responses until late in the afternoon on February 15th, and was not able to complete Plaintiffs' summary judgment motions until late in the day on February 16, 2005.

3.  Accordingly, Plaintiffs respectfully request leave of court to file Plaintiffs' Summary Judgment Motions Addressed to

the Defendants' Counterclaim and Affirmative Defenses. Plaintiffs are of the firm belief that the proposed motions for summary judgment are meritorious, and that the granting of the motions would help streamline the issues involved in the trial of this case. Accordingly, judicial efficiency and the preservation of limited judicial resources would be served by the granting of this Motion.

4. Plaintiffs have not had the opportunity to confer with defense counsel about the merits of this Motion because of the desire to bring this matter to the Court's attention as expeditiously as possible.

**PRAYER**

Plaintiffs respectfully request leave of Court to file (1) Plaintiffs' Motion for Summary Judgment as to Defendant Thompson & Peck's Counterclaim; (2) Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses Asserted by Defendants Stanley F. Prymas and Thompson & Peck; (3) Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses Asserted by Defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC; and (4) Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses Asserted by Defendants Todd R. Bainer and Todd R. Bainer, LLC.

```
                                    Respectfully submitted,
                                    ARMSTRONG LAW FIRM


DATED: February 16, 2005.      By_____
                                    F. Dean Armstrong
                                    Ct. Fed. Bar #CT22417
                                    1324 Dartmouth Road
                                    Flossmoor, IL 60422
                                    (708) 798-1599
                                    Fax (708) 798-1597


                                    Edward C. Taiman, Esq.
                                    SABIA & HARTLEY, LLC
                                    190 Trumbull Street
                                    Suite 202
                                    Hartford, CT 06103-2205
                                    (860) 541-2077
                                    Fax (860) 713-8944

                                    Attorneys for Plaintiffs
                                    The Cadle Company and
                                    D.A.N. Joint Venture,
                                    A Limited Partnership
```

## Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on February 16, 2005 to all defense counsel as shown on the attached Service List.

_____
F. Dean Armstrong

-3-