UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | FEBRUARY 21, 2005 |

**MOTION TO JOIN IN CO-DEFENDANT'S
OBJECTION TO PLAINTIFFS' MOTION FOR ENTRY OF
FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS
MJCC CORPORATION AND MJCC REALTY, LIMITED
PARTNERSHIP (A/K/A M.J.C.C. REALTY, LIMTED PARTNERSHIP)**

The defendants, Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, hereby adopt the Objections to Motion for Entry of Final Default Judgment of the co-defendants Todd R. Bainer and Todd R. Bainer, LLC, which objection was filed on February 17, 2005, as well as the Objection of the co-defendant, Stanley F. Prymas, dated February 11, 2005.

> Respectfully submitted,
> DEFENDANTS,
> LEONARD A. FASANO and FASANO,
> IPPOLITO & LEE, LLC
>
> By_____
> David G. Hill
> HALLORAN & SAGE LLP
> Fed. Bar #ct13435
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103
> (860) 522-6103
> Fax (860) 548-0006

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

This is to certify that on this ___ day of February 2005, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Edward C. Taiman, Jr., Esq.<br>Michael G. Albano, Esq.,<br>Sabia & Hartley, LLC<br>190 Trumbull Street, Ste. 202<br>Hartford, CT  06103-2205<br>**For Plaintiffs The Cadle Company &**<br>**D.A.N. Joint Venture, A Limited Partnership** | Barbara L. Cox, Esq.<br>William F. Gallagher, Esq.<br>Gallagher & Calistro<br>1377 Ella Grasso Boulevard<br>P. O. Box 1925<br>New Haven, CT  06509-1925<br>**For Defendant Stanley Prymas**<br>**& Thompson & Peck, Inc.** |
| F. Dean Armstrong, Esq.<br>Armstrong Law Firm<br>1324 Dartmouth Road<br>Flossmoor, IL  60422<br>**For Plaintiffs The Cadle Company &**<br>**D.A.N. Joint Venture, A Limited Partnership** | Bradley K. Cooney, Esq.<br>Bradley K. Cooney, P.C.<br>69 Island Avenue<br>Madison, CT  06443<br>**For Defendant Thompson & Peck, Inc.** |
| Mary Anne Charron, Esq.<br>R. Bradley Wolfe, Esq.<br>Gerald R. Swirsky, Esq.<br>Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-5123<br>**For Defendant Todd R. Bainer, LLC** | Douglas S. Skalka, Esq.<br>James A. Lenes, Esq.<br>Neubert, Pepe & Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT  06510-2026<br>**For Defendant Charles A. Flanagan** |
| Todd R. Bainer, Esq.<br>Todd R. Bainer, LLC<br>71 Cedar Street<br>Branford, CT  06405<br>**For Defendant Todd R. Bainer** | Paul Morgan Gaide, Esq.<br>713 Lovely Street<br>Avon CT 06001<br>**For Defendant Paul M. Gaide & Gaide &**<br>**Associates, LLC** |
| US Trustee<br>U.S. Trustee Office<br>265 Church Street, Suite 1103<br>New Haven, CT  06510-7016 | Amber J. Branciforte, Esq.<br>Nuzzo & Roberts, LLC<br>One Town Center<br>P.O. Box 747<br>Cheshire, CT  06410<br>**For Defendants Karen T. Gerber, Esq.**<br>**Nuzzo & Roberts, LLC, Movant** |

_____
David G. Hill

654434_1.DOC

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105