<u>**UNITED STATES DISTRICT COURT**</u>

<u>**DISTRICT OF CONNECTICUT**</u>

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>　　Plaintiff | :　Case No. 3:01-CV 531<br>:　(AVC)<br>: |
| VS. | :<br>: |
| CHARLES A. FLANAGAN, ET AL<br>　　Defendants | :　FEBRUARY 24, 2005 |

**Defendants' Joint Objection to Plaintiffs' Motion for Leave to File Amended and Corrected Summary Judgment Responses and Rule 56(a)2 Statements and Motion for Sanctions**

The defendants, Stanley F. Prymas, Thompson & Peck, Inc., Todd R. Bainer, and Todd R. Bainer, LLC ("Bainer"), Leonard A. Fasano, and Fasano, Ippolito & Lee, LLC ("Fasano") hereby object to Plaintiff's Motion for Leave to File Amended and Corrected Summary Judgment Responses and Rule 56(a)2 Statements, dated February 16, 2005, for the following reasons:

1.　Plaintiffs' motion seeks to undo this Court's order setting forth a clear deadline of February 15, 2005 for resubmitting plaintiffs' defective Local Rule 56(a)2 statement in support of its motions for summary judgment without offering any valid basis or making a timely motion for extension of time. <u>See</u> Rulings on Defendants' Motions to Strike Rule 56(a)2 Statement, dated February 7, 2005.

2.　More important, the Amended 56(a)2 Statement still fails to comply with the requirements of Local Rule 56(a) because they continue to fail to include "a separate section entitled 'disputed issues of material fact' containing a list of each

issue of material fact as to which it is contended there is a genuine issue to be tried <u>with citations to the record</u> that was, in part, the basis for the Court's recent order striking plaintiffs' Rule 56(a)2 Statement. <u>See</u> rulings on docket items 294, 301, and 310. Instead, each of plaintiffs' 56(a)2 Statements cites a single broad conclusion, rather than listing each material fact in contention. Plaintiffs' cavalierly refer the Court to "disputed factual matters as set forth [in the preceding admission/denial section]."

    Local Rule 56(a) provides:

> The Local Rule 56(a)2 Statement must also include in a separate section entitled "Disputed Issues of Material Fact" a list of *each issue of material fact* as to which it is contended there is a genuine issue to be tried.

Local Rule 56(a)2, emphasis added. Plaintiffs have utterly failed to comply with the foregoing provision. Their broad brush conclusory statement does not constitute "a list of each issue of material fact as to which it is contended there is a genuine issue to be tried." The plaintiffs ask the court to wade through their excessive verbiage in the admission/denial section to ferret out material facts in dispute, and imposes a burden on the Court that the separate section listing disputed facts is designed to alleviate.

    3.    Plaintiffs have willfully disregarded the clear import of this Court's orders "to file an amended Rule 56(a)(2) statement with proper citations and affirmative admission/denials, and a *separate section entitled "disputed issues of material fact" containing a list of each issue of material fact as to which it is contended there is a genuine issue to be tried* <u>with citations to the record</u>." Ruling

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS NO. 24029

on Defendant Bainer's Motion to Strike, dated February 7, 2005 (underscore in original; emphasis added).

4.  Plaintiffs' willful defiance of this Court's orders, the Rules of Practice and substantive law are a continuing saga in this litigation. See Defendants' Joint Objection to Plaintiffs' Motion for Leave to File Summary Judgment Motions, dated February 22, 2005, ¶3. Plaintiffs' willful violations have caused undue burden and expense on the defendants and waste of judicial resources.

5.  Defendants request that the court deny plaintiffs' untimely Motion for Leave and also award sanctions for their willful disregard of the Court's orders and procedural rules.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS No. 24029

THE DEFENDANT,
Stanley F. Prymas
and Thompson & Peck, Inc.

BY: _____
BARBARA L. COX, Federal Bar #ct08523
WILLIAM F. GALLAGHER,
Federal Bar #04147
The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT 06509
Tel: (203) 624-4165
Fax: (203) 865-5598

THE DEFENDANT,
Todd R. Bainer and
Todd R. Bainer, LLC

BY: _____
R. BRADLEY WOLFE
Federal Bar#ct04332
MARY ANNE A. CHARRON
Federal Bar #ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Tel: (860) 525-5361
Fax: (860) 525-4849

THE DEFENDANT,
Leonard A. Fasano and
Fasano, Ippolito & Lee, LLC

BY: _____
JUNE M. SULLIVAN, Federal Bar #ct24462
DAVID HILL, Federal Bar #ct13435
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860) 522-6103
Fax: (860) 548-0006

4

THE DEFENDANT,
Stanley F. Prymas
and Thompson & Peck, Inc.

BY: _____
BARBARA L. COX,   Federal Bar #ct08523
WILLIAM F. GALLAGHER,
Federal Bar #04147
The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT 06509
Tel:  (203) 624-4165
Fax: (203) 865-5598

THE DEFENDANT,
Todd R. Bainer and
Todd R. Bainer, LLC

BY: /s/ Mary Anne Charron
R. BRADLEY WOLFE
Federal Bar#ct04332
MARY ANNE A. CHARRON
Federal Bar #ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Tel: (860) 525-5361
Fax: (860) 525-4849

THE DEFENDANT,
Leonard A. Fasano and
Fasano, Ippolito & Lee, LLC

BY: _____
JUNE M. SULLIVAN, Federal Bar #ct24462
DAVID HILL, Federal Bar #ct13435
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860) 522-6103
Fax: (860) 548-0006

THE DEFENDANT,
Stanley F. Prymas
and Thompson & Peck, Inc.

BY: _____
BARBARA L. COX, Federal Bar #ct08523
WILLIAM F. GALLAGHER,
Federal Bar #04147
The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT 06509
Tel: (203) 624-4165
Fax: (203) 865-5598

THE DEFENDANT,
Todd R. Bainer and
Todd R. Bainer, LLC

BY: _____
R. BRADLEY WOLFE
Federal Bar #ct04332
MARY ANNE A. CHARRON
Federal Bar #ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Tel: (860) 525-5361
Fax: (860) 525-4849

THE DEFENDANT,
Leonard A. Fasano and
Fasano, Ippolito & Lee, LLC

BY: _____
JUNE M. SULLIVAN, Federal Bar #ct24462
DAVID HILL, Federal Bar #ct13435
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860) 522-6103
Fax: (860) 548-0006

4
GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS NO. 24029

23-Feb-05 02:28P

5

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill.  60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
230 Millbrook Road
North Haven, CT 06473

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center - P.O. Box 747
Cheshire, CT 06410

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT 06509


_____
MARY ANNE A. CHARRON