

349

FILED
2005 FEB 23 P 1:11
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION |
| | | NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | FEBRUARY 21, 2005 |

### MOTION TO JOIN IN CO-DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS MJCC CORPORATION AND MJCC REALTY, LIMITED PARTNERSHIP (A/K/A M.J.C.C. REALTY, LIMTED PARTNERSHIP)

The defendants, Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, hereby adopt the Objections to Motion for Entry of Final Default Judgment of the co-defendants Todd R. Bainer and Todd R. Bainer, LLC, which objection was filed on February 17, 2005, as well as the Objection of the co-defendant, Stanley F. Prymas, dated February 11, 2005.

March 1, 2005. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2005 MAR -1 P 12:45
U.S. DISTRICT COURT
HARTFORD, CT.

01cv531end349

Respectfully submitted,
DEFENDANTS,
LEONARD A. FASANO and FASANO,
IPPOLITO & LEE, LLC

By _____
David G. Hill
HALLORAN & SAGE LLP
Fed. Bar #ct13435
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Fax (860) 548-0006

10361.0088

**HALLORAN & SAGE LLP**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105