D

348

FILED
2005 FEB 17 P 4: 05
U.S. DISTRICT COURT
HARTFORD CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | February 16, 2005 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTIONS**
**ADDRESSED TO THE DEFENDANTS' COUNTERCLAIM**
**AND AFFIRMATIVE DEFENSES**

FILED
2005 MAR -1 P 12: 45
U.S. DISTRICT COURT
HARTFORD, CT

1. Pursuant to a recent order of this Court, Plaintiffs were granted leave until February 15, 2005 to resubmit Plaintiffs' Motions for Summary Judgment Addressed to the Counterclaim and Affirmative Defenses Asserted by the Defendants.

2. Due to the tremendous volume of work involved in responding to the Defendants' Motions for Summary Judgment, Plaintiffs' lead counsel (a solo practitioner) was not able to complete Plaintiffs' summary judgment responses until late in the afternoon on February 15th, and was not able to complete Plaintiffs' summary judgment motions until late in the day on February 16, 2005.

3. Accordingly, Plaintiffs respectfully request leave of court to file Plaintiffs' Summary Judgment Motions Addressed to

March 1, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

01cv531endd

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW
190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com