

**FILED**

2005 FEB 23 P 1: 11

U.S. DISTRICT COURT
HARTFORD, CT.

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

CADLE COMPANY, ET AL.            :        CIVIL ACTION
                                          NO: 3:01-CV-531 (AVC)

V.                               :

CHARLES A. FLANAGAN, ET AL.      :        FEBRUARY 21, 2005

## MOTION TO JOIN IN CO-DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS MJCC CORPORATION AND MJCC REALTY, LIMITED PARTNERSHIP (A/K/A M.J.C.C. REALTY, LIMTED PARTNERSHIP)

The defendants, Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, hereby

adopt the Objections to Motion for Entry of Final Default Judgment of the co-defendants

Todd R. Bainer and Todd R. Bainer, LLC, which objection was filed on February 17,

2005, as well as the Objection of the co-defendant, Stanley F. Prymas, dated February

11, 2005.

Respectfully submitted,
DEFENDANTS,
LEONARD A. FASANO and FASANO,
IPPOLITO & LEE, LLC

By_____
David G. Hill
HALLORAN & SAGE LLP
Fed. Bar #ct13435
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Fax (860) 548-0006

_Alfred v. Covello, U.S.D.J._

2005 MAR -1 P 12: 45
U.S. DISTRICT COURT
HARTFORD, CT.

March 1, 2005.
SO ORDERED.
GRANTED.

01CU531END349

10361.0088

**HALLORAN
& SAGE LLP**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105