UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | February 16, 2005 |
| Defendants. | § | |

**PLAINTIFFS' LOCAL RULE 56(a)1 STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT THOMPSON & PECK, INC.'S COUNTERCLAIM**

Pursuant to Local Rule 56(a)1, Plaintiffs The Cadle Company ("TCC") and D.A.N. Joint Venture, A Limited Partnership ("DJV") submit the following statement of undisputed material facts in support of Plaintiffs' Motion for Summary Judgment as to the Counterclaim submitted by Defendant Thompson & Peck, Inc. ("T&P").

1. There is no evidence to support T&P's counterclaim against Plaintiffs for bad faith litigation. (Px Q ¶1)

2. The summary judgment evidence shows (a) that there was, in fact, a good faith basis for Plaintiffs' claims; (b) that the suit was filed with probable cause; and (c) that there is, in fact, probable cause to support Plaintiffs' claims. (Px Q ¶2)

     3.    There is no basis for T&P's counterclaim because no final judgment has been entered in T&P's favor as to Plaintiffs' claims against T&P as asserted in this suit.  (Px Q ¶3)

<div style="margin-left:3em">
Respectfully submitted,<br>
ARMSTRONG LAW FIRM
</div>

DATED: February 16, 2005.    By_____

<div style="margin-left:3em">
F. Dean Armstrong<br>
Ct. Fed. Bar #CT22417<br>
1324 Dartmouth Road<br>
Flossmoor, IL 60422<br>
(708) 798-1599<br>
Fax (708) 798-1597<br>
<br>
Edward C. Taiman, Esq.<br>
SABIA & HARTLEY, LLC<br>
190 Trumbull Street<br>
Suite 202<br>
Hartford, CT 06103-2205<br>
(860) 541-2077<br>
Fax (860) 713-8944<br>
<br>
Attorneys for Plaintiffs<br>
The Cadle Company and<br>
D.A.N. Joint Venture,<br>
A Limited Partnership
</div>

### Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on February 16, 2005 to all defense counsel as shown on the attached Service List.

_____
F. Dean Armstrong