```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```

**THE CADLE COMPANY** and           §        No. 3:01CV531(AVC)
**D.A.N. JOINT VENTURE,**
**A LIMITED PARTNERSHIP,**          §

    Plaintiffs,                  §

vs.                                 §

**CHARLES A. FLANAGAN, et al.**     §        February 16, 2005

    Defendants.                  §

**PLAINTIFFS' LOCAL RULE 56(a)1 STATEMENT IN
SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AS TO THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANTS
<u>TODD R. BAINER AND TODD R. BAINER, LLC</u>**

Pursuant to Local Rule 56(a)1, Plaintiffs The Cadle Company ("TCC") and D.A.N. Joint Venture, A Limited Partnership ("DJV") submit the following statement of undisputed material facts in support of Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses Asserted by Defendants Todd R. Bainer and Todd R. Bainer, LLC (collectively, "Bainer").

    **A.**    <u>**Estoppel**</u>

    (1) There is no evidence to support the affirmative defense of estoppel as asserted by the Bainer Defendants. (Px T ¶1)

    (2) Any alleged failure to serve notices of court orders would simply be a defense to a portion of Plaintiffs' claims,

and not an affirmative defense for all of Plaintiffs' claims. (Px T ¶2)

(3)  There is no evidence that the Bainer Defendants were without notice of the court orders at issue in this case. (Px T ¶3)

### B. Payment

(4)  There is no evidence to support the affirmative defense of payment as asserted by the Bainer Defendants. (Px T ¶4)

(5)  While Plaintiff TCC received full payment on the final judgment rendered in the Federal Court Action, Plaintiffs did not receive full payment on the other judgment claims that Plaintiffs held against Charles A. Flanagan. (Px T ¶5)

### C. Unclean Hands

(6)  There is no evidence to support the affirmative defense of unclean hands as asserted by the Bainer Defendants. (Px T ¶6)

(7)  There is no evidence that any alleged improper conduct on the part of Plaintiffs has any connection with the claims of Plaintiffs against the Bainer Defendants in this suit, and thus constitute a basis for the affirmative defense of unclean hands. (Px T ¶7)

**D.   Vexatious Litigation**

(8) There is no evidence to support the affirmative defense of vexatious litigation as asserted by the Bainer Defendants.  (Px T ¶8)

(9) The summary judgment evidence shows (a) that there was, in fact, a good faith basis for Plaintiffs' claims; (b) that this suit was filed with probable cause; and (c) that there is, in fact, probable cause to support Plaintiffs' claims.  (Px T ¶9)

                                           Respectfully submitted,
                                           ARMSTRONG LAW FIRM

DATED: February 16, 2005.    By_____
                                           F. Dean Armstrong
                                           Ct. Fed. Bar #CT22417
                                           1324 Dartmouth Road
                                           Flossmoor, IL 60422
                                           (708) 798-1599
                                           Fax (708) 798-1597

                                           Edward C. Taiman, Esq.
                                           SABIA & HARTLEY, LLC
                                           190 Trumbull Street
                                           Suite 202
                                           Hartford, CT 06103-2205
                                           (860) 541-2077
                                           Fax (860) 713-8944

                                           Attorneys for Plaintiffs
                                           The Cadle Company and
                                           D.A.N. Joint Venture,
                                           A Limited Partnership

-4-

## Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on February 16, 2005 to all defense counsel as shown on the attached Service List.

_____
F. Dean Armstrong