UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | February 16, 2005 |
| Defendants. | § | |

**PLAINTIFFS' LOCAL RULE 56(a)1 STATEMENT IN SUPPORT
OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO
THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANTS
STANLEY F. PRYMAS AND THOMPSON & PECK, IN**

Pursuant to Local Rule 56(a)1, Plaintiffs The Cadle Company ("TCC") and D.A.N. Joint Venture, A Limited Partnership ("DJV") submit the following statement of undisputed material facts in support of Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses submitted by Defendants Stanley F. Prymas ("Prymas") and Thompson & Peck, Inc. ("T&P").

    **A.**    **Estoppel**

    1.    There is no evidence to support the affirmative defense of estoppel as asserted by Defendants Prymas and T&P. (Px R ¶1)

    2.    Any alleged failure to serve notices of court orders would simply be a defense to a portion of Plaintiffs' claims,

and not an affirmative defense to all of Plaintiffs' claims. (Px R ¶2)

3. There is no evidence that Defendants Prymas and T&P were without notice of the court orders at issue in this case. (Px R ¶3)

4. While Plaintiff TCC received full payment on the final judgment rendered in the federal court action, Plaintiffs did not receive full payment on the other judgment claims that Plaintiffs held against Flanagan. (Px R ¶4)

5. There is no evidence to support a claim that Plaintiffs engaged in overreaching and/or unethical conduct toward Defendants Prymas and/or T&P in the course of attempting to collect sums from Charles A. Flanagan. (Px R ¶5)

6. There is no evidence of any alleged overreaching and/or unethical conduct that has any connection with the claims of the Plaintiffs against Defendants Prymas and T&P in this suit, and thus there is no basis for the affirmative defense of estoppel. (Px R ¶6)

**B.  Payment**

7. There is no evidence to support the affirmative defense of payment as asserted by Defendants Prymas and T&P. (Px R ¶7)

8. While Plaintiff TCC received full payment on the final judgment rendered in the Federal Court Action, Plaintiffs did not receive full payment on the other judgment claims that Plaintiffs held against Flanagan. (Px R ¶8)

### C. Unclean Hands

9. There is no evidence to support the affirmative defense of unclean hands as asserted by Defendants Prymas and T&P. (Px R ¶9)

10. There is no evidence that any alleged improper conduct on the part of Plaintiffs has any connection with the claims of Plaintiffs against Defendants Prymas and T&P in this suit, and thus there is no basis for the affirmative defense of unclean hands. (Px R ¶10)

### D. Vexatious Litigation

11. There is no evidence to support the affirmative defense of vexatious litigation as asserted by Defendants Prymas and T&P. (Px R ¶11)

12. The summary judgment evidence shows (a) that there was, in fact, a good faith basis for Plaintiffs' claims; (b) that this suit was filed with probable cause; and (c) that there is, in fact, probable cause to support Plaintiffs' claims.

```
                                    Respectfully submitted,
                                    ARMSTRONG LAW FIRM


DATED: February 16, 2005.     By_____
                                    F. Dean Armstrong
                                    Ct. Fed. Bar #CT22417
                                    1324 Dartmouth Road
                                    Flossmoor, IL 60422
                                    (708) 798-1599
                                    Fax (708) 798-1597


                                    Edward C. Taiman, Esq.
                                    SABIA & HARTLEY, LLC
                                    190 Trumbull Street
                                    Suite 202
                                    Hartford, CT 06103-2205
                                    (860) 541-2077
                                    Fax (860) 713-8944

                                    Attorneys for Plaintiffs
                                    The Cadle Company and
                                    D.A.N. Joint Venture,
                                    A Limited Partnership
```

### Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on February 16, 2005 to all defense counsel as shown on the attached Service List.

```
                                    _____
                                    F. Dean Armstrong
```

-4-