UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and | § | No. 3:01CV531(AVC) |
| **D.A.N. JOINT VENTURE,** | | |
| **A LIMITED PARTNERSHIP,** | § | |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | February 16, 2005 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO
THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANTS LEONARD A.
FASANO AND FASANO, IPPOLITO & LEE, LLC**

**A.  Payment**

1. In their Second Affirmative Defense, Defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC (collectively, "Fasano") claim that "Defendant Flanagan paid all sums due in the Federal Court Collection Action to Plaintiff; therefore, Plaintiff suffered no loss in said action."  There is no basis for the affirmative defense of payment as asserted by the Fasano Defendants.

2. Summary judgment is appropriate as to the affirmative defense of payment because:

   (a) there is no evidence to support the affirmative defense of payment as asserted by the Fasano Defendants; and

   (b) while Plaintiff TCC received full payment on the final judgment rendered in the Federal Court Action, Plaintiffs did not receive

>     full payment on the other judgment claims
>     that Plaintiffs held against Flanagan.

    **B. <u>Waiver And Estoppel</u>**

    3. In their Third Affirmative Defense, the Fasano Defendants claim that "Plaintiffs' claim is barred by the doctrine of waiver and estoppel." There is no evidence to support the affirmative defenses of waiver and estoppel as asserted by the Fasano Defendants.

    4. Summary judgment is appropriate as to the affirmative defenses of waiver and estoppel because:

> (a) there is no evidence to support the affirmative defense of waiver as asserted by the Fasano Defendants; and
>
> (b) there is no evidence to support the affirmative defense of estoppel as asserted by the Fasano Defendants.

    **C.   <u>Satisfaction</u>**

    5. In their Fourth Affirmative Defense, the Fasano Defendants claim that "Plaintiffs' claim is barred by the doctrine of satisfaction." There is no evidence to support the affirmative defense of satisfaction as asserted by the Fasano Defendants.

    6. Summary judgment is appropriate as to the affirmative defense of satisfaction because:

> (a) there is no evidence to support the affirmative defense of satisfaction as asserted by the Fasano Defendants; and

    (b)    while TCC received full payment on the final judgment rendered in the Federal Court Action, Plaintiffs did not receive full payment on the other judgment claims that Plaintiffs held against Flanagan.

**D.**    **Unclean Hands**

7. In their Fifth Affirmative Defense, the Fasano Defendants claims that "Plaintiffs come to court with unclean hands." There is no evidence to support the affirmative defense of unclean hands as asserted by the Fasano Defendants.

8. Summary judgment is appropriate as to the affirmative defense of unclean hands because:

    (a)    there is no evidence to support the affirmative defense of unclean hands as asserted by the Fasano Defendants; and

    (b)    there is no evidence that any alleged improper conduct on the part of Plaintiffs has any connection with the claims of Plaintiffs against the Fasano Defendants in this suit, and thus there is no basis for the affirmative defense of unclean hands.

### PRAYER

Pursuant to Rule 56(c), Fed.R.Civ.P., Plaintiffs respectfully request that the Court enter summary judgment against the Fasano Defendants as to the Affirmative Defenses asserted by the Fasano Defendants.

```
                              Respectfully submitted,
                              ARMSTRONG LAW FIRM


DATED: February 16, 2005.     By_____
                                F. Dean Armstrong
                                Ct. Fed. Bar #CT22417
                                1324 Dartmouth Road
                                Flossmoor, IL 60422
                                (708) 798-1599
                                Fax (708) 798-1597


                                Edward C. Taiman, Esq.
                                SABIA & HARTLEY, LLC
                                190 Trumbull Street
                                Suite 202
                                Hartford, CT 06103-2205
                                (860) 541-2077
                                Fax (860) 713-8944

                                Attorneys for Plaintiffs
                                The Cadle Company and
                                D.A.N. Joint Venture,
                                A Limited Partnership
```

### Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on February 16, 2005 to all defense counsel as shown on the attached Service List.

```
                                   _____
                                   F. Dean Armstrong
```