UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and § | | No. 3:01CV531(AVC) |
| **D.A.N. JOINT VENTURE,** | | |
| **A LIMITED PARTNERSHIP,** § | | |
| Plaintiffs, § | | |
| vs. § | | |
| **CHARLES A. FLANAGAN, et al.** § | | February 16, 2005 |
| Defendants. § | | |

**PLAINTIFFS' LOCAL RULE 56(a)1 STATEMENT IN
SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AS TO THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANTS
LEONARD A. FASANO AND FASANO, IPPOLITO & LEE, LLC**

Pursuant to Local Rule 56(a)1, Plaintiffs The Cadle Company ("TCC") and D.A.N. Joint Venture, A Limited Partnership ("DJV") submit the following statement of undisputed material facts in support of Plaintiffs' Motion for Summary Judgment as to the Affirmative Defenses Asserted by Defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC (collectively, "Fasano").

 **A.** **Payment**

 (1) There is no evidence to support the affirmative defense of payment as asserted by the Fasano Defendants. (Px S ¶1)

 (2) While Plaintiff TCC received full payment on the final judgment rendered in the Federal Court Action, Plaintiffs did not receive full payment on the other judgment claims that

Plaintiff held against Charles A. Flanagan ("Flanagan").  (Px S ¶2)

    **B.**    **Waiver And Estoppel**

(3)  There is no evidence to support the affirmative of waiver as asserted by the Fasano Defendants.  (Px S ¶3)

(4)  There is no evidence to support the affirmative defense of estoppel as asserted by the Fasano Defendants.  (Px S ¶4)

    **C.**    **Satisfaction**

(5)  There is no evidence to support the affirmative defense of satisfaction as asserted by the Fasano Defendants.  (Px S ¶5)

(6)  While TCC received full payment of the final judgment rendered in the Federal Court Action, Plaintiffs did not receive full payment on the other judgment claims that Plaintiffs held against Flanagan.  (Px S ¶6)

    **D.**    **Unclean Hands**

(7)  There is no evidence to support the affirmative defense of unclean hands as asserted by the Fasano Defendants.  (Px S ¶7)

(8)  There is no evidence that any alleged improper conduct on the part of Plaintiffs has any connection with the claims of Plaintiffs against the Fasano Defendants in this suit, and thus

there is no basis for the affirmative defense of unclean hands as asserted by the Fasano Defendants.  (Px S ¶8)

                              Respectfully submitted,
                              ARMSTRONG LAW FIRM

DATED: February 16, 2005.        By_____
                                      F. Dean Armstrong
                                      Ct. Fed. Bar #CT22417
                                      1324 Dartmouth Road
                                      Flossmoor, IL 60422
                                      (708) 798-1599
                                      Fax (708) 798-1597

                                      Edward C. Taiman, Esq.
                                      SABIA & HARTLEY, LLC
                                      190 Trumbull Street
                                      Suite 202
                                      Hartford, CT 06103-2205
                                      (860) 541-2077
                                      Fax (860) 713-8944

                                      Attorneys for Plaintiffs
                                      The Cadle Company and
                                      D.A.N. Joint Venture,
                                      A Limited Partnership

### Certificate of Service

    I certify that a correct copy of the foregoing instrument was faxed and mailed on February 16, 2005 to all defense counsel as shown on the attached Service List.

                                      _____
                                      F. Dean Armstrong