March 1, 2005. Denied for failure to comply with Local Rules 7(a)(1) and 56(a)(4) requiringfa memorandum of law.
SO ORDERED.
Alfred V. Covello/U.S.D.J. FILED

FILED
2005 FEB 17 P 4:06
U.S. DISTRICT COURT
HARTFORD CT

2005 MAR -1 P 12:45
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY and           §      No. 3:01CV531(AVC)
D.A.N. JOINT VENTURE,
A LIMITED PARTNERSHIP,          §

        Plaintiffs,             §

vs.                             §

CHARLES A. FLANAGAN, et al.     §      February 16, 2005

        Defendants.             §

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT THOMPSON & PECK'S COUNTERCLAIM

In its three count Counterclaim, Defendant Thompson & Peck, Inc. ("T&P") asserts that Plaintiffs' claims herein "were filed without probable cause" (¶2); that "[t]here is no probable cause to support said claims" (¶3); and that Plaintiffs' claims "were made with a malicious intent unjustly to vex and trouble said Defendant." (¶5) There is no evidence to support T&P's Counterclaim.

2. Summary judgment is appropriate as to T&P's Counterclaim because:

(a) there is no evidence to support T&P's Counterclaim for bad faith litigation;

(b) the summary judgment evidence shows that there was, in fact, a good faith basis for Plaintiffs' claims; that the suit was filed with probable cause; and that there is, in fact, probable cause to support Plaintiffs' claims; and

01CV531endb

SABIA & HARTLEY, LLC | 190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
ATTORNEYS AT LAW    | tel 860.541.2077  fax 860.713.8944  www.sabiahart.com