FILED

2005 FEB 17 P 4: 05

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

No. 3:01CV531(AVC)

THE CADLE COMPANY and
D.A.N. JOINT VENTURE,
A LIMITED PARTNERSHIP,
§
§
§

Plaintiffs,
§

vs.
§

CHARLES A. FLANAGAN, et al.
§
February 16, 2005

Defendants.
§

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO
THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANTS
TODD R. BAINER AND TODD R. BAINER, L.L.C.**

**A.    Estoppel**

1.    In their Second Affirmative Defense, Defendants Todd
R. Bainer and Todd R. Bainer, L.L.C. (collectively, "Bainer")
claim that "Plaintiffs are estopped and barred from prosecuting
this action against defendants [Bainer] as a result of its own
conduct in that plaintiffs failed to serve defendants [Bainer] .
. . notices of Court orders."   There is no evidence to support
the affirmative defense of estoppel as asserted by the Bainer
Defendants.

2.    Summary judgment is appropriate as to the affirmative
defense of estoppel because:

(a)    there is no evidence to support the
affirmative defense of estoppel as asserted
by the Bainer Defendants;

*[left margin, rotated text:]* In that no memorandum of law has been submitted. Denied for failure to comply with Local Rule 7(a)(1) and Rule 56(a)(4). March 1, 2005. SO ORDERED.

S.D.J.

2005 MAR -1 P 12: 45    DISTRICT COURT

01CV531 endc

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street    Suite 202    Hartford, CT 06103-2205
tel 860.541.2077    fax 860.713.8944    www.sabiahart.com