FILED
2005 FEB 17 P 4: 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | February 16, 2005 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO
THE AFFIRMATIVE DEFENSES ASSERTED BY
DEFENDANTS STANLEY F. PRYMAS AND THOMPSON & PECK**

A.  **Estoppel**

1.  In their First Affirmative Defense, Defendants Stanley F. Prymas ("Prymas") and Thompson & Peck, Inc. ("T&P") claim that Plaintiffs are "estopped in prosecuting this action" because (a) Plaintiffs failed to take any steps to have notice of court orders served on Prymas and T&P; (b) Plaintiffs received full payment on the federal court collection action; and (c) Plaintiffs "engaged in overreaching and/or unethical conduct toward defendants Prymas and/or [T&P] . . . in the course of attempting to collect sums from defendant Flanagan." There is no evidence to support the affirmative defense of estoppel as asserted by Defendants Prymas and T&P.

2.  Summary judgment is appropriate as to the affirmative defense of estoppel because:

March 1, 2005. Denied for failure to comply with Local Rules 7(a)(1) and 56(a)(4) requiring a memorandum of law. SO ORDERED.

Alfred V. Covello, U.S.D.J.

2005 MAR -1 P 12:45
U.S. DISTRICT COURT
HARTFORD, CT.

01CV531ENDE

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com