FILED

2005 FEB 17 P 4:06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | February 16, 2005 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO
THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANTS LEONARD A.
FASANO AND FASANO, IPPOLITO & LEE, LLC**

A.  **Payment**

1.  In their Second Affirmative Defense, Defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC (collectively, "Fasano") claim that "Defendant Flanagan paid all sums due in the Federal Court Collection Action to Plaintiff; therefore, Plaintiff suffered no loss in said action." There is no basis for the affirmative defense of payment as asserted by the Fasano Defendants.

2.  Summary judgment is appropriate as to the affirmative defense of payment because:

   (a) there is no evidence to support the affirmative defense of payment as asserted by the Fasano Defendants; and

   (b) while Plaintiff TCC received full payment on the final judgment rendered in the Federal Court Action, Plaintiffs did not receive

---

March 1, 2005. Denied for failure to comply with Local Rules 7(a)(1) and 56(a)(4) requiring a memorandum of law. SO ORDERED.

Alfred V. Covello

01CV531(AVC)