UNITE STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY and           :
D.A.N. JOINT VENTURE,           :          Case No.: 3:01 cv 531 AVC
A LIMITED PARTNERSHIP           :
                                :
                                :
v.                              :
                                :
CHARLES A. FLANAGAN, ET AL.     :          March 2, 2005

## MOTION TO AMEND SCHEDULING ORDER

      The defendant Charles A. Flanagan ("Flanagan") respectfully moves this Court to amend the current scheduling order in this case with respect to the deadline for the Joint Trial Memorandum to be filed by the plaintiffs The Cadle Company and D.A.N. Joint Venture, L.P. (the "Plaintiffs") and Flanagan in connection with the Plaintiffs' action objecting to Flanagan's bankruptcy discharge pursuant to 11 U.S.C. § 727 (the "Objection to Discharge Action"). Simultaneous with this motion, Flanagan has filed a Motion to Sever Action or for Separate Trials and Motion to Refer Action to Bankruptcy Court, wherein Flanagan seeks to separate the Objection to Discharge Action from the Plaintiffs' action seeking damages under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1961, et seq.) (the "RICO Action") and to refer the Objection to Discharge Action back to the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court"). The current scheduling order requires that the Joint Trial Memorandum be filed by March 18, 2005. Should the Objection to Discharge Action be returned to Bankruptcy Court, no Joint Trial Memorandum would be required under the standing orders of the Bankruptcy Court. Accordingly, Flanagan requests that the scheduling order be modified so that the deadline for filing the Joint Trial Memorandum in the Objection to

Discharge Action only[1] be extended until fourteen (14) days after the Court rules on the Motion to Sever Action or for Separate Trials and Motion to Refer Action to Bankruptcy Court.

The undersigned has spoken to Dean Armstrong, counsel for the Plaintiffs, and he stated that he has no objection to the granting of this motion. Counsel for the defendants in the RICO Action have not been consulted since they are not parties to the Objection to Discharge Action and would not participate in the Joint Trial Memorandum in the Objection to Discharge Action. This is the first extension of time requested by this party as to this deadline.

CHARLES A. FLANAGAN,

By: _____
        Douglas S. Skalka (CT 00616)
        James A. Lenes (CT 10408)
        Neubert, Pepe & Monteith, P.C.
        195 Church Street, 13th Floor
        New Haven, CT 06510
        Telephone No.: 203-821-2000

---

[1] No extension is sought with respect to the deadline for filing the Joint Trial Memorandum in the RICO Action.

<u>**CERTIFICATION**</u>

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, on

March 2, 2005  to:

Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

F. Dean Armstrong
639 Perth Ave.
Flossmoor, IL 60422

David G. Hill
June Sullivan
Halloran & Sage
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103

Peter C. Schwartz, Mary Anne Charron
R. Bradley Wolfe, Gerald R. Swirsky
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Barbara L. Cox
William F. Gallagher
Gallagher & Calistro
1377 Boulevard, Po Box 1925
New Haven, CT 06509-1925

Todd R. Bainer
71 Cedar St.
Branford, CT 06405

Bradley K. Cooney
69 Island Avenue
Madison, CT  06443

By: _____
    James A. Lenes (CT 10408)
    Neubert, Pepe & Monteith, P.C.
    195 Church Street, 13th Floor
    New Haven, CT  06510
    Telephone No. (203) 821-2000