UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN**, et al. | § | March 8, 2005 |
| Defendants. | § | |

**PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS MJCC CORPORATION AND MJCC REALTY, LIMITED PARTNERSHIP (A/K/A M.J.C.C. REALTY LIMITED PARTNERSHIP)**

1.  The objecting Defendants claim that Plaintiffs' local counsel, Ed Taiman, Esq., has a conflict of interest because he represents MJCC Realty, Limited Partnership in another proceeding.  Any alleged conflict of interest has been waived by Attorney Taiman's clients.  <u>See</u> affidavit of Ed Taiman, Esq., attached hereto as Px A and Rule 1.7(b)(2), Conn. Rules Prof. Conduct.

2.  As far as Plaintiffs' damage prove-up, Plaintiffs have withdrawn their claim for the $65,000 in attorneys' fees associated with the Gaide grievance.  A new proposed form of final judgment is submitted with this Reply.

-2-

**PRAYER**

Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants MJCC Corporation and MJCC Realty, Limited Partnership (a/k/a M.J.C.C. Realty Limited Partnership), and that the Court enter the final default judgment against Defendants MJCC Corp. and MJCC Limited as set forth in the proposed form of final default judgment submitted with this Reply.

                Respectfully submitted,
                ARMSTRONG LAW FIRM

DATED: March 8, 2005.    By_____
                F. Dean Armstrong
                Ct. Fed. Bar #CT22417
                1324 Dartmouth Road
                Flossmoor, IL 60422
                (708) 798-1599
                Fax (708) 798-1597

                Edward C. Taiman, Esq.
                SABIA & HARTLEY, LLC
                190 Trumbull Street
                Suite 202
                Hartford, CT 06103-2205
                (860) 541-2077
                Fax (860) 713-8944

                Attorneys for Plaintiffs
                The Cadle Company and
                D.A.N. Joint Venture,
                A Limited Partnership

-3-

## Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on March 8, 2005 to all defense counsel as shown on the attached Service List.

_____
F. Dean Armstrong