UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § | No. 3:01CV531(AVC) |
| | § | |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | March 8, 2005 |
| Defendants. | § | |

### AFFIDAVIT OF ED TAIMAN, ESQ.

My name is Ed Taiman. I am over the age of 21, fully competent to make this affidavit, and personally acquainted with the facts as set forth herein. If called as a witness upon the trial of this case, I could and would testify as follows:

1. I am local counsel for the Plaintiffs in the above litigation.

2. In addition, I am counsel for MJCC Realty, Limited Partnership ("MJCC") in another proceeding.

3. I have conferred with the designated representatives of both the Plaintiffs in this proceeding and the representative of MJCC, and I have been informed that if any conflict of interest exists in connection with my dual representation, any such alleged conflict has been expressly waived by each of my clients.

I know the above facts from personal knowledge and they are true and correct.

_____
Ed Taiman

SWORN TO AND SUBSCRIBED TO BEFORE ME by the said Ed Taiman on this the 8th day of March, 2005.

_____
Notary Public
State of Connecticut

My commission expires:

9-30-08

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW
190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com