UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | MARCH 7, 2005 |

### MOTION FOR ENLARGEMENT OF TIME FOR FASANO DEFENDANTS TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT FASANO'S MOTION FOR SUMMARY JUDGMENT AND TO REPLY TO PLAINTIFFS' AMENDED LOCAL RULE 56(a)(2) STATEMENT IN OPPOSITION TO DEFENDANT FASANO'S MOTION FOR SUMMARY JUDGMENT

The defendants, Leonard A. Fasano and Fasano & Ippolito, n/k/a Fasano, Ippolito & Lee, LLC, respectfully requests an extension of time in which to reply to Plaintiffs' response to Defendant Fasano's Motion for Summary Judgment dated February 15, 2005, and Plaintiffs' Amended Local Rule 56(a)(2) Statement in Opposition to Defendant Fasano's Motion for Summary Judgment dated February 15, 2005.  The defendants request that the Court extend the time for their response until five business days after the plaintiffs comply with Fasano defendants' discovery requests, including disclosure of all plaintiffs' exhibits.

In support of the present motion, the undersigned defendants submit that the additional time will not cause any undue hardship or prejudice to the plaintiffs.  This case is scheduled to begin jury selection in May 2005.  This request is the first such request for additional time to reply to these particular documents by the Fasano defendants.

10361.0088

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Additionally, in support of this motion, the defendants offer the following:

1. On February 15, 2005, plaintiffs filed their response to Defendant Fasano's Motion for Summary Judgment and Amended Local Rule 56(a)(2) Statement in Opposition to Defendant Fasano's Motion for Summary Judgment, which incorporated several references to plaintiffs' exhibits not yet received by defendant Fasano.

2. Previously, on February 10, 2005, undersigned defendants requested that the plaintiffs provide certain discovery responses (see attached letter dated February 10, 2005, Exhibit A).

3. On February 11, 2005, plaintiffs' counsel reassured defendants that he would provide the materials in response to the discovery requests (see attached letter dated February 11, 2005, as Exhibit B).

4. As of today's date, defendants have not received said documents.

5. In order to properly reply to Plaintiffs' Response to Defendant Fasano's Motion for Summary Judgment and Plaintiffs' Amended Local Rule 56(a)(2) Statement, the undersigned defendants must have plaintiffs' exhibits.

WHEREFORE, the undersigned defendants hereby request additional time for filing the reply to Plaintiffs' Response to Defendant Fasano's Motion for Summary Judgment and Plaintiffs' Amended Local Rule 56(a)(2) Statement.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        Respectfully submitted,
        DEFENDANTS,
        LEONARD A. FASANO and FASANO,
        IPPOLITO & LEE, LLC


By_____
        June M. Sullivan
        HALLORAN & SAGE  LLP
        Fed. Bar #ct24462
        One Goodwin Square
        225 Asylum Street
        Hartford, CT  06103
        (860) 522-6103
        Fax (860) 548-0006

CERTIFICATION

This is to certify that on this ___ day of March 2005, I hereby mailed a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas**
**& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026
**For Defendant Charles A. Flanagan**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
**For Defendant Todd R. Bainer**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide &**
**Associates, LLC**

US Trustee
U.S. Trustee Office
265 Church Street, Suite 1103
New Haven, CT  06510-7016

Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
**For Defendants Karen T. Gerber, Esq.**
**Nuzzo & Roberts, LLC, Movant**

_____
June M. Sullivan

660751_1.DOC

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105