

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | MARCH 7, 2005 |

### MOTION FOR ENLARGEMENT OF TIME FOR FASANO DEFENDANTS TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT FASANO'S MOTION FOR SUMMARY JUDGMENT AND TO REPLY TO PLAINTIFFS' AMENDED LOCAL RULE 56(a)(2) STATEMENT IN OPPOSITION TO DEFENDANT FASANO'S MOTION FOR SUMMARY JUDGMENT

The defendants, Leonard A. Fasano and Fasano & Ippolito, n/k/a Fasano, Ippolito & Lee, LLC, respectfully requests an extension of time in which to reply to Plaintiffs' response to Defendant Fasano's Motion for Summary Judgment dated February 15, 2005, and Plaintiffs' Amended Local Rule 56(a)(2) Statement in Opposition to Defendant Fasano's Motion for Summary Judgment dated February 15, 2005. The defendants request that the Court extend the time for their response until five business days after the plaintiffs comply with Fasano defendants' discovery requests, including disclosure of all plaintiffs' exhibits.

In support of the present motion, the undersigned defendants submit that the additional time will not cause any undue hardship or prejudice to the plaintiffs. This case is scheduled to begin jury selection in May 2005. This request is the first such request for additional time to reply to these particular documents by the Fasano defendants.

March 16, 2005.  GRANTED.  Further, the court orders counsel for the plaintiffs to furnish the outstanding discovery on or before the close of business, Wednesday, March 23, 2005.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

10361.0088

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105