

346

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY and            §        No. 3:01CV531(AVC)
D.A.N. JOINT VENTURE,
A LIMITED PARTNERSHIP,           §

    Plaintiffs,                   §

vs.                              §

CHARLES A. FLANAGAN, et al.      §        February 16, 2005

    Defendants.          .       §

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED AND CORRECTED
SUMMARY JUDGMENT RESPONSES AND RULE 56(a)2 STATEMENTS**

    1.    Pursuant to recent Order of this Court, Plaintiffs
were ordered to file separate summary judgment responses and
amended Rule 56(a)2 statements in response to three summary
judgments motions submitted by the Defendants.

    2.    A lot of work was accomplished in short period of
time, and Plaintiffs were able to file their separate summary
judgments responses and amend their Rule 56(a)2 statements by
the close of business on February 15, 2005.

    3.    There were, however, a couple of typographical errors
and citation mistakes, which Plaintiffs seek to correct by the
filing on this date of amended and corrected summary judgment
responses and amended and corrected Rule 56(a)2 statements.
There are no substantive changes to the summary judgment
responses or Rule 56(a)2 statements, and the citation

GRANTED.
Alfred V. Covello, U.S.D.J.

March 22, 2005.
SO ORDERED.



2005 FEB 16 P 4:01

U.S. DISTRICT COURT

FILED

**SABIA & HARTLEY, LLC**
ATTORNEYS AT LAW   |   190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com