## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL : <br>    Plaintiff : <br> : <br> VS. : <br> : <br> CHARLES A. FLANAGAN, ET AL : <br>    Defendants | Case No. 3:01-CV 531 <br> (AVC) <br><br><br><br> MARCH 18, 2005 |

**MOTION FOR PERMISSION TO FILE REPLY IN SUPPORT OF
SUMMARY JUDGMENT MOTION OUT OF TIME**

Defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move for permission to file a reply memorandum of law in support of their motion for summary judgment for the following reasons:

1. Defendants moved for summary judgment on or about May 15, 2004. In response to the Court's rulings on defendants' motions to strike certain of plaintiffs' original responses to the motions for summary judgment, plaintiffs filed corrected papers in opposition to defendants' motion for summary judgment on February 15, and, subsequently on February 16, 2005.

2. Defendants were unable to reply to plaintiffs' opposing papers before this time because of (1) the complexity of the issues involved in this civil RICO case, and (2) the undersigned counsel's travel out of the country from February 26 through March 6, 2005.

3. Defendants believe that a reply memorandum will be of assistance to the Court, especially in light of new case law and cases that have come to the

1

undersigned counsel's attention since filing the original memorandum of law approximately ten months ago.

*Respectfully Submitted,*

THE DEFENDANTS,
Stanley F. Prymas
and Thompson & Peck, Inc.

BY: _____
BARBARA L. COX,
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT 06509
Tel:  (203) 624-4165
Fax: (203) 865-5598

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.  
1324 Dartmouth Road  
Flossmoor, Ill.  60422

Edward C. Taiman, Esq.  
Michael G. Albano, Esq.  
Sabia & Hartley, LLC  
190 Trumbull Street, #202  
Hartford, CT  06103-2205

Todd R. Bainer, Esq.  
P.O. Box 1092  
Branford, CT 06405  
Box 747

Mary Anne A. Charron, Esq.  
Gerald R. Swirsky, Esq.  
R. Bradley Wolfe, Esq.  
Gordon, Muir & Foley  
Hartford Square North  
Ten Columbus Boulevard  
Hartford, CT 06106

Douglas S. Skalka, Esq.  
James A. Lenes, Esq.  
Neubert, Pepe & Monteith  
195 Church Street, 13th Floor  
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.  
69 Island Avenue  
Madison, CT 06443

David G. Hill  
June Sullivan, Esq.  
Halloran & Sage, LLP  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

Lisa G. Flanagan, *pro se*  
230 Millbrook Road  
North Haven, CT 06473

Paul Morgan Gaide, Esq.  
713 Lovely Street  
Avon, CT 06001

Richard Roberts, Esq.  
Karen T. Gerber, Esq.  
Amber J. Branciforte, Esq.  
Nuzzo & Roberts, LLC  
    One Town Center - P.O.

Cheshire, CT 06410

.

_____  
BARBARA L. COX