# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2005 MAR 22 A 11: 15

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | MARCH 18, 2005 |

## MOTION FOR PERMISSION TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION OUT OF TIME

Defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move for permission to file a reply memorandum of law in support of their motion for summary judgment for the following reasons:

1. Defendants moved for summary judgment on or about May 15, 2004. In response to the Court's rulings on defendants' motions to strike certain of plaintiffs' original responses to the motions for summary judgment, plaintiffs filed corrected papers in opposition to defendants' motion for summary judgment on February 15, and, subsequently on February 16, 2005.

2. Defendants were unable to reply to plaintiffs' opposing papers before this time because of (1) the complexity of the issues involved in this civil RICO case, and (2) the undersigned counsel's travel out of the country from February 26 through March 6, 2005.

3. Defendants believe that a reply memorandum will be of assistance to the Court, especially in light of new case law and cases that have come to the

March 23, 2005.  GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

1