<u>**1UNITED STATES DISTRICT COURT**</u>

<u>**DISTRICT OF CONNECTICUT**</u>

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>   Plaintiff | : <br> : <br> : | Case No. 3:01-CV 531<br> (AVC) |
| VS. | : <br> : <br> : | |
| CHARLES A. FLANAGAN, ET AL<br>   Defendants | : | MARCH 18, 2005 |

**NOTICE OF MANUAL FILING OF EXHIBITS TO
REPLY IN SUPPORT OF PRYMAS AND THOMPSON & PECK'S
MOTION FOR SUMMARY JUDGMENT**

Notice is hereby given that the Defendants Stanley F. Prymas and Thompson & Peck have manually filed exhibits A and B to their Reply in Support of Motion for Summary Judgment, dated March 18, 2005, for the reason that the exhibits could not easily be downloaded.

*Respectfully Submitted,*

THE DEFENDANTS,
Stanley F. Prymas
and Thompson & Peck, Inc.

BY: _____
BARBARA L. COX,
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT 06509
Tel: (203) 624-4165
Fax: (203) 865-5598

<u>*CERTIFICATION OF SERVICE*</u>

      This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.  
1324 Dartmouth Road  
Flossmoor, Ill.  60422

Edward C. Taiman, Esq.  
Michael G. Albano, Esq.  
Sabia & Hartley, LLC  
190 Trumbull Street, #202  
Hartford, CT  06103-2205

Todd R. Bainer, Esq.  
P.O. Box 1092  
Branford, CT 06405  
Box 747

Mary Anne A. Charron, Esq.  
Gerald R. Swirsky, Esq.  
R. Bradley Wolfe, Esq.  
Gordon, Muir & Foley  
Hartford Square North  
Ten Columbus Boulevard  
Hartford, CT 06106

Douglas S. Skalka, Esq.  
James A. Lenes, Esq.  
Neubert, Pepe & Monteith  
195 Church Street, 13th Floor  
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.  
69 Island Avenue  
Madison, CT 06443

David G. Hill  
June Sullivan, Esq.  
Halloran & Sage, LLP  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

Lisa G. Flanagan, *pro se*  
230 Millbrook Road  
North Haven, CT 06473

Paul Morgan Gaide, Esq.  
713 Lovely Street  
Avon, CT 06001

Richard Roberts, Esq.  
Karen T. Gerber, Esq.  
Amber J. Branciforte, Esq.  
Nuzzo & Roberts, LLC  
    One Town Center - P.O.

Cheshire, CT 06410

.

_____  
BARBARA L. COX

2