<u>**1UNITED STATES DISTRICT COURT**</u>

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
|     Plaintiff | : |   (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | MARCH 21, 2005 |
|     Defendants | | |

<u>**MOTION FOR JOINDER**</u>

Defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move to join Charles Flanagan's Motion to Sever Action or for Separate Trials, dated March 2, 2005, for the reasons stated in said motion and incorporated memorandum of law.

In addition to the grounds asserted in Flanagan's motion, defendants Prymas and Thompson & Peck will be prejudiced by evidence relating to Flanagan's bankruptcy discharge and Flanagan's other conduct, unrelated to Prymas and Thompson & Peck. Plaintiffs' civil RICO claims against Prymas and Thompson & Peck are premised on a theory of guilt by association, rather than any actual civil RICO violation. Consequently, the trial of Flanagan's bankruptcy discharge should be severed and tried separately from plaintiffs' civil RICO claims.

*Respectfully Submitted,*

THE DEFENDANTS,
Stanley F. Prymas
and Thompson & Peck, Inc.

BY: _____
BARBARA L. COX,
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT 06509
Tel: (203) 624-4165
Fax: (203) 865-5598

## *CERTIFICATION OF SERVICE*

   This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill.  60422-2146

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center - P.O. Box 747
Cheshire, CT 06410

.

_____
  BARBARA L. COX