UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|    Defendants. | : | APRIL 18, 2005 |

### PLAINTIFFS' MOTION FOR PERMISSION TO FILE BRIEF EXCEEDING FORTY PAGES

      The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby request permission to file with the court a brief exceeding the 40 page limit as set forth in U.S. District Court Local Rule 7(a)2.  Said local rule states in pertinent part that "[E]xcept by permission of the Court, briefs or memoranda shall not exceed forty (40) . . . pages of double spaced standard typographical print . . . ."  Plaintiffs have this date filed with the Court the following documents:  Plaintiffs' Second Amended Response to Defendant Bainer's Motion for Summary Judgment, Plaintiffs' Second Amended Response to Fasano's Motion for Summary Judgment; and Plaintiffs' Second Amended Response to Defendant Prymas and Thompson & Peck's Motion for Summary Judgment.

     As this Court is aware, the case before the Court is complex, involving various claims brought under the RICO Act.  In order to adequately brief the issues raised in Defendants' Motions for Summary Judgment, Plaintiffs have found they cannot accomplish the same

without exceeding the 40 page limit as set forth in the Local Rules. The Defendants have made an number of allegations, each of which require a detailed response. By allowing Plaintiffs to exceed the 40 page limit, they will be able to fully respond to the pending motions.

WHEREFORE, Plaintiffs request relief in accordance with the foregoing.

                               THE CADLE COMPANY AND
                               D.A.N. JOINT VENTURE, L.P.


By:_____
    Edward C. Taiman, Jr.
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    (860) 541-2077
    Fed. Bar No. ct01319

    and

    F. Dean Armstrong, Esq.
    1324 Dartmouth Road
    Flossmoor, IL 60422
    Federal Bar No. ct22417

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 18th day of April, 2005, to the following:

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson & Peck, Inc.)

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th floor
New Haven, CT 06510
(counsel for Charles A. Flanagan)

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and Fasano & Ippolito, LLC)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410-0747

By:_____
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. ct01319

E:\WPDOCS\CADLE\Flanagan\RICO\MtPerm4.18.05.wpd