392

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
| Defendants. | : | APRIL 18, 2005 |

## PLAINTIFFS' MOTION FOR PERMISSION TO FILE BRIEF EXCEEDING FORTY PAGES

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership, hereby request permission to file with the court a brief exceeding the 40 page limit as set forth in U.S. District Court Local Rule 7(a)2. Said local rule states in pertinent part that "[E]xcept by permission of the Court, briefs or memoranda shall not exceed forty (40) . . . pages of double spaced standard typographical print . . . ." Plaintiffs have this date filed with the Court the following documents: Plaintiffs' Second Amended Response to Defendant Bainer's Motion for Summary Judgment, Plaintiffs' Second Amended Response to Fasano's Motion for Summary Judgment; and Plaintiffs' Second Amended Response to Defendant Prymas and Thompson & Peck's Motion for Summary Judgment.

As this Court is aware, the case before the Court is complex, involving various claims brought under the RICO Act. In order to adequately brief the issues raised in Defendants' Motions for Summary Judgment, Plaintiffs have found they cannot accomplish the same

April 19, 2005. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2005 APR 18 P 4: 53
US DISTRICT COURT
HARTFORD, CT

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW
190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com