UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and | § | No. 3:01CV531(AVC) |
| **D.A.N. JOINT VENTURE,** | | |
| **A LIMITED PARTNERSHIP,** | § | |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.,** | § | April 18, 2005 |
| Defendants. | § | |

### PLAINTIFFS' SUPPLEMENTAL APPENDIX OF DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

                                Respectfully submitted,
                                ARMSTRONG LAW FIRM

DATED: April 18, 2005.      By_____/s/_____
                                            F. Dean Armstrong
                                            Ct. Fed. Bar #CT22417
                                            1324 Dartmouth Road
                                            Flossmoor, IL 60422
                                            (708) 798-1599
                                            Fax (708) 798-1597

                                            Edward C. Taiman, Esq.
                                            SABIA & HARTLEY, LLC
                                            190 Trumbull Street
                                            Suite 202
                                            Hartford, CT 06103-2205
                                            (860) 541-2077
                                            Fax (860) 713-8944

                                            Attorneys for Plaintiffs
                                            The Cadle Company and
                                            D.A.N. Joint Venture,
                                            A Limited Partnership

**INDEX OF EXHIBITS**

| | |
|---|---|
| Px O | Affidavit of Stanley Prymas |
| Px P(a) | Chronology of Predicate Acts |
| Px Q | Affidavit of Charles A. Flanagan |
| Px R | Supplemental Affidavit of F. Dean Armstrong |
| Px 131 | December 10, 1998 letter to Bainer from Fasano |
| Px 141 | May 5, 1998 fascimile coversheet with attachment |
| Px 156 | April 22, 1998 letter to Attorney Gallagher from Fasano |
| Px 183 | September 18, 1998 appraisal |

## Certificate of Service

I certify that a true and correct copy of the foregoing instrument was mailed on April 18, 2005 to all defense counsel as shown on the attached Service List.

_____
F. Dean Armstrong