**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **THE CADLE COMPANY, ET AL** | : | **CIVIL ACTION NO.** |
| Plaintiffs, | : | **3:01CV531(AVC)** |
| | : | |
| vs. | : | |
| | : | |
| **CHARLES A . FLANAGAN, ET AL** | : | |
| Defendants. | : | **APRIL 18, 2005** |

**NOTICE OF MANUAL FILING**

_____Please take notice that the Plaintiffs, The Cadle Company and D.A.N. Joint Venture, L.P. has manually filed the following documents:

1. Exhibits: Px 0, PX P(a), Px Q, Px R, Px 131, Px 141, Px 156, and Px 183 to Plaintiffs' Supplemental Appendix of Documents In Opposition to Defendants' Motions for Summary Judgment.

These documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

                                            THE CADLE COMPANY AND
                                            D.A.N. JOINT VENTURE, L.P.

                                            By:_____
                                            Edward C. Taiman, Jr.
                                            Sabia & Hartley, LLC
                                            190 Trumbull Street, Suite 202
                                            Hartford, CT 06103
                                            (860) 541-2077
                                            Fed. Bar No. ct01319

                                            and

                                            F. Dean Armstrong, Esq.
                                            1324 Dartmouth Road
                                            Flossmoor, IL 60422
                                            Federal Bar No. ct22417