UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY, et al.,** § | | No. 3:01CV531(AVC) |
| Plaintiffs, § | | |
| vs. § | | |
| **CHARLES A. FLANAGAN, et al.,** § | | April 20, 2005 |
| Defendants. § | | |

### PLAINTIFFS' MOTION TO SUPPLEMENT SUMMARY JUDGMENT RECORD

Pursuant to Rule 15(d), Fed.R.Civ.P., Plaintiffs' request leave of Court to Supplement the Summary Judgment Record to add as Px 199 (faxed letter from Defendant Bainer dated April 19, 2005) as additional evidence of Defendant Bainer's use of interstate wire communications in an effort to intimidate opposing counsel to back off the prosecution of litigation against Bainer or Bainer's clients. (<u>See</u> Plaintiffs' Second Amended Response to Defendant Bainer's Motion for Summary Judgment p. 28, bottom of page)

                   Respectfully submitted,
                   ARMSTRONG LAW FIRM

DATED: April 20, 2005.   By_____/s/_____
                   F. Dean Armstrong
                   Ct. Fed. Bar #CT22417
                   1324 Dartmouth Road
                   Flossmoor, IL 60422
                   (708) 798-1599
                   Fax (708) 798-1597

-2-

>                    Edward C. Taiman, Esq.
>                    SABIA & HARTLEY, LLC
>                    190 Trumbull Street
>                    Suite 202
>                    Hartford, CT 06103-2205
>                    (860) 541-2077
>                    Fax (860) 713-8944
>
>                    Attorneys for Plaintiffs
>                    The Cadle Company and
>                    D.A.N. Joint Venture,
>                    A Limited Partnership

### Certificate of Service

I certify that a correct copy of the foregoing instrument was mailed on April 20, 2005 to all defense counsel as shown on the attached Service List.

```
              _____/s/_____
                    F. Dean Armstrong
```