# FACSIMILE COMMUNICATION

**FROM:** TODD R. BAINER – Phone (203) 483-7500
Fax (203) 483-7053
Address: P.O. Box 1092
Branford, CT 06405

**TO:** Various Counsel in Cadle v. Flanagan

**RE:** F. Dean Armstrong

**DATE:** 04-19-05

Number of pages being transmitted, including this cover sheet, is 2.

Message:

According to the Illinois Bar, Mr. Armstrong is not currently carrying active malpractice coverage.

Hopefully, Mr. Taiman will advise their joint Client of this, since it is likely that future litigation and other administrative actions are probable against Cadle, its principles, Mr. Armstrong, Mr. Taiman and others involved in bringing and prosecuting of the instant frivolous and vexatious action.

## NOTICE

This communication is confidential, may be privileged and is intended for the named recipient, only. Any improper dissemination of this communication may have serious legal consequences. If you have received this transmission in error, or there is any other problem with the receipt of the communication, please promptly call the sender at (203) 483-7500 for instructions. Thank you.

Enclosure





## LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of April 18, 2005 at 9:00:00 AM:

| Full Licensed Name: | F. Dean Armstrong |
|---|---|
| Full Former name(s): | None |
| Date of Admission as Lawyer by Illinois Supreme Court: | February 7, 1989 |
| Registered Business Address: | Armstrong Law Firm<br>1324 Dartmouth Rd.<br>Flossmoor, IL 60422-1905 |
| Registered Business Phone: | (708) 798-1589 |
| Illinois Registration Status: | Active and authorized to practice law |
| Malpractice Insurance: (Current as of date of registration; consult attorney for further information) | In annual registration, attorney reported that he/she does not have malpractice coverage. (Some attorneys, such as judges, government lawyers, and in-house corporate lawyers, may not carry coverage due to the nature of their practice setting.) |

Record of Public Discipline
and Proceedings:           None

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. The disciplinary results displayed above include information related to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information related to the existence or status of any investigation is not available. For additional information regarding data on this website, contact ARDC at (312) 565-2600 or, within Illinois, at (800) 826-8625.