UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY, et al.,** | § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.,** | § | April 25, 2005 |
| Defendants. | § | |

**PLAINTIFFS' SECOND MOTION TO SUPPLEMENT SUMMARY JUDGMENT RECORD**

Pursuant to Fed.R.Civ.P. 15(d), Plaintiffs request a second leave of Court to Supplement the Summary Judgment Record to add as Px 200 (faxed letter from Defendant Bainer dated April 20, 3005[sic]) as additional evidence of Defendant Bainer's use of interstate wire communications in an effort to intimidate opposing counsel to "back off" the prosecution of litigation against Bainer and Bainer's clients. (See Plaintiffs' Second Amended Response to Defendant Bainer's Motion for Summary Judgment p. 28, bottom of page) Defendant Bainer has a proclivity for this, as evidenced by the enclosed Affidavit of Charles A. Flanagan. (See Exhibit Q, para. 6)

```
                                        Respectfully submitted,
                                        ARMSTRONG LAW FIRM


DATED: April 25, 2005.          By_____/s/_____
                                        F. Dean Armstrong
                                        Ct. Fed. Bar #CT22417
                                        1324 Dartmouth Road
                                        Flossmoor, IL 60422
                                        (708) 798-1599
                                        Fax (708) 798-1597


                                        Edward C. Taiman, Esq.
                                        SABIA & HARTLEY, LLC
                                        190 Trumbull Street
                                        Suite 202
                                        Hartford, CT 06103-2205
                                        (860) 541-2077
                                        Fax (860) 713-8944

                                        Attorneys for Plaintiffs
                                        The Cadle Company and
                                        D.A.N. Joint Venture,
                                        A Limited Partnership
```

## Certificate of Service

I certify that a copy of the foregoing instrument was mailed on April 25, 2005 to all defense counsel as shown on the attached Service List.

```
                                        _____/s/_____
                                        F. Dean Armstrong
```