UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § |
| Plaintiffs, | § |
| vs. | §   No. 3:01CV531(AVC) |
| **CHARLES A. FLANAGAN, et al.** | § |
| Defendants. | § |

### SERVICE LIST

Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509

**Attorneys for Defendant
Stanley Prymas**

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
Peter C. Schwartz, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

**Attorneys for Defendant
Todd R. Bainer**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443

**Attorneys for Defendant
Thompson & Peck, Inc.**

David G. Hill, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**Attorneys for Defendants
Leonard A. Fasano and Fasano
& Ippolito**

Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, L.L.C.
One Town Center
P.O. Box 747
Cheshire, CT 60410

**Attorneys for Estate of
Attorney Robert Skelton**