UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY, et al.,** | § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.,** | § | April 26, 2005 |
| Defendants. | § | |

### PLAINTIFFS' AMENDED SECOND MOTION TO SUPPLEMENT SUMMARY JUDGMENT RECORD

Plaintiffs hereby amend their Second Motion to Supplement Summary Judgment Record by attaching Plaintiff's Exhibit 200 which was mistakenly omitted from its original filing. Plaintiffs further state as follows:

Pursuant to Fed.R.Civ.P. 15(d), Plaintiffs request a second leave of Court to Supplement the Summary Judgment Record to add as Px 200 (faxed letter from Defendant Bainer dated April 20, 3005[sic]) as additional evidence of Defendant Bainer's use of interstate wire communications in an effort to intimidate opposing counsel to "back off" the prosecution of litigation against Bainer and Bainer's clients.  (See Plaintiffs' Second Amended Response to Defendant Bainer's Motion for Summary Judgment p. 28, bottom of page) Defendant Bainer has a proclivity for this, as evidenced by the enclosed Affidavit of Charles A. Flanagan.  (See Exhibit Q, para. 6)

-2-

```
                              Respectfully submitted,
                              ARMSTRONG LAW FIRM


DATED: April 26, 2005.       By_____/s/_____
                                     F. Dean Armstrong
                                     Ct. Fed. Bar #CT22417
                                     1324 Dartmouth Road
                                     Flossmoor, IL 60422
                                     (708) 798-1599
                                     Fax (708) 798-1597


                                     Edward C. Taiman, Esq.
                                     SABIA & HARTLEY, LLC
                                     190 Trumbull Street
                                     Suite 202
                                     Hartford, CT 06103-2205
                                     (860) 541-2077
                                     Fax (860) 713-8944

                                     Attorneys for Plaintiffs
                                     The Cadle Company and
                                     D.A.N. Joint Venture,
                                     A Limited Partnership
```

### Certificate of Service

I certify that a copy of the foregoing instrument was mailed on April 26, 2005 to all defense counsel as shown on the attached Service List.

```
                              _____/s/_____
                                     F. Dean Armstrong
```