UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : CIVIL ACTION NO.<br>: 3:01CV531(AVC) |
| VS. | : |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : APRIL 25, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC MOTION FOR CONTINUANCE OF TRIAL DATE

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby moves for a thirty (30) day continuance of the trial date from May 23, 2005 to June 23, 2005.

On or about March 14, 2005, the Court vacated its previous order for the submission of the Joint Trial Memorandum and stated that "the memorandum need not be submitted until ten (10) days following the adjudication of all currently pending Motions for Summary Judgment."

On or about March 28, 2005, the Court, Covello, J., granted defendants' Motion for Summary Judgment. Judgment, however, was without prejudice, pending plaintiffs' re-submission, by April 18, 2005, of an opposition memorandum in the form that complied with the Court's Order. Plaintiffs did not an Opposition Memorandum, and according to the Court's

Order, defendants have until April 29, 2005 to reply. The Joint Pretrial Memorandum is due two weeks thereafter.

Although it is anticipated that the Court will act promptly to render its final decision on the Motions for Summary Judgment, defendants are now forced to concurrently work on a reply to plaintiffs' Opposition Memorandum and the Pretrial Memorandum. Of course, if the Motions for Summary Judgment are granted, then the Pretrial Memorandum is unnecessary, but waiting until an Order on the Motions for Summary Judgments is entered does not give the parties enough time to prepare the Pretrial Memorandum for this complex matter, as well as prepare for trial.

Accordingly, defendants, Todd R. Bainer and Todd R. Bainer, LLC, respectfully request a thirty (30) day continuance of the trial date.

Defendants have contacted counsel for defendants Leonard A. Fasano, and Fasano, Ippolito & Lee, LLC and Stanley F. Prymas, Thompson & Peck, Inc., who have no objection to the motion.

Defendants have also spoken to Attorney Armstrong, counsel for plaintiffs, who was unable to discuss this motion with his clients of the writing of this motion.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS NO. 24029

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By /s/ Mary Anne Charron
    R. BRADLEY WOLFE
    Federal Bar No. ct04332
    GERALD R. SWIRSKY
    Federal Bar No. ct05574
    MARY ANNE A. CHARRON
    Federal Bar No. ct02274
    Gordon, Muir and Foley, LLP
    Ten Columbus Boulevard
    Hartford, CT 06106-1976
    Telephone (860) 525-5361
    Facsimile (860) 525-4849

3

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS No. 24029

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on April 25, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\391101\1