403

FILED
2005 APR 26 A 10: 59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>　　Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL<br>　　Defendants | : | APRIL 25, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC MOTION FOR CONTINUANCE OF TRIAL DATE

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby moves for a thirty (30) day continuance of the trial date from May 23, 2005 to June 23, 2005.

On or about March 14, 2005, the Court vacated its previous order for the submission of the Joint Trial Memorandum and stated that "the memorandum need not be submitted until ten (10) days following the adjudication of all currently pending Motions for Summary Judgment."

On or about March 28, 2005, the Court, Covello, J., granted defendants' Motion for Summary Judgment. Judgment, however, was without prejudice, pending plaintiffs' re-submission, by April 18, 2005, of an opposition memorandum in the form that complied with the Court's Order. Plaintiffs did not an Opposition Memorandum, and according to the Court's

*April 29, 2005. DENIED.*
*SO ORDERED.*
*Alfred V. Covello, U.S.D.J.*

FILED 2005 APR 29 P 12: 00
DISTRICT COURT

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361　　　　　FACSIMILE (860) 525-4849　　　　　JURIS NO. 24029