```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**THE CADLE COMPANY, et al.,**      §        No. 3:01CV531(AVC)

      Plaintiffs,            §

vs.                                 §

**CHARLES A. FLANAGAN, et al.,**    §        April 29, 2005

      Defendants.            §

### PLAINTIFFS' OPPOSITION TO DEFENDANT BAINER'S MOTION FOR CONTINUANCE

1. Plaintiffs oppose Defendant Bainer's Motion for Continuance and respectfully request that the Court keep this case on its trial calendar for trial to commence on May 23, 2005.

2. The Court has been most gracious to the parties and their counsel in the past about scheduling conflicts, but neither Defendant Bainer nor his counsel have a scheduling conflict for the trial to commence on May 23rd. Rather, Defendant Bainer is concerned about the May 13, 2005 due date for the Joint Pretrial Memorandum. With the Court's permission, Plaintiffs will accord Defendant Bainer a reasonable extension on the due date for the Joint Pretrial Memorandum <u>so long as</u> the extension does not interfere with the May 23rd trial date.

**PRAYER**

Plaintiffs respectfully request that the Court deny Defendant Bainer's Motion for Continuance.

Respectfully submitted,<br>
ARMSTRONG LAW FIRM

DATED: April 29, 2005.                By_____/s/_____
F. Dean Armstrong
Ct. Fed. Bar #CT22417
1324 Dartmouth Road
Flossmoor, IL 60422
708) 798-1599
Fax (708) 798-1597

Edward C. Taiman, Esq.
SABIA & HARTLEY, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205
(860) 541-2077
Fax (860) 713-8944

Attorneys for Plaintiffs
The Cadle Company and
D.A.N. Joint Venture,
A Limited Partnership

**Certificate of Service**

I certify that a correct copy of the foregoing instrument was faxed and mailed on April 29, 2005 to all defense counsel as shown on the attached Service List.

_____/s/_____
F. Dean Armstrong