UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY, et al.,** § | | No. 3:01CV531(AVC) |
| Plaintiffs, § | | |
| vs. § | | |
| **CHARLES A. FLANAGAN, et al.,** § | | April 29, 2005 |
| Defendants. § | | |

### PLAINTIFFS' AMENDED EXHIBIT LIST

| | | |
|---|---|---|
| Px 1 | 10-21-98 | Notice of Compliance (stock turnover); No. 3:96-CV-02648 (AVC) |
| Px 2 | 10-22-98 | Amended Notice of Compliance (stock turnover); No. 3:96-CV-02648 (AVC) |
| Px 3 | 1-6-98 | Letter to Fasano from Charles Flanagan |
| Px 4 | 6-19-97 | Agreement Between Charles Flanagan & Socrates Babacas |
| Px 5 | 9-20-97 | Repayment of Loan signed Socrates Babacas and Charles Flanagan |
| Px 6 | 11-12-98 | Second Amended Notice of Compliance (stock turnover); No. 3:96-CV-02648 (AVC) |
| Px 7 | | Handwritten notes of Charles Flanagan re "sue Gaide to get him out of the litigation" |
| Px 8 | 11-19-98 | Letter to Fasano from Babacas subordinating Babacas stock pledge |
| Px 9 | 5-24-98 | Jeremy Flanagan Special Account check #106 in the amount of $500 payable to Babacas |

| | | |
|---|---|---|
| Px 10 | 6-19-98 | MJCC Corporation check #571 in the amount of $1,000 payable to Babacas |
| Px 11 | 6-19-98 | Letter to Babacas from Charles Flanagan |
| Px 12 | 8-24-98 | Letter to Babacas from Charles Flanagan |
| Px 13 | 10-12-98 | Matthew Flanagan check #94 in the amount of $500 payable to Babacas |
| Px 14 | 10-12-98 | Interoffice Communication from Charles Flanagan to Babacas |
| Px 15 | 3-25-99 | Letter to Babacas from Charles Flanagan |
| Px 16 | 3-25-99 | Letter to Babacas from Charles Flanagan |
| Px 17 | 3-26-99 | Letter to Babacas from Charles Flanagan |
| Px 18 | 12-10-98 | Letter to Fasano from Bainer |
| Px 19 | 12-16-98 | Letter to Fasano from Bainer |
| Px 20 | 12-10-98 | Letter to Gallagher from Prymas |
| Px 21 | 6-17-97 | Settlement Agreement |
| Px 22 | 6-17-97 | Letter to Prymas from James A. Raynor |
| Px 23 | 1-13-98 | Letter to Fasano from Bainer |
| Px 24 | 1-20-98 | Objection to Property Execution; No. 3:96-CV-02648(AVC) |
| Px 25 | 1-20-98 | Claim of Exemption Established by Law Section V |
| Px 25A | 1-19-98 | Fax from Bainer to Fasano with attached Property Execution |
| Px 25B | 1-20-98 | Fax from Bainer to Fasano with attached Objection to Property Execution |

| | | |
|---|---|---|
| Px 26 | 12-18-98 | Letter to Bainer from Prymas w/attached Post Judgment Remedies Interrogatories |
| Px 27 | 12-15-98 | Letter to Gaide from Bainer |
| Px 28 | 12-31-98 | Letter to Ristelli from Bainer |
| Px 29 | 2-19-99 | Letter to Restelli from Bainer |
| Px 30 | 1-26-00 | Newspaper article |
| Px 31 | 5-8-01 | Letter to Taiman from Bainer |
| Px 32 | 5-9-01 | Letter to Jurkiewicz from Bainer |
| Px 33 | 1-9-02 | Letter to Jon Newton from Doug Skalka |
| Px 34 | | Stock acquisition of Thompson & Peck [none located] |
| Px 35 | 6-19-98 | Letter to Babacas from Charles Flanagan w/attachments |
| Px 36 | | Howe Street documents #1 [none located] |
| Px 36A | | Envelope w/checks pertaining to Howe Street |
| Px 37 | | Howe Street Documents |
| Px 38 | | Envelope w/checks pertaining to the So. Ct. Seadogs |
| Px 39A | 12-4-98 | Appraisal of 17 Howe Street |
| Px 39B | 12-4-98 | Appraisal of 2790 Whitney Avenue |
| Px 39C | 12-4-98 | Appraisal of 475 George Street |
| Px 40 | | Calendar pages January, 2002 through September, 2002 |
| Px 41 | | 1997-99 W-2s issued to Charles Flanagan from Thompson & Peck |

| | | |
|---|---|---|
| Px 42 | | Life Insurance Application |
| Px 43 | | Quit Claim Deed [none located] |
| Px 44 | 1-26-00 | Fire Marshal's inspection report |
| Px 45 | 5-9-02 | Financial Affidavit of Charles Flanagan |
| Px 46 | | Application for Extension of Time to File U.S. Individual Income Tax Return for 1998 |
| Px 47 | | 1999 U.S. Individual Income Tax Return |
| Px 48 | | 2000 U.S. Individual Income Tax Return |
| Px 49 | | 2001 U.S. Individual Income Tax Return |
| Px 50 | | Documents re Babacus [none located] |
| Px 51 | | Documents re Babacus [none located] |
| Px 52 | | Documents re George Street [none located] |
| Px 53 | 8-23-99 | Letter to ACG Associates, Inc. from Skalka w/attachments |
| Px 54 | 7-26-94 | Certificate of Limited Partnership of MJCC Realty, Limited Partnership |
| Px 55 | 7-1-92 | Financial Statement of Charles and Lisa Flanagan |
| Px 56 | 7-28-98 | Letter from Flanagan to Bainer |
| Px 57 | 8-21-98 | Shareholders' [Buy-Sell] Agreement |
| Px 58 | 10-26-98 | Affidavit in Support of Defendant's Response to the Plaintiff's Objection to Amend Notice of Compliance; No. 3:96-CV-02648(AVC) |
| Px 59 | 11-19-98 | Pledge and Security Agreement |
| Px 60 | 11-19-98 | Promissory Note w/attachments |

| | | |
|---|---|---|
| Px 61 | 7-7-97 | Affidavit of Charles Flanagan |
| Px 62 | 10-27-98 | Defendant's Response to Plaintiff's Objection to Amended Notice of Compliance; No. 3:96-CV-02648(AVC) |
| Px 63 | 4-25-97 | Draft on Premium Specialists for $39,633.75 w/Charles Flanagan's handwritten note |
| Px 64 | 4-29-97 | Charles Flanagan's handwritten note w/copies of checks |
| Px 65 | 7-13-98 | Legal bill from Bainer to T&P |
| Px 66 | 12-14-98 | Letter to Fasano from Bainer |
| Px 67 | 12-15-98 | Letter to Fasano from Bainer |
| Px 68 | 1-5-98 | Memo to Charles Flanagan from Prymas |
| Px 68A | 10-2-97 | Writ of Execution (Application) |
| Px 69 | 2-4-98 | Memo to Bainer from Prymas |
| Px 69A | 2-2-98 | Motion for Turnover Order |
| Px 70 | 2-4-98 | Letter to Fasano from Bainer |
| Px 71 | 2-24-98 | Letter to Bainer from Fasano |
| Px 72 | 2-25-98 | Letter to Fasano from Bainer |
| Px 73 | -----98 | Modification of Settlement Agreement Dated June 17, 1997 |
| Px 74 | 5-8-95 | <u>Bainer v. Bainer</u>, 1995 WL 925321 |
| Px 75 | 12-4-02 | U.S. Attorney's complaint against Flanagan |
| Px 76 | 12-4-02 | Plea agreement |
| Px 77 | | Stipulation of Offense Conduct |

| | | |
|---|---|---|
| Px 78 | 3-9-98 | Hearing transcript |
| Px 79 | 3-11-98 | MJCC Corporation check #453 in the amount $1,575 |
| Px 80 | 3-30-98 | MJCC Corporation check #475 in the amount of $656 |
| Px 81 | 4-15-98 | MJCC Corporation check #515 in the amount of $771 |
| Px 82 | 5-6-98 | MJCC Corporation check #526 in the amount of $1,300 |
| Px 83 | 5-8-98 | MJCC Corporation check #530 in the amount of $600 |
| Px 84 | 3-8-98 | MJCC Corporation check #531 in the amount of $3,000 |
| Px 85 | 3-8-98 | MJCC Corporation check #532 in the amount of $740 |
| Px 86 | 5-9-98 | MJCC Corporation check #533 in the amount of $117 |
| Px 87 | 5-11-98 | MJCC Corporation check #529 in the amount of $2,000 |
| Px 88 | 5-11-98 | MJCC Corporation check #534 in the amount of $200 |
| Px 89 | 5-13-98 | MJCC Corporation check #541 in the amount of $500 |
| Px 90 | 3-17-98 | Production of Budget for Defendant, Charles A. Flanagan; No. 3:96-CV-02648(AVC) |
| Px 91 | 5-27-98 | MJCC Corporation check #546 in the amount of $1,200 |
| Px 92 | 8-23-98 | Jeremy Flanagan Special Account check #126 in the amount of $125 |

| | | |
|---|---|---|
| Px 93 | 8-24-98 | Jeremy Flanagan Special Account check #106 in the amount of $500 |
| Px 94 | 8-25-98 | Jeremy Flanagan Special Account check #104 in the amount of $5,600 |
| Px 95 | 8-25-98 | Jeremy Flanagan Special Account check #105 in the amount of $850 |
| Px 96 | 8-26-98 | Jeremy Flanagan Special Account check #107 in the amount of $5,000 |
| Px 97 | 8-10-98 | Jeremy Flanagan Special Account check #109 in the amount of $200 |
| Px 98 | | Statement of Accounts: Jeremy Flanagan 7/25/1998-8/26/1998 |
| Px 99 | 8-27-98 | Jeremy Flanagan Special Account check #108 in the amount of $6,159 |
| Px 100 | 8-28-98 | Jeremy Flanagan Special Account check #110 in the amount of $3,000 |
| Px 101 | 8-28-98 | Jeremy Flanagan Special Account check #127 in the amount of $100 |
| Px 102 | 9-2-98 | Jeremy Flanagan Special Account check #128 in the amount of $100 |
| Px 103 | | UCC release form |
| Px 104 | 11-19-98 | Description of Collateral |
| Px 105 | 12-11-98 | Letter to Bainer from Fasano |
| Px 106 | 9-5-97 | Auxiliary Committee Minutes of September 3, 1997 Meeting |
| Px 107 | 12-5-97 | Auxiliary Committee Minutes of Dec. 5, 1997 |
| Px 108 | | Cashier's checks/money orders |
| Px 109 | 11-16-98 | Hearing transcript |

| | | |
|---|---|---|
| Px 110 | 8-21-97 | Letter to Charles Flanagan from Andrew D'Agostino |
| Px 111 | 1-5-97 | Letter to Bainer from Prymas |
| Px 112 | 1-10-98 | Auxiliary Committee Minutes of January 9, 1998 |
| Px 113 | 1-25-98 | Letter to Charles Flanagan from Prymas |
| Px 114 | 5-8-98 | Auxiliary Committee Minutes of 5-8-98 |
| Px 115 | 5-9-98 | Letter to Fasano from Charles Flanagan |
| Px 116 | 11-12-98 | Memo to Bainer from Prymas |
| Px 117 | 11-12-98 | Post Judgment Remedies Interrogatories |
| Px 118 | 11-24-98 | Letter to Prymas from Bainer |
| Px 119 | 11-30-98 | Memo to Charles Flanagan from Prymas |
| Px 120 | 12-9-98 | Letter to Fasano from Bainer |
| Px 121 | 12-27-98 | Letter to Gallagher from Bainer |
| Px 122 | 12-28-98 | Letter to Bainer from Charles Flanagan |
| Px 123 | 12-29-98 | Letter to Bainer from Gallagher |
| Px 124 | 12-30-98 | Letter to Bainer from Prymas and Charles Flanagan |
| Px 125 | 12-31-98 | Letter to Ristelli from Bainer |
| Px 126 | 3-12-98 | Letter to Bainer from Prymas |
| Px 127 | 4-13-98 | Order Granting Motion for Turnover Order; No. 3:96-CV-02648(AVC) |
| Px 128 | 5-8-98 | Letter to Charles Flanagan and Prymas from Bainer |
| Px 129 | 7-27-98 | Letter to Stanley Prymas and Charles Flanagan from Bainer |

| | | |
|---|---|---|
| Px 130 | 12-9-98 | Memorandum to Tpeck File/Gen. from Bainer |
| Px 131 | 12-10-98 | Letter to Bainer from Fasano |
| Px 132 | 12-14-98 | Memorandum to Tpeck Gen. Corp. File from Bainer |
| Px 133 | 12-14-98 | Letter to Bainer from Fasano |
| Px 134 | 12-15-98 | Letter to Bainer from Fasano |
| Px 135 | 12-15-98 | Letter to Charles Flanagan from Bainer |
| Px 136 | 12-15-98 | Letter to Fasano from Bainer |
| Px 137 | 8-21-98 | Jeremy Flanagan Special Account check in the amount of $1,600 |
| Px 138 | | Bank statement 10-22-98 to 11-20-98 |
| Px 139 | | Bank statement 11-21-98 to 12-18-98 |
| Px 140 | 1-12-98 | Memo to Andrea Steele from Prymas Flanagan |
| Px 141 | 5-5-98 | Facsimile coversheet Bainer to Fasano w/attached "Modification of Settlement Agreement Dated June 17, 1997" |
| Px 142 | 5-8-98 | Memo to Prymas from Charles Flanagan |
| Px 143 | 5-11-98 | Memo to Charles Flanagan from Prymas |
| Px 144 | 1-5-98 | Letter to Fasano from Charles Flanagan |
| Px 145 | 5-11-98 | Memo to Pat Wolcott from Prymas and Charles Flanagan |
| Px 146 | 1-20-98 | Facsimile to Bainer from Fasano w/ attached "Objection to Property Execution" |

| | | |
|---|---|---|
| Px 147 | 1-10-98 | Auxiliary Committee Minutes of January 9, 1998 |
| Px 148 | 1-24-98 | Auxiliary Committee Minutes of 1-23-98 |
| Px 149 | | Thompson & Peck, Inc. Comparative Income & Expenses for the Period Ending December 31, 1997 |
| Px 150 | 4-10-98 | Auxiliary Committee Meeting Minutes of 4-10-98 |
| Px 151 | | Auxiliary Committee Minutes of January 30, 1998 Meeting |
| Px 152 | 4-24-98 | Auxiliary Committee Minutes of April 25, 1998 |
| Px 153 | | Auxiliary Committee Minutes of May 1, 1998 Meeting |
| Px 154 | 4-29-98 | Memo to Charles Flanagan from Stanley Prymas |
| Px 155 | 4-25-98 | Letter to Fasano from William Gallagher |
| Px 156 | 4-22-98 | Letter to William Gallagher from Fasano |
| Px 157 | | Auxiliary Committee Minutes of 5-8-98 |
| Px 158 | | Auxiliary Committee Minutes of May 15, 1998 |
| Px 159 | 11-12-98 | Post Judgment Interrogatories to Stanley Prymas |
| Px 160 | 12-14-98 | Memorandum to T & P General Corporate File from Todd Bainer |
| Px 161 | 4-10-01 | Letter to Bainer from Prymas |
| Px 162 | 11-12-98 | Memo to Bainer from Prymas |
| Px 163 | 12-18-98 | Post Judgment Interrogatories to Andrea Steele |

| | | |
|---|---|---|
| Px 164 | | Post Judgment Interrogatories to Andrea Steele |
| Px 165 | 11-24-98 | Letter to Prymas from Bainer |
| Px 166 | 11-12-98 | Memo to Bainer from Prymas |
| Px 167 | 5-26-98 | Memo to Bainer signed by Prymas and Flanagan |
| Px 168 | 5-8-98 | Agenda Auxiliary Committee |
| Px 169 | | [none located] |
| Px 170 | 2-23-99 | Memorandum to Prymas and Flanagan from Bainer |
| Px 171 | 4-28-00 | Letter from Bainer to Doug Skalka |
| Px 172 | 7-2-97 | Letter to Gallagher from David Reilly |
| Px 173 | 4-5-99 | Transcript of Debtor's 341 Hearing |
| Px 174 | | Debtor's Bankruptcy Petition and Schedules |
| Px 175 | | Cadle Company notes re Flanagan litigation |
| Px 176 | | Thompson & Peck, Inc. prospectus |
| Px 177 | | Handwritten letter to Andrew D'Agostino from Charles Flanagan |
| Px 178 | 10-5-98 | Mortgage agreement |
| Px 179 | 7-2-97 | Letter to William Gallagher from David M. Reilly |
| Px 180 | 8-5-97 | Memo to Stanley Prymas from Charles Flanagan |
| Px 181 | 8-5-97 | Memo to Andrea Steele from Charles Flanagan |

| | | |
|---|---|---|
| Px 182 | 8-8-97 | Memo to David Reilly from Charles Flanagan |
| Px 184 | | Checks payable to Joseph Caporale |
| Px 185 | 12-11-98 | Minutes of Board of Directors Meeting |
| Px 186 | 4-22-98 | Motion for Reconsideration |
| Px 187 | 9-23-98 | Order on Motion for Reconsideration |
| Px 188 | 7-29-98 | Privilege Log |
| Px 189 | | Decision of the Statewide Grievance Committee |
| Px 190 | 10-27-98 | Order |
| Px 191 | 4-22-98 | Letter to Gallagher from Fasano |
| Px 192 | 4-25-98 | Letter to Fasano from Gallagher |
| Px 193 | 2-1-99 | Letter to Fasano from Flanagan |
| Px 194 | 4-7-98 | Memo to Flanagan from Prymas |
| Px 195 | 7-22-98 | Letter to Bainer from Fasano |
| Px 196 | 3-12-98 | Motion for Turnover Order |
| Px 197 | 2-2-98 | Motion for Turnover Order |
| Px 198 | | Affidavit of Stanley Prymas |
| Px 199 | 4-19-05 | Letter from Todd Bainer to F. Dean Armstrong |
| Px 200 | 4-20-05 | Letter from Todd Bainer to F. Dean Armstrong |

                                                  Respectfully submitted,
                                                  ARMSTRONG LAW FIRM

DATED: April 29, 2005.          By_____/s/_____
                                              F. Dean Armstrong
                                              Ct. Fed. Bar #CT22417
                                        1324 Dartmouth Road
                                        Flossmoor, IL 60422
                                        (708) 798-1599
                                        Fax (708) 798-1597

                                        Edward C. Taiman, Esq.
                                        SABIA & HARTLEY, LLC
                                        190 Trumbull Street
                                        Suite 202
                                        Hartford, CT 06103-2205
                                        (860) 541-2077
                                        Fax (860) 713-8944

                                        Attorneys for Plaintiffs
                                        The Cadle Company and
                                        D.A.N. Joint Venture,
                                        A Limited Partnership


## **Certificate of Service**

    I certify that a correct copy of the foregoing instrument was faxed and mailed on April 29, 2005 to all defense counsel as shown on the attached Service List.


                                        _____/s/_____
                                             F. Dean Armstrong