UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL : CIVIL ACTION NO. |
| Plaintiffs : 3:01CV531(AVC) |
| : |
| VS. : |
| : |
| : |
| CHARLES A. FLANAGAN, ET AL : APRIL 29, 2005 |
| Defendants : |

## MEMORANDUM IN SUPPORT OF
## OBJECTION TO PLAINTIFFS' MOTION TO SUPPLEMENT
## SUMMARY JUDGMENT AND MOTION TO STRIKE

By Order of this Court, dated March 28, 2005, Covello, J., granted summary judgment in favor of defendants Todd R. Bainer and Todd R. Bainer, LLC (hereinafter "Bainer"). The Court's Order specifically states:

> The plaintiffs must make their argument with specificity in connection with each crime alleged and must demonstrate how that evidence supports a finding of a pattern of racketeering activity. Because plaintiffs' brief is insufficient in this regard and fails to comply with Local Rule 7(a) requiring specific references to the record, the defendants' Motion is granted.

The Court Order further stated that judgment shall be without prejudice pending "re-submission … of opposition memorandum in a form that complies with this order". The Order was very specific in stating that "[t]he court will not divine from [plaintiffs'] second amended complaint

how the <u>record</u> supports one or more of the alleged crimes ... [t]he plaintiffs must ... demonstrate how that evidence supports a finding of pattern of racketeering". (Emphasis added)

It is clear from the references in the Court's Order that the Court was referring to the record as it existed on March 28, 2005, not as it might be supplemented by the plaintiffs from time to time. The Order is devoid of any provisions that can be interpreted to permit the plaintiffs to use their resubmission of their existing brief as an opportunity to supplement its evidence to add to the record.

For the foregoing reasons, Bainer respectfully requests that the court sustain Bainer's Objection to the plaintiffs' Motion, Amended Motion and Second Amendment Motion to Supplement Summary Judgment Record and grant Bainer's Motion to Strike all supplements to the summary judgment record made by the plaintiffs in connection with their Second Amended Response, dated April 18, 2005.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361            FACSIMILE (860) 525-4849            JURIS No. 24029

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By _____
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS No. 24029

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on April 29, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARYANNE A. CHARRON

::ODMA\PCDOCS\DOCS\391912\1