UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL : | CIVIL ACTION NO. |
|    Plaintiffs : | 3:01CV531(AVC) |
| : | |
| VS. : | |
| : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | APRIL 29, 2005 |
|    Defendants : | |

### OBJECTION TO PLAINTIFFS' MOTION TO SUPPLEMENT SUMMARY JUDGMENT AND MOTION TO STRIKE

Defendants Todd R. Bainer and Todd R. Bainer, LLC (hereinafter "Bainer") (i) objects to the plaintiffs' Motion to Supplement Summary Judgment Record, dated April 20, 2005, plaintiffs' Second Motion to Supplement Summary Judgment Record, dated April 25, 2005, and plaintiffs' Amended Second Motion to Supplement Summary Judgment, dated April 26, 2005; and (ii) moves to strike all supplements to the record made by the plaintiffs by reference or attachment to the plaintiffs' Second Amended Response to Defendant Bainer's Motion for Summary Judgment, dated April 18, 2005. Such objections should be sustained and motion be granted because this Court's Order, dated March 28, 2005, does not provide for, and therefore does not permit, the submission of additional evidence by the plaintiffs.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By *(signature)*
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on April 29, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

James A. Lenes, Esquire
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\391694\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS No. 24029