1UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | APRIL 29, 2005 |

**AFFIDAVIT OF COUNSEL**

Barbara L. Cox, being sworn, deposes and says:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am counsel of record in the above-referenced matter and make this affidavit based on my personal knowledge, in compliance with F.R.Civ.P. 56(e) and D. Conn. L. Civ. P. 56(a)3.

3. Exhibit N is a true and accurate copy of excerpted pages from the deposition of Charles Flanagan dated August 24, 2000.

4. Exhibit O are true and accurate copies of pages from the deposition of Charles Flanagan taken on March 13, 2003.

5. Exhibit P are true and accurate copies of a series of letters and a file memorandum in chronological order. Although most of the documents in Exhibit P have been marked as plaintiffs' exhibits, they are provided in chronological order for the Court's convenience. Included as part of Exhibit P is a true and accurate copy of a letter from Leonard Fasano to Todd Bainer, dated

February 3, 1998 that has not been previously marked as an exhibit. Also included is a true and accurate copy of a December 9, 1998 letter from Todd Bainer to Leonard Fasano.

6. Exhibit Q are true and accurate copies of redacted agendas and minutes of the Thompson & Peck, Inc. Auxillary Committee meetings, taken from the Thompson & Peck minute book.

7. Exhibit R, are true and accurate copies of memorana between Charles Flanagan and Stanley Prymas, dated April 7, 1998, together with an excerpt from Fletcher's Corporation Forms, all taken from the Thompson & Peck, Inc. minute books.

8. Exhibit S is a true and accurate copy of a grievance filed by Lisa Flanagan against Attorney Paul Gaide dated May 31, 1996, attached as an exhibit to a pleading from Charles Flanagan's 1999 grievance against Attorney Gaide.

9. Exhibit T is a true and accurate copy of an Affidavit of Charles Atwood Flanagan dated September 6, 2002.

THE AFFIANT,

________________________________
BARBARA L. COX

Subscribed and sworn to before me this 28th day of April 2005.

________________________________

Notary Public /
Commissioner of the Superior Court

THE DEFENDANTS, STANLEY F. PRYMAS and THOMPSON & PECK, INC.

By: ________________________

BARBARA L. COX
Federal Bar #ct08523
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509
Tel: 203-624-4165
Fax: 203-865-5598

CERTIFICATION OF SERVICE

I hereby certify that on this 29th day of April, 2005, a copy of the foregoing Affidavit of Counsel served by mail to all counsel and pro se parties of record:

Edward C. Taiman, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205
Phone: 860-541-2077
Fax: 860-713-8944
e-mail: etaiman@sabiahart.com
AND

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
Phone: 708-798-1599
Fax: 708-798-1597
e-mail: dino@dinolaw.com
**For Plaintiffs The Cadle Company & D.A.N. Joint Venture, A Limited Partnership**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
Phone: 860-525-5361
Fax: 860-525-4849
e-mail: mcharron@gmflaw.com
gwswirsky@gmflaw.com

AND

David G. Hill, Esq.
June M. Sullivan, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Phone: 860-522-6103
Fax: 860-548-0006
e-mail: hill@halloran-sage.com
**For Defendants Leonard A. Fasano & Fasano, Ippolito & Lee, LLC**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026
Phone: 203-821-2000
Fax: 203-821-2009
e-mail: jal@npmlaw.com
**For Defendant Charles A. Flanagan**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
Phone: 203-318-0464
Fax: 203-318-0065
e-mail: droogsite@erols.com
**For Defendant Thompson & Peck, Inc.**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405
Phone: 203-483-7500
Fax: 203-483-7053
e-mail: bainertoddr@aol.com
**For Defendant Todd R. Bainer**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide & Associates, LLC**

Lisa G. Flanagan, Pro Se
12 Green Hill Rd.
North Haven, CT 06473

________________________________
Barbara L. Cox