1UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION<br>NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | APRIL 29, 2005 |

**DEFENDANTS' NOTICE OF MANUAL FILING OF
EXHIBITS TO REPLY MEMORANDUM IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT**

Notice is hereby given that the defendants Stanley F. Prymas and Thompson & Peck, Inc. have manually filed Exhibits N through T of their Supplemental Reply Memorandum in Support of Motion for Summary Judgment dated April 29, 2005, because said exhibits could not be easily downloaded.

RESPECTFULLY SUBMITTED,
THE DEFENDANTS, STANLEY F.
PRYMAS and THOMPSON &
PECK, INC.

By: _____
BARBARA L. COX
Federal Bar #ct08523
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

## CERTIFICATION OF SERVICE

I hereby certify that on this 29th day of April, 2005, a copy of the foregoing Defendant's Notice of Manual Filing of Exhibits to of the Supplemental Reply in Support of Motion for Summary Judgment served by mail to all counsel and pro se parties of record:

Edward C. Taiman, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205
Phone: 860-541-2077
Fax: 860-713-8944
e-mail: etaiman@sabiahart.com
AND

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
Phone: 708-798-1599
Fax: 708-798-1597
e-mail: dino@dinolaw.com
**For Plaintiffs The Cadle Company & D.A.N. Joint Venture, A Limited Partnership**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
Phone: 860-525-5361
Fax: 860-525-4849
e-mail: mcharron@gmflaw.com
       gwswirsky@gmflaw.com

AND

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405
Phone: 203-483-7500
Fax: 203-483-7053
e-mail: bainertoddr@aol.com
**For Defendant Todd R. Bainer**

David G. Hill, Esq.
June M. Sullivan, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Phone: 860-522-6103
Fax: 860-548-0006
e-mail: hill@halloran-sage.com
**For Defendants Leonard A. Fasano & Fasano, Ippolito & Lee, LLC**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026
Phone: 203-821-2000
Fax: 203-821-2009
e-mail: jal@npmlaw.com
**For Defendant Charles A. Flanagan**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
Phone: 203-318-0464
Fax: 203-318-0065
e-mail: droogsite@erols.com
**For Defendant Thompson & Peck, Inc.**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide & Associates, LLC**

Lisa G. Flanagan, Pro Se
12 Green Hill Rd.
North Haven, CT  06473


_____Barbara L. Cox

Lisa G. Flanagan, Pro Se
12 Green Hill Rd.
North Haven, CT  06473

_____Barbara L. Cox