UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY, ET AL

     v.                                             CIVIL NO. 3: 01CV00531(AVC)

CHARLES A. FLANAGAN, ET AL

## ORDER

The Court hereby vacates the following orders dated March 28, 2005: (1) endorsement order (document #386) granting without prejudice motion for summary judgment filed by Leonard A. Fasano and Fasano, Ippolito & Lee, LLC (document #187); (2) endorsement order (document #387) granting without prejudice motion for summary judgment filed by Todd R. Bainer and Todd R. Bainer, LLC (document #191); and (3) endorsement order (document #388) granting without prejudice motion for summary judgment filed by Stanley F. Prymas and Thompson & Peck, Inc. (document #219) and amended motion for summary judgment filed by Stanley F. Prymas and Thompson & Peck, Inc. (document #226).

As the Court has determined that genuine issues of material fact exist, the clerk of the court shall record the above listed motions (document #s 187, 191, 219 & 226) as DENIED. A memorandum of decision will issue this day only in connection with the defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC's motion for summary judgment.

Jury selection shall proceed on Thursday, May 5, 2005 at 10:00 a.m. in Courtroom #1 - Annex, United States District Court, 450 Main Street, Hartford, CT. All parties are to submit proposed voir dire questions by 5:00 p.m. on Wednesday, May 4, 2005 with a courtesy copy to the undersigned's chambers. The remaining portions of the joint trial memorandum shall be filed by Wednesday, May 18, 2005; copies of exhibits shall be exchanged by Wednesday, May 18,

2005; any objections to the admissibility of exhibits, except on the grounds of relevance, shall be filed by Friday, May 20, 2005, together with a memorandum of authorities in support of the objection.  Jury trial shall commence on Monday, May 23, 2005 at 10:00 a.m.  No further extensions shall be granted.

    Dated at Hartford, Connecticut, this 2nd day of May, 2005.


                                  /s/ AVC
                                  Alfred V. Covello
                                  United States District Judge