UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 3, 2005 |

## MOTION TO SEVER ACTION OR FOR SEPARATE TRIALS

The defendants, Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, respectfully move this Court for an order severing the debtor's bankruptcy discharge action filed by the plaintiffs, Cadle Company and DAN Joint Venture, LP ("plaintiffs") pursuant to 11 U.S.C. § 727, from the plaintiffs' action seeking damages under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§ 1961 *et seq.*) ("RICO"). The defendants adopt Charles Atwood Flanagan's Motion to Sever Action or for Separate Trials dated March 2, 2005 and codefendants Stanley F. Prymas and Thompson & Peck, Inc.'s Motions for Joinder dated March 21, 2005, including defendant Flanagan's Memorandum of Law and the grounds and reasons contained within the Motions as well as the Memorandum of Law.

Additionally, defendants Fasano and Fasano, Ippolito & Lee, LLC. will be prejudiced by evidence related to Flanagan's bankruptcy discharge and his other conduct that is unrelated to Fasano and Fasano, Ippolito & Lee, LLC. Moreover, the RICO action should be severed from the debtor's bankruptcy discharge action because Flanagan is no longer a party to the RICO action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        Respectfully submitted,

DEFENDANTS
LEONARD A. FASANO
FASANO, IPPOLITO & LEE, LLC

By_____
   June M. Sullivan
   Fed. Bar No. ct24462
   HALLORAN & SAGE LLP
   Their Attorneys

- 2 -

One Goodwin Square     HALLORAN & SAGE LLP     Phone (860) 522-6103
225 Asylum Street                                                Fax (860) 548-0006
Hartford, CT 06103                                           Juris No. 26105

<u>CERTIFICATION</u>

This is to certify that on this 3rd day of May 2005, a copy of the foregoing was mailed, postage prepaid, to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas
& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026
**For Defendant Charles A. Flanagan**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
**For Defendant Todd R. Bainer**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide &
Associates, LLC**

US Trustee
U.S. Trustee Office
265 Church Street, Suite 1103
New Haven, CT 06510-7016

Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
**For Defendants Karen T. Gerber, Esq.
Nuzzo & Roberts, LLC, Movant**

_____
June M.Sullivan

668180_1.DOC

- 3 -



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105