UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL | : | CIVIL ACTION NO: 3:01CV531 (AVC) |
| Plaintiffs | : | |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
| Defendants | : | MAY 4, 2005 |

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

The defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC (hereinafter "Fasano" or "the Fasano defendants"), request the Court to use the following as part of its voir dire questions to the jury pool.

A.  Brief Description of the Case

This is an action for damages in equitable relief brought under the Racketeer Influenced and Corrupt Organizations Act, 18. U.S.C. § 1961, et seq. ("RICO"). The plaintiffs previously filed suit against Charles Flanagan in connection with his default on a $75,000 loan. The plaintiffs prevailed in the prior action and obtained a judgment against Mr. Flanagan in the amount of $90,747.87. The plaintiffs obtained a Writ of Execution against Mr. Flanagan, but failed to realize any payment or property. Thereafter, the plaintiffs served a Writ of Execution against Thompson & Peck, Inc., a company that Mr. Flanagan jointly owned with the co-defendant Stanley Prymas.

10361.0088

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

In response, Mr. Flanagan sent several letters to his attorney, Leonard A. Fasano of the law firm of Fasano, Ippolito & Lee, LLC, in which he discussed his concern for the safe keeping of funds that he was currently receiving from Thompson & Peck and his stock in Thompson & Peck. The attorney for Thompson & Peck is Todd Bainer.

The Court entered an order requiring Flanagan to turn over his stock in Thompson & Peck to the plaintiffs. Further, the Court ordered Mr. Flanagan to provide a full and complete accounting as to any purported transfer or other disposition of the stock. Thereafter, the Court held Flanagan in contempt for failure to turn over information relating to his assets and ordered him committed to the Federal Bureau of Prisons, until such time as he purged himself of that contempt. After entering a stay of that order to give Mr. Flanagan an opportunity to comply, the Court vacated the order when Mr. Flanagan paid the judgment to the plaintiffs in full with interest, in the amount of $99,542.87. The plaintiffs allege that Mr. Flanagan; his business partner; Mr. Stanley Prymas; the lawyer for Thompson & Peck, Mr. Todd Bainer; and Mr. Flanagan's attorney, Leonard Fasano, engaged in a pattern of wrongful conduct involving bankruptcy fraud, mail fraud and wire fraud, in order to prevent the plaintiffs from collecting on various judgments. In this action, they seek money damages pursuant to RICO.

B.  Requested Voir Dire Questions

    1.    Is there any juror who will be unduly burdened with financial, business or family issues, if the trial of this case requires as much as three to four weeks?

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2. Based upon my description of the case, do you think you know anything about this case?

3. If any of you have previously served on a jury, in either state or federal court, or in either a civil or criminal trial, would you please tell us: a) where you served on a jury; b) when you served a jury; c) what kind of case it was; d) did you reach a verdict?

4. Have any of you or your relatives or close friends ever been represented in any legal matters by any attorney involved with this case, or by the law firms with which these attorneys are associated? If so, what is or was the nature of that experience?

5. Have you ever been a party to lawsuit? If so, what was the nature of the experience?

6. Have you ever given testimony as a witness in a lawsuit? If so, please explain.

7. Do you or anyone close to you work in the legal or judicial profession? If so, what do you or they do?

8. Are any of you attorneys or are you related to attorneys? If so, can you put aside whatever knowledge you may have of the law and judge this case based only on the evidence you hear in court.

9. Do you or any of your relatives or close friends work or have any business in connection with any of the parties in this action? If so:

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

    a. what is the nature of that business or connection?

    b. would that fact influence you in any way with respect to this case?

  10. Do you know or have any feelings about any of the following persons who may testify or be mentioned in this case?

    a. Daniel Cadle;

    b. Timothy Dugic;

    c. Alan Adams;

    d. Leonard A. Fasano;

    e. Fasano, Ippolito & Lee, LLC;

    f. Todd Bainer;

    g. Stanley Prymas;

    h. Thompson & Peck, Inc. (insurance agency);

    i. Charles A. Flanagan;

    j. Judge Flanagan;

    k. Lou D'Agostino;

    l. Socrates Babacas;

    m. Sharon Demetropoulous

    n. Lisa Flanagan

    o. Paul Gaide

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

11. By reason of your religious teachings and beliefs, or for any other reason at all, do you have convictions which might prevent you from rendering an impartial verdict on the issues in this case?

12. Do any of you have difficulty hearing? If so, will this cause you any problems in terms of listening to the proceedings?

13. Do you understand that the plaintiffs have the burden to prove each claim in this case and that if they do not prove any portion, I will instruct you to return a verdict in favor of the defendants as to that portion or portions?

14. If after you have heard the evidence in this case, you are of the opinion that the plaintiffs have not met their burden of proof under the various claims in this case, would you hesitate to decide in favor of the defendants, if by doing so, the plaintiffs were to receive no money damages?

15. Do you understand that the plaintiffs also have the burden to prove their damages—their losses—in this case?

16. You will hear some witnesses during the trial who may tell you the whole truth, others may not tell the entire truth, some may tell a combination of both and some may not know all of the information necessary to give you the adequate information you need. Do you have any problem using your common sense in every experience in assessing the honesty and credibility of each witness?

17. Can each of you read, write, speak and understand the English language?

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

18. At any time, have you or a close family member or friend been employed by the Cadle Company or D.A.N. Joint Ventures? If so:

 a. what position did you hold?

 b. are you still employed? and

 c. if not employed, what where the circumstances of your departure?

19. At any time, have you or a close family member or friend been employed by Thompson & Peck? If so:

 a. what position did you hold?

 b. are you still employed? and

 c. if not employed, what were the circumstances of your departure?

20. At any time, have you or a close family member or friend been employed by Fasano, Ippolito & Lee, LLC? If so:

 a. what position did you hold?

 b. are you still employed? and

 c. if not employed, what were the circumstances of your departure?

21. At any time, have you or a close family member or friend been employed by a law firm? If so:

 a. what position did you hold?

 b. are you still employed? and

 c. if not employed, what were the circumstances of your departure?

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

22. Are you or any close family member or friend a lawyer? If so, what kind of law did you or he or she practice?

23. Other than being a lawyer, are you or any family member involved, in any fashion, in the court system or in the legal profession?

24. Have you or any close family member or friend ever been a party to a lawsuit?

    a. was that as the plaintiff (the person suing) or the defendant (the person being sued)?

    b. what kind of case was it?

    c. have you or a close relative or friend ever been the subject of a claim for something for which you were not responsible?

    d. is your experience being a party to a lawsuit something that would influence you in any way with any respect to this case?

25. Have you heard anything or read anything that has influenced your feelings about our legal system, lawsuits in general, or the size of jury verdicts? If so, what have you heard or read and what are your feelings now?

26. What is your educational background?

27. Do you have any feelings, positive or negative, about the following:

    a. lawyers?

    b. politicians?

    c. our legal system in general?

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

   d.  persons who bring lawsuits?

   e.  persons or companies who defend claims made against them in lawsuits?

 28. Have you ever been arrested for or convicted of a crime of any sort, the record of which remained public?  If so,

   a.  has this caused you any problems?

   b.  as a result of this, do you have any opinions about whether information about criminal arrests, convictions or pleas are public?

 29. Have you ever been sued?

 30. Have you ever been the subject of a claim for something for which you were not responsible?

 31. Some of the defendants in this action are businesses.  Businesses are made up of individuals.  You will be told that each party to the litigation, whether large or small, whether individuals or companies, must be treated equally.  Will you be able to do so?

 32. Several defendants are attorneys.  Will you be able to treat them just as fairly and equally as you would anyone else?

 33. One of the defendants, Mr. Len Fasano, is an elected official; he is a State Senator in the Connecticut General Assembly.  Again, will you be able to treat him just as fairly and equally as you would the other parties?

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

34. Are you are aware of the difference between alleging something is true proving that it is true?

35. Do you have an opinion that just because someone brings a lawsuit, that he or she should be awarded compensation?

36. Do you understand that in our system of justice, anyone can bring a claim, but it is up to the person who brings the claim to prove it in a court of law; it is not the responsibility of the party being sued to disprove the claim?

37. If after you heard the evidence in this case, you are of the opinion that the defendants are not liable under the law, would you hesitate to render a verdict in favor of the defendants?

38. Do you understand that we have different claims against a number of defendants and that each claim is to be decided separately?

39. If the plaintiffs fail to prove that one or more of the defendants are responsible for their alleged injuries, would you hesitate to decide in favor of that defendant or defendants?

40. Do you understand that as a member of the jury, you will decide the facts, and I, the judge, will instruct you as to the law of the case?

    a. At the close of the case, I will instruct you on the rules of law that you will apply. If you disagree with my instruction, would you be hesitant to follow it?

- 9 -

**Halloran & Sage LLP**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

      b.     If you disagree with the law as given to you by me, would you have any problems putting aside your personal feelings and opinions, and following the Court's instructions?

41.     The Court requires that the plaintiffs put on their case first and that the defendants wait and put on their evidence afterwards. Would you have any problem listening carefully to all parties, keeping an open mind and waiting until all the evidence is heard before you make a final decision in the case?

42.     Some people, by their very nature, have a dominating or overbearing personality. If you were chosen for this jury, and if someone on the panel has such a personality, would you nevertheless insist that your views and opinions be heard and considered?

43.     Now, as I mentioned before, the plaintiffs have the burden of proving their claim; the defendants do not have to disprove them. If, after the plaintiffs conclude their case, for whatever reason, the defendants do not put on any witnesses, will you hold that against the defendants in deciding this case?

44.     Do you look forward to serving on this jury if you are chosen?

45.     As I call your name, please state your present occupation and your spouse's occupation. If retired, please state your former occupation.

46.     Where do you live?

      a.     For how long?

      b.     Do you rent or own?

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

47. Please describe what type of hobbies you engage in.

    a. What types of magazines do you subscribe to?

    b. What types of books do you read?

    c. If you watch television, what types of television programs do you watch?

48. Are you aware of any bias or prejudice that you may have in regard to this case, or in favor of or against any of the parties?

49. Is there anything else that you think we should know about you, as we get ready to begin this case?

50. Do you know of any reason why you think that you should not sit and render a just, fair, honest and impartial verdict for both sides?

        Respectfully submitted,
        DEFENDANTS
        LEONARD A. FASANO
        FASANO, IPPOLITO & LEE, LLC

By_____
    David G. Hill
    June M. Sullivan
    Fed. Bar No. ct13435
    Fed. Bar No. ct24462
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum street
    Hartford, CT 06106
    Their Attorneys

- 11 -

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

## CERTIFICATION

This is to certify that on this 4th day of May 2005, I hereby mailed a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas**
**& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT  06510-2026
**For Defendant Charles A. Flanagan**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
**For Defendant Todd R. Bainer**

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon CT 06001
**For Defendant Paul M. Gaide & Gaide &**
**Associates, LLC**

US Trustee
U.S. Trustee Office
265 Church Street, Suite 1103
New Haven, CT 06510-7016

Amber J. Branciforte, Esq.
Anthony Nuzzo, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
**For Defendants Karen T. Gerber, Esq.**
**Nuzzo & Roberts, LLC, Movant**

_____
David G. Hill

683314_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105