UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 MAY -4 P 4:50
US DISTRICT COURT
HARTFORD

| THE CADLE COMPANY, ET AL<br>Plaintiffs | : Case No. 3:01-CV 531<br>: (AVC) |
|---|---|
| VS. | : |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : MAY 4, 2005 |

## PROPOSED JURY VOIR DIRE QUESTIONS SUBMITTED BY DEFENDANTS STANLEY F. PRYMAS AND THOMPSON & PECK, INC.

**A.    *Knowledge of Parties/Counsel***

1. Do you know Stanley Prymas or anyone who works for Thompson & Peck Insurance Agency?

2. Have you or anyone close to you had business dealings with Thompson & Peck Insurance Agency?

3. Have your or anyone close to you purchased insurance through Thompson & Peck Agency?

4. Do you know Attorney Todd Bainer?

5. Have you or anyone close to you had dealings with Attorney Todd Bainer?

6. Do you know any of the attorneys in this case?

7. Have you or anyone close to you had dealings with either Attorney Gallagher or Attorney Cox or Attorney Cooney?

1

### B. *General*

8. Have you ever been involved in a lawsuit, either as a plaintiff, a defendant, a witness, or a juror?

9. Do you believe that if a person or company has been sued that they must have done something wrong?

10. Do you believe that if one business partner commits a crime or does something wrong, the other business partner is also guilty or liable?

### C. *Potential Bias*

11. Do you have strong feelings about insurance agencies or insurance agents?

12. Have you or anyone close to had a bad experience with an insurance agent or insurance agency?

13. Have you or anyone close to you have been unhappy with an insurance agent or insurance agency?

14. Has an insurance agent or insurance agency ever failed to procure insurance coverage that you wanted for yourself, your family, or your business?

15. Have you lost money in any type of investment, including a real estate investment?

### D. *Ability to Act as a Juror in this Case*

16. Are you confident of your ability to understand complex issues and sort through complicated facts?

17. Do you have any physical problems, such as poor hearing, poor eyesight or attention deficit disorder, that might affect your ability to give this case your full attention?

18. Do you have any concern about your ability to work with your fellow jurors to arrive at a fair and reasonable decision in this case?

19. Do you have any concern about your ability to make your decisions solely based on the evidence presented in this case during the trial?

20. Do you have any concern about your ability to see, hear, and follow the judge's instructions on the law in this case, regardless of your own personal feelings about what the law ought to be?

21. Do you have any concern about your ability to decide whether a witness is telling the truth or not?

*Respectfully Submitted,*

THE DEFENDANTS,
Stanley F. Prymas
and Thompson & Peck, Inc.

BY: _____
BARBARA L. COX,
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT 06509
Tel: (203) 624-4165
Fax: (203) 865-5598

3

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Rd.
North Haven, CT 06473

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center - P.O. Box 747
Cheshire, CT 06410

_____
BARBARA L. COX

4