UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | May 4, 2005 |
| Defendants. | § | |

### PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT AN OPENING STATEMENT

1.  This is a very complicated case involving multiple defendants and multiple schemes to hide, transfer and otherwise shield the assets of Judgment Debtor Charles A. Flanagan from the judgment claims of Plaintiffs.

2.  Proof of a fraudulent conspiracy is, by necessity, circumstantial (see Pangburn v. Culbertson, 200 F.3d 65, 72 (2d Cir. 1999)), with motive and intent only apparent in context. What may appear to be innocent conduct when viewed in a vacuum only becomes apparent as fraudulent when examined in detail in context.

3.  Plaintiffs believe that an opening statement is essential for the jury to see the big picture of the overall fraudulent scheme so the jury can fully comprehend the

disjointed and piecemeal evidence that will be introduced through the various witnesses on the witness stand.

    4.   Plaintiffs respectfully request that the Court grant Plaintiffs a total of 55 minutes for an opening statement comprised as follows:

| | |
|---|---|
| 5 minutes - | introduction |
| 10 minutes - | general overview of the conspiracy |
| 10 minutes - | role of the Fasano defendants in the conspiracy |
| 10 minutes - | role of the Bainer defendants in the conspiracy |
| 10 minutes - | role of Prymas/Thompson & Peck in the conspiracy |
| 10 minutes - | close |

## PRAYER

Plaintiffs respectfully request that the Court grant them leave of court to conduct an opening statement, with 55 minutes allowed for that opening statement.

                                            Respectfully submitted,
                                            ARMSTRONG LAW FIRM

DATED: May 4, 2005.          By_____/s/_____
                                            F. Dean Armstrong
                                            Ct. Fed. Bar #CT22417
                                            1324 Dartmouth Road
                                            Flossmoor, IL 60422
                                            (708) 798-1599
                                            Fax (708) 798-1597

-3-

        Edward C. Taiman, Esq.
        SABIA & HARTLEY, LLC
        190 Trumbull Street
        Suite 202
        Hartford, CT 06103-2205
        (860) 541-2077
        Fax (860) 713-8944

        Attorneys for Plaintiffs
        The Cadle Company and
        D.A.N. Joint Venture,
        A Limited Partnership

### Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on May 4, 2005 to all defense counsel as shown on the attached Service List.


_____/s/_____
F. Dean Armstrong