

FILED
2005 MAR -4 P 1: 2

UNITE STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY and
D.A.N. JOINT VENTURE,           :       Case No.: 3:01 cv 531 AVC
A LIMITED PARTNERSHIP
                                :
                                :
v.                              :
                                :
CHARLES A. FLANAGAN, ET AL.     :       March 2, 2005

### MOTION TO SEVER ACTION OR FOR SEPARATE TRIALS and
### MOTION TO REFER ACTION TO BANKRUPTCY COURT

The defendant and debtor Charles Atwood Flanagan ("Flanagan" or the "Debtor"), by and through his undersigned counsel, moves this court for an Order severing the action filed by plaintiffs' the Cadle Company and D.A.N. Joint Venture, L.P. (the "Plaintiffs") seeking a denial of the Debtor's bankruptcy discharge pursuant to 11 U.S.C. § 727 from the Plaintiffs' action seeking damages under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1961, et seq.) ("RICO"). Alternatively, the Debtor requests that the two actions be tried separately. Additionally, should the motion to sever be granted, the Debtor requests that the action seeking a denial of the Debtor's discharge be referred back to the United States Bankruptcy Court for the District of Connecticut. In support of this motion, the Debtor states the following:

May 4, 2005. As the bankruptcy matter has settled, the motion is denied as moot.
SO ORDERED.
Alfred V. Covello, U.S.D.J.