

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED
2005 MAR 23  A 10: 14
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | MARCH 21, 2005 |

### MOTION FOR JOINDER

Defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move to join Charles Flanagan's Motion to Sever Action or for Separate Trials, dated March 2, 2005, for the reasons stated in said motion and incorporated memorandum of law.

In addition to the grounds asserted in Flanagan's motion, defendants Prymas and Thompson & Peck will be prejudiced by evidence relating to Flanagan's bankruptcy discharge and Flanagan's other conduct, unrelated to Prymas and Thompson & Peck. Plaintiffs' civil RICO claims against Prymas and Thompson & Peck are premised on a theory of guilt by association, rather than any actual civil RICO violation. Consequently, the trial of Flanagan's bankruptcy discharge should be severed and tried separately from plaintiffs' civil RICO claims.

Respectfully Submitted,

THE DEFENDANTS,
Stanley F. Prymas
and Thompson & Peck, Inc.

BY: _____
BARBARA L. COX,
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard – P.O. Box 1925
New Haven, CT 06509
Tel:  (203) 624-4165
Fax: (203) 865-5598

*Handwritten margin note (left side):* May 4, 2005. As the bankruptcy matter has settled, the motion is denied as moot. SO ORDERED. Alfred V. Covello, U.S.D.J.

*Stamp:* FILED 2005 MAY -5 P 12: 21 U.S. DISTRICT COURT HARTFORD, CT.

1