FILED
2005 MAY -4 A 11:01
DISTRICT COURT
HARTFORD, CT.

414

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 3, 2005 |

## MOTION TO SEVER ACTION OR FOR SEPARATE TRIALS

The defendants, Leonard A. Fasano and Fasano, Ippolito & Lee, LLC, respectfully move this Court for an order severing the debtor's bankruptcy discharge action filed by the plaintiffs, Cadle Company and DAN Joint Venture, LP ("plaintiffs") pursuant to 11 U.S.C. § 727, from the plaintiffs' action seeking damages under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§ 1961 *et seq.*) ("RICO"). The defendants adopt Charles Atwood Flanagan's Motion to Sever Action or for Separate Trials dated March 2, 2005 and codefendants Stanley F. Prymas and Thompson & Peck, Inc.'s Motions for Joinder dated March 21, 2005, including defendant Flanagan's Memorandum of Law and the grounds and reasons contained within the Motions as well as the Memorandum of Law.

Additionally, defendants Fasano and Fasano, Ippolito & Lee, LLC. will be prejudiced by evidence related to Flanagan's bankruptcy discharge and his other conduct that is unrelated to Fasano and Fasano, Ippolito & Lee, LLC. Moreover, the RICO action should be severed from the debtor's bankruptcy discharge action because Flanagan is no longer a party to the RICO action.

May 4, 2005. As the bankruptcy matter has settled, the motion is denied as moot.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105