United States District Court
District of Connecticut
FILED AT
5/5/05
Kevin F. Ro...
By _____ JWalker
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CASE NO: 3-01 CV 531 |
| Plaintiffs | : | (AVC) |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL. | : | MAY 5, 2005 |
| Defendants | | |

### SUPPLEMENTAL CASE STATEMENT
### of the DEFENDANT, THOMPSON & PECK, INC.

The Defendant, THOMPSON & PECK, INC., has also filed a Counterclaim against both of the Plaintiffs in this action, THE CADLE COMPANY and D.A.N. JOINT VENTURE, A Limited Partnership. This Counterclaim will be considered by you *after* the conclusion of the trial on Plaintiffs' claims, as appropriate. The Defendant THOMPSON & PECK, INC. claims that the lawsuit filed by the Plaintiffs has no reasonable basis or probable cause and that the Defendant is therefore entitled to damages. The Defendant also claims that the Plaintiffs' lawsuit was filed maliciously as well as vexatiously, and seeks damages accordingly.

THE DEFENDANT / COUNTERCLAIMANT
THOMPSON & PECK, INC.

By _____
Bradley K. Cooney, of
BRADLEY K. COONEY, P.C.
Its attorney
69 Island Avenue/ Madison, CT 06443
phone: (203) 318-0464
facsimile: (203) 318-0065
federal bar # ct 08295

## CERTIFICATION OF SERVICE

I hereby certify that on this 5th day of May, 2005, a copy of the foregoing was hand delivered to, and sent by first class mail, postage prepaid, to the following legal counsel of record:

**F. Dean Armstrong, Esquire**
1324 Dartmouth Road
Flossmoor, IL 60422

**Mary Anne Charron, Esq.**
**R. Bradley Wolfe, Esq.**
Gordon, Muir & Foley, LLP
10 Columbus Blvd
Hartford, CT 06106-5123

**Edward C. Taiman, Esq.**
Sabia & Hartley, LLC
190 Trumbull St. / Suite 202
Hartford, CT 06103-2205

**James A. Lenes, Esq.**
Neubert, Pepe & Monteith, P.C.
195 Church Street / 13th Floor
New Haven, CT 06510

**Todd R. Bainer, Esq**
71 Cedar Street
Branford, CT 06405

**William F. Gallagher, Esq.**
**Barbara L. Cox, Esq.**
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509

**David G. Hill, Esq.**
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Bradley K. Cooney