UNITE STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY -5  P 12: 20
DISTRICT COURT

| | |
|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP | Case No.: 3:01 cv 531 AVC |
| v. | |
| CHARLES A. FLANAGAN, ET AL. | |

**ORDER GRANTING**
**JOINT MOTION TO DISMISS OBJECTION TO DISCHARGE ACTION**

The foregoing Joint Motion to Dismiss Objection to Discharge Action (the "Motion") having been heard, it is hereby GRANTED, and

It is ORDERED that the action commenced by the plaintiffs objecting to the entry of a discharge for Charles A. Flanagan (the "Debtor") is hereby dismissed, with prejudice, and

It is further found that under the agreement of the parties, as contained in the Motion, no consideration has been promised or given, directly or indirectly by the Debtor to the plaintiffs in exchange for the dismissal, and

It is further found that the exchange of general mutual releases in the form provided in Exhibit A to the Motion shall not constitute the giving of consideration by the Debtor to the plaintiffs in exchange for the dismissal, and that the counsel for the Debtor and the plaintiffs are hereby authorized to release the mutual general releases from escrow and to deliver them to the intended releasees.

Date:

Alfred V. Covello, U.S.D.J.