


FILED

2005 FEB -8 P 3: 39

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | §<br>§ | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | February 8, 2005 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS MJCC CORPORATION AND MJCC REALTY, LIMITED PARTNERSHIP (A/K/A M.J.C.C. REALTY LIMITED PARTNERSHIP)**

1. On December 19, 2002 the Court granted Plaintiffs' Motion for Entry of Default as to Defendants MJCC Corporation ("MJCC Corp.") and MJCC Realty, Limited Partnership (a/k/a M.J.C.C. Realty Limited Partnership) ("MJCC Ltd.").

2. The actual damages sought by Plaintiffs against Defendants MJCC Corp. and MJCC Ltd. as of December 19, 2002 are $2,030,229.72 as set forth in the attached affidavit of Dan Cadle submitted herewith as Px A.

3. Further, pursuant to 18 U.S.C. §1964(c), Plaintiffs are entitled to recovery of attorneys' fees for prosecuting this action. Plaintiffs seek recovery of attorneys' fees as of December 19, 2002 in the amount of $102,802 for prosecuting this action as set forth in the attached affidavit of Dan Cadle submitted herewith as Px A.

May 6, 2005. The motion is denied without prejudice to its refiling with a memorandum of law in accordance with Local Rule 7(a). SO ORDERED.

Alfred V. Covello, U.S.D.J.

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com