

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, et al., | § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al., | § | April 20, 2005 |
| Defendants. | § | |

**PLAINTIFFS' MOTION TO SUPPLEMENT SUMMARY JUDGMENT RECORD**

Pursuant to Rule 15(d), Fed.R.Civ.P., Plaintiffs' request leave of Court to Supplement the Summary Judgment Record to add as Px 199 (faxed letter from Defendant Bainer dated April 19, 2005) as additional evidence of Defendant Bainer's use of interstate wire communications in an effort to intimidate opposing counsel to back off the prosecution of litigation against Bainer or Bainer's clients. (See Plaintiffs' Second Amended Response to Defendant Bainer's Motion for Summary Judgment p. 28, bottom of page)

Respectfully submitted,
ARMSTRONG LAW FIRM

DATED: April 20, 2005.      By /s/ F. Dean Armstrong (ECF)
F. Dean Armstrong
Ct. Fed. Bar #CT22417
1324 Dartmouth Road
Flossmoor, IL 60422
(708) 798-1599
Fax (708) 798-1597

May 6, 2005. DENIED.
SO ORDERED.

Alfred W. Covello, U.S.D.J.

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW
190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com