D

400

FILED

2005 APR 25 P 12: 19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| THE CADLE COMPANY, et al., | § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al., | § | April 25, 2005 |
| Defendants. | § | |

**PLAINTIFFS' SECOND MOTION TO SUPPLEMENT SUMMARY JUDGMENT RECORD**

Pursuant to Fed.R.Civ.P. 15(d), Plaintiffs request a second leave of Court to Supplement the Summary Judgment Record to add as Px 200 (faxed letter from Defendant Bainer dated April 20, 3005[sic]) as additional evidence of Defendant Bainer's use of interstate wire communications in an effort to intimidate opposing counsel to "back off" the prosecution of litigation against Bainer and Bainer's clients. (See Plaintiffs' Second Amended Response to Defendant Bainer's Motion for Summary Judgment p. 28, bottom of page) Defendant Bainer has a proclivity for this, as evidenced by the enclosed Affidavit of Charles A. Flanagan. (See Exhibit Q, para. 6)

May 6, 2005. DENIED.
SO ORDERED.

Alfred W. Covello, U.S.D.J.

FILED 2005 MAY -6 P 3:2[?]
U.S. DISTRICT COURT
HARTFORD, CT.

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com