

401



FILED

2005 APR 26 P 2: 48

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, et al., | § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al., | § | April 26, 2005 |
| Defendants. | § | |

### PLAINTIFFS' AMENDED SECOND MOTION TO SUPPLEMENT SUMMARY JUDGMENT RECORD

Plaintiffs hereby amend their Second Motion to Supplement Summary Judgment Record by attaching Plaintiff's Exhibit 200 which was mistakenly omitted from its original filing. Plaintiffs further state as follows:

Pursuant to Fed.R.Civ.P. 15(d), Plaintiffs request a second leave of Court to Supplement the Summary Judgment Record to add as Px 200 (faxed letter from Defendant Bainer dated April 20, 3005[sic]) as additional evidence of Defendant Bainer's use of interstate wire communications in an effort to intimidate opposing counsel to "back off" the prosecution of litigation against Bainer and Bainer's clients. ( See Plaintiffs' Second Amended Response to Defendant Bainer's Motion for Summary Judgment p. 28, bottom of page) Defendant Bainer has a proclivity for this, as evidenced by the enclosed Affidavit of Charles A. Flanagan. (See Exhibit Q, para. 6)

May 6, 2005. DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

2005 MAY -6 P 2:26

---

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com