UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL      :  | CIVIL ACTION NO. |
| Plaintiffs      : | 3:01CV531(AVC) |
|      : | |
| VS.      : | |
|      : | |
| CHARLES A. FLANAGAN, ET AL      : | APRIL 29, 2005 |
| Defendants      : | |

### OBJECTION TO PLAINTIFFS' MOTION TO SUPPLEMENT SUMMARY JUDGMENT AND MOTION TO STRIKE

Defendants Todd R. Bainer and Todd R. Bainer, LLC (hereinafter "Bainer") (i) objects to the plaintiffs' Motion to Supplement Summary Judgment Record, dated April 20, 2005, plaintiffs' Second Motion to Supplement Summary Judgment Record, dated April 25, 2005, and plaintiffs' Amended Second Motion to Supplement Summary Judgment, dated April 26, 2005; and (ii) moves to strike all supplements to the record made by the plaintiffs by reference or attachment to the plaintiffs' Second Amended Response to Defendant Bainer's Motion for Summary Judgment, dated April 18, 2005. Such objections should be sustained and motion be granted because this Court's Order, dated March 28, 2005, does not provide for, and therefore does not permit, the submission of additional evidence by the plaintiffs.

5/6/05. The motion to strike is DENIED as moot. SO ORDERED.

Alfred V. Covello, U.S.D.J.