FILED

2005 MAY -4 P 4: 52

US DISTRICT COURT
HARTFORD CT

418

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | §<br>§ | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | May 4, 2005 |
| Defendants. | § | |

### PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT AN OPENING STATEMENT

1. This is a very complicated case involving multiple defendants and multiple schemes to hide, transfer and otherwise shield the assets of Judgment Debtor Charles A. Flanagan from the judgment claims of Plaintiffs.

2. Proof of a fraudulent conspiracy is, by necessity, circumstantial (see Pangburn v. Culbertson, 200 F.3d 65, 72 (2d Cir. 1999)), with motive and intent only apparent in context. What may appear to be innocent conduct when viewed in a vacuum only becomes apparent as fraudulent when examined in detail in context.

3. Plaintiffs believe that an opening statement is essential for the jury to see the big picture of the overall fraudulent scheme so the jury can fully comprehend the

May 6, 2005. GRANTED to the extent that each party shall have 10 minutes for delivering an opening statements.
SO ORDERED.

Alfred V. Covello, U.S.D.J.



SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com