UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>　　Plaintiffs | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | |
| CHARLES A. FLANAGAN, ET AL<br>　　Defendants | MAY 6, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION AND/OR CLARIFICATION

Plaintiffs' Second Amended Complaint asserts in their Prayer for Relief, claims under 18 U.S.C. §1962(b) which prohibits a person from acquiring or controlling an enterprise through a pattern of racketeering activity, 18 U.S.C. §1962 (c) which prohibits a person from operating or managing the affairs of an enterprise, and 18 U.S.C. §1962(d) which prohibits participation in a conspiracy to commit acts in violation of §§1962 (a), (b), and (c).

Plaintiffs acknowledged in their Second Amended Response to defendant Todd R. Bainer and Todd R. Bainer, LLC's (herein "Bainer") Motion for Summary Judgment, dated April 18, 2005 that they are pursuing Bainer as a co-conspirator under 18 USC §1962(d). Specifically, plaintiffs state in their brief that "plaintiffs have sued Bainer under the RICO conspiracy statute,

18 U.S.C. §1962(d) ..." (pp. 47-48). However, this Court's Order dated May 2, 2005 vacating its prior Order granting summary judgment in favor of Bainer does not address this admission by plaintiffs and does not address whether the prior granting of summary judgment is upheld as to the §§1962 (b) and (c) claims. The Court's Ruling on defendants Leonard Fasano and Fasano, Ippolito and Lee, LLC's Motion for Summary Judgment does address this, but the Court did not issue a separate or specific Ruling as to Bainer. The clarification of this issue is particularly important as it will define the scope of the trial set to start May 23, 2005.

                                               DEFENDANTS: TODD R. BAINER and
                                               TODD R. BAINER, L.L.C.

                                  By _____
                                               R. BRADLEY WOLFE
                                               Federal Bar No. ct04332
                                               GERALD R. SWIRSKY
                                               Federal Bar No. ct05574
                                               MARY ANNE A. CHARRON
                                               Federal Bar No. ct02274
                                               Gordon, Muir and Foley, LLP
                                               Ten Columbus Boulevard
                                               Hartford, CT 06106-1976
                                               Telephone (860) 525-5361
                                               Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on May 6, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\392284\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361        FACSIMILE (860) 525-4849        JURIS NO. 24029