UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|    Defendants. | : | MAY 12, 2005 |

**PLAINTIFFS' MOTION AND BRIEF FOR LEAVE TO AMEND COMPLAINT**

      1.      It has come to the attention of Plaintiffs that the same conduct which serves as the basis for Plaintiffs' existing claims also support an additional legal basis for recovery under negligence and negligence per se.

      2.      It is well settled that leave to amend the pleadings "shall be freely given when justice so requires." Fed. R. Civ. P. 15 (a); Foman v. Davis, 371 U.S. 178, 182 (1962). The rule in the Second Circuit has been to allow a party to amend its pleadings in the absence of a showing of prejudice or bad faith by the opposing party. Block v. First Blood Associates, 988 F.2d 344, 350 (2d Cir. 1993); Monhan v. New York City Department of Corrections, 214 F.3d 275, 283-84 (2d Cir. 2000).

      3.      The proposed amended complaint (copy attached hereto) adding a negligence count does not change or add a single fact: indeed the negligence count is based on the same common nucleolus of operative facts as the existing RICO count in the existing complaint. Accordingly, the proposed amendment adding a negligence count would not result in the need for additional discovery; would not prejudice any party; and would not result in the delay of the trial.

## PRAYER

  Plaintiffs respectfully request that the Court grant them leave to file their third amended complaint, a copy of which is attached to this motion.

            THE CADLE COMPANY AND
            D.A.N. JOINT VENTURE, L.P.


           By:_____
            F. Dean Armstrong, Esq.
            1324 Dartmouth Road
            Flossmoor, IL 60422
            Federal Bar No. ct22417

           and

            Edward C. Taiman, Jr.
            Sabia & Hartley, LLC
            190 Trumbull Street, Suite 202
            Hartford, CT 06103
            (860) 541-2077
            Fed. Bar No. ct01319

## CERTIFICATE OF SERVICE

  I certify that the foregoing instrument was hand delivered on May 12, 2005 to all defense counsel of record as shown on the attached Service List.


            _____
            F. Dean Armstrong

E:\WPDOCS\CADLE\Flanagan\RICO\MtLeaveAmend.wpd