UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY, ET AL

    V.                                    CASE NO. 3:01CV00531(AVC)

CHARLES A. FLANAGAN, ET AL

ORDER TO SHOW CAUSE

      Upon the plaintiffs' motion for leave to amend the complaint (#437) filed on May 12, 2005; it is hereby

ORDERED that the defendants shall have to and including the close of business on Tuesday, May 17, 2005 to show cause why the relief prayed for in the motion should not be granted. Any opposition to the motion shall be filed, with a courtesy copy to the undersigned's chambers.

Dated at Hartford, Connecticut this 13th day of May, 2005.

                                                  /s/
                                                  Alfred V. Covello
                                                  United States District Judge