UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | MAY 13, 2005 |
| | : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC
### MOTION FOR CONTINUANCE OF TRIAL DATE

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby move for a

thirty (30) day continuance of the trial date from May 23, 2005 to June 23, 2005 and a

continuance of the compliance date for the Joint Trial Memorandum from May 18, 2005 to June

17, 2005.

The plaintiffs filed on May 12, 2005 a Third Amended Complaint and Bainer requires the

continuances to review and analyze the new allegations and prepare a proper defense to such

allegations.

Accordingly, Bainer respectfully requests a thirty (30) day continuance of the trial date to

June 23, 2005 and a continuance of the compliance date for the Joint Trial Memorandum to June

17, 2005.

Defendants have contacted counsel for defendants Leonard A. Fasano, and Fasano, Ippolito & Lee, LLC and Stanley F. Prymas, Thompson & Peck, Inc., who have no objection to the motion.

Defendants have spoken to Attorney Armstrong, counsel for plaintiffs, who does not consent to these continuances.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By _____

R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on May 13, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
R. BRADLEY WOLFE

:ODMA\PCDOCS\DOCS\392984\1

3