440

FILED
2005 MAY 13 P 2:52
DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 13, 2005 |
| Defendants | : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC MOTION FOR CONTINUANCE OF TRIAL DATE

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby move for a thirty (30) day continuance of the trial date from May 23, 2005 to June 23, 2005 and a continuance of the compliance date for the Joint Trial Memorandum from May 18, 2005 to June 17, 2005.

The plaintiffs filed on May 12, 2005 a Third Amended Complaint and Bainer requires the continuances to review and analyze the new allegations and prepare a proper defense to such allegations.

Accordingly, Bainer respectfully requests a thirty (30) day continuance of the trial date to June 23, 2005 and a continuance of the compliance date for the Joint Trial Memorandum to June 17, 2005.

5/16/05. DENIED.
So Ordered.
Alfred V. Covello, U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361         FACSIMILE (860) 525-4849         JURIS NO. 24029