# 1UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
|    Plaintiff | : |  (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | May 9, 2005 |
|    Defendants | : | |

## STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR PERMISSION TO AMEND THEIR ANSWER

The defendants Stanley F. Prymas and Thompson & Peck, Inc. ("T&P") respectfully move, pursuant to Fed. R. Civ. P. 15(a), for permission to amend their answer filed herewith, to assert new affirmative defenses occasioned by the plaintiffs' voluntary withdrawal of their adversary proceeding objecting to Flanagan's bankruptcy discharge. In support of this motion, the undersigned represents:

1. Prymas and Thompson & Peck's answer was filed on or about September 27, 2002.

2. On or about January 26, 2005 this Court granted Prymas & T&P's motion to amend their answer to assert an affirmative defense of reliance on professional legal and accounting advice. Endorsement Order, Docket Item 323.

3. On or about April 8, 2005 the plaintiffs and defendant Charles Flanagan jointly stipulated to dismiss plaintiffs' objection to Flanagan's bankruptcy discharge. As part of the stipulation, plaintiffs released Flanagan and

his wife, Lisa Flanagan, from all claims. See Ex. A hereto. (Docket Item #390; Ruling #427).

4. Plaintiffs' voluntary release of claims against Flanagan constitute a waiver of their lost debt claims which form the essential RICO damage claim in this case, as well as a failure to mitigate their damages, both of which form the basis of the new affirmative defenses, as well as a new ground for the defense of estoppel.

5. The inclusion of the additional affirmative defenses are necessary for the full and fair determination of the issues raised in this action.

WHEREFORE, defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully request permission to amend their answer to include the affirmative defenses of failure to mitigate damages and waiver and new facts to support the affirmative defense of estoppel.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and
THOMPSON & PECK, INC.

BY: _____
Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509
Tel: 203-624-4165
Fax: 203-865-5598

***CERTIFICATION OF SERVICE***

This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410


_____
BARBARA L. COX