## 1UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
|    Plaintiff | : |  (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | May 13, 2005 |
|    Defendants | : | |

## STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR CONTINUANCE OF TRIAL

The defendants Stanley F. Prymas and Thompson & Peck, Inc. ("T&P") respectfully move for a 90-day continuance of the trial date in this matter, as new developments in the case require additional time, as set forth more particularly below:

1. On May 12, 2005, plaintiffs amended their complaint to assert two new theories of liability, negligence and negligence per se. See Plaintiffs' Motion and Brief for Leave to Amend Complaint, dated May 12, 2005, Docket Item 437.

2. The new theories asserted in the amended complaint are likely to be covered by defendants' insurance policies. The insurance carriers previously declined coverage and defense of the RICO and tortious interference claims initially asserted in the original complaint. However, the addition of negligence claims are likely to trigger defendants' coverage.

3. Prymas and T&P need the opportunity to put their carrier on notice of the negligence claims and retain insurance defense counsel. Insurance defense counsel will need time to evaluate and defend the claims at trial.

4. In addition to exploring the possibility of insurance coverage and defense, new developments in the case and recently disclosed evidence require additional discovery.

5. On April 8, 2005, the plaintiffs informed the Court that they had settled with Flanagan and had released him from all claims, as reflected in a mutual release filed with the Court.

6. Plaintiffs' complete release of all claims against the defendant Flanagan, the only defendant alleged to have committed predicate acts, forming the basis of liability in this case, require additional discovery from Flanagan into the circumstances and terms of plaintiffs' release. These new facts are essential to a full and fair defense in this matter.

7. In addition, plaintiffs have only recently disclosed their attorney's fees in discovery. Since attorney's fees are a significant, if not only, component of plaintiffs' civil RICO damage claims, it is essential that defendants be afforded additional time to inquire into and receive further explanation of the exorbitant fees plaintiffs are claiming.

8. Because summary judgment had been granted in their favor on March 28, 2005, the defendants did not pursue outstanding discovery against the plaintiffs or commence preparing for trial in order to avoid incurring unnecessary attorney's fees and expense for their clients. The Court's unexpected reversal of its grant of summary judgment on May 2, 2005, has left the defendants with insufficient time to prepare for trial.

For all the foregoing reasons, defendants Prymas and T&P respectfully request a 90-day continuance of the trial in this matter.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and
THOMPSON & PECK, INC.

BY: _____
Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

**<u>CERTIFICATION OF SERVICE</u>**

      This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410


_____
BARBARA L. COX