UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL | : | CIVIL ACTION NO: 3:01CV531 (AVC) |
| Plaintiffs | : | |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
| Defendants | : | MAY 13, 2005 |

**MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7c, defendants Leonard Fasano, Esquire and Fasano, Ippolito & Lee, LLC. ("the Fasano defendants") hereby move for reconsideration of the Court's order of May 2, 2005, primarily to alert the court to a ***new set of facts*** that ***directly refutes*** the plaintiffs' claim, as well as the Court's written decision. More specifically, the Fasano defendants have attached an affidavit from the alleged co-conspirator, Charles Flanagan, which completely negates any inference that Fasano participated in the alleged RICO conspiracy. In fact, though Mr. Flanagan denies any wrongdoing, he concedes that he acted alone in the various schemes the plaintiffs have alleged as RICO conspiracies.

A Memorandum of Law in Support of this Motion, as well as Mr. Flanagan's affidavit, is attached hereto.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        Respectfully submitted,
        DEFENDANTS
        LEONARD A. FASANO
        FASANO, IPPOLITO & LEE, LLC

    By_____
        David G. Hill
        June M. Sullivan
        Fed. Bar No. ct13435
        Fed. Bar No. ct24462
        HALLORAN & SAGE LLP
        One Goodwin Square
        225 Asylum street
        Hartford, CT 06106
        Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 13th day of May 2005, I hereby mailed a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT 06509-1925
**For Defendant Stanley Prymas
& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405
**For Defendant Todd R. Bainer**

_____
David G. Hill

688120_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105