UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | May 16, 2005 |
| Defendants. | § | |

### PLAINTIFFS' SECOND MOTION FOR LEAVE TO CONDUCT OPENING STATEMENT

Due to the number of parties involved in this suit and the complexity of the facts needed to show the existence of a conspiracy, Plaintiffs respectfully request that the Court allow Plaintiffs 15 minutes to conduct an opening statement. In preparation for trial, Plaintiffs noted that the January 3, 2005 Pretrial Order in this case indicated that "[o]pening statements are not to exceed fifteen (15) minutes except by advance leave of the Court." Plaintiffs believe that at a minimum they need 15 minutes to set forth the road map for the evidence that the jury will hear during the course of the trial.

### PRAYER

Plaintiffs respectfully request that the Court grant them leave of court to conduct an opening statement not to exceed 15 minutes.

                                        Respectfully submitted,
                                        ARMSTRONG LAW FIRM

DATED: May 16, 2005.        By_____/s/_____
                                        F. Dean Armstrong
                                        Ct. Fed. Bar #CT22417
                                        1324 Dartmouth Road
                                        Flossmoor, IL 60422
                                        (708) 798-1599
                                        Fax (708) 798-1597

                                        Edward C. Taiman, Esq.
                                        SABIA & HARTLEY, LLC
                                        190 Trumbull Street
                                        Suite 202
                                        Hartford, CT 06103-2205
                                        (860) 541-2077
                                        Fax (860) 713-8944

                                        Attorneys for Plaintiffs
                                        The Cadle Company and
                                        D.A.N. Joint Venture,
                                        A Limited Partnership

## Certificate of Service

    I certify that a correct copy of the foregoing instrument was faxed and mailed on May 16, 2005 to all defense counsel as shown on the attached Service List.

                                    _____/s/_____
                                      F. Dean Armstrong