**1UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 |
|    Plaintiff : | (AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | May 13, 2005 |
|    Defendants : | |

**STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S
STATEMENT IN RESPONSE TO MOTION TO AMEND COMPLAINT**

The defendants Stanley F. Prymas and Thompson & Peck, Inc. ("T&P") respectfully respond to plaintiffs' Motion to Amend their complaint, filed on the eve of trial, as follows:

Defendants oppose the eleventh hour motion to amend the complaint if the Court does not continue the trial date, to afford defendants the opportunity to involve insurance carriers and insurance defense counsel. Without a continuance, defendants are prejudiced by the inclusion of new theories of liability which may be covered by insurance and the consequent opportunity to retain insurance defense counsel who have sufficient time to prepare for the defense of this matter at trial.

    1.    Prior to this time, insurance carriers for defendants Prymas and T&P declined coverage of the RICO and tortious interference claims initially asserted in this action, presumably because both claims were based solely on intentional acts.

2. The trial in this matter is scheduled to begin May 23, 2005. The jury was selected on May 5, 2005, and the joint pretrial memo is due to be filed May 19, 2005.

3. On May 12, 2005, plaintiffs moved to amend the complaint to assert new legal theories of negligence and negligence per se, which may provide the basis for insurance coverage for Prymas and T&P.

4. Prymas and T&P need additional time to notify their insurance companies of the new negligence theories asserted against them in this action and to retain insurance counsel who can appear and defend them in the trial of this matter. If the court grants the motion to amend and Prymas and T&P cannot avail themselves of potential insurance defense and coverage, they will be severely prejudiced.

Therefore, Prymas and T&P oppose the motion to amend the complaint if the Court does not also grant a continuance of the trial in this matter.

    Respectfully submitted,

    DEFENDANTS, STANLEY F. PRYMAS and
       THOMPSON & PECK, INC.

BY: _____
    Barbara L. Cox
    Federal Bar #ct08523
    The Gallagher Law Firm
    1377 Boulevard
    P.O. Box 1925
    New Haven, CT  06509
    Tel:  203-624-4165
    Fax:  203-865-5598

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
BARBARA L. COX