UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, et al., | § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al., | § | |
| Defendants. | § | April 5, 2005 |

### MUTUAL RELEASE OF ALL CLAIMS

This is a Mutual Release of All Claims between (1) Plaintiffs The Cadle Company and D.A.N. Joint Venture, A Limited Partnership ("Cadle") and (2) Defendant Charles A. Flanagan ("Flanagan").

1. Upon execution of this Release, both Cadle and Flanagan hereby release each other of and from any and all claims, whether now known or unknown, whether now in existence or arising hereafter, which each has or may have against each other from the beginning of time until the date of the execution of this Release.

2. As far as any and all claims of Cadle, this Release shall also run to the benefit of Flanagan's wife, Lisa A. Flanagan, and Flanagan's current attorneys, Doug Skalka, James Lenes and Neubert, Pepe & Monteith, P.C.



PLAINTIFF'S EXHIBIT A

3. As far as any and all claims of Flanagan, this Release shall also run to the benefit of all of Cadle's past and present officers, directors, shareholders, employees, agents and attorneys.

4. This Release shall not, however, in any way, shape or form affect, alter, diminish or prejudice the rights, claims and causes of action of Cadle against any persons or entities other than Flanagan, with all such rights, claims and causes of action against such other persons or entities being hereby expressly protected, saved and reserved.

Dated: April ___, 2005.

_____
Charles A. Flanagan

The Cadle Company

By_____

D.A.N. Joint Venture, A
Limited Partnership

By_____

-2-