UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | May 16, 2005 |
| Defendants. | § | |

**PLAINTIFFS' NON-OPPOSITION TO MOTION OF DEFENDANTS
PRYMAS AND T&P FOR PERMISSION TO AMEND ANSWER**

1.  On May 9, 2005 Defendants Stanley F. Prymas ("Prymas") and Thompson & Peck, Inc. ("T&P") filed their Motion for Permission to Amend Answer.

2.  Plaintiffs believe that the Court would be justified in exercising its discretion to allow Defendants Prymas and T&P leave to amend their answer. Accordingly, Plaintiffs do not oppose the Motion of Defendants Prymas and T&P for Permission to Amend Answer.

                                                            Respectfully submitted,
                                                            ARMSTRONG LAW FIRM

DATED: May 16, 2005.             By_____/s/_____
                                                            F. Dean Armstrong
                                                            Ct. Fed. Bar #CT22417
                                                            1324 Dartmouth Road
                                                            Flossmoor, IL 60422
                                                            (708) 798-1599
                                                            Fax (708) 798-1597

-2-

                                      Edward C. Taiman, Esq.
                                      SABIA & HARTLEY, LLC
                                      190 Trumbull Street
                                      Suite 202
                                      Hartford, CT 06103-2205
                                      (860) 541-2077
                                      Fax (860) 713-8944

                                      Attorneys for Plaintiffs
                                      The Cadle Company and
                                      D.A.N. Joint Venture,
                                      A Limited Partnership

### Certificate of Service

    I certify that a correct copy of the foregoing instrument was mailed on May 16, 2005 to all defense counsel as shown on the attached Service List.


                                      _____/s/_____
                                        F. Dean Armstrong

-2-