UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | § <br><br>§ | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | May 16, 2005 |
| Defendants. | § | |

### PLAINTIFFS' OPPOSITION TO DEFENDANT BAINER'S MOTION FOR CONTINUANCE OF TRIAL DATE

For the reasons set forth in Plaintiffs' Opposition to the Motion for Continuance of Trial submitted by Defendants Prymas and T&P, Plaintiffs oppose the Motion for Continuance of Trial Date submitted by Defendants Todd R. Bainer and Todd R. Bainer, LLC.

### PRAYER

Plaintiffs respectfully request that the Court deny the Motion for Continuance submitted by Defendant Bainer and allow this case to proceed to trial on May 23, 2005.

>     Respectfully submitted,
>     ARMSTRONG LAW FIRM

DATED: May 16, 2005.    By_____/s/_____
                            F. Dean Armstrong
                            Ct. Fed. Bar #CT22417
                            1324 Dartmouth Road
                            Flossmoor, IL 60422
                            (708) 798-1599
                            Fax (708) 798-1597

-2-

          Edward C. Taiman, Esq.
          SABIA & HARTLEY, LLC
          190 Trumbull Street
          Suite 202
          Hartford, CT 06103-2205
          (860) 541-2077
          Fax (860) 713-8944

          Attorneys for Plaintiffs
          The Cadle Company and
          D.A.N. Joint Venture,
          A Limited Partnership

### Certificate of Service

    I certify that a correct copy of the foregoing instrument was mailed on May 16, 2005 to all defense counsel as shown on the attached Service List.

          _____/s/_____
          F. Dean Armstrong

-2-