<u>**1UNITED STATES DISTRICT COURT**</u>

<u>**DISTRICT OF CONNECTICUT**</u>

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
|     Plaintiff | : |  (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | May 16, 2005 |
|     Defendants | : | |

**SUPPLEMENT TO DEFENDANTS
STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S
<u>MOTION FOR CONTINUANCE OF TRIAL DATED 5/13/05</u>**

The defendants Stanley F. Prymas and Thompson & Peck, Inc. hereby supplement their motion for a 90-day continuance of the trial date in this matter for the following additional reason:

1. In opposition to defendants' motions for summary judgment, the plaintiffs offered Exhibit Q, an affidavit of Charles Flanagan, containing statements that directly contradicted his previous sworn deposition testimony.

2. The statements in plaintiffs' Exhibit Q directly contradict Flanagan's sworn testimony at his deposition in August, 2001 (see attached), in which he testified that he did not know when Prymas or Bainer became aware of the Court's orders and, further, did not know, as of the date of his testimony, whether Prymas was aware of the orders.

3. Defendants require additional time to conduct discovery with respect to the new and contradictory testimony, particularly Flanagan's new statements that defendants Prymas and Bainer "were informed" of the Court's orders in <u>Cadle I</u> prior to the placement of the restrictive legend on the stock.

Defendants are surprised by Flanagan's new version of the events and need to depose Flanagan to determine the basis of his statements that defendants "were informed" of the Court's orders, as well as the circumstances surrounding the creation and execution of the affidavit.

For the foregoing reasons, as well as the reasons stated in their Motion for Continuance, dated May 13, 2005, Prymas and Thompson & Peck request a 90-day continuance of the trial of this matter.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and
THOMPSON & PECK, INC.


BY: _____
Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
BARBARA L. COX