## 1UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
|    Plaintiffs | : |  (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | May 16, 2005 |
|    Defendants | : | |

## NOTICE OF MANUAL FILING

Notice is hereby given that the defendants Stanley F. Prymas and Thompson & Peck, Inc. have manually filed deposition excerpts with their Supplement to Motion for Continuance of Trial dated May 16, 2005, because said exhibit could not be easily downloaded.

                                        THE DEFENDANTS, STANLEY F. PRYMAS
                                        and THOMPSON & PECK, INC.

BY:   _____
           BARBARA L. COX
           Federal Bar #ct08523
           The Gallagher Law Firm
           1377 Boulevard
           P.O. Box 1925
           New Haven, CT  06509
           Tel:  203-624-4165
           Fax:  203-865-5598

***CERTIFICATION OF SERVICE***

  This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill.  60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
BARBARA L. COX