UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 |
|     Plaintiff : |   (AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | May 13, 2005 |
|     Defendants : | |

DEFENDANT TODD L. BAINER AND TODD L. BAINER, LLC
MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT RULING

    In addition to the Motion to Reconsider filed on May 6, 2005, the defendants Bainer adopt and join the Motion of Stanley F. Prymas and Thompson & Peck, Inc. ("T&P") that the Court reconsider its ruling on their Motion for Summary Judgment dated May 13, 2005 in support of the same relief for Mr. Bainer and his law firm.

    1.    There is no admissible evidence, required by F.R. Civ. P. 56, to support the Court's assumption that either Prymas, Bainer, or T&P had notice of or knowledge of the Court's orders in Cadle I. Bainer, counsel for T&P, did not have any role in the Cadle I matter. There is no evidence that he had an appearance for any party, that he

1

authored any pleadings, attended any hearings or participated in any of the many proceedings in that case.

2.  There is also no admissible evidence that the signed order was forwarded, by any formal or informal means, to Mr. Bainer. Although there was a <u>motion</u> for a turn over order, there is no evidence that the <u>order</u> was ever served on Bainer or his client, T&P.

It is respectfully submitted that the Court should reconsider its summary judgment ruling as applied to Bainer, Prymas and T&P and enter summary judgment in their favor.

                                              DEFENDANTS
                                              TODD R. BAINER and
                                              TODD R. BAINER, L.L.C.

                                              By_____
                                                R. BRADLEY WOLFE
                                                Federal Bar No. ct04332
                                                GERALD R. SWIRSKY
                                                Federal Bar No. ct05574
                                                MARY ANNE A. CHARRON
                                                Federal Bar No. ct02274
                                                Gordon, Muir and Foley, LLP
                                                Ten Columbus Boulevard
                                                Hartford, CT 06106-1976
                                                Telephone (860) 525-5361
                                                Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on May 16, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
R. Bradley Wolfe

::ODMA\PCDOCS\DOCS\393189\1

4