UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** § | No. 3:01CV531(AVC) |
| Plaintiffs, § | |
| vs. § | |
| **CHARLES A. FLANAGAN, et al.** § | May 17, 2005 |
| Defendants. § | |

### PLAINTIFFS' RESPONSE TO MOTION FOR RECONSIDERATION AND/OR CLARIFICATION SUBMITTED BY DEFENDANT BAINER

1.   Defendant Todd R. Bainer ("Bainer") has continued to overlook the fact that, under RICO, one co-schemer -- Bainer -- is liable for the wrongful acts committed by the other co-schemer -- Flanagan.  As noted by Judge Buchmeyer in a very similar case:

> Under RICO, one co-schemer is liable for the other co-schemers' predicate acts.  Indeed, upon joining a fraudulent conspiracy, each defendant becomes liable for the prior conduct of the earlier conspirators, and remains liable for the subsequent conduct of the other conspirators.

Cadle Company v. Schultz, 779 F.Supp. 392, 400 (N.D. Tex. 1991). See, also, 18 U.S.C. §2.

2.   Further, the only summary judgment argument raised by Bainer as to Plaintiffs' §1962(b) claim was that Plaintiffs had not alleged an "acquisitional" injury from Bainer's wrongful

conduct. The summary judgment evidence, however, showed an injury to Plaintiffs stemming from the acquisition or maintenance of control over Flanagan's financial empire -- the 1962(b) enterprise -- and not simply injuries resulting from the commission of the underlying predicate acts. (See Px L ¶8; Px 175; Px H)

**PRAYER**

Plaintiffs respectfully request that the Court deny Bainer's Motion for Reconsideration.

                                       Respectfully submitted,
                                       ARMSTRONG LAW FIRM

DATED: May 17, 2005.        By_____/s/_____
                                       F. Dean Armstrong
                                       Ct. Fed. Bar #CT22417
                                       1324 Dartmouth Road
                                       Flossmoor, IL 60422
                                       (708) 798-1599
                                       Fax (708) 798-1597

                                       Edward C. Taiman, Esq.
                                       SABIA & HARTLEY, LLC
                                       190 Trumbull Street
                                       Suite 202
                                       Hartford, CT 06103-2205
                                       (860) 541-2077
                                       Fax (860) 713-8944

                                       Attorneys for Plaintiffs
                                       The Cadle Company and
                                       D.A.N. Joint Venture,
                                       A Limited Partnership

-3-

## Certificate of Service

    I certify that a correct copy of the foregoing instrument was faxed and mailed on May 17, 2005 to all defense counsel as shown on the attached Service List.

                                                  _____/s/_____
                                                  F. Dean Armstrong