UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | May 17, 2005 |
| Defendants. | § | |

### PLAINTIFFS' RESPONSE TO MOTION FOR RECONSIDERATION OF THE FASANO DEFENDANTS

1.  The "Motion for Reconsideration" submitted by Defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC (collectively, "Fasano") is not really a motion for reconsideration. Rather, as admitted by Fasano, he "now wishes to <u>supplement</u> <u>the</u> <u>record</u> to include another set of facts that should clarify the issues before the Court." (Fasano's Mem. p. 1 (emphasis added))  Pursuant to D.Conn.L.Civ.R. 7(c)(1), the purpose of a motion for reconsideration is to point out "the matters or controlling decisions which counsel believes the Court overlooked in the initial decision or order."  It is not the office of a motion for reconsideration to submit additional summary judgment evidence after the Court has denied Fasano's motion for summary judgment.

2. Further, Fasano's Motion conveniently glosses over the mountain of summary judgment materials which show that Fasano did, indeed, provide knowing and substantial assistance to Flanagan in Flanagan's RICO scheme to hide, transfer and otherwise shield Flanagan's assets from the judgment claims of Plaintiffs. Fasano's Motion is more akin to an outline for jury argument as to why he should not be held liable for conspiring with Flanagan. As admitted by Fasano at the very beginning of his Memorandum of Law: "The Court's denial of Fasano's Motion for Summary Judgment was understandable . . .." While Fasano is free to argue to the jury why the proffered new evidence should result in a verdict in his favor, that new evidence simply creates a fact issue, and does not justify overruling this Court's prior decision on Fasano's motion for summary.

## PRAYER

Plaintiffs respectfully request that the Court deny Fasano's Motion for Reconsideration.

```
                                Respectfully submitted,
                                ARMSTRONG LAW FIRM

DATED: May 17, 2005.            By_____/s/_____
                                F. Dean Armstrong
                                Ct. Fed. Bar #CT22417
                                1324 Dartmouth Road
                                Flossmoor, IL 60422
                                (708) 798-1599
                                Fax (708) 798-1597
```

-3-

>Edward C. Taiman, Esq.
>SABIA & HARTLEY, LLC
>190 Trumbull Street
>Suite 202
>Hartford, CT 06103-2205
>(860) 541-2077
>Fax (860) 713-8944
>
>Attorneys for Plaintiffs
>The Cadle Company and
>D.A.N. Joint Venture,
>A Limited Partnership

### Certificate of Service

    I certify that a correct copy of the foregoing instrument was faxed and mailed on May 17, 2005 to all defense counsel as shown on the attached Service List.

                                              _____/s/_____
                                              F. Dean Armstrong