448

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and <br> D.A.N. JOINT VENTURE, <br> A LIMITED PARTNERSHIP, | § <br> § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | May 16, 2005 |
| Defendants. | § | |

### PLAINTIFFS' SECOND MOTION FOR LEAVE TO CONDUCT OPENING STATEMENT

Due to the number of parties involved in this suit and the complexity of the facts needed to show the existence of a conspiracy, Plaintiffs respectfully request that the Court allow Plaintiffs 15 minutes to conduct an opening statement. In preparation for trial, Plaintiffs noted that the January 3, 2005 Pretrial Order in this case indicated that "[o]pening statements are not to exceed fifteen (15) minutes except by advance leave of the Court." Plaintiffs believe that at a minimum they need 15 minutes to set forth the road map for the evidence that the jury will hear during the course of the trial.

### PRAYER

Plaintiffs respectfully request that the Court grant them leave of court to conduct an opening statement not to exceed 15 minutes.

---

3:01CV531(AVC) May 18, 2005. The plaintiffs' motion is for leave to conduct an opening statement is GRANTED in part. The plaintiffs' opening statement shall not exceed ten (10) minutes. SO ORDERED.

Alfred V. Covello, U.S.D.J.

---

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com