*[Handwritten: 443]*

*[Left margin, handwritten/stamped judicial endorsement:]* The motion (document no. 443) is GRANTED absent objection. Alfred V. Covello, U.S.D.J. May 17, 2005. 3:01CV531(AVC) SO ORDERED.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | Case No. 3:01-CV 531 (AVC) |
| VS. | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | May 9, 2005 |



## STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR PERMISSION TO AMEND THEIR ANSWER

The defendants Stanley F. Prymas and Thompson & Peck, Inc. ("T&P") respectfully move, pursuant to Fed. R. Civ. P. 15(a), for permission to amend their answer filed herewith, to assert new affirmative defenses occasioned by the plaintiffs' voluntary withdrawal of their adversary proceeding objecting to Flanagan's bankruptcy discharge. In support of this motion, the undersigned represents:

1. Prymas and Thompson & Peck's answer was filed on or about September 27, 2002.

2. On or about January 26, 2005 this Court granted Prymas & T&P's motion to amend their answer to assert an affirmative defense of reliance on professional legal and accounting advice. Endorsement Order, Docket Item 323.

3. On or about April 8, 2005 the plaintiffs and defendant Charles Flanagan jointly stipulated to dismiss plaintiffs' objection to Flanagan's bankruptcy discharge. As part of the stipulation, plaintiffs released Flanagan and