446

FILED

2005 MAY 16 A 10: 18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLE COMPANY, ET AL | : CIVIL ACTION NO: 3:01CV531 (AVC) |
| Plaintiffs | : |
| V. | : |
| CHARLES A. FLANAGAN, ET AL | : |
| Defendants | : MAY 13, 2005 |

### MOTION FOR RECONSIDERATION

Pursuant to Local Rule 7c, defendants Leonard Fasano, Esquire and Fasano, Ippolitto & Lee, LLC. ("the Fasano defendants") hereby move for reconsideration of the Court's order of May 2, 2005, primarily to alert the court to a **new set of facts** that **directly refutes** the plaintiffs' claim, as well as the Court's written decision. More specifically, the Fasano defendants have attached an affidavit from the alleged co-conspirator, Charles Flanagan, which completely negates any inference that Fasano participated in the alleged RICO conspiracy. In fact, though Mr. Flanagan denies any wrongdoing, he concedes that he acted alone in the various schemes the plaintiffs have alleged as RICO conspiracies.

A Memorandum of Law in Support of this Motion, as well as Mr. Flanagan's affidavit, is attached hereto.

3:01CV531 (AVC) May 18, 2005. The motion for reconsideration (doc. no.446) is GRANTED, however the relief requested is DENIED. SO ORDERED. Alfred V. Covello, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105