445

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

FILED

2005 MAY 16  A 11: 14

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
| Plaintiff | : | (AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL | : | May 13, 2005 |
| Defendants | : | |

### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR CONTINUANCE OF TRIAL

The defendants Stanley F. Prymas and Thompson & Peck, Inc. ("T&P") respectfully move for a 90-day continuance of the trial date in this matter, as new developments in the case require additional time, as set forth more particularly below:

1. On May 12, 2005, plaintiffs amended their complaint to assert two new theories of liability, negligence and negligence per se. See Plaintiffs' Motion and Brief for Leave to Amend Complaint, dated May 12, 2005, Docket Item 437.

2. The new theories asserted in the amended complaint are likely to be covered by defendants' insurance policies. The insurance carriers previously declined coverage and defense of the RICO and tortious interference claims initially asserted in the original complaint. However, the addition of negligence claims are likely to trigger defendants' coverage.

3:01CV531(AVC) May 17, 2005. DENIED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.