3:01CV531(AVC). May 17, 2005. Construed as a motion for extension of time, the motion is GRANTED in part. The defendants, Thompson & Peck and Mr. Prymas, shall have to Friday, May 20, 2005 to file their objections to the exhibits. SO ORDERED.

Alfred V. Covello, U.S.D.J.

# The Gallagher
# Law Firm

1377 Ella T. Grasso Boulevard
P.O. Box 1925
New Haven, CT
06509-1925
(203) 624-4165 (PHONE)
(203) 865-5598 (FAX)

William F. Gallagher*
Barbara L. Cox
Hugh D. Hughes**
Michael Oh***
David M. McCarry

*Board Certified Trial Lawyer
**Admitted in New York & Massachusetts
***Admitted in New York

*Legal Assistants*
Cathy-Ann Ferrara
Donna J. Tessmer
Denise A. Malone
• Nancy R. Dunn
Audrey Saly

May 16, 2005

**Sent via:**
**Federal Express**

Hon. Alfred V. Covello, USDJ
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Re:   Case No. 3:01-CV 531 (AVC)
      The Cadle Company, et al v. Charles A. Flanagan, et al

Dear Judge Covello:

The purpose of my letter is to request additional time to file objections to proposed exhibits in the above-referenced matter. Currently, proposed exhibits are to be exchanged by Wednesday, May 18. Evidentiary objections are to be filed by May 20.

Complicating the schedule is the settlement conference before Judge Smith, scheduled for May 19. It is anticipated, based on previous experience, that the settlement conference will take the entire day. This simply leaves insufficient time for counsel to prepare objections to proposed exhibits. As the Court is no doubt aware, there are hundreds of exhibits in this case to review. Plaintiffs alone have indicated that they have over 200 exhibits they intend to offer.

On behalf of defendants Thompson & peck and Stanely F. Prymas, I respectfully request that the parties be given until Monday, May 23, 2005 to submit their objections to proposed exhibits. Thank you for your kind attention to this matter.

Very truly yours,

Barbara L. Cox

BLC/dam

Visit our Website @ gallagher-lawfirm.com
Email: Lawoffices@gallagher-lawfirm.com