FILED

2005 MAY 19 A 11: 40

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL | : | CIVIL ACTION NO 3:01CV531 (AVC) |
| Plaintiffs | : | |
| vs. | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 18, 2005 |
| Defendants | | |

**APPEARANCE**

Please enter my appearance, in addition to David G. Hill, Esq., as Attorney for Leonard Fasano, Esq. in the above-captioned matter.

Dated at New Haven, Connecticut, this 18th day of May, 2005.

                                          RESPECTFULLY SUBMITTED,
                                          LEONARD FASANO

BY  _/s/ Roger J. Frechette_____
ROGER J. FRECHETTE, ESQ. (CT0823)
ITS COUNSEL
FRECHETTE & FRECHETTE, ESQS.
12 TRUMBULL STREET
NEW HAVEN, CT 06511
TEL. NO. 203-865-2133
FACSIMILE NO. 203-562-6932

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand delivered on this 19th day of May, 2005 to:

David G. Hill, Esq.
June M. Sullivan
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06106

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.
Sabla & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
60 Island Avenue
Madison, CT 06443

Todd R. Bainer, Esq.
Todd R. bainer, LLC
71 Cedar Street
Branford, CT 06405

_____
Roger J. Frechette

2