

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 18, 2005 |
| Defendants | : | |

### JOINT TRIAL MEMORANDUM

Pursuant to the Court Order, dated January 27, 2005, the Pretrial Order, dated January 3,

2005, and the Standing Order regarding trial memoranda in civil cases set forth in the Appendix

to the Local Rules of Civil Procedure for the District of Connecticut, the parties hereby submit

their Joint Trial Memorandum.

1.    **TRIAL COUNSEL:**

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422
Phone: (708) 798-1599
(Counsel for Plaintiffs)

Edward C. Taiman, Jr., Esquire
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205
Phone: (860) 541-2077
(Counsel for Plaintiffs)

David G. Hill, Esquire
June Sullivan, Esquire
Halloran & Sage, LLC
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 297-4628
(Counsel for defendants Leonard A. Fasano and Fasano & Ippolito & Lee, LLC)

Barbara L. Cox, Esquire
William Gallagaher, Esquire
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT 06509-1925
Phone: (203) 624-4165
(Counsel for defendants Stanley Prymas and Thompson & Peck, Inc.)

R. Bradley Wolfe, Esquire
Mary Anne A. Charron, Esquire
Gordon, Muir & Foley, LLP
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976
Phone: (860) 525-5361
(Counsel for defendants Todd R. Bainer and Todd R. Bainer, LLC)

Bradley K. Cooney, Esquire
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
Phone: (203) 318-0464
(Counsel for defendant Thompson & Peck, Inc.)

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                    FACSIMILE (860) 525-4849                    JURIS No. 24029

2.    **JURISDICTION:**  Federal question, pursuant to 18 U.S.C. §1961-1968

3.    **JURY/NON-JURY:**  Jury

4.    **LENGTH OF TRIAL:**  The parties estimate that 10-15 days of trial will be required.

5.    **FURTHER PROCEEDINGS:**

      a.    Motions in Limine (to be submitted May 20, 2005)

      b.    Motion to Preclude Evidence regarding the Value of Thompson & Peck stock.

      c.    Motion to Preclude Expert Testimony regarding Attorneys' Fees and Bainer's expert.

      d.    Motion to Preclude Evidence of Negligence.

      e.    Motions for Reconsideration/Clarification filed by defendant Bainer.

      f.    Motion in Limine filed by plaintiffs.

      g.    Motion for Clarification filed by plaintiffs.

      h.    Evidentiary Objections to Exhibits.

6.    **NATURE OF THE CASE:**

Plaintiffs' submit the following version:

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                     FACSIMILE (860) 525-4849                     JURIS NO. 24029

This is a suit under RICO for the Defendants' conspiracy with Charles A. Flanagan ("Flanagan") to hide, transfer and otherwise shield Flanagan's assets from the judgment and other debt claims of Plaintiffs against Flanagan. Plaintiffs seek lost debt damages in the amount of $1.7 million; collection expense damages in an amount in excess of $500,000; treble damages under RICO; and attorneys' fees and costs of prosecuting this suit. The factual basis for this suit is set forth in detail in Plaintiffs' Second Amended Complaint and Jury Demand and Plaintiffs' April 18, 2005 responses to the Defendants' motions for summary judgment, which are hereby incorporated by reference as if set forth herein verbatim.

Defendants' submit the following version:

This is an action for damages and equitable relief brought under the Racketeer Influenced and Corrupt Organizations Act, commonly known as "RICO". This case arises out of the plaintiffs' efforts to collect debts from the defendant Charles Flanagan. Plaintiffs claim that Flanagan committed certain crimes in attempting to avoid paying his debts to the plaintiffs and that the other defendants, (1) Leonard Fasano, Flanagan's attorney, (2) Stanley Prymas, Flanagan's business partner at the time, (3) Thompson & Peck, Inc, the business Flanagan and Prymas owned, and (4) Thompson & Peck's attorney, Todd Bainer, conspired with Flanagan by assisting him in committing those crimes.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                    FACSIMILE (860) 525-4849                    JURIS NO. 24029

Plaintiffs also seek to hold defendants jointly and severally liable for Flanagan's alleged crimes as co-conspirators under §1962(d).  Plaintiffs claim that defendants jointed with Charles Flanagan to form an enterprise and commit the predicate acts of bankruptcy fraud, mail fraud and wire fraud for the purpose of preventing plaintiffs from collecting their judgments against Flanagan.

Plaintiffs' motion seeking this court's permission to add a new claim that the defendants were negligent was recently granted (May 18, 2005).  Plaintiffs claim that defendants owed a duty to obey court orders entered in the underlying action, <u>Cadle v. Flanagan</u>, 3:96-CV-02648(AVC), of which orders plaintiffs were the beneficiaries.

The plaintiffs are seeking three times the amounts they claim they lost in their collection efforts against Flanagan and collection costs as damages under RICO.

Defendants vehemently deny the allegations made by plaintiffs.  Attorneys Fasano and Bainer maintain that they acted within their capacities as counsel for Charles Flanagan and Thompson & Peck, Inc., respectively, and further that none of their actions rise to the level of fraud requisite for civil RICO liability.  Defendants Stanley Prymas and Thompson & Peck, Inc. maintain that their actions were taken for legitimate business reasons, based in good faith on the professional advise of accounts and attorneys and were required to comply with a superior court judgment.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                         FACSIMILE (860) 525-4849                         JURIS No. 24029

All defendants deny that plaintiffs suffered any injury and that whatever injury plaintiffs suffered were not proximately caused by the alleged racketeering activities.

7.     **TRIAL BY MAGISTRATE JUDGE:**  The parties did not agree for authorization of a magistrate judge to preside at trial;

8.     **LIST OF WITNESSES:**

Please note plaintiffs' Witness List is attached.

a.     Representatives of The Cadle Company and D.A.N Joint Venture Timothy Dugic (3 hours) and Daniel Cadle (4 hours) will testify regarding predicate acts, causation, and damages, as well as activities of The Cadle Company and related entities.
The Cadle Company
100 N. Center Street
Newton Fall, OH 44444

b.     Alan C. Adams (3-4 hours) will testify regarding predicate acts, causation, and damages.
c/o Abundant Life Fellowship
1627 Pittsburgh Road
Franklin, PA 16323

c.     Charles Flanagan (8-12 hours) will testify regarding debt collection problems, dealings with Stanley Prymas, predicate acts, causation, and damages.

d.     Lisa G. Flanagan (2-3 hours) will testify regarding bankruptcy predicate acts, grievance against Gaide.

e.     Todd Bainer (6 hours) will testify regarding his role as corporate counsel for co-defendant, Thompson & Peck, Inc.; the creation of the shareholders agreement and buy-sell agreement; the placement of the restrictive legend

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029

on Thompson & Peck, Inc.'s stock certificates; the alleged classification and reclassification of the $75,000.00 settlement payments to Charles Flanagan, activities undertaken by Cadle to enforce debts/judgments prior to Flanagan bankruptcy.
71 Cedar Street
Branford, CT  06405

f.    William H. Champlin, Esquire (3 hours) will testify regarding Bainer's actions on behalf of Thompson and Peck and legal service to that client were within the scope of his legal and ethical obligations arising out of his representation of his corporate client, Thompson & Peck.  He will testify that the actions of Attorney Bainer in representing his client, concerning the placement of a legend on the stock certificates of the client and with regard to advice concerning an execution served on the client, were not in violation of law or any ethical obligation of Attorney Bainer.
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Hartford, CT 06103-3488

g.    Stanley Prymas (8 hours) will testify regarding predicate acts, dealings with Charles Flanagan, causation, and damages and may provide rebuttal testimony as to the value of the Thompson & Peck stock.
Thompson & Peck
321 Whitney Avenue
New Haven, CT 06511

h.    Leonard Fasano (8 hours) will testify regarding attorney advocacy and his representation of Charles Flanagan, predicate acts, and damages.
Fasano, Ippolito & Lee, LLC
388 Orange Street
New Haven, CT  06511

i.    Andrea Steele (2 hours) will testify regarding payments from Thompson & Peck to Flanagan.
Thompson & Peck
321 Whitney Avenue

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS NO. 24029

New Haven, CT 06511

j.      Judge John C. Flanagan (3 hours) will testify regarding payments of plaintiffs' judgments, security interest in Flanagan's Thompson & Peck stock.
        Judicial District Courthouse
        235 Church Street
        New Haven, CT 06510

k.      Andrew D. D'Agostino (2 hours) will testify as to predicate acts and may provide rebuttal testimony as to the market value of Thompson & Peck and accounting opinions as to payments to Charles Flanagan.
        DeCaprio, Fazzuoli & D'Agostino, P.C.
        500 East Main Street
        Branford, CT 06405-2912

l.      Socrates T. Babacus (2 hours) will testify as to monies loaned to Charles Flanagan, possession of Charles Flanagan stock.
        224 Ashland Avenue
        Springfield, MA 01119

m.      Sharon Demetropoulos (2 hours) will testify as to monies loaned to Charles Flanagan.
        188 Washington Street
        Hamden, CT

n.      Paul Gaide (3 hours) will testify as to plaintiffs' collection methods, <u>Cadle v. Flanagan</u> (Cadle I).

o.      Michael J. Buckmir (3 hours) will testify as to Charles Flanagan's and Stanley Prymas' business relationship, auxiliary committee.
        125 Prayer Spring Road
        Stratford, CT 06497

p.      Joseph Corporale (2 hours) will testify as to Charles Flanagan's rental property.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361            FACSIMILE (860) 525-4849            JURIS NO. 24029

q.    Angela Cimino Burr (2 hours) will testify as to Charles Flanagan's rental properties and the settlement between MJCC and Cadle.

r.    James Raynor (2 hours) will testify as to accounting opinions regarding payments to Flanagan.

s.    Sharon Rosen (2 hours) will testify as to Charles Flanagan's rental properties.

t.    Nicholas Lewitz, CPA will testify as to predicate acts and may provide rebuttal testimony as to the market value of Thompson & Peck.
      New Haven, CT

u.    Kevin Rowe (.5 hours) or his designee will testify as to clerk's office procedures.
      United States District Court
      New Haven, CT

v.    James Lenes, Esquire (1 hour) will testify as to Cadle-Flanagan settlement.
      New Haven, CT

w.    F. Dean Armstrong, Esquire (2 hours) will testify as to preparation of Flanagan affidavit.  (Plaintiffs do not agree that Mr. Armstrong is a material fact witness and plaintiffs represent that they will not call him as a witness during the jury trial.)
      1324 Dartmouth Road
      Flossmoor, IL 60422

x.    Jan Schlichtmann (2 hours) will testify as to Cadle related entities activities.
      Boston, MA

y.    Bonnie C. Mangan, (1 hour) Chapter 7 Trustee, South Windsor, CT, Plaintiffs bankruptcy misconduct.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029

10.    **TRIAL TO COURT/JURY:**  Proposed Stipulated Facts

1.    Plaintiff, The Cadle Company (herein "Cadle"), is an Ohio corporation with a principal place of business in Newton Falls, Ohio.

2.    Plaintiff, D.A.N. Joint Venture, A Limited Partnership (herein "D.A.N."), is an Ohio Limited Partnership with a principal place of business in Newton Falls, Ohio.

3.    Defendant, Charles A. Flanagan (herein "Flanagan"), at all times relevant to this action was a 50% shareholder and owner of defendant, Thompson & Peck, Inc. (herein "T & P"), an insurance agency in New Haven, Connecticut.

4.    Defendant, Stanley Prymas (herein "Prymas"), at all times relevant to this action was a 50% shareholder and owner of T & P.

5.    Defendants, Todd R. Bainer and Todd R. Bainer, LLC (herein "Bainer"), is an attorney licensed to practice law in the State of Connecticut and was corporate counsel to T & P at all times relevant to this action.

6.    Defendant Leonard A. Fasano is an attorney licensed to practice law in the State of Connecticut.

7.    On December 31, 1996, Cadle brought suit in Federal Court, Civil Action No. 3:96-CV-02648(AJC), against Flanagan to collect on a $75,000.00 Promissory Note.

8.    Cadle was represented by Paul M. Gaide, Esquire (herein "Gaide").

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                    FACSIMILE (860) 525-4849                    JURIS NO. 24029

9.     Flanagan was represented by Fasano and then represented jointly by Fasano and Robert Skelton, Esquire (herein "Skelton").

10.    Cadle obtained judgment on March 20, 1997 in the amount of $90,747.87 in connection with that action.

11.    Cadle served a Writ of Execution, dated October 2, 1997, on Flanagan in connection with that action.

12.    T & P was served with Writ of Property Execution, dated January 5, 1998 in connection with that action.

13.    On April 13, 1998, Covello, J., granted Cadle's Application for Turnover Order and Cadle's Motion to Compel.

14.    On or about September 23, 1998, Covello, J. granted Flanagan's Motion for Reconsideration, but denied relief requested.

15.    On October 6, 1998, Covello, J. issued Show Cause Order, requesting Flanagan to attend Contempt Hearing on November 16, 1998.

16.    Fasano, on behalf of Flanagan, filed Notice of Compliance on October 21, 1998 stating his T & P stock certificate is in possession of Sharon Demetropoulous.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029

17.     On October 22, 1998, Fasano, on behalf of Flanagan, filed Amended Notice of Compliance stating his T & P stock certificate is in possession of Sharon Demetropoulous as security for loan prior to March 9, 1998 Injunction.

18.     Fasano, on behalf of Flanagan, filed Second Amended Notice of Compliance, dated November 12, 1998, stating the stock certificate in possession of Socrates Babacus as security for $120,000.00 loan on or about June 19, 1997.

19.     On or about November 12, 1998, a second Execution is served on T & P in connection with that action.

20.     On or about November 18, 1998, Fasano, on behalf of Flanagan, filed a motion for satisfaction of judgment and request for the court to vacate its prior orders.

21.     On November 19, 1998, Flanagan pays judgment amount of $99,542.87 into federal court.

22.     On December 3, 1998, Covello, J. grants Flanagan's Motion to Vacate Judgment and also vacates injunction against transfer of assets.

23.     In 1996, Flanagan sued Prymas in Superior Court relating to compensation, control and administrative decision-making issues at T & P.

24.     Flanagan was represented by David Reilly, Esquire.

25.     Prymas was presented by William J. Gallagher, Esquire.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                    FACSIMILE (860) 525-4849                    JURIS No. 24029

26.     Attorney Bainer has no appearance filed in that matter.

27.     Attorney Fasano has no appearance filed in that matter.

28.     The litigation was resolved on June 17, 1997, by virtue of a Settlement Agreement.

29.     By the terms of the Settlement Agreement, Flanagan was to receive $75,000.00 to be paid over three years in bi-monthly installments.

30.     By the terms of the Settlement Agreement, an Auxiliary Committee was created adding one more member to the Board of Directors.

31.     By the terms of the Settlement Agreement, the Auxiliary Committee had to approve and ratify a Stockholders Agreement within one year of the date of the settlement, June 17, 1997.

32.     Bainer, as corporate counsel, prepared a Shareholders Agreement, which included a "Buy-Sell" Agreement (herein "Buy-Sell") between Flanagan and Prymas.

33.     As a provision of the Buy-Sell, a restrictive stock legend was to be placed on the respective stock certificates of Flanagan and Prymas.

34.     Flanagan and Prymas executed the Shareholders Agreement on August 21, 1998 in the presence of each other and Bainer.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                    FACSIMILE (860) 525-4849                    JURIS NO. 24029

35.    Bainer personally typed the restrictive legends on the respective stock certificates of Flanagan and Prymas and then handed each of them back their stock certificates.

36.    Flanagan and Prymas, as owners of T & P, were obligated under the terms of a loan agreement with Sun Trust.

37.    Flanagan filed Chapter 11 Bankruptcy Petition on February 17, 1999.

    a)    **JURY:**

        I)    **Proposed Voir Dire Questions:**  Previously submitted.

        II)    **Proposed Jury Instructions:**  See attached.

    b)    **Opening Statements**:  This court has previously ruled that each party may have 10 minutes for an opening statement.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS NO. 24029

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By_____
    R. BRADLEY WOLFE
    Federal Bar No. ct04332
    GERALD R. SWIRSKY
    Federal Bar No. ct05574
    MARY ANNE A. CHARRON
    Federal Bar No. ct02274
    Gordon, Muir and Foley, LLP
    Ten Columbus Boulevard
    Hartford, CT 06106-1976
    Telephone (860) 525-5361
    Facsimile (860) 525-4849

PLAINTIFFS: THE CADLE COMPANY
and D.A.N. COMPANY

By _____

    F. DEAN ARMSTRONG
    Federal Bar No. ct22417
    Armstrong Law Firm
    1324 Dartmouth Road
    Flossmoor, IL 60422
    Telephone (708) 798-1599
    Facsimile (708) 798-1597

DEFENDANTS: LEONARD A. FASANO
AND FASANO. IPPOLITO & LEE, LLC

By_____

     DAVID G. HILL
     Federal Bar No. ct13435
     JUNE M. SULLIVAN
     Federal Bar No. ct24462
     Halloran & Sage, LLP
     One Goodwin Square
     225 Asylum Street
     Hartford, CT 06103
     Telephone (860) 522-6103
     Facsimile (860) 548-0006

DEFENDANTS: STANLEY F. PRYMAS
AND THOMPSON & PECK, INC.

By

    WILLIAM F. GALLAGHER
    Federal Bar No. ct04147
    BARBARA L. COX
    Federal Bar No. ct08523
    The Gallagher Law Firm
    1377 Boulevard
    P.O. Box 1925
    New Haven, CT 06590
    Telephone (203) 624-4165
    Facsimile (203) 865-5598