United States District Court
District of Connecticut
FILED AT HARTFORD
5/18/05
Kevin F. Rowe, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § | No. 3:01CV531 (AVC) |
| | § | |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | May 18, 2005 |
| Defendants. | § | |

## PLAINTIFFS' WITNESS LIST

(1) Alan Adams -- former account officer at The Cadle Company and D.A.N. Joint Venture. (1 hour)

(2) F. Dean Armstrong -- reasonable and necessary attorneys' fees. (post-trial)

(3) Socrates T. Babacus -- Defendant. (1 hour)

(4) Todd R. Bainer -- Defendant. (8 hours)

(5) Angelo Cimino Burr -- former Defendant. (1 hour)

(6) Dan Cadle -- owner and president of The Cadle Company; damages and attorneys' fees. (2 hours)

(7) Joseph A. Caporale -- Defendant. (1 hour)

(8) Sharon Demetropoulous -- knowledge about loans and business dealings with Charlie Flanagan. (1 hour)

(9) Tim Dugic -- business records of Plaintiffs; damages and attorneys' fees. (1 hours)

(10) Leonard A. Fasano -- Defendant. (6 hours)

(11) Charles A. Flanagan -- knowledge about matters set forth in Plaintiffs' Second Amended Complaint. (8 hours)

(12) Lisa Flanagan -- Defendant. (1 hour)

(13) Paul M. Gaide -- unsuccessful collection efforts, baseless grievance, Charlie Flanagan's efforts to transfer and hide assets, and reasonable and necessary legal fees. (8 hours)

(14) William F. Gallagher -- settlement between Charlie Flanagan and Stan Prymas and characterization of settlement proceeds, as well as other matters set forth in Attorney Gallagher's deposition. (1 hour)

(15) Ed Jurkiewicz -- threatening letter from Todd R. Bainer. (1 hour)

(16) Bonnie Mangan -- bankruptcy trustee for the bankruptcy estate of Charles A. Flanagan. (1 hour)

(17) Stanley F. Prymas -- Defendant. (6 hours)

(18) Sharon (Flanagan) Rosen -- Charlie Flanagan's sister. (1 hour)

(19) Andrea Steele -- bookkeeper at Thompson & Peck. (2 hours)

(20) Ed Taiman, Esq. -- reasonable and necessary attorneys' fees. (2 hours)

(21) Steve Wright, Esq. -- attorney for Prymas and Titan. (1 hour)

(22) Plaintiffs reserve the right to call any of the witnesses identified by any of the Defendants.

Respectfully submitted,

ARMSTRONG LAW FIRM

DATED: May 18, 2005.
    By_____

        F. Dean Armstrong
         Ct. Fed. Bar #CT22417
        1324 Dartmouth Road
        Flossmoor, IL 60422
        (708) 798-1599
        Fax (708) 798-1597

        Edward C. Taiman, Esq.
        SABIA & HARTLEY, LLC
        190 Trumbull Street
        Suite 202
        Hartford, CT 06103-2205
        (860) 541-2077
        Fax (860) 713-8944

        Attorneys for Plaintiffs
        The Cadle Company and
        D.A.N. Joint Venture,
        A Limited Partnership

## Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on May 18, 2005 to all defense counsel as shown on the attached Service List.

_____
F. Dean Armstrong

**Prymas/T&P Exhibit List**

- Memo, Flanagan to Prymas, 4/7/98, restrictive legend on stock.

- Memo, Prymas to Flanagan, 4/7/98, response to Flanagan memo.

- Prymas, memo to Bainer, 11/12/98, requesting legal advice.

- Prymas, memo to Bainer, 12/18/98, requesting legal advice.

- Letter from Leonard Fasano to Todd Bainer, 2/ 3/98, threatening litigation for T&P's issuance of a 1099 to Charles Flanagan for 1997.

- Letter from Bainer to Fasano, 12/9/98, request for court orders.

- Letter, Fasano to Bainer, 12/11/98, response to Bainer letter.

- Letter, Bainer to Fasano, 12/15/98, responding to Fasano letter.

- Letter, Bainer to Gaide, 12/15/98, Gaide's misrepresentations to the Court.

- Letter, Andrew D'Agostino, Jr., to Fasano, 2/10/98, CPA opinion that monies paid to Flanagan more properly classified as wages (W-2).

- Letter, Fasano to Gallagher, 4/9/98, parties' construction of Settlement Agreement.

- Letter, Bainer to Prymas, 11/24/98, legal advice concerning response to post-judgment remedies interrogatories responses.

- Bainer file memo 12/9/98, conversation with Leonard Fasano

- Cadle v. Flanagan, court file, proceedings in Cadle I

- Complaint, Flanagan v. Prymas (Connecticut Superior Court), Flanagan's claims in that case.

- Grievance, Lisa Flanagan v. Paul Gaide, 5/31/96, pattern of Flanagan family filing grievances against Attorney Gaide.

- Notice, Statewide Grievance Committee to Lisa G. Flanagan, 12/27/96, no probable cause determination in Lisa Flanagan grievance against Gaide.

- Affidavit of Charles Flanagan, 9/6/02, Babacus possession of Flanagan stock certificates.

- Transcript, Flanagan v. Prymas, 7/17/97, entry of judgment in accordance with Settlement Agreement and order sealing the file.

- Fletcher Corporation forms §1922, (copied from T&P minute book), customary nature of restrictive legends enforcing shareholder agreements.

- Deposition of Charles Flanagan, 8/24/00, Flanagan testimony

- Draft Shareholder Agreement 1989, ??? shareholder agreement; bankruptcy misconduct.

- Flanagan v. Prymas, Settlement Agreement, 6/17/97, settlement between Prymas and Flanagan.

- T&P financial statement 1998 and 1997, list value of T&P

- Limited warranty deed dated 3/5/04, damage setoff, unclean hands.

- Stock certificate, Thompson and Peck, 9/25/28, history of restrictive legend.

- Subpoena to testify before Grand Jury, 1/28/97, IRS investigation of Flanagan.

- Draft Stockholders Agreement, 10/23/89, T&P past practices.

- Cease and desist letter to Daniel Cadle, 12/10/03, Cadle practices.

- Cease and desist letter to Daniel Cadle, 4/14/03, Cadle practices.

- MJCC Limited Partnership agreement, settlement with Angela Cimino Burr.

- Memo, Prymas to Flanagan, 1/25/98, receipt of "wage execution"

- Letter, Fasano to Gallagher, 4/9/98, authority to execute documents.

- Draft modification of Settlement Agreement, 4/22/98, modification of settlement agreement re payments to Flanagan.

- Affidavit, Charles Flanagan, 7/7/97, stock ownership.

- T&P Auxiliary Committee minutes, 8/19/97, construction of Settlement Agreement.

- Memo, Flanagan to A.C. members, 8/19/97, Flanagan dispute with Prymas.

- T&P Auxiliary Committee minutes, 10/17/97, (excerpt), Flangan/Prymas dispute.

- Letter, Rayner to Prymas, 10/15/97, accountant opinion.

- Bill, statement of account, Seaboard Oil, Flanagan/Prymas dispute.

- Memo re Flanagan debt to Seaboard Oil, Flanagan/Prymas dispute.

- Letter, Andrew D'Agostino to James Rayner re Flanagan Seaboard Oil debt; Flanagan/Prymas dispute.

- Memo, Flanagan to A.C. members, 10/14/97, Flanagan/Prymas dispute.

- Report to Sun Trust Bank, 3/30/99, Sun Trust loan covenants.

- Letter, Sun Trust to Prymas and Flanagan, 5/10/99, waiver of quick ratio and bankruptcy covenants.

- Motion for Entry of Default Judgment against MJCC, bankruptcy misconduct.

- 5 Poloroid photographs of Thompson & Peck offices, Flanagan/Prymas relationship.

- Memo, January 16, 1995, CF/SP Meeting, Flanagan/Prymas relationship.

- Notice of Auction, undated.  Flanagan/Prymas relationship.

- Letter, Flanagan to Dan McCabe, August 8, 1996,  Re: wage execution.

- Letter, Prymas to Flanagan, August 9, 1006, enclosing property execution. Flanagan/Prymas relationship.

- Mutual Release of All Claims, April 5, 2005, plaintiffs' release of Charles Flanagan.

- Joint Motion to Dismiss Objection to Discharge Action, April 8, 2005.  Plaintiffs' release of Flanagan.

- Motion for Contempt,  Mangan v. MJCC Realty.  Plaintiffs' bankruptcy misconduct.

- Thompson & Peck Stock certificate, June 20, 1946.  History of restrictive legend on T&P stock.

- Thompson & Peck Stock certificate, June 1, 1981.  History of restrictive legend on T&P stock.

**Defendants reserve the right to introduce any exhibit identified
by any other party.**

## EXHIBITS OF DEFENDANT BAINER

In addition to the exhibits identified by the other parties, defendant Bainer identifies the following:

1.  Financial Asset Sale Agreement dated May 31, 1994 between Great Country Bank and The Cadle Company.

2.  Financial Asset Sale Agreement dated September 8, 1994 between Bank of New Haven and The Cadle Company.

3.  Bill of Sale dated August 1, 1997 between Peoples Bank and The Cadle Company.

4.  Correspondence dated March 30, 1999 from Stanley Prymas to René P. Nelson of Sun Trust with Financial Statements.

5.  Correspondence dated May 10, 2005 to Mary Anne A. Charron from Dan Cadle regarding ownership of properties.

6.  Assessor Sheet regarding 25 Queach Road, Branford, CT.

7.  Deeds transferring ownership of Flanagan residence.

8.  Correspondence dated August 21, 1997 from D'Agostino to Flanagan regarding tax classification.

9.  Correspondence dated September 15, 1998 from Todd Bainer to Leonard Fasano regarding taxes.

10. Correspondence dated February 25, 1999 from Todd Bainer to Charles Flanagan regarding withholding.

11. Correspondence dated February 25, 1999 from Charles Flanagan to Todd Bainer regarding withholding with attached order of payment dated February 22, 1999.

12. Affidavit of Judge Flanagan dated December 3, 1998.

13. Correspondence dated July 28, 1998 from Attorney Paul Gaide to Chris Barnes, Law Clerk for Judge Covello, with fax confirmations.

14. Hand-written and word-processed notes of Cadle Company account representatives regarding collection efforts on Flanagan accounts.

15. Secretary of State filings regarding ownership of MJCC entities.

16. Correspondence dated January 18, 2005 from Dan Cadle, President of MJCC Realty, L.P., to Statewide Bar Counsel regarding ownership of MJCC (without enclosures).

17. Finding and Order of Approval of Ex Parte Attachment on Trustee Process, <u>D.A.N. Jt. Venture v. Charles Flanagan</u>, Massachusetts Hamden County Superior Court dated November 28, 1998.

## EXHIBITS OF DEFENDANT FASANO

All exhibits that defendant Fasano plans to use have been submitted by plaintiffs and co-defendants except for:

1.   The Summons and Complaint in The Cadle Company v. Flanagan filed December 31, 1996 for 3:96-CV-02648(AVC);

2.   Court Order granting The Cadle Company's Motion for Judgment against Flanagan in 3:96-CV-02648(AVC) dated March 20, 1997;

3.   Motion for Contempt filed by The Cadle Company in 3:96-CV-02648(AVC).

4.   Defendant's Request for the Court to Vacate its Contempt Orders dated November 23, 1999 in 3:96-CV-02648(AVC).

5.   Settlement Agreement dated June 7, 1997 by Charles Flanagan and Stanley Prymas.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, et al., | § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al., | § | May 18, 2005 |
| Defendants. | § | |

## PLAINTIFFS' EXHIBIT LIST

| Px 1 | 10-21-98 | Notice of Compliance (stock turnover); No. 3:96-CV-02648 (AVC) |
|---|---|---|
| Px 2 | 10-22-98 | Amended Notice of Compliance (stock turnover); No. 3:96-CV-02648 (AVC) |
| Px 3 | 1-6-98 | Letter to Fasano from Charles Flanagan |
| Px 4 | 6-19-97 | Agreement Between Charles Flanagan & Socrates Babacas |
| Px 5 | 9-20-97 | Repayment of Loan signed Socrates Babacas and Charles Flanagan |
| Px 6 | 11-12-98 | Second Amended Notice of Compliance (stock turnover); No. 3:96-CV-02648 (AVC) |
| Px 7 | | Handwritten notes of Charles Flanagan re "sue Gaide to get him out of the litigation" |
| Px 8 | 11-19-98 | Letter to Fasano from Babacas subordinating Babacas stock pledge |
| Px 9 | 5-24-98 | Jeremy Flanagan Special Account check #106 in the amount of $500 payable to Babacas |
| Px 10 | 6-19-98 | MJCC Corporation check #571 in the amount of $1,000 payable to Babacas |
| Px 11 | 6-19-98 | Letter to Babacas from Charles Flanagan |
| Px 12 | 8-24-98 | Letter to Babacas from Charles Flanagan |

| Px 13  | 10-12-98 | Matthew Flanagan check #94 in the amount of $500 payable to Babacas |
| Px 14  | 10-12-98 | Interoffice Communication from Charles Flanagan to Babacas |
| Px 15  | 3-25-99  | Letter to Babacas from Charles Flanagan |
| Px 16  | 3-25-99  | Letter to Babacas from Charles Flanagan |
| Px 17  | 3-26-99  | Letter to Babacas from Charles Flanagan |
| Px 18  | 12-10-98 | Letter to Fasano from Bainer |
| Px 19  | 12-16-98 | Letter to Fasano from Bainer |
| Px 20  | 12-10-98 | Letter to Gallagher from Prymas |
| Px 21  | 6-17-97  | Settlement Agreement |
| Px 22  | 6-17-97  | Letter to Prymas from James A. Raynor |
| Px 23  | 1-13-98  | Letter to Fasano from Bainer |
| Px 24  | 1-20-98  | Objection to Property Execution; No. 3:96-CV-02648(AVC) |
| Px 25  | 1-20-98  | Claim of Exemption Established by Law Section V |
| Px 25A | 1-19-98  | Fax from Bainer to Fasano with attached Property Execution |
| Px 25B | 1-20-98  | Fax from Bainer to Fasano with attached Objection to Property Execution |
| Px 26  | 12-18-98 | Letter to Bainer from Prymas w/attached Post Judgment Remedies Interrogatories |
| Px 27  | 12-15-98 | Letter to Gaide from Bainer |
| Px 28  | 12-31-98 | Letter to Restelli from Bainer |
| Px 29  | 2-19-99  | Letter to Restelli from Bainer |
| Px 30  | 1-26-00  | Newspaper article |
| Px 31  | 5-8-01   | Letter to Taiman from Bainer |
| Px 32  | 5-9-01   | Letter to Jurkiewicz from Bainer |
| Px 33  | 1-9-02   | Letter to Jon Newton from Doug Skalka |

| Px 34 | | Stock acquisition of Thompson & Peck |
| Px 35 | 6-19-98 | Letter to Babacas from Charles Flanagan w/attachments |
| Px 36 | | Howe Street documents #1 |
| Px 36A | | Envelope w/checks pertaining to Howe Street |
| Px 37 | | Howe Street Documents |
| Px 38 | | Envelope w/checks pertaining to the So. Ct. Seadogs |
| Px 39A | 12-4-98 | Appraisal of 17 Howe Street |
| Px 39B | 12-4-98 | Appraisal of 2790 Whitney Avenue |
| Px 39C | 12-4-98 | Appraisal of 475 George Street |
| Px 40 | | Calendar pages January, 2002 through September, 2002 |
| Px 41 | | 1997-99 W-2s issued to Charles Flanagan from Thompson & Peck |
| Px 42 | | Life Insurance Application |
| Px 43 | 12-4-98 | Quit Claim Deed |
| Px 44 | 1-26-00 | Fire Marshal's inspection report |
| Px 45 | 5-9-02 | Financial Affidavit of Charles Flanagan |
| Px 46 | | Application for Extension of Time to File U.S. Individual Income Tax Return for 1998 |
| Px 47 | | 1999 U.S. Individual Income Tax Return |
| Px 48 | | 2000 U.S. Individual Income Tax Return |
| Px 49 | | 2001 U.S. Individual Income Tax Return |
| Px 50 | | Documents re Babacus |
| Px 51 | | Documents re Babacus |
| Px 52 | | Documents re George Street |
| Px 53 | 8-23-99 | Letter to ACG Associates, Inc. from Skalka w/attachments |

| | | |
|---|---|---|
| Px 54 | 7-26-94 | Certificate of Limited Partnership of MJCC Realty, Limited Partnership |
| Px 55 | 7-1-92 | Financial Statement of Charles and Lisa Flanagan |
| Px 56 | 7-28-98 | Letter from Flanagan to Bainer |
| Px 57 | 8-21-98 | Shareholders' [Buy-Sell] Agreement |
| Px 58 | 10-26-98 | Affidavit in Support of Defendant's Response to the Plaintiff's Objection to Amend Notice of Compliance; No. 3:96-CV-02648(AVC) |
| Px 59 | 11-19-98 | Pledge and Security Agreement |
| Px 60 | 11-19-98 | Promissory Note w/attachments |
| Px 61 | 7-7-97 | Affidavit of Charles Flanagan |
| Px 62 | 10-27-98 | Defendant's Response to Plaintiff's Objection to Amended Notice of Compliance; No. 3:96-CV-02648(AVC) |
| Px 63 | 4-25-97 | Draft on Premium Specialists for $39,633.75 w/Charles Flanagan's handwritten note |
| Px 64 | 4-29-97 | Charles Flanagan's handwritten note w/copies of checks |
| Px 65 | 7-13-98 | Legal bill from Bainer to T&P |
| Px 66 | 12-14-98 | Letter to Fasano from Bainer |
| Px 67 | 12-15-98 | Letter to Fasano from Bainer |
| Px 68 | 1-5-98 | Memo to Charles Flanagan from Prymas |
| Px 68A | 10-2-97 | Writ of Execution (Application) |
| Px 69 | 2-4-98 | Memo to Bainer from Prymas |
| Px 69A | 2-2-98 | Motion for Turnover Order |
| Px 70 | 2-4-98 | Letter to Fasano from Bainer |
| Px 71 | 2-24-98 | Letter to Bainer from Fasano |
| Px 72 | 2-25-98 | Letter to Fasano from Bainer |
| Px 73 | -----98 | Modification of Settlement Agreement Dated June 17, 1997 |

| | | |
|---|---|---|
| Px 74 | 5-8-95 | <u>Bainer v. Bainer</u>, 1995 WL 925321 |
| Px 75 | 12-4-02 | U.S. Attorney's complaint against Flanagan |
| Px 76 | 12-4-02 | Plea agreement |
| Px 77 | | Stipulation of Offense Conduct |
| Px 78 | 3-9-98 | Hearing transcript |
| Px 79 | 3-11-98 | MJCC Corporation check #453 in the amount $1,575 |
| Px 80 | 3-30-98 | MJCC Corporation check #475 in the amount of $656 |
| Px 81 | 4-15-98 | MJCC Corporation check #515 in the amount of $771 |
| Px 82 | 5-6-98 | MJCC Corporation check #526 in the amount of $1,300 |
| Px 83 | 5-8-98 | MJCC Corporation check #530 in the amount of $600 |
| Px 84 | 3-8-98 | MJCC Corporation check #531 in the amount of $3,000 |
| Px 85 | 3-8-98 | MJCC Corporation check #532 in the amount of $740 |
| Px 86 | 5-9-98 | MJCC Corporation check #533 in the amount of $117 |
| Px 87 | 5-11-98 | MJCC Corporation check #529 in the amount of $2,000 |
| Px 88 | 5-11-98 | MJCC Corporation check #534 in the amount of $200 |
| Px 89 | 5-13-98 | MJCC Corporation check #541 in the amount of $500 |
| Px 90 | 3-17-98 | Production of Budget for Defendant, Charles A. Flanagan; No. 3:96-CV-02648(AVC) |
| Px 91 | 5-27-98 | MJCC Corporation check #546 in the amount of $1,200 |
| Px 92 | 8-23-98 | Jeremy Flanagan Special Account check #126 in the amount of $125 |

| Px 93  | 8-24-98  | Jeremy Flanagan Special Account check #106 in the amount of $500 |
| Px 94  | 8-25-98  | Jeremy Flanagan Special Account check #104 in the amount of $5,600 |
| Px 95  | 8-25-98  | Jeremy Flanagan Special Account check #105 in the amount of $850 |
| Px 96  | 8-26-98  | Jeremy Flanagan Special Account check #107 in the amount of $5,000 |
| Px 97  | 8-10-98  | Jeremy Flanagan Special Account check #109 in the amount of $200 |
| Px 98  |          | Statement of Accounts: Jeremy Flanagan 7/25/1998-8/26/1998 |
| Px 99  | 8-27-98  | Jeremy Flanagan Special Account check #108 in the amount of $6,159 |
| Px 100 | 8-28-98  | Jeremy Flanagan Special Account check #110 in the amount of $3,000 |
| Px 101 | 8-28-98  | Jeremy Flanagan Special Account check #127 in the amount of $100 |
| Px 102 | 9-2-98   | Jeremy Flanagan Special Account check #128 in the amount of $100 |
| Px 103 |          | UCC release form |
| Px 104 | 11-19-98 | Description of Collateral |
| Px 105 | 12-11-98 | Letter to Bainer from Fasano |
| Px 106 | 9-5-97   | Auxiliary Committee Minutes of September 3, 1997 Meeting |
| Px 107 | 12-5-97  | Auxiliary Committee Minutes of Dec. 5, 1997 |
| Px 108 |          | Cashier's checks/money orders |
| Px 109 | 11-16-98 | Hearing transcript |
| Px 110 | 8-21-97  | Letter to Charles Flanagan from Andrew D'Agostino |
| Px 111 | 1-5-97   | Letter to Bainer from Prymas |
| Px 112 | 1-10-98  | Auxiliary Committee Minutes of January 9, 1998 |

| | | |
|---|---|---|
| Px 113 | 1-25-98 | Letter to Charles Flanagan from Prymas |
| Px 114 | 5-8-98 | Auxiliary Committee Minutes of 5-8-98 |
| Px 115 | 5-9-98 | Letter to Fasano from Charles Flanagan |
| Px 116 | 11-12-98 | Memo to Bainer from Prymas |
| Px 117 | 11-12-98 | Post Judgment Remedies Interrogatories |
| Px 118 | 11-24-98 | Letter to Prymas from Bainer |
| Px 119 | 11-30-98 | Memo to Charles Flanagan from Prymas |
| Px 120 | 12-9-98 | Letter to Fasano from Bainer |
| Px 121 | 12-27-98 | Letter to Gallagher from Bainer |
| Px 122 | 12-28-98 | Letter to Bainer from Charles Flanagan |
| Px 123 | 12-29-98 | Letter to Bainer from Gallagher |
| Px 124 | 12-30-98 | Letter to Bainer from Prymas and Charles Flanagan |
| Px 125 | 12-31-98 | Letter to Ristelli from Bainer |
| Px 126 | 3-12-98 | Letter to Bainer from Prymas |
| Px 127 | 4-13-98 | Order Granting Motion for Turnover Order; No. 3:96-CV-02648(AVC) |
| Px 128 | 5-8-98 | Letter to Charles Flanagan and Prymas from Bainer |
| Px 129 | 7-27-98 | Letter to Stanley Prymas and Charles Flanagan from Bainer |
| Px 130 | 12-9-98 | Memorandum to Tpeck File/Gen. from Bainer |
| Px 131 | 12-10-98 | Letter to Bainer from Fasano |
| Px 132 | 12-14-98 | Memorandum to Tpeck Gen. Corp. File from Bainer |
| Px 133 | 12-14-98 | Letter to Bainer from Fasano |
| Px 134 | 12-15-98 | Letter to Bainer from Fasano |
| Px 135 | 12-15-98 | Letter to Charles Flanagan from Bainer |

| | | |
|---|---|---|
| Px 136 | 12-15-98 | Letter to Fasano from Bainer |
| Px 137 | 8-21-98 | Jeremy Flanagan Special Account check in the amount of $1,600 |
| Px 138 | | Bank statement 10-22-98 to 11-20-98 |
| Px 139 | | Bank statement 11-21-98 to 12-18-98 |
| Px 140 | 1-12-98 | Memo to Andrea Steele from Prymas Flanagan |
| Px 141 | 5-5-98 | Facsimile coversheet Bainer to Fasano w/attached "Modification of Settlement Agreement Dated June 17, 1997" |
| Px 142 | 5-8-98 | Memo to Prymas from Charles Flanagan |
| Px 143 | 5-11-98 | Memo to Charles Flanagan from Prymas |
| Px 144 | 1-5-98 | Letter to Fasano from Charles Flanagan |
| Px 145 | 5-11-98 | Memo to Pat Wolcott from Prymas and Charles Flanagan |
| Px 146 | 1-20-98 | Facsimile to Bainer from Fasano w/ attached "Objection to Property Execution" |
| Px 147 | 1-10-98 | Auxiliary Committee Minutes of January 9, 1998 |
| Px 148 | 1-24-98 | Auxiliary Committee Minutes of 1-23-98 |
| Px 149 | | Thompson & Peck, Inc. Comparative Income & Expenses for the Period Ending December 31, 1997 |
| Px 150 | 4-10-98 | Auxiliary Committee Meeting Minutes of 4-10-98 |
| Px 151 | | Auxiliary Committee Minutes of January 30, 1998 Meeting |
| Px 152 | 4-24-98 | Auxiliary Committee Minutes of April 25, 1998 |
| Px 153 | | Auxiliary Committee Minutes of May 1, 1998 Meeting |
| Px 154 | 4-29-98 | Memo to Charles Flanagan from Stanley Prymas |

| | | |
|---|---|---|
| Px 155 | 4-25-98 | Letter to Fasano from William Gallagher |
| Px 156 | 4-22-98 | Letter to William Gallagher from Fasano (same as Px 191) |
| Px 157 | | Auxiliary Committee Minutes of 5-8-98 |
| Px 158 | | Auxiliary Committee Minutes of May 15, 1998 |
| Px 159 | 11-12-98 | Post Judgment Interrogatories to Stanley Prymas |
| Px 160 | 12-14-98 | Memorandum to T & P General Corporate File from Todd Bainer |
| Px 161 | 4-10-01 | Letter to Bainer from Prymas |
| Px 162 | 11-12-98 | Memo to Bainer from Prymas |
| Px 163 | 12-18-98 | Post Judgment Interrogatories to Andrea Steele |
| Px 164 | | Post Judgment Interrogatories to Andrea Steele |
| Px 165 | 11-24-98 | Letter to Prymas from Bainer |
| Px 166 | 11-12-98 | Memo to Bainer from Prymas |
| Px 167 | 5-26-98 | Memo to Bainer signed by Prymas and Flanagan |
| Px 168 | 5-8-98 | Agenda Auxiliary Committee |
| Px 169 | | [none located] |
| Px 170 | 2-23-99 | Memorandum to Prymas and Flanagan from Bainer |
| Px 171 | 4-28-00 | Letter from Bainer to Doug Skalka |
| Px 172 | 7-2-97 | Letter to Gallagher from David Reilly (same as Px 179) |
| Px 173 | 4-5-99 | Transcript of Debtor's 341 Hearing |
| Px 174 | | Debtor's Bankruptcy Petition and Schedules |
| Px 175 | | Cadle Company notes re Flanagan litigation |

| | | |
|---|---|---|
| Px 176 | | Thompson & Peck, Inc. prospectus |
| Px 177 | | Handwritten letter to Andrew D'Agostino from Charles Flanagan |
| Px 178 | 10-5-98 | Mortgage agreement |
| ~~Px 179~~ | 7-2-97 | Letter to Gallagher from Reilly (same as Px 172) |
| Px 180 | 8-5-97 | Memo to Stanley Prymas from Charles Flanagan |
| Px 181 | 8-5-97 | Memo to Andrea Steele from Charles Flanagan |
| Px 182 | 8-8-97 | Memo to David Reilly from Charles Flanagan |
| Px 183 | 9-18-98 | Appraiser's report |
| Px 184 | | Checks payable to Joseph Caporale |
| Px 185 | 12-11-98 | Minutes of Board of Directors Meeting |
| Px 186 | 4-22-98 | Motion for Reconsideration |
| Px 187 | 9-23-98 | Order on Motion for Reconsideration |
| Px 188 | 7-29-98 | Privilege Log |
| Px 189 | | Decision of the Statewide Grievance Committee |
| Px 190 | 10-27-98 | Order |
| ~~Px 191~~ | 4-22-98 | Letter to Gallagher from Fasano (same as Px 156) |
| Px 192 | 4-25-98 | Letter to Fasano from Gallagher |
| Px 193 | 2-1-99 | Letter to Fasano from Flanagan |
| Px 194 | 4-7-98 | Memo to Flanagan from Prymas |
| Px 195 | 7-22-98 | Letter to Bainer from Fasano |
| Px 196 | 3-12-98 | Motion for Turnover Order |
| Px 197 | 2-2-98 | Motion for Turnover Order |
| Px 198 | | Affidavit of Stanley Prymas |

| Px 199 | 4-19-05 | Letter from Todd Bainer to F. Dean Armstrong |
| Px 200 | 4-20-05 | Letter from Todd Bainer to F. Dean Armstrong |
| Px 201 | 10-27-00 | Charles Flanagan's handwritten notes |
| Px 202 | 6-6-00 | Letter from Todd Bainer to Prymas and Flanagan |
| Px 203 | 6-7-00 | Letter from Todd Bainer to Prymas and Flanagan |
| Px 204 | 7-21-97 | Memorandum to file from William F. Gallagher |
| Px 205 | 3-7-03 | $68,598.17 Proof of Claim |
| Px 206 | 3-7-03 | $929,824.46 Proof of Claim |
| Px 207 | 3-7-03 | $211,095.11 Proof of Claim |
| Px 208 | 3-7-05 | $405,771.89 Proof of Claim |
| Px 209 | 3-19-99 | Summary of Schedules |
| Px 210 | 3-19-99 | Statement of Financial Affairs |
| Px 211 | 3-19-99 | Disclosure of Compensation of Atorney for Debtor |
| Px 212 | 3-19-99 | Numbered Listing of Creditors |
| Px 213 | 3-19-99 | Notice of Filing of Schedules and Statements |
| Px 214 | 3-19-99 | List of Creditors Holding 20 Largest Unsecured Claims |
| Px 215 | 8-24-99 | Amendment of Schedules and Statement of Financial Affairs |
| Px 216 | 3-1-00 | Amendment of Schedules |
| Px 217 | 3-27-00 | Amendment of Schedules |
| Px 218 | 9-11-00 | Amendment of Schedules |
| Px 219 | 12-31-98 | Letter to D'Agostino from Flanagan with attachment |
| Px 220 | 2-17-99 | Letter to D'Agostino from Flanagan with attachments |

| Px 221 | 11-16-98 | Letter to D'Agostino from Flanagan with attachments |
| Px 222 | 10-1-98 | Letter to D'Agostino from Flanagan |
| Px 223 | 11-15-98 | Letter to D'Agostino from Flanagan with attachments |
| Px 224 | 10-13-98 | Check #2405 to the Internal Revenue Service for Charles Flanagan |
| Px 225 | 7-30-98 | Letter to D'Agostino from Flanagan |
| Px 226 | 8-18-97 | Letter to Nick Lewitz from Flanagan |
| Px 227 | | Settlement agreement figures |
| Px 228 | 6-17-97 | Letter to Prymas from Rayner (Px 22) with attachments |
| Px 229 | 6-17-97 | Letter to Prymas from Rayner (Px 22) with handwritten notes and facsimile coversheet addressed to Flanagan |
| Px 230 | 2-18-00 | Amendment to Shareholders' [Buy-Sell] Agreement Dated August 21, 1998 Between Stanley F. Prymas and Charles Flanagan |
| Px 231 | 1-16-02 | Letter to D'Agostino from Flanagan |
| Px 232 | 1-17-02 | Letter to "To Whom It May Concern" from D'Agostino re Charles Flanagan |
| Px 233 | 1-26-01 | Letter to D'Agostino from Flanagan with attachments |
| Px 234 | 1-27-01 | Handwritten not to D'Agostino from Flanagan with attachment |
| Px 235 | 4-7-01 | Facsimile cover sheet to D'Agostino with 4-5-01 letter to Bainer from Silverstein |
| Px 236 | 3-14-02 | Promissory Note |
| Px 237 | 3-15-02 | Open End Mortgage Deed |
| Px 238 | 5-11-01 | Letter to Bainer from Ed Jurkiewicz with attachment |
| Px 239 | 5-11-01 | Letter to Ed Jurkiewicz from Bainer |

Plaintiffs reserve the right to introduce into evidence any of the exhibits identified by any of the Defendants.

Respectfully submitted,

ARMSTRONG LAW FIRM

DATED: May 18, 2005.                    By_____/s/_____
                                           F. Dean Armstrong
                                           Ct. Fed. Bar #CT22417
                                        1324 Dartmouth Road
                                        Flossmoor, IL 60422
                                        (708) 798-1599
                                        Fax (708) 798-1597

                                        Edward C. Taiman, Esq.
                                        SABIA & HARTLEY, LLC
                                        190 Trumbull Street
                                        Suite 202
                                        Hartford, CT 06103-2205
                                        (860) 541-2077
                                        Fax (860) 713-8944

Attorneys for Plaintiffs
The Cadle Company and
D.A.N. Joint Venture,
A Limited Partnership

## Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on May 18, 2005 to all defense counsel as shown on the attached Service List.

_____/s/_____
F. Dean Armstrong

-14-