*[Handwritten margin note, left side, vertical:]* May 20, 2005. The motion for reconsideration is granted. The relief requested, however, is DENIED. SO ORDERED. Alfred V. Covello, U.S.D.J.

*[Handwritten:]* D 455

FILED
2005 MAY 17 P 2: 15

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | May 13, 2005 |

### DEFENDANT TODD L. BAINER AND TODD L. BAINER, LLC
### MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT RULING

In addition to the Motion to Reconsider filed on May 6, 2005, the defendants Bainer adopt and join the Motion of Stanley F. Prymas and Thompson & Peck, Inc. ("T&P") that the Court reconsider its ruling on their Motion for Summary Judgment dated May 13, 2005 in support of the same relief for Mr. Bainer and his law firm.

1.   There is no admissible evidence, required by F.R. Civ. P. 56, to support the Court's assumption that either Prymas, Bainer, or T&P had notice of or knowledge of the Court's orders in <u>Cadle I</u>.  Bainer, counsel for T&P, did not have any role in the <u>Cadle I</u> matter.  There is no evidence that he had an appearance for any party, that he

1