

435

FILED

2005 MAY -9 P 3: 22

DISTRICT COURT
ORD. CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY, ET AL                :        CIVIL ACTION NO.
    Plaintiffs                              :        3:01CV531(AVC)
                                            :
VS.                                     :
                                            :
CHARLES A. FLANAGAN, ET AL              :        MAY 6, 2005
    Defendants                              :

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION FOR RECONSIDERATION AND/OR CLARIFICATION

Pursuant to Local Rule 7c of U.S.D.C. for the District of Connecticut, defendants Todd

R. Bainer and Todd R. Bainer, LLC (herein "Bainer") hereby moves for a reconsideration and/or

clarification of this Court's Order, dated May 2, 2005, in that said Order does not address that as

a matter of fact and law there is no liability against Bainer under either §1962(b) or (c).  A

Memorandum in Support hereof is attached to this Motion.

*[Handwritten margin note, left side, rotated:]*
May 20, 2005. The motion for reconsideration/clarification is GRANTED. The relief requested is also granted to the extent that the court clarifies that, as the plaintiffs have failed to offer any evidence that the defendant herein gained an interest or control over Flanagan's financial empire, the defendant is entitled to judgment as a matter of law to the extent the second amended complaint can be read to allege a violation of RICO section 1962(b).
SO ORDERED.

Alfred V. Covello, U.S.D.J.
2005 MAY 20 P 3:46

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                FACSIMILE (860) 525-4849                JURIS No. 24029