UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THE CADLE COMPANY, ET AL : Case No. 3:01-CV 531
    Plaintiff : (AVC)
 :
 :
 :
 :
 I, ET AL : May 13, 2005
 :

**LEY F. PRYMAS AND THOMPSON & PECK, INC.'S**
**NSIDERATION OF SUMMARY JUDGMENT RULING**

tanley F. Prymas and Thompson & Peck, Inc. ("T&P")

t the Court reconsider its ruling on their Motion for

he following reasons:

1as subjected T&P and Prymas to liability for violations

:h they received no notice and had no knowledge.

1s found as "undisputed" that Prymas and Bainer, T&P's

*der of this Court* by placing a restrictive legend on the

 ɔck certificates." Ruling on the Defendants', Leonard

 ɔolitto & Lee, LLC's Motion for Summary Judgment, p. 5,

 also states that "Bainer, who was also subject to the

 as T&P's agent, thereafter typed a restrictive legend on

 order to limit their transferability, and, *in violation of the*

 ɪd the certificates to Flanagan. Ruling p. 11.

1

---

3:01cv531 (AVC). May 20, 2005. The motion for reconsideration is granted. As the court disagrees with the defendants that it made any findings of fact on summary judgment, impose liability on any defendant, or misconstrued the relevant law with respect to the defendants, Thompson & Peck and Stanley Prymas, the relief request is DENIED.

SO ORDERED.

Alfred W. Covello U.S.D.J.