UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL | : | CIVIL ACTION NO: 3:01CV531 (AVC) |
| Plaintiffs | : | |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
| Defendants | : | MAY 20, 2005 |

## FASANO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

Pursuant to the Court's order, defendants Leonard Fasano and Fasano & Ippolito (n/k/a Fasano, Ippolito & Lee, LLC), hereby submit their objections to plaintiffs' Trial Exhibits as follows:

1. Exhibit 3 - hearsay.
2. Exhibit 4 - hearsay and relevance
3. Exhibit 5 - hearsay and relevance.
4. Exhibit 6 - hearsay and relevance.
5. Exhibit 8 - hearsay and relevance.
6. Exhibit 9 - hearsay and relevance.
7. Exhibit 10 - hearsay and relevance.
8. Exhibit 11 - hearsay and relevance.
9. Exhibit 12 - hearsay and relevance.

10361.0088

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

10. Exhibit 13 - hearsay and relevance.

11. Exhibit 14 - hearsay and relevance.

12. Exhibit 15 - hearsay and relevance.

13. Exhibit 16 - hearsay and relevance.

14. Exhibit 17 - hearsay and relevance.

15. Exhibit 18 - hearsay and relevance.

16. Exhibit 21 - hearsay and relevance.

17. Exhibit 30 - hearsay and relevance.

18. Exhibit 33 - hearsay and relevance.

19. Exhibit 34 - hearsay and relevance.

20. Exhibit 35 - hearsay and relevance.

21. Exhibit 36 - hearsay and relevance.

22. Exhibit 36A - hearsay and relevance.

23. Exhibit 37 - hearsay and relevance.

24. Exhibit 38 - hearsay and relevance.

25. Exhibit 39 - hearsay and relevance.

26. Exhibit 39A - hearsay and relevance.

27. Exhibit 39b - hearsay and relevance.

28. Exhibit 40 - hearsay, relevance improper foundation.

29. Exhibit 41 - hearsay and relevance.

30. Exhibit 42 - hearsay and relevance.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

31. Exhibit 43 - hearsay and relevance.

32. Exhibit 44 - hearsay and relevance.

33. Exhibit 45 - hearsay and relevance.

34. Exhibit 46 - hearsay and relevance.

35. Exhibit 47 - hearsay and relevance.

36. Exhibit 48 - hearsay and relevance.

37. Exhibit 49 - hearsay and relevance.

38. Exhibit 50 - hearsay and relevance.

39. Exhibit 51 - hearsay and relevance.

40. Exhibit 52 - hearsay and relevance.

41. Exhibit 53 - hearsay and relevance.

42. Exhibit 54 - hearsay and relevance.

43. Exhibit 55 - hearsay and relevance.

44. Exhibit 56 - hearsay and relevance.

45. Exhibit 57 - hearsay and relevance.

46. Exhibit 61 - hearsay and relevance.

47. Exhibit 62 - hearsay and relevance.

48. Exhibit 63 - hearsay and relevance.

49. Exhibit 64 - hearsay, relevance and no foundation.

50. Exhibit 68 - hearsay and relevance.

51. Exhibit 68A - hearsay and relevance.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

52. Exhibit 74 - hearsay and relevance.

53. Exhibit 75 - hearsay and relevance.

54. Exhibit 76 - hearsay and relevance.

55. Exhibit 77 - hearsay and relevance.

56. Exhibit 78 - hearsay and relevance.

57. Exhibit 79 - hearsay, relevance and improper foundation.

58. Exhibit 80 - hearsay, relevance and improper foundation.

59. Exhibit 81 - hearsay, relevance and improper foundation.

60. Exhibit 82 - hearsay, relevance and improper foundation.

61. Exhibit 83 - hearsay, relevance and improper foundation.

62. Exhibit 84- hearsay, relevance and improper foundation.

63. Exhibit 85 - hearsay, relevance and improper foundation.

64. Exhibit 86 - hearsay, relevance and improper foundation.

65. Exhibit 87 - hearsay, relevance and improper foundation.

66. Exhibit 88 - hearsay, relevance and improper foundation.

67. Exhibit 89 - hearsay, relevance and improper foundation.

68. Exhibit 90 - hearsay and relevance.

69. Exhibit 91 - hearsay, relevance and improper foundation.

70. Exhibit 92 - hearsay, relevance and improper foundation.

71. Exhibit 93 - hearsay, relevance and improper foundation.

72. Exhibit 94 - hearsay, relevance and improper foundation.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

73. Exhibit 95 - hearsay, relevance and improper foundation.

74. Exhibit 96 - hearsay, relevance and improper foundation.

75. Exhibit 97 - hearsay, relevance and improper foundation.

76. Exhibit 98 - hearsay, relevance and improper foundation.

77. Exhibit 99 - hearsay, relevance and improper foundation.

78. Exhibit 100 - hearsay, relevance and improper foundation.

79. Exhibit 101 - hearsay, relevance and improper foundation.

80. Exhibit 102 - hearsay, relevance and improper foundation.

81. Exhibit 103 - hearsay, relevance and improper foundation.

82. Exhibit 104 - hearsay, relevance and improper foundation.

83. Exhibit 108 - hearsay, relevance and improper foundation.

84. Exhibit 109 - hearsay, relevance and improper foundation.

85. Exhibit 110 - hearsay, relevance and improper foundation.

86. Exhibit 117 - hearsay, relevance and improper foundation.

87. Exhibit 122 - hearsay, relevance and improper foundation.

88. Exhibit 130 - hearsay and relevance.

89. Exhibit 132 - hearsay and relevance.

90. Exhibit 134 - hearsay and relevance.

91. Exhibit 135 - hearsay and relevance.

92. Exhibit 137 - hearsay, relevance and improper foundation.

93. Exhibit 138 - hearsay, relevance and improper foundation.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

94. Exhibit 139 - hearsay, relevance and improper foundation.

95. Exhibit 141 – hearsay and relevance.

96. Exhibit 155 - hearsay and relevance.

97. Exhibit 156 - hearsay and relevance.

98. Exhibit 160 - hearsay and relevance.

99. Exhibit 161 - hearsay and relevance.

100. Exhibit 175 - hearsay and relevance.

101. Exhibit 183 - hearsay, relevance and improper foundation.

102. Exhibit 184 - hearsay, relevance and improper foundation.

103. Exhibit 188 - hearsay and relevance.

104. Exhibit 192 - hearsay and relevance.

105. Exhibit 193 - hearsay and relevance.

106. Exhibit 198 - hearsay and relevance.

107. Exhibit 204 - hearsay and relevance.

108. Exhibit 205 - hearsay, relevance and improper foundation.

109. Exhibit 206 - hearsay, relevance and improper foundation.

110. Exhibit 207 - hearsay, relevance and improper foundation.

111. Exhibit 208 - hearsay, relevance and improper foundation.

112. Exhibit 209 - hearsay, relevance and improper foundation.

113. Exhibit 210 - hearsay, relevance and improper foundation.

114. Exhibit 212 - hearsay, relevance and improper foundation.


One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran & Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

115. Exhibit 213 - hearsay, relevance and improper foundation.

116. Exhibit 214 - hearsay, relevance and improper foundation.

117. Exhibit 215 - hearsay, relevance and improper foundation.

118. Exhibit 216 - hearsay, relevance and improper foundation.

119. Exhibit 217 - hearsay, relevance and improper foundation.

120. Exhibit 218 - hearsay, relevance and improper foundation.

121. Exhibit 219 - hearsay, relevance and improper foundation.

122. Exhibit 220 - hearsay, relevance and improper foundation.

123. Exhibit 221 - hearsay, relevance and improper foundation.

124. Exhibit 222 - hearsay, relevance and improper foundation.

125. Exhibit 223 - hearsay, relevance and improper foundation.

126. Exhibit 224 - hearsay, relevance and improper foundation.

127. Exhibit 225 - hearsay, relevance and improper foundation.

128. Exhibit 226 - hearsay, relevance and improper foundation.

129. Exhibit 227 - hearsay, relevance and improper foundation.

130. Exhibit 228 - hearsay, relevance and improper foundation.

131. Exhibit 229 - hearsay, relevance and improper foundation.

132. Exhibit 230 - hearsay, relevance and improper foundation.

133. Exhibit 231 - hearsay, relevance and improper foundation.

134. Exhibit 232 - hearsay, relevance and improper foundation.

135 Exhibit 233 - hearsay, relevance and improper foundation.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


Halloran & Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

136. Exhibit 234 - hearsay, relevance and improper foundation.

137. Exhibit 235 - hearsay, relevance and improper foundation.

138. Exhibit 236 - hearsay, relevance and improper foundation.

139. Exhibit 237 - hearsay, relevance and improper foundation.

140. Exhibit 238 - hearsay, relevance and improper foundation.

141. Exhibit 239 - hearsay, relevance and improper foundation.

142. Exhibit 240-252 – the Fasano defendants object to Exhibits 240-25 based on hearsay, relevance and improper foundation, plus the exhibits were not produced in a timely manner and in accordance with the court-ordered deadline.

> Respectfully submitted,
> DEFENDANTS
> LEONARD A. FASANO
> FASANO, IPPOLITO & LEE, LLC
>
> By_____
>   David G. Hill
>   June M. Sullivan
>   Fed. Bar No. ct13435
>   Fed. Bar No. ct24462
>   HALLORAN & SAGE LLP
>   One Goodwin Square
>   225 Asylum street
>   Hartford, CT 06106
>   Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 20th day of May 2005, I hereby mailed a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas**
**& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Roger J. Frechette, Esq.
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511
**For Defendant Leonard Fasano**

 

_____
David G. Hill

688120_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105