UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 20, 2005 |

## MOTION TO PRECLUDE

Defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC hereby move to preclude any evidence that said defendants were involved in any predicate acts not previously disclosed by plaintiffs.  In support of the present motion, defendants represent as follows:

  a. plaintiffs have alleged five different RICO schemes – (1) the settlement proceeds scheme; (2) the shifting stock scheme; (3) the checking account scheme; (4) the Caporale property scheme; and (5) the bankruptcy fraud scheme.  See plaintiffs' Second Amended Complaint, which is a part of the court's file;

  b. during the course of discovery, plaintiffs were asked on several occasions to list each and every predicate acts they allege the Fasano defendants committed;

  c. on each occasion, the only predicate acts listed by plaintiffs were acts related to the first three schemes; in fact, in three sets of discovery compliance, plaintiffs conspicuously failed to list any acts involving the latter two schemes; see plaintiffs' discovery compliance of December 19, 2003, September 7, 2004 and March 25, 2005, attached as Exhibit A.

10361.0088

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

As a result, plaintiffs should not be allowed to expand the scope of their claim on the eve of trial, particularly when they specifically refused to do so on three separate occasions.

Respectfully submitted,

DEFENDANTS
LEONARD A. FASANO
FASANO, IPPOLITO & LEE, LLC

By_____
   David G. Hill of
   HALLORAN & SAGE LLP
   Fed. Bar No. ct13435
   Their Attorneys

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

      This is to certify that on this 20th day of May 2005, a copy of the foregoing was mailed, postage prepaid, to:

| | |
|---|---|
| Edward C. Taiman, Jr., Esq.<br>Michael G. Albano, Esq.,<br>Sabia & Hartley, LLC<br>190 Trumbull Street, Ste. 202<br>Hartford, CT  06103-2205<br>**For Plaintiffs The Cadle Company &**<br>**D.A.N. Joint Venture, A Limited Partnership** | Barbara L. Cox, Esq.<br>William F. Gallagher, Esq.<br>Gallagher & Calistro<br>1377 Ella Grasso Boulevard<br>P. O. Box 1925<br>New Haven, CT  06509-1925<br>**For Defendant Stanley Prymas**<br>**& Thompson & Peck, Inc.** |
| F. Dean Armstrong, Esq.<br>Armstrong Law Firm<br>1324 Dartmouth Road<br>Flossmoor, IL  60422<br>**For Plaintiffs The Cadle Company &**<br>**D.A.N. Joint Venture, A Limited Partnership** | Bradley K. Cooney, Esq.<br>Bradley K. Cooney, P.C.<br>69 Island Avenue<br>Madison, CT  06443<br>**For Defendant Thompson & Peck, Inc.** |
| Mary Anne Charron, Esq.<br>R. Bradley Wolfe, Esq.<br>Gerald R. Swirsky, Esq.<br>Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-5123<br>**For Defendant Todd R. Bainer, LLC** | |

                                                          _____
                                                        David G. Hill

690417_1.DOC



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105