UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|     Defendants. | : | MAY 20, 2005 |

### PLAINTIFFS' MOTION FOR LEAVE TO ADD ADDITIONAL EXHIBITS

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership ("Plaintiffs"), hereby request leave of the Court to file the enclosed exhibits identified as Numbers Pxs 240-252.

1. Plaintiffs' exhibits Pxs 240-50 where produced to Plaintiffs by the Defendants and were recently located by Plaintiffs. These additional exhibits will not unduly prejudice any party herein as they were provided to us by counsel to the various defendants herein or the defendants themselves.

2. Further, Px 251 was recently forward to Plaintiffs by Leonard A. Fasano. In addition, Px 252 is a copy of the section of the Connecticut Fraudulent Transfer Statute which defines the term "transfer" to include the creation of an encumbrance on an asset, such as the restrictive legend that was placed on Flanagan's Thompson & Peck stock. No undue prejudice will flow to the Defendants by allowing Plaintiffs to mark these additional documents as exhibits at this time.

3. Copies of the above documents were faxed to counsel for the Defendants on the morning of May 20, 2005.

WHEREFORE, Plaintiffs request relief in accordance with the foregoing.

                THE CADLE COMPANY AND
                D.A.N. JOINT VENTURE, L.P.

By:_____
    F. Dean Armstrong, Esq.
    1324 Dartmouth Road
    Flossmoor, IL 60422
    Federal Bar No. ct22417

and

Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. ct01319

## CERTIFICATION

_____This certifies that the foregoing was sent by facsimile and first class mail, postage prepaid, this 20th day of May, 2005 to the parties on the attached Service List.

                _____
                F. Dean Armstrong

E:\WPDOCS\CADLE\Flanagan\RICO\Plaintiff.motion.leave.add.exhibits.wpd