# MEMORANDUM

**DATE:** July 21, 1997

**TO:** FILE

**FROM:** WFG

**RE:** PRYMAS - Flanagan v.

---

The parties appeared before Hon. JoAnne Kulawiz on Thursday, July 17, 1997.

The following transpired:

1. Off the record, while in the courtroom, it was agreed that all payments pursuant to paragraph 12 of the agreement would commence as of June 17, 1997, but would not be paid until August 1, 1997 to the extent that funds are available, with interest at 10 percent. All late payments are agreed to be brought up to date by August 31, 1997; and if they are late, 10 percent must be added. I indicated to Attorney Reilly and Mr. Flanagan that we would not put this on the record, as we did not want reference in the transcript to the fact that there was a cash flow problem at present which was expected to continue until around August 1.

2. We agreed to fax to the judge the addresses and phone numbers of the American Arbitration Association, the Professional Insurance Agents of America of Glenmont, New York, and the Independent Insurance Agents of America located in Wethersfield. We also agreed to forward the Connecticut CPA Organization.

3. We agreed that the contract signed by Stanley Prymas with Todd Bainer for representation by Attorney Bainer at a reduced hourly rate, in consideration for monthly payments, would be deferred to the Auxiliary Committee. I reported that I had talked to Attorney Bainer and he advised that he had no intention of enforcing the contract. Mr. Prymas also agreed that the matter would be submitted to the Auxiliary Committee for final determination.

4. The court entered judgment in accordance with the stipulation.

5. The court sealed the file, upon the appropriate findings, as set out in the stipulation.

6. The court indicated that it would make the appointment of the one individual required under the agreement for the Auxiliary Committee. The exact mechanics of how this will be carried out are unclear. We must await the advice of the court.

7. The court gave permission to obtain the transcript of proceedings before Judge Pellegrino on June 17, 1997, and the transcript of proceedings on July 17, 1997. These were ordered at the end of the hearing.

400033