

# Gallagher & Gallagher & Calistro

COUNSELLORS AT LAW

June 18, 1997

1377 BOULEVARD
P.O. BOX 1925
NEW HAVEN, CT
06509
203 824 4165
FAX 203 865 5596

Stanley F. Prymas
Thompson & Peck, Inc.
321 Whitney Avenue
New Haven, CT 06511

William F. Gallagher*
Elizabeth A. Gallagher*
Roger B. Calistro*
Cynthia C. Bott
Barbara L. Cox
Kurt D. Koehler
Thomas J. Airone
*rd Certified Trial Lawyer

Legal Assistants

Cathy-Ann Ferrara
Donna J. Teasmer
Denise A. Malone

Dear Stanley:

I am enclosing the executed settlement agreement, which David Reilly has dated the 17th of June, 1997.

I also enclose copies of the Thompson & Peck and Flanagan/Prymas stock certificates, which David Reilly brought to my office yesterday afternoon at about 3 p.m. I examined the originals and established that indeed they were the originals and that there were no endorsements on these certificates.

I enclose copies of both the front and back of each certificate furnished by David Reilly.

We need the letter from the company's accountant that we discussed yesterday. Once Reilly examines the letter and agrees that it is acceptable, we can then forward the agreement to the court with a joint motion to enter judgment in accordance with the agreement, and to seal the file in accordance with the agreement.

Very truly yours,

William F. Gallagher

WFG/djt
Enc.

PLAINTIFF'S EXHIBIT 240


For Value Received, ______ hereby sell, assign and transfer unto ______________________________

______________________________ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint

______________________________ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Dated ______________ 19____

In presence of

______________________________

______________________________

NOTICE. THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

400036

Certificate No. 2  For 500 Shares Issued to Charles A. Flanagan
Dated July 10, 19 90 Receipt acknowledged

Transferred from Charles A. Flanagan

400037

NUMBER 2  SHARES 500

Flanagan / Prymas Insurance Group, Incorporated

INCORPORATED UNDER THE LAWS OF THE STATE OF CONNECTICUT

1,000 SHARES COMMON STOCK, NO PAR VALUE

This Certifies that Charles A. Flanagan Five Hundred (500) is the owner of fully paid and non-assessable Shares of the Capital Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this 10th day of July A.D. 19 90

SECRETARY/TREASURER        PRESIDENT

