

Thompson & Peck, Inc.
insurance since 1826

April 7, 1998


TO:         Charles Flanagan

FROM:       Stanley Prymas

RE:         Language on T&P Stock


Thank you for your 4/7/98 memo.

As I mentioned to you yesterday, I also think it is a good idea to have
restrictive wording on our stock. However, the restrictive wording usually
states that the stock cannot be transferred or sold in accordance with
a dated stockholders' agreement.

Since we do not have a stockholders agreement yet, we need to develop one.
The A.C. is working to develop to a stockholders' agreement and have it
finalized by the June meeting of the A.C. Todd Bainer is drafting an agreement
based on the input from our April 3, 1998 meeting. He will have a draft for the
May meeting which Attorney Fasano can review. I will also have Attorney
Gallagher review it. Hopefully, we can finalize and agreement and restrict the
stock before the end of June.

If you would like to change the time frame for this A.C. task, please let me
know. We will have to ask Todd to speed things up and call a special meeting
to involve Mike Buckmir.

SFP

PLAINTIFF'S
EXHIBIT
243

MESSAGE CONFIRMATION

04/07/98  14:02
ID=THOMPSON & PECK

| S.R-T | STATION ID | MODE | PAGES | RESULT |
|-------|-----------|------|-------|--------|
| 334   | 7621 | ECM-9 | 002 | OK | 0000 |

404713