# Fasano and Ippolito
## Attorneys at Law

LEONARD A. FASANO
ALPHONSE IPPOLITO

TIMOTHY J. LEE

388 ORANGE STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 787-6555
TELEFAX (203) 776-2119

April 9, 1998

Todd R. Bainer, Esquire
71 Cedar Street
Branford, Connecticut 06405

RE: Charles Flanagan/Thompson & Peck Shareholder Agreement

Dear Todd:

It is my understanding from a memo, which Charlie Flanagan gave to me on April 7, 1998, it states that Attorney Gallagher will be reviewing some of the documentation. I am sure that Attorney Gallagher is reviewing the documentation on behalf of Stanley Prymas and that you will be reviewing the documentation with respect to Thompson & Peck, Inc. Therefore, any hours accumulated by Attorney Gallagher will be paid directly by Stanley out of his own pocket. The alternative to the above statement would be that both Attorney Gallagher's hours and Len Fasano's hours could be billed out of Thompson & Peck. If my bill is not honored by Thompson & Peck, then obviously, Attorney Gallagher's bill should not be honored by Thompson & Peck.

I look forward to receiving this documentation. Please discuss this matter with Stanley Prymas and get back to me.

Sincerely yours,

LEONARD A. FASANO

LAF/cam

PLAINTIFF'S EXHIBIT 245