

Thompson & Peck, Inc.
insurance since 1928

4-13-98

To Atty. Len Pasano

From Charlie Flanagan

Re Your Letter to Atty. Gallagher dated 4-9-98

Dear Len,

    I spoke to Stanley Prymas about the above and there is not a problem from my stand point with the Kemper matter. It has been our procedure ( Flangan & Prymas ) to discuss and/or sign off on items either jointly or if in the singular with the approval of each other.
    I would appreciate a response to the Atty. Gaide remark that Atty. Gallagher will allow the sealed file to be sent to Atty. Gaide. Stanley Prymas and I discussed this matter this PM. It is my understanding that Atty. Gallagher will not agree to allow Atty. Gaide to do this without a fight.
    Lastly, please see if the language in the Settlement Agreement that we spoke about can be in final form and sent to Atty. Gallagher and I for review. I would like to get this done this week.
    Thank you.

Regards,

Charlie Flanagan

**PLAINTIFF'S EXHIBIT 246**

321 Whitney Avenue New Haven, CT 06511  (203) 787-6781  Fax: (203) 789-2080
15 Elm Street Old Saybrook, CT