

Thompson & Peck, Inc.
insurance since 1858

April 29, 1998

TO: Charles Flanagan

FROM: Stanley Prymas

RE: Proposed Amendment To Our Settlement Agreement

I spoke with Attorney Gallagher yesterday and he told me that he did not like some of the wording in the proposed amendment to our Settlement Agreement that Attorney Fasano drafted. He told me that he would send a letter to Attorney Fasano with his ideas on how it should be changed.

Also, Attorney Gallagher told me he was representing only my personal interests and that he thought the proposed amendment should be sent to our corporate attorney, Todd Bainer, who represents the interests of Thompson & Peck, Inc. He told me that he thought all three parties would have to be in agreement to adopt an amendment...you, me and T&P. You might want to pass this along to Attorney Fasano and ask him to include Attorney Bainer in this process.

SFP

PLAINTIFF'S EXHIBIT 247

321 Whitney Avenue New Haven, CT 06511 (203) 787-6781 Fax: (203) 789-2089
15 Elm Street Old Saybrook, CT 06475 (860) 388-4473 Fax: (860) 388-6752

## MODIFICATION OF SETTLEMENT AGREEMENT
## DATED JUNE 17, 1997

WHEREAS, the parties Stanley Prymas, ("Prymas"), and Charles Flanagan, ("Flanagan"), entered into a Settlement Agreement on June 17, 1997;

WHEREAS, Paragraph 12 obligates Thompson & Peck to pay Flanagan certain monies;

WHEREAS, said monies were always to be considered wages;

WHEREAS, Sun Trust has agreed that said wage does not violate the Sun Trust Agreement;

WHEREAS, said monies are owed to Mr. Flanagan and need to be made weekly over an extended period of time in order to distribute the cash flow of Thompson & Peck;

WHEREAS, these wages now will be included in Mr. Flanagan's weekly check;

THEREFORE, HEREBY BE IT RESOLVED, that the Settlement Agreement of June 17, 1997, be modified Paragraph 12 to state as follows:

12. As additional wages, Flanagan shall be paid $75,000.00 minus any monies already received starting May 1, 1998, which monies shall be added to his weekly check by an additional $_____ until said sum is paid in full.

Dated at this _____ day of _____, 1998.


_____
STANLEY PRYMAS


_____
CHARLES FLANAGAN

401176