# CONFIDENTIAL

## AUXILIARY COMMITTEE

### MINUTES OF MAY 1, 1998 MEETING

The A.C. Meeting was called to order at 7:05 A.M. in the New Haven Office of Thompson & Peck, Inc. A.C. members Stanley Prymas and Charles Flanagan were present. Member Michael Buckmir was not in attendance.

The minutes of the April 24, 1998 A.C. Meeting as presented by Mr. Flanagan were unanimously approved by Mr. Prymas and Mr. Flanagan.

There was nothing new to report on the transfer of 321 Whitney Avenue or on the State of Connecticut v. Flanagan/Prymas Insurance Group, Inc. et al matter.

Mr. Flanagan reported that our new commercial producer recruiting efforts have not resulted in any good prospects yet. Mr. Prymas and Mr. Flanagan discussed recent acquisitions of large agencies by banks and agreed that these could be the source of producers with books of business who might want to move to an agency instead of working for a bank.

Mr. Prymas and Mr. Flanagan discussed the draft of the amendment to the Settlement Agreement which was prepared by Attorney Fasano (attached). Mr. Flanagan will ask Attorney Fasano to contact Attorney Gallagher to work out some wording changes as well as to share this information with Thompson & Peck's corporate attorney, Todd Bainer, for his review and approval.

Cash continues to be tight, but it is improving and all financial obligations of the agency during the past week have been met on a timely basis. However, it is necessary to continue our $50,000 short term loan from Mrs. Prymas.

Mr. Prymas reported that he will have a draft of the revised commission schedule for producers before the next A.C. Meeting.

There was nothing new to report on the Life Plans legal matter.


PLAINTIFF'S EXHIBIT 248

Production of commercial business continues to be difficult. Mr. Flanagan did report that he wrote a new life case which will generate about $10,000 commission income. Mr. Flanagan reported that he is still pursuing the BCL deal which could result in significant income for the agency. Mr. Prymas will contact John Bartick from Seaco Insurance to obtain a list of food processors in Connecticut so that the agency can initiate a telemarketing and direct response program on them. Mr. Prymas will also ask Mr. Bartick if his company is interested in writing the insurance for four McDonald's Restaurants that Mr. Flanagan is pursuing.

Mr. Prymas reported that training schedules for all licensed staff is being finalized so that producer CEU's requirements will be met by 2/1/2000.

Two additional quotes are being solicited on a new voicemail system for Thompson & Peck, Inc.

Mr. Prymas will be out of the office on May 4 and May 5, 1998 to attend a computer conference in Sturbridge, MA and both he and Mr. Flanagan agreed that Mr. Flanagan could sign checks during that period without the need for the second signature. Mr. Prymas will review and initial any checks which are issued when he returns.

The next meeting of the A.C. Members Prymas and Flanagan will be on Friday, May 8, 1998 at 7:00 A.M. in the New Haven Office. Mr. Buckmir and Attorney Bainer will join this meeting at 8:00 A.M. The principal agenda items for this meeting will be the development of a buy-sell agreement and by-law changes in accordance with the Settlement Agreement.

The meeting was adjourned at 7:45 A.M.

Respectfully submitted: Stanley F. Prymas

May 1, 1998

Approved by: _____  _____  _ABSENT_____
             Stanley F. Prymas          Charles A. Flanagan       Michael J. Buckmir

Date approved: 5/8/98

401174