UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 20, 2005 |
| Defendants | : | |

## DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S OBJECTIONS TO PLAINTIFFS' EXHIBITS

In addition to the grounds asserted for objection by the other defendants, defendants Todd R. Bainer and Todd R. Bainer, LLC respectfully objects to the admission of the following Exhibits proposed by plaintiffs:

I.     ATTORNEY TO ATTORNEY CORRESPONDENCE

Defendants object to the following exhibits to the extent that such exhibits are to be used by plaintiffs as evidence of mail or wire fraud by defendant Bainer or defendant Todd R. Bainer L.L.C. The basis for this objection is that the courts of the Second District have confirmed that correspondence between attorneys may not serve as the basis for an claim of mail or wire fraud, Kashelkar v. Rubin & Rothman, 97 F. Supp. 2d 383, 393 (S.D.N.Y. 2000); Morin v. Trupin, 711 F. Supp. 97, 105 (S.D.N.Y. 1998).

Exhibits: 18, 25(A) and (B), 27, 28, 29, 31, 32, 66, 67, 70, 71, 72, 105, 120, 121, 123, 125, 131, 133, 134, 136, 141, 146, 156, 171, 195, 199 and 200.

II.    DOCUMENTS DATED AFTER THE DATE OF THE FILING OF CHARLES FLANAGAN'S BANKRUPTCY

Defendants object to the following Exhibits on the basis that they are all dated after the filing of the bankruptcy of Charles Flanagan (2/17/99) and therefore can have no relevance in this proceeding.  In granting Mr. Flanagan's Motion for Summary Judgment, this Court has confirmed that the plaintiffs suffered no RICO damages based on the post petition conduct of Mr. Flanagan.  Since there can be no RICO claim without damages, the proposed exhibits relating to post petition actions are not only irrelevant, they will only serve to prejudice defendants and confuse the jury.  Additionally, none of the acts alleged by plaintiffs to be in furtherance of the scheme to defraud the plaintiffs occurred after the date of Mr. Flanagan's bankruptcy filing, and therefore could not have been the proximate cause of the plaintiffs' alleged RICO injuries.

Exhibits: 30, 31, 32, 171, 199, 200, 30, 40, 44, 46, 47, 48, 49, 108, 175, 198, 202, 203, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 231, 232, 233, 234, 235, 236, 237 and 238.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                    FACSIMILE (860) 525-4849                    JURIS No. 24029

III.    HEARSAY

Defendants object to the following Exhibits on the basis that such Exhibits are inadmissible hearsay.

Exhibits: 7, 40, 59, 60, 73, 137, 138, 139, 174, 197, 204, 220, 221, 222, 223, 224, 225, 228, 229 and 230.

IV.    NOT RELEVANT

Defendants object to the following Exhibits because such exhibits have no relevance to this proceeding:

Exhibits: 36A, 39A, 39B, 39C, 40, 42, 74, 79-102, 108, 137, 138, 139, 149, 184, 189, 198, 199, 201, 202, 204, 219, 224, 225, 226, 227, 231, 232, 233, 234, 235, 236, 237, 238 and 239.

V.    MISCELLANEOUS OBJECTIONS

1.    Incomplete or missing, not as described in Exhibit List, attachments unrelated to documents: 127, 162, 177 and 178.

2.    Lack of Foundation: 59, 60 and 108.

3.    Exhibits submitted post May 18, 2005: 240-252.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By _____
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

-4-

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on May 20, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092


_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\393646\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029