UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | MAY 23, 2005 |

### DEFENDANT TODD R. BAINER AND TODD R. BAINER, LLC'S MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE EVIDENCE RELATING TO FLANAGAN'S GRIEVANCES OF ATTORNEY GAIDE

Defendants Todd R. Bainer and Todd R. Bainer, LLC hereby move to preclude the introduction of any evidence, by testimony or exhibits, relating to the grievances filed by Mr. Flanagan against Attorney Gaide.

The grievances against Attorney Gaide relate to the propriety of Attorney Gaide's service of post-judgment interrogatories on Mr. Flanagan's children and Attorney Gaide's direct contact with Mr. Prymas, co-owner of Thompson & Peck, with Mr. Flanagan. They do not in any way relate to the alleged predicate acts of mail fraud, wire fraud and bankruptcy fraud alleged by plaintiffs to have been committed by Attorney Bainer.

Although Attorney Bainer did file an appearance on behalf of Mr. Flanagan in October 1998 in those grievances, his appearance occurs <u>after</u> the dates he is alleged to have participated in the shifting stock scheme and settlement proceeds scheme.

Moreover, this court has ruled, in its order granting Flanagan's Motion for Summary Judgment that plaintiffs' payment of Attorney Gaide's counsel fees in the grievance was a voluntary act and does not amount to RICO damages.

For all of the foregoing reasons and because the introduction of evidence relating to the grievances would only serve to prejudice defendant Bainer and confuse the jury, defendant Bainer seeks to preclude this evidence at trial.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361         FACSIMILE (860) 525-4849         JURIS NO. 24029

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By /s/ Mary Anne Charron
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on May 23, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARYANNE A. CHARRON

::ODMA\PCDOCS\DOCS\393768\1

-4-