UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>　　　Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL<br>　　　Defendants | : | MAY 20, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION IN LIMINE REGARDING PRECLUSION OF EXHIBIT 74 AND PERSONAL INFORMATION RELATING TO DEFENDANT BAINER

The purpose of this Motion in Limine is to preclude from evidence plaintiffs' proposed Exhibit 74, a copy of the decision in the divorce case of Kathy F. Bainer v. Todd R. Bainer, 1995 WL 925321 (Conn. Super.) (the "Decision") on the grounds that it is so highly prejudicial and irrelevant that any probative value it could conceivably have is far outweighed by the clear unfair prejudice it would create. Further, this evidence is inadmissible character evidence that does not meet any of the exceptions to inadmissibility of character evidence set forth in the Federal Rules of Evidence. For these reasons, addressed in further detail below, defendant Bainer respectfully requests that the Court preclude Exhibit 74 and further order that the plaintiffs refrain from submitting or soliciting any evidence, whether by testimony or document, regarding or relating to Mr. Bainer's domestic life, child custody issues, personal life or financial affairs.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By *[signature: Mary Anne Charron]*
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on May 20, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARYANNE A. CHARRON

::ODMA\PCDOCS\DOCS\393526\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS No. 24029