UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiffs | :   CIVIL ACTION NO.<br>:   3:01CV531(AVC)<br>: |
| VS. | : |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | :   MAY 20, 2005<br>: |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION IN LIMINE REGARDING EVIDENCE OF ACTS POST BANKRUPTCY PETITION DATE

The purpose of this Motion in Limine is to request that the Court limit the presentation by the plaintiffs in this case to only that evidence, whether by document or testimony, that is dated or relates to, refers to or is offered in connection with any act of defendant Bainer that occurred prior to the filing date of the bankruptcy of Charles Flanagan. The basis for this request, which is set forth in a Memorandum submitted with this motion, is that any such evidence would not be relevant to this proceeding.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By *[signature: Mary Anne Charron]*
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on May 20, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

_____
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\393708\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS NO. 24029