UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : <br> : <br> : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : <br> : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : <br> : | MAY 20, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION IN LIMINE REGARDING PREDICATE ACT OF BANKRUPTCY FRAUD EVIDENCE

The purpose of this Motion in Limine is to request that the Court preclude from evidence, whether by document or testimony, all evidence that relates to, refers to or is offered in connection with any allegation of bankruptcy fraud by defendant Bainer for the reasons set forth in the Memorandum in Support of this Motion.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By _____
    R. BRADLEY WOLFE
    Federal Bar No. ct04332
    GERALD R. SWIRSKY
    Federal Bar No. ct05574
    MARY ANNE A. CHARRON
    Federal Bar No. ct02274
    Gordon, Muir and Foley, LLP
    Ten Columbus Boulevard
    Hartford, CT 06106-1976
    Telephone (860) 525-5361
    Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on May 20, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

                                                              MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\393737\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS NO. 24029