## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>  Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>  Defendants | : | May 20, 2005 |

**DEFENDANTS STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S
OBJECTIONS TO PLAINTIFFS' PROPOSED EXHIBITS**

| Exhibit | Objection |
|---|---|
| Px. 1 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 2 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 3 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 4 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 6 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 7 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 8 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 9 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 10 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 11 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 12 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 13 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 14 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 15 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 16 | F.R. Evid. 402; F.R. Evid. 802 |

| | |
|---|---|
| Px. 17 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 18 | F.R. Evid. 402; F.R. Evid. 403 |
| Px. 19 | F.R. Evid. 402; F.R. Evid. 403 |
| Px. 20 | Attorney-client privileged |
| Px. 21 | |
| Px. 22 | |
| Px. 23 | F.R. Evid. 402; F.R. Evid. 403 |
| Px. 24 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 25 | F.R. Evid. 802 |
| Px. 25A | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 25B | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 26 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 27 | |
| Px. 28 | F.R. Evid. 402; F.R. Evid. 403 |
| Px. 29 | F.R. Evid. 402; F.R. Evid. 403 |
| Px. 30 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 31 | F.R. Evid. 402; F.R. Evid. 403 |
| Px. 32 | F.R. Evid. 402; F.R. Evid. 403 |
| Px. 33 | F.R. Evid. 402; F.R. Evid. 802; F.R. Evid. 702; undisclosed expert |
| Px. 35 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 36A | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 39A | F.R. Evid. 402; F.R. Evid. 802; undisclosed expert |
| Px. 39B | F.R. Evid. 402; F.R. Evid. 802; undisclosed expert |
| Px. 39C | F.R. Evid. 402; F.R. Evid. 802; undisclosed expert |

Px. 40    F.R. Evid. 402; F.R. Evid. 802

Px. 41

Px. 42    F.R. Evid. 402; F.R. Evid. 802

Px. 43    F.R. Evid. 402; F.R. Evid. 802; undisclosed exhibit

Px. 44    F.R. Evid. 402; F.R. Evid. 802

Px. 45    F.R. Evid. 402; F.R. Evid. 802

Px. 46    F.R. Evid. 402; F.R. Evid. 802

Px. 47    F.R. Evid. 402; F.R. Evid. 802

Px. 48    F.R. Evid. 402; F.R. Evid. 802

Px. 49    F.R. Evid. 402; F.R. Evid. 802

Px. 54    F.R. Evid. 402; F.R. Evid. 802

Px. 55    F.R. Evid. 402; F.R. Evid. 802

Px. 56    F.R. Evid. 403 (inappropriate underlining; lack of foundation)

Px. 57

Px. 58    F.R. Evid. 402; F.R. Evid. 802

Px. 59    F.R. Evid. 402; F.R. Evid. 802

Px. 60    F.R. Evid. 402; F.R. Evid. 802

Px. 61

Px. 62    F.R. Evid. 402; F.R. Evid. 802

Px. 63    F.R. Evid. 402; F.R. Evid. 802

Px. 64    F.R. Evid. 402; F.R. Evid. 802

Px. 65    F.R. Evid. 402; F.R. Evid. 802

Px. 66    F.R. Evid. 402; F.R. Evid. 403

Px. 67    F.R. Evid. 402; F.R. Evid. 403

Px. 68

Px. 68A

Px. 69

Px. 69A        F.R. Evid. 402; F.R. Evid. 802

Px. 70         F.R. Evid. 402

Px. 71         F.R. Evid. 402

Px. 72         F.R. Evid. 402

Px. 73         F.R. Evid. 802

Px. 74         F.R. Evid. 402; F.R. Evid. 403

Px. 75

Px. 76

Px. 77

Px. 78         F.R. Evid. 402; F.R. Evid. 802

Px. 79         F.R. Evid. 402; F.R. Evid. 802

Px. 80         F.R. Evid. 402; F.R. Evid. 802

Px. 81         F.R. Evid. 402; F.R. Evid. 802

Px. 82         F.R. Evid. 402; F.R. Evid. 802

Px. 83         F.R. Evid. 402; F.R. Evid. 802

Px. 84         F.R. Evid. 402; F.R. Evid. 802

Px. 85         F.R. Evid. 402; F.R. Evid. 802

Px. 86         F.R. Evid. 402; F.R. Evid. 802

Px. 87         F.R. Evid. 402; F.R. Evid. 802

Px. 88         F.R. Evid. 402; F.R. Evid. 802

Px. 89         F.R. Evid. 402; F.R. Evid. 802

Px. 90     F.R. Evid. 402; F.R. Evid. 802

Px. 91     F.R. Evid. 402; F.R. Evid. 802

Px. 92     F.R. Evid. 402; F.R. Evid. 802

Px. 93     F.R. Evid. 402; F.R. Evid. 802

Px. 94     F.R. Evid. 402; F.R. Evid. 802

Px. 95     F.R. Evid. 402; F.R. Evid. 802

Px. 96     F.R. Evid. 402; F.R. Evid. 802

Px. 97     F.R. Evid. 402; F.R. Evid. 802

Px. 98     F.R. Evid. 402; F.R. Evid. 802

Px. 99     F.R. Evid. 402; F.R. Evid. 802

Px. 100    F.R. Evid. 402; F.R. Evid. 802

Px. 101    F.R. Evid. 402; F.R. Evid. 802

Px. 102    F.R. Evid. 402; F.R. Evid. 802

Px. 103    F.R. Evid. 402; F.R. Evid. 802

Px. 104    F.R. Evid. 402; F.R. Evid. 802

Px. 105    F.R. Evid. 402; F.R. Evid. 403; F.R. Evid. 702; F.R. Evid. 802

Px. 106    F.R. Evid. 402; F.R. Evid. 403

Px. 107

Px. 108    F.R. Evid. 402; F.R. Evid. 802

Px. 109    F.R. Evid. 402; F.R. Evid. 802

Px. 110    F.R. Evid. 802; undisclosed expert

Px. 111

Px. 112

Px. 113

| | |
|---|---|
| Px. 114 | F.R. Evid. 402; F.R. Evid. 403 |
| Px. 115 | F.R. Evid. 802 |
| Px. 116 | |
| Px. 117 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 118 | |
| Px. 119 | |
| Px. 120 | F.R. Evid. 402; F.R. Evid. 403; F.R. Evid. 702 (undisclosed expert opinion) |
| Px. 121 | |
| Px. 122 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 123 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 124 | Attorney-client privileged |
| Px. 125 | F.R. Evid. 402 |
| Px. 126 | |
| Px. 127 | F.R. Evid. 402 |
| Px. 128 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 129 | |
| Px. 130 | |
| Px. 131 | Undisclosed expert evidence; F.R. Evid. 802 |
| Px. 132 | |
| Px. 133 | Undisclosed expert opinion; F.R. Evid. 802 |
| Px. 134 | F.R. Evid. 802 |
| Px. 135 | |
| Px. 136 | |
| Px. 137 | F.R. Evid. 402; F.R. Evid. 802 |

Px. 138    F.R. Evid. 402; F.R. Evid. 802

Px. 139    F.R. Evid. 402; F.R. Evid. 802

Px. 140

Px. 141    F.R. Evid. 802

Px. 142    F.R. Evid. 802

Px. 143

Px. 144    F.R. Evid. 402; F.R. Evid. 802

Px. 145

Px. 146    F.R. Evid. 402; F.R. Evid. 802

Px. 147

Px. 148

Px. 149    F.R. Evid. 802

Px. 150    Incorrect collation; improper combination of two different minutes (see px. 151)

Px. 151

Px. 152

Px. 153

Px. 154

Px. 155    F.R. Evid. 802

Px. 156    F.R. Evid. 802

Px. 157

Px. 158

Px. 159    F.R. Evid. 402; F.R. Evid. 802

Px. 160

Px. 161

| | |
|---|---|
| Px. 162 | Attachment incorrectly collated (inappropriate mixing of two different documents) |
| Px. 163 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 164 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 165 | |
| Px. 166 | |
| Px. 167 | |
| Px. 168 | |
| Px. 169 | |
| Px. 170 | |
| Px. 171 | |
| Px. 172 | F.R. Evid. 802 |
| Px. 173 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 174 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 175 | F.R. Evid. 402; F.R. Evid. 802 (self-serving hearsay) |
| Px. 176 | |
| Px. 177 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 178 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 180 | Foundation, inappropriate markings; F.R. Evid. 403 |
| Px. 181 | F.R. Evid. 802 |
| Px. 182 | Foundation, F.R. Evid. 403 (inappropriate underlining) |
| Px. 183 | F.R. Evid. 402; F.R. Evid. 702 (undisclosed expert opinion); F.R. Evid. 802 |
| Px. 184 | F.R. Evid. 402; F.R. Evid. 802 |
| Px. 185 | F.R. Evid. 802 |

Px. 186    F.R. Evid. 402; F.R. Evid. 802

Px. 187

Px. 188    F.R. Evid. 402; F.R. Evid. 802

Px. 189    F.R. Evid. 402; F.R. Evid. 802

Px. 190    F.R. Evid. 402; F.R. Evid. 802

Px. 192    Duplicates earlier exhibit

Px. 193    F.R. Evid. 402; F.R. Evid. 802

Px. 194

Px. 195    F.R. Evid. 402; F.R. Evid. 802

Px. 196    Duplicate

Px. 197    F.R. Evid. 402; F.R. Evid. 802

Px. 198    F.R. Evid. 402; F.R. Evid. 802

Px. 199    F.R. Evid. 402; F.R. Evid. 403; F.R. Evid. 802

Px. 200    F.R. Evid. 402; F.R. Evid. 403; F.R. Evid. 802

Px. 201    F.R. Evid. 402; F.R. Evid. 802

Px. 202    F.R. Evid. 402; F.R. Evid. 802

Px. 203    F.R. Evid. 402; F.R. Evid. 802

Px. 204    F.R. Evid. 402; F.R. Evid. 802

Px. 205    F.R. Evid. 402; F.R. Evid. 802 (self-serving hearsay)

Px. 206    F.R. Evid. 402; F.R. Evid. 802 (self-serving hearsay)

Px. 207    F.R. Evid. 402; F.R. Evid. 802 (self-serving hearsay)

Px. 208    F.R. Evid. 402; F.R. Evid. 802 (self-serving hearsay)

Px. 209    F.R. Evid. 402; F.R. Evid. 802

Px. 210    F.R. Evid. 402; F.R. Evid. 802

Px. 211    F.R. Evid. 402; F.R. Evid. 802

Px. 212    F.R. Evid. 402; F.R. Evid. 802

Px. 213    F.R. Evid. 402; F.R. Evid. 802

Px. 214    F.R. Evid. 402; F.R. Evid. 802

Px. 215    F.R. Evid. 402; F.R. Evid. 802

Px. 216    F.R. Evid. 402; F.R. Evid. 802

Px. 217    F.R. Evid. 402; F.R. Evid. 802

Px. 218    F.R. Evid. 402; F.R. Evid. 802

Px. 219    F.R. Evid. 402; F.R. Evid. 802

Px. 220    F.R. Evid. 402; F.R. Evid. 802

Px. 221    F.R. Evid. 402; F.R. Evid. 802

Px. 222    F.R. Evid. 402; F.R. Evid. 802

Px. 223    F.R. Evid. 402; F.R. Evid. 802; F.D. Evid. 702 (undisclosed expert opinion)

Px. 224    F.R. Evid. 402; F.R. Evid. 802

Px. 225    F.R. Evid. 402; F.R. Evid. 802

Px. 226    F.R. Evid. 802

Px. 227    F.R. Evid. 403 (confusing)

Px. 228    Duplicate; F.R. Evid. 802; F.R. Evid. 702 (undisclosed expert opinion); inappropriate compilation of unrelated documents

Px. 229    F.R. Evid. 802; F.R. Evid. 702 (undisclosed expert opinion)

Px. 230    F.R. Evid. 402; F.R. Evid. 403

Px. 231    F.R. Evid. 402; F.R. Evid. 802

Px. 232    F.R. Evid. 402; F.R. Evid. 802

Px. 233    F.R. Evid. 402; F.R. Evid. 802

Px. 234     F.R. Evid. 402; F.R. Evid. 802

Px. 235     F.R. Evid. 402; F.R. Evid. 802; F.R. Evid. 702 (undisclosed expert opinion)

Px. 236     F.R. Evid. 402; F.R. Evid. 802

Px. 237     F.R. Evid. 402; F.R. Evid. 802

Px. 238     F.R. Evid. 402; F.R. Evid. 802 (self-serving hearsay)

Px. 239     F.R. Evid. 402; F.R. Evid. 403; F.D. Evid. 802

Px. 240-252 Not timely disclosed to the undersigned counsel. Court order required plaintiffs to exchange exhibits with defendants by May 18, 2005. Exhibits 240-252 not sent to the undersigned counsel until May 20, and not received until after 1 p.m. on that date. Defendants reserve their right to object to the introduction of these exhibits at trial.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and
THOMPSON & PECK, INC.

BY: _____
Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
BARBARA L. COX