490

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | MAY 20, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION IN LIMINE REGARDING PRECLUSION OF EXHIBIT 74 AND PERSONAL INFORMATION RELATING TO DEFENDANT BAINER

The purpose of this Motion in Limine is to preclude from evidence plaintiffs' proposed Exhibit 74, a copy of the decision in the divorce case of <u>Kathy F. Bainer v. Todd R. Bainer</u>, 1995 WL 925321 (Conn. Super.) (the "Decision") on the grounds that it is so highly prejudicial and irrelevant that any probative value it could conceivably have is far outweighed by the clear unfair prejudice it would create. Further, this evidence is inadmissible character evidence that does not meet any of the exceptions to inadmissibility of character evidence set forth in the Federal Rules of Evidence. For these reasons, addressed in further detail below, defendant Bainer respectfully requests that the Court preclude Exhibit 74 and further order that the plaintiffs refrain from submitting or soliciting any evidence, whether by testimony or document, regarding or relating to Mr. Bainer's domestic life, child custody issues, personal life or financial affairs.

3:01cv531(AVC)   June 1, 2005.   GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.