UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|     Defendants. | : | JUNE 3, 2005 |

## PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF JAN SCHLICHTMANN

Defendants, The Cadle Company and D.A.N. Joint Venture, A Limited Partnership, by and through their attorneys, Dean Armstrong, Esquire of the Armstrong law firm, and Edward Taiman, Esquire, of the law firm of Sabia and Hartley, LLP, hereby move this Court to exclude the testimony of Attorney Jan Schlichtmann and state in the support thereof:

1. Defendants Thompson and Peck and Stanley Prymus have indicated their intention to call Attorney Daniel Schlichtmann as a witness in this case.

2. Attorney Schlichtmann had no involvement with any of the events that led to this case.

3. Attorney Schlichtmann, therefore, has no first-hand knowledge of any of the events in this case.

4. It is believed that the sole purpose of calling Attorney Schlichtmann is so that he can comment on his personal dislike of Dan Cadle.

5.  Pursuant to FRE 401, any testimony that Attorney Schlichtmann might offer would be irrelevant to the case at hand as it would not have a tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.

6.  Furthermore, any small probative value that Attorney Schlichtmann's testimony might have would be outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury and would be a waste of time.  FRE 403.

WHEREFORE, Plaintiffs request that this Court exclude the testimony of Jan Schlichtmann pursuant to FRE 401 and 403.

THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.

By_____
Edward C. Taiman, Esq.
SABIA & HARTLEY, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205
(860) 541-2077
Fax (860) 713-8944

and

F. Dean Armstrong
Ct. Fed. Bar #CT22417
1324 Dartmouth Road
Flossmoor, IL 60422
(708) 798-1599

                Fax (708) 798-1597

                Attorneys for Plaintiffs
                The Cadle Company and
                D.A.N. Joint Venture,
                A Limited Partnership

### Certificate of Service

  I certify that a copy of the foregoing instrument was mailed on June 3, 2005 to all defense counsel as shown on the attached Service List.

                _____
                Edward C. Taiman, Jr.

E:\WPDOCS\CADLE\Flanagan\RICO\Motion.exclude.schlichtmann.wpd