

4468

June 3, 2005.  GRANTED.  See opinion released this day.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

FILED
2005 MAY 19  A 11: 14

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | MAY 18, 2005 |

### DEFENDANT STANLEY PRYMAS AND THOMPSON & PECK'S MOTION TO QUASH A TRIAL SUBPOENA SERVED ON HIS TRIAL COUNSEL, WILLIAM F. GALLAGHER

### I.    STATEMENT OF FACTS

The plaintiffs' claims in the present matter stem from their efforts to collect certain debts owed by former defendant Charles A. Flanagan.[1] Defendant Flanagan is alleged to have conspired with others for the purpose of shielding his assets. Defendants Prymas and Thompson & Peck are parties by virtue of certain allegations that they assisted two conspiracies initiated by Flanagan: the so-called Settlement Proceeds Scheme and the Shifting Stock Scheme.

Attorney William F. Gallagher has a long standing relationship as counsel for defendant Stanley F. Prymas, but not in connection with the events alleged in the complaint. He is counsel of record for both Stanley F. Prymas and Thompson & Peck in this matter.

### ORAL ARGUMENT REQUESTED

---

[1] On April 5, 2005, the plaintiffs provided a comprehensive release of all claims to former defendant Flanagan. He is no longer a party to this action.

1