FILED
2005 MAY 20 P 5:00
US DISTRICT COURT
HARTFORD CT

484

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| vs. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | : | MAY 20, 2005 |

### PLAINTIFFS' MOTION FOR LEAVE TO ADD ADDITIONAL EXHIBITS

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, a Limited Partnership ("Plaintiffs"), hereby request leave of the Court to file the enclosed exhibits identified as Numbers Pxs 240-252.

1. Plaintiffs' exhibits Pxs 240-50 where produced to Plaintiffs by the Defendants and were recently located by Plaintiffs. These additional exhibits will not unduly prejudice any party herein as they were provided to us by counsel to the various defendants herein or the defendants themselves.

2. Further, Px 251 was recently forward to Plaintiffs by Leonard A. Fasano. In addition, Px 252 is a copy of the section of the Connecticut Fraudulent Transfer Statute which defines the term "transfer" to include the creation of an encumbrance on an asset, such as the restrictive legend that was placed on Flanagan's Thompson & Peck stock. No undue prejudice will flow to the Defendants by allowing Plaintiffs to mark these additional documents as exhibits at this time.

June 3, 2005. The motion is denied without prejudice to its reargument, if desired, during trial with respect to each exhibit sought to be included in the record. SO ORDERED.

Alfred V. Covello, U.S.D.J.

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW
190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com