

June 3, 2005. Denied without prejudice to its reargument at trial.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | MAY 23, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION IN LIMINE TO PRECLUDE EVIDENCE RELATING TO FLANAGAN'S GRIEVANCES OF ATTORNEY GAIDE

Defendants Todd R. Bainer and Todd R. Bainer, LLC hereby move to preclude the introduction of any evidence, by testimony of exhibits, relating to the grievances filed by Mr. Flanagan against Attorney Gaide for the reasons set forth in the attached Memorandum in Support.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361        FACSIMILE (860) 525-4849        JURIS NO. 24029