491



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 20, 2005 |
| Defendants | : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION IN LIMINE REGARDING EVIDENCE OF ACTS POST BANKRUPTCY PETITION DATE

The purpose of this Motion in Limine is to request that the Court limit the presentation by the plaintiffs in this case to only that evidence, whether by document or testimony, that is dated or relates to, refers to or is offered in connection with any act of defendant Bainer that occurred prior to the filing date of the bankruptcy of Charles Flanagan. The basis for this request, which is set forth in a Memorandum submitted with this motion, is that any such evidence would not be relevant to this proceeding.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976

TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029

June 3, 2005. Denied without prejudice to its reargument at trial.
SO ORDERED.

Alfred V. Covello, U.S.D.J.