

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>　　Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>　　Defendants | : | MAY 20, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION IN LIMINE REGARDING PREDICATE ACT OF BANKRUPTCY FRAUD EVIDENCE

The purpose of this Motion in Limine is to request that the Court preclude from evidence, whether by document or testimony, all evidence that relates to, refers to or is offered in connection with any allegation of bankruptcy fraud by defendant Bainer for the reasons set forth in the Memorandum in Support of this Motion.

*[Margin annotation:]* June 3, 2005. SO ORDERED. Denied without prejudice to its reargument at trial. Alfred V. Covello, U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361　　　Facsimile (860) 525-4849　　　Juris No. 24029