494

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : CIVIL ACTION NO.<br>: 3:01CV531(AVC) |
| VS. | : |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : MAY 23, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION IN LIMINE REGARDING PRECLUSION OF EVIDENCE POST AUGUST 21, 1998

Based on This Court's ruling dated May 20, 2005, wherein summary judgment was granted in favor of Bainer as to 18 U.S.C. §1962 (b) (acquisition and control over an enterprise), Bainer hereby moves to preclude any evidence, whether through exhibits or testimony, from August 21, 1998 forward for the reasons set forth in the Memorandum in Support of this Motion.

June 3, 2005. Denied without prejudice to its reargument at trial.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS No. 24029