UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLE COMPANY, ET AL | : CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : |
| CHARLES A. FLANAGAN, ET AL | : MAY 20, 2005 |

## MOTION TO PRECLUDE

Defendants Leonard A. Fasano and Fasano, Ippolito & Lee, LLC hereby move to preclude any evidence that said defendants were involved in any predicate acts not previously disclosed by plaintiffs. In support of the present motion, defendants represent as follows:

a.   plaintiffs have alleged five different RICO schemes – (1) the settlement proceeds scheme; (2) the shifting stock scheme; (3) the checking account scheme; (4) the Caporale property scheme; and (5) the bankruptcy fraud scheme. See plaintiffs' Second Amended Complaint, which is a part of the court's file;

b.   during the course of discovery, plaintiffs were asked on several occasions to list each and every predicate acts they allege the Fasano defendants committed;

c.   on each occasion, the only predicate acts listed by plaintiffs were acts related to the first three schemes; in fact, in three sets of discovery compliance, plaintiffs conspicuously failed to list any acts involving the latter two schemes; see plaintiffs' discovery compliance of December 19, 2003, September 7, 2004 and March 25, 2005 attached as Exhibit A.

[Handwritten margin note: June 3, 2005. SO ORDERED. Denied, without prejudice to its reargument at trial. Alfred V. Covello, U.S.D.J.]

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105