United States District Court
District of Connecticut
FILED AT HARTFORD
6|6|05
Kevin F. Rowe, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CADLE COMPANY, ET AL             :        CIVIL ACTION NO:
                                          3:01-CV-531 (AVC)

V.                               :

CHARLES A. FLANAGAN, ET AL       :        JUNE 6, 2005

## MOTION TO DISMISS

The Fasano defendants hereby move to dismiss the plaintiffs' RICO claims against them for lack of jurisdiction; specifically, plaintiffs have not proven the requisite level of continuity. The plaintiffs have only alleged and proven acts that occurred between January 1998 and February 1999, a total of 13 months.

"In this Circuit, the alleged racketeering activity must have extended over at least two years in order to [establish liability under RICO]." See, Kadouri v. Fox, 2005 WL 783255 at 4 (E.D.N.Y.), citing GICC Capital Corp. v. Tech. Fin. Group, Inc., 67 F.3d 463, 466 (2d Cir. 1995). The reason, quite simply, is that "Congress was concerned in RICO with long-term criminal conduct," not conduct extending over a few weeks or months. See Id., citing H. J. Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229, 239, 109 S. Ct. 2893, 2900 (1989). In fact, since the Supreme Court decided H. J. Inc., the Second Circuit "has never found a closed-ended pattern where the [alleged] predicate acts spanned fewer than two years. See, First Capital Asset Management, Inc. v. Brickelbush, Inc., 150 F. Supp. 2d 624, 634 & nn. 37-41 (S.D.N.Y. 2001); Mason Tenders District Council Pension Fund v.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Messera, 1996 WL 351250 at 8-9 (S.D.N.Y. June 25, 1996)." First Capital Asset Mgmnt.

Inc. v. Satinwood, Inc., 385 F.3d 159, 181 (2d Cir. 204). Every case involving acts of less

than two years has been dismissed for lack of jurisdiction. See, e.g., DeFalco v. Bernas,

244 F. 3d 286, 321 (2d. Cir. 2001); and Cofacredit, S.A. v. Windsor Plumbing Supply Co.,

187 F.3d 229, 242 (2d Cir. 1999). This case should be no different. As a result, the

plaintiffs' RICO claims should be dismissed as a matter of law.

Respectfully submitted,

DEFENDANTS
LEONARD A. FASANO
FASANO, IPPOLITO & LEE, LLC

By_____
David G. Hill of
HALLORAN & SAGE LLP
Fed. Bar No. ct13435
Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

<u>CERTIFICATION</u>

This is to certify that on this 6th day of June 2005, I hereby mailed or hand delivered a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT 06509-1925
**For Defendant Stanley Prymas
& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405
**For Defendant Todd R. Bainer**

Roger J. Frechette, Esq.
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511
**For Defendant Leonard Fasano**

_____
David G. Hill

695544_1.DOC

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105