United States District Court
District of Connecticut
FILED AT HARTFORD
6/6/05
Kevin F. Rowe, Clerk
By: [signature]
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | JUNE 6, 2005 |

### REQUEST TO TAKE JUDICIAL NOTICE

Defendants Stanley F. Prymas and Thompson & Peck, Inc., request, pursuant to F.R. Evid. 201, that the Court take judicial notice of the following facts and instruct the jury accordingly

1. The federal court clerk is responsible for sending notice of the court's orders and rulings to parties and counsel of record. F.R. Civ. P. 77(d).

2. The clerk's office sends notice of the judge's rulings to counsel of record and pro se parties who have filed an appearance in the case.

3. Thompson & Peck, Inc. was not a party to Cadle v. Flanagan I (underlying debt collection vs Flanagan).

4. There was no appearance in the court's file on behalf of T&P.

5. There was no special instruction to the clerk from the judge to send notice of the court's ruling on the turnover order, (even though the turnover order was directed to Flanagan and Thompson & Peck, Inc.)

6. Consequently, the clerk's office, following its usual procedures, did not send notice of the Court's April 14, 1998 ruling on the Motion for Turnover Order to Thompson & Peck or any attorney representing Thompson & Peck.

7. Attorney Fasano represented only Charles Flanagan (the defendant debtor), in his indivudual capacity in Cadle I.

8. The court's endorsement order granting Cadle Co.'s March 12 Motion for Turnover Order is date stamped as entered by the Clerk's Office on April 14, 1998.

8. Following its usual procedures, the clerk sent notices of the court's ruling granting the motion for turnover order, to (a) The Cadle Company's attorney of record, Paul Gaide, and (b) Leonard Fasano, Attorney for Charles Flanagan on or about April 14, 1998..

                Respectfully submitted,

                DEFENDANTS, STANLEY F. PRYMAS
                and THOMPSON & PECK, INC.

BY: _____
      BARBARA L. COX
      Federal Bar #ct08523
      The Gallagher Law Firm
      1377 Boulevard
      P.O. Box 1925
      New Haven, CT 06509
      Tel: 203-624-4165
      Fax: 203-865-5598

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was hand delivered or mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

BARBARA L. COX