Case 3:01-cv-00531-AVC   Document 531-2   Filed 06/06/2005   Page 1 of 1

1  of litigation or pending matters, and it seems to the
2  Court that the law is well favored by an attorney
3  telling another attorney, you run a substantial risk of
4  whatever it is if you do this, and you want a free
5  exchange of ideas so that the attorney can take the
6  counsel of his fellow attorney and say, well, maybe I
7  ought to reconsider what I'm doing here, and that there
8  is some sort of a privilege that attaches to that kind
9  of correspondence because we want the free exchange of
10 ideas so that whatever happens, it's a legally correct
11 decision, and that it's not a conspiracy or it's not
12 some other illegal thing.
13             By the same token, correspondence such as
14 that might be the subject of impeachment of the
15 testimony of a witness, and perhaps what's going to have
16 to happen with respect to these letters is that they're
17 all going to have to be expurgated and perhaps a
18 sentence or two out of them authorized.
19             But I think that Attorney Armstrong, that
20 you're overlooking, and this would be a much more
21 difficult case if you were sitting here saying I have no
22 case without this correspondence, that certainly is not
23 the case, and as I said in the presence of the jury, and
24 I apologize for using the adjective that I used, you
25 have a story here that's capable of being told without

Brandon Smith Reporting Service

P×A