## TODD R. BAINER
### ATTORNEY AT LAW
71 CEDAR STREET
BRANFORD, CONNECTICUT 06405-6052

(203) 483-7500

February 25, 1998

FAX (203) 481-7053
Please reply to
P.O. BOX 1092
BRANFORD, CT 06405-5092

Leonard A. Fasano, Esq.
Fasano and Ippolito
388 Orange Street
New Haven, CT 06511

BY FACSIMILE &
1ST CLASS U.S. MAIL

Re: Thompson & Peck, Inc.

Dear Lenny:



500029
Px72-R

Leonard A. Fasano, Esq.
Page Two
February 25, 1998

    As we discussed at the meeting, no matter what you call the monies, and no matter how correct that new interpretation may or may not be -- now -- the change of positions on what the money is characterized as [as to how it has been treated in the past by the Corporation] in response to the service of the execution is troubling to me. I believe we need to go very slowly and very carefully, here. If it is not handled properly, a claim can and likely will be made that there has been some type of civil conspiracy to help Charlie defraud his creditors. That is a risk that needs to be seriously assessed because such a claim would most assuredly have a damaging affect on the Corporation and it would not be in the Corporation's best interest to permit that possibility to occur.

Leonard A. Fasano, Esq.
Page Three
February 25, 1998

Very truly yours,

Todd R. Bainer

pc: Stanley F. Prymas
    Charles A. Flanagan

500031