# *Fasano and Ippolito*
## *Attorneys at Law*

LEONARD A. FASANO
ALPHONSE IPPOLITO

388 ORANGE STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 797-6555
TELEFAX (203) 776-2119

TIMOTHY J. LEE

July 22, 1998

Todd R. Bainer, Esquire
71 Cedar Street
Branford, Connecticut 06405       <u>TELEFAXED AND MAILED</u>

   RE:  <u>Buy and Sell Agreement</u>

Dear Todd:

In reviewing the Buy and Sell Agreement, there are significant issues which need to be addressed:

While we believe a Buy and Sell Agreement is important, I also believe that Al's expertise coupled with your agreement may yield a more complete and sound agreement. I would respectfully request that when Al returns on Tuesday, July 28, 1998, that you and Al discuss this matter and perhaps Al can give a little more input in this document.

Sincerely yours,

LEONARD P. FASANO

LAF/cam



C 0013158

500053

Px 195-R