# TODD R. BAINER
### ATTORNEY AT LAW
71 CEDAR STREET
BRANFORD, CONNECTICUT 06405-5092

(203) 483-7500

December 10, 1998

FAX (203) 483-7053
Please reply to
P.O. BOX 1092
BRANFORD, CT 06405-8092

BY FACSIMILE TRANSMISSION (203)776-2119 AND FIRST CLASS MAIL

Leonard A. Fasano, Esquire
Fasano & Ippolito
388 Orange Street
New Haven, Connecticut 06511

Re: Thompson & Peck, Inc.

Dear Mr. Fasano:

I have your letter of today.

My understanding is that he has testified before the Federal Court as recently as November 1998, that no restriction has been placed upon his stock. It is my further understanding that a copy of his stock, without the restriction I personally typed onto it [in August 1998], was presented to the Federal Court in November 1998, as a copy of his current stock in its current form.

You knew a restriction had been placed on that stock and purportedly allowed Charlie to harm himself by testifying in that fashion. You should have protected Charlie, from himself and his lack of knowledge about the legal system, in this regard and did not do so.



Px 18-R

Leonard A. Fasano, Esquire
December 10, 1998
Page Two

    In addition, I'm very troubled by your statement to me yesterday on the telephone that Charlie will not be going bankrupt unless he has some side "deal" with Stan Prymas regarding the stock.

    Further, that you don't see the problem with such an arrangement, or your representing Charlie and Judge Flanagan, with regard to Charlie's pledging of his stock, in known violation of the buy/sell agreement, and in an obvious attempt to frustrate the creditors, is a strong testament to the reason Charlie finds himself in the serious difficulty he apparently, and unfortunately, does. Your representation of the pledgor and pledgee in this situation is strong evidence that there does exist an improper effort to defraud the creditors.

Leonard A. Fasano, Esquire
December 10, 1998
Page Three

Very truly yours,

Todd R. Bainer

TRB/em

500431