# TODD R. BAINER

ATTORNEY AT LAW

71 CEDAR STREET
BRANFORD, CONNECTICUT 06405-8092

(203) 483-7500

December 14, 1998

FAX (203) 483-7053
Please reply to
P.O. BOX 1092
BRANFORD, CT 06405-8092

Leonard A. Fasano, Esq.
Fasano and Ippolito
388 Orange Street
New Haven, CT 06511

> BY FACSIMILE & 1ST CLASS U.S. MAIL
> Re: Charlie Flanagan/Thompson & Peck, Inc.

Dear Mr. Fasano:

When I spoke with Mr. Gaide, apart from requesting information about the Court orders that were in place, and that you would not share with us -- at the time -- I tried to convince him that Charlie's stock was not an attractive asset to him because of the restriction on it. In that context, I did tell him that there was a buy/sell agreement and legend typed on the stock in August or September 1998, by me personally.

You are upset, in reality, that there has been an apparent misrepresentation to the Federal Court -- in part by you -- which has been found out.



PLAINTIFF'S EXHIBIT

Px66-R

Leonard A. Fasano, Esq.
Page Two
December 14, 1998

Again, while you might not have known where the stock was at
any given time, you knew we were negotiating a buy/sell and knew at
some point prior to your representation to the Federal Court that
the stock was unavailable, that it had to have been available at
some point [when you claimed it wasn't to the Court] because you
knew I had typed a restriction on it.

You were aware of this. Charlie is a layperson. He doesn't
understand all this legalese. You should never have filed the
documents you did about the stock being unavailable when you knew
it had to have been available at some point to put the restriction
legend on it.

Very truly yours,

Todd R. Bainer

500088