# Fasano and Ippolito
## Attorneys at Law

LEONARD A. FASANO
ALPHONSE IPPOLITO

TIMOTHY J. LEE

388 ORANGE STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 787-6555
TELEFAX (203) 776-2119

December 10, 1998

Todd R. Bainer, Esquire
71 Cedar Street
P. O. Box 1092
Branford, Connecticut 06405

TELEFAXED AND MAILED

RE: Thompson & Peck, Inc.

Dear Todd:

There is absolutely, positively no question that Thompson & Peck is better off today by virtue of our acts then they would be if we did not perform said acts. Although I represent Mr. Flanagan, my interest is to preserve his asset i.e. the stock, and to keep my client out of contempt orders.



Px131-R

Todd R. Bainer, Esquire
Page 2
December 10, 1998


Sincerely yours,

LEONARD A. FASANO

LAF/cjm

500080