# TODD R. BAINER
### ATTORNEY AT LAW
71 CEDAR STREET
BRANFORD, CONNECTICUT 06405-8092

(203) 483-7500

February 4, 1998

FAX (203) 483-7053
Please reply to
P.O. BOX 1092
BRANFORD, CT 06405-8092

Leonard A. Pasano, Esq.
Fasano and Ippolito
389 Orange Street
New Haven, CT 06511

BY FACSIMILE &
1ST CLASS U.S. MAIL

Re: Charlie Flanagan



Dear Lenny:

I have your letter of this afternoon.

When I spoke with Mr. Prymas about the 1099, his belief was that it had already gone out -- which apparently it had.

He also informed me that the settlement agreement specifically anticipated that the payments to Charlie under that agreement would be 1099 income. The reason for this was twofold: 1. Thompson & Peck, Inc. has a covenant with Sun Trust Bank which does not permit that Stanley or Charlie have more than a certain amount of annual wages; 2. Charlie had garnishments attaching his wages and it was decided that the best way to ensure that he received the funds was by characterizing them, appropriately, as non-wages.

Charlie and Stanley have been getting along fairly well of late, which is in Thompson & Peck, Inc.'s best interest. Stanley has reassured me that he is quite willing to do anything legally proper, if that is possible, to see that Charlie and none of his creditors receives the funds at issue.

Px70-R

Leonard A. Fasano, Esq.
Page Two
February 4, 1998

                                    Very truly yours,

                                    Todd R. Bainer

pc: Stanley F. Prymas

500012