December 15, 1998

BY FACSIMILE TRANSMISSION (203)776-2119 AND FIRST CLASS MAIL

Leonard A. Fasano, Esquire
Fasano & Ippolito
388 Orange Street
New Haven, Connecticut 06511

    Re: Thompson & Peck, Inc. and Charles Flanagan.

Dear Mr. Fasano:

    I have your letter of yesterday afternoon by facsimile.

    We made a lot of progress on Friday, last, and your concern is now about a conversation between me and Attorney Gaide which took place prior to that progress we made on Friday.

    The only important issue is whether or not he will really be able to get Charlie's stock and affect [adversely] the Corporation — from my perspective.



500142

Px67-R

Leonard A. Fasano, Esquire
December 15, 1998
Page Two

    Despite your protests, you have filed a pleading before the Federal Court stating that Charlie's stock was out of his possession and control since June of 1997. This representation by you before the Federal Court was knowingly both false and misleading.

500143

05/2005 SUN 12:36 FAX →→→ ED TAIMAN                    ☒010/031

Leonard A. Fasano, Esquire
December 15, 1998
Page Three

    I am extremely troubled by your November 12, 1998 filing before the Federal Court. Despite your protests in your letter, there is just no way to interpret that document, signed by you as an Officer of the Court, stating and implying that Charlie has not had the stock in his possession or control since June of 1997. When that filling was made with the court, you knew that it was substantively untrue.

                                Very truly yours,

                                Todd R. Bainer

TRB/em
cc:   Stanley F. Prymas
       Charles A. Flanagan
       Michael J. Buckmir

500144