# TODD R. BAINER
### ATTORNEY AT LAW
71 CEDAR STREET
BRANFORD, CONNECTICUT 06405-8092

(203) 483-7500

December 16, 1998

FAX (203) 483-7053
Please reply to
P.O. BOX 1092
BRANFORD, CT 06405-8092

Leonard A. Fasano, Esq.
Fasano and Ippolito
388 Orange Street
New Haven, CT 06511

Re: Your letter of today by facsimile

Dear Mr. Fasano:

You and Charlie's interest is now at conflict



Px19-R

Leonard A. Fasano, Esq.
Page Two
December 16, 1998

because you made a materially false and misleading representation to the Court in your November 12, 1998, pleading of "Amended Compliance" about the location and control of physical possession of Charlie's stock.

It is your judgement of allowing Charlie to move the stock around, instead of dealing with the matter straight-up, which causes him to be in the current predicament in which he finds himself -- including a Federal Court Judge threatening to put him in Federal prison.

very truly yours,

Todd R. Bainer

500139