TODD R. BAINER
ATTORNEY AT LAW
71 CEDAR STREET
BRANFORD, CONNECTICUT 06405-8092
(203) 483-7500

FAX (203) 483-7053
Please reply to
P.O. BOX 1092
BRANFORD, CT 06405-8092

December 15, 1998

Leonard A. Fasano, Esq.
Fasano & Ippolito
388 Orange Street
New Haven, CT 06511

By FACSIMILE & 1ST CLASS U.S. MAIL

Re: Thompson & Peck, Inc./Charles A. Flanagan

Dear Mr. Fasano:

With regard to your letter of this afternoon by facsimile,

PLAINTIFF'S EXHIBIT 136

Px136-R

Leonard A. Fasano, Esq.
Page Two
December 15, 1998

Finally, Charlie keeps sending me letters over the facsimile, in part, reciting his [alleged] active 50% ownership interest in Thompson & Peck, Inc. Apparently, he doesn't realize that he is creating discoverable documents which exactly contradict the representations he/you have made to the Court.

Please advise.

Very truly yours,

Todd R. Bainer

pc: Stanley F. Prymas
Charles A. Flanagan
Michael J. Buckmir

500150