# Fasano and Ippolito
## Attorneys at Law

LEONARD A. FASANO
ALPHONSE IPPOLITO

TIMOTHY J LEE

366 ORANGE STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 767-6555
TELEFAX (203) 776-2115

December 15, 1998

Todd Bainer, Esquire
71 Cedar Street
Branford, Connecticut 06405

TELEFAXED AND MAILED

RE:  Thompson & Peck, Inc.

Dear Attorney Bainer:

I strongly urge that you do not write to Judge Covello or Attorney
Gaide because that may only spawn fuel to this fire. Judge Covello
has ended this case. I do not believe that this case will be
reopened but I do believe if your intention was to write to Judge
Covello, this may draw attention to this issue which is now for all
practical matters dead. I do not want to enhance Attorney Gaide's
ability to reopen this case.

Sincerely yours,

LEONARD A. FASANO

LAF/cam



PLAINTIFF'S EXHIBIT 134

PX134-R