

# Gallagher
## Gallagher
### Calistro

Counsellors at Law

April 25, 1998

1377 Boulevard
P.O. Box 1925
New Haven, CT
06509
203 624 4165
Fax 203 865 5508

Leonard A. Fasano, Esq.
Fasano & Ippolito
388 Orange Street
New Haven, CT 06511

William P. Gallagher
Elizabeth A. Gallagher
Roger B. Calistro
Cynthia C. Bott
Barbara L. Cox
Kurt D. Koehler
Thomas J. Airone

Re: Flanagan/Prymas/Thompson & Peck

Dear Attorney Fasano:

I interpret your April 22, 1998 letter to attempt to shift some responsibility to Stanley Prymas for Mr. Flanagan's current problem in the federal court. Mr. Prymas is not responsible for the status of that matter, he did not invoke the 5th Amendment, and he did not bring about the request by Judge Covello to look at the Waterbury file in camera.



PLAINTIFF'S EXHIBIT 155

BS 000030

Px 155-R

Gallagher
& Gallagher
& Calistro
COUNSELLORS AT LAW

Page 2.
Leonard A. Fasano, Esq.
April 25, 1998
>>>>>>>>>>>>>

Very truly yours,

William F. Gallagher

WFG/dam

Enclosure

cc: Stanley Prymas

BS 000031