AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Cadle Company, et al

V.

Charles Flanagan, et al

Defendant Bainer + Bainer LLC's
**EXHIBIT ~~AND WITNESS~~ LIST**

Case Number: 3:01CV531 AVC

| PRESIDING JUDGE Covello | PLAINTIFF'S ATTORNEY Armstrong, Taiman | DEFENDANT'S ATTORNEY Cox, Gallagher, Hill, Sullivan, Charron, Wolfe |
|---|---|---|
| TRIAL DATE(S) 5/23/05 | COURT REPORTER Allen ~~Thompson, Warner~~, Lamoureux | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | B20 | 6/2/05 | ✓ | ✓ | 10/17/02 Limited Warranty Deed |
|  | B21 | 6/2/05 | ✓ | ✓ | 4/5/04  "  "  " |
|  | 723 | 6/3/05 | ✓ | ✓ | Minutes from T+P |
| 124 |  | 6/7/05 |  | ✓ | 12/30/98 CF/SP → TB |
|  | B22 | 6/7/05 |  | ✓ | Ltr Bainer → Gallagher 12/27 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages