
# UNITED STATES DISTRICT COURT

DISTRICT OF **CONNECTICUT**

Cadle Company, et al

V.

Charles Flanagan, et al

Defendants' Prymas' + T+P's?

EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 3:01CV531 AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY Cooney |
|---|---|---|
| Covello | Armstrong, Taiman | Cox, Gallagher, Hill, Sullivan, Charron, Wolfe |
| TRIAL DATE(S) | COURT REPORTER Allen | COURTROOM DEPUTY |
| 5/23/05 – | ~~Thompson, Warner~~; Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 712 | 5/24/05 | ✓ | ✓ | Ltr D'Agostino → Fasano + Ippolito re wages |
| | 700 | | ✓ | ✓ | Stock Certificate – Thompson 1928 |
| | 701 | | ✓ | ✓ | Stock Certificate – Robert Knott 1946 |
| | 702 | | ✓ | ✓ | Stock Certificate – SP- 6/81 |
| | 728 | 5/31/05 | ✓ | ✓ | Picture of Charlie Flanagan's desk |
| | 747 | 6/2/05 | ✓ | ✓ | Doc # 332 from file 01-531 |
| | 719 | 6/3/05 | ✓ | ✓ | 8/9/96 ltr Prymus → Flanagan |
| | 719a | 6/3/05 | ✓ | ✓ | Unclaimed certified mail envelope of 719 letter |
| | 753 | 6/3/05 | ✓ | ✓ | Page 84 from CF deposition transcript |
| | ~~954~~ | ~~6/6/05~~ | | ✓ | ~~Adv. Proc # 03-3053 (w/o exhibits) to be added later~~   w/D 6/7/05 |
| | 746 | 6/6/05 | | ✗ | Same as Bauer #21 |
| | 755 | 6/6/05 | | ✓ | V640 e P333 Affidavit of Facts |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | May 31, 2005 |

## DEFENDANTS PRYMAS AND THOMPSON & PECK, INC. EXHIBITS

Full 5/24   700   Stock certificate, Thompson and Peck, 9/25/28

Full 5/24   701   Thompson & Peck Stock certificate, June 20, 1946

Full 5/24   702   Thompson & Peck Stock certificate, June 1, 1981

703   Draft Stockholders Agreement, 10/23/89, T&P past practices.

704   Complaint, <u>Flanagan v. Prymas</u> (Connecticut Superior Court)

705   Transcript, <u>Flanagan v. Prymas</u>, 7/17/97

706   Affidavit, Charles Flanagan, 7/7/97

707   T&P Auxiliary Committee minutes, 8/19/97

708   Memo, Flanagan to A.C. members, 8/19/97

709   Memo, Prymas to Flanagan, 1/25/98

710   Letter from Leonard Fasano to Todd Bainer, 2/3/98

711   Letter, Fasano to Gallagher, 4/9/98,

Full 5/24   712   Letter, Andrew D'Agostino, Jr., to Fasano, 2/10/98,

713   Memo, Flanagan to Prymas, 4/7/98

714   Memo, Prymas to Flanagan, 4/7/98

1

715   Fletcher Corporation forms §1922, (copied from T&P minute book)

716   Draft modification of Settlement Agreement, 4/22/98

717   Subpoena to testify before Grand Jury, 1/28/97

718   Memo, January 16, 1995, CF/SP Meeting

Full 6/3/05  719   Letter, Prymas to Flanagan, August 9, 1006,
Full 6/3/05  719 a envelope
Full 6/3/05  720   Notice of Auction, undated

721   Letter, Flanagan to Dan McCabe, August 8, 1996

722   Memo, Flanagan to A.C. members, 10/14/97

723   T&P Auxiliary Committee minutes, 10/17/97, (excerpt),

724   Letter, Rayner to Prymas, 10/15/97

725   Bill, statement of account, Seaboard Oil

726   Memo re Flanagan debt to Seaboard Oil

727   Letter, Andrew D'Agostino to James
            Full 5/31/05.
(728)-732  5 Poloroid photographs of Thompson & Peck offices

~~733~~

734-735-   Cadle v. Flanagan, court file, proceedings in Cadle I

736   Report to Sun Trust Bank, 3/30/99

737   T&P financial statement 1998 and 1997

738   Letter, Sun Trust to Prymas and Flanagan, 5/10/99

739   Letter from Bainer to Fasano, 12/9/98

740   Letter, Bainer to Gaide, 12/15/98

741   Grievance, Lisa Flanagan v. Paul Gaide, 5/31/96

742   Notice, Statewide Grievance Committee to Lisa G. Flanagan, 12/27/96.

2


743· Affidavit of Charles Flanagan, 9/6/02

744 Mutual Release of All Claims, April 5, 2005

745 Joint Motion to Dismiss Objection to Discharge Action, April 8, 2005

Full 6/6/05 746 Limited warranty deed dated 3/5/04. ~ Same as Bauer #21.

Full 6/2/05 747 Motion for Entry of Default Judgment against MJCC.

748 MJCC Limited Partnership agreement.

749 Motion for Contempt, Mangan v. MJCC Realty.

750 Cease and desist letter to Daniel Cadle, 12/10/03

751 Cease and desist letter to Daniel Cadle, 4/14/03

Full 6/3/05 ~~752~~ Envelope - Cert Mail returned unclaimed

719a **Defendants reserve the right to introduce any exhibit identified by any other party.**

Full 6/3/05 753 P.84 from CF deposition

Respectfully submitted,
Defendants Stanley F. Prymas and
Thompson & Peck, Inc.

BY: _____
BARBARA L. COX
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509
Tel: 203-624-4165
Fax: 203-865-5598

Full 6/6/05 ✓754 Adv. Proc # 03-3053 w/ exhibits
Full 6/6/05 ✓755 Affidavit re: title @ V660 @ P.333

3