AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __CONNECTICUT__

Cadle Company, et al

V.

Charles Flanagan, et al

**Plaintiffs'** EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 3:01CV531 AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Armstrong, Taiman | Cox, Gallagher, Hill, Sullivan, Charron, Wolfe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/23/05 | Allen, Thompson, ~~Thompson, Warner~~, Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | See attached |
| | Banner 13 | 5/25/05 | | ✓ | Correspondence to Chris Baines |
| | Fasano 502 | 5/25/05 | ✓ | ✓ | 12/10/98 MM Reconsideration + Ancillary Orders 96-2648 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Cadle Co. vs. Flanagan — CASE NO. 3:01CV531(AVC) |
| 253 | | 5/23/05 | ✓ | ✓ | Signature of Sharon Demetropoulous from depo xcript |
| 254 | | 6/1/05 | | ✓ | Check #178 MJCC → F+I |
| 255 | | 6/1/05 | | ✓ | Check #206 MJCC → F+I |
| 256 | | 6/1/05 | | ✓ | Check #323 MJCC → F+I |

Page _____ of _____ Pages

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| THE CADLE COMPANY, et al., | § | No. 3:01CV531(AVC) | |
| Plaintiffs, | § | | |
| vs. | § | | |
| CHARLES A. FLANAGAN, et al., | § | May 18, 2005 | |
| Defendants. | § | | |

## PLAINTIFFS' EXHIBIT LIST

Full Px 1  5/23/05  10-21-98  Full  Notice of Compliance (stock turnover); No. 3:96-CV-02648 (AVC)

Full Px 2  5/23/05  10-22-98  Full  Amended Notice of Compliance (stock turnover); No. 3:96-CV-02648 (AVC)

Full Px 3  6/1/05  1-6-98  Letter to Fasano from Charles Flanagan

Full Px 4  5/31/05  6-19-97  Agreement Between Charles Flanagan & Socrates Babacas

Px 5  9-20-97  Repayment of Loan signed Socrates Babacas and Charles Flanagan

Full Px 6  5/24/05  11-12-98  Full  Second Amended Notice of Compliance (stock turnover); No. 3:96-CV-02648 (AVC)

Px 7  Handwritten notes of Charles Flanagan re "sue Gaide to get him out of the litigation"

Full Px 8  6/1/05  11-19-98  Letter to Fasano from Babacas subordinating Babacas stock pledge

Px 9  5-24-98  Jeremy Flanagan Special Account check #106 in the amount of $500 payable to Babacas

Px 10  6-19-98  MJCC Corporation check #571 in the amount of $1,000 payable to Babacas

Px 11  6-19-98  Letter to Babacas from Charles Flanagan

Px 12  8-24-98  Letter to Babacas from Charles Flanagan

| | | | |
|---|---|---|---|
| 6/3/05 | Px 13 Full | 10-12-98 | Matthew Flanagan check #94 in the amount of $500 payable to Babacas |
| | Px 14 | 10-12-98 | Interoffice Communication from Charles Flanagan to Babacas |
| | Px 15 | 3-25-99 | Letter to Babacas from Charles Flanagan |
| | Px 16 | 3-25-99 | Letter to Babacas from Charles Flanagan |
| | Px 17 | 3-26-99 | Letter to Babacas from Charles Flanagan |
| | Px 18 | 12-10-98 | Letter to Fasano from Bainer |
| | Px 19 | 12-16-98 | Letter to Fasano from Bainer |
| Full | Px 20 5/31/05 | 12-10-98 | Letter to Gallagher from Prymas |
| Full | Px 21 5/24/05 | 6-17-97 | Settlement Agreement |
| Full | Px 22 5/24/05 | 6-17-97 | Letter to Prymas from James A. Raynor |
| | Px 23 | 1-13-98 | Letter to Fasano from Bainer |
| Full | Px 24 | 1-20-98 | Objection to Property Execution; No. 3:96-CV-02648(AVC) |
| Full | Px 25 | 5/26/05 TG 1-20-98 | Claim of Exemption Established by Law Section V |
| Full | Px 25A | 1-19-98 | Fax from Bainer to Fasano with attached Property Execution |
| Full | Px 25B 5/24/05 | 1-20-98 | Fax from Bainer to Fasano with attached Objection to Property Execution |
| | Px 26 | 12-18-98 | Letter to Bainer from Prymas w/attached Post Judgment Remedies Interrogatories |
| | Px 27 | 12-15-98 | Letter to Gaide from Bainer |
| | Px 28 | 12-31-98 | Letter to Restelli from Bainer |
| | Px 29 | 2-19-99 | Letter to Restelli from Bainer |
| | Px 30 | 1-26-00 | Newspaper article |
| | Px 31 | 5-8-01 | Letter to Taiman from Bainer |
| | Px 32 | 5-9-01 | Letter to Jurkiewicz from Bainer |
| | Px 33 | 1-9-02 | Letter to Jon Newton from Doug Skalka |

| | | |
|---|---|---|
| ~~Px 34~~ | | Stock acquisition of Thompson & Peck |
| Px 35 | 6-19-98 | Letter to Babacas from Charles Flanagan w/attachments |
| ~~Px 36~~ | | Howe Street documents #1 |
| Px 36A | | Envelope w/checks pertaining to Howe Street |
| ~~Px 37~~ | | Howe Street Documents |
| ~~Px 38~~ | | Envelope w/checks pertaining to the So. Ct. Seadogs |
| Px 39A | 12-4-98 | Appraisal of 17 Howe Street |
| Px 39B | 12-4-98 | Appraisal of 2790 Whitney Avenue |
| Px 39C | 12-4-98 | Appraisal of 475 George Street |
| Px 40 | | Calendar pages January, 2002 through September, 2002 |
| Px 41 | | 1997-99 W-2s issued to Charles Flanagan from Thompson & Peck |
| Px 42 | | Life Insurance Application |
| Px 43 | 12-4-98 | Quit Claim Deed |
| Px 44 | 1-26-00 | Fire Marshal's inspection report |
| Px 45 | 5-9-02 | Financial Affidavit of Charles Flanagan |
| Px 46 | | Application for Extension of Time to File U.S. Individual Income Tax Return for 1998 |
| Px 47 | | 1999 U.S. Individual Income Tax Return |
| Px 48 | | 2000 U.S. Individual Income Tax Return |
| Px 49 | | 2001 U.S. Individual Income Tax Return |
| ~~Px 50~~ | | Documents re Babacus |
| ~~Px 51~~ | | Documents re Babacus |
| ~~Px 52~~ | | Documents re George Street |
| ~~Px 53~~ | 8-23-99 | Letter to ACG Associates, Inc. from Skalka w/attachments |

| | | | |
|---|---|---|---|
| | Px 54 | 7-26-94 | Certificate of Limited Partnership of MJCC Realty, Limited Partnership |
| | Px 55 | 7-1-92 | Financial Statement of Charles and Lisa Flanagan |
| Full | Px 56 6/2/05 | 7-28-98 | Letter from Flanagan to Bainer |
| Full | Px 57 6/1/05 | 8-21-98 | Shareholders' [Buy-Sell] Agreement |
| Full | Px 58 6/1/05 | 10-26-98 | Affidavit in Support of Defendant's Response to the Plaintiff's Objection to Amend Notice of Compliance; No. 3:96-CV-02648(AVC) |
| Full | Px 59 6/1/05 | 11-19-98 | Pledge and Security Agreement |
| | Px 60 | 11-19-98 | Promissory Note w/attachments |
| 5/24/05 | Px 61 Full | 7-7-97 | Affidavit of Charles Flanagan |
| 6/1/05 | Px 62 Full | 10-27-98 | Defendant's Response to Plaintiff's Objection to Amended Notice of Compliance; No. 3:96-CV-02648(AVC) |
| | Px 63 | 4-25-97 | Draft on Premium Specialists for $39,633.75 w/Charles Flanagan's handwritten note |
| | Px 64 | 4-29-97 | Charles Flanagan's handwritten note w/copies of checks |
| 5/23/05 | Px 65 Full | 7-13-98 ✓ | Legal bill from Bainer to T&P |
| | Px 66 | 12-14-98 | Letter to Fasano from Bainer |
| | Px 67 | 12-15-98 | Letter to Fasano from Bainer |
| 5/23/05 | Px 68 Full | 1-5-98 ✓ | Memo to Charles Flanagan from Prymas |
| 5/23/05 | Px 68A Full | 10-2-97 ✓ | Writ of Execution (Application) |
| 5/24/05 | Px 69 Full | 2-4-98 ✓ | Memo to Bainer from Prymas |
| 5/24/05 | Px 69A Full | 2-2-98 ✓ | Motion for Turnover Order |
| | Px 70 | 2-4-98 | Letter to Fasano from Bainer |
| | Px 71 | 2-24-98 | Letter to Bainer from Fasano |
| 6/7/05 | Px 72R | 2-25-98 Full | Letter to Fasano from Bainer — redacted version |
| | Px 73 | -----98 | Modification of Settlement Agreement Dated June 17, 1997 |

-4-

|   |   |   |   |
|---|---|---|---|
|   | Px 74 | 5-8-95 | <u>Bainer v. Bainer</u>, 1995 WL 925321 |
| Full | Px 75 6/3/05 | 12-4-02 | U.S. Attorney's complaint against Flanagan |
| Full | Px 76 6/3/05 | 12-4-02 | Plea agreement |
| Full | Px 77 6/3/05 |   | Stipulation of Offense Conduct |
|   | Px 78 | 3-9-98 | Hearing transcript |
| Full | Px 79 6/3/05 | 3-11-98 | MJCC Corporation check #453 in the amount $1,575 |
|   | Px 80 | 3-30-98 | MJCC Corporation check #475 in the amount of $656 |
|   | Px 81 | 4-15-98 | MJCC Corporation check #515 in the amount of $771 |
|   | Px 82 | 5-6-98 | MJCC Corporation check #526 in the amount of $1,300 |
|   | Px 83 | 5-8-98 | MJCC Corporation check #530 in the amount of $600 |
|   | Px 84 | 3-8-98 | MJCC Corporation check #531 in the amount of $3,000 |
|   | Px 85 | 3-8-98 | MJCC Corporation check #532 in the amount of $740 |
|   | Px 86 | 5-9-98 | MJCC Corporation check #533 in the amount of $117 |
|   | Px 87 | 5-11-98 | MJCC Corporation check #529 in the amount of $2,000 |
|   | Px 88 | 5-11-98 | MJCC Corporation check #534 in the amount of $200 |
|   | Px 89 | 5-13-98 | MJCC Corporation check #541 in the amount of $500 |
| 5/23/05 | Px 90 Full | 3-17-98 ✓ | Production of Budget for Defendant, Charles A. Flanagan; No. 3:96-CV-02648(AVC) |
|   | Px 91 | 5-27-98 | MJCC Corporation check #546 in the amount of $1,200 |
|   | Px 92 | 8-23-98 | Jeremy Flanagan Special Account check #126 in the amount of $125 |

-5-

| | | | |
|---|---|---|---|
| | Px 93 | 8-24-98 | Jeremy Flanagan Special Account check #106 in the amount of $500 |
| | Px 94 | 8-25-98 | Jeremy Flanagan Special Account check #104 in the amount of $5,600 |
| | Px 95 | 8-25-98 | Jeremy Flanagan Special Account check #105 in the amount of $850 |
| | Px 96 | 8-26-98 | Jeremy Flanagan Special Account check #107 in the amount of $5,000 |
| | Px 97 | 8-10-98 | Jeremy Flanagan Special Account check #109 in the amount of $200 |
| | Px 98 | | Statement of Accounts: Jeremy Flanagan 7/25/1998-8/26/1998 |
| | Px 99 | 8-27-98 | Jeremy Flanagan Special Account check #108 in the amount of $6,159 |
| 6/3/05 | Px 100 Full | 8-28-98 | Jeremy Flanagan Special Account check #110 in the amount of $3,000 |
| | Px 101 | 8-28-98 | Jeremy Flanagan Special Account check #127 in the amount of $100 |
| | Px 102 | 9-2-98 | Jeremy Flanagan Special Account check #128 in the amount of $100 |
| | Px 103 | | UCC release form |
| | Px 104 | 11-19-98 | Description of Collateral |
| | Px 105 | 12-11-98 | Letter to Bainer from Fasano |
| Full | Px 106 6/3/05 | 9-5-97 | Auxiliary Committee Minutes of September 3, 1997 Meeting |
| | Px 107 | 12-5-97 | Auxiliary Committee Minutes of Dec. 5, 1997 |
| | Px 108 | | Cashier's checks/money orders |
| | Px 109 | 11-16-98 | Hearing transcript |
| | Px 110 | 8-21-97 | Letter to Charles Flanagan from Andrew D'Agostino |
| | Px 111 | 1-5-97 | Letter to Bainer from Prymas |
| | Px 112 | 1-10-98 | Auxiliary Committee Minutes of January 9, 1998 |

-6-

|  |  |  |  |
|---|---|---|---|
|  | Px 113 | 1-25-98 | Letter to Charles Flanagan from Prymas |
|  | Px 114 | 5-8-98 | Auxiliary Committee Minutes of 5-8-98 |
|  | Px 115 | 5-9-98 | Letter to Fasano from Charles Flanagan |
| Full | Px 116 | 11-12-98 | Memo to Bainer from Prymas |
| Full | Px 117 | 11-12-98 | Post Judgment Remedies Interrogatories — Over Prymas + T+P obj. |
| Full | Px 118  5/31/05 | 11-24-98 | Letter to Prymas from Bainer |
| Full | Px 119 | 11-30-98 | Memo to Charles Flanagan from Prymas |
|  | Px 120 | 12-9-98 | Letter to Fasano from Bainer |
|  | Px 121 | 12-27-98 | Letter to Gallagher from Bainer |
| 6/6/05 | Px 122 Full | 12-28-98 | Letter to Bainer from Charles Flanagan  Over obj by P, T+P |
|  | Px 123 | 12-29-98 | Letter to Bainer from Gallagher |
| 6/7 | Px 124 Full | 12-30-98 | Letter to Bainer from Prymas and Charles Flanagan |
|  | Px 125 | 12-31-98 | Letter to Ristelli from Bainer |
|  | Px 126 | 3-12-98 | Letter to Bainer from Prymas |
| 5/23/05 ✓ | Px 127 Full | 4-13-98 | Order Granting Motion for Turnover Order; No. 3:96-CV-02648(AVC) |
| 5/24/05 | Px 128 Full | 5-8-98 | Letter to Charles Flanagan and Prymas from Bainer |
|  | Px 129 | 7-27-98 | Letter to Stanley Prymas and Charles Flanagan from Bainer |
| 5/24/05 | Px 130 Full | 12-9-98 ✓ | Memorandum to Tpeck File/Gen. from Bainer |
|  | Px 131 | 12-10-98 | Letter to Bainer from Fasano |
|  | Px 132 | 12-14-98 | Memorandum to Tpeck Gen. Corp. File from Bainer |
|  | Px 133 | 12-14-98 | Letter to Bainer from Fasano |
|  | Px 134 | 12-15-98 | Letter to Bainer from Fasano |
| 5/24/05 | Px 135 Full | 12-15-98 | Letter to Charles Flanagan from Bainer |

-7-

| | | | |
|---|---|---|---|
| | Px 136 | 12-15-98 | Letter to Fasano from Bainer |
| | Px 137 | 8-21-98 | Jeremy Flanagan Special Account check in the amount of $1,600 |
| | Px 138 | | Bank statement 10-22-98 to 11-20-98 |
| | Px 139 | | Bank statement 11-21-98 to 12-18-98 |
| Full | Px 140 5/31/05 1-12-98 | | Memo to Andrea Steele from Prymas Flanagan |
| | Px 141 | 5-5-98 | Facsimile coversheet Bainer to Fasano w/attached "Modification of Settlement Agreement Dated June 17, 1997" |
| Full | Px 142 5/24 5-8-98 | | Memo to Prymas from Charles Flanagan |
| Full | Px 143 5/31/05 5-11-98 | | Memo to Charles Flanagan from Prymas |
| Full | Px 144 6/1/05 1-5-98 | | Letter to Fasano from Charles Flanagan |
| Full | Px 145 5/31/05 5-11-98 | | Memo to Pat Wolcott from Prymas and Charles Flanagan |
| | Px 146 | 1-20-98 | Facsimile to Bainer from Fasano w/ attached "Objection to Property Execution" |
| Full | Px 147 5/31/05 5-10-98 | | Auxiliary Committee Minutes of January 9, 1998 |
| Full | Px 148 5/31/05 1-24-98 | | Auxiliary Committee Minutes of 1-23-98 |
| | Px 149 | | Thompson & Peck, Inc. Comparative Income & Expenses for the Period Ending December 31, 1997 |
| Full | Px 150 6/3/05 4-10-98 | | Auxiliary Committee Meeting Minutes of 4-10-98 |
| Full | Px 151 5/31/05 | | Auxiliary Committee Minutes of January 30, 1998 Meeting |
| | Px 152 | 4-24-98 | Auxiliary Committee Minutes of April 25, 1998 |
| | Px 153 | | Auxiliary Committee Minutes of May 1, 1998 Meeting |
| | Px 154 | 4-29-98 | Memo to Charles Flanagan from Stanley Prymas |

| | | | |
|---|---|---|---|
| | Px 155 | 4-25-98 | Letter to Fasano from William Gallagher |
| | Px 156 | 4-22-98 | Letter to William Gallagher from Fasano (same as Px 191) |
| 5/24/05 | Px 157 Full | | Auxiliary Committee Minutes of 5-8-98 |
| | Px 158 | | Auxiliary Committee Minutes of May 15, 1998 |
| | Px 159 | 11-12-98 | Post Judgment Interrogatories to Stanley Prymas |
| 5/23/05 | Px 160 Full | 12-14-98 ✓ | Memorandum to T & P General Corporate File from Todd Bainer |
| | Px 161 | 4-10-01 | Letter to Bainer from Prymas |
| | Px 162 | 11-12-98 | Memo to Bainer from Prymas |
| | Px 163 | 12-18-98 | Post Judgment Interrogatories to Andrea Steele |
| | Px 164 | | Post Judgment Interrogatories to Andrea Steele |
| | Px 165 | 11-24-98 | Letter to Prymas from Bainer |
| | Px 166 | 11-12-98 | Memo to Bainer from Prymas |
| Full | Px 167 6/8/05 | 5-26-98 | Memo to Bainer signed by Prymas and Flanagan |
| | Px 168 | 5-8-98 | Agenda Auxiliary Committee |
| | Px 169 | | [none located] |
| | Px 170 | 2-23-99 | Memorandum to Prymas and Flanagan from Bainer |
| | Px 171 | 4-28-00 | Letter from Bainer to Doug Skalka |
| | Px 172 | 7-2-97 | Letter to Gallagher from David Reilly (same as Px 179) |
| | Px 173 | 4-5-99 | Transcript of Debtor's 341 Hearing |
| | Px 174 | | Debtor's Bankruptcy Petition and Schedules |
| | Px 175 | | Cadle Company notes re Flanagan litigation |

| | | | |
|---|---|---|---|
| | Px 176 | | Thompson & Peck, Inc. prospectus |
| | Px 177 | | Handwritten letter to Andrew D'Agostino from Charles Flanagan |
| Full | Px 178 6/3/05 | 10-5-98 | Mortgage agreement |
| | ~~Px 179~~ | 7-2-97 | Letter to Gallagher from Reilly (same as Px 172) |
| | Px 180 | 8-5-97 | Memo to Stanley Prymas from Charles Flanagan |
| | Px 181 | 8-5-97 | Memo to Andrea Steele from Charles Flanagan |
| | Px 182 | 8-8-97 | Memo to David Reilly from Charles Flanagan |
| | Px 183 | 9-18-98 | Appraiser's report |
| | Px 184 | | Checks payable to Joseph Caporale |
| | Px 185 | 12-11-98 | Minutes of Board of Directors Meeting |
| 5/23/05 | Px 186 | 4-22-98 Full | Motion for Reconsideration ✓ |
| 5/25/05 | Px 187 | 9-23-98 Full | Order on Motion for Reconsideration |
| ~~5/25/05~~ | Px 188 6/1/05 | 7-29-98 ~~Full~~ | Privilege Log |
| | Px 189 | | Decision of the Statewide Grievance Committee |
| 5/25/05 | Px 190 Full | 10-27-98 | Order |
| | ~~Px 191~~ | 4-22-98 | Letter to Gallagher from Fasano (same as Px 156) |
| | Px 192 | 4-25-98 | Letter to Fasano from Gallagher |
| | Px 193 | 2-1-99 | Letter to Fasano from Flanagan |
| | Px 194 | 4-7-98 | Memo to Flanagan from Prymas |
| | Px 195 | 7-22-98 | Letter to Bainer from Fasano |
| 5/23/05 | Px 196 Full | 3-12-98 | Motion for Turnover Order |
| | Px 197 | 2-2-98 | Motion for Turnover Order |
| | Px 198 | | Affidavit of Stanley Prymas |

| | | |
|---|---|---|
| Px 199 | 4-19-05 | Letter from Todd Bainer to F. Dean Armstrong |
| Px 200 | 4-20-05 | Letter from Todd Bainer to F. Dean Armstrong |
| Px 201 | 10-27-00 | Charles Flanagan's handwritten notes |
| Px 202 | 6-6-00 | Letter from Todd Bainer to Prymas and Flanagan |
| Px 203 | 6-7-00 | Letter from Todd Bainer to Prymas and Flanagan |
| Px 204 | 7-21-97 | Memorandum to file from William F. Gallagher |
| Px 205 | 3-7-03 | $68,598.17 Proof of Claim |
| Px 206 | 3-7-03 | $929,824.46 Proof of Claim |
| Px 207 | 3-7-03 | $211,095.11 Proof of Claim |
| Px 208 | 3-7-05 | $405,771.89 Proof of Claim |
| Full Px 209 6/7/05 | 3-19-99 | Summary of Schedules - redacted version |
| Full Px 210 6/3/05 | 3-19-99 | Statement of Financial Affairs |
| Px 211 | 3-19-99 | Disclosure of Compensation of Atorney for Debtor |
| Px 212 | 3-19-99 | Numbered Listing of Creditors |
| Px 213 | 3-19-99 | Notice of Filing of Schedules and Statements |
| Px 214 | 3-19-99 | List of Creditors Holding 20 Largest Unsecured Claims |
| Px 215 | 8-24-99 | Amendment of Schedules and Statement of Financial Affairs |
| Px 216 | 3-1-00 | Amendment of Schedules |
| Px 217 | 3-27-00 | Amendment of Schedules |
| Px 218 | 9-11-00 | Amendment of Schedules |
| Px 219 | 12-31-98 | Letter to D'Agostino from Flanagan with attachment |
| Px 220 | 2-17-99 | Letter to D'Agostino from Flanagan with attachments |

| | | |
|---|---|---|
| Px 221 | 11-16-98 | Letter to D'Agostino from Flanagan with attachments |
| Px 222 | 10-1-98 | Letter to D'Agostino from Flanagan |
| Px 223 | 11-15-98 | Letter to D'Agostino from Flanagan with attachments |
| Px 224 | 10-13-98 | Check #2405 to the Internal Revenue Service for Charles Flanagan |
| Px 225 | 7-30-98 | Letter to D'Agostino from Flanagan |
| Px 226 | 8-18-97 | Letter to Nick Lewitz from Flanagan |
| Full Px 227 | 5/31/05 (Steele) | Settlement agreement figures |
| Px 228 | 6-17-97 | Letter to Prymas from Rayner (Px 22) with attachments |
| Px 229 | 6-17-97 | Letter to Prymas from Rayner (Px 22) with handwritten notes and facsimile coversheet addressed to Flanagan |
| Px 230 | 2-18-00 | Amendment to Shareholders' [Buy-Sell] Agreement Dated August 21, 1998 Between Stanley F. Prymas and Charles Flanagan |
| Px 231 | 1-16-02 | Letter to D'Agostino from Flanagan |
| Px 232 | 1-17-02 | Letter to "To Whom It May Concern" from D'Agostino re Charles Flanagan |
| Px 233 | 1-26-01 | Letter to D'Agostino from Flanagan with attachments |
| Px 234 | 1-27-01 | Handwritten not to D'Agostino from Flanagan with attachment |
| Px 235 | 4-7-01 | Facsimile cover sheet to D'Agostino with 4-5-01 letter to Bainer from Silverstein |
| Px 236 | 3-14-02 | Promissory Note |
| Px 237 | 3-15-02 | Open End Mortgage Deed |
| Px 238 | 5-11-01 | Letter to Bainer from Ed Jurkiewicz with attachment |
| Px 239 | 5-11-01 | Letter to Ed Jurkiewicz from Bainer |