# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Cadle Company, et al

V.

Charles Flanagan, et al

Δ/Counterclaim Plaintiff's (T+P)
**EXHIBIT AND WITNESS LIST**

Case Number: 3:01CV531 AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY Cooney |
|---|---|---|
| Covello | Armstrong, Taiman | Cox, Gallagher, Hill, Sullivan, Charron, Wolfe |
| TRIAL DATE (S) | COURT REPORTER Allen | COURTROOM DEPUTY |
| 5/23/05 | ~~Thompson, Warner~~, Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/7/05 | | ✓ | Dan Cadle, previously sworn |
| | | 6/7/05 | | ✓ | Stanley Prymus, previously sworn |
| 800 | | 6/7/05 | ✓ | ✓ | Gallagher Law Firm Bill |
| 801 | | 6/7/05 | ✓ | ✓ | " " " " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages