# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Cadle Company, et al

V.

Charles Flanagan, et al

**Defendant Fasano's + F, I + L's EXHIBIT ~~AND WITNESS~~ LIST**

Case Number: 3:01CV531 AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Armstrong, Taiman | Cox, Gallagher, Hill, Sullivan, Charron, Wolfe |
| TRIAL DATE(S) | COURT REPORTER Allen, Huntington | COURTROOM DEPUTY |
| 5/23/05 | ~~Thompson, Warner~~, Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | Fasano 508 | 5/26/05 | ✓ | ✓ | 3/5/03 Fax → Gaide → Hill |
| 57 | | 6/1/05 | ✓ | ✓ | Shareholder's Buy-Sell Agreement |
| | 519 | 6/1/05 | ✓ | ✓ | 11/17/98 Fax to Ippolito from T+P |
| | 518 | 6/1/05 | ✓ | ✓ | 2/27/98 Fax CF → Fasano |
| 58 | | 6/1/05 | ✓ | ✓ | 10/27/98 Affidavit of CF in 2648 |
| 59 | | 6/1/05 | ✓ | ✓ | Pledge + Security Agreement CF to CF, Sr. |
| | 514 | 6/1/05 | ✓ | ✓ | 11/18/98 Satisfaction of Judgment |
| | 516 | 6/1/05 | ✓ | ✓ | Ltr w/ copy of check |
| | 517 | 6/1/05 | ✓ | ✓ | Motion to Deposit Funds w/ Court Registry by π |
| | 520 | 6/1/05 | ✓ | ✓ | 3/13/98 Memo CF → Fasano |
| | 515 | 6/1/05 | ✓ | ✓ | Δ's request to deposit funds w/ Court |
| | 521 | 6/2/05 | ✓ | ✓ | List of 93 Cadle owned companies |
| | 522 | 6/2/05 | ✓ | ✓ | Mutual Release of All Claims |
| | ~~523~~ | 6/6/05 | WD | X | Original Complaint in 01-531 - 4/4/01 - withdrawn |
| | ~~524~~ | 6/6/05 | WD | X | 3rd Amended Complaint 5/12/05 in 01-531 - withdrawn |
| | 500 | 6/6/05 | ✓ | ✓ | Summons + Complaint in 96-2648 |
| | 501 | 6/6/05 | ✓ | ✓ | Motion for judgment in 96-2648 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages