⊛AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____CONNECTICUT_____

| Cadle Company, et al | Defendants / ~~EXHIBIT AND~~ WITNESS LIST |
|---|---|
| V. Charles Flanagan, et al | Case Number: 3:01CV531 AVC |

| PRESIDING JUDGE Covello | PLAINTIFF'S ATTORNEY Armstrong, Taiman | DEFENDANT'S ATTORNEY Cox, Gallagher, Hill, Sullivan, Charron, Wolfe |
|---|---|---|
| TRIAL DATE (S) 5/23/05 | COURT REPORTER Thompson, Warner, Lamoureux | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | B | 6/6/05 |  | ✓ | William H. Champlin, Hartford, CT. sworn |
|  | P | 6/6/05 |  | ✓ | Andrea Steele, previously sworn |
|  | P | 6/6/05 |  | ✓ | Steve Wright, Trumbull, CT. sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages