# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Cadle Company, et al

V.

Charles Flanagan, et al

Plaintiffs'
~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:01CV531 AVC

| PRESIDING JUDGE Covello | PLAINTIFF'S ATTORNEY Armstrong, Taiman | DEFENDANT'S ATTORNEY Cox, Gallagher, Hill, Sullivan, Charron, Wolfe |
|---|---|---|
| TRIAL DATE(S) 5/23/05 | COURT REPORTER Huntington, Allen ~~Thompson,~~ ~~Warner,~~ Lamoureux | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/23/05 | | ✓ | Sharon Demetropoulous, Hamden, CT - sworn |
| | | 5/23/05 | | ✓ | Joseph Caporale, Branford, CT - sworn |
| | | 5/23/05 | | ✓ | Todd Bainer, Branford, CT - sworn |
| | | 5/24/05 | | ✓ | "            "              "     - previously sworn |
| | | 5/25/05 | | ✓ | Paul M. Guide, Avon, CT - sworn |
| | | 5/26/05 | | ✓ | "            "     - previously sworn |
| | | 5/31/05 | | ✓ | "            "     "      "     " |
| | | 5/31/05 | | ✓ | Andrea Steele, Salem, CT |
| | | 5/31/05 | | ✓ | Stanley Prymus, Deep River, CT - sworn |
| | | 6/1/05 | | ✓ | Leonard Fasano, New Haven, CT - sworn |
| | | 6/2/05 | | ✓ | Dan Cadle, Newton Falls, OH, sworn |
| | | 6/2/05 | | ✓ | Charles Flanagan, North Haven, CT, sworn |
| | | 6/3/05 | | ✓ | "            "              "             "   , previously sworn |
| | | 6/6/05 | | ✓ | "            "              "             "     "     " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages