STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiffs | : <br> : <br> : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : <br> : | |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | : <br> : | JUNE 7, 2005 |

**PROPOSED JURY INTERROGATORIES AS TO
DEFENDANT LEONARD A. FASANO**

A.

| NO. | QUESTIONS | YES | NO |
|---|---|---|---|
| 1. | Do you find a RICO enterprise? | | |
| 2. | If no, you must enter judgment in favor of defendants on all RICO claims: §1962 (c) and (d). | | |
| 3. | If yes, do you find that defendant was a member of the RICO enterprise? | | |
| 4. | If no, you must enter judgment in favor of defendant Leonard Fasano on all RICO claims against him: §1962 (c) and (d). | | |
| 5. | If yes, proceed to Section B. | | |

B.   **§1962(c)**

| NO. | QUESTIONS | YES | NO |
|---|---|---|---|
| 1.a. | Did defendant Leonard Fasano commit predicate acts of bankruptcy fraud? | | |
| 1.b. | If yes, was there transactional loss and loss causation? (If no, then as a matter of law, there is no predicate act of bankruptcy fraud.) | | |
| 2.a. | Did defendant Leonard Fasano commit predicate acts of mail fraud? | | |

| | | | |
|---|---|---|---|
| 2.b. | If yes, was there transactional loss and loss causation? (If no, then as a matter of law, there is no predicate act of mail fraud.) | | |
| 3. | If yes, was there reliance? (If no, then as a matter of law, there is no predicate act of mail fraud.) | | |
| 4.a. | Did defendant Leonard Fasano commit predicate acts of wire fraud? | | |
| 4.b. | If yes, was there transactional loss and loss causation? (If no, then as a matter of law, there is no predicate act of wire fraud.) | | |
| 5. | If yes, was there reliance? (If no, then as a matter of law, there is no predicate act of wire fraud.) | | |
| 6. | Do you find that the wire fraud communications crossed state lines? | | |
| 7. | If no, then as a matter of law, there is no wire fraud. | | |
| 8. | Do you find that defendant Leonard Fasano committed two or more predicate acts? (If you answer no, then you must find in favor of defendant Bainer.) | | |
| 9. | Of the predicate acts you determine were committed by defendant Leonard Fasano, do you find that these predicate acts were related? | | |
| 10. | Of the predicate acts you determine were committed by defendant Leonard Fasano, do you find that these acts amount to or pose a threat of continued criminal activity through either closed-ended or open-ended continuity? | | |
| 11. | If you answered no to 5 or 6, you must find in favor of defendant Leonard Fasano. | | |
| 12. | If you answered yes to both 5 and 6 above, do you find that defendant Leonard Fasano participated in the operation and management of the enterprise? | | |
| 13. | If no, you must find in favor of defendant Leonard Fasano. | | |
| 14. | If yes, do you find that plaintiffs were injured in their business or property? | | |
| 15. | If no, you must find in favor of defendant Leonard Fasano. | | |
| 16. | If yes, do you find that plaintiffs' injuries were proximately caused by the pattern of predicate acts committed by defendant Leonard Fasano? | | |
| 17. | If no, you must find in favor of defendant Leonard Fasano. | | |
| 18. | If yes, you must find in favor of plaintiffs on §1962(c) and go to D below. | | |

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS NO. 24029

C. **§1962(d)**

| NO. | QUESTIONS | YES | NO |
|---|---|---|---|
| 1. | Did you find that defendant Leonard Fasano violated either §1962(b) or (c)? | | |
| 2. | If no, then you must find in favor of defendant Leonard Fasano. | | |
| 3. | If yes, do you find that defendant Leonard Fasano, by words or actions, manifested an agreement to commit two predicate acts in furtherance of the common purpose of the enterprise? | | |
| 4. | If no, you must find in favor of defendant Leonard Fasano. | | |
| 5. | If yes, do you find that plaintiffs were injured in their business or property? | | |
| 6. | If no, you must find in favor of defendant Leonard Fasano. | | |
| 7. | If yes, do you find that plaintiffs' injuries were factually and proximately caused by the pattern of predicate acts committed by the co-conspirators? | | |
| 8. | If no, you must find in favor of defendant Leonard Fasano. | | |
| 9. | If yes, you must find in favor of plaintiffs and go to E below. | | |

D. **§1962(c) Damages**

| NO. | QUESTIONS | AMOUNT |
|---|---|---|
| 1. | Amount of damages less recovery = net damages proximately caused by predicate acts of defendant Bainer. | |

E. **§1962(d) Damages**

| NO. | QUESTIONS | AMOUNT |
|---|---|---|
| 1. | Amount of damages less recovery = net damages proximately caused by predicate acts of co-conspirators. | |

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By *Mary Anne A. Charron*
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

::ODMA\PCDOCS\DOCS\394930\2

4