504

2005 MAY 31 P 3:31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL | : | CIVIL ACTION NO:<br>3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL | : | MAY 31, 2005 |

### MOTION IN LIMINE

Pursuant to §701 of the Federal Rule of Evidence, the Fasano defendants hereby move to preclude the plaintiffs from introducing any evidence of the value of Thompson & Peck's stock. First, plaintiffs have not introduced any expert witnesses pursuant to Rule 702 to testify about the value of the stock. Instead, they seek to introduce evidence of its value through lay witnesses pursuant to Rule 701. Second, plaintiffs should be precluded from doing so, as they are unable to establish Rule 701's prerequisites for establishing a foundation BEFORE lay opinion testimony is allowed. Third, the opinion itself is of no relevance to these claims since it was adopted by Thompson & Peck in February 2000, two years AFTER the alleged wrongdoing.

Federal Rule of Evidence 701 provides as follows:

> If the witness is not testifying as an expert, the witness' testimony in the form of opinions or inferences is limited to those opinions or inferences which are (a) rationally based on the perception of the witness, and (b) helpful to a clear understanding of the witness' testimony or the determination of a fact in issue.

Indeed, a number of courts have recognized that "[t]he modern trend favors the admission of [lay] opinion testimony, provided that it is well founded on personal knowledge and

June 3, 2005. Denied without prejudice to its reargument at trial.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2005 JUN -9
U.S. DISTRICT COURT
HARTFORD CT

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105