510



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| vs. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | : | JUNE 3, 2005 |

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE
THE TESTIMONY OF JAN SCHLICHTMANN**

Defendants, The Cadle Company and D.A.N. Joint Venture, A Limited Partnership, by and through their attorneys, Dean Armstrong, Esquire of the Armstrong law firm, and Edward Taiman, Esquire, of the law firm of Sabia and Hartley, LLP, hereby move this Court to exclude the testimony of Attorney Jan Schlichtmann and state in the support thereof:

1. Defendants Thompson and Peck and Stanley Prymus have indicated their intention to call Attorney Daniel Schlichtmann as a witness in this case.

2. Attorney Schlichtmann had no involvement with any of the events that led to this case.

3. Attorney Schlichtmann, therefore, has no first-hand knowledge of any of the events in this case.

4. It is believed that the sole purpose of calling Attorney Schlichtmann is so that he can comment on his personal dislike of Dan Cadle.

June 9, 2005. Denied as moot, as Attorney Jan Schlichtmann was not called to testify in this case.
SO ORDERED.
v. Covello, U.S.D.J.

SABIA & HARTLEY, LLC   | 190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
ATTORNEYS AT LAW       | tel 860.541.2077   fax 860.713.8944   www.sabiahart.com