UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| vs. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | : | JUNE 6, 2005 |

### PLAINTIFFS' MOTION IN LIMINE AND
### MEMORANDUM OF LAW IN SUPPORT THEREOF
### TO EXCLUDE THE TESTIMONY OF STEPHEN WRIGHT

Plaintiffs, The Cadle Company and D.A.N. Joint Venture, A Limited Partnership, by and through their attorneys, Dean Armstrong, Esquire of the Armstrong law firm, and Edward Taiman, Esquire, of the law firm of Sabia and Hartley, LLP, hereby move this Court to exclude the testimony of Attorney Stephen Wright because it is irrelevant and would constitute inadmissible hearsay.

Defendants Thompson and Peck and Stanley Prymus have indicated on their witness list their intent to call Attorney Stephen P. Wright to testify in this matter. Attorney Wright is the attorney to Titan Real Estate Ventures, LLC., a corporation solely owned by Defendant Stanley Prymas. Attorney Wright also has represented other debtors from whom Cadle has attempted to collect outstanding debts in the past. Attorney Wright does not have any first-hand knowledge of any of the facts in this case. His only knowledge comes from his client,

June 9, 2005.   DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW
190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com