527

United States District Court
District of Connecticut
FILED AT HARTFORD
6 | 6 | 05
Kevin F. Rowe, Clerk
By
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CADLE COMPANY, ET AL     :     CIVIL ACTION NO:
     3:01-CV-531 (AVC)

V.     :

CHARLES A. FLANAGAN, ET AL     :     JUNE 6, 2005

## MOTION TO DISMISS

The Fasano defendants hereby move to dismiss the plaintiffs' RICO claims against
them for lack of jurisdiction; specifically, plaintiffs have not proven the requisite level of
continuity. The plaintiffs have only alleged and proven acts that occurred between January
1998 and February 1999, a total of 13 months.

In this Circuit, the alleged racketeering activity must have extended over at least
two years in order to [establish liability under RICO]." See, Kadouri v. Fox, 2005 WL
783255 at 4 (E.D.N.Y.), citing GICC Capital Corp. v. Tech. Fin. Group, Inc., 67 F.3d 463,
466 (2d Cir. 1995). The reason, quite simply, is that "Congress was concerned in RICO
with long-term criminal conduct," not conduct extending over a few weeks or months. See
Id., citing H. J. Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229, 239, 109 S. Ct. 2893, 2900
(1989). In fact, since the Supreme Court decided H. J. Inc., the Second Circuit "has never
found a closed-ended pattern where the [alleged] predicate acts spanned fewer than two
years. See, First Capital Asset Management, Inc. v. Brickelbush, Inc., 150 F. Supp. 2d
624, 634 & nn. 37-41 (S.D.N.Y. 2001); Mason Tenders District Council Pension Fund v.

_(margin handwritten note, left side, vertical)_ Denied as an issue of fact exists as to whether the racketeering activity

_(margin handwritten note, left side)_ FILED

June 8, 2005. Denied as an issue of fact exists as to whether the racketeering activity extended for over two years.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105