AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Cadle Company, et al

v.

Charles Flanagan, et al

EXHIBIT AND WITNESS LIST

Case Number: 3:01CV530 AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Armstrong, Taiman | Cox, Gallagher, Hill, Sullivan, Charron, Wolfe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/23/05 | Thompson, Warner, Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 103 | | 5/23/05 | ✓ | | UCC - Form - objection sustained (Fasano) |
| 104 | | 5/23/05 | ✓ | | Exhibit A - objection sustained (Fasano) |
| 1 | | 6/3/05 | | | 293 B.R. 102 Flanagan v. Cadle |
| 2 | | 6/8/05 | | | Stipulation #1 |
| 3 | | 6/8/05 | | | Stipulation #2 |
| 4 | | 6/8/05 | | | Charge to the jury |
| 5 | | 6/9/05 | | | Note from juror |
| 6 | | 6/10/05 | | | Note from juror |
| 7 | | 6/10/05 | | | Note from juror |
| 8 | | 6/10/05 | | | Note from juror |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages