UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | JUNE 24, 2005 |

## DEFENDANTS' JOINT
## MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants Todd R. Bainer and Todd R. Bainer, LLC, Stanley F. Prymas, Thompson & Peck, Inc., Leonard A. Fasano, and Fasano, Ippolito & Lee, LLC hereby move for judgment as a matter of law, pursuant to Rule 50 of the Federal Rules of Civil Procedure. On June 18, 2005, defendants presented an oral Motion and argument before this Court. For the reasons articulated by all of the defendants at oral argument and for reasons set forth in the attached Memorandum of Law in Support, these defendants respectfully move for judgment.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By _____
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

DEFENDANTS: STANLEY F. PRYMAS
AND THOMPSON & PECK, INC.

By _____
WILLIAM F. GALLAGHER
Federal Bar No. ct04147
BARBARA L. COX
Federal Bar No. ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT 06590
Telephone (203) 624-4165
Facsimile (203) 865-5598

DEFENDANTS
LEONARD A. FASANO
FASANO, IPPOLITO & LEE, LLC

By _____
David G. Hill of
HALLORAN & SAGE LLP
Fed. Bar No. ct13435
Their Attorneys
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone (860) 522-6103
Fax (860) 548-0006

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on June 24, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Roger J. Frechette, Esquire
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511

_____
R. BRADLEY WOLFE
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\396351\1