DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By **/s/ R. Bradley Wolfe**
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

DEFENDANTS: STANLEY F. PRYMAS
AND THOMPSON & PECK, INC.

By _____
　　WILLIAM F. GALLAGHER
　　Federal Bar No. ct04147
　　BARBARA L. COX
　　Federal Bar No. ct08523
　　The Gallagher Law Firm
　　1377 Boulevard
　　P.O. Box 1925
　　New Haven, CT 06590
　　Telephone (203) 624-4165
　　Facsimile (203) 865-5598