<u>**1UNITED STATES DISTRICT COURT**</u>

<u>**DISTRICT OF CONNECTICUT**</u>

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>　　Plaintiff | :<br>:<br>: | Case No. 3:01-CV 531<br>　(AVC) |
| VS. | :<br>: | |
| CHARLES A. FLANAGAN, ET AL<br>　　Defendants | :<br>: | June 29, 2005 |

**MOTION FOR ATTORNEYS' FEES AND COSTS**

　　Defendants Stanley F. Prymas and Thompson & Peck, Inc. hereby move, pursuant to this Court's orders of March 28, 2005 and June 16, 2005, for attorneys' fees and costs incurred in preparing and filing their summary judgment reply brief and in responding to plaintiffs' motion for partial reconsideration of the Court's award of attorneys' fees. In support of this motion, defendants submit hereby an affidavit of fees and costs.

　　WHEREFORE, the defendants request an award of attorneys' and costs, as reflected in the attached affidavit.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　DEFENDANTS, STANLEY F. PRYMAS and
　　　　　　　　　　　　　　　THOMPSON & PECK, INC.


　　　　　BY:　_____
　　　　　　　　Barbara L. Cox
　　　　　　　　Federal Bar #ct08523
　　　　　　　　The Gallagher Law Firm
　　　　　　　　1377 Boulevard
　　　　　　　　P.O. Box 1925
　　　　　　　　New Haven, CT  06509
　　　　　　　　Tel:  203-624-4165
　　　　　　　　Fax:  203-865-5598

### *CERTIFICATION OF SERVICE*

      This is to certify that a copy of the foregoing was hand delivered or mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

 

_____
BARBARA L. COX

2