### 1UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 |
|    Plaintiff : |  (AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | June 29, 2005 |
|    Defendants : | |

### AFFIDAVIT OF COUNSEL IN SUPPORT OF
### MOTION FOR ATTORNEYS' FEES AND COSTS

The undersigned, being duly sworn, deposes and says:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I make this affidavit in support of a motion for attorney's fees and costs, filed on behalf of defendants Stanley F. Prymas and Thompson & Peck, Inc., based on my personal knowledge and belief.

3. I am counsel of record for defendants Stanley F. Prymas and Thompson & Peck, Inc. in the above-referenced matter.

4. From February 16, 2005 to March 18, 2005, I spent at least 29.4 hours and incurred a total of $5,733.00 researching and drafting a reply to plaintiffs' papers in opposition to defendants Prymas and Thompson & Peck's motion for summary judgment. The specific time and activities are reflected in the billing statement attached to this affidavit.

5. In addition, on April 13 and April 14, 2005, I spent 3.6 hours and incurred a total of $702.00 in attorneys' fees researching and responding to plaintiffs' motion for partial reconsideration of this Court's March 28, 2005 order that plaintiffs pay defendants' costs in preparing a reply to their defective summary judgment opposition papers. That time is also reflected on the attached billing summary.

6. In accordance with our retainer agreement with defendants Prymas and Thompson & Peck, our firm charged those defendants $195 per hour for our legal services. This rate is well below our usual hourly billing rate for this type of litigation, and I believe it is below the usual hourly rate charged for this type of litigation generally in Connecticut.

7. On behalf of defendants Prymas and Thompson & Peck, I respectfully request the Court to award a total of $6,435.00 for legal services incurred in filing a reply to plaintiffs' defective summary judgment opposition papers and a response to their partial motion for reconsideration.

THE AFFIANT,

_____
BARBARA L. COX

Subscribed and sworn to before me this 29th day of June, 2005.

_____
COMMISSIONER, SUPERIOR COURT