### 1UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 |
|    Plaintiffs : | (AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | June 29, 2005 |
|    Defendants : | |

### NOTICE OF MANUAL FILING

Notice is hereby given that the defendants Stanley F. Prymas and Thompson & Peck, Inc. have manually filed their billing statement with Motion for Attorneys' Fees and Costs and Affidavit in Support dated June 29, 2005, because said billing statement could not be easily downloaded.

                THE DEFENDANTS, STANLEY F. PRYMAS
                and THOMPSON & PECK, INC.

BY: _____
                BARBARA L. COX
                Federal Bar #ct08523
                The Gallagher Law Firm
                1377 Boulevard
                P.O. Box 1925
                New Haven, CT  06509
                Tel:  203-624-4165
                Fax:  203-865-5598

### **_CERTIFICATION OF SERVICE_**

      This is to certify that a copy of the foregoing was hand delivered or mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill.  60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Bradley K. Cooney, Esq.
69 Island Avenue

Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

 

_____
BARBARA L. COX

2