UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A . FLANAGAN, ET AL | : | |
|    Defendants. | : | JULY 13, 2005 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM
IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR JUDGMENT
AS A MATTER OF LAW AND DEFENDANTS' JOINT MOTION FOR
NEW TRIAL AND/OR MOTION FOR REMITTITUR**

1. On or about June 24, 2005, all Defendants filed both a Motion for New Trial and/or Motion for Remittitur and a Joint Motion for Judgment as a Matter of Law with a supporting Memorandum of Law.

2. The forty-three (43) page Memorandum of Law and the nineteen (19) page Motion for New Trial raises numerous issues.

3. Many of those issues are premised on testimony presented during the trial and/or ruling made by the Court during the trial.

4. Defendants make many generalized statements about what the testimony allegedly included or did not include.

5. Much of Defendants' Motions are premised on allegations that Plaintiff failed to place certain evidence into testimony and or that certain statements were made during the trial.

6. Plaintiffs refute these claims.

7. In order to properly defend against the Motions, Plaintiffs will need to review the trial transcripts from all of the days of trial in order to establish that the testimony did indeed support the jury's findings.

8. Sabia and Hartley, LLC, contacted the court reporter to order a copy of the trial transcripts in order to properly respond to these motions.

9. On July 12, 2005, the court reporter indicated that the earliest date on which she could get the trial transcripts to us would be September 15, 2005.  Plaintiffs' counsel is awaiting a deposit check from the clients which will be forwarded to the court reporter upon receipt.  Plaintiffs' counsel expects to receive the deposit check within the next 48 hours.

10. Once the trial transcripts have been received, it is requested that Plaintiffs be afforded an additional twenty-one (21) days in which to respond to these Motions, or until October 10, 2005.

11. This is to certify that on July 12, 2005, the undersigned did make inquiry upon Defendants' counsel to inquire whether they consented to the foregoing.  As of this writing, no one has responded.

WHEREFORE, it is requested that this Court grant Plaintiffs an extension until October 10, 2005 to respond to Defendants' Motion for New Trial and/or Motion for Remittitur and Defendants' Joint Motion for Judgment as a Matter of Law.

**PLAINTIFFS, THE CADLE COMPANY AND D.A.N. JOINT VENTURE, L.P.**

By:_____
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. ct01319

and

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, IL 60422
Federal Bar No. ct22417

## Certification of Service

I hereby certify that a true and correct copy of the foregoing instrument was mailed, postage prepaid, U.S. regular mail to all defense counsel on July 13, 2005 as shown on the attached Service List.

_____
Edward C. Taiman

E:\WPDOCS\CADLE\Flanagan\RICO\Motion.Ext.New.Trial..JML.wpd