563

FILED
2005 JUL 13 A 9:28
DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**THE CADLE COMPANY, ET AL** : **CIVIL ACTION NO.**
**Plaintiffs,** : **3:01CV531(AVC)**
:
**vs.** :
:
**CHARLES A . FLANAGAN, ET AL** :
**Defendants.** : **JULY 13, 2005**

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR JUDGMENT AS A MATTER OF LAW AND DEFENDANTS' JOINT MOTION FOR NEW TRIAL AND/OR MOTION FOR REMITTITUR**

1. On or about June 24, 2005, all Defendants filed both a Motion for New Trial and/or Motion for Remittitur and a Joint Motion for Judgment as a Matter of Law with a supporting Memorandum of Law.

2. The forty-three (43) page Memorandum of Law and the nineteen (19) page Motion for New Trial raises numerous issues.

3. Many of those issues are premised on testimony presented during the trial and/or ruling made by the Court during the trial.

4. Defendants make many generalized statements about what the testimony allegedly included or did not include.

5. Much of Defendants' Motions are premised on allegations that Plaintiff failed to place certain evidence into testimony and or that certain statements were made during the trial.

July 14, 2005. GRANTED. As the court will not review any such motions or responsive memoranda without citations to the record, the relief requested here is entirely appropriate.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2005 JUL 14 P 1:45
DISTRICT COURT
HARTFORD, CT.