UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | July 14, 2005 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR JUDGMENT**
<u>**ON JURY VERDICT AND AWARD OF ATTORNEYS' FEES**</u>

1.  The jury trial in this case commenced on May 23, 2005.

2.  This case went to the jury on June 8, 2005, and the jury returned its verdict in favor of the Plaintiffs and against the Defendants on June 10, 2005.

3.  Based on the jury's answers to the questions in the verdict and supplemental verdict, the evidence introduced during the trial, the stipulations of the parties and the applicable law, Plaintiffs request that the Court enter judgment in their favor for: (a) monetary damages for the Defendants' violations of the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §§1961-1968) ("RICO"); (b) costs of suit under 18 U.S.C. §1964(c); and (c) reasonable and necessary attorneys' fees and costs under 18 U.S.C. §1964(c) as proved-up by the affidavit of attorney F. Dean Armstrong attached hereto as Exhibit A.

-2-

4. A proposed form of judgment is submitted with this Motion.

**PRAYER**

Plaintiffs request:

(1) that the Court grant their Motion for Judgment and for Award of Attorneys' Fees in accordance with the proposed form of judgment submitted with this Motion; and

(2) that the Court grant Plaintiffs such further relief to which they may be entitled.

Respectfully submitted,

ARMSTRONG LAW FIRM

By _____
F. Dean Armstrong
Ct. Fed. Bar #CT22417
1324 Dartmouth Road
Flossmoor, IL 60422
(708) 798-1599
Fax (708) 798-1597

Edward C. Taiman, Esq.
SABIA & HARTLEY, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205
(860) 541-2077
Fax (860) 713-8944

Attorneys for Plaintiffs
The Cadle Company and
D.A.N. Joint Venture,
A Limited Partnership

DATED: July 14, 2005.

-3-

## Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on July 14, 2005 to all defense counsel as shown on the attached Service List.

                                                F. Dean Armstrong

## SERVICE LIST

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson & Peck, Inc.)

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and Fasano & Ippolito, LLC)

Roger J. Frechette, Esq.
Frechette & Frechette, Esq.
12 Trumbull Street
New Haven, CT 06511
(counsel for Leonard A. Fasano)

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405