**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A . FLANAGAN, ET AL | : | |
| Defendants. | : | JULY 14, 2005 |

**NOTICE OF MANUAL FILING**

_____Please take notice that the Plaintiffs, The Cadle Company and D.A.N. Joint Venture, L.P. have manually filed the following documents:

1.     Exhibits:   A-1, A-2, A-3 and A-4 to Plaintiffs' Exhibit A, Affidavit of F.Dean Armstrong In Support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs of Suit.

These documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.


By:_____
           Edward C. Taiman, Jr.
           Sabia & Hartley, LLC
           190 Trumbull Street, Suite 202
           Hartford, CT 06103
           (860) 541-2077
           Fed. Bar No. ct01319

           and

           F. Dean Armstrong, Esq.
           1324 Dartmouth Road
           Flossmoor, IL 60422
           Federal Bar No. ct22417

E:\WPDOCS\CADLE\Flanagan\RICO\NtManlFilingExhibits7.14.05.wpd