UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | : | JULY 14, 2005 |
| | : | |

### OBJECTION TO MOTION FOR EXTENSION OF TIME

Defendants Todd R. Bainer and Todd R. Bainer, LLC (hereinafter "Bainer") hereby object to plaintiffs' Motion for Extension of Time to File Memorandum in Opposition, dated July 13, 2005.

Defendants had ten business days to prepare their motions and were without the benefit of the transcripts. Although references to trial testimony were made in these motions, the motions are grounded in the law, not the facts elicited at trial, specifically the applicability of Beck v. Prupis, 529 U.S. 494 (2000); Commercial Union Assurance Co. v. Milken, 17 F.3d 608 (2d Cir. 1994); and First Capital Asset Mgmt., Inc. v. Satinwood, Inc., 385 F.3d 159 (2d Cir. 2004).

Plaintiffs seek an extension of time of 21 days from transcript delivery. The court report has represented to the undersigned counsel that the transcript is unavailable until mid-September, at the earliest. To provide plaintiffs with a three month extension of time, when defendants had only ten days within which to file their papers is patently unfair and unnecessary.

Wherefore, defendants Todd R. Bainer and Todd R. Bainer, LLC respectfully object to plaintiffs' Motion for Extension of Time.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By _____
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on July 14, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Roger J. Frechette, Esquire
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511

_____
MARYANNE A. CHARRON

::ODMA\PCDOCS\DOCS\397729\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS NO. 24029