UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | July 18, 2005 |
| Defendants. | § | |

### PLAINTIFFS' RESPONSE TO PRYMAS/T&P MOTION FOR ATTORNEYS' FEES AND COSTS

For the reasons set forth in Plaintiffs' April 8, 2005 Motion for Partial Reconsideration of March 28, 2005 Order (which is hereby incorporated by reference as if set forth verbatim), Plaintiffs respectfully request that the Court deny the June 29, 2005 Motion by Defendants Stanley F. Prymas and Thompson & Peck, Inc. for Attorneys' Fees and Cost in connection with the prior summary judgment brief.

                                                Respectfully submitted,
                                                ARMSTRONG LAW FIRM

DATED: July 18, 2005.              By_____/s/_____
                                                F. Dean Armstrong
                                                Ct. Fed. Bar #CT22417
                                                1324 Dartmouth Road
                                                Flossmoor, IL 60422
                                                708) 798-1599
                                                Fax (708) 798-1597

-2-

        Edward C. Taiman, Esq.
        SABIA & HARTLEY, LLC
        190 Trumbull Street
        Suite 202
        Hartford, CT 06103-2205
        (860) 541-2077
        Fax (860) 713-8944

        Attorneys for Plaintiffs
        The Cadle Company and
        D.A.N. Joint Venture,
        A Limited Partnership

### Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on July 18, 2005 to all defense counsel as shown on the attached Service List.


        _____/s/_____
        F. Dean Armstrong