UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|     Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | JULY 19, 2005 |
|     Defendants | : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR JUDGMENT ON JURY VERDICT AND AWARD OF ATTORNEYS' FEES

Defendants, Todd R. Bainer and Todd R. Bainer, LLC, respectfully move for an extension of time of 30 days until August 19, 2005 to respond to Plaintiffs' Motion for Judgment on Jury Verdict and Award of Attorneys' Fees dated July 14, 2005.

The extension is requested to allow the moving defendants to review and brief the caselaw applicable to attorney fee entitlement, pre and post judgment interest as well as costs. Moreover, based on that caselaw, significant analysis of the hundreds of pages of billing information provided by the plaintiffs', along with their motion, must be analyzed.

The undersigned has contacted Attorney Armstrong, plaintiffs' counsel, who consents to the filing of said motion. Counsel for defendants Leonard Fasano and Fasano, Ippolito & Lee,

LLC and counsel for defendants Thompson & Peck, Inc. and Stanley Prymas also consent to the filing of said motion.

WHEREFORE, the moving defendants request that the time for filing their response to Plaintiffs' Motion for Judgment on Jury Verdict and Award of Attorneys' Fees be extended to August 19, 2005.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By_____
R. BRADLEY WOLFE
Federal Bar No. ct04332
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on July 19, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Roger J. Frechette, Esquire
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511

_____
R. BRADLEY WOLFE
MARY ANNE A. CHARRON

::ODMA\PCDOCS\DOCS\397960\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS NO. 24029