D

570



FILED

2005 JUL 19 P 4: 07

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | JULY 19, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR JUDGMENT ON JURY VERDICT AND AWARD OF ATTORNEYS' FEES

Defendants, Todd R. Bainer and Todd R. Bainer, LLC, respectfully move for an extension of time of 30 days until August 19, 2005 to respond to Plaintiffs' Motion for Judgment on Jury Verdict and Award of Attorneys' Fees dated July 14, 2005.

The extension is requested to allow the moving defendants to review and brief the caselaw applicable to attorney fee entitlement, pre and post judgment interest as well as costs. Moreover, based on that caselaw, significant analysis of the hundreds of pages of billing information provided by the plaintiffs', along with their motion, must be analyzed.

The undersigned has contacted Attorney Armstrong, plaintiffs' counsel, who consents to the filing of said motion. Counsel for defendants Leonard Fasano and Fasano, Ippolito & Lee,

July 21, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.



GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS No. 24029