561

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | June 29, 2005 |

**MOTION FOR ATTORNEYS' FEES AND COSTS**

Defendants Stanley F. Prymas and Thompson & Peck, Inc. hereby move, pursuant to this Court's orders of March 28, 2005 and June 16, 2005, for attorneys' fees and costs incurred in preparing and filing their summary judgment reply brief and in responding to plaintiffs' motion for partial reconsideration of the Court's award of attorneys' fees. In support of this motion, defendants submit hereby an affidavit of fees and costs.

WHEREFORE, the defendants request an award of attorneys' and costs, as reflected in the attached affidavit.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and
THOMPSON & PECK, INC.

BY: /s/ Barbara L. Cox

Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel: 203-624-4165
Fax: 203-865-5598

July 28, 2005. As the plaintiffs do not challenge the amount of the requested fees and costs, no further proceedings are required with respect to this motion and, accordingly, the motion is granted.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

1