UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL | : | AUGUST 5, 2005 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO OBJECT TO PLAINTIFFS' MOTION FOR JUDGMENT AND AWARD OF ATTORNEYS' FEES

The defendants hereby move for an extension of time to respond and/or object to Plaintiffs' Motion for Judgment/Award of Attorneys' Fees. Defendants request 15 days from the time the court rules on Defendants' Rule 50 Motion for Judgment and Rule 59(a) Motion for New Trial. If the court grants either or both motions, Plaintiffs' Motion for Judgment becomes moot, thus an objection is not needed. Therefore, in the interests of judicial economy, this issue should be withheld until the court rules on Defendants' Motions.

Alternatively, for the same reasons articulated in Plaintiffs' Motion for Extension dated July 13, 2005, Defendants also need to review the transcript before they can respond fully to Plaintiffs' Motion. Specifically, it appears that Plaintiffs' post-verdict claim for attorneys' fees is identical to some of the damages introduced by the Plaintiffs at trial. As a result, Defendants need to review the transcript before they can properly respond.

- 2 -

WHEREFORE, in the interests of judicial economy, Defendants seek an extension of time of 15 days from the time the court rules on Defendants' Rule 50 Motion for Judgment and Rule 59(a) Motion for New Trial.

Respectfully submitted,

DEFENDANTS,
LEONARD A. FASANO
FASANO, IPPOLITO & LEE, LLC


By_____
   David G. Hill of
   HALLORAN & SAGE  LLP
   Federal Bar No. ct13435
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   Their Attorneys

CERTIFICATION

This is to certify that on this 4th day of August 2005, I hereby mailed or hand delivered a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas**
**& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
**For Defendant Todd R. Bainer**

Roger J. Frechette, Esq.
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511
**For Defendant Leonard Fasano**

_____
David G. Hill

712986_1.DOC

- 4 -