UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | AUGUST 9, 2005 |
| Defendants | : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION TO JOIN IN WITH DEFENDANTS LEONARD A. FASANO AND FASANO, IPPOLITO & LEE, LLC'S AND DEFENDANTS STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME TO OBJECT TO PLAINTIFFS' MOTION FOR JUDGMENT AND AWARD OF ATTORNEYS' FEES

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby joins in to defendants Leonard A. Fasano, Fasano, Ippolito & Lee, LLC, Stanley F. Prymas and Thompson & Peck, Inc.'s Motion for Extension of Time to Object to Plaintiffs' Motion for Judgment and Award of Attorneys' Fees for the same grounds and for the same reasons as outlined in defendants Leonard A. Fasano, Fasano, Ippolito & Lee, LLC, Stanley F. Prymas and Thompson & Peck, Inc.'s Motion for Extension of Time to Object to Plaintiffs' Motion for Judgment and Award of Attorneys' Fees, dated August 5, 2005.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By _____
    R. BRADLEY WOLFE
    Federal Bar No. ct04332
    GERALD R. SWIRSKY
    Federal Bar No. ct05574
    MARY ANNE A. CHARRON
    Federal Bar No. ct02274
    Gordon, Muir and Foley, LLP
    Ten Columbus Boulevard
    Hartford, CT 06106-1976
    Telephone (860) 525-5361
    Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on August 9, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Roger J. Frechette, Esquire
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511

_____
MARY ANNE A. CHARRON

:ODMA\PCDOCS\DOCS\399368\1