573

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL | : | CIVIL ACTION NO. 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL | : | AUGUST 5, 2005 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO OBJECT TO PLAINTIFFS' MOTION FOR JUDGMENT AND AWARD OF ATTORNEYS' FEES

The defendants hereby move for an extension of time to respond and/or object to Plaintiffs' Motion for Judgment/Award of Attorneys' Fees. Defendants request 15 days from the time the court rules on Defendants' Rule 50 Motion for Judgment and Rule 59(a) Motion for New Trial. If the court grants either or both motions, Plaintiffs' Motion for Judgment becomes moot, thus an objection is not needed. Therefore, in the interests of judicial economy, this issue should be withheld until the court rules on Defendants' Motions.

Alternatively, for the same reasons articulated in Plaintiffs' Motion for Extension dated July 13, 2005, Defendants also need to review the transcript before they can respond fully to Plaintiffs' Motion. Specifically, it appears that Plaintiffs' post-verdict claim for attorneys' fees is identical to some of the damages introduced by the Plaintiffs at trial. As a result, Defendants need to review the transcript before they can properly respond.

August 12, 2005. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.