574



FILED

2005 AUG 10 A 11: 12

DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|     Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | AUGUST 9, 2005 |
|     Defendants | : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION TO JOIN IN WITH DEFENDANTS LEONARD A. FASANO AND FASANO, IPPOLITO & LEE, LLC'S AND DEFENDANTS STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME TO OBJECT TO PLAINTIFFS' MOTION FOR JUDGMENT AND AWARD OF ATTORNEYS' FEES

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby joins in to defendants Leonard A. Fasano, Fasano, Ippolito & Lee, LLC, Stanley F. Prymas and Thompson & Peck, Inc.'s Motion for Extension of Time to Object to Plaintiffs' Motion for Judgment and Award of Attorneys' Fees for the same grounds and for the same reasons as outlined in defendants Leonard A. Fasano, Fasano, Ippolito & Lee, LLC, Stanley F. Prymas and Thompson & Peck, Inc.'s Motion for Extension of Time to Object to Plaintiffs' Motion for Judgment and Award of Attorneys' Fees, dated August 5, 2005.

August 12, 2005. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361        FACSIMILE (860) 525-4849        JURIS NO. 24029