UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : <br>: <br>: | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : <br>: | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : <br>: | SEPTEMBER 16, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S OBJECTION TO PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME DATED SEPTEMBER 15, 2005

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby object to the above Motion for the reasons set forth herein.

Trial in the instant case began May 23, 2005. On that date Counsel for the Plaintiff ordered expedited transcript of all or a portion of the days proceedings. On that same date counsel for Mr. Bainer ordered expedited transcript of Mr. Bainer's testimony only which took the better part of May 23 and all of May 24. See Docket Entries 498, 499, 501 and 513. Both parties received their respective copies of Mr. Bainer's testimony from the reporter. Indeed, as the court will recall, there was a significant objection raised against the use of the partially

completed transcript in closing statements because only the first two days of testimony were available for use as the trial proceeded.

After the conclusion of evidence and after the filing of a Rule 50 Motion by all defendants, the remaining transcript was ordered. We were then advised that due to prior commitments, no further transcript would be available until early September. Accordingly, Plaintiff filed its First Motion for extension of time on July 13, 2005. Transcript was then delivered on or about August 24, 2005, and filed with the court. See docket entries 577 through 587.

From August 24 to September 13 Plaintiff was silent as to the lack of transcript for May 23 and 24. In fact, the most that could possibly be missing is the first 127 pages of the proceedings including opening statements and the testimony of Sharon Demotropolis and Joseph Caporale. The Court will recall that each witness was brief and that Mr. Bainer's testimony consumed most of the day.

On September 13, 2005 we became aware of the billing issue for the first time and assumed that the outstanding invoice was for the first portion of the transcript. The bill was paid immediately by hand delivery. We learned later that there might still be an outstanding bill for already delivered transcript, which will be immediately paid.

The importance of the above recitation, however, is to demonstrate that by August 24, 2005 the plaintiffs had substantially the entire trial transcript available for review as they had requested in July. It is highly doubtful that any reference to the first 127 pages will be made since the testimony of the first two witnesses was generally irrelevant to the Motions to Dismiss filed by the Plaintiffs. Plaintiffs asked for twenty-one days after receipt to review the transcript and to file their reply. Since the date was forecast to be September 15, 2005, the request was calculated to be to October 10, 2005. As stated, in fact the transcript arrived on August 24, 2005 meaning that the reply was due twenty one days later or on September 14, 2005 when the issue of the allegedly missing 127 pages was first raised. The inquiry for the extension was made via facsimile late in the afternoon of the 14th. No mention of the request for time was made when the "missing" transcript was first identified.

Now plaintiffs seek not to hold to the originally forecast date of October 10, having already exceeded their request, but to add another 30 days to that date. This further request is solely dilatory, unneeded and delays the proceedings further. Defendants Bainer therefore object to the further delay in the conclusion of this case.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By _____/s/ Mary Anne Charron_____
    R. BRADLEY WOLFE
    Federal Bar No. ct04332
    GERALD R. SWIRSKY
    Federal Bar No. ct05574
    MARY ANNE A. CHARRON
    Federal Bar No. ct02274
    Gordon, Muir and Foley, LLP
    Ten Columbus Boulevard
    Hartford, CT 06106-1976
    Telephone (860) 525-5361
    Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on September 16, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Roger J. Frechette, Esquire
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511

_____
MARYANNE A. CHARRON

::ODMA\PCDOCS\DOCS\402214\1