UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | SEPTEMBER 21, 2005 |

## OBJECTION OF THE FASANO DEFENDANTS TO PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME

The Fasano defendants hereby object to the Plaintiffs' Motion for Extension of Time dated September 15, 2005. Defendants hereby adopt and incorporate the co-defendant Bainer's Objection dated September 16, 2005. However, Fasano defendants also wish to alert the court to a series of misleading statements and/or factual inaccuracies in Plaintiffs' motion.

First and foremost, the deadline for Plaintiffs' objection was September 14, 2005, NOT October 7 as Plaintiffs allege. Therefore, Plaintiffs cannot extend a deadline that has already passed without requesting leave of the court <u>nunc pro tunc</u>. As described more fully in Defendant Bainer's Objection, Plaintiffs had the entire transcript on or before August 24, therefore, as per their first extension of time (dated July 13, 2005), their deadline was 21 days later, or September 14, 2005.

Second, Plaintiffs' unilateral assumption that their deadline was October 7 is itself misleading. If the court reviews Plaintiffs' original Motion for Extension of Time (July 13,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2005), the court will see that Plaintiffs did not seek an extension until October 7; they sought an extension of 21 days from the date the transcript was delivered. At that time, July 13, 2005, the court reporter estimated that the transcript would be delivered by mid-September, 21 days from which was October 7. However, the court reporter delivered the transcript early, thus creating an earlier deadline for all, not simply for Plaintiffs. However, any suggestion that the deadline had already been extended to October 7 is misleading.

Third, Plaintiffs' purported reason for seeking another extension is also misleading. If indeed they did not have the transcript, why wait until 3:42 p.m. on the day their objection is due (September 14, 2005) to alert other counsel by facsimile? Moreover, why wait until September 15, 2005, the day AFTER their objection is due, to alert the court?

Fourth, Plaintiffs' motion advises the court that only one of the defendants had objected, but that they had not heard from the other defendants. In fact, two of the defendants had alerted Plaintiffs to their objections, and the third defendant (Thompson & Peck) subsequently alerted Plaintiffs by facsimile.

In short, there is no need to postpone this matter any longer, particularly until November 7, 2005. Plaintiffs have had ample time to review the transcript and to prepare their reply. Another delay of 6-8 weeks in unnecessary and, based on Plaintiffs' purported reasons, unwarranted. As a result, Fasano defendants hereby object to another extension of time.

- 2 -

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

- 3 -

Respectfully submitted,

DEFENDANTS,
LEONARD A. FASANO
FASANO, IPPOLITO & LEE, LLC

By_____
   David G. Hill of
   HALLORAN & SAGE  LLP
   Fed. Bar No. ct13435
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 21ST day of September 2005, I hereby mailed or hand delivered a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas
& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
**For Defendant Todd R. Bainer**

Roger J. Frechette, Esq.
Frechette & Frechette
12 Trumbull Street
New Haven, CT  06511
**For Defendant Leonard Fasano**

_____
David G. Hill

735647v.1

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105