UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:01CV531(AVC) |
| vs. : | |
| CHARLES A. FLANAGAN, ET AL : | OCTOBER 5, 2005 |
| Defendants. : | |

PLAINTIFFS' MOTION FOR PERMISSION
TO FILE BRIEF IN EXCESS OF 40 PAGES

Pursuant to Local Rule 7(a)2 of the Rules of Civil Procedure, the Plaintiffs, the Cadle Company and D.A.N. Joint Venture, L.P., respectfully request permission to file a Memorandum of Law in Opposition to Defendants' Joint Motion for Judgment as a Matter of Law that is in excess of 40 pages.

Defendants filed a Joint Memorandum of Law in Support of Motion for Judgment as a Matter of Law in excess of 40 pages, to which Plaintiffs are now responding. Plaintiffs are responding to the motions of all the various Defendants in this one memorandum. In order to respond to each of the allegations from each of the Defendants, it is necessary for Plaintiffs to file a memorandum in excess of 40 pages.

PLAINTIFFS, THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.

By: _____
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. ct01319

and

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, IL 60422
Federal Bar No. ct22417

### CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed, postage prepaid, U.S. regular mail to all defense counsel on October 5, 2005 as shown on the attached Service List.

_____
Edward C. Taiman, Jr.

## SERVICE LIST

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson & Peck, Inc.)

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th floor
New Haven, CT 06510
(counsel for Charles A. Flanagan)

David G. Hill, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and Fasano & Ippolito, LLC)

Roger J. Frechette, Esq.
Frechette & Frechette, Esq.
12 Trumbull Street
New Haven, CT 06511
(counsel for Leonard A. Fasano)

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410-0747

E:\WPDOCS\CADLE\Flanagan\RICO\mot_brief_excess40pages.wpd