588

FILED
2005 SEP 15 P 3:01

DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
| Defendants. | : | SEPTEMBER 15, 2005 |

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR JUDGMENT AS A MATTER OF LAW AND DEFENDANTS' JOINT MOTION FOR NEW TRIAL AND/OR MOTION FOR REMITTITUR**

1. On or about June 24, 2005, all Defendants filed both a Motion for New Trial and/or Motion for Remittitur and a Joint Motion for Judgment as a Matter of Law with a supporting Memorandum of Law.

2. The forty-three (43) page Memorandum of Law and the nineteen (19) page Motion for New Trial raised numerous issues. Many of those issues were premised on testimony presented during the trial and/or ruling made by the Court during the trial.

3. Defendants made many generalized statements about what the testimony allegedly included or did not include. Much of Defendants' Motions were premised on allegations that Plaintiff failed to place certain evidence into testimony and or that certain statements were made during the trial.

4. By motion dated July 13, 2005 Plaintiffs requested additional time to respond on the

3:01CV531(AVC) October 7, 2005. The motion for extension of time is GRANTED. The plaintiff shall have up to and including November 7, 2005, to file a memorandum in opposition to defendants' joint motion for judgment as a matter of law and defendants' joint motion for new trial and/or motion for remittitur.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com