

October 11, 2005. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| vs. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | : | OCTOBER 5, 2005 |

### PLAINTIFFS' MOTION FOR PERMISSION
### TO FILE BRIEF IN EXCESS OF 40 PAGES

Pursuant to Local Rule 7(a)2 of the Rules of Civil Procedure, the Plaintiffs, the Cadle Company and D.A.N. Joint Venture, L.P., respectfully request permission to file a Memorandum of Law in Opposition to Defendants' Joint Motion for Judgment as a Matter of Law that is in excess of 40 pages.

Defendants filed a Joint Memorandum of Law in Support of Motion for Judgment as a Matter of Law in excess of 40 pages, to which Plaintiffs are now responding. Plaintiffs are responding to the motions of all the various Defendants in this one memorandum. In order to respond to each of the allegations from each of the Defendants, it is necessary for Plaintiffs to file a memorandum in excess of 40 pages.

---

**SABIA & HARTLEY, LLC**
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com