UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:01CV531(AVC) |
| : | |
| vs. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | |
| Defendants. : | NOVEMBER 8, 2005 |

## MOTION FOR ONE DAY EXTENSION OF TIME NUNC PRO TUNC

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, L.P., hereby request a one day extension of time on a nunc pro tunc basis within which to file their Response to Defendants' Joint Motion for Judgment As a Matter of Law ("Response"). The reason for the requested relief is that on November 7, 2005, Attorney F. Dean Armstrong's computer crashed while attempting to incorporate written argument and authorities emailed by Plaintiffs' local counsel. See, Affidavit of Attorney F. Dean Armstrong, filed concurrently herewith. In support thereof, Plaintiffs state the following:

1. This Court previously entered an order extending the time until November 7, 2005 for the Plaintiffs to respond to Defendants' Joint Motion for Judgment as a Matter of Law. Therefore, this is the Plaintiffs second such request for an extension.

2. Plaintiffs seek a one-day extension of time because on November 7, 2005, the computer used by Plaintiffs' lead counsel, Attorney F. Dean Armstrong, crashed while attempting to incorporate portions of an argument and other legal authorities emailed to him by

Plaintiffs' local counsel. It was not until later in the day that Attorney Armstrong was able get his computer operational to the point were he could email to Plaintiffs' local counsel a "completed" copy of Plaintiffs' Response for filing with the court.[1] Unfortunately, by the time it arrived via email it was approximately 5:30 p.m. and thus too late to file with the Court.

3. Plaintiffs did attempt to fax the entire 77 page document to all counsel of record and was successful with two exceptions. For unknown reasons, the fax transmission would not go through to both Attorney Bradley Cooney and Attorney David Hill.

4. No party will suffer any harm or prejudice should the Court grant the requested relief as Plaintiffs are more than willing to grant any Defendant herein additional time to respond as necessary.

5. This is to certify that on November 8, 2005, the undersigned did email all counsel of record asking for their consent to the requested relief. As of the moment Plaintiffs counsel filed this pleading with the court, only Attorney David Hill objected.

---

[1] When the crash occurred, Attorney Armstrong lost all previous corrections, amendments and legal authorities that he had inserted into the Response. The Response was filed "as is" and Plaintiffs intend to file a corrected copy with corrections and legal authorities reinserted within 24 hours.

2

PLAINTIFFS, THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.

By: _____
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. ct01319

and

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, IL 60422
Federal Bar No. ct22417

3

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed, postage prepaid, U.S. regular mail to all defense counsel on November 8, 2005 as shown on the attached Service List.

_____
Edward C. Taiman, Jr.

4

## SERVICE LIST

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson
& Peck, Inc.)

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th floor
New Haven, CT 06510
(counsel for Charles A. Flanagan)

David G. Hill, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and
Fasano & Ippolito, LLC)

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405

Roger J. Frechette, Esq.
Frechette & Frechette, Esq.
12 Trumbull Street
New Haven, CT 06511
(counsel for Leonard A. Fasano)

E:\WPDOCS\CADLE\Flanagan\RICO\Mt.Ext.Nunc.Pro.Tunc.wpd

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW
190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com