UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al., | § | November 8, 2005 |
| Defendants. | § | |

### AFFIDAVIT

My name is F. Dean Armstrong. I am over the age of 21, fully competent to make this affidavit, and personally acquainted with the facts as set forth herein.

1. I am lead counsel for the Plaintiffs in this case.

2. Plaintiffs' Response to Defendants' Joint Motion for Judgment as a Matter of Law ("Plaintiffs' Response") was due on November 7, 2005.

3. By the afternoon of November 7th I was well on the way toward the completion of Plaintiffs' Response, and fully expected to have that response e-mailed to co-counsel Sabia & Hartley in Hartford for filing by 3:30 p.m. on November 7th. However, at approximately 2 p.m. a document that was e-mailed from the Sabia & Hartley firm was incorporated into the third draft of Plaintiffs' Response. For whatever reason, the incorporation of that Sabia & Hartley document into the third draft of Plaintiffs' Response caused the computer to crash, and

the computer would not allow the third draft of Plaintiffs' Response to be saved, copied, printed or e-mailed to the Sabia & Hartley firm for filing.

4. The computer was then manually shut down and restarted. Microsoft Office software was then reloaded on the computer. However, this process took approximately an hour, and, unbeknownst to me at that time, the changes and modifications from the second draft of Plaintiffs' Response into the third draft of Plaintiffs' Response were deleted when the computer crashed. Before the close of business on November 7th, my office e-mailed Plaintiffs' Response to Mary Anne Charron, Esq., David Hill, Esq., Barbara Cox, Esq. and Bradley Wolfe. It was noticed later that evening, however, that many of the changes and corrections from the second draft to the third draft had not been incorporated into the copy of Plaintiffs' Response which was e-mailed to counsel for the Defendants.

5. I have now made the corrections and changes to Plaintiffs' Response, and incorporated those corrections and changes into Plaintiffs' Amended Response to Defendants' Joint Motion for Judgment as a Matter of Law, which should be in final shape to be filed and served on all defense counsel by the close of business today.

-3-

I know the above facts from my personal knowledge and they are true and correct.



_____
F. Dean Armstrong

SWORN TO AND SUBSCRIBED TO BEFORE ME by the said F. Dean Armstrong on this 8TH day of November, 2005.

_____
Notary Public
State of Illinois

My Commission Expires:
_____



"OFFICIAL SEAL"
DIANE R VAN ORT
COMMISSION EXPIRES 10/22/09

-3-