FILED
2005 JUN 10 P 1: 20
DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY ET AL.,
  Plaintiffs,

v.

CHARLES FLANAGAN ET AL.,
  Defendants.

: Civil No. 3:01CV531(AVC)

SUPPLEMENTAL VERDICT FORM

We the jury unanimously find as follows:

I. **Racketeer Influenced and Corrupt Organizations Act**
A. Operation & Management and RICO § 1962(c)

If you have found that the plaintiffs, The Cadle Company and D.A.N. Joint Ventures, have proven by a preponderance of the evidence that one or more of the defendants violated RICO section 1962(c), for each of the defendants that you have found violated § 1962(c) please articulate the acts that the defendant committed.

|  | Settlement Proceeds Scheme | Checking Account Scheme | Shifting Stock Scheme | Bankruptcy Fraud Scheme |
|---|---|---|---|---|
| Leonard A. Fasano | Yes | Yes | Yes | Yes |
| Todd R. Bainer | — | — | — | — |
| Stanley F. Prymas | — | — | — | — |
| Thompson & Peck, Inc. | — | — | — | — |
| Fasano, Ippolito & Lee, LLC | No | Yes | No | Yes |

EXHIBIT B

2. Conspiracy and RICO § 1962(d).

If the plaintiffs, The Cadle Company and D.A.N. Joint Venture, have proven by a preponderance of the evidence that one or more of the defendants violated RICO section 1962(d), please answer the following questions.

A. Locate the name of each defendant that the plaintiffs have proven by a preponderance of the evidence violated RICO section 1962(d) and write next that defendant's name the name(s) of the individual(s) with whom the defendant conspired.

| | |
|---|---|
| Leonard A. Fasano | C. Flanagan, T. Bainer, T&P, S. Prymas, FIL LLC |
| Todd R. Bainer | C. Flanagan, L. Fasano, S. Prymas, T&P |
| Stanley F. Prymas | C. Flanagan, T. Bainer, L. Fasano, T&P |
| Thompson & Peck, Inc. (T&P) | C. Flanagan, S. Prymas, T. Bainer, L. Fasano |
| Fasano, Ippolito & Lee, LLC (FIL LLC) | C. Flanagan, L. Fasano |

B. Locate the name of each of the defendant that the plaintiffs have proven by a preponderance of the evidence violated RICO section 1962(d) and indicate on the grid which scheme that defendant conspired in:

| | Settlement Proceeds Scheme | Checking Account Scheme | Shifting Stock Scheme | Bankruptcy Fraud Scheme |
|---|---|---|---|---|
| Leonard A. Fasano | Yes | Yes | Yes | Yes |
| Todd R. Bainer | Yes | No | Yes | No |
| Stanley F. Prymas | Yes | No | Yes | No |
| Thompson & Peck | Yes | No | Yes | No |
| Fasano, Ippolito, & Lee, LLC | Yes | Yes | Yes | Yes |

2

3.  RICO Damages

If you have awarded RICO damages, please indicate the amount of lost debt damages and the amount of collection expense damages.

Lost Debt Damages: __—0—__

Collection Expense Damages: __$500,000__

Dated at Hartford, Connecticut this __10__ day of June, 2005.

_____
Foreperson

3