UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and | § | No. 3:01CV531(AVC) |
| **D.A.N. JOINT VENTURE,** | | |
| **A LIMITED PARTNERSHIP,** | § | |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.,** | § | November 9, 2005 |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' AMENDED
AND CORRECTED RESPONSE TO DEFENDANTS' JOINT MOTION
FOR JUDGMENT AS A MATTER OF LAW**

1.  Plaintiffs' Response to Defendants' Joint Motion for Judgment as a Matter of Law ("Plaintiffs' Response") was due on November 7, 2005.

2.  By the afternoon of November 7th Plaintiffs' lead counsel, F. Dean Armstrong, was well on his way toward the completion of Plaintiffs' Response, and fully expected to have that response e-mailed to co-counsel Sabia & Hartley in Hartford for filing by 3:30 p.m. on November 7th. However, at approximately 2 p.m. a document that was e-mailed from the Sabia & Hartley firm was incorporated into the third draft of Plaintiffs' Response. For whatever reason, the incorporation of that Sabia & Hartley document into the third draft of Plaintiffs' Response caused the computer to crash, and the computer would not allow the third draft of Plaintiffs' Response

to be saved, copied, printed or e-mailed to the Sabia & Hartley firm for filing.  (See attached affidavit of F. Dean Armstrong)

　　　3.　　The computer was then manually shut down and restarted. Microsoft Office software was then reloaded on the computer.  However, this process took approximately an hour, and, unbeknownst to Plaintiffs' lead counsel at that time, the changes and modifications from the second draft of Plaintiffs' Response into the third draft of Plaintiffs' Response were deleted when the computer crashed.  Before the close of business on November 7th, Plaintiffs' lead counsel e-mailed Plaintiffs' Response to Mary Anne Charron, Esq., David Hill, Esq., Barbara Cox, Esq. and Bradley Wolfe, Esq.  It was noticed later that evening, however, that many of the changes and corrections from the second draft to the third draft had not been incorporated into the copy of Plaintiffs' Response which was e-mailed to counsel for the Defendants.  (Id.)

　　　4.　　Plaintiffs' lead counsel has now made the corrections and changes to Plaintiffs' Response, and incorporated those corrections and changes into Plaintiffs' Amended Response to Defendants' Joint Motion for Judgment as a Matter of Law ("Plaintiffs' Amended Response").  A considerable portion of Plaintiffs' Amended Response contains the changes and additions that were deleted from Plaintiffs' third draft of Plaintiffs' Response.  There are, however, some additional citations and

additional sentences and paragraphs added to Plaintiffs' Amended Response which were not part of the prior third draft.

5.   Although Rule 15(a), Fed.R.Civ.P., appears to authorize the filing of an amended pleading as a matter of course at any time before a responsive pleading is served, Plaintiffs thought it best to seek leave of court to file Plaintiffs' Amended Response because that amended response does not simply correct prior deletions and prior typographical errors, but also includes a few additional citations and a few additional sentences and paragraphs.

6.   No party will suffer any harm or prejudice should the Court grant the requested relief as Plaintiffs are more than willing to grant any Defendant herein additional time to respond as necessary.  Further, good cause has been shown for the filing of Plaintiffs' Amended Response and, pursuant to Rule 15(a), leave to amend a pleading "shall be freely given when justice so requires."

## **PRAYER**

Plaintiffs respectfully request that the Court grant this Motion, and accord Plaintiffs leave to file Plaintiffs' Amended Response to Defendants' Joint Motion for Judgment for a Matter of Law, a copy of which is submitted with this Motion.

                                          Respectfully submitted,
                                          ARMSTRONG LAW FIRM

DATED: November 9, 2005.          By_____
                                            F. Dean Armstrong
                                            Ct. Fed. Bar #CT22417
                                        1324 Dartmouth Road
                                        Flossmoor, IL 60422
                                        (708) 798-1599
                                        Fax (708) 798-1597

                                        Edward C. Taiman, Esq.
                                        SABIA & HARTLEY, LLC
                                        190 Trumbull Street
                                        Suite 202
                                        Hartford, CT 06103-2205
                                        (860) 541-2077
                                        Fax (860) 713-8944

                                        Attorneys for Plaintiffs
                                        The Cadle Company and
                                        D.A.N. Joint Venture,
                                        A Limited Partnership

### Certificate of Conference

    I certify that on November 9, 2005 the undersigned attempted to speak with Attorney Barbara Cox, counsel for Defendants Stanley F. Prymas and Thompson & Peck, Inc., but she was not available to take the call, and did not return my call before the time that this Motion was submitted to the Court.


                                        _____
                                        F. Dean Armstrong

-5-

**<u>Certificate of Service</u>**

    I certify that a correct copy of the foregoing instrument was mailed on November 9, 2005 to all defense counsel as shown on the attached Service List.

                                                   _____
                                                   F. Dean Armstrong