FILED

2005 NOV 10 A 10: 23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | NOVEMBER 8, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S
### MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM

On November 7, 2005, at approximately 7:15 p.m., counsel for defendants Todd R. Bainer and Todd R. Bainer, LLC (herein "Bainer") received via facsimile a 76 page Reply to Defendants' Joint Motion for Judgment as a Matter of Law. Included in plaintiffs' attack on the Joint Motion for Judgment was a claim that said Motion, timely filed at the conclusion of the trial, failed to specifically cite to the record of the case. Plaintiffs are fully aware, of course, at that time, the transcript was not complete. Plaintiffs' own motions for extensions of time to November 7, 2005 in fact state that transcript had not been received.

Therefore, to adequately reply to plaintiffs' Reply Memorandum and to support the original Memorandum with added detail, Bainer hereby requests an extension of time up to and including December 2, 2005 to file a reply brief.

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361            Facsimile (860) 525-4849                                Juris No. 24029

This is the first request for an extension of time to file a Reply Memorandum. Counsel for Plaintiffs does not object to this Motion. The Motion is supported by counsel for other defendants.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By _____
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on November 8, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Roger J. Frechette, Esquire
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511

_____
R. Bradley Wolfe

ODMA\PCDOCS\DOCS\405762\1