UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | NOVEMBER 10, 2005 |

### DEFENDANTS' OBJECTION TO (1) PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND (2) MOTION TO FILE AN AMENDED MEMORANDUM

Defendants Todd L. Bainer and Todd L. Bainer, P.C. object to both the Motion for Extension of Time and the Motion to File an Amended Memorandum filed by plaintiffs. This is a continuing course of conduct of plaintiff, who repeatedly has filed late pleadings which apparently were only draft form, that are then amended, sometimes substantively, after the filing deadlines set by the Court.

The trial of this case concluded in June. Defendants' claim that there should be a judgment entered for them as a matter of law has been made both verbally at trial and by the joint memorandum, as ordered by the Court, which was filed in a timely manner within two weeks of the trial and before transcript was delivered. There is no excuse for plaintiffs' conduct in filing these motions in flagrant disregard of the deadlines set by the Court.

The allowance of the late filing will cause added work for the Bainer defendants who now must, in detail, examine the two pleadings to determine what changes occurred, must file additional papers, and, not knowing which pleading requires a detailed response, must spend added time and money to prepare and file added pleadings.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By _____
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on November 8, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Roger J. Frechette, Esquire
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511

Jeffrey F. Lahr, Esquire
Del Sole & Del Sole, L.L.P.
46 South Whittlesey Avenue
Wallingford, CT  06492

_____
R. Bradley Wolfe

ODMA\PCDOCS\DOCS\405762\1