OICV531
FILED       mt Next

2005 NOV 10  A 10: 23



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | NOVEMBER 8, 2005 |
| Defendants | : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S
### MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM

On November 7, 2005, at approximately 7:15 p.m., counsel for defendants Todd R.

Bainer and Todd R. Bainer, LLC (herein "Bainer") received via facsimile a 76 page Reply to

Defendants' Joint Motion for Judgment as a Matter of Law.  Included in plaintiffs' attack on the

Joint Motion for Judgment was a claim that said Motion, timely filed at the conclusion of the

trial, failed to specifically cite to the record of the case.   Plaintiffs are fully aware, of course, at

that time, the transcript was not complete.  Plaintiffs' own motions for extensions of time to

November 7, 2005 in fact state that transcript had not been received.

Therefore, to adequately reply to plaintiffs' Reply Memorandum and to support the

original Memorandum with added detail, Bainer hereby requests an extension of time up to and

including December 2, 2005 to file a reply brief.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361                    FACSIMILE (860) 525-4849                    JURIS No. 24029

November 14, 2005.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.