UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | NOVEMBER 16, 2005 |

### MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM BY THE FASANO DEFENDANTS

The Fasano defendants hereby move for an extension of time up to and including December 2, 2005 to file their reply brief to Plaintiffs' Memoranda in Opposition.  First, the Fasano defendants join in the Motion for Extension of Time filed by the Bainer defendants, which motion is dated November 8, 2005.  Second, the court should note that plaintiffs took 4½ months to file their responsive pleadings, however, defendants are merely seeking 25 days to respond.  Third, Plaintiffs have filed a number of pleadings to which responses are needed including but not limited to the following:

    a.    Plaintiffs' Response to Defendants' Joint Motion for Judgment as a Matter of Law dated November 7, 2005;

    b.    Motion to Strike Defendants' Motion for New Trial dated November 7, 2005;

    c.    a Motion for One Day Extension of Time Nunc Pro Tunc dated November 8, 2005;

    d.    Motion for Leave to File Amended and Corrected Response to Motion for Judgment as a Matter of Law dated November 9, 2005;

    e.    Plaintiffs' Amended Response to Defendants' Joint Motion for Judgment as a Matter of Law.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Lastly, this request is the first request for additional time filed by the defendants. Counsel for plaintiffs does not object to the granting of this Motion.

        Respectfully submitted,

        DEFENDANTS,
        LEONARD A. FASANO
        FASANO, IPPOLITO & LEE, LLC

By_____
        David G. Hill of
        HALLORAN & SAGE LLP
        Fed. Bar No. ct13435
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103
        Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

This is to certify that on this 16th day of November 2005, I hereby mailed or hand delivered a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas
& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
**For Defendant Todd R. Bainer**

Roger J. Frechette, Esq.
Frechette & Frechette
12 Trumbull Street
New Haven, CT  06511
**For Defendant Leonard Fasano**

_____
David G. Hill

758035v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 3 -

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105