UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | NOVEMBER 16, 2005 |

### OBJECTION BY FASANO DEFENDANTS TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND MOTION TO FILE AMENDED MEMORANDUM

The Fasano defendants hereby object to Plaintiffs' Motion for Extension of Time and Motion to File Amended Memorandum. At the outset, the Court should know that the defendants rarely object to such a request, however, in this instance, an objection is warranted. Plaintiffs' have repeatedly failed to follow rules of procedure and/or violated this Court's orders. In fact, if the court wishes, defendants will cite each and every instance of Plaintiffs' last-minute and bizarre excuses for filing late pleadings. Suffice it to say, we've seen it all – from personal problems to printer problems, from computer crashes to misplaced documents, and from travel problems to time management problems. Indeed, during a conference call on November 3, 2005 (4 days before Plaintiffs' brief was due), defense counsel joked about whether Plaintiffs had the audacity to assert yet another excuse for filing a late pleading. Incredibly, they did. In fact, if the court reviews its file, it will see a number of those excuses. Defendants will gladly supplement this objection to alert the Court to more excuses. For these reasons, the additional time should not be allowed, nor should the amended pleading.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Additionally, if the court does not wish to review the history of Plaintiffs' behavior, the Court need look no further than Plaintiffs' actions since the end of trial.

a. Defendants' filed a Joint Motion for New Trial and Motion for Judgment within ten days of trial, on June 24, 2005;

b. on July 13, 2005, the day before their reply was due, Plaintiffs' sought an extension to respond, as they wanted to review the transcript before they filed their objection;

c. the Fasano defendants did not object to this reasonable request, although they felt the amount of time sought – 21 days from delivery of the transcript – was excessive;

d. the transcript was delivered to all parties on August 24, 2005, 21 days from which was September 14, 2005;

e. however, plaintiffs did not respond by September 14, 2005; instead, on September 15, 2005, the day after their deadline expired, they requested another extension of time; additionally, they did not do so nunc pro tunc;

f. moreover, Plaintiffs asserted a reason – they allegedly did not have the entire transcript – that was not true; they also waited until 3:42 p.m. on the day their brief was due to alert counsel they did not have the entire transcript;

g. the next deadline of November 7 came and went with no word from Plaintiffs; at 6:00 p.m. that evening, Plaintiffs e-mailed a copy of their Response to defense counsel; there was no mention of any computer problems or computer crashes, only an e-mail from counsel attaching the brief;

h. however, on November 8, the day after their deadline expired, Plaintiffs' counsel e-mailed defense counsel at 11:49 a.m. (18 hours after they e-mailed their brief to counsel) to alert them to their computer problems;

i. unfortunately, Plaintiffs' curious behavior did not end there; on November 8, Plaintiffs requested a one-day extension to allow them to file their brief on November 8 nunc pro tunc; however, the next day, November 9, at 9:22 p.m., counsel apparently learned that the brief they filed on November 8 was

- 2 -

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

a rough draft, not the final draft, therefore, counsel sought to file an amended pleading;

j.  by this time, defense counsel had already spent almost 14 hours reading, researching and digesting a pleading that is now apparently moot (if the court allows the amended pleading).

Again, if these acts were an isolated incident, the Fasano defendants would not object. However, they are anything but isolated; in fact, they have become a predictable pattern of behavior that defense counsel predicted 4 days before they occurred. Thus, they should no longer be tolerated, and Plaintiffs' late pleadings should not be allowed.

Respectfully submitted,

DEFENDANTS,
LEONARD A. FASANO
FASANO, IPPOLITO & LEE, LLC

By_____
    David G. Hill of
    HALLORAN & SAGE LLP
    Fed. Bar No. ct13435
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Their Attorneys

- 3 -



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 16th day of November 2005, I hereby mailed or hand delivered a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT 06509-1925
**For Defendant Stanley Prymas**
**& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405
**For Defendant Todd R. Bainer**

Roger J. Frechette, Esq.
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511
**For Defendant Leonard Fasano**

_____
David G. Hill

758032v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 4 -

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105