UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 |
|    Plaintiffs : | (AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | November 15, 2005 |
|    Defendants : | |

## MOTION FOR JOINDER

Defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move to join and be included in defendants Todd R. Bainer and Todd R. Bainer, LLC's Motion for Extension of Time to File Reply Memorandum dated November 8, 2005 and objection dated November 10, 2005.

In addition to the reasons stated in the Bainer defendants' motion, plaintiff has subsequently filed a "corrected" response to defendants' post trial motions, which was e-mailed to the undersigned counsel at 9:20 p.m. on November 9, 2005 and not received by the undersigned until November 10, 2005.

WHEREFORE, defendants Stanley F. Prymas and Thompson & Peck request a similar extension of time, to and including December 2, 2005 to file a reply brief.

                              Respectfully submitted,

                              DEFENDANTS, STANLEY F. PRYMAS and
                                  THOMPSON & PECK, INC.

BY: _____
     Barbara L. Cox
     Federal Bar #ct08523
     The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
     New Haven, CT  06509
Tel:  203-624-4165

1

Fax: 203-865-5598

### *CERTIFICATION OF SERVICE*

  This is to certify that a copy of the foregoing was hand delivered or mailed on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill.  60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

                _____
                BARBARA L. COX