UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | DECEMBER 1, 2005 |

**<u>MOTION FOR EXTENSION OF TIME</u>**

The Fasano defendants hereby move for an extension of time to respond to Plaintiffs' Response to Joint Motion for Judgment, Plaintiffs' Amended Response to Defendants' Joint Motion and Plaintiffs' Motion to Strike, all of which were filed after the court-ordered deadline. Defendants have objected to these filings and await the Court's decision as to whether it will accept any of the late pleadings, and if so, which ones the Court will accept. As a result, Defendants request 7 days from the date this Court rules on whether it will accept Plaintiffs' late pleadings.

The Court will recall that Plaintiffs missed their deadline for filing their opposition to Defendants Rule 50 Motion and Rule 59a Motion. They did so despite having 4+ months and several extensions to do so. On November 8, 2005, the day after the deadline, Plaintiffs sought to file their pleadings nunc pro tunc. Each of the Defendants objected, primarily because the purported reason for missing the deadline – a computer crash – was yet another excuse in a series of bizarre excuses throughout this case. On November 9, two days after the deadline, Plaintiffs sought leave to file

10361.0088

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

an amended response, as their original filing of November 8 was apparently only a draft copy, not their final version. Again, each of the Defendants objected.

In short, Defendants are prepared to file reply briefs if necessary. However, they cannot do so until they know if the Court will accept Plaintiffs late pleadings. Therefore, a limited extension of time is sought – 7 days from the date this Court rules on whether it will accept Plaintiffs' late pleadings.

Respectfully submitted,

DEFENDANTS,
LEONARD A. FASANO
FASANO, IPPOLITO & LEE, LLC


By_____
   David G. Hill of
   HALLORAN & SAGE  LLP
   Fed. Bar No. ct13435
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 1st day of December 2005, I hereby mailed or hand delivered a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.,
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT  06103-2205
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925
**For Defendant Stanley Prymas**
**& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
**For Plaintiffs The Cadle Company &**
**D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT  06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT  06405
**For Defendant Todd R. Bainer**

Roger J. Frechette, Esq.
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511
**For Defendant Leonard Fasano**

_____
David G. Hill

763857v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 3 -

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105