UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiffs | : <br> : <br> : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : <br> : | |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | : <br> : | DECEMBER 2, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC AND STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME

The defendants Todd R. Bainer and Todd R. Bainer, LLC and Stanley F. Prymas, Thompson & Peck, Inc. hereby move for an extension of time to respond to plaintiffs' Response to Joint Motion for Judgment, plaintiffs' Amended Response to Defendants' Joint Motion and plaintiffs' Motion to Strike, all of which were filed after the court-ordered deadline. Defendants have objected to these filings and await the Court's decision as to whether it will accept any of the late pleadings, and if so, which ones the Court will accept. As a result, defendants request seven (7) days from the date this Court rules on whether it will accept plaintiffs' late pleadings.

The Court will recall that plaintiffs missed their deadline for filing their opposition to Defendants Rule 50 Motion and Rule 59a Motion. They did so despite having 4+ months and

1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361        FACSIMILE (860) 525-4849        JURIS NO. 24029

several extensions to do so. On November 8, 2005, the day after the deadline, plaintiffs sought to file their pleadings nunc pro tunc. Each of the defendants objected, primarily because the purported reason for missing the deadline – a computer crash – was yet another excuse in a series of bizarre excuses throughout this case. On November 9, two days after the deadline, plaintiffs sought leave to file an amended response, as their original filing of November 8 was apparently only a draft copy, not their final version. Again, each of the defendants objected.

In short, defendants are prepared to file reply briefs if necessary. However, they cannot do so until they know if the Court will accept plaintiffs' late pleadings. Therefore, a limited extension of time is sought – 7 days from the date this Court rules on whether it will accept plaintiffs' late pleadings.

Defendant's counsel has spoken to Attorney Edward Taiman, who does not object to the filing of this motion.

2

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361          Facsimile (860) 525-4849          Juris No. 24029

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By _____
    R. BRADLEY WOLFE
    Federal Bar No. ct04332
    GERALD R. SWIRSKY
    Federal Bar No. ct05574
    MARY ANNE A. CHARRON
    Federal Bar No. ct02274
    Gordon, Muir and Foley, LLP
    Ten Columbus Boulevard
    Hartford, CT 06106-1976
    Telephone (860) 525-5361
    Facsimile (860) 525-4849

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS No. 24029

DEFENDANTS: STANLEY F. PRYMAS
AND THOMPSON & PECK, INC.

By _____
WILLIAM F. GALLAGHER
Federal Bar No. ct04147
BARBARA L. COX
Federal Bar No. ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT 06590
Telephone (203) 624-4165
Facsimile (203) 865-5598

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on December 2, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Roger J. Frechette, Esquire
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511

_____
MARYANNE A. CHARRON

::ODMA\PCDOCS\DOCS\407484\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361   FACSIMILE (860) 525-4849   JURIS NO. 24029