UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 17 A 10: 55
DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : Case No. 3:01-CV 531<br>: (AVC) |
| VS. | : |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : May 16, 2005<br>: |

### SUPPLEMENT TO DEFENDANTS
### STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S
### MOTION FOR CONTINUANCE OF TRIAL DATED 5/13/05

The defendants Stanley F. Prymas and Thompson & Peck, Inc. hereby supplement their motion for a 90-day continuance of the trial date in this matter for the following additional reason:

1. In opposition to defendants' motions for summary judgment, the plaintiffs offered Exhibit Q, an affidavit of Charles Flanagan, containing statements that directly contradicted his previous sworn deposition testimony.

2. The statements in plaintiffs' Exhibit Q directly contradict Flanagan's sworn testimony at his deposition in August, 2001 (see attached), in which he testified that he did not know when Prymas or Bainer became aware of the Court's orders and, further, did not know, as of the date of his testimony, whether Prymas was aware of the orders.

3. Defendants require additional time to conduct discovery with respect to the new and contradictory testimony, particularly Flanagan's new statements that defendants Prymas and Bainer "were informed" of the Court's orders in Cadle I prior to the placement of the restrictive legend on the stock.

December 12, 2005. DENIED AS MOOT.
SO ORDERED.
Alfred V. Covello, U.S.D.J.