

United States District Court
District of Connecticut
FILED AT HARTFORD
6/6/05
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

THE CADLE COMPANY, ET AL             :     CIVIL ACTION NO.
    Plaintiffs                            :     3:01CV531(AVC)
                                      :
VS.                                   :
                                      :
                                      :
CHARLES A. FLANAGAN, ET AL            :     JUNE 6, 2005
    Defendants

## REQUEST TO TAKE JUDICIAL NOTICE

Defendants Stanley F. Prymas and Thompson & Peck, Inc., request,
pursuant to F.R. Evid. 201, that the Court take judicial notice of the following
facts and instruct the jury accordingly

1. The federal court clerk is responsible for sending notice of the court's
orders and rulings to parties and counsel of record. F.R. Civ. P. 77(d).

2. The clerk's office sends notice of the judge's rulings to counsel of record
and pro se parties who have filed an appearance in the case.

3. Thompson & Peck, Inc. was not a party to Cadle v. Flanagan I
(underlying debt collection vs Flanagan).

4. There was no appearance in the court's file on behalf of T&P.

5. There was no special instruction to the clerk from the judge to send
notice of the court's ruling on the turnover order, (even though the turnover order
was directed to Flanagan and Thompson & Peck, Inc.)

*Granted to the extent reflected in the transcript of trial.*

*Alfred V. Covello, U.S.D.J.*

*December 12, 2005.*
*SO ORDERED.*

1