

557

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | : | JUNE 24, 2005 |

### MOTION FOR PERMISSION TO FILE BRIEF IN EXCESS OF 40 PAGES

Pursuant to Local Rule 7(a)2 of the Rules of Civil Procedure, the defendants Todd R. Bainer and Todd R. Bainer, LLC, on behalf of all defendants, respectfully request permission to file a Joint Memorandum in Support of their Motions to Set Aside Verdict and for Judgment as a Matter of Law that is in excess of 40 pages.

The joint pleading contains portions that are both common to all defendants and unique to some, based on the Jury Verdict of June 10, 2005. The added length, some four pages will enable the defendants to present one document to the Court and plaintiffs.

December 12, 2005.  GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361    Facsimile (860) 525-4849    Juris No. 24029