595+596 

FILED
2005 NOV -7 P 3: 26

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
| Defendants. | : | NOVEMBER 7, 2005 |

**PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' MOTION FOR NEW TRIAL AND
PLAINTIFFS' BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION FOR NEW TRIAL
AND/OR MOTION FOR REMITTITUR**

**I.  DEFENDANTS' MOTION TO DISMISS SHOULD BE STRICKEN IN ITS ENTIRETY BECAUSE DEFENDANTS FAILED TO MAKE ANY SPECIFIC REFERENCES TO THE TRANSCRIPT.**

Defendants raised numerous alleged errors at trial upon which they based their motion for a new trial. Conspicuously absent from their Motion and Brief, however, was any specific references to the trial transcript. Plaintiffs and this Court, therefore, are left to hunt through thousands of pages of transcripts to find references that Defendants might believe support their claims. Plaintiffs have been highly prejudiced by Defendants' failure to reference the specific portions of the transcripts that they believe support their arguments. While Plaintiffs have attempted to address as many of the allegations as possible in this Memorandum, they have been unable to locate all the references, and therefore, have not been able to address all of the

SABIA & HARTLEY, LLC   |   190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
ATTORNEYS AT LAW       |   tel 860.541.2077   fax 860.713.8944   www.sabiahart.com

*[Margin annotation, left side, rotated:]* December 12, 2005. The motion is denied to the extent it seeks to strike the motion for a new trial. SO ORDERED. Alfred V. Covello, U.S.D.J.