FILED

2005 NOV -8  P 2: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : CIVIL ACTION NO.<br>: 3:01CV531(AVC) |
| vs. | : |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | :<br>: NOVEMBER 8, 2005 |

## MOTION FOR ONE DAY EXTENSION OF TIME NUNC PRO TUNC

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, L.P., hereby request a one day extension of time on a nunc pro tunc basis within which to file their Response to Defendants' Joint Motion for Judgment As a Matter of Law ("Response"). The reason for the requested relief is that on November 7, 2005, Attorney F. Dean Armstrong's computer crashed while attempting to incorporate written argument and authorities emailed by Plaintiffs' local counsel. See, Affidavit of Attorney F. Dean Armstrong, filed concurrently herewith. In support thereof, Plaintiffs state the following:

1. This Court previously entered an order extending the time until November 7, 2005 for the Plaintiffs to respond to Defendants' Joint Motion for Judgment as a Matter of Law. Therefore, this is the Plaintiffs second such request for an extension.

2. Plaintiffs seek a one-day extension of time because on November 7, 2005, the computer used by Plaintiffs' lead counsel, Attorney F. Dean Armstrong, crashed while attempting to incorporate portions of an argument and other legal authorities emailed to him by

December 12, 2005. GRANTED.
SO ORDERED.    Alfred V. Covello, U.S.D.J.

SABIA & HARTLEY, LLC | 190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
ATTORNEYS AT LAW     | tel 860.541.2077   fax 860.713.8944   www.sabiahart.com