

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY and §        No. 3:01CV531(AVC)
D.A.N. JOINT VENTURE,
A LIMITED PARTNERSHIP, §

    Plaintiffs, §

vs. §

CHARLES A. FLANAGAN, et al., §        November 9, 2005

    Defendants. §

**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' AMENDED**
**AND CORRECTED RESPONSE TO DEFENDANTS' JOINT MOTION**
**FOR JUDGMENT AS A MATTER OF LAW**

1.    Plaintiffs' Response to Defendants' Joint Motion for Judgment as a Matter of Law ("Plaintiffs' Response") was due on November 7, 2005.

2.    By the afternoon of November 7th Plaintiffs' lead counsel, F. Dean Armstrong, was well on his way toward the completion of Plaintiffs' Response, and fully expected to have that response e-mailed to co-counsel Sabia & Hartley in Hartford for filing by 3:30 p.m. on November 7th.   However, at approximately 2 p.m. a document that was e-mailed from the Sabia & Hartley firm was incorporated into the third draft of Plaintiffs' Response.  For whatever reason, the incorporation of that Sabia & Hartley document into the third draft of Plaintiffs' Response caused the computer to crash, and the computer would not allow the third draft of Plaintiffs' Response

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street    Suite 202    Hartford, CT 06103-2205
tel 860.541.2077    fax 860.713.8944    www.sabiahart.com

*(left margin, rotated)* December 12, 2005.  GRANTED.
-SO ORDERED.
Alfred V. Covello, U.S.D.J.