FILED

2005 DEC -1  P 12:57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | DECEMBER 1, 2005 |

## MOTION FOR EXTENSION OF TIME

The Fasano defendants hereby move for an extension of time to respond to Plaintiffs' Response to Joint Motion for Judgment, Plaintiffs' Amended Response to Defendants' Joint Motion and Plaintiffs' Motion to Strike, all of which were filed after the court-ordered deadline. Defendants have objected to these filings and await the Court's decision as to whether it will accept any of the late pleadings, and if so, which ones the Court will accept. As a result, Defendants request 7 days from the date this Court rules on whether it will accept Plaintiffs' late pleadings.

The Court will recall that Plaintiffs missed their deadline for filing their opposition to Defendants Rule 50 Motion and Rule 59a Motion. They did so despite having 4+ months and several extensions to do so. On November 8, 2005, the day after the deadline, Plaintiffs sought to file their pleadings nunc pro tunc. Each of the Defendants objected, primarily because the purported reason for missing the deadline – a computer crash – was yet another excuse in a series of bizarre excuses throughout this case. On November 9, two days after the deadline, Plaintiffs sought leave to file

December 12, 2005.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105