FILED

2005 NOV 18 A 11: 32

603

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET. AL. | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | NOVEMBER 16, 2005 |

### MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM BY THE FASANO DEFENDANTS

The Fasano defendants hereby move for an extension of time up to and including December 2, 2005 to file their reply brief to Plaintiffs' Memoranda in Opposition. First, the Fasano defendants join in the Motion for Extension of Time filed by the Bainer defendants, which motion is dated November 8, 2005. Second, the court should note that plaintiffs took 4½ months to file their responsive pleadings, however, defendants are merely seeking 25 days to respond. Third, Plaintiffs have filed a number of pleadings to which responses are needed including but not limited to the following:

a. Plaintiffs' Response to Defendants' Joint Motion for Judgment as a Matter of Law dated November 7, 2005;

b. Motion to Strike Defendants' Motion for New Trial dated November 7, 2005;

c. a Motion for One Day Extension of Time Nunc Pro Tunc dated November 8, 2005;

d. Motion for Leave to File Amended and Corrected Response to Motion for Judgment as a Matter of Law dated November 9, 2005;

e. Plaintiffs' Amended Response to Defendants' Joint Motion for Judgment as a Matter of Law.

December 12, 2005.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105