**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
| Plaintiffs | : | (AVC) |
| | : | 2005 NOV 21  A II: 19 |
| VS. | : | |
| | : | DISTRICT COURT |
| | : | HARTFORD, CT. |
| CHARLES A. FLANAGAN, ET AL | : | November 15, 2005 |
| Defendants | : | |

## MOTION FOR JOINDER

Defendants Stanley F. Prymas and Thompson & Peck, Inc. respectfully move to join and be included in defendants Todd R. Bainer and Todd R. Bainer, LLC's Motion for Extension of Time to File Reply Memorandum dated November 8, 2005 and objection dated November 10, 2005.

In addition to the reasons stated in the Bainer defendants' motion, plaintiff has subsequently filed a "corrected" response to defendants' post trial motions, which was e-mailed to the undersigned counsel at 9:20 p.m. on November 9, 2005 and not received by the undersigned until November 10, 2005.

WHEREFORE, defendants Stanley F. Prymas and Thompson & Peck request a similar extension of time, to and including December 2, 2005 to file a reply brief.

Respectfully submitted,

DEFENDANTS, STANLEY F. PRYMAS and
THOMPSON & PECK, INC.

BY: _____
Barbara L. Cox
Federal Bar #ct08523
The Gallagher Law Firm
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509
Tel:  203-624-4165
Fax:  203-865-5598

*Alfred V. Covello, U.S.D.J.*

*2005 DEC 12  P 1:08*

*December 12, 2005.  GRANTED.*
*SO ORDERED.*

1