608

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | DECEMBER 2, 2005 |
| Defendants | : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC AND STANLEY F. PRYMAS AND THOMPSON & PECK, INC.'S MOTION FOR EXTENSION OF TIME

The defendants Todd R. Bainer and Todd R. Bainer, LLC and Stanley F. Prymas, Thompson & Peck, Inc. hereby move for an extension of time to respond to plaintiffs' Response to Joint Motion for Judgment, plaintiffs' Amended Response to Defendants' Joint Motion and plaintiffs' Motion to Strike, all of which were filed after the court-ordered deadline. Defendants have objected to these filings and await the Court's decision as to whether it will accept any of the late pleadings, and if so, which ones the Court will accept. As a result, defendants request seven (7) days from the date this Court rules on whether it will accept plaintiffs' late pleadings.

The Court will recall that plaintiffs missed their deadline for filing their opposition to Defendants Rule 50 Motion and Rule 59a Motion. They did so despite having 4+ months and

December 12, 2005.  GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

1