UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>PLAINTIFFS | : | CIVIL NO. 3:01CV531(AVC) |
| VS. | : | |
| CHARLES FLANAGAN, ET AL<br>DEFENDANTS | : | DECEMBER 19, 2005 |

<u>MOTION TO FILE SUPPLEMENTAL MOTION
TO SET ASIDE THE "COLLECTION EXPENSE DAMAGES
$500,000.00", AND ENTER JUDGMENT IN FAVOR
OF LEONARD A. FASANO</u>

The defendant Leonard A. Fasano, through counsel, respectfully moves for permission to file the attached "supplemental motion to set aside the "collection expense damages, $500,000.00" and enter judgment in favor of Leonard A. Fasano". Co-counsel for the defendant Leonard A. Fasano consents to the granting of this motion and joins in said motion.

                                                RESPECTFULLY SUBMITTED,
                                                LEONARD A. FASANO

BY     */s/ Roger J. Frechette*
            ROGER J. FRECHETTE, ESQ. (CT0823)
            ITS COUNSEL
            FRECHETTE & FRECHETTE, ESQS.
            12 TRUMBULL STREET
            NEW HAVEN, CT 06511
            TEL. NO. 203-865-2133
            FACSIMILE NO. 203-562-6932

ARGUMENT REQUESTED
NO TESTIMONY

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage pre-paid on this 19th day of December, 2005 to:

David G. Hill, Esq.
June M. Sullivan
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06106

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.
Sabla & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 60509-1925

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
60 Island Avenue
Madison, CT 06443

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405

_____
Roger J. Frechette