UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | : | DECEMBER 23, 2005 |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION TO JOIN IN WITH DEFENDANTS LEONARD A. FASANO AND FASANO, IPPOLITO & LEE, LLC'S MOTION TO FILE SUPPLEMENTAL MOTION TO SET ASIDE THE "COLLECTION EXPENSE DAMAGES $500,000.00

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby joins in to defendants Leonard A. Fasano, Fasano, Ippolito & Lee, LLC's Motion to File Supplemental Motion to Set Aside the Collection Expense Damages $500,000.00" and Enter Judgment in Favor of Leonard A. Fasano for the same grounds and for the same reasons as outlined in defendants Leonard A. Fasano, Fasano, Ippolito & Lee, LLC's Motion to File Supplemental Motion to Set Aside the Collection Expense Damages $500,000.00, dated December 22, 2005.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.


By _____
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on December 23, 2005:

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Roger J. Frechette, Esquire
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511

_____
MARY ANNE A. CHARRON

:ODMA\PCDOCS\DOCS\408722\1