UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>PLAINTIFFS | : | CIVIL NO. 3:01CV531(AVC) |
| VS. | : | |
| CHARLES FLANAGAN, ET AL<br>DEFENDANTS | : | DECEMBER 19, 2005 |

### MOTION TO FILE SUPPLEMENTAL MOTION TO SET ASIDE THE "COLLECTION EXPENSE DAMAGES $500,000.00", AND ENTER JUDGMENT IN FAVOR OF LEONARD A. FASANO

The defendant Leonard A. Fasano, through counsel, respectfully moves for permission to file the attached "supplemental motion to set aside the "collection expense damages, $500,000.00" and enter judgment in favor of Leonard A. Fasano". Co-counsel for the defendant Leonard A. Fasano consents to the granting of this motion and joins in said motion.

RESPECTFULLY SUBMITTED,
LEONARD A. FASANO

BY _____
ROGER J. FRECHETTE, ESQ. (CT0823)
ITS COUNSEL
FRECHETTE & FRECHETTE, ESQS.
12 TRUMBULL STREET
NEW HAVEN, CT 06511
TEL. NO. 203-865-2133
FACSIMILE NO. 203-562-6932

ARGUMENT REQUESTED
NO TESTIMONY

*January 3, 2006. SO ORDERED. GRANTED. Alfred V. Covello, U.S.D.J.*