FILED
2005 DEC 27 A 11: 27
DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL : | CIVIL ACTION NO. |
| Plaintiffs : | 3:01CV531(AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | DECEMBER 23, 2005 |
| Defendants : | |

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION TO JOIN IN WITH DEFENDANTS LEONARD A. FASANO AND FASANO, IPPOLITO & LEE, LLC'S MOTION TO FILE SUPPLEMENTAL MOTION TO SET ASIDE THE "COLLECTION EXPENSE DAMAGES $500,000.00

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby joins in to defendants Leonard A. Fasano, Fasano, Ippolito & Lee, LLC's Motion to File Supplemental Motion to Set Aside the Collection Expense Damages $500,000.00" and Enter Judgment in Favor of Leonard A. Fasano for the same grounds and for the same reasons as outlined in defendants Leonard A. Fasano, Fasano, Ippolito & Lee, LLC's Motion to File Supplemental Motion to Set Aside the Collection Expense Damages $500,000.00, dated December 22, 2005.

January 3, 2006. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.