

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>PLAINTIFFS | : | CIVIL NO. 3:01CV531(AVC) |
| VS. | : | |
| CHARLES FLANAGAN, ET AL<br>DEFENDANTS | :<br>: | JANUARY 9, 2006 |

DEFENDANT FASANO'S MOTION FOR EXPEDITED ORAL AGRUMENT

The defendant Leonard A. Fasano, through counsel, respectfully moves this Honorable Court to set his MOTION TO FILE SUPPLEMENTAL MOTION TO SET ASIDE THE "COLLECTION EXPENSE DAMAGES, $500,000.00" AND ENTER JUDGMENT IN FAVOR OF LEONARD A. FASANO, dated December 19, 2005, granted by this Honorable Court on January 3, 2006, for expedited oral argument.

It is respectfully represented to this Honorable Court that the narrow issue presented in the aforementioned Motion is dispositive of the instant case, as it mandates that the collection expense damages of $500,000.00 be set aside, and that judgment be entered in favor of all defendants against the plaintiffs.

It is respectfully submitted that in a case where the jury finds "lost debt damages-0-,"

NO ARGUMENT
NO TESTIMONY

then and in that event, because the plaintiffs incurred no loss debt damages, the case law is crystal clear that collection expense damages can not be recovered, and the "Collection Expense Damages - $500,000.00" can not stand, because collection expense damages can not awarded when there is no loss debt damages.

The undersigned does not attempt to interfere with Your Honor's running or scheduling of Your Honor's Court, but is merely a suggestion that the above Motion will expedite, indeed terminate, this Honorable Court's handling of this case.

>                               RESPECTFULLY SUBMITTED,
>                               LEONARD A. FASANO
>
>                  BY          /s/ Roger J. Frechette
>                               ROGER J. FRECHETTE, ESQ. (CT0823)
>                               HIS COUNSEL
>                               FRECHETTE & FRECHETTE, ESQS.
>                               12 TRUMBULL STREET
>                               NEW HAVEN, CT 06511
>                               TEL. NO. 203-865-2133
>                               FACSIMILE NO. 203-562-6932

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage pre-paid on this 9th day of January to:

David G. Hill, Esq.
June M. Sullivan
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06106

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 60509-1925

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
60 Island Avenue
Madison, CT 06443

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123

_____
Roger J. Frechette