UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A . FLANAGAN, ET AL | : | |
| Defendants. | : | JANUARY 18, 2006 |

### PLAINTIFFS' OBJECTION TO FASANO'S
### MOTION FOR EXPEDITED ORAL ARGUMENT

There is no reason to grant an expedited oral argument regarding Defendant Fasano's Supplemental Motion dated December 19, 2005. This Court only granted his Motion to File the Supplemental Motion on January 3, 2006. Plaintiffs have yet to have an opportunity to respond to said Motion and such response, per Local Rule of Civil Procedure 7(a), is not due until January 24, 2006.

In his Motion for Expedited Oral Argument, Defendant Fasano failed to articulate any good cause for an expedited oral argument. As will be further documented when Plaintiffs file their Memorandum of Law in Opposition to Defendant Fasano's Supplemental Motion, the jury's verdict was supported by both the trial record and by the law. Nothing within the law mandates that a RICO jury verdict for collection expense damages be dismissed because the RICO Plaintiffs did not meet their burden of proving lost debt damages. See, e.g. Stochastic Decision, Inc. v.

DiDomerico, 995 F. 2d 1159 (2d Cir.) cert denied, 114 S. Ct. 385 (1993) (upholding an award of collection expense damages even where the were no lost-debt damages).

Finally, Magistrate Judge Smith has scheduled a settlement conference for February 16, 2006. It would not be an efficient utilization of everyone's resources to schedule oral argument before then; the parties should have another opportunity to settle this case.

Defendant Fasano's Motion for Expedited Oral Argument should be denied. Plaintiffs should be given time to properly respond to such motion. After the responses have been received by the Court, it is then the Court's prerogative as to whether to order oral arguments or decide the case on the written memoranda of law.

PLAINTIFFS, THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.

By:_____
        Edward C. Taiman, Jr.
        Sabia & Hartley, LLC
        190 Trumbull Street, Suite 202
        Hartford, CT 06103
        (860) 541-2077
        Fed. Bar No. ct01319

        and

        F. Dean Armstrong, Esq.
        1324 Dartmouth Road
        Flossmoor, IL 60422
        Federal Bar No. ct22417

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed, postage prepaid, U.S. regular mail to all defense counsel on January 18, 2006 as shown on the attached Service List.

Edward C. Taiman, Jr.

E:\WPDOCS\CADLE\Flanagan\RICO\obj_mot_expedited_oral_arg.wpd

## SERVICE LIST

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson
& Peck, Inc.)

David G. Hill, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06443
(counsel for Leonard A. Fasano and
Fasano & Ippolito, LLC)

Roger J. Frechette, Esq.
Frechette & Frechette, Esq.
12 Trumbull Street
New Haven, CT 06511
(counsel for Leonard A. Fasano)

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405