UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>PLAINTIFFS | : | CIVIL NO. 3:01CV531(AVC) |
| VS. | : | |
| CHARLES FLANAGAN, ET AL<br>DEFENDANTS | : | FEBRUARY 2, 2006 |

### DEFENDANT LEONARD A. FASANO'S MOTION FOR PERMISSION TO FILE RESPONSE TO PLAINTIFF'S RESPONSE TO DEFENDANT FASANO'S SUPPLEMENTAL MOTION TO SET ASIDE THE COLLECTION EXPENSE DAMAGES

The Defendant, Leonard A. Fasano, through counsel, respectfully moves this Honorable Court for permission to respond to Plaintiffs' January 24, 2006 Response To Defendant Fasano's Supplemental Motion To Set Aside The Collection Expense Damages, as set forth in the copy attached hereto.

Co-counsel for the Defendant, Leonard A. Fasano consents to the filing of this motion and joins in said motion.

RESPECTFULLY SUBMITTED,
LEONARD FASANO

BY /s/ Roger J. Frechette
ROGER J. FRECHETTE, ESQ. (CT0823)
ITS COUNSEL
FRECHETTE & FRECHETTE, ESQS.
12 TRUMBULL STREET
NEW HAVEN, CT 06511
TEL. NO. 203-865-2133

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this 2nd day of February, 2006 to:

David G. Hill, Esq.
June M. Sullivan
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06106

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.
Sabla & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 60509-1925

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
60 Island Avenue
Madison, CT 06443

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405

_____
Roger J. Frechette

2