UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY, ET AL           :       CIVIL NO. 3:01CV531(AVC)
    PLAINTIFFS

VS.                                :

CHARLES FLANAGAN, ET AL            :
    DEFENDANTS                     :       FEBRUARY 2, 2006

### DEFENDANT LEONARD A. FASANO'S MOTION FOR PERMISSION TO FILE RESPONSE TO PLAINTIFF'S RESPONSE TO DEFENDANT FASANO'S SUPPLEMENTAL MOTION TO SET ASIDE THE COLLECTION EXPENSE DAMAGES

The Defendant, Leonard A. Fasano, through counsel, respectfully moves this Honorable Court for permission to respond to Plaintiffs' January 24, 2006 Response To Defendant Fasano's Supplemental Motion To Set Aside The Collection Expense Damages, as set forth in the copy attached hereto.

Co-counsel for the Defendant, Leonard A. Fasano consents to the filing of this motion and joins in said motion.

February 13, 2006. GRANTED. SO ORDERED.
/s/ Alfred V. Covello, U.S.D.J.

RESPECTFULLY SUBMITTED,
LEONARD FASANO

BY  /s/ Roger J. Frechette
ROGER J. FRECHETTE, ESQ. (CT0823)
ITS COUNSEL
FRECHETTE & FRECHETTE, ESQS.
12 TRUBMULL STREET
NEW HAVEN, CT 06511
TEL. NO. 203-865-2133

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

1