UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, LTD.<br>    Plaintiffs, | : <br> : <br> : <br> : <br> : |
| VS. | :     Civil No. 3:01CV531 (AVC) <br> : |
| CHARLES A. FLANAGAN, ET AL.,<br>    Defendants. | : <br> : <br> : |

## ORDER TO SHOW CAUSE

WHEREAS the defendants have filed a joint motion pursuant to Rule 50 of the Federal Rules of Civil Procedure seeking judgment as a matter of law (document no. 558); and

WHEREAS the plaintiffs have filed a response to that motion and an amended response; and

WHEREAS, the plaintiffs have failed to cite with particularity to evidence in the record that supports a jury finding of close-ended continuity under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 et seq.;

NOW THEREFORE, the plaintiffs are ordered to show cause on or before the close of business on Friday, March 24, 2006, why the defendants' motion for judgment as a matter of law should not be granted. In that submission, the plaintiffs shall cite with particularity to trial evidence supporting their claim of continuity, and shall file the submission as a supplement to their amended response to the defendants' Rule 50 motion.

The defendants shall have to and including the close of

business on March 31, 2006 to file a response to the plaintiffs' supplemental response.

It is so ordered this 21st day of March, 2006, at Hartford, Connecticut.

                                      Alfred V. Covello
                                      United States District Judge