

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY, ET AL : CIVIL NO. 3:01CV531(AVC)
   PLAINTIFFS

VS. :

CHARLES FLANAGAN, ET AL :
   DEFENDANTS : JANUARY 9, 2006

DEFENDANT FASANO'S MOTION FOR EXPEDITED ORAL AGRUMENT

The defendant Leonard A. Fasano, through counsel, respectfully moves this Honorable Court to set his MOTION TO FILE SUPPLEMENTAL MOTION TO SET ASIDE THE "COLLECTION EXPENSE DAMAGES, $500,000.00" AND ENTER JUDGMENT IN FAVOR OF LEONARD A. FASANO, dated December 19, 2005, granted by this Honorable Court on January 3, 2006, for expedited oral argument.

It is respectfully represented to this Honorable Court that the narrow issue presented in the aforementioned Motion is dispositive of the instant case, as it mandates that the collection expense damages of $500,000.00 be set aside, and that judgment be entered in favor of all defendants against the plaintiffs.

It is respectfully submitted that in a case where the jury finds "lost debt damages-0-,"

NO ARGUMENT
NO TESTIMONY

*[Handwritten marginalia: "DENIED. January 12, 2006. SO ORDERED. Alfred V. Covello, U.S.D.J"]*