UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, LTD.<br>　　Plaintiffs, | :<br>:<br>:<br>:<br>: |
| VS. | : Civil No. 3:01CV531 (AVC) |
| CHARLES A. FLANAGAN, ET AL.,<br>　　Defendants. | :<br>:<br>: |

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR JUDGMENT ON JURY VERDICT AND AWARD OF ATTORNEYS' FEES AND ENTRY OF SCHEDULING ORDER**

On August 8, 2005, the plaintiffs filed the instant motion seeking judgment on the jury verdict and an award of attorneys' fees. On August 12, 2005, the court authorized the defendants an extension of time to respond to the motion. That extension consists of 15 days from the date of the court's ruling on the defendants' Rule 50 motion. As the court has rendered its ruling this day on the defendants' Rule 50 motion, the defendants' response to the instant motion is due in 15 days.

In the interest of clarity and, consistent with the Local Rules of this Court, the court shall enter the following scheduling order for briefing on the motion.

1. The defendants' response to the plaintiffs motion for judgment and attorneys' fees shall be due on or before April 21, 2006.

2. The plaintiffs may file a reply brief to the defendants' response on or before May 5, 2006.

3. In the submissions to be filed, the parties are kindly asked to indicate whether they believe an evidentiary hearing will be required to adjudicate the issues

raised therein.

## CONCLUSION

The clerk of the court shall note the above scheduling order and designate the motion for judgment and attorneys' fees (document no. 565) as denied without prejudice to its automatic renewal on April 3, 2006.

It is so ordered this 31st day of March, 2006, at Hartford, Connecticut.

                                                    _____
                                                    Alfred V. Covello
                                                    United States District Judge