01CV531 motion setaside

628

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



T AL.                           :    CIVIL NO. 3:01CV531(AVC)

                                :

AL.
S                               :    DECEMBER 19, 2005

NT LEONARD A. FASANO'S SUPPLEMENTAL
T ASIDE THE "COLLECTION EXPENSE DAMAGES
00" AND ENTER JUDGMENT IN FAVOR OF
LEONARD A. FASANO

ined a judgment against Flanagan in the amount of $90,747.87 on

d that sum with interest to date on November 19, 1998, the total

jury found - - "**lost debt damages –0-.**"  As set forth below, and as

irst National Bank v. Gelt Funding, 27 F. 3d. 763 (1994), and

ce Co. v. Milken, 17 F. 3rd 308 (2nd Cir. 1994) the law is clear that

es, "Collection Expense Damages" without "Lost Debt Damage".

Company sued Charles Flanagan, Civ. No. 3:96cv2648 (AVC) and

t Flanagan in the sum of $90,747.87 on March 20, 1997. On January

n was served on Thompson and Peck, Inc., a company that Flanagan

as. On February 25, 1998, Cadle served Flanagan with a subpoena

1

3:01cv531 (AVC). March 31, 2006. The motion is denied for the same reasons set forth in the court's ruling this day denying the defendants' joint motion for judgment as a matter of law. See the court's March 31, 2006 ruling at page 19.

SO ORDERED.

Alfred V. Covello, U.S.D.J.