UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL : | Case No. 3:01-CV 531 |
|     Plaintiff : |  (AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | MARCH 31, 2006 |
|     Defendants : | |

**DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANTS' JOINT RULE 50 MOTION**

Defendants respectfully move to strike plaintiffs' Supplemental Response to Defendants' Joint Rule 50 Motion, filed March 28, 2006 for the following reasons:

1. Plaintiffs' response is untimely. Plaintiffs were given until March 27, 2006 to file their response in compliance with this Court's Order to Show Cause dated March 21, 2006. Plaintiffs did not file their response until March 28, 2006, and defendants are unaware of any permission obtained from the Court to allow the late filing. Accordingly, plaintiffs' response should be stricken as untimely.

2. Plaintiffs' response does not comply with the Order to Show Cause. The Court ordered the plaintiffs to "cite with particularity to evidence in the record that supports a jury finding of continuity." Order to Show Cause, March 21, 2006. Plaintiffs have failed to cite the Court to evidence supporting the jury's finding of continuity supporting its verdict against the Fasano defendants for the substantive violation under

18 U.S.C. §1962(c),[1] essential to any jury finding of civil liability for conspiracy under §1962(d) against all defendants. Instead, plaintiffs have addressed only the conspiracy claims. See Plaintiffs' Supplemental Response, § III. Plaintiffs' submission does not supply the information required by the Court's Order to Show Cause.

For all the foregoing reasons, plaintiffs' supplemental submission should be stricken and disregarded by the Court.

> Respectfully submitted,
>
> DEFENDANTS,
> LEONARD A. FASANO
> FASANO, IPPOLITO & LEE, LLC
>
>
> By_____
>     David G. Hill of
>     HALLORAN & SAGE LLP
>     Fed. Bar No. ct13435
>     One Goodwin Square
>     225 Asylum Street
>     Hartford, CT 06103
>     Their Attorneys

---

[1] The Court, in its conference call with counsel, indicated that it was primarily concerned with the lack of evidence of closed ended continuity with respect to the jury's verdict on 18 U.S.C. §1962(c) that prompted the Court's Order to Show Cause. Plaintiffs' supplemental submission does not address evidence of closed ended continuity with respect to the verdict on the substantive RICO violation.

2

CERTIFICATION

This is to certify that on this 31st day of March 2006, I hereby mailed or hand delivered a copy of the foregoing to:

| | |
|---|---|
| Edward C. Taiman, Jr., Esq.<br>Sabia & Hartley, LLC<br>190 Trumbull Street, Ste. 202<br>Hartford, CT  06103-2205<br>**For Plaintiffs The Cadle Company &**<br>**D.A.N. Joint Venture, A Limited Partnership** | Barbara L. Cox, Esq.<br>Gallagher & Calistro<br>1377 Ella Grasso Boulevard<br>P. O. Box 1925<br>New Haven, CT  06509-1925<br>**For Defendant Stanley Prymas**<br>**& Thompson & Peck, Inc.** |
| F. Dean Armstrong, Esq.<br>Armstrong Law Firm<br>1324 Dartmouth Road<br>Flossmoor, IL  60422<br>**For Plaintiffs The Cadle Company &**<br>**D.A.N. Joint Venture, A Limited Partnership** | Bradley K. Cooney, Esq.<br>Bradley K. Cooney, P.C.<br>69 Island Avenue<br>Madison, CT  06443<br>**For Defendant Thompson & Peck, Inc.** |
| Mary Anne Charron, Esq.<br>R. Bradley Wolfe, Esq.<br>Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-5123<br>**For Defendant Todd R. Bainer, LLC** | Todd R. Bainer, Esq.<br>Todd R. Bainer, LLC<br>71 Cedar Street<br>Branford, CT  06405<br>**For Defendant Todd R. Bainer** |
| Roger J. Frechette, Esq.<br>Frechette & Frechette<br>12 Trumbull Street<br>New Haven, CT 06511<br>**For Defendant Leonard Fasano** | |

_____
  David G. Hill

813451v.1