646

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiff | : | Case No. 3:01-CV 531<br>(AVC) |
| | : | |
| ...GAN, ET AL | : | MARCH 31, 2006 |

### JOINT MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL ...ONSE TO DEFENDANTS' JOINT RULE 50 MOTION

...espectfully move to strike plaintiffs' Supplemental Response to

...le 50 Motion, filed March 28, 2006 for the following reasons:

...esponse is untimely. Plaintiffs were given until March 27, 2006 to

... compliance with this Court's Order to Show Cause dated March

...id not file their response until March 28, 2006, and defendants are

...ission obtained from the Court to allow the late filing. Accordingly,

...ould be stricken as untimely.

...response does not comply with the Order to Show Cause. The

...laintiffs to "cite with particularity to evidence in the record that

...g of continuity." Order to Show Cause, March 21, 2006. Plaintiffs

...he Court to evidence supporting the jury's finding of continuity

... against the Fasano defendants for the substantive violation under

*[Handwritten annotation in left margin:]* April 5, 2006. As the court authorizes the tardy filing nunc pro tunc, the motion to strike is denied. SO ORDERED. /s/ Alfred V. Covello, U.S.D.J.

*[Stamp: 2006 APR -5  A 10:42  DISTRICT COURT HARTFORD CT]*

1