UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION NO: 3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | APRIL 11, 2006 |

### PARTIES' JOINT MOTION FOR EXTENSION OF TIME

Plaintiffs and Defendants jointly seek an extension of time to respond to the Court's briefing schedule of April 3, 2006 for the disposition of Plaintiffs' Motion for Judgment on Verdict and Motion for Attorneys' Fees. By order dated April 3, 2006, this Court ordered Defendants' response by April 21, 2006, and Plaintiffs' reply by May 5, 2006. However, an extension is needed by the parties for two reasons: first, one of the defense attorneys will be on vacation in California for the 10 days preceding said deadline; and second, Plaintiffs have recently advised that they will be submitting an Amended Motion for Attorneys' Fees. As a result, Defendants prefer not to respond until they receive and review Plaintiffs' amended motion. Therefore, the parties propose the following scheduling order:

| | |
|---|---|
| Plaintiffs Amended Motion | April 21, 2006 |
| Defendants' Response | May 5, 2006 |
| Plaintiffs' Reply | May 19, 2006 |

10361 0088

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

- 2 -

The undersigned counsel has spoken with all counsel, and has confirmed that all are in agreement with this motion.

WHEREFORE, the parties jointly move this court for an extension of time to file their response to Plaintiffs' motions.

Respectfully submitted,

DEFENDANTS,
LEONARD A. FASANO
FASANO, IPPOLITO & LEE, LLC

By _____
David G. Hill of
HALLORAN & SAGE LLP
Fed. Bar No. ct13435
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Their Attorneys

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

Respectfully submitted,

DEFENDANT,
TODD R. BAINER, LLC

By /s/ Mary Anne Charron
Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gerald R. Swirsky, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0098
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Respectfully submitted,

DEFENDANTS,
STANLEY PRYMAS &
THOMPSON & PECK, INC.

By _____
Barbara L. Cox, Esq.
William F. Gallagher, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P. O. Box 1925
New Haven, CT  06509-1925

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 11th day of April 2006, I hereby mailed or hand delivered a copy of the foregoing to:

Edward C. Taiman, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509-1925
**For Defendant Stanley Prymas
& Thompson & Peck, Inc.**

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422
**For Plaintiffs The Cadle Company &
D.A.N. Joint Venture, A Limited Partnership**

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
**For Defendant Thompson & Peck, Inc.**

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123
**For Defendant Todd R. Bainer, LLC**

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405
**For Defendant Todd R. Bainer**

Roger J. Frechette, Esq.
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511
**For Defendant Leonard Fasano**

_____
David G. Hill

814881v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 5 -
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105