649

FILED
2006 APR 12 A 10: 39
DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE COMPANY, ET AL. | : | CIVIL ACTION NO:<br>3:01-CV-531 (AVC) |
| V. | : | |
| CHARLES A. FLANAGAN, ET AL. | : | APRIL 11, 2006 |

### DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 4(a)(5) of the Rules of Appellate Procedure, the Defendants hereby move this Court for an extension of time to file their appeal to the Second Circuit. The Defendants seek an additional 30 days to allow this Court to rule on Plaintiffs' two outstanding motions – Motion for Judgment on Verdict and Motion for Attorneys' Fees – up to and including June 2, 2006.

The undersigned counsel has spoken with Plaintiffs' counsel, who has no objection to this motion.

WHEREFORE, Defendants move this court for a 30-day extension of time to file their appeal.

April 17, 2006. GRANTED.
SO ORDERED.
/s/ Alfred V. Covello,␣U.S.D.J.

FILED
2006 APR 17 A 10: 21
DISTRICT COURT
HARTFORD, CT.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0088
**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105