UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | § <br>§ <br>§ | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | April 21, 2006 |
| Defendants. | § | |

**PLAINTIFFS' SUPPLEMENTAL MOTION FOR JUDGMENT
ON JURY VERDICT AND AWARD OF ATTORNEYS' FEES**

1. The jury trial in this case commenced on May 23, 2005.

2. This case went to the jury on June 8, 2005, and the jury returned its verdict in favor of the Plaintiffs and against the Defendants on June 10, 2005.

3. Based on the jury's answers to the questions in the verdict and supplemental verdict, the evidence introduced during the trial, the stipulations of the parties and the applicable law, Plaintiffs request that the Court enter judgment in their favor for: (a) monetary damages for the Defendants' violations of the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §§1961-1968) ("RICO"); (b) costs of suit under 18 U.S.C. §1964(c); and (c) reasonable and necessary attorneys' fees and costs under 18 U.S.C. §1964(c) as proved-up by the affidavit of attorney F. Dean Armstrong attached hereto as Exhibit A.

4. A proposed form of judgment is submitted with this Motion.

### PRAYER

Plaintiffs request:

(1) that the Court grant their Motion for Judgment and for Award of Attorneys' Fees in accordance with the proposed form of judgment submitted with this Motion; and

(2) that the Court grant Plaintiffs such further relief to which they may be entitled.

                                  Respectfully submitted,

                                  ARMSTRONG LAW FIRM

DATED: April 21, 2006.        By _F. Dean Armstrong (ECT)_
                                    F. Dean Armstrong
                                    Ct. Fed. Bar #CT22417
                                  1324 Dartmouth Road
                                  Flossmoor, IL 60422
                                  (708) 798-1599
                                  Fax (708) 798-1597

                                  Edward C. Taiman, Esq.
                                  SABIA & HARTLEY, LLC
                                  190 Trumbull Street
                                  Suite 202
                                  Hartford, CT 06103-2205
                                  (860) 541-2077
                                  Fax (860) 713-8944

                                  Attorneys for Plaintiffs
                                  The Cadle Company and
                                  D.A.N. Joint Venture,
                                  A Limited Partnership

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW
190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com

## Certificate of Service

I certify that a correct copy of the foregoing instrument was faxed and mailed on April, 2006 to all defense counsel as shown on the attached Service List.

_F. Dean Armstrong (ECT)_
F. Dean Armstrong

-3-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | |
| Defendants. | § | |

### FINAL JUDGMENT

This action was called for jury trial on May 23, 2005, the Honorable Alfred V. Covello, United States District Judge, presiding.

On June 8, 2005 the Court submitted the case to the jury, and on June 10, 2005 the jury returned its verdict in favor of the Plaintiffs and against the Defendants. The charge of the Court, along with the verdict and supplemental verdict of the jury, are incorporated herein by reference.

In addition, on July 14, 2005 Plaintiffs submitted a timely Motion for Award of Attorneys' Fees and Costs in accordance with the provisions of Rule 54(d)(2), Fed.R.Civ.P.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1.   Plaintiffs The Cadle Company and D.A.N. Joint Venture, A Limited Partnership shall have and recover from Defendants

Leonard A. Fasano; Fasano & Ippolito (n/k/a Fasano, Ippolito & Lee, L.L.C.); Todd R. Bainer; Todd R. Bainer, L.L.C.; Stanley F. Prymas and Thompson & Peck, Inc., jointly and severally, on Plaintiffs' claims under §1962 of the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§1961-1968) ("RICO") damages in the amount of (a) actual damages in the amount of $500,000, trebled under 18 U.S.C. §1964(c) to $1,500,000; (b) reasonable and necessary attorneys' fees under 18 U.S.C. §1964(c) in the amount of $731,618.70; and (c) costs of suit under 18 U.S.C. §1964(c) in the amount of $51,769.11, for a total recovery under RICO in the amount of $2,283,387.81;

2. Further, defaults had been previously entered against Defendants MJCC Corporation; MJCC Realty, Limited Partnership (a/k/a MJCC Realty Limited Partnership); Socrates T. Babacus; and Joseph Caporale. Accordingly, Plaintiffs' claims against these defaulting Defendants shall be severed from this action, and a final default judgment shall be entered at a later date against Defendants MJCC Corporation; MJCC Realty, Limited Partnership (a/k/a MJCC Realty Limited Partnership); Socrates T. Babacus; and Joseph Caporale;

3. Upon any appeal of this case by one or more of the Defendants, Plaintiffs shall be entitled to file an ancillary proceeding in this Court to seek the recovery of additional

attorneys' fees in connection with any such appeal or appeals. The contingency of the award of appellate attorneys' fees, however, shall not prevent this final judgment from being a final and appealable judgment;

    4.    The Judgment hereby rendered shall bear interest at the rate of _____% from date of judgment until paid;

    5.    Defendant Thompson & Peck, Inc. shall take nothing on its counterclaim against Plaintiffs The Cadle Company and D.A.N. Joint Venture, A Limited Partnership; and

    6.    All costs of court are taxed against the above-named Defendants, joint and severally.

For all of the above, let execution issue if not timely paid by the Defendants.

IT IS SO ORDERED.

DATED: _____, 2006.    _____
                                        Hon. Alfred V. Covello,
                                        United Stated District Judge