# ARMSTRONG LAW FIRM
1324 DARTMOUTH ROAD
FLOSSMOOR, ILLINOIS 60422

E-MAIL:  
DINO@DINOLAW.COM

708/798-1599  
(FAX) 708/798-1597

September 29, 2005

Victor O. Buente, Esq.
The Cadle Company
100 N. Center St.
Newton Falls, OH  44444

**FOR PROFESSIONAL SERVICES RENDERED:**

Re:   **The Cadle Company vs. Charles Flanagan**
      **Your File No. VV050027**

**June 24, 2005 thru September 29, 2005:**

   **FD ARMSTRONG -- JUNE 2005:** 6/24 review Fasano's motion for new trial and motion for remittitur; legal research re waiver for failure to raise objections during closing argument (1.5); 6/27 t/c with Ed Taiman re status and strategy (.1); **JULY:** 7/5 t/c with Ed Taiman re status and strategy (.1); 7/6 t/c with Ed Taiman re status and strategy (.1); 7/8 t/c with Dan Cadle re status and strategy (.2); t/c with Ed Taiman re status and strategy (.1); 7/12 t/c with Ed Taiman re status and strategy; legal research re RICO treble damages; legal research re waiver of alleged error by failure to raise objections during closing argument; work on motion for judgment and brief to award attorneys' fees; legal research re standards of reasonableness for award of attorneys' fees (3.5); 7/13 t/c with Dan Cadle re status and strategy; legal research re RICO treble damages, costs, attorneys' fees, pre-judgment interest and post-judgment interest under RICO; t/c with Vic Buente re status and strategy; t/c with Tim Dugic re status and strategy; t/c with Ed Taiman re status and strategy; t/c with Vic Buente re status and strategy; t/c with Tim Dugic re status and strategy; t/c with Ed Taiman re status and strategy; work on motion for judgment and brief re attorneys' fees; prepare fee affidavit; letter to Dan, Vic and Ed Taiman (8.0); 7/14 t/c with Ed Taiman re status and strategy; review and revise motion for judgment and motion for award of attorneys' fees, along with supporting affidavit (1.3); 7/21 t/c with Dan Cadle re status and strategy (.1); **AUGUST:** 8/5 review defendants' motion for extension of time to object to Plaintiffs' motion for judgment and award of attorneys' fees (.2); **SEPTEMBER:** 9/13 t/c with Ed Taiman re status and strategy (.2); 9/14 t/c with Ed Taiman re status and strategy; t/c with

Victor O. Buente, Esq.
September 29, 2005
Page 2.

Ed Taiman re status and strategy (.2); 9/15 review correspondence from Fasano's attorney (.1); 9/19 review draft of MJCC's post hearing brief; comments to Ed Taiman; t/c with Ed Taiman re status and strategy (1.2); 9/20 t/c with Ed Taiman re status and strategy re Titan litigation (.2).

                                           16.0 hrs. @ $200  $   3,200.00

**Disbursements for your account:**

    7/13/05 Fedex                21.62

        Total disbursements for your account:  $     21.62

                    Total Current Billing:  $   3,221.62

                            Total Due:  $   <u>3,221.62</u>

# ARMSTRONG LAW FIRM
1324 DARTMOUTH ROAD
FLOSSMOOR, ILLINOIS 60422

E-MAIL:
DINO@DINOLAW.COM

708/798-1599
(FAX) 708/798-1597

November 14, 2005

Victor O. Buente, Esq.
The Cadle Company
100 N. Center St.
Newton Falls, OH 44444

**FOR PROFESSIONAL SERVICES RENDERED:**

Re: **The Cadle Company vs. Charles Flanagan**
**Your File No. VV050027**

**September 29, 2005 thru November 14, 2005:**

    **FD ARMSTRONG -- SEPTEMBER 2005:** 9/29 t/c with Ed Taiman and Melinda Kaufman re response to defendants' motion for new trial and motion for judgment as a matter of law; legal research re RICO enterprise separate and distinct from racketeering activity (1.0); **OCTOBER:** 10/3 review and revise letter from Dan Cadle re Steve Wright and Titan (.1); 10/5 t/c with Ed Taiman re status and strategy; review and revise draft brief in opposition to defendants' motion for new trial and/or motion for remittitur (1.0); 10/6 t/c with Ed Taiman and Melinda Kaufman re status and strategy, brief re response to defendants' motion for new trial; review transcript, work on response to defendants' motion for judgment as a matter of law (8.3); **NOVEMBER:** 11/1 legal research and work on response to defendants' motion for new trial, motion for judgment as a matter of law; t/c with Ed Taiman and Melinda Kaufman re status and strategy (5.5); 11/2 legal research and work on response to defendants' motion for new trial and motion for judgment as a matter of law; t/c with Dan Cadle re status and strategy (8.3); 11/4 review transcript of trial and work on response to defendants' motion for judgment as a matter of law; legal research re response to defendants' motion for judgment as a matter of law (8.0); 11/5 review transcript of trial and work on response to defendants' motion for judgment as a matter of law; legal research re response to defendants' motion for judgment as a matter of law (8.0); 11/6 review transcript of trial and work on response to defendants' motion for judgment as a matter of law; legal research re response to defendants' motion for judgment as a matter of law (10.0); 11/7 review transcript of trial and work on response to defendants' motion for judgment as a matter of law; legal research re response to

Victor O. Buente, Esq.
November 14, 2005
Page 2.

defendants' motion for judgment as a matter of law (10.0); 11/8 review transcript of trial and work on response to defendants' motion for judgment as a matter of law; legal research re response to defendants' motion for judgment as a matter of law (8.0); 11/9 review transcript of trial and work on response to defendants' motion for judgment as a matter of law; legal research re response to defendants' motion for judgment as a matter of law; prepare motion for leave to file amended response; telephone conference with Barbara Cox re agreed motion (2.2).

                                                    70.4 hrs. @ $200   $   14,080.00

**Disbursements for your account:**

        <u>9/8/05</u>
        postage                    43.85
        transcripts mailed to
        Sabia & Hartley

        <u>9/29/05</u>
        Fedex                      33.66
        exhibits sent to
        Sabia & Hartley

        Total disbursements for your account:   $   <u>77.51</u>

                        Total Current Billing:   $   <u>14,157.51</u>

                                Total Due:   $   <u>**14,157.51**</u>

# ARMSTRONG LAW FIRM
1324 DARTMOUTH ROAD
FLOSSMOOR, ILLINOIS 60422

E-MAIL:
DINO@DINOLAW.COM

708/798-1599
(FAX) 708/798-1597

February 1, 2006

Victor O. Buente, Esq.
The Cadle Company
100 N. Center St.
Newton Falls, OH  44444

**FOR PROFESSIONAL SERVICES RENDERED:**

Re:   **The Cadle Company vs. Charles Flanagan**
      **Your File No. VV050027**

**November 15, 2005 thru February 1, 2006:**

   **FD ARMSTRONG -- NOVEMBER 2005:** 11/15 t/c with Ed Taiman re status and strategy (.2); 11/29 review notice from court re mandatory settlement conference, settlement report (.1); **DECEMBER:** 12/2 review Bainer's motion for extension of time (.1); 12/14 t/c with Ed Taiman re status and strategy (.2); 12/21 review defendants' joint reply to Plaintiffs' memorandum in opposition to motion for new trial and/or remittitur; review defendants' joint reply to Plaintiffs' amended response to motion for judgment (.8); 12/23 review Bainer's motion for joinder (.1); **JANUARY 2006:** 1/6 legal research and work on reply brief re motion for new trial and/or remittitur and reply re judgment as a matter of law (3.3); 1/7 review trial transcript, exhibits and legal research re reply brief on motion for new trial and reply brief on motion for judgment as a matter of law (4.0); 1/8 review trial transcript, exhibits and legal research re reply brief on motion for new trial and reply brief on motion for judgment as a matter of law (6.0); 1/9 t/c with Ed Taiman re status and strategy; t/c with Ed Taiman and Melinda Kaufman re reply brief; review trial transcript and exhibits and legal research re reply on motion for new trial and motion for judgment (8.0); 1/10 review trial transcript, exhibits, legal research and work on reply brief re motion for new trial and motion for judgment; review Fasano's motion for expedited oral argument (8.1); 1/16 t/c with Ed Taiman re status and strategy (.2); 1/18 review draft of Plaintiffs' objection to Fasano's motion for expedited oral argument; t/c with Ed Taiman and Melinda Kaufman re status and strategy (.3); 1/20 t/c with Ed Taiman and Melinda Kaufman re status and strategy; legal research re response to Fasano's supplemental motion for new

Victor O. Buente, Esq.
February 1, 2006
Page 2.

trial/judgment as a matter of law; legal research re response and supplemental briefs (3.3); 1/21 legal research and work on response to Fasano's supplemental motion and reply brief re motion for new trial and reply brief re motion for judgment as a matter of law (3.5); 1/22 legal research and work on response to Fasano's supplemental motion; legal research and work on reply brief re motion for new trial and reply brief re motion for judgment as a matter of law (3.3); 1/23 work on supplemental briefs re motion for new trial and motion for judgment as a matter of law; legal research and work on response to Fasano's motion for new trial/motion for judgment as a matter of law (10.0); 1/24 work on supplemental briefs re motion for new trial and motion for judgment as a matter of law; legal research and work on response to Fasano's motion for new trial/motion for judgment as a matter of law (8.0).

            59.5 hrs. @ $250 $ 14,875.00

**Disbursements for your account:**

  **January 24, 2006**
  **Responses to various**
  **motions by defendants**
  Copies: 228 @ .20   45.60
  Postage: 1.83 x 6   10.98

    Total disbursements for your account: $ 56.68

         Total Current Billing: $ <u>14,931.68</u>

             Total Due: $ <u>14,931.68</u>

# ARMSTRONG LAW FIRM
1324 DARTMOUTH ROAD
FLOSSMOOR, ILLINOIS 60422

E-MAIL:
DINO@DINOLAW.COM

708/798-1599
(FAX) 708/798-1597

April 21, 2006

Victor O. Buente, Esq.
The Cadle Company
100 N. Center St.
Newton Falls, OH  44444

**FOR PROFESSIONAL SERVICES RENDERED:**

Re:  **The Cadle Company vs. Charles Flanagan**
     **Your File No. VV050027**

**February 1, 2006 thru April 21, 2006:**

   **FD ARMSTRONG -- FEBRUARY 2006:** 2/1 t/c with Ed Taiman re status and strategy (.1); 2/10 t/c with Ed Taiman re status and strategy, settlement conference (.2); 2/13 t/c with Ed Taiman re status and strategy, settlement conference; review notes re settlement offer; t/c with Ed Taiman re status and strategy; t/c with Ed Taiman re status and strategy, call from Barbara Cox (1.0); 2/24 t/c with Ed Taiman re status and strategy; t/c with Judge Covello's law clerk re citations to the record (.4); **MARCH:** 3/6 t/c with Ed Taiman re status and strategy (.2); 3/10 review draft of letter by Ed Taiman to defense counsel; review letter from David Hill (.2); 3/20 t/c with Judge Covello's law clerk and David Hill re supplemental briefing on continuity issue, citations to the record, supplement to Rule 50 motion; t/c with David Hill re supplemental briefing, time to respond; review trial transcript and exhibits re continuity issues (3.5); 3/23 review order to show cause; review trial transcript, exhibits and work on supplemental brief re continuity (7.5); 3/24 review trial transcript, exhibits and work on supplemental brief re continuity (8.7); 3/25 review trial transcript, exhibits and work on supplemental brief re continuity (7.9); 3/26 review trial transcript, exhibits and work on supplemental brief re continuity (5.3); 3/27 review trial transcript, exhibits and work on supplemental brief re continuity; review and revise Plaintiffs' supplemental response to defendants' joint Rule 50 motion; review and revise Plaintiffs' supplemental response to Defendants' joint Rule 50 motion (11.3); **APRIL:** 4/3 review defendants' joint motion to strike Plaintiffs' supplemental response to defendants' joint Rule 50 motion; review Judge Covello's ruling on the defendants' motion for

Victor O. Buente, Esq.
April 21, 2006
Page 2.

judgment as a matter of law; review Judge Covello's ruling on motion for new trial and/or motion for remittitur; review Judge Covello's ruling on Fasano's supplemental motion to set aside the collection expenses damages; review Judge Covello's ruling on Fasano's motion for expedited oral argument; review Judge Covello's order denying without prejudice motion for judgment on jury verdict and order of attorneys' fees and entry of scheduling order; t/c with Ed Taiman re status and strategy; t/c with Vic Buente re status and strategy; t/c with Dan Cadle re status and strategy (1.5); 4/4 t/c with Ed Taiman re status and strategy; t/c with Ed Taiman re status and strategy (.4); 4/5 t/c with Ed Taiman re response dates, notice of appeal (.3); 4/10 t/c with David Hill re notice of appeal, response dates (.2).

**48.7 hrs. @ $250   $12,175.00**

**Disbursements for your account:**

> **March 27, 2006**
> **Plaintiffs' Supplemental**
> **Response to Defendants'**
> **Joint Rule 50 Motion**
>
> | **Copies:** | 300 @ .20 | 60.00 |
> | **Postage:** | 2.07 x 6 | 12.42 |

Total disbursements for your account:   $   72.42

Total Current Billing:   $   12,247.42

Total Due:   $   **12,247.42**