# SABIA & HARTLEY, LLC
## ATTORNEYS AT LAW

190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
tel 860.541.2077 fax 860.713.8944 www.sabiahart.com

The Cadle Company
100 North Center Street
Newton Falls, OH 44444

April 19, 2006

File #:      114-133
Inv #:      Sample

**Attention:**   Mr. Tim Dugic

**RE:**   Charles Atwood Flanagan v. The Cadle Company; Cadle File No:
OH550020

| DATE | No. | DESCRIPTION | ATTY | Rate | HRs. | AMOUNT | |
|------|-----|-------------|------|------|------|--------|---|
| 3 /6/06 | 51807 | Telephone conference with Attoney Armstrong regarding assembly of pleadings for Judge Covello's lawclerk, etc. (.3) Review files (.6) and also court docket regarding pleading numbers, etc. (.4) | ECT | $160.00 | 1.30 | 208.00 | R |
| | 51710 | Review file to determine if court is accessing the proper versions of the briefs filed.  Attempted telephone call to James Caley at Judge Covello's office. | MK | $160.00 | 0.60 | 96.00 | R |
| 3 /9/06 | 51819 | Telephone conference with Dan Cadle regarding withdrawal of settlement offers. (.2) Draft proposed letter and memo to client regarding same. (.2) | ECT | $160.00 | 0.40 | 64.00 | R |
| 3 /14/06 | 51830 | Telephone conference with Attorney Hill regarding settlement withdrawal. | ECT | $160.00 | 0.20 | 32.00 | R |
| 3 /23/06 | 51870 | Review and analysis of Order to Show Cause. (.2) Telephone conference with Dean Armstrong regarding same. (.3)  Begin review of record regarding facts proven to establish closed end continuity. (4.8) | ECT | $160.00 | 5.30 | 848.00 | R |
| 3 /24/06 | 51871 | Telephone conference with Dean Armstrong regarding change in court ruling on Order to Show Cause. (.3) Continued review of record regarding facts proven to establish closed end continuity. (3.5) | ECT | $160.00 | 3.80 | 608.00 | R |
| 3 /27/06 | 51877 | Review and analysis of proposed Plaintiffs' Supplemental Response to Defendants' Joint Rule 50 Motion and review and analysis of  trial transcripts/record regarding citations needed. (3.5) Telephone conferences (x2) with Diane at Attorney Armstrong's office regarding status of memorandum. (.3) Telephone conference with Jim Caley, lawclerk to Judge Covello, regarding chambers copy of memorandum to be filed. (.1) Telephone conference with Attorney Hill regarding status of filing of | ECT | $160.00 | 4.40 | 704.00 | R |

The Cadle Company                    Page 2                    April 19, 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| | | memorandum. (.1) Work on preparing Rule 50 memorandum with court. (.4) | | | | |
| | 51764 | Reviewing of transcripts to locate citations for Attorney Armstrong to include in his memorandum of law. | MK | $160.00 | 4.40 | 704.00 |
| | | **Total Hours and Fees** | | | **20.40** | **$3,264.00** |

**DISBURSEMENTS**                          **Disbursements**              **Receipts**

| | | | |
|---|---|---|---|
| 3/16/06 | Courier Expense 2/24/06 | 11.00 | |
| | Totals | $11.00 | $0.00 |
| | **Total Fees & Disbursements** | | **$3,275.00** |
| | Previous Balance | | $38,266.77 |
| | Previous Payments | | $7,481.86 |
| | **Balance Due Now** | | **$34,059.91** |

## Aging Information

| <=30days | <=60 days | <=90days | <=120 days | > 120 days |
|---|---|---|---|---|
| $3,275.00 | $5,787.02 | $0.00 | $0.00 | $24,997.89 |

**SABIA & HARTLEY, LLC**
ATTORNEYS AT LAW

190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
tel 860.541.2077 fax 860.713.8944 www.sabiahart.com

The Cadle Company
100 North Center Street
Newton Falls, OH 44444

March 17, 2006

**Attention:** Mr. Tim Dugic

File #:    114-133
Inv  #:      15323

**RE:**    Charles Atwood Flanagan v. The Cadle Company; Cadle File No:
OH550020

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|------|-------------|-------|--------|---|
| 2 /1/06 | Joint telephone conference with Lisa Greenberg, Staff Counsel to 2d Circuit Court of Appeals, Attorneys Rini (Judge Flanagan) and Graham (Trustee Mangan) regarding scheduling order for pending appeal. (.5) Continued research regarding equitable relief sought for pending appeal. (3.1) | 3.60 | 576.00 | B |
| 2 /2/06 | Leave messages with Attorney Armstrong and Dan Cadle regarding scheduled settlement conference. | 0.20 | 32.00 | R |
| 2 /3/06 | Telephone conference with Dan Cadle regarding scheduled settlement conference. | 0.20 | 32.00 | R |
| 2 /6/06 | Telephone conference with Dan Cadle regarding scheduled court settlement conference. (.1) Begin review of Fasano's Response to Plaintiffs' Supplemental Motion to Set Aside Collection Expense Damages. (.2) | 0.30 | 48.00 | R |
| 2 /7/06 | Review court notice regarding settlement conference requirements and discuss same with Attorney Armstrong's office. (.2) Email to Attorney Armstrong regarding same. (.2) Begin work on ex parte settlement statement to Judge Smith. (.7) | 1.10 | 176.00 | R |
| 2 /9/06 | Continued review and analysis of Stochastic and related decisions regarding settlement letter to Judge Smith. | 4.60 | 736.00 | R |
| | Review Supplementary response filed by Fasano. (.5) Research and review case law in preparation for mandatory settlement conference. (6.5) | 7.20 | 1,152.00 | R |
| 2 /10/06 | Leave detailed messages with Attorneys Hill, Charron, and Cox. regarding settlement. (.4) Telephone conferences (x2) with Judge Smith regarding viability of settlement. (.3) Telephone conference with Dan Cadle and his secretary regarding settlement conference. (.2) Review files regarding trial transcript for Paul Gaide/Pete Barta. (.2) Telephone conferences (x2) with Attorney Armstrong regarding settlement conference. (.4) Email to Attorney Armstrong regarding cancellation of settlement conference. (.1) | 1.60 | 256.00 | R |

| | | | |
|---|---|---|---|
| | Review and analysis of Trustee Mangan's Motion for Extension of Time to File Appellate Briefs. | 0.20 | 32.00 |
| | Continue to prepare for upcoming settlement conference. | 2.20 | 352.00 |
| 2 /13/06 | Review and analysis of Trustee Mangan Notice of Cross Appeal. | 0.30 | 48.00 |
| | Telephone conference with Judge Smith regarding Fasano. (.2) Telephone conferences with Attorney Armstrong regarding same. (.3) Telephone conference with Dan Cadle regarding settlement of RICO. (.3) | 0.80 | 128.00 |
| 2 /14/06 | Telephone conference with Judge Smith regarding settlement. | 0.20 | 32.00 |
| | Review and analaysis of Trustee Mangan's claims on appeal, appellate posture and appellate brief filed on behalf of clients. (1.8) Telephone conference with Attorney Graham (Trustee Mangan) regarding pending appeal. (.3) | 2.10 | 336.00 |
| 2 /15/06 | Telephone conference with Attorney Cox and leave message with Dan Cadle regarding same. | 0.30 | 48.00 |
| 2 /16/06 | Telephone conference with Dan Cadle regarding settlement with Prymas/Fasano. | 0.20 | 32.00 |
| 2 /17/06 | Research and review of 2d Circuit law for pending appeal on constructive trusts and equitable liens. | 3.60 | 576.00 |
| | Telephone conference with Attorney Gaide regarding RICO matter, claims against Skalka and Newton, etc. (.8)  Telephone conference with Dan Cadle regarding global settlement. (.2) Subsequent telephone conference with Attoney Gaide regarding insurance coverage options for settlement. (.6) Telephone conference with Attorney Cox regarding settlement. (.2) | 1.80 | 288.00 |
| | Research regarding equity and equitable liens for 2nd Circuit oral argument. | 0.80 | 128.00 |
| 2 /23/06 | Telephone conference with Attorney Gaide regarding call from Judge Smith. (.2) | 0.20 | 32.00 |
| 2 /24/06 | Work on draft correspondence to Judge Covello. | 1.20 | 192.00 |
| 2 /27/06 | Review docket regarding pending motions before Judge Covello. (.6)  Review Attorney Armstrong letter regarding same. (.1) | 0 70 | 112.00 |
| | **Total of Hours and Fees** | **33.40** | **$5,344.00** |

## DISBURSEMENTS

| | | Disbursements | Receipts |
|---|---|---|---|
| 2/1/06 | Westlaw | 23.18 | |
| 2/8/06 | Photocopies (2) of May 23, 2005 Transcript | 32.80 | |
| | Postage for mailing May 23, 2005 Transcript | 10.00 | |
| 2/9/06 | Westlaw | 9.75 | |
| | Westlaw (1/9/06, 1/11/06, 1/12/06, 1/13/06 and 1/26/06) | 191.20 | |

|  |  |  |  |
|---|---|---|---|
|  | Westlaw (1/25/06) | 72.67 |  |
|  | Westlaw (1/12/06) | 19.42 |  |
|  | Westlaw (1/20/06 and 1/25/06) | 22.30 |  |
|  | Pacer (10/3/05, 11/10/05, 11/11/05, 11/14/05 and 11/29/05) | 17.70 |  |
| 2/24/06 | Courier Expense 1/24/06 | 44.00 |  |
|  | Totals | $443.02 | $0.00 |

|  |  |
|---|---|
| Total Fees & Disbursements | $5,787.02 |
| Previous Balance | $61,306.26 |
| Previous Payments | $28,826.51 |
| Balance Due Now | $38,266.77 |

## Aging Information

| <=30 days | <=60 days | <=90 days | <=120 days | > 120 days |
|---|---|---|---|---|
| $13,268.88 | $0.00 | $18,334.26 | $0.00 | $6,663.63 |

# SABIA & HARTLEY, LLC
## ATTORNEYS AT LAW

190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
tel 860.541.2077  fax 860.713.8944  www.sabiahart.com

The Cadle Company
100 North Center Street
Newton Falls, OH 44444

February 10, 2006

**Attention:**  Mr. Tim Dugic

File #:    114-133
Inv #:      15235

**RE:**    Charles Atwood Flanagan v. The Cadle Company; Cadle File No:
OH550020

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|------|-------------|-------|--------|---|
| 1/4/06 | Telephone conference with Attorney Armstrong regarding Fasano motion to set aside verdict. | 0.20 | 32.00 | R |
| 1/9/06 | Telephone conferences (x2) with Attorney Armstrong and Attorney Kaufmann regarding research needed in response to Fasano supplemental motion to set aside verdict. (.7)  Begin research regarding jury findings on lost debt damages and collection expense damages. (3.7) | 4.40 | 704.00 | R |
| | Research regarding whether the jury finding $0 in lost debt damages affects the ability to be awarded collection damages. (1.2)  Begin research regarding whether a plaintiff is required to establish his damages with particularity or whether his testimony about the amount of damages is sufficient to support a jury award. (0.3) | 1.80 | 288.00 | R |
| 1/10/06 | Review Fasano's Motion for Expedited Argument. (.1)  Continued research regarding Fasano's Supplemental Motion to Set Aside Jury Verdict. (2.3) | 2.40 | 384.00 | R |
| 1/11/06 | Research regarding the burden to prove damages and whether Dan Cadle's testimony regarding his damages was sufficient and therefore shifted the burden to the other side to disprove them. | 3.40 | 544.00 | R |
| 1/12/06 | Telephone conference with Attorneys Armstrong and Kaufmann regarding results of research on RICO damages, etc. Continued research as per Attorney Armstrong regarding legal fee damages issue. | 1.30 | 208.00 | R |
| | Research regarding ability of owner of property to testify to its value even if opinion is based on valuation by a third party. (1.5)  Research regarding specificity with which plaintiff must prove damages. (0.5)  Telephone conversation with Dean Armstrong regarding research issues. (0.3) | 2.30 | 368.00 | R |
| 1/13/06 | Continued research regarding the ability of a business owner to testify as to the value of the stock of a closely held corporation when the opinion is based on information provided by the corp's accountant. | 4.80 | 768.00 | R |
| 1/16/06 | Telephone conference with Attorney Armstrong regarding exhibit needed from trial, etc. (.2)  Continued research | 3.60 | 576.00 | R |

| Date | Description | Hours | Fee | |
|---|---|---|---|---|
| | regarding Fasano Supplemental motion. (2.6) Review file regarding Fasano exhibit.. (.4) Check Pacer regarding availability of Fasano exhibit. (.3) Telephone conference with Attorney Hill regarding exhibit needed. (.1) | | | |
| 1/17/06 | Telephone conference with Attorney Armstrong's office regarding Fasano exhibit #502. | 0.20 | 32.00 | ℟ |
| 1/23/06 | Telephone conference with Attorney Hill regarding exhibit 209. (.2) Conference with Attorney Kaufmann regarding status and strategy. (.3) Telephone conference with Attorney Charron's paralegal regarding exhibit 209 (.2) and review document faxed. (.1) Telephone conference with Diane at Attorney Armstrong's office regarding same. (.2) | 1.00 | 160.00 | ℟ |
| | Atttempts to locate the redacted copy of Px 209 for inclusion with the briefs being filed tomorrow. | 0.60 | 96.00 | ℟ |
| 1/24/06 | Review notice of substitute appearance and telephone conference with Attorney Graham regarding pending appeal, procedural history, etc. | 0.60 | 96.00 | ℟ |
| | Telephone conferences with Attorney Armstrong regarding responses to pending motions. (.6) Continued review of and work on comment to Plaintiffs' Supplemental Response to Defendants' Supplemental Motion for Judgement, Plaintiffs' Response To Defendant Fasano To's Supplemental Motion To Set Aside The Collection Expense Damages and Plaintiffs' Supplemental Response To Defendants' Supplemental Motion For New Trial and/or Remittitur. (3.3) Discussion with Attorney Armstrong regarding needed changes, etc. (.2) Prepare motions for filing with District Court. (.6) | 4.70 | 752.00 | ℟ |
| | Research several issues for Dean Armstrong for motion due today including definition of malfeasance and continuing to locate redacted copy of Px 209. | 2.30 | 368.00 | ℟ |
| 1/25/06 | Research and review and analysis of Supreme Court rulings regarding equitable relief, etc. for Second Circuit appeal. | 3.80 | 608.00 | ℟ |
| | Telephone conference with Attorney Hill regarding exhibit 209. | 0.20 | 32.00 | ℟ |
| | Continue to research who first used the phrase 'equity regards as done what ought to be done.' | 2.60 | 416.00 | ℟ |
| 1/26/06 | Continued work on research of equitable principles in Supreme Court decisions. (.8) Prepare for meeting with Attorney Graham regarding Second Circuit appeal. (.6) | 1.40 | 224.00 | ℟ |
| | Continue to research the origin of the phrase 'equity regards as done what ought to have been done' and where it was first used in case law. | 1.30 | 208.00 | ℟ |
| 1/27/06 | Office conference with Attorney Graham regarding status of appellate record. | 2.20 | 352.00 | ℟ |
| | Continue to research origin of equity maxim. | 0.80 | 128.00 | ℟ |
| | **Total of Hours and Fees** | 45.90 | $7,344.00 | |

**DISBURSEMENTS**       Disbursements       Receipts

| | | | |
|---|---|---|---|
| 12/31/05 | Copy Charges at Kinko's | 125.98 — B | |
| | Copy Charges at Kinko's | 9.54 — B | |
| 1/18/06 | Postage Expense  6 @ 0.39 | 2.34 | |
| | Totals | $137.86 | $0.00 |

**Total Fees & Disbursements**     $7,481.86

Previous Balance     $41,239.96

Previous Payments     $0.00

**Balance Due Now**     $48,721.82

## Aging Information

| <=30 days | <=60 days | <=90 days | <=120 days | > 120 days |
|---|---|---|---|---|
| $7,481.86 | $16,242.07 | $18,334.26 | $0.00 | $6,663.63 |

# SABIA & HARTLEY, LLC
### ATTORNEYS AT LAW

190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
tel 860.541.2077 fax 860.713.8944 www.sabiahart.com

The Cadle Company
100 North Center Street
Newton Falls, OH 44444

January 10, 2006

Attention:  Mr. Tim Dugic

File #:    114-133
Inv #:      15155

RE:    Charles Atwood Flanagan v. The Cadle Company; Cadle File No: OH550020

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|------|-------------|-------|--------|--|
| 12 /2/05 | Telephone conference with Attorney Charron regarding consent to request for extension of time. | 0.20 | 32.00 | R |
| 12 /7/05 | Review voice mail from Maria Rodriguez of Second Circuit Clerk's Office regarding additional exhibits needed. Order same from Kinkos. (.3)  Draft correspondence to Ms. Rodriguez regarding exhibit binders. (.2) | 0.50 | 80.00 | B |
| 12 /8/05 | Review motion for extension of time filed by Attorney Lenes regarding filing of brief in 2d Circuit matter. | 0.20 | 32.00 | B |
| 12 /14/05 | Telephone conferences (x2) with Attorney Armstrong regarding status of pleadings. (.4)  Review pleadings for discussion. (.3) | 0.70 | 112.00 | R |
| 12 /15/05 | Review numerous court rulings on various motions made during trial and post trial. | 0.50 | 80.00 | R |
| 12 /21/05 | Review and analysis of Fasano motion to file supplemental motion to set aside judgment. | 0.40 | 64.00 | R |
| 12 /22/05 | Review and analysis of Fasano joint reply to plaintiff's memorandum of law in opposition to motion for new trial (.2) and joint reply to plaintiffs' amended response to motion for judgment. (.3) | 0.50 | 80.00 | R |
| 12 /23/05 | Review notice of settlement conference and draft correspondence to Dan Cadle regarding same.  Review and analysis of application to employ special appellate counsel regarding bankruptcy matter. | 0.50 | 80.00 | R - 40.00  B - 40.00 |
| 12 /30/05 | Revise cover pages for brief and appendix as per direction of the Second Circuit Court clerk. | 0.30 | 48.00 | B |
| | **Total of Hours and Fees** | **3.80** | **$608.00** | |

**DISBURSEMENTS**

Disbursements

Receipts

| Date | Description | | |
|---|---|---|---|
| 12/5/05 | 11/7/05 Courier Service | 20.00 | |
| | 11/8/05 Courier Service | 20.00 | |
| | 11/9/05 Courier Service | 20.00 | |
| 12/13/05 | Pacer charges (7/8/05, 7/18/05, 7/25/05, 7/26/05, 7/27/05, 8/2/05, 8/22/05, 9/19/05, 9/20/05, 9/29/05, 9/30/05) 0 @ 0.00 | 40.32 | |
| 11/30/05 | Copy for Flanagan | 258.51 | |
| | Totals | $358.83 | $0.00 |
| | Total Fees & Disbursements | | $966.83 |
| | Previous Balance | | $40,273.13 |
| | Previous Payments | | $0.00 |
| | Balance Due Now | | $41,239.96 |

## Aging Information

| <=30 days | <=60 days | <=90 days | <=120 days | > 120 days |
|---|---|---|---|---|
| $16,242.07 | $18,334.26 | $0.00 | $0.00 | $6,663.63 |

# SABIA & HARTLEY, LLC
## ATTORNEYS AT LAW

190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
tel 860.541.2077 fax 860.713.8944 www.sabiahart.com

The Cadle Company
100 North Center Street
Newton Falls, OH 44444

December 19, 2005

**Attention:**  Mr. Tim Dugic

File #:   114-133
Inv #:    15085

**RE:**    Charles Atwood Flanagan v. The Cadle Company; Cadle File No:
OH550020

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|---|---|---|---|---|
| 11 /1/05 | Telephone conference with Attorneys Kaufman and Armstrong regarding motion for new trial and motion for judgment. (.3) Continued work on appellate brief. (3.3) | 3.60 | 576.00 | R |
| | Continue drafting brief in opposition to motion to dismiss. | 2.70 | 432.00 | R |
| 11 /2/05 | Continued work on 2d Circuit appellate brief. | 5.50 | 880.00 | B |
| | Continue to draft Brief in Opposition to Motion for Judgment as a Matter of Law including research of raising illegality as an affirmative defense and whether defendants were required to raise lack of specificity of damages evidence prior to the end of the trial. | 3.80 | 608.00 | R |
| 11 /3/05 | Continued work on 2d Circuit appellate brief. (3.2) Continued work on objection to new trial, telephone conferences with Attorney Armstrong, including research on various issues relating to new trial, waiver, etc.. (4.0) | 7.20 *4.00* | 1,152.00 | R - *640.*" |
| 11 /4/05 | Telephone conference with Dan Cadle regarding appellate brief for 2d Circuit. (.2) Telephone conference with Attorney Armstrong regarding motion for new trial. (.3) Continued work on objection to motion for new trial. (3.6) | 4.10 | 656.00 | R |
| | Research and revisions of Memorandum of Law in Opposition to Motion for New Trial (2.8) and Motion for Judgment as a Matter of Law (4.6). | 7.40 | 1,184.00 | R |
| 11 /7/05 | Telephone conferences (x3) with Attorney Armstrong regarding research needed on waiver regarding damages introduced, etc. (.8)  Research for pending motions. (2.6) Review of Gaide testimony. (.9)  Numerous telephone conferences (x4) with Attorney Armstrong and his staff regarding crashed computer, status, etc. (.8)  Review final copy of Plaintiffs Objection To Motion For Judgment and prepare for faxing to counsel of record. (.8)   Mail objection with Hartford's main Post Office. (.5) | 6.40 | 1,024.00 | R |
| | Continue to draft Memorandum in Opposition to Motion for New Trial. (4.3)  Conduct research to assist Attorney | 7.70 | 1,232.00 | R |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Armstrong in finalizing Memorandum of law in opposition to Motion for Judgment as a Matter of Law. (3.4) | 2.00 |  |  |
| 11 /8/05 | Prepare motion for 1 day extension of time nunc pro tunc. (1.4) Telephone conferences (x4) with Attorney Armstrong regarding affidavit and motion for extension of time. (.6) (RICO) Work on appelllate brief for 2d Circuit constructive trust/preference claims. (6.6) | 8.60  6.00 | 1,376.00 | R - $320.00 |
| 11 /9/05 | Work on appendix to record, including review of all exhibits used at trail level, review of appellate rules, and prepare proposed appendix. (2.6) Draft email to counsel of record regarding same. (.4) Telephone conference with Attorney Lenes regarding appendix. (.2) Continued work on appellate brief. (2.8)    RICO-telephone conference with Attorney Armstrong regarding amended response to motion for judgment as a matter of law. (.2) Review documents emailed from Attorney Armstrong and prepare for filing with court. (.6) | 6.80 | 1,088.00 | R - $992 - |
|  | Continue drafting Appellate Brief. | 0.40 | 64.00 | B |
| 11 /10/05 | Continued work on brief for 2d Circuit, including work on arguments and appendix. | 8.20 | 1,312.00 | B |
|  | Continue drafting appellate brief. | 3.20 | 512.00 | B |
| 11 /11/05 | Review Bainer motion for extension of time to file reply memorandum. (.2) Continued work on 2d Circuit brief. (5.5) | 5.70 | 912.00 | B |
|  | Continue to draft appellate brief. | 2.80 | 448.00 | B |
| 11 /14/05 | Continue to draft Second Circuit Brief. | 0.80 | 128.00 | B |
| 11 /15/05 | Review appellate rules regarding appendixes. (.3) Continued work on identifying language for index to appendix, ordering documents chronologically, etc. (2.5) Telephone conference with Vic Buente regarding brief. (.1)  RICO-Review and analysis of Bainer motion for extension of time to file reply memorandum, Prymas motion for joiner, and Bainer objection. (.2)  Telephone conferences with Tim Dugic and Attorney Armstrong regarding moving for PJR against Prymas. (.3) | 3.40  .5 | 544.00 | R - $80 - |
|  | Continue to draft Second Circuit Brief. | 2.80 | 448.00 | B |
| 11 /16/05 | Finalize Second Circuit Brief and attachments. | 1.40 | 224.00 | B |
|  | **Total of Hours and Fees** | 92.50 | $14,800.00 |  |

## DISBURSEMENTS

| | | Disbursements | Receipts |
|---|---|---|---|
|  | Postage | 20.85 |  |
| 11/3/05 | Westlaw (10/6/05) | 161.61 |  |
| 11/4/05 | 10/5/05 - Hartford Courier | 20.00 — R |  |

| 11/30/05 | Westlaw (11/1/05, 11/2/05, 11/4/05, 11/7/05 and 11/8/05) | 269.94 | |
| | Westlaw (11/4/05 and 11/7/05) | 2.84 | |
| | Totals | $475.24 | $0.00 |

**Total Fees & Disbursements** $15,275.24

Previous Balance $24,997.89

Previous Payments $0.00

**Balance Due Now** $40,273.13

## Aging Information

| <=30 days | <=60 days | <=90 days | <=120 days | > 120 days |
|---|---|---|---|---|
| $33,609.50 | $0.00 | $0.00 | $0.00 | $6,663.63 |

# SABIA & HARTLEY, LLC
### ATTORNEYS AT LAW

190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
tel 860.541.2077  fax 860.713.8944  www.sabiahart.com

The Cadle Company
100 North Center Street
Newton Falls, OH 44444

November 16, 2005

Attention:  Mr. Tim Dugic

File #:    114-133
Inv #:     15014

RE:    Charles Atwood Flanagan v. The Cadle Company; Cadle File No:
       OH550020

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|------|-------------|-------|--------|---|
| 10 /3/05 | Continued work on draft of brief in opposition to motion for new trial and/or motion for remittitur. | 3.50 | 560.00 | R |
| | Continue to revise brief in opposition to motion for new trial. (1.5). Continue to revise brief in opposition to motion for judgment as a matter of law. (6.0) | 7.50 | 1,200.00 | R |
| 10 /4/05 | Research - Failure to object in a timely manner & moving for new trial before or after jury verdict; Reviewing | 5.50 | 880.00 | R |
| 10 /5/05 | On-line research - failure to object in a timely manner & request for new trial before jury verdict | 6.80 | 1,088.00 | R |
| | Review Dan's letter to Statewide Grievance panel; telephone conference with Tim regarding same. (.3) Telephone conference with 2nd. Circuit regarding telephonic preargument conference for pending appeal. (.2) Telephone conference with Attorney Armstrong regarding research needed on waiver of objections, etc. (.3) | 1.00 ,30 | 160.00 | R -$48 - |
| | Continue to revise brief in opposition to motion for new trial. (4.8) Continue to revise brief in opposition to motion for judgment as a matter of law. (3.9) | 8.70 | 1,392.00 | R |
| 10 /6/05 | Message from Attorney Armstrong regarding extension of time to respond to pending motions for new trial and motion for judgment, etc. (.1) Review Pacer website and telephone conferences (x2) with Rene (Judge Covello's secretary) regarding pending motion. (.4) Telephone conference with Attorneys Armstrong and Kaufman regarding pending motions, strategy, etc. (.3) Continued research regarding 'enterprise' requirements within federal law. (2.8) | 3.60 | 576.00 | R |
| | Continue to revise brief in opposition to motion for new trial. (2.8). Continue to revise brief in opposition to motion for judgment as a matter of law. (4.2) | 7.00 | 1,120.00 | R |
| 10 /7/05 | Research regarding whether a damage award can be dismissed because the jury did not apportion it between the two related plaintiffs. (3.2) Research whether defendants were required to raise lack of ripeness in their answer or have it waived. (2.0) | 5.20 | 832.00 | R |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| 10 /10/05 | Continue to draft brief for the Second Circuit Court of Appeals. | 5.10 | 816.00 | ß |
| 10 /11/05 | Email to counsel of record regarding preargument conference. Leave message with Attorney Rini regarding same. (.3) Continued work on statement of issues to be presented and designation of record. (.8) Review and work on argument portion of appellate brief. (2.5) | 3.60 | 576.00 | ß |
| | Continue to draft brief for the Second Circuit Court of Appeals, including revision of statement of issues. | 1.00 | 160.00 | ß |
| | Continue to draft brief in opposition to motion for new trial. | 5.40 | 864.00 | R |
| 10 /12/05 | Review court order from 2d Circuit regarding preargument conference. (.2) Analysis of procedural history. (.3) Prepare statement of issues to be presented on appeal and telephone conference with 2d Circuit staff counsel regarding same. (.3) Prepare fax memo to Lisa Greenberg at 2d Circuit regarding statement of issues. (.3) Telephone conference with Attorney Rini regarding participation in conference. (.2) Review arguments (.3) and conduct preargument conference call with Attorneys Rini and Lenes and Lisa Greenberg. (.7) Continued work on appellate brief. (4.8) | 6.80 | 1,088.00 | ß |
| | Continue to draft brief for Second Circuit Court of Appeals. | 4.50 | 720.00 | ß |
| 10 /17/05 | Continue to draft Second Circuit brief. | 0.80 | 128.00 | ß |
| '0 /19/05 | Work on statement of facts to appellate brief. (.8) Review scheduling order regarding date to file index. (.2) Email to counsel of record regarding index to record. (.3) Begin work on answer to complaint. (.5) | 1.80 | 288.00 | ß |
| | Telephone conference with clerk at District Court regarding requesting certified copy of docket for appeal and the process for drafting the index. | 0.30 | 48.00 | ß |
| 10 /20/05 | Telephone conference with Attorney Lenes regarding withdrawal of appearance from pending appeal. | 0.20 | 32.00 | ß |
| | Continue to draft 2nd Circuit brief. | 0 30 | 48.00 | ß |
| 10 /21/05 | Work on index to record on appeal (1.5) and appellate brief. (3.3) | 4.80 | 768.00 | ß |
| | Telephone conference with Staff Counsel at 2nd Circuit and the clerk at the District Court regarding the compilation of the Index and Designation of the Record. Draft the index for the appeal. | 1.50 | 240.00 | ß |
| 10 /24/05 | Review scheduling notice from 2d Circuit. (.1) Work on final draft of index to record on appeal. (.2) | 0.30 | 48.00 | ß |
| 10 /25/05 | Review email from Attorney Lenes regarding withdrawal of appearance from 2d Circuit appeal. | 0.20 | 32.00 | ß |
| | Continue drafting Plaintiffs' Memorandum in Opposition to Defendants' Motion for New Trial. | 2.10 | 336.00 | R |

| Date | Description | Hours | Fees | |
|------|-------------|------:|-----:|---|
| 10 /26/05 | Continued work on appellate brief. | 3.50 | 560.00 | B |
| | Continue to draft Memorandum in Opposition to Motion for New Trial. (2.4) Continue to draft Memoramdum in Opposition to Motion for Judgment as a Matter of Law. (1.6) | 4.00 | 640.00 | R |
| 10 /27/05 | Continue to draft Memorandum in Opposition to Defendants Motion to Dismiss. | 1.70 | 272.00 | R |
| 10 /28/05 | Continued work on 2d Circuit appellate brief. | 4.00 | 640.00 | B |
| | Continue to draft Memorandum of Law in Opposition to Defendants' Motion to Dismiss. | 3.60 | 576.00 | R |
| 10 /31/05 | Continued work on objection to new trial in RICO matter. (1.8) Continued work on appellate brief. (3.0) | 4.80 | 768.00 | R - $288 |

|  | Total of Hours and Fees | 109.10 | $17,456.00 |
|--|-------------------------|-------:|-----------:|

## DISBURSEMENTS

| Date | Description | Disbursements | Receipts |
|------|-------------|--------------:|---------:|
| 7/28/05 | For Services Rendered | | 5,749.82 |
| 10/6/05 | 9/21/05 - courier service | 20.00 — R | |
| 10/14/05 | Westlaw (8/25/05 and 8/30/05) | 40.02 | |
| | Westlaw (9/23/05, 9/26/05, 9/27/05, 9/28/05, 9/29/05 and 9/30/05) | 441.10 | |
| | Westlaw (9/23/05 and 9/29/05) | 7.13 | |
| 10/31/05 | Westlaw (10/3/05, 10/5/05, 10/6/05, 10/7/05, 10/10/05, 10/11/05, 10/12/05, 10/25/05 and 10/28/05) | 369.57 | |
| | Westlaw (10/11/05) | 0.44 | |
| | Totals | $878.26 | $5,749.82 |

|  |  |  |  |
|--|--|--|--|
| | Total Fees & Disbursements | | $12,584.44 |
| | Previous Balance | | $59,373.24 |
| | Previous Payments | | $46,851.99 |
| | Balance Due Now | | $25,105.69 |

## Aging Information

| <=30 days | <=60 days | <=90 days | <=120 days | > 120 days |
|-----------|-----------|-----------|------------|------------|
| $12,584.44 | $0.00 | $0.00 | $0.00 | $12,521.25 |

# SABIA & HARTLEY, LLC
## ATTORNEYS AT LAW

190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
tel 860.541.2077  fax 860.713.8944  www.sabiahart.com

The Cadle Company
100 North Center Street
Newton Falls, OH 44444

October 7, 2005

| | |
|---|---|
| File #: | 114-133 |
| Inv #: | 14889 |

**Attention:**  Mr. Tim Dugic

**RE:**   Charles Atwood Flanagan v. The Cadle Company; Cadle File No: OH550020

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|---|---|---|---|---|
| 9 /2/05 | Continued review of transcripts of trial for response to pending motions. | 4.20 | 672.00 | R |
| 9 /6/05 | Telephone conference with Tim Dugic regarding status. (.2) Telephone conference with Attorney Hill regarding transcript copy, etc.  (.2) | 0.40 | 64.00 | R |
| | Begin review of trial transcripts to draft brief in oppostion to defendants' motions for new trial and judgment as a matter of law. | 6.10 | 976.00 | R |
| 9 /13/05 | Telephone conference with Attorney Armstrong regarding status of complete transcript, etc. (.3)  Telephone conference with Attorney Charron regarding same. (.2) | 0.50 | 80.00 | R |
| 9 /14/05 | Telephone conference with Diana Huntington, court reporter, regarding status of trial transcript for 5/23/05. (.3)  Telephone conference with Dean Armstrong regarding same, etc. (.3)  Prepare fax memo to all counsel of record regarding extension of time to respond to pending motions for judgment, etc. (.3)  Draft motion for extension of time to respond to pending motions. (.6) | 1.80 | 288.00 | R |
| | Continue to review transcripts to draft Brief in Opposition to Motion for New Trial and Directed Verdict. | 1.20 | 192.00 | R |
| 9 /15/05 | On-line research - Alter ego Theory/ Reverse piercing of the Corporate Veil | 3.20 | 512.00 | |
| | Telephone conference with Attorney Armstrong regarding trial transcripts. (.3)  Draft motion for extension of time to respond to motion for new trial, etc. (1.3)  Review and analysis of fax letter from Todd Bainer, David Hill and Bradley Wolfe. (.1)  Check court order extending time to respond to pending motions and draft fax memo to Attorney Hill. (.2) | 1.90 | 304.00 | R |
| | Continue to review transcripts to draft Brief in Opposition to Motion for New Trial and Directed Verdict. | 1.30 | 208.00 | R |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| 9 /19/05 | Review correspondence from Attorney Cox regarding requested extension of time. (.1) Telephone conference with Diana Huntington regarding transcript needed. (.2) Telephone conference with Tim Dugic regarding ordering copy of transcripts. (.1) Prepare fax memo to Tim regarding same. (.2) | 0.60 | 96.00 | R |
| | Review trial transcripts to reply to Motion to Dismiss. | 7.60 | 1,216.00 | R |
| 9 /20/05 | Review objection to motion for extension of time to respond to post trial motions filed by Bainer. (.2) Telephone conference with Attorney Armstrong regarding status and strategy. (.2) | 0.40 | 64.00 | R |
| | Continue to review trial transcripts to draft reply to Motion to Dismiss. | 4.70 | 752.00 | R |
| 9 /21/05 | Continue reviewing trial transcripts. | 4.30 | 688.00 | R |
| 9 /22/05 | Continued work on appellate brief to be filed with Second Circuit. | 3.60 | 576.00 | B |
| | Continue reviewing trial transcripts. | 6.70 | 1,072.00 | R |
| 9 /23/05 | Review and analysis of Fasano objection to motion for extension of time to respond to dispositive motions. (.2) Review of May 23, 2005 RICO trial transcript regarding information to be used for responding to motions. (.8) Continued work on appellate brief for constructive trust and preference appeal. (4.5) | 5.50 | 880.00 | R- $^{X}$160 |
| | Research regarding whether the court's instruction to the jury that it may discuss the case during the trial is reversible error. Begin draft of Brief in Opposition of Motion for New Trial based on instruction to jury. | 7.80 | 1,248.00 | R |
| | Prepare correspondence to Tim Dugic re: court report's check. | 0.30 | 48.00 | R |
| 9 /26/05 | Continued work on appellate brief for Second Circuit. | 4.40 | 704.00 | B |
| | Research regarding alleged attorney misconduct and motion for new trial. Begin drafting section of brief in opposition on this issue. | 7.00 | 1,120.00 | R |
| 9 /27/05 | Continue to draft response to Defendants' Motion for Judgment as a Matter of Law. | 7.10 | 1,136.00 | R |
| 9 /28/05 | Review and analysis of correspondence from 2nd Circuit regarding activation of appeal, and preargument settlement conference. (.2) Continued work on appellate brief. (2.7) | 2.90 | 464.00 | B |
| | Continue to research and draft brief in opposition to defendant's motion for judgment as a matter of law. | 5.20 | 832.00 | R |
| 9 /29/05 | Work on responses to motion for judgment as matter of law, including telephone conference with Attorney Armstrong in issues raised, etc. | 3.60 | 576.00 | R |
| | Continue drafting Brief in Opposition to Defendants' Motion for a New Trial. | 8.10 | 1,296.00 | R |

| 9 /30/05 | Continue to draft response brief to Defendants' Motion for Judgment as a Matter of Law. | 6.40 | 1,024.00 | R |
| | Continue to draft brief in opposition to Defendants' Motion for New Trial. | 1.40 | 224.00 | R |
| | **Total of Hours and Fees** | 108.20 | **$17,312.00** | |

**DISBURSEMENTS**

| | | Disbursements | Receipts |
|---|---|---|---|
| 9/8/05 | 8/24/05 - Hartford Courier Service | 10.00 – R | |
| 9/13/05 | 8/26/05 - FedEx Expense for Cadle/Flanagan | 105.58 | |
| | Totals | $115.58 | $0.00 |
| | **Total Fees & Disbursements** | | **$17,427.58** |
| | Previous Balance | | $23,674.59 |
| | Previous Payments | | $0.00 |
| | **Balance Due Now** | | **$41,102.17** |

## Aging Information

| <=30 days | <=60 days | <=90 days | <=120 days | > 120 days |
|---|---|---|---|---|
| $20,020.27 | $4,745.49 | $16,336.41 | $0.00 | $0.00 |

# SABIA & HARTLEY, LLC
### ATTORNEYS AT LAW

190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
tel 860.541.2077 fax 860.713.8944 www.sabiahart.com

The Cadle Company
100 North Center Street
Newton Falls, OH 44444

September 13, 2005

**Attention:**  Mr. Tim Dugic

File #:    114-133
Inv #:      14667

**RE:**     Charles Atwood Flanagan v. The Cadle Company; Cadle File No:
OH550020

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|------|-------------|-------|--------|---|
| 8 /1/05 | Receipt of check for court reporter for transcript of trail. Prepare correspondence to court reporter. | 0.20 | 32.00 | R |
| 8 /2/05 | Review court order regarding attorneys' fees and fax same to Attorney Armstrong. | 0.20 | 32.00 | R |
| 8 /16/05 | Review and analysis of Fasano motion for extension of time to object to motion for judgment, Bainer motion to join with Fasano and Prymas in motion for extension of time to object to motion for judgment, etc. Attention to correspondence from Attorney Lenes to Second Circuit regarding pending appeal. | 0.80 | 128.00 | R ~ ⁵\15 |
| 8 /22/05 | Draft correspondence to Second Circuit regarding activation of pending appeal to docket. | 0.50 | 80.00 | B |
| | Begin draft of Statement of Issues for 2nd Circuit.  (1.5) Review record and docket statements and begin draft of Designation of Record. (3.0)  Telephone call with Second Circuit Staff Attorney regarding time lines for responding and draft letter to Second Circuit regarding lower court's decision denying reconsideration. (0.3) | 4.80 | 768.00 | B |
| 8 /23/05 | Telephone conference with Lisa Greene at the U.S. Court of Appeals regarding status of appeal and its reactivation. | 0.20 | 32.00 | B |
| 8 /24/05 | Analysis of trial transcripts and telephone call to Tim Dugic regarding copying of same, etc. | 0.90 | 144.00 | R |
| 8 /25/05 | Continue drafting Second Circuit Brief. | 2.00 | 320.00 | B |
| 8 /26/05 | Telephone conference with Tim Dugic regarding copies of trial transcripts, etc. | 0.20 | 32.00 | R |
| 8 /30/05 | Continue revisions to brief for the Second Circuit appeal. | 3.50 | 560.00 | B |

|  | Total of Hours and Fees | 13.30 | $2,128.00 |
|---|---|---|---|

## DISBURSEMENTS

|  |  | Disbursements | Receipts |
|---|---|---|---|
| 8/9/05 | Outsourced copying | 424.00 ~ ℗ |  |
|  | 7/18/05 - Courier Service | 10.00 ~ ℂ |  |
|  | 7/14/05 - Courier Service | 10.00 ~ ℂ |  |
| 8/17/05 | Pacer Charges - 4/20/05, 5/2/05, 5/18/05, 5/23/05, 5/31/05, 6/3/05, 6/6/05, 6/7/05 | 20.69 |  |
|  | Totals | $464.69 | $0.00 |

| **Total Fees & Disbursements** | **$2,592.69** |
|---|---|
| Previous Balance | $21,081.90 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$23,674.59** |

## Aging Information

| <=30 days | <=60 days | <=90 days | <=120 days | > 120 days |
|---|---|---|---|---|
| $7,338.18 | $16,336.41 | $0.00 | $0.00 | $0.00 |

# SABIA & HARTLEY, LLC
### ATTORNEYS AT LAW

190 Trumbull Street  Suite 202  Hartford, CT 06103-2205
tel 860.541.2077 fax 860.713.8944 www.sabiahart.com

The Cadle Company
100 North Center Street
Newton Falls, OH 44444

August 15, 2005

| | |
|---|---|
| File #: | 114-133 |
| Inv #: | 14540 |

**Attention:**   Mr. Tim Dugic

**RE:**   Charles Atwood Flanagan v. The Cadle Company; Cadle File No:
OH550020

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|---|---|---|---|---|
| 7 /1/05 | Continue research regarding new trial for attorney misconduct in a civil trial. | 3.40 | 544.00 | R |
| 7 /5/05 | Review and analysis of Motion for Attorneys' Fees and Costs and supporting affidavit filed by Prymas, etc. (.2)  Telephone conference with Attorney Armstrong regarding status and strategy. (.3)  Telephone conference with court reporter regarding status of trial transcripts. (.1) | 0.60 | 96.00 | R |
| 7 /6/05 | Telephone conference with Attorney Charron regarding pending litigation, her client's intentions, etc. (.3)  Telephone conference with Attorney Armstrong regarding status and strategy. (.3)  Conference with Attorney Wright regarding RICO litigation, etc. (.3). | 0.90 | 144.00 | R |
| | Research the meaning of treble damages under RICO. | 0.30 | 48.00 | R |
| 7 /8/05 | Telephone conference with Attorney Armstrong regarding research needed on judgments, etc. (.4)  Research local and federal rules on same, including Pacer website check of status of RICO matter, etc. (1.6) | 2.00 | 320.00 | R |
| 7 /11/05 | Compute time to respond to pending motions. (.1)  Telephone conference with court reporter regarding status of trial transcript. (.2)  Telephone conference with Attorney Armstrong's office regarding same. (.2)  Telephone conference with Tim Dugic regarding transcript, motion for new trial, status and strategy. (.2) | 0.70 | 112.00 | R |

| Date | Description | Hours | Fees | |
|---|---|---|---|---|
| 7/12/05 | Telephone conference with Attorney Armstrong resgarding pending RICO matter, preservation of claims, transcript, etc. (.4) Telephone conference with Attorney Charron regarding extension of time to respond to pending motions, etc. (.3) Leave message with Judge Smith's chambers regarding settlement. (.1) Prepare fax correspondence to all counsel of record regarding request for extension of time to respond to pending motions. (.4) Modify motion for extension of time to respond to pending motions. (.4) Telephone conferences with court reporter regarding ordering of trial transcripts. (.3) Leave message with Tim Dugic regarding transcripts and draft fax memo to Tim regarding same. (.3). | 2.20 | 352.00 | ( |
| 7/13/05 | Review correspondence from Attorney Cooney regarding extension of time to respond to pending motions. (.1) Telephone conference with Dan Cadle regarding status and strategy. (.4) Review and analysis of correspondence from Attorney Armstrong, motion for judgment and proposed final judgment. (.3) Telephone conference with Attorney Armstrong regarding same. (.2) | 1.00 | 160.00 | R |
| | Telephone conference with David Hill regarding pending motions. (.3) Review correspondence from Attorney Gallagher regarding extension of time to respond. (.1) Telephone conferences (x2) with Dean Armstrong regarding motion for judgment, attorneys fees, etc. (.4) Telephone conferences with Tim Dugic (x3) regarding costs and fees, etc. (.4) Work on assembling information for motion for judgment, etc. (2.8) | 4.00 | 640.00 | R |
| 7/14/05 | Work on assembling of legal bills and updating RICO legal fee statements for motion for judgment purposes (3.8), preparation of notice to counsel regarding breakdown of RICO vs. bankruptcy billings (.2), revision of motion for judgment and Armstrong affidavit (.7), including telephone conferences with Tim Dugic (.2) and Attorney Armstrong (x3) (.7) regarding change to calculations, make arrangements with Kinko's for copying (.2), assemble documents for motion for judgment binder for court and counsel of record (1.5) | 7.30 | 1,168.00 | R |
| 7/18/05 | Review Pacer website regarding status. (.1) Download court order on motion for extension of time and review objection to motion for extension of time filed by Bainer. (.2) | 0.30 | 48.00 | R |
| 7/19/05 | Telephone conference with court reporter regarding return of check for transcript. (.1) Draft correspondence to Tim Dugic regarding instructions for transcript copy. (.3) | 0.40 | 64.00 | R |
| 7/21/05 | Voice mails to and from Attorney Charron regarding extension of time to respond to motion for judgment. (.2) Review motion for extension of time as filed by Bainer. (.1) | 0.30 | 48.00 | R |
| 7/25/05 | Continue drafting Second Circuit Appellate Brief. | 2.60 | 416.00 | B |
| 7/26/05 | Continue drafting Second Circuit Appellate Brief. | 2.10 | 336.00 | B |
| | **Total of Hours and Fees** | **28.10** | **$4,496.00** | |

**DISBURSEMENTS**

| Date | Description | Disbursements | Receipts |
|---|---|---|---|
| 7/7/05 | 6/6/05 Hartford Courier Service | 10.00 | |

| | | | |
|---|---|---|---|
| 7/11/05 | 6/6/05 - Office and Print Services | 55.65 | |
| 7/31/05 | Westlaw (7/1/05; 7/6/05; 7/26/05; 7/28/05) | 146.08 | |
| 7/14/05 | Postage Expense  1 @ 9.20 | 9.20 | |
| | Postage Expense  6 @ 4.76 | 28.56 | |

| | | | |
|---|---|---|---|
| Totals | | $249.49 | $0.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$4,745.49** |
| | |
| Previous Balance | $55,803.02 |
| Previous Payments | $39,466.61 |
| | |
| **Balance Due Now** | **$21,081.90** |

## Aging Information

| <=30 days | <=60 days | <=90 days | <=120 days | > 120 days |
|---|---|---|---|---|
| $21,081.90 | $0.00 | $0.00 | $0.00 | $0.00 |