UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants. | : | MAY 12, 2006 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs seek an extension of time to respond to Defendants' Joint Objection to Plaintiffs' Motion and Supplemental Motion for Judgment on Jury Verdict and Award of Attorneys' Fees. By order dated April 3, 2006, this Court ordered Defendants to respond by April 21, 2006 and Plaintiffs to reply by May 5, 2006. The parties filed a Joint Motion for Extension of Time making Defendants' response due on May 5, 2006 and Plaintiffs' reply due on May 19, 2006. The Court granted this Extension on or about April 17, 2006. Defendants filed their response on May 5, 2006.

Plaintiffs are requesting an extension of one week to file their reply. Plaintiffs' counsel has a brief due in the Second Circuit Court of Appeals on the same date as the reply brief is due in this Court. Plaintiffs will not be able to respond fully and completely in both cases within that time frame. Counsel for Plaintiffs, Edward C. Taiman, Jr., communicated with Attorney David Hill on or about May 10, 2006 and Attorney Hill indicated that he would agree to the one-week extension. Attorney Hill indicated that he was speaking for all the Defendants in agreeing to the requested extension.

WHEREFORE, Plaintiffs request a one-week extension to respond to Defendants' Joint Objection to Plaintiffs' Motion and Supplemental Motion for Judgment on Jury Verdict and Award of Attorneys' Fees.

PLAINTIFFS, THE CADLE COMPANY AND
D.A.N. JOINT VENTURE, L.P.

By: _/s/ Melinda B. Kaufmann for Edward C. Taiman_
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. ct01319

and

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, IL 60422
Federal Bar No. ct22417

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was mailed, postage prepaid, via U.S. regular mail, to all defense counsel on May 12, 2006 as shown on the attached Service List.

_/s/ Melinda B. Kaufmann_
Melinda B. Kaufmann

## SERVICE LIST

William F Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509
(counsel for Stanley Prymas and Thompson
& Peck, Inc.)

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(counsel for Leonard A. Fasano and
Fasano & Ippolito, LLC)

Roger J. Frechette, Esq.
Frechette & Frechette, Esq.
12 Trumbull Street
New Haven, CT 06511
(counsel for Leonard A. Fasano)

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5123
(counsel for Todd Bainer)

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
69 Island Avenue
Madison, CT 06443
(counsel for Thompson & Peck, Inc.)

Todd R. Bainer
71 Cedar Street
P.O. Box 1092
Branford, CT 06405

E:\WPDOCS\CADLE\Flanagan\RICO\attorney fees\mot.ext.time.wpd