## *UNITED STATES DISTRICT COURT*

## *DISTRICT OF CONNECTICUT*

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | Case No. 3:01-CV 531 |
|    Plaintiff | : |  (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | JUNE 2, 2006 |
|    Defendants | : | |

## **NOTICE OF APPEAL**

Notice is hereby given that the defendants, Stanley F. Prymas and Thompson & Peck, Inc. hereby appeal from any judgment that may have entered in this matter.

      Respectfully submitted,
      DEFENDANTS, STANLEY F. PRYMAS and
      THOMPSON & PECK, INC.


BY: _____
      Barbara L. Cox
      Federal Bar #ct08523
      The Gallagher Law Firm
      1377 Boulevard
      P.O. Box 1925
      New Haven, CT  06509
      Tel:  203-624-4165
      Fax:  203-865-5598

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed on the date above written to the following:

Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL  60422
Tel.  7-8/798-1599
Fax:  7-8/798-1597

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT  06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, *pro se*
230 Millbrook Road
North Haven, CT 06473

                                                             _____
                                                             Barbara L. Cox