UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>  Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>  Defendants | : | JUNE 1, 2006 |

## NOTICE OF APPEAL

Notice is hereby given that Todd R. Bainer and Todd R. Bainer, L.L.C., defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the following:

   The Court's Amended Ruling on the Defendants' Motion for Judgment as a Matter of Law entered on May 8, 2006.

   The Court's Ruling on the Defendants' Motion for Judgment as a Matter of Law entered on March 31, 2006.

   The Court's Ruling on the Defendants Motion for a New Trial and/or Motion for Remittitur entered on March 31, 2006 as corrected on May 8, 2006.

   The Court's failure to rule on the Defendants Motion for Mistrial made orally on June 1, 2005; Memorandum in support filed on June 3, 2005.

   The Court's partial granting on June 6, 2005 of Plaintiffs' Motion to Admit Redacted Letters for Purposes of Impeachment.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029

The Court's failure to provide appropriate jury interrogatories to assist the jury in assessing Defendants' liability.

The Court's instruction to the jury on May 23, 2005, on the first day of trial, that he wanted the jurors to discuss the case among themselves during the course of the trial.

Court's denial on March 31, 2006 of Defendants Supplemental Motion to Set Aside the "Collection Expense Damages $500,000", and Enter Judgment in Favor of Leonard A. Fasano dated December 19, 2005.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By_____
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

## SERVICE LIST
(3:01CV531(AVC))

F. Dean Armstrong, Esquire
1324 Dartmouth Road
Flossmoor, IL 60422

Edward C. Taiman, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

David G. Hill, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Bradley K. Cooney, Esquire
69 Island Avenue
Madison, CT 06443

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Todd R. Bainer, Esquire
71 Cedar Street
P.O. Box 1092
Branford, CT 06405-8092

Roger J. Frechette, Esquire
Frechette & Frechette
12 Trumbull Street
New Haven, CT 06511

::ODMA\PCDOCS\DOCS\417954\2