STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE COMPANY, ET AL          :    CIVIL ACTION NO.
    Plaintiffs                              :    3:01CV531(AVC)
                                                 :
VS.                                              :
                                                 :
CHARLES A. FLANAGAN, ET AL    :    JUNE 7, 2005
    Defendants                            :

**PROPOSED JURY INTERROGATORIES AS TO**
**DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC**

A.

| NO. | QUESTIONS | YES | NO |
|---|---|---|---|
| 1. | Do you find a RICO enterprise? | | |
| 2. | If no, you must enter judgment in favor of defendants on all RICO claims: §1962 (c) and (d). | | |
| 3. | If yes, do you find that defendant was a member of the RICO enterprise? | | |
| 4. | If no, you must enter judgment in favor of defendant Bainer on all RICO claims: §1962 (c) and (d). | | |
| 5. | If yes, proceed to Section B. | | |

B.    §1962(c)

| NO. | QUESTIONS | YES | NO |
|---|---|---|---|
| 1.a. | Did defendant Bainer commit predicate acts of bankruptcy fraud? | | |
| 1.b. | If yes, was there transactional loss and loss causation? (If no, then as a matter of law, there is no predicate act of bankruptcy fraud.) | | |
| 2.a. | Did defendant Bainer commit predicate acts of mail fraud? | | |
| 2.b. | If yes, was there transactional loss and loss causation? (If no, then as a matter of law, there is no predicate act of mail fraud.) | | |

| 3. | If yes, was there reliance? (If no, then as a matter of law, there is no predicate act of mail fraud.) | | |
|---|---|---|---|
| 4.a. | Did defendant Bainer commit predicate acts of wire fraud? | | |
| 4.b. | If yes, was there transactional loss and loss causation? (If no, then as a matter of law, there is no predicate act of wire fraud.) | | |
| 5. | If yes, was there reliance? (If no, then as a matter of law, there is no predicate act of wire fraud.) | | |
| 6. | Do you find that the wire fraud communications crossed state lines? | | |
| 7. | If no, then as a matter of law, there is no wire fraud. | | |
| 8. | Do you find that defendant Bainer committed two or more predicate acts? (If you answer no, then you must find in favor of defendant Bainer.) | | |
| 9. | Of the predicate acts you determine were committed by defendant Bainer, do you find that these predicate acts were related? | | |
| 10. | Of the predicate acts you determine were committed by defendant Bainer, do you find that these acts amount to or pose a threat of continued criminal activity through either closed-ended or open-ended continuity? | | |
| 11. | If you answered no to 5 or 6, you must find in favor of defendant Bainer. | | |
| 12. | If you answered yes to both 5 and 6 above, do you find that defendant Bainer participated in the operation and management of the enterprise? | | |
| 13. | If no, you must find in favor of defendant Bainer. | | |
| 14. | If yes, do you find that plaintiffs were injured in their business or property? | | |
| 15. | If no, you must find in favor of defendant Bainer. | | |
| 16. | If yes, do you find that plaintiffs' injuries were proximately caused by the pattern of predicate acts committed by defendant Bainer? | | |
| 17. | If no, you must find in favor of defendant Bainer. | | |
| 18. | If yes, you must find in favor of plaintiffs on §1962(c) and go to D below. | | |

C.   **§1962(d)**

| NO. | QUESTIONS | YES | NO |
|---|---|---|---|
| 1. | Did you find that defendant Bainer violated either §1962(c)? | | |
| 2. | If no, then you must find in favor of defendant Bainer. | | |
| 3. | If yes, do you find that defendant Bainer, by words or actions, manifested an agreement to commit two predicate acts in furtherance of the common | | |

2

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029

|   |   |   |   |
|---|---|---|---|
|   | purpose of the enterprise? |   |   |
| 4. | If no, you must find in favor of defendant Bainer. |   |   |
| 5. | If yes, do you find that plaintiffs were injured in their business or property? |   |   |
| 6. | If no, you must find in favor of defendant Bainer. |   |   |
| 7. | If yes, do you find that plaintiffs' injuries were factually and proximately caused by the pattern of predicate acts committed by the co-conspirators? |   |   |
| 8. | If no, you must find in favor of defendant Bainer. |   |   |
| 9. | If yes, you must find in favor of plaintiffs and go to E below. |   |   |

D.  **§1962(c) Damages**

| NO. | QUESTIONS | AMOUNT |
|---|---|---|
| 1. | Amount of damages less recovery = net damages proximately caused by predicate acts of defendant Bainer. |   |

E.  **§1962(d) Damages**

| NO. | QUESTIONS | AMOUNT |
|---|---|---|
| 1. | Amount of damages less recovery = net damages proximately caused by predicate acts of co-conspirators. |   |

3

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By /s/ Mary Anne Charron
R. BRADLEY WOLFE
Federal Bar No. ct04332
GERALD R. SWIRSKY
Federal Bar No. ct05574
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

::ODMA\PCDOCS\DOCS\394930\1

4

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361       FACSIMILE (860) 525-4849       JURIS No. 24029