628

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

T AL.                              :       CIVIL NO. 3:01CV531(AVC)

                                   :

 AL.
 S                                 :       DECEMBER 19, 2005

NT LEONARD A. FASANO'S SUPPLEMENTAL
T ASIDE THE "COLLECTION EXPENSE DAMAGES
00" AND ENTER JUDGMENT IN FAVOR OF
             LEONARD A. FASANO

ined a judgment against Flanagan in the amount of $90,747.87 on

d that sum with interest to date on November 19, 1998, the total

 jury found - - "**lost debt damages –0-.**" As set forth below, and as

irst National Bank v. Gelt Funding, 27 F. 3d. 763 (1994), and

ce Co. v. Milken, 17 F. 3rd 308 (2nd Cir. 1994) the law is clear that

es, "Collection Expense Damages" without "Lost Debt Damage".

Company sued Charles Flanagan, Civ. No. 3:96cv2648 (AVC) and

t Flanagan in the sum of $90,747.87 on March 20, 1997. On January

n was served on Thompson and Peck, Inc., a company that Flanagan

 is. On February 25, 1998, Cadle served Flanagan with a subpoena

1

[Sideways annotation:] 3:01cv531 (AVC): March 31, 2006. The motion is denied for the same reasons set forth in the court's ruling this day denying the defendants' joint motion for judgment as a matter of law. See the court's March 31, 2006 ruling at Page 19.

SO ORDERED.

Alfred V. Covello, U.S.D.J.



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>PLAINTIFFS | : | CIVIL NO. 3:01CV531(AVC) |
| VS. | : | |
| CHARLES FLANAGAN, ET AL<br>DEFENDANTS | : | DECEMBER 19, 2005 |

### MOTION TO FILE SUPPLEMENTAL MOTION TO SET ASIDE THE "COLLECTION EXPENSE DAMAGES $500,000.00", AND ENTER JUDGMENT IN FAVOR OF LEONARD A. FASANO

The defendant Leonard A. Fasano, through counsel, respectfully moves for permission to file the attached "supplemental motion to set aside the "collection expense damages, $500,000.00" and enter judgment in favor of Leonard A. Fasano". Co-counsel for the defendant Leonard A. Fasano consents to the granting of this motion and joins in said motion.

RESPECTFULLY SUBMITTED,
LEONARD A. FASANO

BY _____
ROGER J. FRECHETTE, ESQ. (CT0823)
ITS COUNSEL
FRECHETTE & FRECHETTE, ESQS.
12 TRUMBULL STREET
NEW HAVEN, CT 06511
TEL. NO. 203-865-2133
FACSIMILE NO. 203-562-6932

ARGUMENT REQUESTED
NO TESTIMONY

*GRANTED.*
*Alfred V. Covello, U.S.D.J.*
*January 3, 2006.*
*SO ORDERED.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>PLAINTIFFS | : | CIVIL NO. 3:01CV531(AVC) |
| VS. | : | |
| CHARLES FLANAGAN, ET AL<br>DEFENDANTS | : | DECEMBER 19, 2005 |

### MOTION TO FILE SUPPLEMENTAL MOTION TO SET ASIDE THE "COLLECTION EXPENSE DAMAGES $500,000.00", AND ENTER JUDGMENT IN FAVOR OF LEONARD A. FASANO

The defendant Leonard A. Fasano, through counsel, respectfully moves for permission to file the attached "supplemental motion to set aside the "collection expense damages, $500,000.00" and enter judgment in favor of Leonard A. Fasano". Co-counsel for the defendant Leonard A. Fasano consents to the granting of this motion and joins in said motion.

RESPECTFULLY SUBMITTED,
LEONARD A. FASANO

BY _____
ROGER J. FRECHETTE, ESQ. (CT0823)
ITS COUNSEL
FRECHETTE & FRECHETTE, ESQS.
12 TRUMBULL STREET
NEW HAVEN, CT 06511
TEL. NO. 203-865-2133
FACSIMILE NO. 203-562-6932

ARGUMENT REQUESTED
NO TESTIMONY

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage pre-paid on this 19th day of December, 2005 to:

David G. Hill, Esq.
June M. Sullivan
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06106

Edward C. Taiman, Jr., Esq.
Michael G. Albano, Esq.
Sabla & Hartley, LLC
190 Trumbull Street, Ste. 202
Hartford, CT 06103-2205

F. Dean Armstrong, Esq.
Armstrong Law Firm
1324 Dartmouth Road
Flossmoor, IL 60422

Mary Anne Charron, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123

Barbara L. Cox, Esq.
William F. Gallagher, Esq.
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 60509-1925

Bradley K. Cooney, Esq.
Bradley K. Cooney, P.C.
60 Island Avenue
Madison, CT 06443

Todd R. Bainer, Esq.
Todd R. Bainer, LLC
71 Cedar Street
Branford, CT 06405

_____
Roger J. Frechette

FILED

2005 DEC 27 A 11: 27

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD, CT.

THE CADLE COMPANY, ET AL : CIVIL ACTION NO.
   Plaintiffs : 3:01CV531(AVC)

VS.

CHARLES A. FLANAGAN, ET AL : DECEMBER 23, 2005
   Defendants :

### DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S MOTION TO JOIN IN WITH DEFENDANTS LEONARD A. FASANO AND FASANO, IPPOLITO & LEE, LLC'S MOTION TO FILE SUPPLEMENTAL MOTION TO SET ASIDE THE "COLLECTION EXPENSE DAMAGES $500,000.00

Defendants, Todd R. Bainer and Todd R. Bainer, LLC ("Bainer"), hereby joins in to defendants Leonard A. Fasano, Fasano, Ippolito & Lee, LLC's Motion to File Supplemental Motion to Set Aside the Collection Expense Damages $500,000.00" and Enter Judgment in Favor of Leonard A. Fasano for the same grounds and for the same reasons as outlined in defendants Leonard A. Fasano, Fasano, Ippolito & Lee, LLC's Motion to File Supplemental Motion to Set Aside the Collection Expense Damages $500,000.00, dated December 22, 2005.

January 3, 2006. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361     FACSIMILE (860) 525-4849     JURIS No. 24029