## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL<br>Plaintiffs | Case No. 3:01-CV 531<br>(AVC) |
| VS. | |
| CHARLES A. FLANAGAN, ET AL<br>Defendants | July 18, 2006 |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiffs, The Cadle Company and DAN Joint Venture, A Limited Partnership, and the defendants, Leonard A. Fasano and Fasano, Ippolitto & Lee, LLC, hereby stipulate that the plaintiffs' claims against defendants, Leonard A. Fasano and Fasano, Ippolitto & Lee, LLC be dismissed with prejudice and with each party to bear his or its own costs and attorneys' fees.

This Stipulation hereby incorporates the terms of a confidential settlement agreement dated July 10, 2006 , between and among the parties to this Stipulation.

| | |
|---|---|
| The Cadle Company and<br>DAN Joint Venture, A Limited<br>Partnership | Leonard A. Fasano and Fasano,<br>Ippolitto & Lee, LLC |
| BY: _____<br>Edward C. Taiman, Esquire<br>Federal Bar No. ct01319<br>Sabia & Hartley, LLC<br>190 Trumbull Street, #202<br>Hartford, CT 06103-2205 | BY: David G. Hill (ECT)<br>David G. Hill, Esquire<br>Federal Bar No. ct13435<br>Halloran & Sage, LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06443 |

1

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was hand delivered or mailed by regular U.S. Mail on the date above written to all counsel and *pro se* parties of record, namely:

F. Dean Armstrong, Esq.
1324 Dartmouth Road
Flossmoor, Ill. 60422

Edward C. Taiman, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, #202
Hartford, CT 06103-2205

Todd R. Bainer, Esq.
P.O. Box 1092
Branford, CT 06405

Mary Anne A. Charron, Esq.
Gerald R. Swirsky, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

Bradley K. Cooney, Esq.
69 Island Avenue
Madison, CT 06443

David G. Hill, Esq.
June Sullivan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lisa G. Flanagan, pro se
12 Green Hill Road
North Haven, CT 06473-2146

Paul Morgan Gaide, Esq.
713 Lovely Street
Avon, CT 06001

Richard Roberts, Esq.
Karen T. Gerber, Esq.
Amber J. Branciforte, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

William F. Gallagher, Esq.
Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Ella Grasso Boulevard
P.O. Box 1925
New Haven, CT 06509

E:\WPDOCS\CADLE\Flanagan\RICO\settlement agt\Stipulation 7.5.06.doc

_____
EDWARD C. TAIMAN, JR.

2