# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*Conn/New haven*
*01-cv-531*
*Hon. Covello*
*Hon. Smith*

CADLE COMPANY
v.
FLANAGAN

Docket No. 06-2694-cv(L)

*FILED AUG 0 1 2006*

## STIPULATION WITHDRAWING PREMATURE APPEAL

It appearing that the above appeal is premature because claims are still pending in District Court, i.e., *no judgment yet entered, and some of plaintiff's claims against defendants in default remain unadjudicated,* FRCP 54(b), and no certification has been granted, WHEREFORE,

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. This stipulation shall not preclude any appeal from a final judgment, i.e., adjudicating <u>all</u> the claims and the rights and liabilities of <u>all</u> the parties, or granting certification, FRCP 54(b).

Attorney for Appellant
R. Bradley Wolfe
Gordon, Muir and Foley, LLP

Attorney for Appellee
Edward C. Taiman, JR
Sabia + Hartley LLC

Counsel: Please print name and firm under signature.

Dated:
SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By Stanley A. Bass, Staff Counsel

AUG - 1 2006

A TRUE COPY
Roseann B. MacKechnie, CLERK
DEPUTY CLERK

CERTIFIED: