UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | : | AUGUST 22, 2006 |
| | : | |

DEFENDANTS TODD R. BAINER AND TODD R. BAINER, LLC'S
MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 45(c) of the Federal Rules of Civil Procedure and Local Rule 9d, the Defendants, Todd R. Bainer and Todd R. Bainer, LLC, hereby move to quash the subpoena served on R. Bradley Wolfe, lead counsel for Mr. Bainer in the above-captioned case, on August 21, 2006.

The subpoena, attached hereto as Exhibit A, is improper under Rule 45(c)(3)(A) on two basic grounds. First, it commands the production of documents for a hearing long scheduled for Thursday, August 24, 2006, but was only served Monday afternoon, August 21, 2006. The commandment that all billing records be produced does not leave a reasonable time for review, redaction and production. Rule 45(c)(3)(A)(i).

Second, compliance with the subpoena requires the disclosure of the detailed billing records of the firm on this matter, which includes both privileged communications with the lawfirm's client

and work product and impressions regarding the case. Rule 45(c)(3)(A)(iii). That information could be of great assistance to plaintiffs if there is an appeal resulting in a new trial.

Finally, the billing records, rates and hours of Gordon, Muir and Foley, LLP is neither at issue nor relevant to the proceeding on the 24th, which is an examination of plaintiff's counsel's claims for attorney's fees and costs to which objection has been filed on the basis that the billing records, particularly as relates to Mr. Armstrong and Mr. Gaide, report efforts on other matters, including the defense of a grievance complaint and the bankruptcy of Charles Flanagan, yet are included in the billing. Gordon, Muir and Foley, LLP records are not germane to that inquiry.

WHEREFORE, both the undersigned and our client respectfully request that the subpoena be quashed.

DEFENDANTS: TODD R. BAINER and TODD R. BAINER, L.L.C.

By _____
R. BRADLEY WOLFE
Federal Bar No. ct04332
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

## CERTIFICATION OF SERVICE

    I hereby certify that on the 22nd day of August, 2006, a copy of the foregoing Motion to Quash and Motion for Protective Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                            R. Bradley Wolfe
                                            Mary Anne A. Charron

::ODMA\PCDOCS\DOCS\424150\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361　　　　　FACSIMILE (860) 525-4849　　　　　JURIS No. 24029