UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|    Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | SEPTEMBER 22, 2006 |
|    Defendants | : | |

### DEFENDANTS' TODD R. BAINER AND TODD R. BAINER, LLC MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENT TO DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR JUDGMENT ON JURY VERDICT AND AWARD OF ATTORNEYS' FEES

At a hearing held August 24, 2006, Defendants were afforded an opportunity to supplement their objection to the award of attorney's fees and costs in the above action. Pursuant to Rule 7(b) of Local Rules of Civil Procedure, Defendants, Todd R. Bainer and Todd R. Bainer, LLC (collectively, "Defendants"), respectfully move for an extension of time of 30 days until October 31, 2006 to file their "Supplement to Defendants' Objection to Plaintiffs' Motion for Judgment on Jury Verdict and Award of Attorneys' Fees dated July 14, 2005".

The extension is requested to allow the parties to conclude the negotiation of the terms of, and complete the documentation evidencing, a settlement of this litigation against Defendants for which there now exists an agreement in principle.

The undersigned has attempted to contact Attorney Edward Taiman, plaintiffs' counsel, but has not been able to ascertain his position on this Motion. This is the first Motion for Extension of Time filed by the Bainer defendant's for the purpose stated herein.

WHEREFORE, the Defendants request that the time for filing their Supplement to Defendants' Objection to Plaintiffs' Motion for Judgment on Jury Verdict and Award of Attorneys' Fees be extended to October 31, 2006.

>                     DEFENDANTS: TODD R. BAINER and
>                     TODD R. BAINER, L.L.C.
>
>
>                     By_____
>                         R. BRADLEY WOLFE
>                         Federal Bar No. ct04332
>                         MARY ANNE A. CHARRON
>                         Federal Bar No. ct02274
>                         Gordon, Muir and Foley, LLP
>                         Hartford, CT 06106-1976
>                         Telephone (860) 525-5361
>                         Facsimile (860) 525-4849

CERTIFICATION OF SERVICE

      I hereby certify that on the 22nd day of September, 2006, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

_____
R. Bradley Wolfe

::ODMA\PCDOCS\DOCS\426048\1