UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>    Plaintiffs | : | CIVIL ACTION NO.<br>3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL<br>    Defendants | : | October 20, 2006 |

DEFENDANTS' TODD R. BAINER AND TODD R. BAINER, LLC
MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENT
TO DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR
JUDGMENT ON JURY VERDICT AND AWARD OF ATTORNEYS' FEES

At a hearing held August 24, 2006, Defendants were afforded an opportunity to supplement their objection to the award of attorney's fees and costs in the above action. Pursuant to Rule 7(b) of Local Rules of Civil Procedure, Defendants, Todd R. Bainer and Todd R. Bainer, LLC (collectively, "Defendants"), respectfully move for an additional extension of time of 15 days until November 15, 2006 to file their "Supplement to Defendants' Objection to Plaintiffs' Motion for Judgment on Jury Verdict and Award of Attorneys' Fees dated July 14, 2005." It is further requested that Plaintiffs be allowed until December 1, 2006 to file a reply, if necessary.

The extension is requested to allow the parties to conclude the negotiation of the terms of, and complete the documentation evidencing, a settlement of this litigation against Defendants for which there now exists an agreement in principle. A further settlement conference is scheduled before U.S. Magistrate Judge Thomas P. Smith on October 30, 2006 to assist in the process.

The undersigned has spoken with Attorney Edward Taiman, Plaintiffs' counsel, who has, with his client's consent, agreed to this Motion. This is the second Motion for Extension of Time filed by the Bainer Defendant's for the purpose stated herein.

WHEREFORE, the Defendants request that the time for filing their Supplement to Defendants' Objection to Plaintiffs' Motion for Judgment on Jury Verdict and Award of Attorneys' Fees be extended to November 15, 2006 and Plaintiffs be allowed until December 1, 2006 to reply.

> DEFENDANTS: TODD R. BAINER and
> TODD R. BAINER, L.L.C.
>
> By _____
> R. BRADLEY WOLFE
> Federal Bar No. ct04332
> MARY ANNE A. CHARRON
> Federal Bar No. ct02274
> Gordon, Muir and Foley, LLP
> Hartford, CT 06106-1976
> Telephone (860) 525-5361
> Facsimile (860) 525-4849

2

CERTIFICATION OF SERVICE

    I hereby certify that on the 20th day of October, 2006, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
R. Bradley Wolfe

::ODMA\PCDOCS\DOCS\428046\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS NO. 24029