UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, ET AL : | CIVIL ACTION NO. |
|     Plaintiffs : | 3:01CV531(AVC) |
| : | |
| VS. : | |
| : | |
| CHARLES A. FLANAGAN, ET AL : | NOVEMBER 15, 2006 |
|     Defendants : | |

DEFENDANTS' TODD R. BAINER AND TODD R. BAINER, LLC
MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENT
TO DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR
JUDGMENT ON JURY VERDICT AND AWARD OF ATTORNEYS' FEES

At a hearing held August 24, 2006, Defendants were afforded an opportunity to supplement their objection to the award of attorney's fees and costs in the above action. Since that date the parties have been actively pursuing the settlement of the matter under the auspices of the Honorable United States Magistrate Judge Thomas P. Smith. At this time settlement has not been consummated, but discussions remain active.

Therefore, pursuant to Rule 7(b) of Local Rules of Civil Procedure, Defendants, Todd R. Bainer and Todd R. Bainer, LLC (collectively, "Defendants"), respectfully move for an additional extension of time of 30 days until December 15, 2006 to file their "Supplement to

Defendants' Objection to Plaintiffs' Motion for Judgment on Jury Verdict and Award of Attorneys' Fees dated July 14, 2005." It is further requested that Plaintiffs be allowed until December 30, 2006 to file a reply, if necessary.

The undersigned has spoken with Attorney Edward Taiman, Plaintiffs' counsel, who has, with his client's consent, agreed to this Motion. This is the third Motion for Extension of Time filed by the Bainer Defendants for the purpose stated herein.

WHEREFORE, the Defendants request that the time for filing their Supplement to Defendants' Objection to Plaintiffs' Motion for Judgment on Jury Verdict and Award of Attorneys' Fees be extended to December 15, 2006 and Plaintiffs be allowed until December 30, 2006 to reply.

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By_____
R. BRADLEY WOLFE
Federal Bar No. ct04332
MARY ANNE A. CHARRON
Federal Bar No. ct02274
Gordon, Muir and Foley, LLP
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

2

## CERTIFICATION OF SERVICE

     I hereby certify that on the 15th day of November, 2006, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                                                            _____
                                                                            R. Bradley Wolfe

::ODMA\PCDOCS\DOCS\428046\2

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS NO. 24029