UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV531(AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | DECEMBER __, 2006 |
| Defendants | : | |

### STIPULATION FOR DISMISSAL

Pursuant to Rule 41 (a)(1)ii, the plaintiffs, The Cadle Company and D.A.N., A Joint Venture, and the defendants Todd R. Bainer and Todd R. Bainer, LLC stipulate to the dismissal of the complaint as against Todd R. Bainer and Todd R. Bainer, LLC with prejudice and without costs, interest or attorney's fees.

PLAINTIFFS

By_____
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street
Hartford, CT 06103-2205
Telephone (860) 541-2077

DEFENDANTS: TODD R. BAINER and
TODD R. BAINER, L.L.C.

By_____
R. Bradley Wolfe
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Telephone (860) 525-5361

CERTIFICATION OF SERVICE

I hereby certify that on the 11th day of December, 2006, a copy of the foregoing Stipulation for Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

::ODMA\PCDOCS\DOCS\427848\2