UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | December 18, 2006 |
| Defendants. | § | |

**PLAINTIFFS' SECOND AMENDED MOTION FOR FINAL JUDGMENT
AGAINST DEFAULTING DEFENDANTS AND AWARD OF ATTORNEYS' FEES**

1.   Although duly served with process, Defendants MJCC Corporation; MJCC Realty, Ltd. Partnership (a/k/a MJCC Realty Limited Partnership); Socrates T. Babacus and Joseph Caporale (the "Defaulting Defendants") never answered Plaintiffs' Complaint, and on December 19, 2002, defaults were entered against those Defendants.

2.   Prior to trial, Plaintiffs settled their claims against Defendants Angela Cimino Burr, Charles A. Flanagan and Lisa Flanagan, and those Defendants were released from this suit.

3.   This action was called for jury trial on May 23, 2005, the Honorable Alfred V. Covello, United States District Judge, presiding.

4.   On June 8, 2005 the Court submitted the case to the jury, and on June 10, 2005 the jury returned its verdict in

favor of the Plaintiffs and against the Defendants.  The charge of the Court, along with the verdict and supplemental verdict of the jury, are incorporated herein by reference.

5.    In addition, on July 14, 2005 Plaintiffs submitted a timely Motion for Award of Attorneys' Fees and Costs in accordance with the provisions of Rule 54(d)(2), Fed.R.Civ.P.

6.    After trial, Plaintiffs settled their claims against Defendants Leonard A. Fasano; Fasano & Ippolito (n/k/a Fasano, Ippolito & Lee, L.L.C.); Thompson & Peck, Inc.; Stanley F. Prymas; Todd R. Bainer and Todd R. Bainer, L.L.C., and those Defendants were released from this suit.

7.    Based on the jury's answers to the questions in the verdict and supplemental verdict, the evidence introduced during the trial, the stipulations of the parties and the applicable law, Plaintiffs request that the Court enter judgment in their favor for: (a) monetary damages for the Defaulting Defendants' violations of the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §§1961-1968) ("RICO"); (b) costs of suit under 18 U.S.C. §1964(c); and (c) reasonable and necessary attorneys' fees and costs under 18 U.S.C. §1964(c) as proved-up by the affidavit of attorney F. Dean Armstrong attached hereto as Exhibit A.

4.    A proposed form of judgment is submitted with this Motion.

**PRAYER**

Plaintiffs request:

(1)  that the Court grant their Motion for Judgment and for Award of Attorneys' Fees in accordance with the proposed form of judgment submitted with this Motion; and

(2)  that the Court grant Plaintiffs such further relief to which they may be entitled.

Respectfully submitted,

ARMSTRONG LAW FIRM

Dated: December 18, 2006.      By *s/F. Dean Armstrong*
                                F. Dean Armstrong
                                1324 Dartmouth Road
                                Flossmoor, Illinois 60422
                                708/798-1599
                                Fax: 708/798-1597

                                Edward C. Taiman, Esq.
                                SABIA & HARTLEY, LLC
                                190 Trumbull Street
                                Suite 202
                                Hartford, CT 06103-2205
                                (860) 541-2077
                                Fax (860) 713-8944

                                Attorneys for Plaintiffs
                                The Cadle Company and
                                D.A.N. Joint Venture,
                                A Limited Partnership

## CERTIFICATE OF SERVICE

I certify that on the 18th day of December, 2006, I filed the foregoing Plaintiffs' Second Amended Motion for Final Judgment Against Defaulting Defendants and Award of Attorneys' Fees electronically.   Notice of electronic filing will be sent to counsel if registered for electronic notification by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

*s/F.    Dean    Armstrong,    Esq.*
F. Dean Armstrong, Esq.