UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | §<br><br>§ | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | _____ |
| CHARLES A. FLANAGAN, et al. | § | |
| Defendants. | § | |

### FINAL JUDGMENT

1.   This Court has jurisdiction over the parties and the subject matter.

2.   Although duly served with process, Defendants MJCC Corporation; MJCC Realty, Ltd. Partnership (a/k/a MJCC Realty Limited Partnership); Socrates T. Babacus and Joseph Caporale never answered Plaintiffs' Complaint, and on December 19, 2002, defaults were entered against those Defendants.

3.   Prior to trial, Plaintiffs settled their claims against Defendants Angela Cimino Burr, Charles A. Flanagan and Lisa Flanagan, and those Defendants were released from this suit.

4.   This action was called for jury trial on May 23, 2005, the Honorable Alfred V. Covello, United States District Judge, presiding.

5. On June 8, 2005 the Court submitted the case to the jury, and on June 10, 2005 the jury returned its verdict in favor of the Plaintiffs and against the Defendants. The charge of the Court, along with the verdict and supplemental verdict of the jury, are incorporated herein by reference.

6. In addition, on July 14, 2005 Plaintiffs submitted a timely Motion for Award of Attorneys' Fees and Costs in accordance with the provisions of Rule 54(d)(2), Fed.R.Civ.P.

7. After trial, Plaintiffs settled their claims against Defendants Leonard A. Fasano; Fasano & Ippolito (n/k/a Fasano, Ippolito & Lee, L.L.C.); Thompson & Peck, Inc.; Stanley F. Prymas; Todd R. Bainer and Todd R. Bainer, L.L.C., and those Defendants were released from this suit.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

Plaintiffs The Cadle Company and D.A.N. Joint Venture, A Limited Partnership, shall have and recover from defaulting Defendants MJCC Corporation; MJCC Realty, Limited Partnership (a/k/a MJCC Realty Limited Partnership); Socrates T. Babacus and Joseph Caporale, jointly and severally, on Plaintiffs' claims under §1962 of the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§1961-1968) ("RICO") (a) actual damages in the amount of $500,000, trebled under 18 U.S.C. §1964(c) to $1,500,000; (b) reasonable and necessary attorneys' fees under 18 U.S.C. §1964(c) in the amount of $731,618.70 and

(c) costs of suit under 18 U.S.C. §1964(c) in the amount of $51,769.11, for a total recovery under RICO in the amount of $2,283,387.81;

The Judgment hereby rendered shall bear interest at the rate of _____% from date of judgment until paid;

All costs of court are taxed against Defendants MJCC Corporation; MJCC Realty, Ltd. Partnership (a/k/a MJCC Realty Limited Partnership); Socrates T. Babacus and Joseph Caporale, jointly and severally.

For all of the above, let execution issue if not timely paid by the Defendants.

IT IS SO ORDERED.

DATED: _____.

Hon. Alfred V. Covello,
United Stated District Judge