## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
THE CADLE COMPANY; and D.A.N. :
JOINT VENTURE, A LIMTIED       :
PARTNERSHIP,                   :
   Plaintiffs,                 :
                               :
v.                             :    Case No. 3:01-CV-531(AVC)
                               :
CHARLES A. FLANAGAN, et al.,   :
   Defendants.                 :
```

## ORDER TO SHOW CAUSE

The defendants, Socrates T. Babacus, Joseph Caporale, MJCC Corporation, and MJCC Realty, Ltd. Partnership, are ordered to show cause as to why this court should not render a default judgment against them. The defendants shall have to and including February 19, 2007, to respond to this order and to request a hearing on the matter. Absent a request from the defendants, no hearing will be scheduled.

It is further ordered that the plaintiffs serve upon the defendants named above a copy of this order and all papers filed in connection with their motion for default judgment on or before January 29, 2007, via certified mail.

It is so ordered this 25th of January, 2007, at Hartford, Connecticut.

_____/s/_____
Alfred V. Covello, U.S.D.J.