UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A . FLANAGAN, ET AL | : | |
| Defendants. | : | JANUARY 29, 2007 |

NOTICE OF COMPLAINCE WITH ORDER
TO SHOW CAUSE

This is to certify that on the 29th day of January, 2007, the undersigned did send by U.S. certified mail, postage prepaid, receipt requested, a copy of this Court's Order to Show Cause dated January 25, 2007, Plaintiffs' Second Amended Motion For Final Judgment Against Defaulting Defendants And Award Of Attorneys Fees dated December 18, 2006, Plaintiffs' Supplemental Affidavit of F. Dean Armstrong In Support of Plaintiffs Motion for Award of Attorneys' Fees And Costs Of Suit dated December 18, 2006, and the proposed Final Judgment, to the following:

Joseph Caporale  
36 Coachman Road  
Branford, CT  06405

MJCC Realty Limited Partnership  
100 North Center Street  
Newton Falls, OH  44444

Socrates T. Babacus  
224 Birchland Avenue  
Springfield, MA 01119-2711

MJCC Corporation  
100 North Center Street  
Newton Falls, OH  44444

_____  
Edward C. Taiman, Jr.