UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:01CV531(AVC) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
|     Defendants. | : | FEBRUARY 13, 2007 |

SUPPLEMENTAL NOTICE OF COMPLIANCE
WITH ORDER TO SHOW CAUSE

This is to certify that pursuant to this Court's Order to Show Cause dated January 25, 2007, Plaintiffs did serve by certified mail, return receipt requested, a copy of Plaintiffs' Second Amended Motion For Final Judgment Against Defaulting Defendants And Award Of Attorneys Fees dated December 18, 2006, Plaintiffs' Supplemental Affidavit of F. Dean Armstrong In Support of Plaintiffs Motion for Award of Attorneys' Fees And Costs Of Suit dated December 18, 2006, and the proposed Final Judgment, upon the following:

Joseph Caporale
36 Coachman Road
Branford, CT  06405

Socrates T. Babacus
224 Birchland Avenue
Springfield, MA 01119-2711

MJCC Realty Limited Partnership
100 North Center Street
Newton Falls, OH  44444

MJCC Corporation
100 North Center Street
Newton Falls, OH  44444

Copies of the return receipts from the U.S. Postal Service evidencing the same are

attached hereto.

PLAINTIFFS,
THE CADLE COMPANY
D.A.N. JOINT VENTURE, LLC
By:


_____
Edward C. Taiman, Jr.
Barry & Taiman, LLC
202 West Center Street
Manchester, CT  06040
860-649-4400
ed@barrytaiman.com
Fed. Bar No. CT01319