## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>　　Plaintiff | : <br> : <br> : | CASE NO. 3:01-CV 531<br>(AVC) |
| VS. | : <br> : | |
| CHARLES A. FLANAGAN, ET AL<br>　　DEFENDANTS | : <br> : | FEBRUARY 15, 2007 |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for Movant Titan Real Estate Ventures, LLC in the above-captioned proceeding.

　　　　　　　　　　　　　　　　　Titan Real Estate Ventures, LLC

　　　　　　　　　　　　　BY　　:/s/ Stephen P. Wright
　　　　　　　　　　　　　　　　Stephen P. Wright  ct02255
　　　　　　　　　　　　　　　　Harlow, Adams & Friedman
　　　　　　　　　　　　　　　　300 Bic Drive
　　　　　　　　　　　　　　　　Milford, CT 06461
　　　　　　　　　　　　　　　　(203)878-006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CASE NO. 3:01-CV 531 |
| Plaintiff | : | (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
| DEFENDANTS | : | FEBRUARY 15, 2007 |

## CERTIFICATION

I hereby certify that on February 15, 2007, a copy of the foregoing was sent via U.S. Mail, postage prepaid to the following:

Edward C. Taiman, Jr.
Law Offices of Barry & Taiman LLC
202 W. Center St., 1st Fl.
Manchester, CT 06040


F. Dean Armstrong
Armstrong Law Firm
1324 Dartmouth Rd.
Flossmoor, IL 60422


Michael G. Albano
Sabia & Hartley, LLC
190 Trumbull St. Suite 202
Hartford, CT 06103-2205


US Trustee
U.S. Trustee Office
265 Church St.
Suite 1103
New Haven, CT 06510-701


Paul Morgan Gaide
713 Lovely St.
Avon, CT 06001

Amber J. Branciforte
Nuzzo & Roberts
One Town Center, PO Box 747
Cheshire, CT 06410

Anthony Nuzzo, Jr.
Nuzzo & Roberts
One Town Center, PO Box 747
Cheshire, CT 06410

BY: /s/ Stephen P. Wright
    Stephen P. Wright ct02255
    Harlow, Adams & Friedman
    300 Bic Dr.
    Milford, CT 06460
    (203) 878-0661