UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL <br> Plaintiff | : <br> : <br> : | CASE NO. 3:01-CV 531 <br> (AVC) |
| VS. | : <br> : | |
| CHARLES A. FLANAGAN, ET AL <br> DEFENDANTS | : <br> : | FEBRUARY 15, 2007 |

**MOTION TO INTERVENE AS A DEFENDANT UNDER RULE 24 TO CONTEST ENTRY OF FINAL DEFAULT JUDGMENT AS TO MJCC CORPORATION AND MJCC LIMITED PARTNERSHIP**

Party in interest, Titan Real Estate Ventures, LLC ("Titan"), moves for leave to intervene as a Defendant in this action in order to protect its interests in assets of the Defendants MJCC Corporation and MJCC Realty Limited Partnership ("MJCC").

1. Currently pending in the Bankruptcy Court of the District of Connecticut is a case entitled Titan Real Estate Ventures, LLC VS. MJCC Realty Limited Partnership, ADV. PRO. NO.: 04-03146. In that proceeding, Titan has made various claims against the named Defendants claiming that they and property owned by them, including a valuable piece of real property located at 25 Queach Road, Branford, CT, are assets of the Charles Flanagan Bankruptcy Estate. As assignee of the trustee's interests in MJCC and its assets, Titan has a property interest in MJCC and its assets. Attached hereto as Exhibit "A" is a Proposed Objection to Plaintiffs' Motion for Entry of Final Default Judgement against Defendants, MJCC Corporation and MJCC Realty Limited Partnership.

2. Titan files the current motion as of right pursuant to F.R.C.P. Rule 24 (a)(2) as it claims an interest in the property of MJCC Defendants, which interests would be severely impaired were the Plaintiffs to obtain a disingenuous default judgment against the same. In fact,

since the inception of this suit, the Plaintiffs have entered into a settlement with original named Defendant, Angela Cimino Burr, in which it arguably was assigned her 95( %) percent interest in MJCC, thereby taking control of the same. Accordingly, Dan Cadle, the principle of both of the Plaintiffs also claims to be president of MJCC Corporation which is the general partner of MJCC Realty Partnership. As such, he controls both the entity seeking a default judgement as well as the entity which the defaulting judgment is being sought against. Further evidence of this incestual relationship is the fact that the Plaintiff's local counsel, Edward Taiman, represents MJCC in the aforementioned pending bankruptcy action entitled <u>Titan vs. MJCC</u>.

3.    Clearly, Titan's interest is not adequately represented by the existing parties, as there are no longer any appearing parties left in this case. Additionally, MJCC has no incentive to oppose the actions of the Plaintiffs, being that it is controlled by the same individual that controls the Plaintiffs.

4.    The current motion to intervene is timely filed, as prior to the Plaintiffs filing there Second Amended Motion for Final Judgement against Defaulting Defendants and Award of Attorneys Fees, they had previously filed a Motion for Entry of Final Default Judgement against MJCC Corporation and MJCC Limited Partnership, which motion was objected to by various of the Defendants. Accordingly, until the Plaintiffs filed the current Motion for Entry of Final Default Judgement, there was no need for Titan to intervene, as it's interests were represented.

5.    Allowing intervention of Titan in to the present case, would certainly not prejudice any of the Defendants, as there are no more appearing Defendants. It would not prejudice the Plaintiffs, as they only recently filed the pertinent motion, and a hearing on Titan's Motion to Intervene and Objection to Entry of Default should be addressed by the court in short order. Conversely, if Titan is not granted leave to intervene in the present action, it would be severely

prejudice as it is expected that the Plaintiffs, upon obtaining a default judgement against MJCC, an entity controlled by its own president would then use that judgment to dissipate MJCC of any collectable assets from which Titan would be able to collect a Judgment in the <u>Titan vs. MJCC</u> Bankruptcy matter.

Wherefore, the party in interest, Titan Ventures Real Estate, LLC prays that upon final consideration, this court grant its Motion to Intervene.

                                         Respectfully Submitted
                                         Titan Real Estate Ventures, LLC

                                         BY:<u>/s/ Stephen P. Wright</u>
                                         Stephen P. Wright ct02255
                                         Harlow, Adams & Friedman
                                         300 Bic Dr.
                                         Milford, CT 06460
                                         (203) 878-0661

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL<br>  Plaintiff | : | CASE NO. 3:01-CV 531<br>(AVC) |
| VS. | : | |
| CHARLES A. FLANAGAN, ET AL<br>  DEFENDANTS | : | FEBRUARY 15, 2007 |

### **ORDER**

The foregoing Motion having been presented to the Court; IT IS HEREBY ORDERED:

GRANTED/DENIED

Dated this _____ day of _____ 2007.

BY THE COURT,

_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE CADLE COMPANY, ET AL | : | CASE NO. 3:01-CV 531 |
| Plaintiff | : | (AVC) |
| | : | |
| VS. | : | |
| | : | |
| CHARLES A. FLANAGAN, ET AL | : | |
| DEFENDANTS | : | FEBRUARY 15, 2007 |

**CERTIFICATION**

I hereby certify that on February 15, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

```
                    BY:/s/ Stephen P. Wright
                        Stephen P. Wright ct02255
                        Harlow, Adams & Friedman
                        300 Bic Dr.
                        Milford, CT 06460
                        (203) 878-0661
```

G:\USERS\JIMW\WPDATA\JRWFILES\CLIENTS\Titan\Cadle v. Flanagan\Motion to Intervene.2.8.07.wpd