FILED

2007 FEB 16  A 11: 37

DISTRICT COURT

February 8, 2007

Re:  The Cadle  Company and D.A.N.
Joint Venture, A Limited Partnership

Vs.

Charles A Flanagan, et al

Case Number:  3:01-CV531-(AVC)


TO: U>S District Court Hartford.

My name is Joseph Caporale , named in the above matter.  I am asking for a continuance
in this matter to obtain necessary documents. Answer date scheduled for Feb. 19. 2007.

Sincerely,

Joseph Caporale

CC:  A copy of this was sent to Attorneys Barry and Taiman
                        202 West Center St.
                        Manchester, Ct.  06040