3:01CV00531(AVC) February 2 0, 2007. The motion is GRANTED. The defendant, Joseph Caporale, shall have to and including March 21, 2007, to respond to the court's order to show cause (document no. 701).
SO ORDERED.

Alfred V. Covello, U.S.D.J.

706

Letmt Next
2/16/07

FILED
2007 FEB 16 A 11: 37
DISTRICT COURT

February 8, 2007

Re: The Cadle Company and D.A.N.
Joint Venture, A Limited Partnership

Vs.

Charles A Flanagan, et al

Case Number: 3:01-CV531-(AVC)

TO: U>S District Court Hartford.

My name is Joseph Caporale, named in the above matter. I am asking for a continuance in this matter to obtain necessary documents. Answer date scheduled for Feb. 19. 2007.

Sincerely,

Joseph Caporale

CC: A copy of this was sent to Attorneys Barry and Taiman
    202 West Center St.
    Manchester, Ct. 06040