UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN**, et al. | § | March 2, 2007 |
| Defendants. | § | |

## PLAINTIFFS' MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO MOTION TO INTERVENE AND OBJECTION OF TITAN REAL ESTATE VENTURES, LLC

The Plaintiffs, The Cadle Company and D.A.N. Joint Venture, A Limited Partnership, ("Movants"), hereby request a 10 day extension of time within which to respond to the Motion To Intervene and Proposed Partial Objection to Motion for Judgment filed by Titan Real Estate Ventures, LLC on February 15, 2007. The reason for the requested extension of time is that Plaintiffs' counsel herein has an extremely heavy workload. Presently, Plaintiffs' counsel is scheduled to appear on March 5, 2007 before the Hartford Complex Litigation Court, the Honorable Joseph Shortall presiding. It is a very complicated matter and Plaintiff's counsel herein graciously requests an additional 10 days within which to respond to the pending motions.

This is to certify that on March 2, 2007, the undersigned did make inquiry upon Attorney Stephen Wright, counsel to Titan Real Estate Ventures, LLC, who communicated that he consents to the relief requested herein. This is the Plaintiffs' first request for such an extension.

        THE CADLE COMPANY
        D.A.N. JOINT VENTURE,
        A LIMITED PARTNERSHIP


        By_____
          Edward C. Taiman, Jr.
          Barry & Taiman, LLC
          202 West Center Street, 1st Floor
          Manchester, CT 06040
          860-649-4400
          Federal ID No. CT01319
          Their Attorney


           UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and | § | No. 3:01CV531(AVC) |
| **D.A.N. JOINT VENTURE,** | | |
| **A LIMITED PARTNERSHIP,** | § | |
|     Plaintiffs, | § | |
| vs. | § | |
| **CHARLES A. FLANAGAN, et al.** | § | March 2, 2007 |
|     Defendants. | § | |

                  **<u>CERTIFICATION</u>**

I hereby certify that on March 2, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

> By _____
> Edward C. Taiman, Jr.
> Barry & Taiman, LLC
> 202 West Center Street, 1st Floor
> Manchester, CT 06040
> 860-649-4400
> Federal ID No. CT01319
> Their Attorney

ClientDataBase A – Z\C\Cadle Company\Flanagan\Flanagan\RICO\Motion for Ext of Time 3.2.07.doc