```
SS19                        CONCORD                    12/16/2004
                     DISPLAY PRINCIPAL ADDRESS         15:38:28
                   TITAN REAL ESTATE VENTURES, LLC

PRINCIPAL NAME    STANLEY F. PRYMAS
TITLE:            MEMBER
SEQUENCE NBR:     0001
BUSINESS    STREET:  321 WHITNEY AVENUE
 ADDRESS

            CITY:    NEW HAVEN                STATE:  CT ZIP: 06511-
         COUNTRY:
RESIDENT    STREET:  26 HEMLOCK TERRACE EXT.
 ADDRESS

            CITY:    DEEP RIVER               STATE:  CT ZIP: 06417-
         COUNTRY:

PF: 1-HELP   2-PRIN LIST   3-END   12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]