UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 99-30565 |
| CHARLES ATWOOD FLANAGAN | : | CHAPTER 11 |
| Debtor. | : | ~~August 3, 2004~~ |

## ORDER APPROVING SALE AND ASSIGNMENT OF ESTATE ASSET TO TITAN REAL ESTATE VENTURES, LLC

This matter having come before the Court pursuant to the Trustee's Notice of Intent to Sell dated June 17, 2004 in which Bonnie Mangan, Chapter 7 Trustee of the Estate of Charles A. Flanagan has proposed to sell the following asset to Titan Real Estate Ventures, LL to wit:

Any and all interest which the Bankruptcy Trustee may have, if any, in and to MJCC Realty Limited Partnership together with any and all interest which the Bankruptcy Trustee may have, if any, in two parcels of real property known as 25 Queach Road, Branford, Connecticut and 230 Millbrook Road, North Haven, Connecticut, and

Whereas, said notice required any objections and/or higher or better offers to be filed and served on the Trustee by no later than 5:00 P.M. on July 29, 2004 and no such objections having been filed or served, and

Whereas, Titan Real Estate Ventures, LLC has dealt at arm's length with and has negotiated in good faith with the Trustee in connection with its offer to purchase said asset from this Bankruptcy Estate, now

Therefore, it is hereby Ordered:

1) That Bonnie Mangan as the Chapter 7 Trustee of the Estate of Charles A. Flanagan may sell, convey, and transfer to Titan Real Estate

Ventures, LLC any and all interest which the Bankruptcy Trustee may have, if any, in and to MJCC Realty Limited Partnership together with any and all interest which the Bankruptcy Trustee may have, if any, in two parcels of real property known as 25 Queach Road, Branford, Connecticut and 230 Millbrook Road, North Haven, Connecticut.

2) That in exchange, Titan Real Estate Ventures, LLC shall pay to the Estate the sum of $15,000.00 cash, upon the entry of a final, non-appealable order; plus, 2.5% of any net recovery it receives as a direct result of its purchase of these assets. "Net Recovery" shall mean the proceeds left after deduction of all attorney's fees, all litigation costs, and expenses and expert witness fees.

3) That the sale and assignment of these assets shall be free and clear of any and all claims and interests, except for valid mortgages or liens recorded on the land records of Branford or North Haven, Connecticut which filings predate the "Affidavit of Facts Relating to Title or Interest in Real Estate" as recorded by Trustee Bonnie Mangan.

4) That Titan Real Estate Ventures, LLC has purchased these assets in good faith to date and is entitled to the protections of 11 U.S.C. § 363 (m) to that extent.

Date August 4, 2004.

Albert S. Dabrowski
Chief U. S. Bankruptcy Judge