UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CADLE CO., INC., ET AL.   :
                              :
        Plaintiffs,           :
                              :
v.                            : CIVIL NO. 3:01-CV-00531 (AVC)
                              :
CHARLES A. FLANAGAN, ET AL.   :
                              :
        Defendants.           : MARCH 21, 2007
                              :

## APPEARANCE

To the clerk of the Court:

Please enter the appearance of **Eric P. Smith** as counsel of record for Joseph Caporale.

THE DEFENDANT,
JOSEPH CAPORALE

BY: _____
    ERIC P. SMITH, ESQ.
    FEDERAL BAR NO. ct16141
    e-mail: ESmith@ltke.com

- 1 -

## CERTIFICATION OF SERVICE

I hereby certify that on March 21, 2007, a copy of the foregoing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

BY: _____
ERIC P. SMITH, ESQ.
FEDERAL BAR NO. ct16141
e-mail: ESmith@ltke.com

- 2 -

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278