UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THE CADLE COMPANY** and **D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP,** § § § | | No. 3:01CV531(AVC) |
| Plaintiffs, § | | |
| vs. § | | |
| **CHARLES A. FLANAGAN, et al.** § | | April 9, 2007 |
| Defendants. § | | |

**PLAINTIFFS' MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE COMBINED RESPONSE TO JOSEPH CAPORALE'S MOTION TO SET ASIDE DEFAULT AND OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT**

Plaintiffs seek a 20 day extension of time to file responses to (1) Defendant Joseph Caporale's Motion to Open Default Judgment; and (2) Joseph Caporale's Opposition to Plaintiffs' Motion for Final Default Judgment and Request for an Evidentiary Hearing, dated March 21, 2007. The present time within which to respond is April 10, 2007. This motion is being filed with the consent of Joseph Caporale's attorney, Eric P. Smith.

Plaintiffs' undersigned counsel has an extremely busy workload and is facing various deadlines in other matters which mandate this request. Joseph Caporale's Affidavit dated March 20, 2007 and filed in support of his Motion to Set Aside Default Judgment makes a number of allegations which require Plaintiffs review of the underlying facts of this case. Plaintiffs have

already taken steps towards preparing a response and request an additional 20 days to respond.

## **PRAYER**

Plaintiffs respectfully request that the Court grant this Motion, granting Plaintiffs an extension until April 30, 2007 and for such other relief this Court deems necessary.

```
                                    PLAINTIFFS,
                                    The Cadle Company, DAN Joint
                                    Venture, A Limited
                                    Partnership


                                    By_____
                                    Edward C. Taiman, Jr. Esq.
                                    CT Federal Bar #CT01319
                                    Barry & Taiman, LLC
                                    202 West Center Street
                                    Manchester, CT  06040
                                    (860) 649-4400
                                    Fax (860) 645-7900
```

## **CERTIFICATION**

I hereby certify that on April 9, 2007, a copy of the foregoing Motion was filed electronically and served by mail on counsel or unrepresented parties unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

-3-

>By _____
>Edward C. Taiman, Jr.
>Barry & Taiman, LLC
>202 West Center Street, 1st Floor
>Manchester, CT 06040
>860-649-4400
>Federal ID No. CT01319