# business inquiry

**BUSINESS DETAILS:**

| Business Name: | Business ID: | Business Address: |
|---|---|---|
| TITAN REAL ESTATE VENTURES, LLC | 0770083 | 321 WHITNEY AVENUE NEW HAVEN, CT 06511- |

| Mailing Address: | Citizenship/State Inc: | Last Report Year: |
|---|---|---|
| 321 WHITNEY AVENUE NEW HAVEN, CT 06511- | Domestic/CT | 2007 |

| Business Type: | Business Status: | Date Inc./Register: |
|---|---|---|
| Domestic Limited Liability Company | Active | Jan 05, 2004 |

**PRINCIPALS:**

| Name/Title: | Business Address: | Residence Address: |
|---|---|---|
| STANLEY F. PRYMAS MEMBER | 321 WHITNEY AVENUE NEW HAVEN, CT 06511 | 26 HEMLOCK TERRACE EXT. DEEP RIVER, CT 06417 |

**BUSINESS SUMMARY:**

| Agent Name: | Agent Business Address: | Agent Residence Address: |
|---|---|---|
| STANLEY F. PRYMAS | 321 WHITNEY AVENUE NEW HAVEN, CT 06511 | 26 HEMLOCK TERRACE EXT. DEEP RIVER, CT 06417 |

» View Name History    » View Filing History    » View Shares

[Cancel]

EXHIBIT A