UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, | § § § | No. 3:01CV531(AVC) |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | April 27, 2007 |
| Defendants. | § | |

### AFFIDAVIT OF EDWARD C. TAIMAN, JR. IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am an attorney licensed to practice before the U.S. District Court for the District of Connecticut and a member of Barry & Taiman, LLC. I have practiced law in Connecticut for over 20 years.

3. I am legal counsel to The Cadle Company and D.A.N. Joint Venture, A Limited Partnership ("Plaintiffs") and as such I am familiar with the facts and circumstances described herein.

4. My hourly rate for Plaintiffs is $165.00. This is a heavily discounted rate; my normal hourly rate for other private clients is $275.00.

5. I have spent a total of 12.2 hours in reviewing, researching and responding to the Motion to Intervene as a Defendant Under Rule 24 to Contest Entry of Final Default Judgment as to MJCC Corporation and MJCC Limited Partnership, filed by Titan Real Estate Ventures, LLC

("Titan"), dated February 15, 2007. This includes time spent in researching and preparing a Motion for Rule 11 Sanctions and this Affidavit and correspondence to Titan's legal counsel as required by the safe harbor provisions of Rule 11 of the F.R.C.P. A detailed billing statement is attached hereto. This statement does not include one hour spent updating this affidavit and reviewing our billing statements.

6. Based upon the foregoing, I expect to bill the Plaintiffs a total of $2,013.00 for time spent as described herein.

7. I swear that the foregoing is true and correct.

Dated at Manchester, Connecticut the 27th day of April, 2007.

_____
Edward C. Taiman, Jr.

Subscribed and sworn to before me this 27th day of April, 2007.

_____
Ryan P. Barry
Commissioner of Superior Court