Apr 27/2007
Case 3:01-cv-00531-AVC    Document 722-2    Filed 04/27/2007    Page 1 of 3
Page: 1
Barry & Taiman, LLC
Time Listing
ALL DATES

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| ECT<br>Jan 29/2007<br>22 | Edward C. Taiman, Jr.<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Review court order to show cause and email to Attorney Armstrong regarding same. Review responsive email. (.3) Telephone conferences (x2) with Diane at Attorney Armstrong's office regarding pleadings filed in connection with Motion for Judgment. (.4) Review files regarding same. (.3) Prepare Compliance with Order to Show Cause. (.4) Search address information for Socrates Babacus and Joseph Caporale. (.3) Efile Compliance with court. (.3) | lit | 2.00 | 165.00 | 330.00 |
| ECT<br>Feb 16/2007<br>239 | Edward C. Taiman, Jr.<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Telephone conference with Attorney Eric Smith and leave voice mail regarding Joseph Caporale. (.6) Review and analysis of Motion to Intervene and appearance of Titan Real Estate Ventures, LLC. (.3) Telephone conference with Attorney Wright regarding release of lis pendens. (.3) Review correspondence from Attorney Nugent regarding Queach Road property. (.1) Telephone conference with Dan Cadle regarding status and strategy. (.2) Telephone conference with Dean Armstrong regarding pending RICO matters. (.3) | lit | 1.80 | 165.00 | 297.00 |
| ECT<br>Feb 16/2007<br>242 | Edward C. Taiman, Jr.<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Telephone conference with Attorney Eric Smith and leave voice mails regarding Joseph Caporale. (.6) Review and analysis of motion to intervene, objection to entry of judgment against MJCC and appearance filed by Titan Real Estate Ventures, LLC. (.3) Telephone conference with Dan Cadle regarding status and strategy. (.2) | lit | 1.10 | 165.00 | 181.50 |
| ECT<br>Feb 19/2007<br>246 | Edward C. Taiman, Jr.<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Telephone conference with Attorney Eric Smith regarding Joseph Caporale, judgment, etc. | lit | 0.40 | 165.00 | 66.00 |
| ECT<br>Feb 13/2007<br>298 | Edward C. Taiman, Jr.<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Review postal return receipts (.1). Email to Attorney Armstrong regarding Babacus death, review death certificate. (.2) Prepare Supplemental Compliance with Order to Show Cause and E-file same with court. (1.0) | lit | 1.30 | 165.00 | 214.50 |
| ECT<br>Mar 7/2007<br>443 | Edward C. Taiman, Jr.<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Begin work on objection to motion to intervene, etc. | lit | 2.50 | 165.00 | 412.50 |
| ECT<br>Mar 12/2007<br>525 | Edward C. Taiman, Jr.<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Complete final draft of objection to motion to intervene (2.2). Prepare draft of motion for rule 11 sanctions. (1.7) Email to clients regarding same. (.3) | lit | 4.20 | 165.00 | 693.00 |
| ECT<br>Mar 12/2007<br>526 | Edward C. Taiman, Jr.<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Make changes and modifications to Objection to Motion to Intervene and Motion for Rule 11 Sanctions. (1.3) Prepare Affidavit of Edward C. Taiman, Jr. in Support of Motion for Rule 11 Sanctions. (.7) | lit | 2.00 | 165.00 | 330.00 |
| ECT<br>Mar 15/2007<br>527 | Edward C. Taiman, Jr.<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Locate and PDF format exhibits to Motion to Intervene and Motion for Rule 11 sanctions. (.5) Prepare attachments for email to Attorney Wright, including update of same. (.7) Draft email to Attorney Wright. (.3) E-file with District Court Objection to Motion to Intervene. | lit | 1.50 | 165.00 | 247.50 |
| RPB<br>Mar 22/2007<br>599 | Ryan P. Barry<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Telephone conference with Attorney Smith (Caporale) regarding copy of deposition transcript needed. | lit | 0.20 | 165.00 | 33.00 |
| ECT<br>Mar 23/2007<br>664 | Edward C. Taiman, Jr.<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Begin review of motion to open default, affidavit, etc. filed by Joseph Caporale. (.4) Emails from and to Attorney Gaide regarding same. (.3) | lit | 0.70 | 165.00 | 115.50 |
| RPB<br>Mar 27/2007<br>725 | Ryan P. Barry<br>CadleCompany<br>BW | Cadle Company, The<br>Charles A. Flanagan<br>Complete review and analysis of Joseph Caporale's Motion to Set Aside Default, Memorandum of Law in Opposition to Motion for Judgment. (.5) | lit | 0.50 | 165.00 | 82.50 |
| ECT<br>Mar 28/2007<br>730 | Edward C. Taiman, Jr.<br>CadleCompany | Cadle Company, The<br>Charles A. Flanagan | lit | | | |

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | BW | Review and analysis of Titan's Reply to Objection to Motion to Intervene. (.3) Review and analysis of Robert Skelton probate file regarding notices given to Jospeh Caporale. (.5) Leave detailed voice mail with Attorney William Colwell regarding Estate of Robert Skelton and Joseph Caporale allegations in RICO case. (.2) | | 1.00 | 165.00 | 165.00 |
| ECT Mar 29/2007 769 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Telephone conferences with Attorney Colwell (.2) and Attorney James Skelton (.3) regarding notification given to Caporale. | lit | 0.50 | 165.00 | 82.50 |
| ECT Feb 5/2007 779 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Attention to postal receipts from remaining RICO defendants. | lit | 0.20 | 165.00 | 33.00 |
| ECT Feb 15/2007 848 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Review response of Joseph Caporale regarding motion for judgment. Leave message with Dean Armstrong regarding same. | lit | 0.30 | 165.00 | 49.50 |
| ECT Apr 4/2007 857 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan | lit | 0.00 | 0.00 | 0.00 |
| ECT Apr 4/2007 869 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Leave message with James Skelton regarding affidavit. (.1) Email to clients regarding same. (.1) Telephone conference with James Skelton regarding affidavit needed. (.3) Draft proposed affidavit of James Skelton. (.4) Prepare Motion for Extension of Time to Respond to Caporale Motion to Set Aside Default. (.4) | lit | 1.30 | 165.00 | 214.50 |
| ECT Apr 9/2007 915 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Efile motion for extension of time to respond to Caporale. (.3) Email to client regarding same. (.2) Review draft of Affidavit of James Skelton and amend same. (.3) Email affidavit to James Skelton. (.2) | lit | 1.00 | 165.00 | 165.00 |
| ECT Apr 10/2007 943 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Begin review and analysis of Caporale deposition transcript. | lit | 0.80 | 165.00 | 132.00 |
| ECT Apr 12/2007 959 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Telephone communication from Attorney Branciforte regarding James Skelton affidavit. Email to clients regarding same. | lit | 0.30 | 165.00 | 49.50 |
| ECT Apr 13/2007 960 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Telephone conference with Tim Dugic regarding James Skelton affidavit. | lit | 0.20 | 165.00 | 33.00 |
| ECT Apr 17/2007 1059 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Complete review and analysis of Caporale deposition (.8) and Motion to Open Default (.4) and Memorandum of Law in Opposition to Plaintiffs' 2d Amended Motion for Judgment (.3) Outline relevant statements made by Caporale in deposition (.5). Review Pacer website regarding Caporale/Skelton and filing history of case in '01-'03. (.3) Conduct brief research regarding standards for opening defaults under Rule 55. (.7) Prepare draft of combined Objection to Motion to Open Default and Response to Caporale Opposition to Motion for Judgment. (3.0) | lit | 6.00 | 165.00 | 990.00 |
| ECT Apr 18/2007 1060 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Continued work on response to Caporale pleadings. | lit | 2.50 | 165.00 | 412.50 |
| ECT Apr 19/2007 1061 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Complete draft of response to Caporale pleadings and email to clients regarding same. | lit | 2.80 | 165.00 | 462.00 |
| ECT Apr 26/2007 1084 | Edward C. Taiman, Jr. CadleCompany BW | Cadle Company, The Charles A. Flanagan Telephone conference with Vic Buente regarding Caporale pleadings. (.1) Put into PDF format Caporale pleadings and email to clients. (.5) Revise Response in Opposition to Caporale's Motion to Open Default, etc. (.6) | lit | 1.20 | 165.00 | 198.00 |

*** Summary by Task Code ***

| Task Code | | Hours | Amount |
|---|---|---|---|
| | *** Billable *** | | |
| BW - Billable Work | | 36.30 | 5989.50 |

```
Lwyr     Lawyer
Date            Matter           Client
Entry #                          Matter Description                               Law Type
                         Task    Explanation                                                Hours         Rate          Total
```

| | Hours | | Total |
|---|---:|---|---:|
| Total Billable | 36.30 | | 5989.50 |
| Total: | 36.30 | | 5989.50 |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount |
|---|---:|---:|
| ECT  - Edward C. Taiman, Jr. | 35.60 | 5874.00 |
| RPB  - Ryan P. Barry | 0.70 | 115.50 |
| Total: | 36.30 | 5989.50 |

REPORT SELECTIONS - Time Listing

| | |
|---|---|
| Layout Template | Default |
| Requested by | ADMIN |
| Finished | Friday, April 27, 2007 at 02:54:31 PM |
| Ver | 8.05b |
| Date Range | ALL DATES |
| Matters | CadleCompany |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive Matters |
| Working Lawyer | All |
| Task | All |
| Summarize by Type of Law | No |
| Sorted By | Order Entered |
| Time/Fee | Both |
| Include Daily totals | No |
| Include Held Items only | No |
| Matter Security Enabled | No |
| Printed from | Register |