UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLE COMPANY et al., : | |
|     Plaintiffs, : | |
|         v. : | CASE NO. 3:01CV00531(AVC) |
| CHARLES A. FLANAGAN, et al., : | |
|     Defendants. : | |

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge, and further

Having proceeded to trial by jury and the jury having rendered its verdicts on June 10, 2005, in favor of the plaintiffs against defendants Leonard A. Fasano, Todd R. Bainer, Stanley F. Prymas, Thompson & Peck, Inc., and Fasano, Ippolito & Lee, LLC., and further

The plaintiffs and the defendants Stanley F. Prymas and Thompson & Peck Inc., having entered into a stipulation of dismissal on July 18, 2006, and further

Defendants Fasano Ippolito & Lee LLC and Leonard A. Fasano having entered into a stipulation of voluntary dismissal on July 19, 2006, and further

Defendants Todd R. Bainer and Todd R. Bainer LLC having entered into a stipulation of dismissal on December 21, 2006, and further

The Plaintiffs' having filed a motion for default judgment (document no. 700) on December 19, 2006, and the court having considered the full record of the case including applicable principles of law having issued its Ruling denying the motion and dismissing the action, it is therefore

ORDERED, ADJUDGED and DECREED that this action be and is hereby dismissed.

Dated at Hartford, Connecticut, this 15th day of May, 2007.

KEVIN F. ROWE, Clerk

By _____
Fidelis Basile
Deputy Clerk