UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY and<br>D.A.N. JOINT VENTURE,<br>A LIMITED PARTNERSHIP, | § | No. 3:01CV531(AVC) |
| | § | |
| Plaintiffs, | § | |
| vs. | § | |
| CHARLES A. FLANAGAN, et al. | § | MAY 25, 2007 |
| Defendants. | § | |

PLAINTIFFS' Rule 60 MOTION TO: (a) SET ASIDE
JUDGMENT OF DISMISSAL AND (b) CORRECT THE RECORD
AND GRANT APPROPRIATE RELIEF

3:01CV531(AVC) June __5__ , 2007.  On December 19, 2006, the plaintiffs filed
motion for default judgment against the remaining defendants in this action.
May 10, 2007, the court denied the plaintiffs' motion as untimely, having be
filed some forty-five months after the time limit imposed by the court for fili
such a motion.  Further, on that date, the court dismissed this action, becau
the plaintiffs had failed to timely prosecute their causes of action against tl
remaining defendants in default.

The plaintiffs now move: 1) to set aside that order of dismissal; 2)
correct the record regarding the timeliness of their motion; and 3) for the cou
to render default judgment against two of the remaining defendant
Specifically, the plaintiffs argue that they are entitled to such relief becau
"the Court was mistaken as to the facts on which it relied[,] . . . [as] on
about February 8, 2005, [the] Plaintiffs did file with the Court [the] Plaintif
Motion for Default Judgment. . . ."

The court is well aware that the plaintiffs filed a previous motion f
default judgment.  The court took care to note this specific fact in the ruli
that is the subject of the within motion.  See Ruling on the Plaintiffs' Moti
for Default Judgment (document no. 724), at 2 n.1 ("On February 8, 2005, twent
three months after the time limit set by the court expired, the plaintiffs fil
a motion for default judgment").  Accordingly, the court did not base i
decision on a mistaken understanding of the facts of this case.  Moreover, t
record is clear generally and specifically as to the untimeliness of both motio
for default judgment.  As such, the within motion to set aside the order
dismissal, to correct the record, and for default judgment (document no. 727)
DENIED.

SO ORDERED.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Alfred V. Covello, U.S.D.J.